UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>Plaintiff,<br><br>v.<br><br>US DEPARTMENT OF HOMELAND SECURITY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:12-cv-00333-GK<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Marc Rotenberg, Esquire as counsel in this case for the Electronic Privacy Information Center.

          Respectfully submitted,

          By: _____*Marc Rotenberg /s/*_____
          Marc Rotenberg, Esquire (DC Bar # 422825)
          ELECTRONIC PRIVACY INFORMATION CENTER
          1718 Connecticut Avenue, N.W.
          Suite 200
          Washington, D.C. 20009
          (202) 483-1140 (telephone)
          (202) 483-1248 (facsimile)

Dated: March 28, 2012