UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>    Plaintiff,<br><br>  v.<br><br>US DEPARTMENT OF HOMELAND SECURITY<br><br>    Defendant. | Civil Action No. 1:12-cv-00333-GK |

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of Marc Rotenberg, Esquire as counsel in this case for the Electronic Privacy Information Center.

                                                  Respectfully submitted,

                                                  By:         *Marc Rotenberg  /s/*
                                                  Marc Rotenberg, Esquire (DC Bar # 422825)
                                                  ELECTRONIC PRIVACY INFORMATION CENTER
                                                  1718 Connecticut Avenue, N.W.
                                                  Suite 200
                                                  Washington, D.C. 20009
                                                  (202) 483-1140 (telephone)
                                                  (202) 483-1248 (facsimile)

Dated:  March 28, 2012