### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEPARTMENT OF  )<br>HOMELAND SECURITY,  )<br>)<br>Defendant.  )<br>)  | Civil Action No. 12-0333 (GK) |

### **NOTICE OF APPEARANCE**

To:  The clerk of this court and all parties of record:

Please take notice of the appearance of the following counsel on behalf of defendant in the above-captioned case.

>      Lisa Zeidner Marcus
>      U.S. Department of Justice, Federal Programs Branch
>      c/o U.S. Attorney's Office
>      700 Grant St., Suite 4000
>      Pittsburgh, PA 15219
>      Phone:  (202) 514-3336
>      E-mail:  lisa.marcus@usdoj.gov

Dated:  April 10, 2012               Respectfully submitted,

                                     STUART F. DELERY
                                     Acting Assistant Attorney General

                                     JOHN R. TYLER
                                     Assistant Director

                                      */s/ Lisa Zeidner Marcus*
                                     LISA ZEIDNER MARCUS
                                     N.Y. Bar Registration No. 4461679
                                     Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch

Mailing Address:
c/o U.S. Attorney's Office
700 Grant St., Suite 4000
Pittsburgh, PA 15219

Federal Programs Branch Address:
20 Massachusetts Avenue, Room 6134
Washington, DC 20001

Tel:  (202) 514-3336
Fax:  (412) 644-6995
E-mail:  lisa.marcus@usdoj.gov

Attorneys for Defendant

## CERTIFICATE OF FAMILIARITY WITH THE LOCAL RULES

I practice in this Court pursuant to Local Civil Rule 83.2(e), and I HEREBY CERTIFY, pursuant to Local Civil Rule 83.2(j), that I am personally familiar with the Local Rules of this Court and the other materials set out in Local Rules 83.8(b)(6) and 83.9(a).

 /s/ Lisa Zeidner Marcus
LISA ZEIDNER MARCUS