UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil No. 1:12-cv-00333-GK </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Ginger P. McCall, Esquire as counsel in this case for the Electronic Privacy Information Center.

                                              Respectfully submitted,

By: _____/s/_____
         Ginger P. McCall, Esquire (DC Bar # 1001104)
         Marc Rotenberg, Esquire (DC Bar # 422825)
         ELECTRONIC PRIVACY INFORMATION
         CENTER
         1718 Connecticut Avenue, N.W.
         Suite 200
         Washington, D.C. 20009
         (202) 483-1140 (telephone)
         (202) 483-1248 (facsimile)

Dated: May 18, 2012

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of May, 2012, a true copy of the foregoing Notice of Appearance was served via ECF on:

Lisa Zeidner Marcus
U.S. Department of Justice
Civil Division / Federal Programs Branch
20 Massachusetts Avenue, NW
Room 6112

*Ginger P. McCall /s/*
Ginger P. McCall