UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY** )<br>)<br>**Defendant.** ) | Civil Action No. 1:12-cv-00333 (GK) |

## [PROPOSED] ORDER

Upon Consideration of the proposed schedule in the parties' Joint Meet and Confer Statement, it is hereby

ORDERED that the proposed schedule is adopted for the above-captioned action:

| | |
|---|---|
| Defendant's Complete Production of Documents and <u>Vaughn</u> Index: | August 24, 2012 |
| Defendant's Motion for Summary Judgment: | September 24, 2012 |
| Plaintiff's Opposition and Cross-Motion for Summary Judgment: | October 24, 2012 |
| Defendant's Reply and Opposition: | November 7, 2012 |
| Plaintiff's Reply: | November 21, 2012 |

So ordered on this ___ day of May, 2012

_____
GLADYS KESSLER
United States District Judge