UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ELECTRONIC PRIVACY INFORMATION CENTER**

    **Plaintiff,**

    v.

**THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY**

    **Defendant.**

Civil Action No. 1:12-cv-00333 (GK)

## [PROPOSED] ORDER

Upon Consideration of the proposed schedule in the parties' Joint Meet and Confer Statement, it is hereby

ORDERED that the DHS make an initial production of documents on or before July 18, 2012.

ORDERED that the DHS and EPIC will meet and confer and produce a second joint status report on or before July 25, 2012.

So ordered on this ___ day of May, 2012

_____
GLADYS KESSLER
United States District Judge

1