# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>U.S. DEPARTMENT OF HOMELAND SECURITY, :<br>:<br>Defendant. : | Civil Action No. 12-333 (GK) |

## ORDER

Upon consideration of the proposed schedule in the parties' Joint Meet and Confer Statement, it is this 24th day of May, 2012, hereby

**ORDERED**, that the proposed schedule is adopted as follows:

| | |
|---|---|
| Defendant's Complete Production of Documents and <u>Vaughn</u> Index due by: | **August 24, 2012** |
| Defendant's Motion for Summary Judgment due by: | **September 24, 2012** |
| Plaintiff's Opposition and Cross-Motion for Summary Judgment due by: | **October 24, 2012** |
| Defendant's Reply and Opposition due by: | **November 7, 2012** |
| Plaintiff's Reply due by: | **November 21, 2012** |

/s/
Gladys Kessler
United States District Judge