# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 12-333 (GK) |
| U.S. DEPARTMENT OF HOMELAND SECURITY | ) ) ) ) |
| Defendant. | ) ) |

## [Proposed] ORDER

Upon consideration of Defendant's Motion to Continue Stay of Proceedings for 10 Additional Days, and for good cause shown, it is hereby ORDERED that defendant's motion is granted. This case is stayed up and through Friday, September 14, 2012.

SO ORDERED.

Dated: _____        _____
GLADYS KESSLER
United States District Judge