UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,  :<br>  :<br>**Plaintiff,**  :<br>  :<br>v.  :<br>  :<br>U.S. DEPARTMENT OF HOMELAND SECURITY,  :<br>  :<br>**Defendant.**  :  | Civil Action No. 12-333 (GK) |

### ORDER

Upon consideration of Defendant's Motion to Continue Stay of Proceedings for 10 Additional Days, Plaintiff's Opposition, and for good cause shown, it is this 5th day of September, 2012, hereby

**ORDERED**, that Defendant's Motion is **granted**; and it is further

**ORDERED**, that the case is stayed up to and including **September 14, 2012**; and it is further

**ORDERED**, that this will be the **FINAL** Stay.

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**