# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>U.S. DEPARTMENT OF HOMELAND SECURITY  )<br>  )<br>Defendant.  )<br>_____) | Civil Action No. 12-333 (GK) |

## [Proposed] ORDER

Upon consideration of Defendant's Motion To Modify The Scheduling Order, and for good cause shown, it is this _____ day of September, 2012, hereby

**ORDERED**, that the schedule is modified as follows:

| | |
|---|---|
| Defendant's Complete Production of Documents due by: | **January 17, 2014** |
| Defendant's Motion for Summary Judgment due by: | **March 14, 2014** |
| Plaintiff's Opposition and Cross-Motion for Summary Judgment due by: | **April 11, 2014** |
| Defendant's Reply and Opposition due by: | **April 25, 2014** |
| Plaintiff's Reply due by: | **May 9, 2014** |

It is further **ORDERED** that Defendant shall submit a Vaughn index or other evidence justifying its withholdings, if any, when it files its motion for summary judgment.

_____
GLADYS KESSLER
United States District Judge