**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:12-cv-00333-GK |
| THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY | ) ) ) ) | |
| Defendant. | ) ) | |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Entry of an Order to Show Cause why Defendant U.S. Department of Homeland Security Should Not be Found in Contempt, Defendant's Opposition, and for good cause shown, it is this ___ day of _____, 2012, hereby

**ORDERED**, that Plaintiff's Motion is **granted**; and it is further

**ORDERED**, that Defendant is ORDERED to show cause by _____, 2012, as to why the agency should not be found in contempt of the Order of September 9, 2012 (Dkt. No. 16); and it is further

**ORDERED**, that the Court will hold a hearing at ___ a.m./p.m. on _____, 2012, to determine whether to find Defendant in civil contempt, as well as to determine what sanctions, if any, should be imposed.

_____
Gladys Kessler
United States District Judge