**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) HOMELAND SECURITY, ) ) Defendant. ) ) | Civil Action No. 12-0333 (GK) |

**DEFENDANT'S CONSENT MOTION FOR TWO-DAY EXTENSION**
**OF TIME TO FILE REPLY BRIEF**

Defendant, the Department of Homeland Security, by and through undersigned counsel, respectfully requests a two-day extension of time to file its reply memorandum in further support of its Motion to Amend the Scheduling Order.  Undersigned counsel will be observing Yom Kippur on Wednesday, September 26, 2012, the day that defendant's reply memorandum is currently due.  Because of counsel's observance of the holiday, defendant requests to have until Friday, September 28, 2012 to file its reply brief.

On September 14, 2012, defendant filed a Motion to Modify the Scheduling Order.  On September 19, 2012, plaintiff filed an opposition to defendant's motion, and a cross-motion. Defendant's reply brief is currently due on Wednesday, September 26; defendant's opposition brief is due on Wednesday, October 3; and plaintiff's reply brief is due on Wednesday, October 10.  Allowing defendant two extra days within this timeframe to file its reply brief will not prejudice any party to this action.

Pursuant to Local Civil Rule 7(m), on September 24 and 25, undersigned counsel met and conferred with counsel for plaintiff. Plaintiff consents to defendant's request.

Accordingly, this Court should grant defendant's consent motion for a two-day extension of time to file its reply brief.

Dated:  September 25, 2012   Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JOHN R. TYLER
Assistant Director

 */s/ Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS
N.Y. Bar Registration No. 4461679
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch

Mailing Address:
c/o U.S. Attorney's Office
700 Grant St., Suite 4000
Pittsburgh, PA 15219

Federal Programs Branch Address:
20 Massachusetts Avenue, Room 6134
Washington, DC 20001

Tel:  (202) 514-3336
Fax:  (412) 644-6995
E-mail:  lisa.marcus@usdoj.gov

Attorneys for Defendant