# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HOMELAND SECURITY )<br>)<br>Defendant. )<br>_____) | Civil Action No. 12-333 (GK) |

## [Proposed] ORDER

Upon consideration of Defendant's Consent Motion For Two-Day Extension Of Time To File Reply Brief, and for good cause shown, it is hereby ORDERED that defendant's motion is granted. Defendant shall file its reply in further support of its motion to amend the scheduling order by Friday, September 28, 2012.

SO ORDERED.

Dated: _____      _____
                                    GLADYS KESSLER
                                    United States District Judge