**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 1:12-cv-00333-GK |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

Plaintiff Electronic Privacy Information Center ("EPIC") respectfully moves for a continuance and that an Order be entered by the Court setting the above captioned matter for a status conference on October 15, 2012. The following is submitted in support of the motion:

1. The matter has been set for a Status Conference for October 11, 2012, at 10:00 a.m.

2. Plaintiff's counsel Marc Rotenberg is testifying before the European Parliament's Committee on Civil Liberties, Justice, and Home Affairs in Brussels on October 10, 2012, and will not return to the U.S. until the evening of October 11, 2012.

3. Pursuant to Local Civil Rule 7(m), on October 9, 2012, Plaintiff's counsel Amie Stepanovich met and conferred with counsel for Defendant. Defendant's counsel, Lisa Marcus, Esq., does consent to the continuance.

Accordingly, this Court should grant Plaintiff's consent motion to continue the Status Conference to October 15, 2012.

                                      Respectfully submitted,

                                      __/s/ *Marc Rotenberg*___
                                      MARC ROTENBERG
                                      GINGER McCALL
                                      AMIE STEPANOVICH[*]
                                      Electronic Privacy Information Center
                                      1718 Connecticut Ave., NW
                                      Suite 200
                                      Washington, D.C. 20009
                                      (202) 483-1140
                                      *Counsel for Plaintiff*

Dated: October 10, 2012

---

[*] Amie Stepanovich is barred in New York State. Her application for admission in the District of Columbia is pending.