**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY ) <br> INFORMATION CENTER, ) <br>  ) <br> Plaintiff, ) <br>  ) Civil Action No. 12-0333 (GK) <br> v. ) <br>  ) <br> UNITED STATES DEPARTMENT OF ) <br> HOMELAND SECURITY, ) <br>  ) <br> Defendant. ) | |

## STATUS REPORT

In accordance with the Court's October 16, 2012 Order, ECF No. 25, defendant submits the following status report:

1. Since October 16, 2012, defendant has fully reviewed 2,279 pages of documents and has determined that none of the pages are responsive to plaintiff's FOIA request.

2. As of November 15, 2012, defendant has produced zero (0) non-exempt document pages to plaintiff.

Dated:  November 15, 2012	Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant
Attorney General

JOHN R. TYLER
Assistant Director

*/s/ Tamra T. Moore*
LISA ZEIDNER MARCUS
TAMRA T. MOORE
District of Columbia Bar No. 488392
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, Room 6134
Washington, DC 20001
Tel: (202) 514-8095
Fax: (202) 616-8460
E-mail: tamra.moore@usdoj.gov

Attorneys for Defendant