# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 12-0333 (GK) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) |
| Defendant. | ) ) ) |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Defendant, the Department of Homeland Security, by and through undersigned counsel, respectfully requests an extension of time until November 30, 2012, to respond to Plaintiff's Motion for Reconsideration of the October 16, 2011 Order. In support of this request, defendant states as follows:

1. Before defendant can respond, the necessary internal consideration and review processes at the Department of Homeland Security and the Department of Justice must be completed. Several persons at both agencies must review defendant's response before it can be filed.

2. Defendant estimates that it will be able to respond to plaintiff's motion by November 30, 2012.

3. Accordingly, defendant requests a modest extension of time from November 21, 2012 until November 30, 2012 to respond to plaintiff's motion.

4.	Pursuant to Local Civil Rule 7(m), undersigned counsel met and conferred with counsel for plaintiff.  Plaintiff objects to defendant's request.

For the above stated reasons and good cause shown, this Court should grant defendant's motion to extend the time for defendant to respond to plaintiff's motion.

Dated:  November 21, 2012                    Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General

JOHN R. TYLER
Assistant Director

 */s/ Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS
N.Y. Bar Registration No. 4461679
TAMRA MOORE
District of Columbia Bar No. 488392
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch

Mailing Address:
c/o U.S. Attorney's Office
700 Grant St., Suite 4000
Pittsburgh, PA 15219

Federal Programs Branch Address:
20 Massachusetts Avenue, Room 6134
Washington, DC 20001

Tel:  (202) 514-3336
Fax:  (412) 644-6995
E-mail:  lisa.marcus@usdoj.gov

Counsel for Defendant