**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
)
ELECTRONIC PRIVACY                      )
INFORMATION CENTER                      )
                                        )
    Plaintiff,                         )
                                        )     No. 1:12-cv-00333-GK
    v.                                 )
                                        )
THE UNITED STATES DEPARTMENT OF         )
HOMELAND SECURITY                       )
                                        )
Defendant.                              )
_____ )

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME AND CROSS-MOTION TO GRANT PLAINTIFF'S MOTION FOR RECONSIDERATION AS UNOPPOSED

    Plaintiff, the Electronic Privacy Information Center, respectfully opposes the defendant's

November 21, 2012 Motion for Extension of Time to File Response. In opposition, EPIC states as

follows.

    1.      This case has been pending since March 1, 2012.

    2.      This court issued an Order on October 16, 2012.

    3.      Plaintiff timely filed a motion for reconsideration on November 7, 2012.

    4.      Defendant's opposition to plaintiff's motion, if defendant wished to so file, is due today

November 21, 2012.

    5.      Defendant has routinely sought extensions in this case on the dates that filings are due

with this court.

    6.      In the October 16, 2012 order, this Court chastised the Government for "its repeated last

minute motions requesting extensions of time."

    For the above stated reasons, plaintiff respectfully asks this Court to deny defendant's Motion for

an Extension of Time to File Response and to grant plaintiff's Motion for Reconsideration as unopposed.

Dated: November 21, 2012

Respectfully submitted,

_____/s/_____

MARC ROTENBERG
GINGER McCALL
AMIE STEPANOVICH*

Electronic Privacy Information
Center
1718 Connecticut Ave., NW
Suite 200
Washington, D.C. 20009
(202) 483-1140
*Counsel for Plaintiff*

* Amie Stepanovich is barred in New York State. Her application for admission in the District of Columbia is pending.