**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) ) | |
| Plaintiff, | ) ) | No. 1:12-cv-00333-GK |
| v. | ) ) | |
| THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY | ) ) | |
| Defendant. | ) ) ) | |

**[PROPOSED ORDER]**

Upon consideration of Plaintiff's Motion for Reconsideration and Defendant's Motion for Extension of Time, it is this ____ day of _____, 2012, hereby

**ORDERED**, that Plaintiff's Motion is granted and Defendant's Motion be Denied; and it is further

**ORDERED**, that DHS cull out of the 9,200 pages of documents it has already identified as potentially responsive those documents containing legal analyses including legal memoranda regarding the DIB Cyber Pilot; and it is further

**ORDERED**, that, starting **November 15, 2012**, DHS is to fully review at least 2,000 pages of documents per month, producing to Plaintiff all responsive and unclassified documents, thus making the deadline for a complete production of non-exempt documents no later than **March 15,2013**; and it is further

**ORDERED**, that, whenever possible, the Government make earlier production to the Plaintiff; and it is further

**ORDERED**, that Defendant's Vaughn Index is due by **May 1, 2013**; and it is further

**ORDERED**, that Defendant's Motion for Summary Judgment is due by **June 1, 2013**; and it is further

**ORDERED**, that Plaintiff's Opposition and Cross Motion for Summary Judgment is due by **July 1, 2013**; and it is further

**ORDERED**, that Defendant's Reply and Opposition are due by **July 15, 2013**; and it is further

**ORDERED**, that Plaintiff's Reply is due by **August 1, 2013**; and it is further

**ORDERED**, that Defendant shall submit a monthly report, starting **November 15, 2012**, indicating how many non-exempt document pages it produces to Plaintiff each month;

/s/ _____
Gladys Kessler
United States District Judge