**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) ) |   |
| Plaintiff, | ) ) |   |
| v. | ) ) | No. 1:12-cv-00333-GK |
| THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY | ) ) ) ) |   |
| Defendant. | ) ) |   |

### [Proposed] ORDER

Upon consideration of Plaintiff's Motion for Reconsideration of the October 16, 2012 Order, it is hereby

**ORDERED**, that DHS cull out of the 9,200 pages of documents it has already identified as potentially responsive those documents containing legal analyses including legal memoranda regarding the DIB Cyber Pilot; and it is further

**ORDERED**, that, starting **November 15, 2012**, DHS is to fully review at least 2,000 pages of documents per month, producing to Plaintiff all responsive and unclassified documents, thus making the deadline for a complete production of non-exempt documents no later than **March 15, 2013**; and it is further

**ORDERED**, that, whenever possible, the Government make earlier production to the Plaintiff; and it is further

**ORDERED**, that Defendant's <u>Vaughn</u> Index is due by **May 1, 2013**; and it is further

**ORDERED**, that Defendant's Motion for Summary Judgment is due by **June 1, 2013**; and it is further

2

**ORDERED**, that Plaintiff's Opposition and Cross Motion for Summary Judgment is due by **July 1, 2013**; and it is further

**ORDERED**, that Defendant's Reply and Opposition are due by **July 15, 2013**; and it is further

**ORDERED**, that Plaintiff's Reply is due by **August 1, 2013**; and it is further

**ORDERED**, that Defendant shall submit a monthly report, starting **November 15, 2012**, indicating how many non-exempt document pages it produced to Plaintiff each month; and it is further

**ORDERED**, that Plaintiff's Motion for Contempt is **denied without prejudice**; and it is further

**ORDERED**, that Plaintiff's request for submission of a Vaughn Index prior to DHS's filing of a Motion for Summary Judgment is **denied**.


Dated: _____     _____
                                    GLADYS KESSLER
                                    United States District Judge