**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, )<br>)<br>Defendant. ) | Civil Action No. 12-0333 (GK) |

**SECOND STATUS REPORT**

In accordance with the Court's October 16, 2012 Order, ECF No. 25, defendant submits the following status report:

1. The collection of potentially responsive documents is divided into "presumptively classified" and "presumptively unclassified" documents, based on the systems where they were found. Presumptively classified documents were located on classified systems (either electronic or hard copy record systems), while presumptively unclassified documents were located on unclassified systems (either electronic or hard copy record systems). While information contained within a "presumptively classified" document may not be classified information, that determination requires review by agency personnel with classification/declassification authority. Likewise, "presumptively unclassified" documents are reviewed to make sure that they do not contain classified information.

2. Between November 15, 2012, and December 15, 2012, defendant reviewed a total of 2,023 pages of documents. Of the "presumptively classified" documents, there were 403 pages of documents that were found to be not responsive to plaintiff's FOIA request and 70 pages of documents that were withheld in full pursuant to Title 5 U.S.C. § 552(b)(1) and (b)(7)(E), FOIA Exemption 1 and 7(E). Of the "presumptively unclassified" documents, there were 1,126 pages of documents that were found to be not responsive to plaintiff's FOIA request and 424 pages of documents that were withheld in full pursuant to Title 5 U.S.C. § 552(b)(5), FOIA Exemption 5.

3. As of December 17, 2012, defendant has produced zero (0) non-exempt document pages to plaintiff.

Dated:  December 17, 2012

Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant
Attorney General

JOHN R. TYLER
Assistant Director

*/s/ Tamra T. Moore*
LISA ZEIDNER MARCUS
TAMRA T. MOORE
District of Columbia Bar No. 488392
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, Room 6134
Washington, DC 20001
Tel: (202) 514-8095
Fax: (202) 616-8460
E-mail: tamra.moore@usdoj.gov

Attorneys for Defendant