**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 12-0333 (GK) |
| v. ) ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ) ) ) | |
| Defendant. ) | |

## STATUS REPORT

In accordance with the Court's January, 8 2013 Order, ECF No. 29, defendant submits the following status report:

1. As of February 1, 2013, defendant has produced zero non-exempt document pages to plaintiff.

Dated: February 1, 2013					Respectfully submitted,

							STUART F. DELERY
							Principal Deputy Assistant
							Attorney General

							JOHN R. TYLER
							Assistant Director

							*/s/ Tamra T. Moore*
							LISA ZEIDNER MARCUS
							TAMRA T. MOORE
							District of Columbia Bar No. 488392
							Trial Attorney
							United States Department of Justice
							Civil Division, Federal Programs Branch
							20 Massachusetts Avenue, Room 6134
							Washington, DC 20001
							Tel: (202) 514-8095
							Fax: (202) 616-8460
							E-mail: tamra.moore@usdoj.gov

							Attorneys for Defendant