**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 12-0333 (GK) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) |
| Defendant. | ) |

## STATUS REPORT

In accordance with the Court's January, 8 2013 Order, ECF No. 29, defendant submits that on April 15, 2013, defendant produced to plaintiff 1,276 non-exempt document pages, in connection with Freedom of Information Act request DHS/OS/PRIV 11-1104.

Dated:  April 15, 2013                     Respectfully submitted,

                                                  STUART F. DELERY
Acting Assistant Attorney General

JOHN R. TYLER
Assistant Director

*/s/ Tamra T. Moore*
LISA ZEIDNER MARCUS
TAMRA T. MOORE
District of Columbia Bar No. 488392
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, Room 6134
Washington, DC 20001
Tel: (202) 514-8095
Fax: (202) 616-8460
E-mail: tamra.moore@usdoj.gov
Attorneys for Defendant