**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, ) ) ) Plaintiff, ) ) ) v. ) ) UNITED STATES DEPARTMENT OF ) HOMELAND SECURITY, ) ) Defendant. ) | Civil Action No. 12-0333 (GK) |

**DEFENDANT'S CONSENT MOTION FOR**
**EXTENSION OF TIME TO PRODUCE TO PLAINTIFF ITS *VAUGHN* INDEX**

Defendant, the United States Department of Homeland Security ("DHS"), by and through undersigned counsel, and with the consent of plaintiff, respectfully request an additional two weeks, until June 14, 2013, to produce to plaintiff the *Vaughn* Index in this matter. The current briefing schedule, including DHS's deadline for filing its summary judgment motion, would not change. In support of this motion, DHS states the following:

1. Under the current scheduling order, DHS was required to produce all non-exempt documents to plaintiff no later than April 15, 2013. DHS met that deadline. The remaining deadlines are as follows: Defendant's *Vaughn* index is due to plaintiff by June 1, 2013; Defendant's Motion for Summary Judgment is due by July 1, 2013; Plaintiff's Opposition and Cross-Motion for Summary Judgment is due by August 1, 2013; Defendant's Reply and Opposition to Plaintiff's Cross-Motion

  for Summary Judgment is due by August 15, 2013; and Plaintiff's Reply is due by September 1, 2013.

2. DHS requires additional time to provide fulsome descriptions of the basis for its withholdings.  The additional time to provide these descriptions should help the parties narrow the issues required to be briefed at summary judgment and should aid the Court in its resolution of this case.  In addition, to complete the *Vaughn* index, DHS must continue to coordinate review of the draft *Vaughn* index with multiple federal agencies.  Given the vacation and holiday schedules of the personnel with responsibility over this matter within the various agency stakeholders, more time is needed.

3. Counsel for DHS conferred with counsel for plaintiff, EPIC, and plaintiff consents to this motion.

For the foregoing reasons, DHS respectfully requests that this Court grant it a two-week extension of time, or until June 14, 2013, to produce to plaintiff the *Vaughn* index in this matter.

Dated:  May 31, 2013                              Respectfully submitted,

                                                  STUART F. DELERY
                                                  Acting Assistant Attorney General

                                                  JOHN R. TYLER
                                                  Assistant Director

                                                  */s/ Tamra T. Moore*
                                                  LISA ZEIDNER MARCUS
                                                  TAMRA T. MOORE
                                                  District of Columbia Bar No. 488392
                                                  Trial Attorney
                                                  United States Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  20 Massachusetts Avenue, Room 6134
                                                  Washington, DC 20001
                                                  Tel: (202) 514-8095
                                                  Fax: (202) 616-8460
                                                  E-mail: tamra.moore@usdoj.gov

                                                  Attorneys for Defendant