# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **)** | |
| ELECTRONIC PRIVACY ) | |
| INFORMATION CENTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:12-cv-00333-GK |
| ) | |
| THE UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Amie L. Stepanovich, Esquire, as counsel in this case for

the Electronic Privacy Information Center.

Respectfully submitted,

MARC ROTENBERG
Executive Director, EPIC

June 28, 2013                                  */s/ Amie L. Stepanovich*
DATE                                           AMIE L. STEPANOVICH (DC Bar # 1011950)
                                               Electronic Privacy Information Center
                                               1718 Connecticut Ave., NW
                                               Suite 200
                                               Washington, D.C. 20009
                                               (202) 483-1140
                                               *Counsel for Plaintiff*