**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) HOMELAND SECURITY, ) ) Defendant. ) | Civil Action No. 12-0333 (GK) |

**DEFENDANT'S SECOND MOTION FOR**
**EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION**

Defendant, the United States Department of Homeland Security ("DHS"), by and through undersigned counsel, respectfully requests a two-week extension of time, until August 30, 2013, to file for summary judgment in this matter. In support of this motion, DHS states as follows:

1. On June 25, 2013, DHS requested its first extension of the summary judgment deadline. DHS sought six weeks in which to negotiate with plaintiff in an attempt to narrow the issues that would require briefing, to produce a revised release of certain documents to plaintiff, and to complete the summary judgment motion and supporting materials for any remaining issues. The Court granted DHS's motion on June 26, 2013.

2. Since that time, the parties were able to agree on a partial narrowing of the issues to be litigated. Specifically, the parties agreed that DHS's Exemption 6 withholdings would not require further litigation. In addition, plaintiff sent to DHS on June 20, through counsel, a list of seventeen documents that plaintiff believed might be

missing from DHS's document production. DHS FOIA officials spent time going back through the previously collected materials to determine that most of the documents noted by plaintiff were ones that were non-responsive to plaintiff's request. DHS also identified a few documents, based on the list submitted by plaintiff, that should be processed for release. One of the documents noted by plaintiff had been inadvertently excluded from DHS's production. Another one of the documents was one that DHS had previously considered to be non-responsive because it appeared to be a draft document, and plaintiff's request explicitly excluded "drafts" from the scope. When plaintiff noted that the document appeared to be missing, DHS reexamined the document and decided that it should be released because even though it contained indicia of being a draft it was actually a final document. For a third document noted by plaintiff, DHS had previously only located a draft version that was not responsive to the request; upon plaintiff's inquiry, DHS searched for and located the final version of the document. After determining that these additional documents should be processed for release, DHS circulated them to the inter-agency reviewers who have worked on this matter, to confer regarding the potential redactions.

3.   DHS has worked to prepare the supplemental release, which consists of (a) the documents previously identified by DHS as re-releasable with fewer redactions and (b) the few additional records that were located/identified after plaintiff sent DHS a list of documents that appear to be missing. DHS is finalizing the supplemental release and intends to produce it to plaintiff today or tomorrow.

4.   The work of preparing DHS's summary judgment supporting materials, and coordinating with the other agencies to brief the withholdings made by DHS on their

behalf, has taken longer than DHS expected when it requested a six-week extension of time; this is so because of an intervening development not known by DHS at the time it requested the first extension. The agency counsel who served as the in-house counsel for this matter since the case was filed left DHS's Office of General Counsel on June 28, 2013. DHS knew of her upcoming departure when DHS requested the first extension of time. DHS expected her replacement to start on July 26, 2013. DHS requested that the summary judgment briefing be due on August 16, 2013, to allow time for the new agency counsel to start and to help finalize materials to be submitted with DHS's motion for summary judgment. The new agency counsel's start date, however, was delayed until August 12, 2013. Given the amount of withholdings that plaintiff continues to challenge, there remains a large amount of information to organize and finalize for submission to the Court, and there has not been sufficient time for the new agency counsel to help finalize these materials.

     5.     In addition, the person who intends to serve as the declarant for the Department of Defense, to help explain certain withholdings that DHS made on behalf of the Department of Defense, is out of the office this week on military leave, and will return on August 19, 2013. Although he has been able to field questions raised by DHS regarding the DOD requested withholdings, his declaration still needs to be finalized.

     6.     After the declarations and supporting materials are finalized, the information contained within them need to be incorporated and explained in defendant's memorandum of law in support of the motion for summary judgment. The draft brief and supporting materials then must undergo an inter-agency review process before they can

be finalized and submitted to the Court.  For this reason, defendant seeks a two-week extension of time.

7. Pursuant to Local Civil Rule 7(m), undersigned counsel met and conferred with counsel for the plaintiff about the instant motion.  Plaintiff's counsel indicated that plaintiff would oppose the motion.

Defendant does not lightly seek this second extension of time to file its summary judgment brief, and it intends that this extension will be the last one required for its summary judgment motion and supporting materials.  For the foregoing reasons, DHS respectfully requests that this Court grant it an additional, two-week, extension of time, or until August 30, 2013, to file for summary judgment in this matter.

Dated:  August 15, 2013

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JOHN R. TYLER
Assistant Director

*/s/ Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS
TAMRA T. MOORE
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, 7th Floor
Washington, DC 20001
Tel: (202) 514-3336
Fax: (202) 616-8460
E-mail: lisa.marcus@usdoj.gov

Attorneys for Defendant