IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:12-cv-00333-GK |
| THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY | ) ) ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE ITS SUMMARY JUDGMENT MOTION**

Plaintiff Electronic Privacy Information Center respectfully opposes Defendant's request for a two-week extension to file its motion for summary judgment and further delay in the briefing schedule. Defendant Department of Homeland Security ("DHS") has provided no good cause upon which to request further delay in the present case.

DHS, through counsel, has already received a six-week extension for which to file its Motion for Summary Judgment. *See* Minute Order grating Motion for Extension of Time (filed June 26, 2013). Previous extensions in this case have already delayed the parties' dispositive motions by nearly a full year. *See* Order*,* Dkt. No. 12 (filed May 24, 2012) (ordering that Defendant's Motion for Summary Judgment be filed by September 24, 2012). Despite the already drastically prolonged briefing schedule, Defendant now requests, at the eleventh hour on the eve of their most recent deadline, an additional two weeks. Defendant's request specifies no unforeseeable justification for the additional extension. Further, Judge Kessler's standing order states, "any requests for a continuance or other scheduling change must include alternative dates

1

that have been agreed to by all parties. Requests that do not include an alternative date acceptable to all parties will be denied." Order Setting Initial Scheduling Conference, Dkt. No. 8 (filed May 2, 2012). Defendant's motion noted no such agreed upon date, and, in fact, no date was discussed or agreed upon by the parties.

Accordingly, Plaintiff respectfully requests that this Court deny Defendant's motion for an extension and require that defendant immediately compel the production of Defendant's Motion for Summary Judgment. This case can no longer continue in perpetual limbo.

Respectfully submitted,

August 16, 2013
DATE

*/s/ Marc Rotenberg*
MARC ROTENBERG
AMIE STEPANOVICH
Electronic Privacy Information Center
1718 Connecticut Ave., NW
Suite 200
Washington, D.C. 20009
(202) 483-1140
*Counsel for Plaintiff*