IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER ) ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES DEPARTMENT ) OF HOMELAND SECURITY ) ) Defendant. ) ) | No. 1:12-cv-00333-GK |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff the Electronic Privacy Information Center ("EPIC") opposes Defendant U.S. Department of Homeland Security's ("DHS") August 30, 2013 Motion for Summary Judgment, and cross-moves for summary judgment.

A statement of genuine issues regarding Defendant's statement of material facts, Plaintiff's statement of material facts not in dispute, a memorandum of points and authorities, and a proposed Order are filed herewith.

Pursuant to LCvR 7(f), Plaintiff requests an oral hearing on the parties' cross-motions.

Respectfully submitted,

MARC ROTENGERG
EPIC Executive Director

*/s/ Amie Stepanovich*
AMIE STEPANOVICH
Electronic Privacy Information
Center
1718 Connecticut Ave., NW

Case 1:12-cv-00333-TJK   Document 57   Filed 09/27/13   Page 2 of 2

Suite 200
Washington, D.C. 20009
(202) 483-1140
*Counsel for Plaintiff*

Case 1:12-cv-00333-TJK   Document 57   Filed 09/27/13   Page 2 of 2