# Exhibit 4-1

*Electronic Privacy Information Center v. Department of Homeland Security*
No. 12-00333 (GK)

Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment

Excerpts From DHS Document Production Related to Sufficiency of Search (Pt. 1)

00003

## Andrew, Emily

| | |
|---|---|
| From: | Callahan, Mary Ellen [ (b) (6) ] |
| Sent: | Thursday, April 07, 2011 11:08 AM |
| To: | Sand, Peter; Callahan, Mary Ellen; PRIV Exec Sec |
| Cc: | Kropf, John W; Andrew, Emily M |
| Subject: | Re: [HEADS-UP] FW: WHITE HOUSE ACTIONS TASKING - NSS - Paper DC on Cybersecurity - (Due 04.07.11, 1700) |

Thanks. Agree [ (b) (5) ]. Mec.

Mary Ellen Callahan
Chief Privacy Officer
Department of Homeland Security
Work: [ (b) (6) ]
Cell: [ (b) (6) ]

From: Sand, Peter [ (b) (6) ]
Sent: Thursday, April 07, 2011 11:00 AM
To: Callahan, Mary Ellen [ (b) (6) ]   PRIV Exec Sec [ (b) (6) ]
Cc: Kropf, John [ (b) (6) ]   Andrew, Emily M [ (b) (6) ]
Subject: RE: [HEADS-UP] FW: WHITE HOUSE ACTIONS TASKING - NSS - Paper DC on Cybersecurity - (Due 04.07.11, 1700)

MEC,

I reviewed it and recommend clearing it with one comment: [ (b) (5) ]

In the main document, the paragraph [ (b) (5) ] - I suspect because other information in that paragraph is classified information.

[ (b) (5) ]

1

00004



(b) (5)

Pete

------

Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice: (b) (6)   pager: (b) (6)
(b) (6)   www.dhs.gov/privacy

------

**From:** PRIV Exec Sec (b) (6)
**Sent:** Wednesday, April 06, 2011 1:44 PM
**To:** Sand, Peter
**Cc:** Callahan, Mary Ellen; Kropf, John
**Subject:** [HEADS-UP] FW: WHITE HOUSE ACTIONS TASKING - NSS - Paper DC on Cybersecurity - (Due 04.07.11, 1700)

Pete –

We will notify NPPD that you will be the POC for this tasker on Cybersecurity.

Thank you.

Sandy

Sandra L. Hawkins
Director of Administration
Privacy Office
U.S. Department of Homeland Security
245 Murray Lane, SW, Mail Stop 0655
Washington, DC 20528-0655
Telephone: (b) (6)
Fax: (b) (6)
E-mail: (b) (6)

This is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

**From:** (b) (6)
**Sent:** Wednesday, April 06, 2011 1:39 PM
**To:** (b) (6)   (b) (6)   Dorris, Earl; (b) (6)   NPPDExecSec; NPPDtasking; (b) (6)
**Cc:** BriefingStaffA; Campbell, Sandra L; (b) (6)   Plcy Exec Sec; (b) (6)   OGC Exec Sec; (b) (6)
(b) (6)   MGMTExecSec; (b) (6)   (b) (6)   (b) (6)   I&A Exec Sec; CRCL

2

00005

Exec Sec; PRIV Exec Sec; Privacy Office

**Subject:** WHITE HOUSE ACTIONS TASKING - NSS - Paper DC on Cybersecurity - (Due 04.07.11, 1700)

The NSS is circulating a SECRET paper DC on cybersecurity and the DIB pilot asking for Deputy Secretary-level approval.

The documents were sent to Component Contacts on HSDN.

### WHITE HOUSE ACTIONS TASKING

| Document Name | NSS - Paper DC on Cybersecurity |
|---|---|
| **Tracking Number** | 11.0005.73 / TBD |
| **Lead Component** | NPPD |
| **Required Coordination** | OGC, PLCY, MGMT, I&A, CRCL, PRIV |
| **Product** | Requirement:<br><br>1) *Deputy Secretary-level* comments/approval on the paper. Any edits or comments must be at the department-level and represent the One-DHS view.<br><br>2) **Action Memo** from NPPD Leadership to S2 recommending approval and transmittal of DHS response to the White House.<br><br>3) **Completed Coordination Sheet** detailing names of people from Components that have coordinated. (**We must receive this in order to consider the tasker complete**) |
| **Notes** | COORDINATING COMPONENTS: Please work with NPPD as soon as possible.<br><br>NPPD will lead and submit the final document to DHS Exec Sec.<br><br>OGC Coordination: Please ensure that briefing materials have been fully coordinated with OGC staff working in your component.<br><br>If you anticipate being late with your comments please alert Lead Component and BriefingStaffA. |
| **Due** | **Thursday, April 7, 2011 (1700)** |

*Components listed in the "Required Coordination" shall provide a POC on this issue to NPPD as soon as possible upon receipt of this tasking.

Coordinating components should send unclassified responses/comments to NPPD and ▓▓▓▓▓▓ (b) (6) ▓▓▓▓▓▓

NPPD should forward final consolidated response to ESEC.

(b) (6)

Office of the Executive Secretary
Office of the Secretary
Department of Homeland Security
(b) (6)

3

00006

## Andrew, Emily

| | |
|---|---|
| **From:** | Sand, Peter |
| **Sent:** | Thursday, April 07, 2011 11:34 AM |
| **To:** | PRIV Exec Sec |
| **Cc:** | Andrew, Emily |
| **Subject:** | RE: [HEADS-UP] FW: WHITE HOUSE ACTIONS TASKING - NSS - Paper DC on Cybersecurity - (Due 04.07.11, 1700) |

PRIV Exec Sec,

Please respond: PRIV clears with one comment:



(b) (5)

Thanks,

Pete

------

Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice: (b) (6)    pager: (b) (6)
(b) (6)    www.dhs.gov/privacy

------

**From:** PRIV Exec Sec          (b) (6)
**Sent:** Wednesday, April 06, 2011 1:44 PM
**To:** Sand, Peter
**Cc:** Callahan, Mary Ellen; Kropf, John
**Subject:** [HEADS-UP] FW: WHITE HOUSE ACTIONS TASKING - NSS - Paper DC on Cybersecurity - (Due 04.07.11, 1700)

Pete –

We will notify NPPD that you will be the POC for this tasker on Cybersecurity.

Thank you.

Sandy

Sandra L. Hawkins
Director of Administration

1

00007

Privacy Office
U.S. Department of Homeland Security
245 Murray Lane, SW, Mail Stop 0655
Washington, DC 20528-0655
Telephone: (b) (6)
Fax: (b) (6)
E-mail: (b) (6)

This is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

**From:** (b) (6)
**Sent:** Wednesday, April 06, 2011 1:39 PM
**To:** (b) (6)   (b) (6)   Dorris, Earl;   (b) (6)   NPPDExecSec; NPPDtasking;   (b) (6)
**Cc:** BriefingStaffA; Campbell, Sandra L;   (b) (6)   Plcy Exec Sec;   (b) (6)   OGC Exec Sec;   (b) (6)
(b) (6)   MGMTExecSec;   (b) (6)   (b) (6)   (b) (6)   I&A Exec Sec; CRCL
Exec Sec; PRIV Exec Sec; Privacy Office
**Subject:** WHITE HOUSE ACTIONS TASKING - NSS - Paper DC on Cybersecurity - (Due 04.07.11, 1700)

The NSS is circulating a SECRET paper DC on cybersecurity and the DIB pilot asking for Deputy Secretary-level approval.

The documents were sent to Component Contacts on HSDN.

**WHITE HOUSE ACTIONS TASKING**

| Document Name | NSS - Paper DC on Cybersecurity |
|---|---|
| **Tracking Number** | 11.0005.73 / TBD |
| **Lead Component** | NPPD |
| **Required Coordination** | OGC, PLCY, MGMT, I&A, CRCL, PRIV |
| **Product** | Requirement:<br><br>1) **Deputy Secretary-level** comments/approval on the paper. Any edits or comments must be at the department-level and represent the One-DHS view.<br><br>2) **Action Memo** from NPPD Leadership to S2 recommending approval and transmittal of DHS response to the White House.<br><br>3) **Completed Coordination Sheet** detailing names of people from Components that have coordinated. (**We must receive this in order to consider the tasker complete**) |

2

00008

| Notes | COORDINATING COMPONENTS:  Please work with NPPD as soon as possible.<br><br>NPPD will lead and submit the final document to DHS Exec Sec.<br><br>OGC Coordination:  Please ensure that briefing materials have been fully coordinated with OGC staff working in your component.<br><br>If you anticipate being late with your comments please alert Lead Component and BriefingStaffA. |
| --- | --- |
| Due | Thursday, April 7, 2011 (1700) |

*Components listed in the "Required Coordination" shall provide a POC on this issue to NPPD as soon as possible upon receipt of this tasking.

Coordinating components should send unclassified responses/comments to NPPD and ███████ (b) (6) ████

NPPD should forward final consolidated response to ESEC.

(b) (6)
Office of the Executive Secretary
Office of the Secretary
Department of Homeland Security
(b) (6)

00010

Attached is the SOC from the Paper DC on DIB Pilot Extension. NPPD please note there are numerous actions for DHS.

**From:** (b) (6)
**Sent:** Wednesday, November 09, 2011 11:17 AM
**To:** (b) (6)          (b) (6)          Moore, Deborah O; NPPDExecSec; NPPDtasking;          (b) (6)
**Cc:** BriefingStaffA;          (b) (6)          OGC Exec Sec;          (b) (6)          (b) (6)          Campbell, Sandra L; Plcy Exec Sec;
          (b) (6)          I&A Exec Sec;          (b) (6)          (b) (6)          (b) (6)          (b) (6)          (b) (6)
MGMTExecSec; Micone, Vincent;          (b) (6)          Williams, Derrick
**Subject:** White House Actions Tasking - NSS - Paper DC on DIB Pilot Extension - (Due 11.10.11 0900)
**Importance:** High

The NSS is circulating a Paper DC on the DIB Pilot Extension for Deputy Secretary-level comment and approval.

## WHITE HOUSE ACTIONS TASKING

| Document Name | NSS - Paper DC on DIB Pilot Extension |
|---|---|
| **Tracking Number** | 11.0005.188 / tbd |
| **Lead Component** | NPPD |
| **Required Coordination** | OGC, PLCY, I&A, MGMT |
| **Product** | Requirement: <br><br> 1) *Deputy Secretary*-**level comments/approval** on the paper in a *consolidated* and *adjudicated* comment matrix. (***Matrix must speak in 1 unified DHS voice***) <br><br> 2.) **Action Memo** from NPPD leadership to S2 recommending approval and transmittal of DHS response to the White House. <br><br> 3) **Completed Coordination Sheet** detailing names of people from Components that have coordinated. (**We must receive this in order to consider the tasker complete**) |
| **Notes** | COORDINATING COMPONENTS: Please work with NPPD as soon as possible. <br><br> NPPD will lead and submit the final document to DHS Exec Sec. <br><br> OGC Coordination: Please ensure that briefing materials have been fully coordinated with OGC staff working in your component. <br><br> If you anticipate being late with your comments please alert Lead Component and BriefingStaffA. |
| **Due** | **Thursday, November 10, 2011 (0900)** |

*Components listed in the "Required Coordination" shall provide a POC on this issue to NPPD as soon as possible upon receipt of this tasking.

Coordinating components should send unclassified responses/comments to NPPD and          (b) (6)

NPPD should forward final consolidated response to ESEC.

(b) (6)

00011
Office of the Executive Secretary
Office of the Secretary
Department of Homeland Security
(b) (6)

3

00012

**Andrew, Emily**
_____

| | |
|---|---|
| **From:** | Goode, Brendan |
| **Sent:** | Monday, December 19, 2011 5:30 PM |
| **To:** | (b) (6)     DISL OSD POLICY |
| **Cc:** | Andrew, Emily; Falkenstein, Cindy V |
| **Subject:** | Privacy inputs to NSS |
| **Attachments:** | Privacy Oversight DHS task_20111219.docx |

Hi (b) (6)

Attached is a draft of what we plan on submitting to NSS.  I believe Emily (NPPD Privacy office) is getting final comments.  We wanted to provide you situational awareness of our submission to NSS.  How are you coming from your side?

Thanks,
Brendan

00016

| | |
|---|---|
| **From:** | Andrew, Emily |
| **To:** | McDermott, Thomas M; (b) (6)   (b) (6)   ; (b) (6)   ; Goode, Brendan; Rock, Lee; Brown, David; Steiner, Kurt; Jacobs, Michael |
| **Cc:** | Falkenstein, Cindy; (b) (6) |
| **Subject:** | Re: Draft NPPD JCSP PIA 20120110 |
| **Date:** | Tuesday, January 10, 2012 4:32:11 PM |

**(b) (5)**

**From:** McDermott, Thomas M
**Sent:** Tuesday, January 10, 2012 02:24 PM
**To:** (b) (6)   (b) (6)   (b) (6)   Goode, Brendan; Rock, Lee; Brown, David; Steiner, Kurt; Jacobs, Michael
**Cc:** Falkenstein, Cindy; (b) (6)   Andrew, Emily
**Subject:** RE: Draft NPPD JCSP PIA 20120110

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:     (b) (6)
blackberry:   (b) (6)
          (b) (6)

**From:** (b) (6)
**Sent:** Tuesday, January 10, 2012 2:19 PM
**To:** (b) (6)   (b) (6)   McDermott, Thomas M; Goode, Brendan; Rock, Lee; Brown, David;
Steiner, Kurt; Jacobs, Michael
**Cc:** Falkenstein, Cindy; (b) (6)   Andrew, Emily
**Subject:** RE: Draft NPPD JCSP PIA 20120110

**(b) (5)**

00018

Attached is the latest version of the JCSP PIA. There are areas that require input from NSD, US-CERT, and OGC.

Please review and provide your edits to me by COB today so that I can consolidate all comments and get this back to Privacy by tomorrow's 12pm deadline (the thursday deadline below was a typo).

If you have any questions, please let me know.

Thanks,
Carolyn

---

**From:** Falkenstein, Cindy
**Sent:** Tuesday, January 10, 2012 10:49 AM
**To:**        (b) (6)
**Cc:** McDermott, Thomas M; Goode, Brendan;      (b) (6)      Andrew, Emily
**Subject:** Draft NPPD JCSP PIA 20120110

Carolyn,
NPPD Privacy and DHS HQ Privacy have provided additional input; reviewed with comments that require input from NSD, OGC, and US-CERT. We have gone ahead and accepted most of the internal discussions, so this is a cleaned up version for an easier read and to help expedite the turn-around.

We have prepared MEC for a final draft by Friday and would like to have this back with your responses, ideally first thing in the AM, but by noon-Thursday, at the latest.

Thank you for all of your assistance in pulling this together.
Cindy

Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
1110 N. Glebe Rd. (b) (6) | Arlington VA 22201 |    (b) (6)    (O) |    (b) (6)    (BB) |
     (b) (6)        | DHS Privacy Website | NPPD Privacy Intranet

00079

| From: | Andrew, Emily |
|---|---|
| To: | Sand, Peter |
| Cc: | Falkenstein, Cindy |
| Subject: | FW: Interagency Rule for Review: Due COB Tues 1/24 - DOD Interim Final Rule - Department of Defense (DoD)-Defense Industrial Base (DIB) Voluntary Cyber Security and Information Assurance (CS/IA) Activities - 0790-AI60 |
| Date: | Tuesday, January 24, 2012 7:26:56 AM |

Pete – Cindy and I have reviewed the document and have no comments or changes.

Thanks for looping us in on the review.

Emily

**From:** McDermott, Thomas M
**Sent:** Monday, January 23, 2012 4:37 PM
**To:** Andrew, Emily; Goode, Brendan
**Cc:** ▮▮▮(b) (6)▮▮▮ Falkenstein, Cindy; Sand, Peter
**Subject:** RE: Interagency Rule for Review: Due COB Tues 1/24 - DOD Interim Final Rule - Department of Defense (DoD)-Defense Industrial Base (DIB) Voluntary Cyber Security and Information Assurance (CS/IA) Activities - 0790-AI60



(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:       (b) (6)
blackberry:   (b) (6)
         (b) (6)

00080

**From:** Andrew, Emily
**Sent:** Sunday, January 22, 2012 8:24 AM
**To:** McDermott, Thomas M; Goode, Brendan
**Cc:** ████ (b) (6) ████ Falkenstein, Cindy; Sand, Peter
**Subject:** FW: Interagency Rule for Review: Due COB Tues 1/24 - DOD Interim Final Rule - Department of Defense (DoD)-Defense Industrial Base (DIB) Voluntary Cyber Security and Information Assurance (CS/IA) Activities - 0790-AI60

Tom/Brendan,

I'm forwarding this because I don't want to assume that you've seen or had the opportunity to review the attached DOD - Final Rule  on DIB Activities.  It appears that the ████ (b) (5) ████
████████████████████████████████████████  To Pete's questions below,

(b) (5)

Thanks,

Emily

**From:** Sand, Peter
**Sent:** Friday, January 20, 2012 12:59 PM
**To:** Landesberg, Martha; Foster, Helen; Mathews, Scott; Andrew, Emily; Falkenstein, Cindy; Rebecca J. Richards ████ (b) (6) ████
**Cc:** PRIV Exec Sec; Gottfried, Jordan
**Subject:** RE: Interagency Rule for Review: Due COB Tues 1/24 - DOD Interim Final Rule - Department of Defense (DoD)-Defense Industrial Base (DIB) Voluntary Cyber Security and Information Assurance (CS/IA) Activities - 0790-AI60

Emily, Becky, Helen,

This is a DOD "Rule" related to Cyber that's all about information sharing – so I'm looking to you guys to figure out who else should review it – comments due back Tuesday.

I marked sections that got my attention... did not put comments in the doc.



(b) (5)

00081



(b) (5)

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
(b) (6)          (b) (6)
www.dhs.gov/privacy
------
**Join lively discussions with outside experts!**
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row!     (b) (6)          .
------

**From:** Landesberg, Martha
**Sent:** Tuesday, January 17, 2012 9:17 PM
**To:** Foster, Helen; Mathews, Scott
**Cc:** PRIV Exec Sec; Gottfried, Jordan; Sand, Peter
**Subject:** FW: Interagency Rule for Review: Due COB Tues 1/24 - DOD Interim Final Rule - Department
of Defense (DoD)-Defense Industrial Base (DIB) Voluntary Cyber Security and Information Assurance
(CS/IA) Activities - 0790-AI60

This is DOD information sharing for your review. I will coordinate response, and Pete should also
weigh in, but think the two of you may have insights – I think there are a least "derivative" PRIV
equities here….

tx

Martha K. Landesberg
Associate Director, Privacy Policy
Privacy Office
Department of Homeland Security
Phone:    (b) (6)
Fax:    (b) (6)

**From:** PRIV Exec Sec
**Sent:** Tuesday, January 17, 2012 4:52 PM

00082

**To:** Sand, Peter; Landesberg, Martha
**Cc:** Gottfried, Jordan
**Subject:** FW: Interagency Rule for Review: Due COB Tues 1/24 - DOD Interim Final Rule - Department of Defense (DoD)-Defense Industrial Base (DIB) Voluntary Cyber Security and Information Assurance (CS/IA) Activities - 0790-AI60

Good afternoon,

Please see the attached report that requires comments/clearance by 3pm on January 24. If applicable, please ensure internal coordination prior to submission to PRIV Exec Sec. Thank you.

---

**From:** ▇ (b) (6) ▇
**Sent:** Tuesday, January 17, 2012 1:23 PM
**To:** OGC Regulatory Affairs; OGC Regs - Atty Circulation
**Cc:** OGC HQS RLD; DHS Regulations
**Subject:** Interagency Rule for Review: Due COB Tues 1/24 - DOD Interim Final Rule - Department of Defense (DoD)-Defense Industrial Base (DIB) Voluntary Cyber Security and Information Assurance (CS/IA) Activities - 0790-AI60

Available for your review, is a DOD Interim Final Rule titled "Department of Defense (DoD)-Defense Industrial Base (DIB) Voluntary Cyber Security and Information Assurance (CS/IA) Activities."

**Deadline. By COB Tuesday Jan 24**, please send all comments to ▇ (b) (6) ▇
(    (b) (6)    ) and please Cc ▇ (b) (6) ▇ OGC Reviewers: Please insert your comments into the version on the OGC shared drive, per the instructions below.

**Summary of Rule.** DoD is publishing an interim final rule to establish a voluntary cyber security information sharing program between DoD and eligible cleared defense contractors. The program enhances and supplements DIB participants' capabilities to safeguard DoD information that resides on, or transits, DIB unclassified information systems.

**Point of Contact.** If your component submits comments, please include a point of contact (POC) – including a name and phone number – with your comments. The POC should be able to discuss the substance of the comments or to identify individuals in your component who can discuss the substance. OGC will contact the POC if we have follow-up questions.



**OGC Reviewers.** Please insert your comments into the document, titled ▇ (b) (5) ▇
▇ which is located at ▇ (b) (7)(E) ▇
▇ and please notify ▇ (b) (6) ▇ after you insert your comments. Do not insert your comments into the attached document.

**Authorization for Sharing.** Do not share this rule, in whole or in part, with anyone outside of DHS without first obtaining authorization for such disclosure from the DHS OGC Regulatory Affairs Law Division.

00083

Thank you.



Legal Administrative Specialist, Regulatory Affairs
Office of the General Counsel
U.S. Department of Homeland Security
(office)
(BB)

*This communication, along with any attachments, is covered by federal and state law governing
electronic communications and may contain confidential and legally privileged information.  If the
reader of this message is not the intended recipient, you are hereby notified that any
dissemination, distribution, use or copying of this message is strictly prohibited.  If you have
received this in error, please reply immediately to the sender and delete this message.  Thank you.*

00084

## Andrew, Emily

| From: | Falkenstein, Cindy |
|---|---|
| Sent: | Tuesday, February 07, 2012 8:45 AM |
| To: | Andrew, Emily |
| Subject: | RE: DIB/JCSP Final recommendations. from AM review |

| Importance: | High |

Emily,



(b) (5)

Give me a call so we can discuss further if you wish.
**I did not respond with any edits to the document on the HIGH side.**

Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
1110 N. Glebe Rd. (b) (6) | Arlington VA 22201 | (b) (6) (O) | (b) (6) (BB) |
(b) (6) | DHS Privacy Website | NPPD Privacy Intranet

**From:** Andrew, Emily
**Sent:** Tuesday, February 07, 2012 6:53 AM
**To:** McDermott, Thomas M
**Cc:** Falkenstein, Cindy
**Subject:** Final recommendations.

Hi Tom – can you let me know your availability for a call to discuss the final recommendations and way forward?  I'm open today between 1130 – 1 and then tomorrow morning.

Thanks
Emily

Emily Andrew, CIPP, CIPP/G | Sr. Privacy Officer
National Protection and Programs Directorate | U.S. Department of Homeland Security
1616 N. Ft. Myer Dr. (b) (6) | Arlington VA 22209 | (b) (6) (b) (6)

1

00085

## Falkenstein, Cindy

| | |
|---|---|
| **From:** | Falkenstein, Cindy |
| **Sent:** | Tuesday, February 07, 2012 8:58 AM |
| **To:** | Richards, Rebecca; (b) (6) (CTR); Sand, Peter; Andrew, Emily; (b) (6) (b) (6) Steiner, Kurt |
| **Cc:** | Goode, Brendan; Eberle, Carole; Falkenstein, Cindy |
| **Subject:** | NCPS Privacy Compliance Workgroup Minutes: Monday, February 6, 2012 |

(b) (5)



Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
1110 N. Glebe Rd. (b)(6) | Arlington VA 22201 | (b) (6) (O) | (b) (6) (BB) |
(b) (6) | DHS Privacy Website | NPPD Privacy Intranet

00086

| From: | Falkenstein, Cindy |
|---|---|
| To: | Andrew, Emily |
| Subject: | docs on high side: E3 & JCSP/DIB |
| Date: | Wednesday, February 15, 2012 12:46:00 PM |

Emily,

I've gone through my mail up on the high side, and found two emails from ▮(b) (6)▮ that are of interest for the E3 PIA. ▮(b) (6)▮ me the ▮(b) (5)▮ so I will follow up with Mark to see if that is the latest version.) He also sent some E3 Training from one of their vendors up at the Fort; I have not gone into each of the attachments to review (no comments requested), but wanted to let you know he sent them to me.

**(b) (5)**

Cindy:

Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
☎ 1110 N. Glebe Rd. ▮(b) (6)▮ | Arlington VA 22201 | ☎ ▮(b) (6)▮ (O) | ☎ ▮(b) (6)▮ (BB) |
✉ ▮(b) (6)▮ | DHS Privacy Website | NPPD Privacy Intranet

00087

**Andrew, Emily**

| | |
|---|---|
| **From:** | Falkenstein, Cindy |
| **Sent:** | Monday, March 12, 2012 10:00 AM |
| **To:** | Andrew, Emily; (b) (6) (b) (6) Steiner, Kurt; Sand, Peter; (b) (6) |
| **Cc:** | Richards, Rebecca; Goode, Brendan; Falkenstein, Cindy; Eberle, Carole |
| **Subject:** | NCPS Privacy Compliance Workgroup Minutes: Monday, March 5, 2012 |
| **Attachments:** | NCPS Privacy Compliance Workgroup Minutes: Monday, February 6, 2012; DPIAC_Cybers Sub_Agenda_March 8_FINAL_03072012.docx |



(b) (5)



(b) (5)

00090

| From: | Andrew, Emily |
|---|---|
| To: | Sand, Peter |
| Cc: | Richards, Rebecca; Callahan, Mary Ellen; Falkenstein, Cindy; Foster, Helen |
| Subject: | RE: GAO Review on DOD's Efforts for Protecting the Defense Industrial Base From Cyber Threats (351656) |
| Date: | Wednesday, March 21, 2012 12:43:15 PM |
| Attachments: | MARCH 2012v3.doc |

Thanks in looking at this again – the review expands the conversation into the JCSP. I think the only challenge we really had for the JCSP was the time frame to get the PIA completed. **(b) (5)**

**(b) (5)**

**From:** Sand, Peter
**Sent:** Wednesday, March 21, 2012 12:33 PM
**To:** Andrew, Emily
**Cc:** Richards, Rebecca; Callahan, Mary Ellen; Falkenstein, Cindy; Foster, Helen
**Subject:** Re: GAO Review on DOD's Efforts for Protecting the Defense Industrial Base From Cyber Threats (351656)

Emily,

No- I don't recalling **(b) (5)**

Only thing **(b) (5)**

Pete

Peter E. Sand | DHS PRIV | **(b) (6)**
Sent via blackberry. Please excuse the effects of big thumbs on little keys.

**From:** Andrew, Emily
**Sent:** Wednesday, March 21, 2012 12:25 PM
**To:** Sand, Peter
**Cc:** Richards, Rebecca; Callahan, Mary Ellen; Falkenstein, Cindy
**Subject:** FW: GAO Review on DOD's Efforts for Protecting the Defense Industrial Base From Cyber Threats (351656)

Pete – NSD is working on the responses to questions from the GAO in prep for a call tomorrow on the DIB Pilot – the question is as follows:

00091

1. To what extent has DHS encountered any challenges such as any privacy or legal concerns while operating the Opt-In Cyber Pilot? Please explain.[d1]

**(b) (5)**

Emily

---

**From:** (b) (6)
**Sent:** Wednesday, March 21, 2012 11:15 AM
**To:** McDermott, Thomas M; (b) (6) Andrew, Emily; Falkenstein, Cindy
**Cc:** Goode, Brendan; (b) (6) Eberle, Carole
**Subject:** RE: GAO Review on DOD's Efforts for Protecting the Defense Industrial Base From Cyber Threats (351656)
**Importance:** High

OGC and Privacy,

We are working on the responses to the questions on the DIB Pilot from GAO in preparation for the call tomorrow.  We specifically need input from you for the following:

1. OGC: Questions 4, 5, 7, 8
2. Privacy: Question 8

As the call is tomorrow, I need answers as soon as you can reasonably provide them today.  My apologies for the short turn around request.

Thanks,
(b) (6)

---

**From:** Eberle, Carole
**Sent:** Wednesday, March 14, 2012 1:30 PM
**To:** (b) (6) McElroy, Deron T; Odderstol, Thad; (b) (6) Rock, Lee; Harris, Richard; (b) (6) Glick, Jeffrey; (b) (6) (b) (6) Schneider, Eric
**Cc:** (b) (6) (b) (6) Menna, Jenny; Hanson, Eric; Shabat, Matthew; McElroy, Deron T; Goode, Brendan; (b) (6) NSD Exec Sec; NCSD Exec Sec; McDermott, Thomas M; (b) (6) Royster, Kristin
**Subject:** RE: GAO Review on DOD's Efforts for Protecting the Defense Industrial Base From Cyber Threats (351656)

All - the meeting with GAO is set for March 22nd from 2:00 – 3:00 in conference room 729 (I'm also working on getting a conference bridge).  I have a POC from NSD, and will need one from CICPA, US-CERT and maybe NCCIC (Eric?) and possibly NCS (Jeff?).  Please let me know who the POC is so I can send the invite.  If possible, please respond to the questions by 1200 on Tuesday, 3/20 and return them to me.

00092

Thank you,
Carole

**From:** Eberle, Carole
**Sent:** Wednesday, March 07, 2012 5:30 PM
**To:** Goode, Brendan;  (b) (6)  (b) (6)  McDermott, Thomas M;  (b) (6)
McElroy, Deron T; Odderstol, Thad;  (b) (6)  Rock, Lee; Harris, Richard;  (b) (6)
**Cc:**  (b) (6)  (b) (6)  Menna, Jenny; Hanson, Eric; Shabat, Matthew
**Subject:** FW: GAO Review on DOD's Efforts for Protecting the Defense Industrial Base From Cyber
Threats (351656)

All,

Some of you spoke with          (b) (5)

                                        (b) (5)

                    (b) (5)                    so please let me know what days work
best for you during Mar 22, 23, 26, 27, 28 and 29.  If we can have written responses several days
before the call, it will help to ensure we are all on the same page.  I will also work on setting up an
internal call so we can discuss before talking to GAO.

Please let me know if you have questions.

Thank you,
Carole

00093

| | |
|---|---|
| From: | Andrew, Emily |
| To: | Andrew, Emily;   (b) (6)   McDermott, Thomas M;   (b) (6)  Falkenstein, Cindy |
| Cc: | Goode, Brendan   (b) (6)  ;   (b) (6)  ; Eberle, Carole; Sand, Peter |
| Subject: | RE: GAO Review on DOD's Efforts for Protecting the Defense Industrial Base From Cyber Threats (351656) |
| Date: | Wednesday, March 21, 2012 12:49:26 PM |

(b) (6)

In looking at this again – the review  expands the conversation into the JCSP.  I think the only challenge we really had for the JCSP was the time frame to get the PIA completed.  (b) (5)

**[REDACTED (b) (5)]**

**[REDACTED (b) (5)]**

Emily

**From:** Andrew, Emily
**Sent:** Wednesday, March 21, 2012 12:31 PM
**To:**   (b) (6)   McDermott, Thomas M;   (b) (6)   Falkenstein, Cindy
**Cc:** Goode, Brendan;   (b) (6)      (b) (6)   Eberle, Carole; Sand, Peter
**Subject:** RE: GAO Review on DOD's Efforts for Protecting the Defense Industrial Base From Cyber Threats (351656)

  (b) (6)   for PRIV – you meant Question #7 correct?  Also – is this strictly for the DIP Pilot – not related to JCSP?

Emily

**From:**      (b) (6)
**Sent:** Wednesday, March 21, 2012 11:15 AM
**To:** McDermott, Thomas M;   (b) (6)   Andrew, Emily; Falkenstein, Cindy
**Cc:** Goode, Brendan;   (b) (6)     (b) (6)   Eberle, Carole
**Subject:** RE: GAO Review on DOD's Efforts for Protecting the Defense Industrial Base From Cyber Threats (351656)
**Importance:** High

OGC and Privacy,

00094

We are working on the responses to the questions on the DIB Pilot from GAO in preparation for the call tomorrow. We specifically need input from you for the following:

1. OGC: Questions 4, 5, 7, 8
2. Privacy: Question 8

As the call is tomorrow, I need answers as soon as you can reasonably provide them today. My apologies for the short turn around request.

Thanks,
(b) (6)

---

**From:** Eberle, Carole
**Sent:** Wednesday, March 14, 2012 1:30 PM
**To:** (b) (6)   McElroy, Deron T; Odderstol, Thad; (b) (6)   Rock, Lee; Harris, Richard; (b) (6)   Glick, Jeffrey; (b) (6)   (b) (6)   Schneider, Eric
**Cc:** (b) (6)   (b) (6)   Menna, Jenny; Hanson, Eric; Shabat, Matthew; McElroy, Deron T; Goode, Brendan; (b) (6)   NSD Exec Sec; NCSD Exec Sec; McDermott, Thomas M; (b) (6)   Royster, Kristin
**Subject:** RE: GAO Review on DOD's Efforts for Protecting the Defense Industrial Base From Cyber Threats (351656)

All - the meeting with GAO is set for March 22nd from 2:00 – 3:00 in conference room 729 (I'm also working on getting a conference bridge). I have a POC from NSD, and will need one from CICPA, US-CERT and maybe NCCIC (Eric?) and possibly NCS (Jeff?). Please let me know who the POC is so I can send the invite. If possible, please respond to the questions by 1200 on Tuesday, 3/20 and return them to me.

Thank you,
Carole

---

**From:** Eberle, Carole
**Sent:** Wednesday, March 07, 2012 5:30 PM
**To:** Goode, Brendan; (b) (6)   (b) (6)   McDermott, Thomas M; (b) (6)   McElroy, Deron T; Odderstol, Thad; (b) (6)   Rock, Lee; Harris, Richard; (b) (6)
**Cc:** (b) (6)   (b) (6)   Menna, Jenny; Hanson, Eric; Shabat, Matthew
**Subject:** FW: GAO Review on DOD's Efforts for Protecting the Defense Industrial Base From Cyber Threats (351656)

All,

Some of you spoke with (b) (5)   (b) (5)

(b) (5)

00095

GAO would like a con call with us to discuss the answers so please let me know what days work best for you during Mar 22, 23, 26, 27, 28 and 29. If we can have written responses several days before the call, it will help to ensure we are all on the same page. I will also work on setting up an internal call so we can discuss before talking to GAO.

Please let me know if you have questions.

Thank you,
Carole

00099

| | |
|---|---|
| **From:** | Falkenstein, Cindy |
| **Sent:** | Wednesday, May 16, 2012 4:01 PM |
| **To:** | Andrew, Emily |
| **Subject:** | JCSP/DECS DRaft PIA |
| **Attachments:** | Initial DHS NPPD DESC PIA 051412_cvf.doc |

Emily,
Attached is my first attempt at a rough draft for the JCSP/DESC PIA. I had intended to provide this to you yesterday as requested, however, due to the reprioritization of the TAF information, the initial draft for a new PIA was pushed back.

I have taken today to review all of the information you provided recently for the JCSP/DIB ESC (DESC), and input changes where might be appropriate. **(b) (5)** Also in the interest of time, I have not proof-read this version as it is the initial draft; and as PIAs will normally take months to fine-tune, I wanted to get this started so we can make edits and tweak the language/details as we progress.

I hope this is what you were expecting; if not please provide me your thoughts.
Cindy

**Cindy Falkenstein**
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
1110 N. Glebe Rd. **(b) (6)** | Arlington VA 22201 | **(b) (6)** (O) | **(b) (6)** (BB) |
**(b) (6)**     DHS Privacy Website | NPPD Privacy Intranet

"Most of the important things in the world have been accomplished by people who have kept on trying when there seemed to be no hope at all."
— Dale Carnegie

00100

| | |
|---|---|
| **From:** | Andrew, Emily |
| **To:** | Sand, Peter |
| **Cc:** | Falkenstein, Cindy; (b) (6) |
| **Subject:** | RE: JCSP In the news - "strict privacy protections" |
| **Date:** | Friday, May 18, 2012 8:54:08 AM |
| **Attachments:** | Privacy Oversight DHS task 20111219.docx |

DOD has the ▮▮▮▮▮▮▮▮▮▮▮▮ (b) (5) ▮▮▮▮▮▮▮▮▮▮▮▮.

▮▮▮▮▮▮▮▮▮▮▮▮ (b) (5) ▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮  There may be a more updated version — just need to check my files. Is this what you had in mind?

---

**From:** Sand, Peter
**Sent:** Friday, May 18, 2012 7:51 AM
**To:** Andrew, Emily; Falkenstein, Cindy; (b) (6)
**Subject:** JCSP In the news - "strict privacy protections"

All,

Reading Ellen Nakashima's piece in the Post:
http://www.washingtonpost.com/world/national-security/pentagon-to-expand-cybersecurity-program-for-defense-contractors/2012/05/11/gIQALhjbHU_story.html

"The companies may turn over results of the screening to the government. The data would go to DHS and could be shared with agencies such as the NSA and FBI, but with strict privacy protections, officials said."

I recall from the OPA materials that DOD is taking the lead on privacy questions...

Is that right? Or are we handling the OPA piece for our portion and DOD for theirs?

Let's write something up that lists the "strict privacy protections" – just to have that ready.

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
The Privacy Office, Department of Homeland Security
▮▮▮ (b) (6) ▮▮▮  |  ▮▮▮ (b) (6) ▮▮▮  |  www.dhs.gov/privacy

00101

**Re Privacy meeting on Brendan's calendar today**

From:    Andrew, Emily
Sent:    Monday, May 21, 2012 9:24 AM
To:      ▉▉▉(b) (6)▉▉▉ Falkenstein, Cindy; ▉▉▉(b) (6)▉▉▉
Cc:      ▉▉(b) (6)▉▉
Subject: Re: Privacy meeting on Brendan's calendar today

▉▉(b) (6)▉▉

I'm not sure but it could be ▉▉▉▉▉▉▉(b) (5)▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉(b) (5)▉▉▉▉▉▉▉▉▉▉

I'm copying ▉▉▉(b) (6)▉▉▉, MEC's Executive Assistant and ▉(b) (6)▉ for any additional input.

Emily

Emily Andrew
    Senior Privacy Officer
    DHS/NPPD
    ▉▉(b) (6)▉▉

----- Original Message -----
From:    ▉▉▉(b) (6)▉▉▉
Sent: Monday, May 21, 2012 02:09 PM
To: Falkenstein, Cindy; Andrew, Emily
Subject: Privacy meeting on Brendan's calendar today

Cindy/Emily -

There's a meeting hold on Brendan's calendar today from 3-4. Did you guys set that up?

If so, what's the context?  Laura was asking me to cover this morning, as Brendan has a conflict, and it's the first I've heard of it.

If this isn't your meeting, just let me know and I'll do some more digging.

Thanks!
▉▉(b) (6)▉▉

00102

| | |
|---|---|
| From: | (b) (6) |
| Sent: | Thursday, May 24, 2012 9:13 AM |
| To: | Falkenstein, Cindy; Lockett, Vania |
| Cc: | NPPDPrivacy |
| Subject: | RE: NCPS JCSP DESC Update PIA |
| Attachments: | NPPD JCSP DESC PIA Update 052112 cvf (RJF 0524 12).docx |

Hi Cindy,

Please find my comments to the NCPS JCSP DECS Update PIA.  Most comments were too global to provide in-line edits.



(b) (5)

Also, I checked the DHS PRIV website and there is a new PIA Update template available.  Under the properties is has April 2012 as the document date; I think this is the correct template.

Please let me know if you would like to discuss further.

Thanks,
(b) (6)

(b) (6)    , CIPP/US, CIPP/G, CISSP
Senior Privacy Analyst | National Protection and Programs Directorate | U.S. Department of Homeland Security
(b) (6)  (O) |  (b) (6)  (BB) | ✉         Privacy Website | NPPD Privacy Intranet



From: Falkenstein, Cindy
Sent: Wednesday, May 23, 2012 1:16 PM
To: Lockett, Vania;  (b) (6)
Cc: NPPDPrivacy
Subject: FW: NCPS JCSP DESC Update PIA

Hi Vania (b) (6)
Just following up on the NPPD JCSP DESC PIA update. I don't mean to put any additional pressure on you, as I know you're all just as busy as I am, but I was under the impression that                        (b) (5)

                                                                                                    Would

00103

it be possible to give me an indication as to when we might be able to send this
over to NSD for their review? Can you let me know what next steps I might be able
to assist you with?
Thanks,
Cindy

Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
1110 N. Glebe Rd (b) (6) | Arlington VA 22201 | (b) (6) (O) | (b) (6) (BB) |
(b) (6) | DHS Privacy Website | NPPD Privacy Intranet

"Most of the important things in the world have been accomplished by people who have kept on trying when there seemed to be
no hope at all."
— Dale Carnegie

**From:** Falkenstein, Cindy
**Sent:** Monday, May 21, 2012 9:59 AM
**To:**    (b) (6)    Lockett, Vania
**Cc:** Andrew, Emily; Falkenstein, Cindy
**Subject:** RE: NCPS JCSP DESC Update PIA

Vania,  (b) (6)
I have reviewed Emily's version, and made some changes to reflect her comments.
Please review and let me know what additional comments/edits you would like to make. As noted in
Emily's email, once we have another version that we feel comfortable with, I will pass along to NSD for
further dissemination.
Thanks,
Cindy

Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
1110 N. Glebe Rd (b) (6) | Arlington VA 22201 | (b) (6) (O) | (b) (6) (BB) |
(b) (6) | DHS Privacy Website | NPPD Privacy Intranet

"Most of the important things in the world have been accomplished by people who have kept on trying when there seemed to be
no hope at all."
— Dale Carnegie

**From:** Andrew, Emily
**Sent:** Sunday, May 20, 2012 9:50 AM
**To:** Falkenstein, Cindy
**Cc:**    (b) (6)    Lockett, Vania
**Subject:** RE: NCPS JCSP DESC Update PIA

Cindy —                    (b) (5)                    . I've provide
some general comments, redlined on the attached, for the most part we need to focus on DHS role and
the changes from the JCSP to the DECS, which are limited.  Cindy — I agree with your comment that we
need to verify the info sharing.

00104

All once we have another version that you all feel comfortable with, please send to Brendan, OGC and team through either (b) (6) (if she is back) or Ken Kraper.

Thanks
Emily

Emily Andrew, CIPP, CIPP/G | Sr. Privacy Officer
National Protection and Programs Directorate | U.S. Department of Homeland Security
1616 N. Ft. Myer Dr. (b) (6) | Arlington VA 22209 | (b) (6) ✉ (b) (6)

---

**From:** Falkenstein, Cindy
**Sent:** Friday, May 18, 2012 4:49 PM
**To:** Andrew, Emily
**Subject:** FW: NCPS JCSP DESC Update PIA

I have also posted the update PTA to the NPPD shared drive at:

**(b) (7)(E)**

Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
1110 N. Glebe Rd (b) (6) | Arlington VA 22201 | ☎ (b) (6) (O) | ☎ (b) (6) (BB) |
✉ (b) (6)      DHS Privacy Website | NPPD Privacy Intranet

"Most of the important things in the world have been accomplished by people who have kept on trying when there seemed to be no hope at all."
— Dale Carnegie

---

**From:** Falkenstein, Cindy
**Sent:** Friday, May 18, 2012 4:42 PM
**To:** Andrew, Emily
**Cc:** Falkenstein, Cindy
**Subject:** NCPS JCSP DESC Update PIA

Emily,
Please review this Update PIA for JESP DECS, and let me know if you have any additional comments before taking any further actions.

I have used the                              **(b) (5)**

                                                               however, I would appreciate you noting any errors you may find, and to please bring them to my attention so that I may correct them immediately so we may send the most up-to-date version to the PM for their review and input, prior to submitting to DHS HQ PRIV.

00105

As promised, by COB today.
Thank you,
Cindy


**Cindy Falkenstein**
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
1110 N. Glebe Rd (b) (6) | Arlington VA 22201 | ▓ (b) (6) (O) | ▓ (b) (6) (BB) |
▓ (b) (6) | DHS Privacy Website | NPPD Privacy Intranet

"Most of the important things in the world have been accomplished by people who have kept on trying when there seemed to be no hope at all."
— Dale Carnegie

00106

## Andrew, Emily

| | |
|---|---|
| **From:** | (b) (6) _____ (b) (6) |
| **Sent:** | Tuesday, January 17, 2012 6:42 PM |
| **To:** | Callahan, Mary Ellen; Goode, Brendan |
| **Cc:** | (b) (6) _____ Andrew, Emily |
| **Subject:** | RE: JCSP PIA |

Terrific, thanks for the quick update (and citation to the final version).

**From:** Callahan, Mary Ellen _____ (b) (6) _____
**Sent:** Tuesday, January 17, 2012 6:32 PM
**To:** Silk, Jennifer;   (b) (6)
**Cc:**   (b) (6) _____ (b) (6) _____ Andrew, Emily
**Subject:** Re: JCSP PIA

Hi there, yes, both DOD and NSA reviewed the PIA before it became public. _____ (b) (5) _____

The PIA was posted this morning on the dhs privacy site, I believe at:
http://www.dhs.gov/files/publications/gc_1284567214689.shtm

(Working off my bberry, but I think the citation is correct).

Thanks, please let me know if you have additional questions. Mec.


Mary Ellen Callahan
Chief Privacy Officer
Department of Homeland Security
Work:   (b) (6)
Cell:   (b) (6)

**From:** Silk, Jennifer _____ (b) (6) _____
**Sent:** Tuesday, January 17, 2012 06:27 PM
**To:** Goode, Brendan; Callahan, Mary Ellen
**Cc:**   (b) (6)
**Subject:** JCSP PIA

Good evening,

Can you please tell me if the JCSP PIA was reviewed by DOD/NSA, specifically to review for classification regarding the description of the countermeasures in the overview section? Further, want to be sure the abstract and overview describe the activities consistent with joint messages between the departments to DIB companies and others and with the DC SOC. Has this been posted online yet?

Thanks,
(b) (6)


(b) (6)
Director, Cybersecurity

1

00107

National Security Staff
The White House
(b) (6)
(b) (6) (direct)
(b) (6) (secure)

00108

| From: | Andrew, Emily |
|---|---|
| To: | Sand, Peter; Falkenstein, Cindy |
| Subject: | FW: JCSP PIA |
| Date: | Wednesday, January 18, 2012 6:17:31 AM |

FYI – only.

**From:** (b) (6)                    (b) (6)
**Sent:** Tuesday, January 17, 2012 6:42 PM
**To:** Callahan, Mary Ellen; Goode, Brendan
**Cc:**                    (b) (6)                    Andrew, Emily
**Subject:** RE: JCSP PIA

Terrific, thanks for the quick update (and citation to the final version).

**From:** Callahan, Mary Ellen                (b) (6)
**Sent:** Tuesday, January 17, 2012 6:32 PM
**To:** (b) (6)      Goode, Brendan
**Cc:**                (b) (6)                Andrew, Emily
**Subject:** Re: JCSP PIA

Hi there, yes, both DOD and NSA reviewed the PIA before it became public.  (b) (5)

The PIA was posted this morning on the dhs privacy site, I believe at:
http://www.dhs.gov/files/publications/gc_1284567214689.shtm

(Working off my bberry, but I think the citation is correct).

Thanks, please let me know if you have additional questions. Mec.

Mary Ellen Callahan
Chief Privacy Officer
Department of Homeland Security
Work: (b) (6)
Cell: (b) (6)

**From:** (b) (6)                (b) (6)
**Sent:** Tuesday, January 17, 2012 06:27 PM
**To:** Goode, Brendan; Callahan, Mary Ellen
**Cc:**                (b) (6)
          (b) (6)
**Subject:** JCSP PIA

Good evening,
Can you please tell me if the JCSP PIA was reviewed by DOD/NSA, specifically to review for

00109

classification regarding the description of the countermeasures in the overview section? Further, want to be sure the abstract and overview describe the activities consistent with joint messages between the departments to DIB companies and others and with the DC SOC. Has this been posted online yet?

Thanks,



Director, Cybersecurity
National Security Staff
The White House
(b) (6)
(b) (6) (direct)
(b) (6) (secure)

00110

| | |
|---|---|
| **From:** | McDermott, Thomas M |
| **Sent:** | Monday, January 30, 2012 2:50 PM |
| **To:** | Goode, Brendan; (b) (6) Rock, Lee; Harris, Richard; Falkenstein, Cindy |
| **Cc:** | Stempfley, Roberta |
| **Subject:** | FW: For Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3 |

I'm not sure who is tracking these requirements for CS&C/NCSD.

(b) (5)

(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:      (b) (6)
blackberry:    (b) (6)
        (b) (6)

**From:** (b) (6)          (b) (6)
**Sent:** Monday, January 23, 2012 7:03 PM
**To:** Schaffer, Gregory; Rosenbach, Eric; (b)(6)-P.L. 86-36;  (b) (6)    (b) (6)  Stempfley, Bobbie  (b) (6)
McConnell, Bruce;   (b) (6)   McDermott, Thomas M; Goode, Brendan;      (b) (6)
      (b) (6)
**Subject:** For Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3

All,

(b) (5)

(b) (7)(E)

00111



(b) (5)

Thank you,

(b) (6)


(b) (6)
Director, Cybersecurity
National Security Staff
The White House
(b) (6)
(b) (6) (direct)
(b) (6) (secure)

00112

| | |
|---|---|
| From: | McDermott, Thomas M |
| To: | McDermott, Thomas M; Goode, Brendan; Ritz, Daniel; Rock, Lee; Harris, Richard; Falkenstein, Cindy |
| Cc: | Stempfley, Roberta |
| Subject: | RE: For Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3 |
| Date: | Wednesday, February 01, 2012 3:21:40 PM |

<div style="background:black; color:white; text-align:center;">(b) (5)</div>

**From:** McDermott, Thomas M
**Sent:** Monday, January 30, 2012 2:50 PM
**To:** Goode, Brendan;  (b) (6)  Rock, Lee; Harris, Richard; Falkenstein, Cindy
**Cc:** Stempfley, Roberta
**Subject:** FW: For Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3

I'm not sure who is tracking these requirements for CS&C/NCSD.

<div style="background:black; color:white; text-align:center;">(b) (5)</div>

<div style="background:black; color:white; text-align:center;">(b) (5)</div>

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:   (b) (6)
blackberry:   (b) (6)
 (b) (6)

**From:**  (b) (6)   (b) (6)
**Sent:** Monday, January 23, 2012 7:03 PM

00113

**To:** Schaffer, Gregory; Rosenbach, Eric; (b)(6)-P.L. 86-36; ▮ (b) (6) ▮ t ▮ (b) (6) ▮ Stempfley,
Bobbie; ▮ (b) (6) ▮ McConnell, Bruce; ▮ (b) (6) ▮ McDermott, Thomas M; Goode, Brendan;
▮ (b) (6) ▮
**Subject:** For Action: Information handling policies and procedure references for DIB Proposal, due COB
Feb 3

All,



▮ (b) (6) ▮
Director, Cybersecurity
National Security Staff
The White House
▮ (b) (6) ▮
▮ (b) (6) ▮ (direct)
▮ (b) (6) ▮ (secure)

00114

## Andrew, Emily

| | |
|---|---|
| **From:** | Falkenstein, Cindy |
| **Sent:** | Friday, February 03, 2012 9:55 AM |
| **To:** | Andrew, Emily; Goode, Brendan; (b) (6) Sand, Peter; (b) (6) (b) (6) Steiner, Kurt |
| **Cc:** | Richards, Rebecca; Eberle, Carole; Casapulla, Stephen; (b) (6) Falkenstein, Cindy; (b) (6) (b) (6) |
| **Subject:** | UPDATE: NCPS Privacy Compliance WG |

All,

Below is an update on the topics normally covered during our workgroup meeting; please let me know if you have any additional updates and we can post to the agenda for our next meeting to be held on Monday, February 13. 2012.



(b) (5)

Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
1110 N. Glebe Rd (b) (6) | Arlington VA 22201 | (b) (6) (O) | (b) (6) (BB) |
(b) (6) | DHS Privacy Website | NPPD Privacy Intranet

00115

| | |
|---|---|
| **From:** | McDermott, Thomas M |
| **To:** | (b) (6) ; Harris, Richard; Spearman, Verdis |
| **Cc:** | Andrew, Emily; Falkenstein, Cindy; (b) (6) |
| **Subject:** | RE: For Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3 |
| **Date:** | Friday, February 03, 2012 3:48:16 PM |

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:          (b) (6)
blackberry:    (b) (6)
          (b) (6)

**From:** McDermott, Thomas M
**Sent:** Wednesday, February 01, 2012 3:22 PM
**To:** McDermott, Thomas M; Goode, Brendan; (b) (6)   Rock, Lee; Harris, Richard; Falkenstein, Cindy
**Cc:** Stempfley, Roberta
**Subject:** RE: For Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3

Following up on this request for DIB Pilot/JCSP policies and procedures by this Friday. Not sure what came out of the meeting between DHS and NSA earlier this week to talk about ConOps/procedures, but hopefully someone is pulling the relevant materials together.

**From:** McDermott, Thomas M
**Sent:** Monday, January 30, 2012 2:50 PM
**To:** Goode, Brendan; (b) (6)   Rock, Lee; Harris, Richard; Falkenstein, Cindy
**Cc:** Stempfley, Roberta
**Subject:** FW: For Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3

I'm not sure who is tracking these requirements for CS&C/NCSD.

**(b) (5)**

00116



Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:     (b) (6)
blackberry:   (b) (6)
         (b) (6)

**From:** (b) (6)          (b) (6)
**Sent:** Monday, January 23, 2012 7:03 PM
**To:** Schaffer, Gregory; Rosenbach, Eric; (b)(6)-P.L. 86-36;   (b) (6)     (b) (6)   Stempfley,
Bobbie;  (b) (6)    McConnell, Bruce; Skoric,  (b) (6)  McDermott, Thomas M; Goode, Brendan;
  (b) (6)              (b) (6)
**Subject:** For Action: Information handling policies and procedure references for DIB Proposal, due COB
Feb 3

All,



00117

Thank you,
Jen


Jennifer Silk
Director, Cybersecurity
National Security Staff
The White House
(b) (6)
(b) (6) (direct)
(b) (6) (secure)

00118

## Andrew, Emily

| | |
|---|---|
| **From:** | McDermott, Thomas M |
| **Sent:** | Friday, February 03, 2012 5:33 PM |
| **To:** | (b) (6)  Falkenstein, Cindy; Andrew, Emily;  (b) (6)  Delaney, Laura |
| **Cc:** | Harris, Richard; Brown, David;  (b) (6)  Steiner, Kurt;  (b) (6)  Kinstler, Raymond; Jacobs, Michael;  (b) (6)  (b) (6)  (b) (6) |
| **Subject:** | RE: Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3 |

**(b) (5)**

Does anyone have a sense of who is authorized to make the decision to release these to NSS and/or DOJ today?

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:      (b) (6)
blackberry:      (b) (6)
      (b) (6)

**From:**  (b) (6)
**Sent:** Friday, February 03, 2012 5:08 PM
**To:** McDermott, Thomas M; Falkenstein, Cindy; Andrew, Emily
**Cc:** Harris, Richard; Brown, David;  (b) (6)  Steiner, Kurt;  (b) (6)  Kinstler, Raymond; Jacobs, Michael;  (b) (6)  (b) (6)  (b) (6)
**Subject:** RE: Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3
**Importance:** High

Tom,

Per request of Rick Harris, please find the attached documents categorized below.

Information collection
- SOP 108 – Identifying Sensitive Information
- SOP 110 – PII Handling and Minimization  (b) (5)
- SOP 211 – Non-Cyber PII  (b) (5)
- **(b) (5)**

Signature review
- SOP 505 – Creating Initial Signatures from Templates  (b) (5)
- SOP 506 – Testing Signatures on Single Sensor  (b) (5)
- SOP 507 – Modifying Problem Signatures  (b) (5)
- SOP 503 – Testing Signature Templates  (b) (5)
- **(b) (5)**

1

00119

Data minimization – Data Quality and Integrity
- SOP 108 – Identifying Sensitive Information
- SOP 110 – PII Handling and Minimization
- SOP 121 – Info Sharing with LEI LNOs
- SOP 211 – Non-Cyber PII ■■■ **(b) (5)**
- ■■■■■■■■■■■■■■■■■■■■■■■■ **(b) (5)**

Security
- SOP 110 – PII Handling and Minimization
- SOP 211 – Non-Cyber PII ■■■ **(b) (5)**

Transparency
- Privacy Impact Assessment for the JCSP

Accountability/auditing
- For an example of DHS auditing activity, see the attached Privacy Compliance Review (PCR) for the EINSTEIN Program
- Collateral Information from Early PCR Drafts ■■■ **(b) (5)**

Additional references are categorized within the attached "Privacy Oversight Task" document.

If you have any additional questions, please let us know.

Thank you,



**From:** McDermott, Thomas M
**Sent:** Friday, February 03, 2012 4:20 PM
**To:** Harris, Richard; Falkenstein, Cindy; Andrew, Emily
**Cc:** Brown, David;     (b) (6)     Steiner, Kurt;     (b) (6)     Kinstler, Raymond; Jacobs, Michael;      (b) (6)             (b) (6)          (b) (6)
**Subject:** RE: Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3

Are these all currently approved and in place for US-CERT?  For example, I'm not sure of the relationship between SOP 108 and 110 both of which appear to discuss PII and minimization.

In addition, we need to indicate which of the SOPs pertain to the different categories highlighted below.

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:        (b) (6)
blackberry:      (b) (6)
           (b) (6)

2

00120

**From:** Harris, Richard
**Sent:** Friday, February 03, 2012 4:03 PM
**To:** McDermott, Thomas M; Falkenstein, Cindy; Andrew, Emily
**Cc:** Brown, David; ▓▓▓ (b) (6) ▓▓▓ Steiner, Kurt; ▓▓▓ (b) (6) ▓▓▓ Kinstler, Raymond; Jacobs, Michael;
▓ (b) (6) ▓      ▓ (b) (6) ▓      ▓ (b) (6) ▓
**Subject:** FW: Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3
**Importance:** High

Tom,

Attached are US-CERT SOPs and other documents that have been collected that address most of the below topics as supporting material for a review of the DIP transition plan:

- Information collection
- Signature review
- Data minimization
- Security
- Transparency
- Accountability/auditing
- Data quality and integrity

I would be happy to submit them to Jennifer or you may do so....

Thanks,
Rick

**From:** ▓▓▓ (b) (6) ▓▓▓
**Sent:** Friday, February 03, 2012 3:37 PM
**To:** Harris, Richard
**Cc:** ▓▓▓ (b) (6) ▓▓▓
**Subject:** FW: Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3
**Importance:** High

FYSA



**From:** ▓▓▓ (b) (6) ▓▓▓
**Sent:** Friday, February 03, 2012 8:36 AM
**To:** Harris, Richard
**Cc:** Steiner, Kurt; 'Brown, David'; ▓▓▓ (b) (6) ▓▓▓    ▓▓▓ (b) (6) ▓▓▓
**Subject:** RE: Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3
**Importance:** High

Rick,

Attached is the combined input from Matt & Kurt. I'm not sure if you have received additional input from people outside of US-CERT that I haven't seen, but I think this is something you should send up instead of it going through ExecSec. (Since it didn't originate there, it might take forever for the response to get to who it needs to go to; which I

00121

think is (b) (6) Bobbie/Schaffer.)  Once the response is good to go, I can send up the chain if you would still like me to do so.

Additional input from Kurt to be considered before pushing up the attached documents:

**(b) (5)**

DHS/NPPD/PIA-021 National Cyber Security Division Joint Cybersecurity Services Pilot (JCSP), January 13, 2012 *(PDF, 16 pages – 248 KB).*

Please let me know if I can help pull together anything else for this request. Matt/Dave, if Rick is unable to send-up the response before this afternoon; let's chat and figure out the best way to go forward.  I just don't want this to get lost somewhere.

**Due: COB TODAY**

Thanks,
(b) (6)

**From:** Andrew, Emily
**Sent:** Thursday, February 02, 2012 9:06 AM
**To:** McDermott, Thomas M; Harris, Richard; Delaney, Laura; Brown, David;      (b) (6)      (b) (6)
**Cc:** Falkenstein, Cindy;   (b) (6)      (b) (6)      (b) (6)      (b) (6)
**Subject:** RE: Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3

Attached is the document that was provided to NSS.   This may have already been circulated by Dan.

**From:** Falkenstein, Cindy
**Sent:** Thursday, February 02, 2012 8:52 AM
**To:** Andrew, Emily
**Subject:** FW: Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3

Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
1110 N. Glebe Rd (b) (6) | Arlington VA 22201 |      (O) |     (b) (6)   (BB) |
       (b) (6)       | DHS Privacy Website | NPPD Privacy Intranet

**From:** McDermott, Thomas M
**Sent:** Wednesday, February 01, 2012 4:51 PM
**To:** Harris, Richard; Delaney, Laura; Brown, David;      (b) (6)      (b) (6)
**Cc:**    (b) (6)      (b) (6)      (b) (6)    Falkenstein, Cindy
**Subject:** RE: Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3

**(b) (5)**

        That might be a decent starting point for identifying potentially responsive procedures.  (Adding Cindy).

00122

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:        (b) (6)
blackberry:    (b) (6)
        (b) (6)

**From:** Harris, Richard
**Sent:** Wednesday, February 01, 2012 4:15 PM
**To:** Delaney, Laura; Brown, David;        (b) (6)        (b) (6)
**Cc:**    (b) (6)        (b) (6)        (b) (6)    McDermott, Thomas M
**Subject:** Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3

Laura, Dave,

Below is an email tasker that went to the leadership from EOP.  It has been bouncing around today without resolution on who will coordinate the task (if I am wrong and NSD is doing this, please let me know).    (b) (5)
Jen is looking for a list of references (SOPs, PIAs, etc.) that address each of the topic areas below regarding the Version 10 of the DIB proposal.  Request that you designate someone from your staffs to put this collection of references together.  I also suspect that we don't have references that cover all of the topics (like classification guidance), but we should look at the NCPS artifacts as well as E3 related docs to use.....

Does this make sense to you?

Thanks,
Rick

**From:**    (b) (6)        (b) (6)
**Sent:** Monday, January 23, 2012 7:03 PM
**To:** Schaffer, Gregory; Rosenbach, Eric; (b)(6)-P.L. 86-36    (b) (6)        (b) (6)    Stempfley, Bobbie; (b) (6)
    McConnell, Bruce;    (b) (6)    McDermott, Thomas M; Goode, Brendan;    (b) (6)        (b) (6)
        (b) (6)
**Subject:** For Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3

All,



(b) (5)

00123



(b) (5)

Thank you,
(b) (6)


(b) (6)
Director, Cybersecurity
National Security Staff
The White House
(b) (6)
(b) (6)   (direct)
(b) (6)   (secure)

00124

| | |
|---|---|
| **From:** | McDermott, Thomas M |
| **To:** | (b) (6) |
| **Cc:** | Brown, David; Ritz, Daniel; Rock, Lee;  (b) (6)   (b) (6)   (b) (6)  ; Jacobs, Michael; Austin, Mark;  (b) (6)  Harris, Richard; Andrew, Emily; Falkenstein, Cindy |
| **Subject:** | RE: Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3 |
| **Date:** | Tuesday, March 06, 2012 6:16:12 PM |
| **Attachments:** | SOP 108 – Identifying Sensitive Information - Final Sept212010.doc |
| | SOP 110-PII Handling & Minimization.doc |
| | SOP 121 – Info Sharing with LEI LNOs Final Sept72010.doc |
| | att_moa.pdf |
| | dhs_CL_moa_signed.pdf |



(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:      (b) (6)
blackberry:   (b) (6)
      (b) (6)

00125

**From:** ▮ (b) (6) ▮
**Sent:** Tuesday, March 06, 2012 5:38 PM
**To:** McDermott, Thomas M
**Cc:** Brown, David; ▮(b) (6)▮ Rock, Lee; ▮(b) (6)▮ ▮(b) (6)▮ ▮(b) (6)▮ Jacobs, Michael; Austin, Mark; ▮(b) (6)▮ Harris, Richard
**Subject:** RE: Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3

I was awaiting feedback from the US-CERT stakeholders but since I have not gotten any feedback, I guess I can give you what I have.



(b) (5)

00126

**(b) (5)**

**From:** McDermott, Thomas M
**Sent:** Tuesday, March 06, 2012 5:27 PM
**To:** (b) (6)
**Cc:** Brown, David;  (b) (6)
**Subject:** RE: Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:  (b) (6)
blackberry:  (b) (6)
 (b) (6)

**From:** (b) (6)
**Sent:** Tuesday, March 06, 2012 9:34 AM
**To:** McDermott, Thomas M
**Cc:** Brown, David;  (b) (6)
**Subject:** RE: Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3

**(b) (5)**

**From:** McDermott, Thomas M
**Sent:** Monday, March 05, 2012 5:39 PM
**To:** Harris, Richard;  (b) (6)  Goode, Brendan;  (b) (6)
**Subject:** FW: Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3
**Importance:** High

**(b) (5)**



00127

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:            (b) (6)
blackberry:      (b) (6)
                 (b) (6)


**From:** Harris, Richard
**Sent:** Friday, February 03, 2012 4:03 PM
**To:** McDermott, Thomas M; Falkenstein, Cindy; Andrew, Emily
**Cc:** Brown, David;        (b) (6)        Steiner, Kurt;        (b) (6)        Kinstler, Raymond; Jacobs,
Michael;        (b) (6)              (b) (6)              (b) (6)
**Subject:** FW: Action: Information handling policies and procedure references for DIB Proposal, due
COB Feb 3
**Importance:** High

Tom,

Attached are US-CERT SOPs and other documents that have been collected that address most of
the below topics as supporting material for a review of the DIP transition plan:

- Information collection
- Signature review
- Data minimization
- Security
- Transparency
- Accountability/auditing
- Data quality and integrity


I would be happy to submit them to Jennifer or you may do so....

Thanks,
Rick

**From:**        (b) (6)
**Sent:** Friday, February 03, 2012 3:37 PM
**To:** Harris, Richard
**Cc:**              (b) (6)
**Subject:** FW: Action: Information handling policies and procedure references for DIB Proposal, due
COB Feb 3
**Importance:** High

FYSA

00129

Attached is the document that was provided to NSS.  This may have already been circulated by Dan.

**From:** Falkenstein, Cindy
**Sent:** Thursday, February 02, 2012 8:52 AM
**To:** Andrew, Emily
**Subject:** FW: Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3

Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
1110 N. Glebe  (b) (6)  | Arlington VA 22201 |  (b) (6)  (O) |  (b) (6)  (BB) |
(b) (6)  | DHS Privacy Website | NPPD Privacy Intranet

**From:** McDermott, Thomas M
**Sent:** Wednesday, February 01, 2012 4:51 PM
**To:** Harris, Richard; Delaney, Laura; Brown, David;    (b) (6)           (b) (6)
**Cc:**    (b) (6)          (b) (6)          (b) (6)     Falkenstein, Cindy
**Subject:** RE: Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3

(b) (5)

That might be a decent starting point for identifying potentially responsive procedures. (Adding Cindy).

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:          (b) (6)
blackberry:    (b) (6)
(b) (6)

**From:** Harris, Richard
**Sent:** Wednesday, February 01, 2012 4:15 PM
**To:** Delaney, Laura; Brown, David;    (b) (6)        (b) (6)
**Cc:**    (b) (6)          (b) (6)          (b) (6)     McDermott, Thomas M
**Subject:** Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3

Laura, Dave,

00130

Below is an email tasker that went to the leadership from EOP.  It has been bouncing around today without resolution on who will coordinate the task (if I am wrong and NSD is doing this, please let me know).  **(b) (5)**
**▮** Jen is looking for a list of references (SOPs, PIAs, etc.) that address each of the topic areas below regarding the Version 10 of the DIB proposal.  Request that you designate someone from your staffs to put this collection of references together.  I also suspect that we don't have references that cover all of the topics (like classification guidance), but we should look at the NCPS artifacts as well as E3 related docs to use.....

Does this make sense to you?

Thanks,
Rick


**From:** ▮ (b) (6) ▮ (b) (6) ▮
**Sent:** Monday, January 23, 2012 7:03 PM
**To:** Schaffer, Gregory; Rosenbach, Eric; ▮(b)(6)-P.L. 86-36;▮ ▮ (b) (6) ▮ ▮ (b) (6) ▮ Stempfley, Bobbie; ▮ (b) (6) ▮ McConnell, Bruce; ▮ (b) (6) ▮ McDermott, Thomas M; Goode, Brendan; ▮ (b) (6) ▮ ▮ (b) (6) ▮
**Subject:** For Action: Information handling policies and procedure references for DIB Proposal, due COB Feb 3

All,

**(b) (5)**

Thank you,


00131



Director, Cybersecurity
National Security Staff
The White House
(b) (6)
(b) (6) (direct)
(b) (6) (secure)

00132

| | |
|---|---|
| **From:** | Andrew, Emily |
| **To:** | ██████ (b) (6) ██████ |
| **Cc:** | Lockett, Vania |
| **Subject:** | FW: Meeting to discuss Defense Industrial Base initiatives -- 5/22 at 3:00 p.m. |
| **Date:** | Friday, May 18, 2012 4:36:53 PM |

FYI – Brendan will be attending this meeting with Mary Ellen next week.

Emily

**From:** Callahan, Mary Ellen
**Sent:** Friday, May 18, 2012 12:12 PM
**To:** Goode, Brendan; Andrew, Emily; McDermott, Thomas M
**Subject:** FW: Meeting to discuss Defense Industrial Base initiatives -- 5/22 at 3:00 p.m.

FYI.  Brendan, do you want me to confirm for you?  mec

**Mary Ellen Callahan**
**Chief Privacy Officer**
**U.S. Department of Homeland Security**
**245 Murray Lane SW, Mail Stop 0655**
**Washington, DC 20528-0655**
**Telephone:** ████ (b) (6) ████
**Fax:** ██ (b) (6) ██
**E-mail:** ██████ (b) (6) ██████
**Website: www.dhs.gov/privacy**


**From:** ████ (b) (6) ████  ██████ (b) (6) ██████
**Sent:** Friday, May 18, 2012 12:08 PM
**To:** ██████ (b) (6) ██████; 'Rosenbach, Eric B SES OSD POLICY'; (b)(6)-P.L. 86-36; (b) (6)
██ (b) (6) ██  McConnell, Bruce; 'Stempfley, Roberta ████ (b) (6) ████
'Rosenbach, Eric B SES OSD POLICY'; 'Schleien, Steven, SES, OSD-POLICY'; ██ (b) (6) ██
██ (b) (6) ██  ████ (b) (6) ████  ;  ██████ (b) (6) ██████ ██ (b) (6) ██
██ (b) (6) ██  ████ (b) (6) ████  Callahan, Mary Ellen
**Cc:** ██ (b) (6) ██  ████ (b) (6) ████
**Subject:** FW: Meeting to discuss Defense Industrial Base initiatives -- 5/22 at 3:00 p.m.

All –

To follow up on our prep call, I'm forwarding the invitation that went out to representatives of
privacy and civil liberties advocacy groups.  As a reminder, the meeting will be in ████ (b) (6) ████ of
the White House Conference Center, starting at 3:00 on Tuesday, May 22.  Directions are in the
body of the email I'm forwarding.

The attendees and represented organizations are:

- ACLU: Michelle Richardson, legislative counsel, http://www.aclu.org/blog/author/michelle-richardson
- Center for Democracy & Technology: Greg Nojeim, senior counsel and Director of Project

00133

        on Freedom, Security, and Technology, https://www.cdt.org/personnel/greg-nojeim; and
        Kendall Burman, senior national security fellow, https://www.cdt.org/personnel/kendall-
        burman

- Constitution Project: Sharon Bradford Franklin, senior counsel, Rule of Law project,
  http://www.constitutionproject.org/staff/bradfordfranklin.php
- Electronic Frontier Foundation:  Lee Tien, senior staff attorney (invited but not attending),
  https://www.eff.org/about/staff
- Electronic Privacy Information Center (EPIC):  Lillie Coney, Associate Director,
  http://epic.org/epic/staff_and_board.html

Based on this morning's call, this is the list we have for USG participants:

- DHS: Mary Ellen Callahan and one policy/program rep (DHS will confirm)
- DOD: ▮▮▮▮ (b) (6) ▮▮▮▮ (DOD will confirm)
- NSA: ▮(b)(6)-P.L. 86-36▮

Please keep in mind the overall group size and try to limit agency participation to 1-2 participants.

Finally, we request from DOD final PA materials and a link to your PIA by COB today if possible.
(Thanks, Mary Ellen, for sending the DHS PIA.)

Please let me know if you have any questions.

Thank you,
▮(b) (6)▮

**From:** ▮ (b) (6) ▮
**Sent:** Wednesday, May 16, 2012 2:58 PM
**To:** Richardson, Michelle ▮▮▮▮▮▮ (b) (6) ▮▮▮▮▮▮
▮▮▮▮▮▮▮ (b) (6) ▮▮▮▮▮▮▮
**Cc:** ▮ (b) (6) ▮ ▮ (b) (6) ▮
**Subject:** Meeting to discuss Defense Industrial Base initiatives -- 5/22 at 3:00 p.m.

The Department of Defense (DoD), in partnership with the Department of Homeland Security
(DHS), announced two important efforts to address Defense Industrial Base cybersecurity concerns
on Friday, May 11. These two initiatives involve a novel set of policy issues, so we are convening a
meeting with DoD and DHS officials to describe the details of these cybersecurity efforts to you, as
well as the Administration's ongoing efforts to address privacy and civil liberties concerns relating
to cybersecurity in regards to these efforts.

Please let me know if you will be able to join us on **Tuesday, May 22, at 3:00 p.m.** in the White
House Conference Center, Wilson Room.

**Directions to the White House Conference Center**
The White House Conference Center is at 726 Jackson Pl NW, Washington, DC, on the east side of
Lafayette square: http://bit.ly/ktCbI5. You will need to show a photo ID to enter the Conference

00134



Center, but you do not need to submit any information in advance.  If you have any problems, please contact our administrative assistant, (b) (6) , at (b) (6) or by email at (b) (6)

Best regards,
(b) (6)


(b) (6)
Director for Privacy and Civil Liberties
National Security Staff
(b) (6)
(b) (6) (direct)

00135

**Andrew, Emily**

| | |
|---|---|
| **From:** | Sand, Peter |
| **Sent:** | Thursday, May 26, 2011 10:01 AM |
| **To:** | Callahan, Mary Ellen; Andrew, Emily; Rebecca J. Richards ▮▮▮▮▮ (b) (6) |
| **Cc:** | John W. Kropf ▮▮▮ (b) (6) ▮▮▮ (b) (6) ▮ Leckey, Eric |
| **Subject:** | [Cyber] Status on DIB Pilot, DOD's PIA |

Looks like PIA ▮▮▮▮▮▮▮▮▮ (b) (5) ▮▮▮▮▮▮▮

(b) (5)

1

00136

| | |
|---|---|
| **From:** | Andrew, Emily |
| **To:** | Lockett, Vania; Falkenstein, Cindy |
| **Subject:** | FW: FYI DIB Pilot PIA published |
| **Date:** | Wednesday, August 03, 2011 2:52:25 PM |
| **Attachments:** | DIB CS-IA PIA_FINAL_signed_30Jun2011_VMSS_GGMR_RC.pdf |

**(b) (5)**

Stay tuned.

**From:** Sand, Peter
**Sent:** Wednesday, August 03, 2011 2:44 PM
**To:** Callahan, Mary Ellen; John W. Kropf **(b) (6)** Andrew, Emily; Brown, Michael A. RADM; **(b) (6)** ; **(b) (6)** **(b) (6)** Delaney, David; McNeely, James; McDermott, Thomas M
**Subject:** FYI DIB Pilot PIA published

Looks like it published June 30th...

Thanks,

Pete

------

Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice: **(b) (6)** pager: **(b) (6)**
**(b) (6)** ; www.dhs.gov/privacy
------

**Join lively discussions with outside experts!**
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row! **(b) (6)** .
------

00137

| From: | Andrew, Emily |
| --- | --- |
| To: | Falkenstein, Cindy |
| Subject: | RE: DoD to Expand DIB Cyber program |
| Date: | Monday, August 22, 2011 7:48:55 AM |

Cindy – can you add: ████████ (b) (5) ████████ for today?

**From:** Sand, Peter
**Sent:** Friday, August 19, 2011 12:08 PM
**To:** Andrew, Emily
**Cc:** Callahan, Mary Ellen; Hunt, Ken; Foster, Helen; Kropf, John
**Subject:** RE: DoD to Expand DIB Cyber program

Emily,
Check it: "The program is being expanded to the entire DIB, as well as other key areas of critical infrastructure"

████████████████ (b) (5) ████████████████

████████████████ (b) (5) ████████████████
█.. .seems like exactly the same thing...

# DoD to expand pilot program that shares classified threat intelligence with industry

18 August 2011

The Department of Defense (DoD) is expanding a pilot program that shares classified cybersecurity information with a number of defense contractors to the entire industry, William Lynn, deputy secretary of defense, told a defense industry conference in Baltimore this week.

Under the Defense Industrial Base (DIB) Cyber Pilot program, which was launched in May in partnership with the Department of Homeland Security, the DoD shared classified threat intelligence with 20 defense contractors and their commercial internet service providers, as well as information on how to employ the intelligence in network defense.

Lynn told the conference that the pilot program had already stopped hundreds of attempted network intrusions.

'The government has deep awareness of certain cyber threats. We have what some have termed a 'special sauce' of malicious code signatures gathered from various intelligence efforts. Loading these signatures onto existing systems dramatically increases the effectiveness of cybersecurity", Lynn explained.

The program is being expanded to the entire DIB, as well as other key areas of critical infrastructure. Lynn emphasized that the program is voluntary, and that the government is not monitoring, intercepting, or storing any private sector communications as part of the effort.

00138

**(b)(5), (b)(7)**

**From:** Kropf, John
**Sent:** Friday, August 19, 2011 11:52 AM
**To:** Sand, Peter; Foster, Helen; Hunt, Ken
**Cc:** Callahan, Mary Ellen
**Subject:** DoD to Expand DIB Cyber program


**DoD To Expand Pilot Program That Shares Classified Threat Intelligence With Industry:** The
Department of Defense (DoD) is expanding a pilot program that shares classified cybersecurity
information with a number of defense contractors to the entire industry, William Lynn, deputy secretary
of defense, told a defense industry conference in Baltimore this week. Under the Defense Industrial
Base (DIB) Cyber Pilot program, which was launched in May in partnership with the Department of
Homeland Security, the DoD shared classified threat intelligence with 20 defense contractors and their
commercial internet service providers, as well as information on how to employ the intelligence in
network defense. [HSEC-1.9; Date: 18 August 2011; Source: http://www.infosecurity-
us.com/view/20195/dod-to-expand-pilot-program-that-shares-classified-threat-intelligence-with-
industry/]


John W. Kropf
Deputy Chief Privacy Officer
Privacy Office
U.S. Department of Homeland Security
245 Murray Lane, SW, Mail Stop 0655
Washington, DC 20528-0655
Telephone:      (b) (6)
Fax:       (b) (6)
        (b) (6)

00143

## Andrew, Emily

| | |
|---|---|
| **From:** | Andrew, Emily |
| **Sent:** | Thursday, November 03, 2011 8:48 AM |
| **To:** | Goode, Brendan; Dean, Nicole M |
| **Cc:** | Sand, Peter |
| **Subject:** | FW: DHS/DoD Coordination |

Brendan/ Nicole – See message below from a gentleman from Carnegie Mellon looking for info on the DIB Pilot evaluation. Looks like ▉▉▉▉▉▉▉▉▉▉▉▉ (b) (5) ▉▉▉▉▉▉▉▉▉▉▉▉

Emily

**From:** Sand, Peter
**Sent:** Thursday, November 03, 2011 7:23 AM
**To:** Andrew, Emily
**Cc:** John W. Kropf ▉▉▉ (b) (6) ▉▉▉
**Subject:** FW: DHS/DoD Coordination

Emily

Before I respond to this guy, ▉▉▉▉▉▉▉▉ (b) (5) ▉▉▉▉▉▉▉▉
▉▉▉ (b) (5) ▉▉▉

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice: ▉ (b) (6) ▉  pager: ▉ (b) (6) ▉
▉ (b) (6) ▉   www.dhs.gov/privacy
------
Join lively discussions with outside experts!
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row! ▉▉▉ (b) (6) ▉▉▉.
------

**From:** Travis Breaux ▉▉▉ (b) (6) ▉▉▉
**Sent:** Wednesday, November 02, 2011 12:00 PM
**To:** ▉ (b) (6) ▉
**Cc:** ▉ (b) (6) ▉
**Subject:** DHS/DoD Coordination

Hi Peter,

John Kropf gave me your name and recommended that I get in touch with you. I'm conducting the independent privacy evaluation of the DoD DIB Cyber Pilot program with an eye to the future (see link below). I'm interested in speaking to someone in the DHS Privacy Office who could help answer a few questions and provide their insight.

00144

I will try calling your office this afternoon, but if there is a good time chat tomorrow or Friday morning, I can call at a scheduled time that works better for you.

http://www.gsnmagazine.com/node/24798

--
Travis Breaux, Ph.D.
Carnegie Mellon University
http://www.cs.cmu.edu/~breaux

00145

| From: | Andrew, Emily |
|---|---|
| To: | Sand, Peter; Falkenstein, Cindy |
| Cc: | (b) (6)      (b) (6) |
| Subject: | Re: Potential Privacy Engagement: Joint Cybersecurity Services Pilot (JCSP) |
| Date: | Tuesday, November 22, 2011 4:04:59 PM |

Not sure, we need a briefing. (b) (6) mentions us taking over immediately. I'll see what I can find out.

**From:** Sand, Peter
**Sent:** Tuesday, November 22, 2011 04:02 PM
**To:** Andrew, Emily; Falkenstein, Cindy
**Cc:** (b) (6)      (b) (6)      (b) (6)
**Subject:** RE: Potential Privacy Engagement: Joint Cybersecurity Services Pilot (JCSP)

Emily,

**(b) (5)**

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice:    (b) (6)    pager:    (b) (6)
     (b) (6)     ; www.dhs.gov/privacy
------
**Join lively discussions with outside experts!**
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row!     (b) (6)     .
------

**From:** Andrew, Emily
**Sent:** Tuesday, November 22, 2011 3:59 PM
**To:** (b) (6)    Falkenstein, Cindy
**Cc:** Goode, Brendan; Sand, Peter;    (b) (6)      (b) (6)
**Subject:** Re: Potential Privacy Engagement: Joint Cybersecurity Services Pilot (JCSP)

Yes, **(b) (5)**       **(b) (5)**

Can you get that to us ASAP? We are available to meet next week or we can use our work group time on Monday to discuss.

00146

Emily

**From:** (b) (6)
**Sent:** Tuesday, November 22, 2011 03:27 PM
**To:** Andrew, Emily; Falkenstein, Cindy
**Cc:** Goode, Brendan
**Subject:** Potential Privacy Engagement: Joint Cybersecurity Services Pilot (JCSP)

Emily/Cindy –



(b) (5)

Are either of you free early next week to discuss next steps and what information you need from us to get this evaluation/effort started?

Thanks,
(b) (6)



(b) (6)
DHS/NCSD/NSD
(b) (6)
(b) (6)        (Telework Location)
(b) (6)        (Ballston Office)
(b) (6)        (BlackBerry)

00147

| | |
|---|---|
| From: | Andrew, Emily |
| To: | (b) (6) ; Falkenstein, Cindy |
| Cc: | Goode, Brendan; Sand, Peter; (b) (6) ; (b) (6) |
| Subject: | RE: Potential Privacy Engagement: Joint Cybersecurity Services Pilot (JCSP) |
| Date: | Wednesday, November 23, 2011 2:39:40 PM |

Thanks – please provide as much detail as possible so we can determine next steps.

**From:** (b) (6)
**Sent:** Wednesday, November 23, 2011 2:38 PM
**To:** Andrew, Emily; Falkenstein, Cindy
**Cc:** Goode, Brendan; Sand, Peter; (b) (6) (b) (6)
**Subject:** RE: Potential Privacy Engagement: Joint Cybersecurity Services Pilot (JCSP)

I'm shooting to have the PTA to you next week.

(b) (6)
DHS/NCSD/NSD
(b) (6)
(b) (6)     (Telework Location)
(b) (6)     (Ballston Office)
(b) (6)     (BlackBerry)

**From:** Andrew, Emily
**Sent:** Wednesday, November 23, 2011 2:28 PM
**To:** (b) (6)     Falkenstein, Cindy
**Cc:** Goode, Brendan; Sand, Peter; (b) (6) (b) (6)
**Subject:** RE: Potential Privacy Engagement: Joint Cybersecurity Services Pilot (JCSP)

(b) (6) ,

Unfortunately (b) (5)
. How soon can you get me a PTA?

Emily

**From:** (b) (6)
**Sent:** Wednesday, November 23, 2011 2:22 PM
**To:** Andrew, Emily; Falkenstein, Cindy
**Cc:** Goode, Brendan; Sand, Peter; (b) (6) (b) (6)
**Subject:** RE: Potential Privacy Engagement: Joint Cybersecurity Services Pilot (JCSP)

Emily –

Below is a brief summary. (b) (5)

(b) (5)

00148



**(b) (5)**

Thanks,
**(b) (6)**

**(b) (6)**
DHS/NCSD/NSD
**(b) (6)**
**(b) (6)**   (Telework Location)
**(b) (6)**   (Ballston Office)
**(b) (6)**   (BlackBerry)

---

**From:** Andrew, Emily
**Sent:** Tuesday, November 22, 2011 4:06 PM
**To:** **(b) (6)**   Falkenstein, Cindy
**Cc:** Goode, Brendan; Sand, Peter;   **(b) (6)**       **(b) (6)**
**Subject:** Re: Potential Privacy Engagement: Joint Cybersecurity Services Pilot (JCSP)

**(b) (5)**

---

**From:**    **(b) (6)**
**Sent:** Tuesday, November 22, 2011 04:03 PM
**To:** Andrew, Emily; Falkenstein, Cindy
**Cc:** Goode, Brendan; Sand, Peter;    **(b) (6)**        **(b) (6)**     **(b) (6)**
**Subject:** RE: Potential Privacy Engagement: Joint Cybersecurity Services Pilot (JCSP)

I have the PTA template and we will start drafting this week/early next week.

Using our work group time on Monday works for me, but Brendan will be in Acquisition training all week and may not be available at that time.

**(b) (6)**
DHS/NCSD/NSD
**(b) (6)**
**(b) (6)**   (Telework Location)

00149



(b) (6)   (Ballston Office)
(b) (6)   (BlackBerry)

**From:** Andrew, Emily
**Sent:** Tuesday, November 22, 2011 3:59 PM
**To:** [(b) (6)] Falkenstein, Cindy
**Cc:** Goode, Brendan; Sand, Peter; [(b) (6)] [(b) (6)]
**Subject:** Re: Potential Privacy Engagement: Joint Cybersecurity Services Pilot (JCSP)

Yes, _____ (b) (5) _____

Can you get that to us ASAP? We are available to meet next week or we can use our work group
time on Monday to discuss.

Emily

**From:** [(b) (6)]
**Sent:** Tuesday, November 22, 2011 03:27 PM
**To:** Andrew, Emily; Falkenstein, Cindy
**Cc:** Goode, Brendan
**Subject:** Potential Privacy Engagement: Joint Cybersecurity Services Pilot (JCSP)

Emily/Cindy –

(b) (5)

Are either of you free early next week to discuss next steps and what information you need from us
to get this evaluation/effort started?

Thanks,
(b) (6)



(b) (6)
DHS/NCSD/NSD
        (b) (6)
(b) (6)   (Telework Location)
(b) (6)   (Ballston Office)
(b) (6)   (BlackBerry)

00151



**Deborah Parkinson**
Deputy Chief of Staff
National Protection and Programs Directorate
Department of Homeland Security
office:      (b) (6)
cell:        (b) (6)


**From:** NPPDtasking
**Sent:** Tuesday, November 15, 2011 3:59 PM
**To:** CS&C EXEC SEC
**Cc:** Parkinson, Deborah; McConnell, Bruce; NPPDtasking;     (b) (6)          (b) (6)
**Subject:** FW: [SOC] White House Actions Tasking - NSS - Paper DC on DIB Pilot Extension - (Due 11.10.11 0900)

CS&C,

For your awareness, please ██████████████ (b) (5) ████████████████
████████████████  You'll note that there are follow-up actions outlined that are to
be completed by DHS.  Please share this information with your leadership.


V/r,
(b) (6)


(b) (6)
NPPD Exec Sec
Office:     (b) (6)
BlackBerry:     (b) (6)


**From:**    (b) (6)
**Sent:** Tuesday, November 15, 2011 2:38 PM
**To:**    (b) (6)     Moore, Deborah O; NPPDExecSec; NPPDtasking;     (b) (6)
**Cc:** BriefingStaffA;   (b) (6)   OGC Exec Sec;    (b) (6)      (b) (6)   Campbell, Sandra L;
Plcy Exec Sec;       (b) (6)       I&A Exec Sec;    (b) (6)      (b) (6)      (b) (6)
MGMTExecSec;     (b) (6)
**Subject:** [SOC] White House Actions Tasking - NSS - Paper DC on DIB Pilot Extension - (Due 11.10.11 0900)

Attached is ████████████ (b) (5) ████████████.  NPPD please note there are
numerous actions for DHS.


**From:**   (b) (6)
**Sent:** Wednesday, November 09, 2011 11:17 AM
**To:**    (b) (6)     Moore, Deborah O; NPPDExecSec; NPPDtasking;     (b) (6)
**Cc:** BriefingStaffA;   (b) (6)   OGC Exec Sec;    (b) (6)     (b) (6)   Campbell, Sandra L;
Plcy Exec Sec;       (b) (6)       I&A Exec Sec;    (b) (6)     (b) (6)      (b) (6)
     (b) (6)         (b) (6)      MGMTExecSec; Micone, Vincent;     (b) (6)      Williams, Derrick

00152

**Subject:** White House Actions Tasking - NSS - Paper DC on DIB Pilot Extension - (Due 11.10.11 0900)
**Importance:** High

(b) (5)

## WHITE HOUSE ACTIONS TASKING

| | |
|---|---|
| **Document Name** | NSS - Paper DC on DIB Pilot Extension |
| **Tracking Number** | 11.0005.188 / tbd |
| **Lead Component** | NPPD |
| **Required Coordination** | OGC, PLCY, I&A, MGMT |
| **Product** | Requirement:<br><br>1)  *Deputy Secretary*-level comments/approval on the paper in a *consolidated* and *adjudicated* comment matrix. (***Matrix <u>must</u> speak in 1 unified DHS voice***)<br><br>2.)  **Action Memo** from NPPD leadership to S2 recommending approval and transmittal of DHS response to the White House.<br><br>3)  **Completed Coordination Sheet** detailing names of people from Components that have coordinated. (**We must receive this in order to consider the tasker complete**) |
| **Notes** | COORDINATING COMPONENTS:  Please work with NPPD as soon as possible.<br><br>NPPD will lead and submit the final document to DHS Exec Sec.<br><br>OGC Coordination:  Please ensure that briefing materials have been fully coordinated with OGC staff working in your component.<br><br>If you anticipate being late with your comments please alert Lead Component and BriefingStaffA. |
| **Due** | **Thursday, November 10, 2011 (0900)** |

*Components listed in the "Required Coordination" shall provide a POC on this issue to NPPD as soon as possible upon receipt of this tasking.

Coordinating components should send unclassified responses/comments to NPPD and
(b) (6)

NPPD should forward final consolidated response to ESEC.

(b) (6)
Office of the Executive Secretary
Office of the Secretary
Department of Homeland Security
(b) (6)

00158
Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura; (b) (6)     (b) (6)     Jacobs, Michael; Arnold,
Patrick; Allen, Brian; Goode, Brendan
**Subject:** RE: JCSP Transition Activities


All,

Attached is the tracker as of last night's meeting.

(b) (6) < File: JCSS_Action Tracker_11212011.xls >>

    (b) (6)
DHS/NCSD/NSD
        (b) (6)
    (b) (6)      (Telework Location)
    (b) (6)      (Ballston Office)
    (b) (6)      (BlackBerry)


-----Original Appointment-----
**From:**    (b) (6)    **On Behalf Of** Dean, Nicole M
**Sent:** Monday, November 21, 2011 1:53 PM
**To:** Dean, Nicole M; McDermott, Thomas M;   (b) (6)   Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos;
Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura;   (b) (6)      (b) (6)      (b) (6)    Jacobs,
Michael; Arnold, Patrick; Allen, Brian; Goode, Brendan
**Subject:** JCSP Transition Activities
**When:** Occurs every weekday effective 11/28/2011 until 2/29/2012 from 5:00 PM to 6:00 PM (GMT-05:00) Eastern Time
(US & Canada).
**Where:** Phoncon   (b) (6)    # (b) (6)

2

00160

**From:** [(b) (6)]
**Sent:** Tuesday, November 29, 2011 10:20 AM
**To:** Dean, Nicole M; McDermott, Thomas M; [(b) (6)] Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura; [(b) (6)] [(b) (6)] Jacobs, Michael; Arnold, Patrick; Allen, Brian; Goode, Brendan; Falkenstein, Cindy; Andrew, Emily
**Subject:** RE: JCSP Transition Activities

All,

Attached is the latest activity tracker, which reflects status on actions from last night's call.

Carolyn

<< File: JCSS_Action Tracker_11212011.xls >>

[(b) (6)]
DHS/NCSD/NSD
[(b) (6)]
[(b) (6)]   (Telework Location)
[(b) (6)]   (Ballston Office)
[(b) (6)]   (BlackBerry)

-----Original Appointment-----
**From:** [(b) (6)] **On Behalf Of** Dean, Nicole M
**Sent:** Monday, November 21, 2011 1:53 PM
**To:** Dean, Nicole M; McDermott, Thomas M; [(b) (6)] Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura; [(b) (6)] [(b) (6)] [(b) (6)] Jacobs, Michael; Arnold, Patrick; Allen, Brian; Goode, Brendan
**Subject:** JCSP Transition Activities
**When:** Occurs every weekday effective 11/28/2011 until 2/29/2012 from 5:00 PM to 6:00 PM (GMT-05:00) Eastern Time (US & Canada).
**Where:** Phoncon [(b) (6)] # [(b) (6)]

2

00161

## Andrew, Emily

| | |
|---|---|
| From: | Dean, Nicole M |
| Sent: | Thursday, December 01, 2011 10:24 AM |
| To: | Goode, Brendan;  (b) (6)  McDermott, Thomas M;  (b) (6)  Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura;  (b) (6)   (b) (6)  Jacobs, Michael; Arnold, Patrick; Allen, Brian; Falkenstein, Cindy; Andrew, Emily |
| Subject: | RE: JCSP Transition Activities |

Voice Track for the
CIO-CISO B...

With my comments

---

**From:** Goode, Brendan
**Sent:** Wednesday, November 30, 2011 8:15 PM
**To:**  (b) (6)  Dean, Nicole M; McDermott, Thomas M;  (b) (6)  Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura;  (b) (6)   (b) (6)  Jacobs, Michael; Arnold, Patrick; Allen, Brian; Falkenstein, Cindy; Andrew, Emily
**Subject:** RE: JCSP Transition Activities


Attached is a very rough draft of the voice track for the CIO/CISO briefing.  The purpose of this document is to lay out the logical flow of the briefing and to act as the basis for the talking points for Greg.

Based on the general flow of the voice track (and the talking points), we'll begin pulling together a skeleton of the briefing tonight and tomorrow.

Please let me know if you have comments so that we can incorporate it in this talking points and the briefing.

Thanks,
Brendan


<< File: Voice Track for the CIO-CISO Briefing.doc >>

---

**From:**  (b) (6)
**Sent:** Wednesday, November 30, 2011 5:31 PM
**To:** Dean, Nicole M; McDermott, Thomas M;  (b) (6)  Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura;  (b) (6)   (b) (6)  Jacobs, Michael; Arnold, Patrick; Allen, Brian; Goode, Brendan; Falkenstein, Cindy; Andrew, Emily
**Subject:** RE: JCSP Transition Activities


All,

Updated tracker with tonight's status is attached.

 (b) (6)  << File: JCSS_Action Tracker_11212011.xls >>



00162

(b) (6)

DHS/NCSD/NSD

(b) (6)

(b) (6) (Telework Location)
(b) (6) (Ballston Office)
(b) (6) (BlackBerry)

**From:** (b) (6)
**Sent:** Wednesday, November 30, 2011 12:20 PM
**To:** Dean, Nicole M; McDermott, Thomas M; (b) (6) Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura; (b) (6) (b) (6) Jacobs, Michael; Arnold, Patrick; Allen, Brian; Goode, Brendan
**Subject:** RE: JCSP Transition Activities

All,

Attached is the tracker as of last night's meeting.

(b) (6) << File: JCSS_Action Tracker_11212011.xls >>

(b) (6)

DHS/NCSD/NSD

(b) (6)

(b) (6) (Telework Location)
(b) (6) (Ballston Office)
(b) (6) (BlackBerry)

-----Original Appointment-----
**From:** (b) (6) **On Behalf Of** Dean, Nicole M
**Sent:** Monday, November 21, 2011 1:53 PM
**To:** Dean, Nicole M; McDermott, Thomas M; (b) (6) Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura; (b) (6) (b) (6) (b) (6) Jacobs, Michael; Arnold, Patrick; Allen, Brian; Goode, Brendan
**Subject:** JCSP Transition Activities
**When:** Occurs every weekday effective 11/28/2011 until 2/29/2012 from 5:00 PM to 6:00 PM (GMT-05:00) Eastern Time (US & Canada).
**Where:** Phoncon (b) (6) # (b) (6)

00165

| From: | Andrew, Emily |
|---|---|
| To: | Sand, Peter; Falkenstein, Cindy |
| Cc: | (b) (6) |
| Subject: | RE: [REVIEW] DIB PIlot Evaluation: Question about Privacy guidelines |
| Date: | Friday, December 02, 2011 10:07:57 AM |

Cindy – just saw your earlier message regarding Kurt. ██████ (b) (5) ██████
████████████████████████████████████████
██████████████████████,

**From:** Sand, Peter
**Sent:** Friday, December 02, 2011 10:03 AM
**To:** Andrew, Emily; Falkenstein, Cindy
**Cc:** (b) (6)
**Subject:** RE: [REVIEW] DIB PIlot Evaluation: Question about Privacy guidelines

Then I'll send MEC this language and note that we are also sending it through NPPD for their clearance.

I didn't mention any specific SOPs – I'm sure he will ask for them as a follow up.

I recall there once was a separate SOP that specifically laid out the development of templates and signatures.  I pulled the language I used from SOP 108 and 445.

If he does ask for the actual SOPs, I am going to defer to NPPD because they are NPPD docs.

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice:  (b) (6)    pager: (b) (6)
       (b) (6)   ; www.dhs.gov/privacy
------
**Join lively discussions with outside experts!**
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row!   (b) (6)   .
------

**From:** Andrew, Emily
**Sent:** Friday, December 02, 2011 9:58 AM
**To:** Sand, Peter; Falkenstein, Cindy
**Cc:** (b) (6)

00166

**Subject:** RE: [REVIEW] DIB PIlot Evaluation: Question about Privacy guidelines



(b) (5)

**From:** Sand, Peter
**Sent:** Friday, December 02, 2011 9:25 AM
**To:** Andrew, Emily; Falkenstein, Cindy
**Cc:** (b) (6)
**Subject:** [REVIEW] DIB PIlot Evaluation: Question about Privacy guidelines

Emily,



(b) (5)

00167

I am also sending to MEC for review.

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice:  (b) (6)      pager:  (b) (6)
        (b) (6)      www.dhs.gov/privacy
------
Join lively discussions with outside experts!
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row!   (b) (6)
------

**From:** Travis Breaux   (b) (6)
**Sent:** Wednesday, November 30, 2011 1:47 PM
**To:** Sand, Peter
**Subject:** Re: Privacy guidelines

Hi Pete,

I hope you had a great Thanksgiving holiday. I want to ping you again on this question, below. Thanks again for your help!

> I saw in the E2 PIA that US-CERT uses privacy guidelines for reviewing prospective attack signatures before they go "live". Would it be possible to review those guidelines for their applicability to the DIB program?

Best,
--
Travis Breaux, Ph.D.
Carnegie Mellon University
http://www.cs.cmu.edu/~breaux

On Nov 15, 2011, at 7:24 AM, Sand, Peter wrote:

Travis,

Sorry for the delay - I did get your email and will follow up shortly....

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology

00168

Department of Homeland Security
voice: ████ (b) (6) ████   pager: ████ (b) (6) ████
████ (b) (6) ████ ; www.dhs.gov/privacy
------
**Join lively discussions with outside experts!**
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row!   ████ (b) (6) ████ .
------

**From:** Travis Breaux ████ (b) (6) ████
**Sent:** Wednesday, November 09, 2011 2:32 PM
**To:** Sand, Peter
**Subject:** Privacy guidelines

Hi Pete,

Thanks for taking the time the other day to walk me through the DHS PIA process.

I saw in the E2 PIA that US-CERT uses privacy guidelines for reviewing prospective attack signatures before they go "live". Would it be possible to review those guidelines for their applicability to the DIB program?

Thanks,
--
Travis Breaux, Ph.D.
Carnegie Mellon University
http://www.cs.cmu.edu/~breaux

00169

| | |
|---|---|
| **From:** | Falkenstein, Cindy |
| **To:** | Steiner, Kurt |
| **Subject:** | FW: [REVIEW] DIB Pilot Evaluation: Question about Privacy guidelines |
| **Date:** | Friday, December 02, 2011 10:25:00 AM |
| **Attachments:** | SOP 108 - Identifying Sensitive Information - Final Sept212010.docx |
| | SOP 445 - Tier 1 PCAP Collection - Final Aug22010.doc |

Hi,

<div style="background:black; color:white; text-align:center">(b) (5)</div>

Can you or Chris follow up with Tom or Brendan? They were both at the meeting yesterday and may have some more insight on what was discussed.

<div style="background:black; color:white; text-align:center">(b) (5)</div>

Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
1110 N. Glebe Rd. (b) (6) | Arlington VA 22201 | (b) (6) (O) | (b) (6) (BB) |
(b) (6) | DHS Privacy Website | NPPD Privacy Intranet

**From:** Sand, Peter
**Sent:** Friday, December 02, 2011 10:03 AM
**To:** Andrew, Emily; Falkenstein, Cindy
**Cc:** (b) (6)
**Subject:** RE: [REVIEW] DIB Pilot Evaluation: Question about Privacy guidelines

Then I'll send MEC this language and note that we are also sending it through NPPD for their clearance.

I didn't mention any specific SOPs - I'm sure he will ask for them as a follow up.

I recall there once was a separate SOP that specifically laid out the development of templates and signatures. I pulled the language I used from SOP 108 and 445.

If he does ask for the actual SOPs, I am going to defer to NPPD because they are NPPD docs.

Pete
------
Peter E. Sand, J.D., CIPP/G/IT

00170

Director of Privacy Technology
Department of Homeland Security
voice: (b) (6) ; pager: (b) (6)
(b) (6) ; www.dhs.gov/privacy
------
**Join lively discussions with outside experts!**
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row! (b) (6) .
------

**From:** Andrew, Emily
**Sent:** Friday, December 02, 2011 9:58 AM
**To:** Sand, Peter; Falkenstein, Cindy
**Cc:** (b) (6)
**Subject:** RE: [REVIEW] DIB PIlot Evaluation: Question about Privacy guidelines



**From:** Sand, Peter
**Sent:** Friday, December 02, 2011 9:25 AM
**To:** Andrew, Emily; Falkenstein, Cindy
**Cc:** (b) (6)
**Subject:** [REVIEW] DIB PIlot Evaluation: Question about Privacy guidelines

Emily,

00171



(b) (5)

I am also sending to MEC for review.

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice:  (b) (6)  ; pager:  (b) (6)
 (b) (6)    www.dhs.gov/privacy
------
**Join lively discussions with outside experts!**
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row!     (b) (6)     .
------

**From:** Travis Breaux     (b) (6)
**Sent:** Wednesday, November 30, 2011 1:47 PM
**To:** Sand, Peter
**Subject:** Re: Privacy guidelines

Hi Pete,

I hope you had a great Thanksgiving holiday. I want to ping you again on this question, below. Thanks again for your help!

> I saw in the E2 PIA that US-CERT uses privacy guidelines for reviewing prospective attack signatures before they go "live". Would it be possible to review those guidelines for their applicability to the DIB program?

00172

Best,
--
Travis Breaux, Ph.D.
Carnegie Mellon University
http://www.cs.cmu.edu/~breaux

On Nov 15, 2011, at 7:24 AM, Sand, Peter wrote:

Travis,

Sorry for the delay — I did get your email and will follow up shortly....

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice:  (b) (6)    pager:  (b) (6)
    (b) (6)    www.dhs.gov/privacy
------
Join lively discussions with outside experts!
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row!    (b) (6)   .
------

From: Travis Breaux    (b) (6)
Sent: Wednesday, November 09, 2011 2:32 PM
To: Sand, Peter
Subject: Privacy guidelines

Hi Pete,

Thanks for taking the time the other day to walk me through the DHS PIA process.

I saw in the E2 PIA that US-CERT uses privacy guidelines for reviewing prospective attack
signatures before they go "live". Would it be possible to review those guidelines for their
applicability to the DIB program?

Thanks,
--
Travis Breaux, Ph.D.
Carnegie Mellon University
http://www.cs.cmu.edu/~breaux

00173

| From: | Goode, Brendan |
|-------|----------------|
| To: | Dean, Nicole M;    (b) (6)    ; McDermott, Thomas M; Taran (b) (6) Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura;   (b) (6)   (b) (6)   Jacobs, Michael; Arnold, Patrick; Allen, Brian; Falkenstein, Cindy; Andrew, Emily |
| Subject: | RE: JCSP Transition Activities |
| Date: | Friday, December 02, 2011 4:37:37 PM |

Effective today or next week?

**From:** Dean, Nicole M
**Sent:** Friday, December 02, 2011 4:01 PM
**To:**    (b) (6)    Goode, Brendan; McDermott, Thomas M;    (b) (6)    Rock, Lee; Harris,
Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura;
   (b) (6)      (b) (6)    Jacobs, Michael; Arnold, Patrick; Allen, Brian; Falkenstein, Cindy; Andrew,
Emily
**Subject:** RE: JCSP Transition Activities

All,

**(b) (5)**

Nicole

**From:**    (b) (6)
**Sent:** Thursday, December 01, 2011 5:40 PM
**To:** Dean, Nicole M; Goode, Brendan; McDermott, Thomas M;    (b) (6)    Rock, Lee; Harris,
Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura;
   (b) (6)      (b) (6)    Jacobs, Michael; Arnold, Patrick; Allen, Brian; Falkenstein, Cindy; Andrew,
Emily
**Subject:** RE: JCSP Transition Activities

All,

The updated Activity Tracker is attached.  I won't be able to call into the meeting tomorrow
evening, so please forward any updates that need to be included by email so that I can
update accordingly for Monday's call.

Thanks,

(b) (6)

<< File: JCSS_Action Tracker_11212011.xls >>

(b) (6)

DHS/NCSD/NSD

(b) (6)

(b) (6)   (Telework Location)

00174



(b) (6)    (Ballston Office)

(b) (6)    (BlackBerry)

**From:** Dean, Nicole M
**Sent:** Thursday, December 01, 2011 10:24 AM
**To:** Goode, Brendan;    (b) (6)    McDermott, Thomas M;    (b) (6)    Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura;    (b) (6)     (b) (6)    Jacobs, Michael; Arnold, Patrick; Allen, Brian; Falkenstein, Cindy; Andrew, Emily
**Subject:** RE: JCSP Transition Activities

With my comments << File: Voice Track for the CIO-CISO Briefing nmd.doc >>

**From:** Goode, Brendan
**Sent:** Wednesday, November 30, 2011 8:15 PM
**To:**    (b) (6)    Dean, Nicole M; McDermott, Thomas M;    (b) (6)    Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura;    (b) (6)     (b) (6)    Jacobs, Michael; Arnold, Patrick; Allen, Brian; Falkenstein, Cindy; Andrew, Emily
**Subject:** RE: JCSP Transition Activities

Attached is a very rough draft of the voice track for the CIO/CISO briefing.  The purpose of this document is to lay out the logical flow of the briefing and to act as the basis for the talking points for Greg.

Based on the general flow of the voice track (and the talking points), we'll begin pulling together a skeleton of the briefing tonight and tomorrow.

Please let me know if you have comments so that we can incorporate it in this talking points and the briefing.

Thanks,

Brendan


<< File: Voice Track for the CIO-CISO Briefing.doc >>

**From:**    (b) (6)
**Sent:** Wednesday, November 30, 2011 5:31 PM
**To:** Dean, Nicole M; McDermott, Thomas M;    (b) (6)    Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura;    (b) (6)     (b) (6)    Jacobs, Michael; Arnold, Patrick; Allen, Brian; Goode, Brendan; Falkenstein, Cindy; Andrew, Emily
**Subject:** RE: JCSP Transition Activities

All,

00175

Updated tracker with tonight's status is attached.

**(b) (6)**   << File: JCSS_Action Tracker_11212011.xls >>

**(b) (6)**

DHS/NCSD/NSD

**(b) (6)**

**(b) (6)**   (Telework Location)

**(b) (6)**   (Ballston Office)

**(b) (6)**   (BlackBerry)

**From:**   **(b) (6)**
**Sent:** Wednesday, November 30, 2011 12:20 PM
**To:** Dean, Nicole M; McDermott, Thomas M; **(b) (6)**   Rock, Lee; Harris, Richard; Menna, Jenny;
Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura; **(b) (6)**   **(b) (6)**
Jacobs, Michael; Arnold, Patrick; Allen, Brian; Goode, Brendan
**Subject:** RE: JCSP Transition Activities

All,

Attached is the tracker as of last night's meeting.

**(b) (6)**   << File: JCSS_Action Tracker_11212011.xls >>

**(b) (6)**

DHS/NCSD/NSD

**(b) (6)**

**(b) (6)**   (Telework Location)

**(b) (6)**   (Ballston Office)

**(b) (6)**   (BlackBerry)

-----Original Appointment-----
**From:**   **(b) (6)**   **On Behalf Of** Dean, Nicole M
**Sent:** Monday, November 21, 2011 1:53 PM
**To:** Dean, Nicole M; McDermott, Thomas M; **(b) (6)**   Rock, Lee; Harris, Richard; Menna, Jenny;
Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura; **(b) (6)**   **(b) (6)**
**(b) (6)**   Jacobs, Michael; Arnold, Patrick; Allen, Brian; Goode, Brendan
**Subject:** JCSP Transition Activities
**When:** Occurs every weekday effective 11/28/2011 until 2/29/2012 from 5:00 PM to 6:00 PM (GMT-
05:00) Eastern Time (US & Canada).
**Where:** Phoncon **(b) (6)**   # **(b) (6)**

00176

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **To:** | (b) (6) ; Goode, Brendan; McDermott, Thomas M; (b) (b) (6) Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura; (b) (6) (b) (6) Jacobs, Michael; Arnold, Patrick; Allen, Brian; Falkenstein, Cindy; Andrew, Emily |
| **Subject:** | DIB Pilot Evaluation Report |
| **Date:** | Friday, December 02, 2011 4:39:35 PM |
| **Attachments:** | DIB Pilot Evaluation Report 113011_v1_NO SECTIONS 4 AND 5_DRAFT-FINAL.PDF |

All,

Here is the DIB pilot final report.

00177

## Andrew, Emily

| | |
|---|---|
| **From:** | Falkenstein, Cindy |
| **Sent:** | Friday, December 02, 2011 6:13 PM |
| **To:** | Andrew, Emily |
| **Subject:** | 12/02/11 JCSP telecom |

Recap of ████ (b) (5)

- very productive, focus on short term goals

████████████████████████ (b) (5) ████████████████████████

- finalize interagency talking points: plan to complete by Wed. In prep for CIO/CISO mtg. And in prep for DIB mtg next Friday: Bobbie will cover CIO/CISO mtg. ████ (b) (5) ████
████████████████

- Vision: ████████ (b) (5) ████████
████████████████

████████████ (b) (5) ████████████

- Final notes: ████ (b) (5) ████
████████████████

Cindy V. Falkenstein
Senior Privacy Analyst
U.S. Dept. Of Homeland Security
████ (b) (6) ████
Tel; ██ (b) (6) ██
Cell: ██ (b) (6) ██

1

00178

| | |
|---|---|
| **From:** | Falkenstein, Cindy |
| **To:** | Andrew, Emily |
| **Subject:** | Re: DIB Pilot Evaluation Report |
| **Date:** | Friday, December 02, 2011 5:05:11 PM |

Sure, getting a recap on the AM Mtg.

now

Cindy V. Falkenstein

Senior Privacy Analyst

U.S. Dept. Of Homeland Security

(b) (6)

Tel; (b) (6)

Cell: (b) (6)

**From:** Andrew, Emily
**Sent:** Friday, December 02, 2011 05:03 PM
**To:** Sand, Peter; (b) (6)
**Cc:** Falkenstein, Cindy; Lockett, Vania; (b) (6)
**Subject:** Re: DIB Pilot Evaluation Report

Cindy,

If you have an opportunity on the call tonight can you ask if this is the final? If not, can you let Tom
and Brendan know we need feedback?

Thanks

**From**: Sand, Peter
**Sent:** Friday, December 02, 2011 04:55 PM
**To:** Andrew, Emily; (b) (6)
**Cc:** Falkenstein, Cindy; Lockett, Vania; (b) (6)
**Subject**: RE: DIB Pilot Evaluation Report

Yeah, (b) (5)                              the blurb I wrote
is with MEC now, I'll let you know what I get back.

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice: (b) (6)      pager: (b) (6)
       (b) (6)      ; www.dhs.gov/privacy
------
Join lively discussions with outside experts!
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm

00179

Reserve your spot in the front row!  ████████ (b) (6) ████████ .

------

**From:** Andrew, Emily
**Sent:** Friday, December 02, 2011 4:54 PM
**To:** Sand, Peter;  (b) (6)
**Cc:** Falkenstein, Cindy; Lockett, Vania;  (b) (6)
**Subject:** Re: DIB Pilot Evaluation Report

I haven't read it yet, but I would say that you should still respond.

**From:** Sand, Peter
**Sent:** Friday, December 02, 2011 04:45 PM
**To:** Andrew, Emily;  (b) (6)
**Cc:** Falkenstein, Cindy; Lockett, Vania;  (b) (6)
**Subject:** RE: DIB Pilot Evaluation Report

Emily,

██████████████████████████████ (b) (5) ██████████████████████████████
████████████████ Or is he doing a separate report?

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice: ████ (b) (6) ████  pager: ████ (b) (6) ████
████ (b) (6) ████; www.dhs.gov/privacy
------
**Join lively discussions with outside experts!**
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row!  ████████ (b) (6) ████████ .
------

**From:** Andrew, Emily
**Sent:** Friday, December 02, 2011 4:44 PM
**To:** ████ (b) (6) ████  Sand, Peter; ████ (b) (6) ████
**Cc:** Falkenstein, Cindy; Lockett, Vania; ████ (b) (6) ████
**Subject:** Fw: DIB Pilot Evaluation Report

FYI

**From:** Dean, Nicole M
**Sent:** Friday, December 02, 2011 04:39 PM
**To:** ████ (b) (6) ████  Goode, Brendan; McDermott, Thomas M; ████ (b) (6) ████  Rock, Lee; Harris,
Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura;
████ (b) (6) ████  ████ (b) (6) ████  Jacobs, Michael; Arnold, Patrick; Allen, Brian; Falkenstein, Cindy; Andrew,

00180

Emily
**Subject:** DIB Pilot Evaluation Report


<<DIB Pilot Evaluation Report 113011_v1_NO SECTIONS 4 AND 5_DRAFT-FINAL.PDF>>

All,

Here is the DIB pilot final report.

00185

| | |
|---|---|
| From: | Andrew, Emily |
| To: | Falkenstein, Cindy |
| Subject: | RE: [REVIEW] DIB PIlot Evaluation: Question about Privacy guidelines |
| Date: | Monday, December 05, 2011 6:48:25 AM |

Cindy – so we are not double working this.  Is Kurt also coordinating with Brendan and Tom on the language?

Emily

**From:** Falkenstein, Cindy
**Sent:** Friday, December 02, 2011 9:49 AM
**To:** (b) (6) Sand, Peter; Andrew, Emily
**Subject:** RE: [REVIEW] DIB PIlot Evaluation: Question about Privacy guidelines

All,

Kurt Steiner is the Compliance and Oversight Officer. Kurt is part of our bi-weekly NCPS Privacy Compliance Workgroup. I have received word ███████████ (b) (5) ███████████
███████████, and should include some more specific language to address the recent concerns, (b) (5)
███ so hopefully he will be getting back to us on this real soon.

Suggestion might be to run the proposed language by Kurt to see if he can confirm or clarify any of the details.

Cindy


Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
📠 1110 N. Glebe Rd. (b) (6) | Arlington VA 22201 | ☎ (b) (6) (O) | ☎ (b) (6) (BB) |
✉ (b) (6) | DHS Privacy Website | NPPD Privacy Intranet


**From:** (b) (6)
**Sent:** Friday, December 02, 2011 9:30 AM
**To:** Sand, Peter; Andrew, Emily; Falkenstein, Cindy
**Subject:** RE: [REVIEW] DIB PIlot Evaluation: Question about Privacy guidelines

███████████████████ (b) (5) ███████████████████

(b) (6)

00186



**DHS Privacy Office**
(b) (6)
(b) (6)
Visit our privacy website

---

**From:** Sand, Peter
**Sent:** Friday, December 02, 2011 9:25 AM
**To:** Andrew, Emily; Falkenstein, Cindy
**Cc:** (b) (6)
**Subject:** [REVIEW] DIB PIlot Evaluation: Question about Privacy guidelines

Emily,

Prof. Travis Breaux, from CMU, (b) (5)



I am also sending to MEC for review.

Pete
------
Peter E. Sand, J.D., CIPP/G/IT

00187

Director of Privacy Technology
Department of Homeland Security
voice:  [(b) (6)]    pager:  [(b) (6)]
   [(b) (6)]      www.dhs.gov/privacy
------
**Join lively discussions with outside experts!**
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row!    [(b) (6)]   .
------

**From:** Travis Breaux   [(b) (6)]
**Sent:** Wednesday, November 30, 2011 1:47 PM
**To:** Sand, Peter
**Subject:** Re: Privacy guidelines

Hi Pete,

I hope you had a great Thanksgiving holiday. I want to ping you again on this question,
below. Thanks again for your help!

> I saw in the E2 PIA that US-CERT uses privacy guidelines for reviewing
> prospective attack signatures before they go "live". Would it be possible to
> review those guidelines for their applicability to the DIB program?

Best,
--
Travis Breaux, Ph.D.
Carnegie Mellon University
http://www.cs.cmu.edu/~breaux

On Nov 15, 2011, at 7:24 AM, Sand, Peter wrote:

Travis,

Sorry for the delay — I did get your email and will follow up shortly....

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice:  [(b) (6)]    pager:  [(b) (6)]
   [(b) (6)]   ; www.dhs.gov/privacy
------
**Join lively discussions with outside experts!**

00188

```
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row!        (b) (6)                .
------
```

**From:** Travis Breaux        (b) (6)
**Sent:** Wednesday, November 09, 2011 2:32 PM
**To:** Sand, Peter
**Subject:** Privacy guidelines

Hi Pete,

Thanks for taking the time the other day to walk me through the DHS PIA process.

I saw in the E2 PIA that US-CERT uses privacy guidelines for reviewing prospective attack signatures before they go "live". Would it be possible to review those guidelines for their applicability to the DIB program?

Thanks,
--
Travis Breaux, Ph.D.
Carnegie Mellon University
http://www.cs.cmu.edu/~breaux

00189

| | |
|---|---|
| **From:** | Andrew, Emily |
| **To:** | Sand, Peter; (b) (6) |
| **Cc:** | Falkenstein, Cindy |
| **Subject:** | RE: [REVIEW] DIB PIlot Evaluation: Question about Privacy guidelines |
| **Date:** | Monday, December 05, 2011 11:57:55 AM |

I just spoke to Cindy – I think we are okay to send it on. ▮▮▮▮▮▮▮▮▮▮▮ (b) (5) ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮

Carole just confirmed that she did send something to leadership on the Tasker.  I would say that
we should just proceed sine my previous message said if we don't hear from you we will assume
you approve. ▮▮▮▮▮▮▮▮▮▮▮ (b) (5) ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

**From:** Sand, Peter
**Sent:** Monday, December 05, 2011 11:45 AM
**To:** Andrew, Emily; Falkenstein, Cindy
**Cc:** (b) (6)
**Subject:** RE: [REVIEW] DIB PIlot Evaluation: Question about Privacy guidelines

Emily,

MEC approved the language – here it is again for your review. ▮ (b) (5) ▮
▮▮▮▮▮▮▮▮▮▮▮


(b) (5)

00190

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice:    (b) (6)    pager:    (b) (6)
      (b) (6)        www.dhs.gov/privacy
------
**Join lively discussions with outside experts!**
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row!        (b) (6)
------

**From:** Andrew, Emily
**Sent:** Monday, December 05, 2011 6:46 AM
**To:** Sand, Peter; Falkenstein, Cindy
**Cc:** (b) (6)
**Subject:** RE: [REVIEW] DIB PIlot Evaluation: Question about Privacy guidelines

Thanks –          (b) (5)          , so I'd rather our CS&C folks chime in.

**From:** Sand, Peter
**Sent:** Friday, December 02, 2011 10:03 AM
**To:** Andrew, Emily; Falkenstein, Cindy
**Cc:** (b) (6)
**Subject:** RE: [REVIEW] DIB PIlot Evaluation: Question about Privacy guidelines

Then I'll send MEC this language and note that we are also sending it
through NPPD for their clearance.

I didn't mention any specific SOPs – I'm sure he will ask for them as a
follow up.

I recall there once was a separate SOP that specifically laid out the
development of templates and signatures.  I pulled the language I used
from SOP 108 and 445.

If he does ask for the actual SOPs, I am going to defer to NPPD because
they are NPPD docs.

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology

00191

Department of Homeland Security
voice: [(b) (6)]   pager: [(b) (6)]
[(b) (6)]   www.dhs.gov/privacy
------
**Join lively discussions with outside experts!**
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row!   [(b) (6)]
------

**From:** Andrew, Emily
**Sent:** Friday, December 02, 2011 9:58 AM
**To:** Sand, Peter; Falkenstein, Cindy
**Cc:** [(b) (6)]
**Subject:** RE: [REVIEW] DIB PIlot Evaluation: Question about Privacy guidelines

(b) (5)

**From:** Sand, Peter
**Sent:** Friday, December 02, 2011 9:25 AM
**To:** Andrew, Emily; Falkenstein, Cindy
**Cc:** [(b) (6)]
**Subject:** [REVIEW] DIB PIlot Evaluation: Question about Privacy guidelines

Emily,

Prof. Travis Breaux, from CMU,   [(b) (5)]
(b) (5)

00192



I am also sending to MEC for review.

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice: [(b) (6)]   pager: [(b) (6)]
[(b) (6)]; www.dhs.gov/privacy
------
**Join lively discussions with outside experts!**
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row [(b) (6)].
------

**From:** Travis Breaux [(b) (6)]
**Sent:** Wednesday, November 30, 2011 1:47 PM
**To:** Sand, Peter
**Subject:** Re: Privacy guidelines

Hi Pete,

I hope you had a great Thanksgiving holiday. I want to ping you again on this question, below. Thanks again for your help!

> I saw in the E2 PIA that US-CERT uses privacy guidelines for reviewing
> prospective attack signatures before they go "live". Would it be possible to
> review those guidelines for their applicability to the DIB program?

Best,
--

00193

Travis Breaux, Ph.D.
Carnegie Mellon University
http://www.cs.cmu.edu/~breaux

On Nov 15, 2011, at 7:24 AM, Sand, Peter wrote:

Travis,

Sorry for the delay - I did get your email and will follow up shortly....

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice:    (b) (6)      pager:    (b) (6)
          (b) (6)        www.dhs.gov/privacy
------
**Join lively discussions with outside experts!**
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row!      (b) (6)      .
------

**From:** Travis Breaux          (b) (6)
**Sent:** Wednesday, November 09, 2011 2:32 PM
**To:** Sand, Peter
**Subject:** Privacy guidelines

Hi Pete,

Thanks for taking the time the other day to walk me through the DHS PIA process.

I saw in the E2 PIA that US-CERT uses privacy guidelines for reviewing prospective attack signatures before they go "live". Would it be possible to review those guidelines for their applicability to the DIB program?

Thanks,
--
Travis Breaux, Ph.D.
Carnegie Mellon University
http://www.cs.cmu.edu/~breaux

00194

| | |
|---|---|
| **From:** | Andrew, Emily |
| **To:** | Goode, Brendan; McDermott, Thomas M |
| **Cc:** | (b) (6)     ; Dean, Nicole M; Rock, Lee; Delaney, Laura;   (b) (6)   ; Falkenstein, Cindy |
| **Subject:** | RE: Draft JCSP PTA |
| **Date:** | Wednesday, December 07, 2011 10:03:05 AM |

Thanks for the input.  For now, ███████████████ (b) (5) ███████████████
███.

Emily

**From:** Goode, Brendan
**Sent:** Wednesday, December 07, 2011 9:53 AM
**To:** McDermott, Thomas M; Andrew, Emily
**Cc:**  (b) (6)  Dean, Nicole M; Rock, Lee; Delaney, Laura;  (b) (6)  Falkenstein, Cindy
**Subject:** Re: Draft JCSP PTA

(b) (5)

**From:** McDermott, Thomas M
**Sent:** Wednesday, December 07, 2011 09:45 AM
**To:** Goode, Brendan; Andrew, Emily
**Cc:**  (b) (6)  Dean, Nicole M; Rock, Lee; Delaney, Laura;  (b) (6)  Falkenstein, Cindy
**Subject:** RE: Draft JCSP PTA

(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:     (b) (6)
blackberry:    (b) (6)
     (b) (6)

**From:** Goode, Brendan
**Sent:** Wednesday, December 07, 2011 9:41 AM
**To:** McDermott, Thomas M; Andrew, Emily
**Cc:**  (b) (6)  Dean, Nicole M; Rock, Lee; Delaney, Laura;  (b) (6)  Falkenstein, Cindy
**Subject:** Re: Draft JCSP PTA

00195



(b) (5)

**From:** McDermott, Thomas M
**Sent:** Wednesday, December 07, 2011 09:35 AM
**To:** Goode, Brendan; Andrew, Emily
**Cc:** (b) (6)  Dean, Nicole M; Rock, Lee; Delaney, Laura; (b) (6)  Falkenstein, Cindy
**Subject:** RE: Draft JCSP PTA

(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:  (b) (6)
blackberry:  (b) (6)
 (b) (6)

**From:** Goode, Brendan
**Sent:** Wednesday, December 07, 2011 9:17 AM
**To:** Andrew, Emily
**Cc:** (b) (6)  Dean, Nicole M; Rock, Lee; Delaney, Laura; (b) (6)  McDermott, Thomas
M; Falkenstein, Cindy
**Subject:** Re: Draft JCSP PTA

Thanks Emily.

(b) (5)

00196



**From:** Andrew, Emily
**Sent:** Wednesday, December 07, 2011 09:05 AM
**To:** Goode, Brendan
**Cc:** (b) (6)    Dean, Nicole M; Rock, Lee; Delaney, Laura;    (b) (6)    McDermott, Thomas
M; Falkenstein, Cindy
**Subject:** RE: Draft JCSP PTA

Brendan,

I made a couple of edits, can you review for accuracy? If you agree, I'll send to PRIV for adjudication.

Thanks
Emily

**From:** Goode, Brendan
**Sent:** Monday, December 05, 2011 9:00 PM
**To:** Andrew, Emily; Falkenstein, Cindy
**Cc:** (b) (6)    Dean, Nicole M; Rock, Lee; Delaney, Laura;    (b) (6)
**Subject:** Draft JCSP PTA

Hi Emily/Cindy-

Attached is a rough draft of the JCSP PTA. Once you have read through it, maybe we can have a short discussion to walk through any questions. (b) (5)
(b) (5) . I am in a training class tomorrow, but I think we will break between 11:30 – 12:30. Are you free somewhere in between those times?

Some of the key tenants:

00197



(b) (5)

**Thanks,**
**Brendan**

00198

| | |
|---|---|
| **From:** | Andrew, Emily |
| **To:** | Sand, Peter |
| **Cc:** | Falkenstein, Cindy; (b) (6) |
| **Subject:** | RE: Joint Cybersecurity Services Pilot (JCSP) - PTA |
| **Date:** | Wednesday, December 07, 2011 10:44:50 AM |

Yes – fast track. I ████████████████ (b) (5) ████████████████

████████████████ I just sent you the revised.

**From:** Sand, Peter
**Sent:** Wednesday, December 07, 2011 10:37 AM
**To:** Andrew, Emily
**Cc:** Falkenstein, Cindy; (b) (6)
**Subject:** Re: Joint Cybersecurity Services Pilot (JCSP) - PTA

Emily - are we ████████████████ (b) (5) ████████████████

I assume thins is all fast-tracked because the whole pilot is only 180 days?


Pete

------

Peter E. Sand

DHS PRIV, ███ (b) (6) ███

Sent via blackberry.

Please excuse the effects of big thumbs on little keys.

**From:** Andrew, Emily
**Sent:** Wednesday, December 07, 2011 10:17 AM
**To:** PIA; Richards, Rebecca
**Cc:** Falkenstein, Cindy; NPPDPrivacy; (b) (6)   Sand, Peter
**Subject:** Joint Cybersecurity Services Pilot (JCSP) - PTA

HQ PRIV,

Please find the attached Joint Cybersecurity Service Pilot PTA for your review and adjudication.

Some of the key tenants:



(b) (5)

00199



Since this program is set to be implemented on or about January 15, 2012, we ask that you expedite this PTA.

Thanks
Emily

Emily Andrew, CIPP, CIPP/G | Sr. Privacy Officer
National Protection and Programs Directorate | U.S. Department of Homeland Security
1616 N. Ft. Myer Dr. (b) (6) | Arlington VA 22209 | (b) (6) | (b) (6)

00200

| | |
|---|---|
| **From:** | Steiner, Kurt |
| **To:** | Falkenstein, Cindy |
| **Subject:** | RE: Joint Cybersecurity Services Pilot (JCSP) - PTA |
| **Date:** | Wednesday, December 07, 2011 1:14:12 PM |

(b) (5)

**From:** Falkenstein, Cindy
**Sent:** Wednesday, December 07, 2011 12:53 PM
**To:** Steiner, Kurt
**Subject:** FW: Joint Cybersecurity Services Pilot (JCSP) - PTA



(b) (5)

Cindy

Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
1110 N. Glebe Rd. (b) (6) | Arlington VA 22201 | (b) (6) (O) | (b) (6) (BB) |
(b) (6) | DHS Privacy Website | NPPD Privacy Intranet

**From:** Andrew, Emily
**Sent:** Wednesday, December 07, 2011 10:18 AM
**To:** PIA; Richards, Rebecca
**Cc:** Falkenstein, Cindy; NPPDPrivacy; (b) (6) Sand, Peter
**Subject:** Joint Cybersecurity Services Pilot (JCSP) - PTA

00201

HQ PRIV,

Please find the attached Joint Cybersecurity Service Pilot PTA for your review and adjudication.



Since this program is set to be implemented on or about January 15, 2012, we ask that you expedite this PTA.

Thanks
Emily

Emily Andrew, CIPP, CIPP/G | Sr. Privacy Officer
National Protection and Programs Directorate | U.S. Department of Homeland Security
1616 N. Ft. Myer Dr. (b) (6) | Arlington VA 22209 | (b) (6) | (b) (6)

00208

| From: | McDermott, Thomas M |
|---|---|
| To: | Sand, Peter; Andrew, Emily; Goode, Brendan |
| Cc: | Falkenstein, Cindy; (b) (6) ; Steiner, Kurt |
| Subject: | RE: DIB Eval - CMU prof asking for docs |
| Date: | Wednesday, December 14, 2011 4:33:17 PM |

For the DIB Pilot activity, at least to date, (b) (5)     (b) (5)

(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:       (b) (6)
blackberry:    (b) (6)
      (b) (6)

**From:** Sand, Peter
**Sent:** Wednesday, December 14, 2011 11:59 AM
**To:** McDermott, Thomas M; Andrew, Emily; Goode, Brendan
**Cc:** Falkenstein, Cindy;     (b) (6)     Steiner, Kurt
**Subject:** RE: DIB Eval - CMU prof asking for docs

Tom, Kurt, others,

This is what the Professor asked, "Is there documentation of these standard operating procedures that US-CERT uses?"

(b) (5)

I'd like to get back to him soon because he asked Friday of last week.

FYI, this is how I originally responded to him:

Professor,

Rather than developing stand-along privacy guidance, we decided to integrate privacy standards into the same standard operating procedures US-CERT will use to conduct their operations. We felt this would make privacy protection part of an integrated practice.

00209

In one SOP, US-CERT requires analysts to demonstrate minimization of data collection before deploying a new signature, including specific efforts to minimize the potential collection of information that could be considered PII. In a second SOP, US-CERT directs analysts to review all data that is received to determine if it contains information that could be considered PII and if so, to ensure it is pertinent to the analysis and further minimize it as much as possible. Any information could be considered PII that is necessary to understand a cybersecurity issue will be marked and notification sent through the Information Oversight staff to determine if retention of that data is warranted.

```
Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice:   (b) (6)     pager:    (b) (6)
         (b) (6)        www.dhs.gov/privacy
------
Join lively discussions with outside experts!
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row!      (b) (6)          .
------
```

**From:** McDermott, Thomas M
**Sent:** Monday, December 12, 2011 11:11 AM
**To:** Andrew, Emily; Goode, Brendan
**Cc:** Falkenstein, Cindy; Sand, Peter;     (b) (6)        Steiner, Kurt
**Subject:** Re: DIB Eval - CMU prof asking for docs

Adding Kurt Steiner from US-CERT.



(b) (5)

Going forward, the information would be handled under the new procedures being updated.

Thomas McDermott
Office of the General Counsel

00210

U.S. Department of Homeland Security
ph:    ▆ (b) (6)
bb:    ▆ (b) (6)
Sent from my blackberry device

**From:** Andrew, Emily
**Sent:** Friday, December 09, 2011 08:38 AM
**To:** Goode, Brendan; McDermott, Thomas M
**Cc:** Falkenstein, Cindy; Sand, Peter;    ▆ (b) (6)
**Subject:** FW: DIB Eval - CMU prof asking for docs

Brendan / Tom,

Pete Sand has been working with the CMU professor on the DIB evaluation. The professor asked questions about SOPs ▆ (b) (5)

▆▆▆▆▆ (b) (5) ▆▆▆▆▆

Emily

**From:** Sand, Peter
**Sent:** Friday, December 09, 2011 6:45 AM
**To:** Andrew, Emily; Falkenstein, Cindy
**Subject:** DIB Eval - CMU prof asking for docs

Emily,

Looks like his privacy eval is still going on. He's asking about the actual SOPs.

▆▆▆▆▆ (b) (5) ▆▆▆▆▆

Could you run this by your people and let me know how I should respond?

▆▆▆▆▆ (b) (5) ▆▆▆▆▆

Pete
------
Peter E. Sand
DHS PRIV,    ▆ (b) (6)
Sent via blackberry.
Please excuse the effects of big thumbs on little keys.

00211

**From:** Travis Breaux ████ (b) (6) ████
**Sent:** Friday, December 09, 2011 03:11 AM
**To:** Sand, Peter
**Subject:** Re: Privacy guidelines

Hi Peter,

This definitely helps. Thank you. Is there documentation of these standard operating procedures that US-CERT uses?

Again, thank you for your help.
--
Travis Breaux, Ph.D.
Carnegie Mellon University
http://www.cs.cmu.edu/~breaux

On Dec 8, 2011, at 11:35 AM, Sand, Peter wrote:


Professor,

Did that answer your question?  Anything else I can help with?

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice:  ████ (b) (6) ████   pager: ████ (b) (6) ████
    ████ (b) (6) ████   www.dhs.gov/privacy
------
**Join lively discussions with outside experts!**
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row!  ████ (b) (6) ████.
------


**From:** Sand, Peter
**Sent:** Tuesday, December 06, 2011 7:39 AM
**To:** ████ (b) (6) ████
**Subject:** Re: Privacy guidelines

Professor,

Rather than developing stand-along privacy guidance, we decided to integrate privacy standards into the same standard operating procedures US-CERT will use to conduct their operations. We felt this would make privacy protection part of an integrated practice.

00212

In one SOP, US-CERT requires analysts to demonstrate minimization of data collection before deploying a new signature, including specific efforts to minimize the potential collection of information that could be considered PII. In a second SOP, US-CERT directs analysts to review all data that is received to determine if it contains information that could be considered PII and if so, to ensure it is pertinent to the analysis and further minimize it as much as possible. Any information could be considered PII that is necessary to understand a cybersecurity issue will be marked and notification sent through the Information Oversight staff to determine if retention of that data is warranted.

Again, apologies for the delay,


Pete

------

Peter E. Sand
DHS PRIV,    (b) (6)
Sent via blackberry.
Please excuse the effects of big thumbs on little keys.

**From:** Travis Breaux    (b) (6)
**Sent:** Wednesday, November 30, 2011 01:47 PM
**To:** Sand, Peter
**Subject:** Re: Privacy guidelines

Hi Pete,

I hope you had a great Thanksgiving holiday. I want to ping you again on this question, below. Thanks again for your help!

> I saw in the E2 PIA that US-CERT uses privacy guidelines for reviewing
> prospective attack signatures before they go "live". Would it be possible to
> review those guidelines for their applicability to the DIB program?

Best,

--
Travis Breaux, Ph.D.
Carnegie Mellon University
http://www.cs.cmu.edu/~breaux

On Nov 15, 2011, at 7:24 AM, Sand, Peter wrote:


Travis,

Sorry for the delay - I did get your email and will follow up shortly....

00213

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice: ██(b) (6)██  pager: ██(b) (6)██
██(b) (6)██ ; www.dhs.gov/privacy
------
**Join lively discussions with outside experts!**
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors)
http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row! ██(b) (6)██ .
------

**From:** Travis Breaux ██(b) (6)██
**Sent:** Wednesday, November 09, 2011 2:32 PM
**To:** Sand, Peter
**Subject:** Privacy guidelines

Hi Pete,

Thanks for taking the time the other day to walk me through the DHS PIA process.

I saw in the E2 PIA that US-CERT uses privacy guidelines for reviewing prospective attack signatures before they go "live". Would it be possible to review those guidelines for their applicability to the DIB program?

Thanks,

--
Travis Breaux, Ph.D.
Carnegie Mellon University
http://www.cs.cmu.edu/~breaux

00220

| | |
|---|---|
| **From:** | Harris, Richard |
| **To:** | McDermott, Thomas M; Rock, Lee |
| **Cc:** | Andrew, Emily; Falkenstein, Cindy; Jacobs, Michael; Steiner, Kurt; Goode, Brendan; ⬛ (b) (6) |
| **Subject:** | RE: Cybersecurity and NSS |
| **Date:** | Thursday, December 15, 2011 4:43:31 PM |

We can cover those topics.  Has the meeting time/location/call-in been set?

**From:** McDermott, Thomas M
**Sent:** Thursday, December 15, 2011 3:05 PM
**To:** Rock, Lee
**Cc:** Andrew, Emily; Falkenstein, Cindy; Harris, Richard; Jacobs, Michael; Steiner, Kurt; Goode, Brendan
**Subject:** RE: Cybersecurity and NSS

**(b) (5)**

**From:** Rock, Lee
**Sent:** Thursday, December 15, 2011 2:12 PM
**To:** McDermott, Thomas M; Andrew, Emily; Callahan, Mary Ellen; ⬛ (b) (6) ⬛
Goode, Brendan; Jacobs, Michael
**Cc:** Falkenstein, Cindy; ⬛ (b) (6) ⬛ Harris, Richard; Steiner, Kurt
**Subject:** RE: Cybersecurity and NSS

Let us know what support you need and we will try to accommodate.

**From:** McDermott, Thomas M
**Sent:** Thursday, December 15, 2011 1:46 PM
**To:** Andrew, Emily; Callahan, Mary Ellen; ⬛ (b) (6) ⬛ Goode, Brendan; Rock, Lee;
Jacobs, Michael
**Cc:** Falkenstein, Cindy; ⬛ (b) (6) ⬛
**Subject:** RE: Cybersecurity and NSS

I think we need ⬛ **(b) (5)**

**(b) (5)**

00221

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:          (b) (6)
blackberry:    (b) (6)
               (b) (6)

**From:** Andrew, Emily
**Sent:** Thursday, December 15, 2011 1:21 PM
**To:** Callahan, Mary Ellen; McDermott, Thomas M;          (b) (6)          Goode, Brendan
**Cc:** Falkenstein, Cindy;          (b) (6)
**Subject:** RE: Cybersecurity and NSS

Did you all want to still try and get together later this afternoon to discuss the getbacks? MEC and
I are both out next week so it would be great if we could get this finalized by tomorrow.

Emily

**From:** Callahan, Mary Ellen
**Sent:** Wednesday, December 14, 2011 5:16 PM
**To:** McDermott, Thomas M; Andrew, Emily;          (b) (6)          Goode, Brendan;
Falkenstein, Cindy
**Subject:** RE: Cybersecurity and NSS

Ok, tahnks gusy.

**Mary Ellen Callahan**
**Chief Privacy Officer**
**U.S. Department of Homeland Security**
**245 Murray Lane SW, Mail Stop 0655**
**Washington, DC 20528-0655**
**Telephone:**     (b) (6)
**Fax:**   (b) (6)
**E-mail:**          (b) (6)
**Website: www.dhs.gov/privacy**

**From:** McDermott, Thomas M
**Sent:** Wednesday, December 14, 2011 5:15 PM
**To:** Callahan, Mary Ellen; Andrew, Emily;          (b) (6)          Goode, Brendan; Falkenstein,
Cindy
**Subject:** RE: Cybersecurity and NSS

00222

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:          (b) (6)
blackberry:    (b) (6)
          (b) (6)

**From:** Callahan, Mary Ellen
**Sent:** Wednesday, December 14, 2011 4:21 PM
**To:** Andrew, Emily; McDermott, Thomas M;          (b) (6)          Goode, Brendan;
Falkenstein, Cindy
**Subject:** RE: Cybersecurity and NSS

I think this is a really good first cut!  And close to final cut!  The only addition    **(b) (5)**

Thanks all!  nice work.

**Mary Ellen Callahan**
**Chief Privacy Officer**
**U.S. Department of Homeland Security**
**245 Murray Lane SW, Mail Stop 0655**
**Washington, DC 20528-0655**
**Telephone:**    (b) (6)
**Fax:**    (b) (6)
**E-mail:**          (b) (6)
**Website: www.dhs.gov/privacy**

**From:** Andrew, Emily
**Sent:** Wednesday, December 14, 2011 3:45 PM
**To:** Callahan, Mary Ellen; McDermott, Thomas M;          (b) (6)          Goode, Brendan;
Falkenstein, Cindy
**Subject:** RE: Cybersecurity and NSS

Here's my first attempt at a response.  I'm not 100%          **(b) (5)**

00223

Emily

Emily Andrew, CIPP, CIPP/G | Sr. Privacy Officer
National Protection and Programs Directorate | U.S. Department of Homeland Security
1616 N. Ft. Myer Dr. (b) (6) | Arlington VA 22209 | (b) (6) | (b) (6)

**From:** Callahan, Mary Ellen
**Sent:** Tuesday, December 13, 2011 9:00 AM
**To:** McDermott, Thomas M; Andrew, Emily; (b) (6) Goode, Brendan
**Subject:** Re: Cybersecurity and NSS

Let's shoot for 11am tomorrow? (b) (6) is getting a #. Tx.

Mary Ellen Callahan
Chief Privacy Officer
Department of Homeland Security
Work: (b) (6)
Cell: (b) (6)

**From:** McDermott, Thomas M
**Sent:** Tuesday, December 13, 2011 08:33 AM
**To:** Andrew, Emily; Callahan, Mary Ellen; (b) (6)
< (b) (6) Goode, Brendan
**Subject:** Re: Cybersecurity and NSS

(b) (6)

I can hopefully participate in a call tomorrow between 11 and 4.

Thomas McDermott
Office of the General Counsel
U.S. Department of Homeland Security
ph: (b) (6)
bb: (b) (6)
Sent from my blackberry device

**From:** Andrew, Emily
**Sent:** Tuesday, December 13, 2011 06:20 AM
**To:** Callahan, Mary Ellen; McDermott, Thomas M < (b) (6) Goode, Brendan
**Subject:** RE: Cybersecurity and NSS

(b) (5)

00224

I can set up a call if you could all let me know of your availability.

Emily

**From:** Callahan, Mary Ellen
**Sent:** Monday, December 12, 2011 8:03 PM
**To:** Andrew, Emily; McDermott, Thomas M; Goode, Brendan; Callahan, Mary Ellen
**Subject:** Cybersecurity and NSS

I just got a call from (b) (6) asking about our "responses" to that meeting the other day. She said she would like something written, at least identifying issues on the way, being worked on, etc. I don't know that we ever talked about how to respond – should we talk or try to figure out a plan?
Btw, I have (b) (5) mec

**Mary Ellen Callahan**
**Chief Privacy Officer**
**U.S. Department of Homeland Security**
**245 Murray Lane SW, Mail Stop 0655**
**Washington, DC 20528-0655**
**Telephone:**    (b) (6)
**Fax:**    (b) (6)
**E-mail:**    (b) (6)
**Website: www.dhs.gov/privacy**

00225



| From: | Falkenstein, Cindy |
| To: | (b) (6) |
| Subject: | Classification for JCSP |
| Date: | Friday, December 16, 2011 3:03:00 PM |

Hi (b) (6)

I'm drafting a PIA (b) (5)

Are you here at Glebe today and would you have ~5 minutes to explain this to me?

Thanks,

Cindy

Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
1110 N. Glebe Rd. (b) (6) | Arlington VA 22201 | (b) (6) (O) | (b) (6) |
(b) (6) | DHS Privacy Website | NPPD Privacy Intranet

00226

## Andrew, Emily

| | |
|---|---|
| **From:** | Andrew, Emily |
| **Sent:** | Friday, December 16, 2011 2:37 PM |
| **To:** | Goode, Brendan; Harris, Richard; Falkenstein, Cindy; McDermott, Thomas M; Rock, Lee |
| **Cc:** | Jacobs, Michael; Steiner, Kurt;     (b) (6)     Callahan, Mary Ellen; Austin, Mark |
| **Subject:** | RE: Cybersecurity and NSS |
| **Attachments:** | Privacy Oversight.DHS task_20111214.docx; Privacy Oversight.taskdiv.docx |

Here's the attachment.  We just need ▮▮▮▮▮▮▮▮▮▮ **(b) (5)** ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please feel free to give me a call if you have any questions.

Emily
▮ **(b) (6)** ▮

**From:** Goode, Brendan
**Sent:** Friday, December 16, 2011 2:27 PM
**To:** Harris, Richard; Falkenstein, Cindy; McDermott, Thomas M; Rock, Lee
**Cc:** Andrew, Emily; Jacobs, Michael; Steiner, Kurt; ▮▮ **(b) (6)** ▮▮ Callahan, Mary Ellen; Austin, Mark
**Subject:** RE: Cybersecurity and NSS

Emily's e-mail was requesting a ▮▮▮▮▮▮▮▮ **(b) (5)** ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮  Please reference earlier attachment.

**From:** Harris, Richard
**Sent:** Friday, December 16, 2011 2:22 PM
**To:** Goode, Brendan; Falkenstein, Cindy; McDermott, Thomas M; Rock, Lee
**Cc:** Andrew, Emily; Jacobs, Michael; Steiner, Kurt; ▮▮ **(b) (6)** ▮▮ Callahan, Mary Ellen; Austin, Mark
**Subject:** RE: Cybersecurity and NSS

Brendan – not sure what you are looking for....▮▮▮▮▮ **(b) (5)** ▮▮▮▮▮

**From:** Goode, Brendan
**Sent:** Friday, December 16, 2011 1:10 PM
**To:** Falkenstein, Cindy; Harris, Richard; McDermott, Thomas M; Rock, Lee
**Cc:** Andrew, Emily; Jacobs, Michael; Steiner, Kurt; ▮▮ **(b) (6)** ▮▮ Callahan, Mary Ellen; Austin, Mark
**Subject:** RE: Cybersecurity and NSS
**Importance:** High

Lee/Rick-

Do we have a timeline for when we can get a response back to Cindy and Emily? ▮▮▮▮▮ **(b) (5)** ▮▮▮▮▮
▮▮▮▮▮.

Thanks,
Brendan

**From:** Falkenstein, Cindy
**Sent:** Thursday, December 15, 2011 5:21 PM
**To:** Harris, Richard; McDermott, Thomas M; Rock, Lee

00227

**Cc:** Andrew, Emily; Jacobs, Michael; Steiner, Kurt; Goode, Brendan; ████████ (b) (6) ████████ Callahan, Mary Ellen
**Subject:** RE: Cybersecurity and NSS

Rick/Lee,
I don't believe you all received the documents that relate to this thread. I'm attaching Emily's first cut at responding and this is where we could use ███████████████ (b) (5) ███████████████

Attached is the ███████████████ (b) (5) ███████████████ is Privacy's response.
Thanks,
Cindy

**Cindy Falkenstein**
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
▱ 1110 N. Glebe Rd ██ (b) (6) ██ | Arlington VA 22201 | ☎ ██ (b) (6) ██ (O) | ☎ ██ (b) (6) ██ (BB) |
✉ ██ (b) (6) ██ | DHS Privacy Website | NPPD Privacy Intranet

**From:** Harris, Richard
**Sent:** Thursday, December 15, 2011 4:43 PM
**To:** McDermott, Thomas M; Rock, Lee
**Cc:** Andrew, Emily; Falkenstein, Cindy; Jacobs, Michael; Steiner, Kurt; Goode, Brendan; ████████ (b) (6) ████████
**Subject:** RE: Cybersecurity and NSS

We can cover those topics.  Has the meeting time/location/call-in been set?

**From:** McDermott, Thomas M
**Sent:** Thursday, December 15, 2011 3:05 PM
**To:** Rock, Lee
**Cc:** Andrew, Emily; Falkenstein, Cindy; Harris, Richard; Jacobs, Michael; Steiner, Kurt; Goode, Brendan
**Subject:** RE: Cybersecurity and NSS

███████████████████████ (b) (5) ███████████████████████

**From:** Rock, Lee
**Sent:** Thursday, December 15, 2011 2:12 PM
**To:** McDermott, Thomas M; Andrew, Emily; Callahan, Mary Ellen; ████████ (b) (6) ████████ Goode, Brendan;
Jacobs, Michael
**Cc:** Falkenstein, Cindy; ████ (b) (6) ████ Harris, Richard; Steiner, Kurt
**Subject:** RE: Cybersecurity and NSS

Let us know what support you need and we will try to accommodate.

**From:** McDermott, Thomas M
**Sent:** Thursday, December 15, 2011 1:46 PM
**To:** Andrew, Emily; Callahan, Mary Ellen; ████████ (b) (6) ████████ Goode, Brendan; Rock, Lee; Jacobs, Michael
**Cc:** Falkenstein, Cindy; ████ (b) (6) ████
**Subject:** RE: Cybersecurity and NSS

I think we need ██████████ (b) (5) ██████████ .

00228



(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:        (b) (6)
blackberry:        (b) (6)
      (b) (6)

**From:** Andrew, Emily
**Sent:** Thursday, December 15, 2011 1:21 PM
**To:** Callahan, Mary Ellen; McDermott, Thomas M;        (b) (6)        Goode, Brendan
**Cc:** Falkenstein, Cindy;        (b) (6)
**Subject:** RE: Cybersecurity and NSS

Did you all want to still try and get together later this afternoon to discuss the getbacks?  MEC and I are both out next week so it would be great if we could get this finalized by tomorrow.

Emily

**From:** Callahan, Mary Ellen
**Sent:** Wednesday, December 14, 2011 5:16 PM
**To:** McDermott, Thomas M; Andrew, Emily;        (b) (6)        Goode, Brendan; Falkenstein, Cindy
**Subject:** RE: Cybersecurity and NSS

Ok, tahnks gusy.

**Mary Ellen Callahan**
**Chief Privacy Officer**
**U.S. Department of Homeland Security**
**245 Murray Lane SW, Mail Stop 0655**
**Washington, DC 20528-0655**
**Telephone:**        (b) (6)
**Fax:**      (b) (6)
**E-mail:**        (b) (6)
**Website: www.dhs.gov/privacy**

3

00229

**From:** McDermott, Thomas M
**Sent:** Wednesday, December 14, 2011 5:15 PM
**To:** Callahan, Mary Ellen; Andrew, Emily;            (b) (6)            Goode, Brendan; Falkenstein, Cindy
**Subject:** RE: Cybersecurity and NSS

(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:          (b) (6)
blackberry:    (b) (6)
        (b) (6)

**From:** Callahan, Mary Ellen
**Sent:** Wednesday, December 14, 2011 4:21 PM
**To:** Andrew, Emily; McDermott, Thomas M;            (b) (6)            Goode, Brendan; Falkenstein, Cindy
**Subject:** RE: Cybersecurity and NSS

I think this is a really good first cut!  And close to final cut!  The only addition       (b) (5)

**Mary Ellen Callahan**
**Chief Privacy Officer**
**U.S. Department of Homeland Security**
**245 Murray Lane SW, Mail Stop 0655**
**Washington, DC 20528-0655**
**Telephone:**      (b) (6)
**Fax:**    (b) (6)
**E-mail:**          (b) (6)
**Website: www.dhs.gov/privacy**

**From:** Andrew, Emily
**Sent:** Wednesday, December 14, 2011 3:45 PM
**To:** Callahan, Mary Ellen; McDermott, Thomas M;            (b) (6)            Goode, Brendan; Falkenstein, Cindy
**Subject:** RE: Cybersecurity and NSS

Here's my first attempt at a response.  I'm not 100%          (b) (5)

Emily

4

00230
Emily Andrew, CIPP, CIPP/G | Sr. Privacy Officer
National Protection and Programs Directorate | U.S. Department of Homeland Security
📇 1616 N. Ft. Myer Dr. (b) (6) | Arlington VA 22209 | 📞 (b) (6) | 📧 (b) (6)

---

**From:** Callahan, Mary Ellen
**Sent:** Tuesday, December 13, 2011 9:00 AM
**To:** McDermott, Thomas M; Andrew, Emily;     (b) (6)     Goode, Brendan
**Subject:** Re: Cybersecurity and NSS

Let's shoot for 11am tomorrow? (b) (6) is getting a #. Tx.


Mary Ellen Callahan
Chief Privacy Officer
Department of Homeland Security
Work:   (b) (6)
Cell:   (b) (6)

---

**From:** McDermott, Thomas M
**Sent:** Tuesday, December 13, 2011 08:33 AM
**To:** Andrew, Emily; Callahan, Mary Ellen;    (b) (6)    <    (b) (6)    Goode, Brendan
**Subject:** Re: Cybersecurity and NSS

(b) (6)

I can hopefully participate in a call tomorrow between 11 and 4.


Thomas McDermott
Office of the General Counsel
U.S. Department of Homeland Security
ph:   (b) (6)
bb:   (b) (6)
Sent from my blackberry device

---

**From:** Andrew, Emily
**Sent:** Tuesday, December 13, 2011 06:20 AM
**To:** Callahan, Mary Ellen; McDermott, Thomas M <   (b) (6)   ; Goode, Brendan
**Subject:** RE: Cybersecurity and NSS

(b) (5)

I can set up a call if you could all let me know of your availability.

Emily

---

**From:** Callahan, Mary Ellen
**Sent:** Monday, December 12, 2011 8:03 PM
**To:** Andrew, Emily; McDermott, Thomas M; Goode, Brendan; Callahan, Mary Ellen
**Subject:** Cybersecurity and NSS

00231

I just got a call from ▮(b) (6)▮ asking about our "responses" to that meeting the other day.  She said she would like something written, at least identifying issues on the way, being worked on, etc.  I don't know that we ever talked about how to respond – should we talk or try to figure out a plan?  Btw, ▮▮▮▮▮ (b) (5) ▮▮▮▮▮
▮▮▮▮▮ mec

**Mary Ellen Callahan**
**Chief Privacy Officer**
**U.S. Department of Homeland Security**
**245 Murray Lane SW, Mail Stop 0655**
**Washington, DC 20528-0655**
**Telephone:** ▮▮ (b) (6) ▮▮
**Fax:** ▮ (b) (6) ▮
**E-mail:** ▮▮ (b) (6) ▮▮
**Website: www.dhs.gov/privacy**

6

00232

| | |
|---|---|
| **From:** | Andrew, Emily |
| **To:** | Falkenstein, Cindy; Lockett, Vania |
| **Subject:** | FW: Cybersecurity and NSS |
| **Date:** | Friday, December 16, 2011 4:06:22 PM |

FYI – I'm hoping US-CERT gets something today!

**From:** Callahan, Mary Ellen
**Sent:** Friday, December 16, 2011 3:55 PM
**To:** Andrew, Emily
**Subject:** RE: Cybersecurity and NSS

No, I hadn't promised that, just told him the approach. ███████████ **(b) (5)** █████████
████████████████████████████ if they can send directly, that would be
great! mec

**Mary Ellen Callahan**
**Chief Privacy Officer**
**U.S. Department of Homeland Security**
**245 Murray Lane SW, Mail Stop 0655**
**Washington, DC 20528-0655**
**Telephone:** ███ **(b) (6)** ███
**Fax:** ███ **(b) (6)** ███
**E-mail:** ██████ **(b) (6)** ██████
**Website: www.dhs.gov/privacy**

**From:** Andrew, Emily
**Sent:** Friday, December 16, 2011 3:41 PM
**To:** Callahan, Mary Ellen
**Subject:** RE: Cybersecurity and NSS

Okay – so we should send to him to review before sending to ██ **(b) (6)** ██

**From:** Callahan, Mary Ellen
**Sent:** Friday, December 16, 2011 3:31 PM
**To:** Andrew, Emily
**Subject:** Re: Cybersecurity and NSS

I talked to ██**(b) P.L. 86-36**██ the day we talked, told him our approach. He was appreciative, and said he wd
do the same. You guys go ahead.

**Mary Ellen Callahan**
**Chief Privacy Officer**
**Department of Homeland Security**
**Work:** ███ **(b) (6)** ███
**Cell:** ███ **(b) (6)** ███

**From:** Andrew, Emily

00233

**Sent:** Friday, December 16, 2011 02:47 PM
**To:** Callahan, Mary Ellen
**Subject:** FW: Cybersecurity and NSS

Mec- as you can see we are still working this and I hope to get something back to you today. Once we get the list finalized, ████████████████ (b) (5) ████████████████ ████████████ I believe that you were going to ████████ (b) (5) ████████ ██████

If you are out of pocket after we get this finalized one of us can send to █(b) (6)█. I'm out on leave next week too and will have very limited access to BB Tues – Thurs but we will make sure it gets done.

**From:** Andrew, Emily
**Sent:** Friday, December 16, 2011 2:37 PM
**To:** Goode, Brendan; Harris, Richard; Falkenstein, Cindy; McDermott, Thomas M; Rock, Lee
**Cc:** Jacobs, Michael; Steiner, Kurt; ████ (b) (6) ████ Callahan, Mary Ellen; Austin, Mark
**Subject:** RE: Cybersecurity and NSS

Here's the attachment. We just need to ████████ (b) (5) ████████
███████████████████████████████████████
███████████████████████████████████████

Please feel free to give me a call if you have any questions.

Emily
████ (b) (6) ████

**From:** Goode, Brendan
**Sent:** Friday, December 16, 2011 2:27 PM
**To:** Harris, Richard; Falkenstein, Cindy; McDermott, Thomas M; Rock, Lee
**Cc:** Andrew, Emily; Jacobs, Michael; Steiner, Kurt; ████ (b) (6) ████ Callahan, Mary Ellen; Austin, Mark
**Subject:** RE: Cybersecurity and NSS

Emily's e-mail was requesting a ████████ (b) (5) ████████
███████████████████████████████████
Please reference earlier attachment.

**From:** Harris, Richard
**Sent:** Friday, December 16, 2011 2:22 PM
**To:** Goode, Brendan; Falkenstein, Cindy; McDermott, Thomas M; Rock, Lee
**Cc:** Andrew, Emily; Jacobs, Michael; Steiner, Kurt; ████ (b) (6) ████ Callahan, Mary Ellen; Austin, Mark
**Subject:** RE: Cybersecurity and NSS

Brendan – not sure what you are looking for….. ████████ (b) (5) ████████

**From:** Goode, Brendan
**Sent:** Friday, December 16, 2011 1:10 PM

00234

**To:** Falkenstein, Cindy; Harris, Richard; McDermott, Thomas M; Rock, Lee
**Cc:** Andrew, Emily; Jacobs, Michael; Steiner, Kurt; ██████ (b) (6) ██████ Callahan, Mary Ellen; Austin, Mark
**Subject:** RE: Cybersecurity and NSS
**Importance:** High

Lee/Rick-

Do we have a timeline for when we can get a response back to Cindy and Emily? ██ (b) (5) ██
████████████████████████

Thanks,
Brendan

**From:** Falkenstein, Cindy
**Sent:** Thursday, December 15, 2011 5:21 PM
**To:** Harris, Richard; McDermott, Thomas M; Rock, Lee
**Cc:** Andrew, Emily; Jacobs, Michael; Steiner, Kurt; Goode, Brendan; ██████ (b) (6) ██████ Callahan, Mary Ellen
**Subject:** RE: Cybersecurity and NSS

Rick/Lee,
I don't believe you all received the documents that relate to this thread. I'm attaching Emily's first cut at responding and this is where we could use ████████ (b) (5) ████████
██████████████

Attached is the ████████████ (b) (5) ████████████ is Privacy's response.
Thanks,
Cindy

Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
📞 1110 N. Glebe Rd.█(b) (6)█ | Arlington VA 22201 | ☎ █(b) (6)█ (O) | ☎ █(b) (6)█ (BB) |
✉ █████ (b) (6) █████   DHS Privacy Website | NPPD Privacy Intranet

**From:** Harris, Richard
**Sent:** Thursday, December 15, 2011 4:43 PM
**To:** McDermott, Thomas M; Rock, Lee
**Cc:** Andrew, Emily; Falkenstein, Cindy; Jacobs, Michael; Steiner, Kurt; Goode, Brendan; ████ (b) (6) ████
████████
**Subject:** RE: Cybersecurity and NSS

We can cover those topics.  Has the meeting time/location/call-in been set?

**From:** McDermott, Thomas M
**Sent:** Thursday, December 15, 2011 3:05 PM
**To:** Rock, Lee

00235

**Cc:** Andrew, Emily; Falkenstein, Cindy; Harris, Richard; Jacobs, Michael; Steiner, Kurt; Goode, Brendan
**Subject:** RE: Cybersecurity and NSS

**(b) (5)**

**From:** Rock, Lee
**Sent:** Thursday, December 15, 2011 2:12 PM
**To:** McDermott, Thomas M; Andrew, Emily; Callahan, Mary Ellen; ⬛⬛⬛ (b) (6) ⬛⬛⬛ Goode, Brendan; Jacobs, Michael
**Cc:** Falkenstein, Cindy; ⬛⬛ (b) (6) ⬛⬛ Harris, Richard; Steiner, Kurt
**Subject:** RE: Cybersecurity and NSS

Let us know what support you need and we will try to accommodate.

**From:** McDermott, Thomas M
**Sent:** Thursday, December 15, 2011 1:46 PM
**To:** Andrew, Emily; Callahan, Mary Ellen; ⬛⬛⬛ (b) (6) ⬛⬛⬛ Goode, Brendan; Rock, Lee; Jacobs, Michael
**Cc:** Falkenstein, Cindy; ⬛⬛ (b) (6) ⬛⬛
**Subject:** RE: Cybersecurity and NSS

I think we need ⬛⬛⬛⬛⬛ **(b) (5)** ⬛⬛⬛⬛⬛

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:        ⬛ (b) (6) ⬛
blackberry:  ⬛ (b) (6) ⬛
⬛⬛ (b) (6) ⬛⬛

00236

**From:** Andrew, Emily
**Sent:** Thursday, December 15, 2011 1:21 PM
**To:** Callahan, Mary Ellen; McDermott, Thomas M; ██████ (b) (6) ██████ Goode, Brendan
**Cc:** Falkenstein, Cindy; ██████ (b) (6) ██████
**Subject:** RE: Cybersecurity and NSS

Did you all want to still try and get together later this afternoon to discuss the getbacks?  MEC and
I are both out next week so it would be great if we could get this finalized by tomorrow.


Emily

**From:** Callahan, Mary Ellen
**Sent:** Wednesday, December 14, 2011 5:16 PM
**To:** McDermott, Thomas M; Andrew, Emily; ██████ (b) (6) ██████ Goode, Brendan;
Falkenstein, Cindy
**Subject:** RE: Cybersecurity and NSS


Ok, tahnks gusy.


**Mary Ellen Callahan**
**Chief Privacy Officer**
**U.S. Department of Homeland Security**
**245 Murray Lane SW, Mail Stop 0655**
**Washington, DC 20528-0655**
**Telephone:** ██ (b) (6) ██
**Fax:** ██ (b) (6) ██
**E-mail:** ██████ (b) (6) ██████
**Website: www.dhs.gov/privacy**



**From:** McDermott, Thomas M
**Sent:** Wednesday, December 14, 2011 5:15 PM
**To:** Callahan, Mary Ellen; Andrew, Emily; ██████ (b) (6) ██████ Goode, Brendan; Falkenstein,
Cindy
**Subject:** RE: Cybersecurity and NSS

██████████████████████████████████████
██████████████████████████████████████
████████████ (b) (5) ████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████



Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,

00237

National Protection and Programs
desk:      ████ (b) (6) ████
blackberry:  ████ (b) (6) ████
████ (b) (6) ████


**From:** Callahan, Mary Ellen
**Sent:** Wednesday, December 14, 2011 4:21 PM
**To:** Andrew, Emily; McDermott, Thomas M; ████ (b) (6) ████ Goode, Brendan;
Falkenstein, Cindy
**Subject:** RE: Cybersecurity and NSS

I think this is a really good first cut!  And close to final cut!  The only addition ████ (b) (5) ████
████████████████████████████████████████

Thanks all!  nice work.

**Mary Ellen Callahan**
**Chief Privacy Officer**
**U.S. Department of Homeland Security**
**245 Murray Lane SW, Mail Stop 0655**
**Washington, DC 20528-0655**
**Telephone:** ████ (b) (6) ████
**Fax:** ████ (b) (6) ████
**E-mail:** ████ (b) (6) ████
**Website: www.dhs.gov/privacy**


**From:** Andrew, Emily
**Sent:** Wednesday, December 14, 2011 3:45 PM
**To:** Callahan, Mary Ellen; McDermott, Thomas M; ████ (b) (6) ████ Goode, Brendan;
Falkenstein, Cindy
**Subject:** RE: Cybersecurity and NSS


Here's my first attempt at a response.  I'm not 100% ████ (b) (5) ████
████████████████████████████████

Emily


Emily Andrew, CIPP, CIPP/G | Sr. Privacy Officer
National Protection and Programs Directorate | U.S. Department of Homeland Security
✆ 1616 N. Ft. Myer Dr. ██ (b) (6) ██ | Arlington VA 22209 | ✆ ██ (b) (6) ██ | ✉ ████ (b) (6) ████

**From:** Callahan, Mary Ellen
**Sent:** Tuesday, December 13, 2011 9:00 AM
**To:** McDermott, Thomas M; Andrew, Emily; ████ (b) (6) ████ Goode, Brendan
**Subject:** Re: Cybersecurity and NSS

00238

Let's shoot for 11am tomorrow? ▮(b) (6)▮ is getting a #. Tx.


Mary Ellen Callahan
Chief Privacy Officer
Department of Homeland Security
Work: ▮▮▮ (b) (6) ▮▮▮
Cell: ▮▮ (b) (6) ▮▮

**From:** McDermott, Thomas M
**Sent:** Tuesday, December 13, 2011 08:33 AM
**To:** Andrew, Emily; Callahan, Mary Ellen; ▮▮▮▮ (b) (6) ▮▮▮▮
◄▮▮▮ (b) (6) ▮▮▮ Goode, Brendan
**Subject:** Re: Cybersecurity and NSS

▮▮▮▮▮▮▮▮ (b) (6) ▮▮▮▮▮▮▮▮

I can hopefully participate in a call tomorrow between 11 and 4.


Thomas McDermott
Office of the General Counsel
U.S. Department of Homeland Security
ph: ▮▮ (b) (6) ▮▮
bb: ▮▮ (b) (6) ▮▮
Sent from my blackberry device

**From:** Andrew, Emily
**Sent:** Tuesday, December 13, 2011 06:20 AM
**To:** Callahan, Mary Ellen; McDermott, Thomas M ◄▮▮▮ (b) (6) ▮▮▮ Goode, Brendan
**Subject:** RE: Cybersecurity and NSS

Can we assume ▮▮▮▮▮▮▮ (b) (5) ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮

I can set up a call if you could all let me know of your availability.


Emily

**From:** Callahan, Mary Ellen
**Sent:** Monday, December 12, 2011 8:03 PM
**To:** Andrew, Emily; McDermott, Thomas M; Goode, Brendan; Callahan, Mary Ellen
**Subject:** Cybersecurity and NSS

I just got a call from ▮(b) (6)▮ asking about our "responses" to that meeting the other day.  She said
she would like something written, at least identifying issues on the way, being worked on, etc.  I

00239

don't know that we ever talked about how to respond – should we talk or try to figure out a plan?
Btw, I have ████████████ (b) (5) ████████████. mec

**Mary Ellen Callahan**
**Chief Privacy Officer**
**U.S. Department of Homeland Security**
**245 Murray Lane SW, Mail Stop 0655**
**Washington, DC 20528-0655**
**Telephone:** ████ (b) (6) ████
**Fax:** ████ (b) (6) ████
**E-mail:** ████████ (b) (6) ████
**Website: www.dhs.gov/privacy**