# Exhibit 4-2

*Electronic Privacy Information Center v. Department of Homeland Security*
No. 12-00333 (GK)

Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment

Excerpts From DHS Document Production Related to Sufficiency of Search (Pt. 2)

00240

## Andrew, Emily

| From: | Falkenstein, Cindy |
|---|---|
| Sent: | Friday, December 16, 2011 4:06 PM |
| To: | (b) (6) |
| Cc: | Andrew, Emily; Lockett, Vania |
| Subject: | RE: Classification for JCSP |

Jennifer,

Can you also add Emily Andrew and Vania Lockett to the guidance email on the C-LAN?

Thanks,

Cindy

Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
1110 N. Glebe Rd. (b) (6) | Arlington VA 22201 | (b) (6) (O) | (b) (6) (BB) |
(b) (6) | DHS Privacy Website | NPPD Privacy Intranet

**From:** (b) (6)
**Sent:** Friday, December 16, 2011 3:52 PM
**To:** Falkenstein, Cindy
**Cc:** (b) (6)
**Subject:** RE: Classification for JCSP

Hi Cindy,

I can send you the current guidance on the CLAN.  What is your email address?

/R
(b) (6)

**From:** Falkenstein, Cindy
**Sent:** Friday, December 16, 2011 3:05 PM
**To:** (b) (6)
**Subject:** FW: Classification for JCSP

H (b) (6) ,

I just got (b) (6) out of office email and was wondering if you might be able to help me with the request below?

Thanks,

Cindy

Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
1110 N. Glebe Rd. (b) (6) | Arlington VA 22201 | (b) (6) (O) | (b) (6) (BB) |
(b) (6) DHS Privacy Website | NPPD Privacy Intranet

**From:** Falkenstein, Cindy
**Sent:** Friday, December 16, 2011 3:04 PM

00241

**To:** ████████ (b) (6) ████████
**Subject:** Classification for JCSP

Hi (b) (6)
I'm drafting a PIA ███████████████████████ (b) (5) ████
█████████████████ (b) (5) ██████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

Are you here at Glebe today and would you have ~5 minutes to explain this to me?
Thanks,
Cindy

**Cindy Falkenstein**
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
1110 N. Glebe Rd (b) (6) | Arlington VA 22201 | (b) (6) (O) | (b) (6) (BB) |
(b) (6) | DHS Privacy Website | NPPD Privacy Intranet

00242

| | |
|---|---|
| **From:** | Andrew, Emily |
| **To:** | Lockett, Vania |
| **Cc:** | Falkenstein, Cindy |
| **Subject:** | FW: NSS Privacy Questions |
| **Date:** | Monday, December 19, 2011 6:52:21 AM |

Vania - FYI - this is a hot topic for today.  We ████████ **(b) (5)** ████████ ████████████ If they do not get it they will report that we have failed to turn it in.

This should really come from MEC but she's on leave.  If I'm not available to send to ██ **(b) (6)** ██ (not sure where I'll be when it finally gets done),  I'll request that Tom send it over.

Emily

-----Original Message-----
From: Andrew, Emily
Sent: Monday, December 19, 2011 6:49 AM
To: McDermott, Thomas M; Falkenstein, Cindy; Dean, Nicole M; Goode, Brendan; Rock, Lee; Harris, Richard
Cc: ██ **(b) (6)** ██
Subject: RE: NSS Privacy Questions

If ████████ **(b) (5)** ████████, your response is accurate.

-----Original Message-----
From: McDermott, Thomas M
Sent: Sunday, December 18, 2011 2:19 PM
To: Andrew, Emily; Falkenstein, Cindy; Dean, Nicole M; Goode, Brendan; Rock, Lee; Harris, Richard
Cc: ██ **(b) (6)** ██
Subject: NSS Privacy Questions
Importance: High

**(b) (5)**

Thomas McDermott
Office of the General Counsel
U.S. Department of Homeland Security
ph: ██ **(b) (6)** ██
bb: ██ **(b) (6)** ██
Sent from my blackberry device

00243

**Andrew, Emily**

| | |
|---|---|
| **From:** | Rock, Lee |
| **Sent:** | Monday, December 19, 2011 7:14 AM |
| **To:** | Andrew, Emily; McDermott, Thomas M; Falkenstein, Cindy; Dean, Nicole M; Goode, Brendan; Harris, Richard |
| **Cc:** | (b) (6) |
| **Subject:** | RE: NSS Privacy Questions |

We will get you a reviewed version this morning.

-----Original Message-----
From: Andrew, Emily
Sent: Monday, December 19, 2011 6:49 AM
To: McDermott, Thomas M; Falkenstein, Cindy; Dean, Nicole M; Goode, Brendan; Rock, Lee; Harris, Richard
Cc:      (b) (6)
Subject: RE: NSS Privacy Questions

If                    (b) (5)                    , your response is accurate.

-----Original Message-----
From: McDermott, Thomas M
Sent: Sunday, December 18, 2011 2:19 PM
To: Andrew, Emily; Falkenstein, Cindy; Dean, Nicole M; Goode, Brendan; Rock, Lee; Harris, Richard
Cc:      (b) (6)
Subject: NSS Privacy Questions
Importance: High

(b) (5)

Thomas McDermott
Office of the General Counsel
U.S. Department of Homeland Security
ph:    (b) (6)
bb:    (b) (6)
Sent from my blackberry device

1

00244

| | |
|---|---|
| **From:** | Falkenstein, Cindy |
| **To:** | Andrew, Emily |
| **Cc:** | Lockett, Vania |
| **Subject:** | Re: DIB Draft Recommendations - updated version to NSS |
| **Date:** | Monday, December 19, 2011 1:54:41 PM |

█████████ **(b) (5)** █████████. Lee is in a meeting with Nicole and the AS. He will get someone to finish it up for him.

████████████████ **(b) (5)** ████████████████

Cindy V. Falkenstein

Senior Privacy Analyst

U.S. Dept. Of Homeland Security

████ **(b) (6)** ████

Tel; 7█ **(b) (6)** █

Cell:█ **(b) (6)** █

**From:** Falkenstein, Cindy
**Sent:** Monday, December 19, 2011 01:37 PM
**To:** Andrew, Emily
**Subject:** RE: DIB Draft Recommendations - updated version to NSS

Vania and I just spoke. We have not heard to see if Tom has received anything, so I will go see if Lee is still around (saw him earlier when I was talking to Mike Jacobs and ████ **(b) (6)** ████

I'll let you know what I find – give me 10 min's.

Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
✆ 1110 N. Glebe Rd. **(b) (6)** | Arlington VA 22201 | ☎ **(b) (6)** (O) | ☎ **(b) (6)** (BB) |
✉ **(b) (6)** | DHS Privacy Website | NPPD Privacy Intranet

**From:** Andrew, Emily
**Sent:** Monday, December 19, 2011 1:32 PM
**To:** Falkenstein, Cindy
**Cc:** Lockett, Vania
**Subject:** Re: DIB Draft Recommendations - updated version to NSS

If we can only get US-CERT to look at it. This includes Kurt.

**From:** Falkenstein, Cindy
**Sent:** Monday, December 19, 2011 01:02 PM
**To:** Andrew, Emily
**Cc:** Lockett, Vania
**Subject:** RE: DIB Draft Recommendations - updated version to NSS

00245

Yes,

I was just in the SCIF so will look for it.

Vania, let's coordinate so we don't send it to Tom twice.

Thanks,

Cindy

Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
☎ 1110 N. Glebe Rd. (b) (6) | Arlington VA 22201 | ☎ (b) (6) (O) | ☎ (b) (6) (BB) |
✉ (b) (6) | DHS Privacy Website | NPPD Privacy Intranet

**From:** Andrew, Emily
**Sent:** Monday, December 19, 2011 12:06 PM
**To:** Lockett, Vania; Falkenstein, Cindy
**Subject:** Fw: DIB Draft Recommendations - updated version to NSS

I'm going to be out of pocket for a few hours. If this get finalized can you both make sure it gets sent out. Tom would be the appropriate person to send.

**From:** McDermott, Thomas M
**Sent:** Monday, December 19, 2011 11:40 AM
**To:** Andrew, Emily; Harris, Richard; Goode, Brendan; Rock, Lee; Steiner, Kurt; (b) (6) Austin, Mark; Jacobs, Michael
**Cc:** Falkenstein, Cindy; Lockett, Vania; (b) (6)
**Subject:** RE: DIB Draft Recommendations - updated version to NSS

(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:        (b) (6)
blackberry:   (b) (6)
            (b) (6)

**From:** Andrew, Emily
**Sent:** Monday, December 19, 2011 7:13 AM
**To:** Harris, Richard; McDermott, Thomas M; Goode, Brendan; Rock, Lee; Steiner, Kurt; (b) (6) Austin, Mark; Jacobs, Michael
**Cc:** Falkenstein, Cindy; Lockett, Vania; (b) (6)
**Subject:** RE: DIB Draft Recommendations - updated version to NSS

I've updated the version to add comments in the areas we need assistance.   Can we get comments

00246

| From: | Falkenstein, Cindy |
|---|---|
| To: | McDermott, Thomas M |
| Cc: | Lockett, Vania |
| Subject: | RE: NSS Privacy Questions |
| Date: | Monday, December 19, 2011 1:13:53 PM |

Tom,

(b) (5)

Let us know if you need for me to do anything.
Thanks,
Cindy


Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
N 1110 N. Glebe Rd. (b) (6) | Arlington VA 22201 | (b) (6) (O) | (b) (6) (BB) |
2 (b) (6) | DHS Privacy Website | NPPD Privacy Intranet


-----Original Message-----
From: McDermott, Thomas M
Sent: Sunday, December 18, 2011 2:19 PM
To: Andrew, Emily; Falkenstein, Cindy; Dean, Nicole M; Goode, Brendan; Rock, Lee; Harris, Richard
Cc: (b) (6)
Subject: NSS Privacy Questions
Importance: High

(b) (5)


Thomas McDermott
Office of the General Counsel
U.S. Department of Homeland Security
ph: (b) (6)
bb: (b) (6)
Sent from my blackberry device

00247

| | |
|---|---|
| **From:** | Andrew, Emily |
| **To:** | Lockett, Vania |
| **Subject:** | FW: DIB Draft Recommendations - updated version to NSS |
| **Date:** | Monday, December 19, 2011 3:48:16 PM |
| **Attachments:** | Privacy Oversight DHS task_20111219) (tmm 12-19-11 comments)_EA20111219.docx |

Let's see ▮▮▮▮ (b) (5) ▮▮▮▮ We still need Kurt to respond.  Feel free to reach out to him.

**From:** McDermott, Thomas M
**Sent:** Monday, December 19, 2011 3:00 PM
**To:** Rock, Lee; Andrew, Emily; Harris, Richard; Goode, Brendan; Steiner, Kurt; ▮▮ (b) (6) ▮▮ Austin, Mark; Jacobs, Michael
**Cc:** Falkenstein, Cindy; ▮▮ (b) (6) ▮▮ Lockett, Vania
**Subject:** RE: DIB Draft Recommendations - updated version to NSS

▮▮▮▮▮▮▮▮ (b) (5) ▮▮▮▮▮▮▮▮

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:  ▮▮ (b) (6) ▮▮
blackberry:  ▮▮ (b) (6) ▮▮
▮▮ (b) (6) ▮▮

**From:** Rock, Lee
**Sent:** Monday, December 19, 2011 2:53 PM
**To:** Andrew, Emily; McDermott, Thomas M; Harris, Richard; Goode, Brendan; Steiner, Kurt; ▮▮ (b) (6) ▮▮ Austin, Mark; Jacobs, Michael
**Cc:** Falkenstein, Cindy; ▮▮ (b) (6) ▮▮ Lockett, Vania
**Subject:** RE: DIB Draft Recommendations - updated version to NSS

▮▮▮▮▮▮▮▮ (b) (5) ▮▮▮▮▮▮▮▮

**From:** Andrew, Emily
**Sent:** Monday, December 19, 2011 2:29 PM
**To:** McDermott, Thomas M; Harris, Richard; Goode, Brendan; Rock, Lee; Steiner, Kurt; ▮▮ (b) (6) ▮▮ Austin, Mark; Jacobs, Michael
**Cc:** Falkenstein, Cindy; ▮▮ (b) (6) ▮▮ Lockett, Vania
**Subject:** FW: DIB Draft Recommendations - updated version to NSS
**Importance:** High

Tom – I've responded to your ▮▮ (b) (5) ▮▮.  Did Jenn give you a specific deadline for today?  I know she told MEC that if she didn't get them, she would just report us as non-responsive for this

00248

task at the IPC tomorrow.

US-CERT – can you give us some idea when we should expect comments?

Thanks
Emily

**From:** McDermott, Thomas M
**Sent:** Monday, December 19, 2011 11:40 AM
**To:** Andrew, Emily; Harris, Richard; Goode, Brendan; Rock, Lee; Steiner, Kurt; ▓▓▓ (b) (6) ▓▓▓
Austin, Mark; Jacobs, Michael
**Cc:** Falkenstein, Cindy; Lockett, Vania; ▓▓ (b) (6) ▓▓
**Subject:** RE: DIB Draft Recommendations - updated version to NSS

<div style="background:black; color:white; text-align:center;">(b) (5)</div>

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:   ▓▓ (b) (6) ▓▓
blackberry: ▓ (b) (6) ▓
▓▓ (b) (6) ▓▓

**From:** Andrew, Emily
**Sent:** Monday, December 19, 2011 7:13 AM
**To:** Harris, Richard; McDermott, Thomas M; Goode, Brendan; Rock, Lee; Steiner, Kurt; ▓▓ (b) (6) ▓▓
▓▓ Austin, Mark; Jacobs, Michael
**Cc:** Falkenstein, Cindy; Lockett, Vania; ▓▓ (b) (6) ▓▓
**Subject:** RE: DIB Draft Recommendations - updated version to NSS

I've updated the version to add comments in the areas we need assistance.   Can we get comments
back this morning?

Thanks
Emily

**From:** Harris, Richard
**Sent:** Friday, December 16, 2011 3:52 PM
**To:** Andrew, Emily; McDermott, Thomas M; Goode, Brendan; Rock, Lee
**Cc:** Falkenstein, Cindy; Jacobs, Michael; Steiner, Kurt; ▓▓ (b) (6) ▓▓ Austin, Mark
**Subject:** RE: DIB Draft Recommendations

We will do our best to provide input asap.  Our building will be experiencing a power outage in 9

00250

## Andrew, Emily

| | |
|---|---|
| **From:** | Falkenstein, Cindy |
| **Sent:** | Saturday, December 17, 2011 2:07 PM |
| **To:** | Andrew, Emily |
| **Subject:** | RE: Appendix |
| **Attachments:** | DRAFT PIA NCSD Information Sharing 20111216.docx |

I have the overview mostly finished – ▇▇▇▇▇▇▇▇▇▇ (b) (5) ▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇ remember we struggled with that before. I will put it in and we can hash it out with Brendan/▇ (b) (6) ▇ and Becky.

I had worked on some of the body, but not cleaned it up…I will keep working if I have any more downtime this weekend.
☺

Cindy Falkenstein
Senior Privacy Analyst for Cyber Security & Communications (CS&C)
Office of Privacy | National Protection and Programs Directorate | U.S. Department of Homeland Security
✆ 1110 N. Glebe Rd. (b) (6) | Arlington VA 22201 | ☎ (b) (6) (O) | ☎ (b) (6) (BB) |
✉ ▇▇▇▇ (b) (6) ▇▇▇▇ | DHS Privacy Website | NPPD Privacy Intranet

---

**From:** Andrew, Emily
**Sent:** Saturday, December 17, 2011 6:27 AM
**To:** Falkenstein, Cindy
**Subject:** Re: Appendix

Work in progress. Can you send me what you have so far? I won't get to it today may have some time tomorrow.

---

**From:** Falkenstein, Cindy
**Sent:** Friday, December 16, 2011 06:23 PM
**To:** Andrew, Emily
**Subject:** Re: Appendix

This is great!
Thanks,
Cindy

Cindy V. Falkenstein
Senior Privacy Analyst
U.S. Dept. Of Homeland Security
▇▇▇▇ (b) (6) ▇▇▇▇
Tel; (b) (6)
Cell: ▇ (b) (6) ▇

---

**From:** Andrew, Emily
**Sent:** Friday, December 16, 2011 04:38 PM
**To:** Richards, Rebecca; Falkenstein, Cindy
**Cc:** Lockett, Vania
**Subject:** Appendix

Becky – this is still work in progress. Let me know what you ▇▇▇▇ (b) (5) ▇▇▇▇

1

00251

Emily

Emily Andrew, CIPP, CIPP/G | Sr. Privacy Officer
National Protection and Programs Directorate | U.S. Department of Homeland Security
1616 N. Ft. Myer Dr. (b) (6) | Arlington VA 22209 | (b) (6)    (b) (6)

00253

**From:** McConnell, Bruce
**Sent:** Monday, March 19, 2012 8:59 AM
**To:** McDermott, Thomas M; Stempfley, Roberta; Goode, Brendan
**Cc:** Parkinson, Deborah
**Subject:** RE: DIB Proposal Legal Authorities Memos

(b) (5)

**From:** McDermott, Thomas M
**Sent:** Friday, March 16, 2012 5:07 PM
**To:** McConnell, Bruce; Stempfley, Roberta; Goode, Brendan
**Cc:** Parkinson, Deborah
**Subject:** RE: DIB Proposal Legal Authorities Memos

(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:        (b) (6)
blackberry:      (b) (6)
      (b) (6)

**From:** McConnell, Bruce
**Sent:** Friday, March 16, 2012 12:19 PM
**To:** McDermott, Thomas M; Stempfley, Roberta; Goode, Brendan
**Cc:** Parkinson, Deborah
**Subject:** RE: DIB Proposal Legal Authorities Memos

I think we should ask for an extension until COB Monday.

**From:** McDermott, Thomas M
**Sent:** Friday, March 16, 2012 12:12 PM
**To:** Stempfley, Roberta; McConnell, Bruce; Goode, Brendan
**Cc:** Parkinson, Deborah
**Subject:** FW: DIB Proposal Legal Authorities Memos

(b) (5)

2

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:        **(b) (6)**
blackberry:  **(b) (6)**
        **(b) (6)**

**From:** **(b) (6)**            **(b) (6)**
**Sent:** Monday, March 05, 2012 7:59 PM
**To:** McDermott, Thomas M; Stempfley, Roberta      **(b) (6)**
**Subject:** RE: DIB Proposal Legal Authorities Memos

Tom,

**(b) (5)**

Thanks,
(b) (6)

**From:** **(b) (6)**
**Sent:** Monday, March 05, 2012 7:44 PM
**To:** 'Rosenbach, Eric';    **(b) (6)**    'Stempfley, Bobbie'; 'McDermott, Thomas M    **(b) (6)**
'Goode, Brendan';  **(b)(3)-P.L. 86-36**    **(b) (6)**    **(b)(3)-P.L. 86-36**    **(b) (6)**
**Subject:** DIB Proposal Legal Authorities Memos

All,

**(b) (5)**

Feel free to contact me if you have any questions or concerns.

Thanks,
(b) (6)


**(b) (6)**
Director, Cybersecurity
National Security Staff
The White House
    **(b) (6)**

3

00255
 (direct)
(b) (6) 6 (secure)

00257

**(b) (6)**

| | |
|---|---|
| **From:** | Kudwa, Amy |
| **Sent:** | Thursday, August 26, 2010 7:32 PM |
| **To:** | 'Beers, Rand'; Reitinger, Philip; McConnell, Bruce; Schaffer, Gregory; Brown, Michael A. |
| **Cc:** | Denning, John |
| **Subject:** | WaPo re. DIB pilot |

I'm astounded it took this long – (b) (6)   (b) (5)

(b) (5)

00258

**(b) (6)**

| | |
|---|---|
| **From:** | McDermott, Thomas M |
| **Sent:** | Monday, May 03, 2010 12:22 PM |
| **To:** | Schaffer, Gregory; Brown, Michael A. |
| **Cc:** | Dean, Nicole M; **(b) (6)**    **(b) (6)** |
| **Subject:** | Weekly Legal Cyber Meeting |

Sirs –

Just to let you know that with both David D. and Doug out of the office today and following **(b) (6)** departure to FEMA, I am "an army of one" for the day.  We can continue with the regularly scheduled 4:00 meeting this afternoon if there are items that you would like to discuss.     **(b) (5)**

_____

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:       **(b) (6)**
blackberry:    **(b) (6)**
         **(b) (6)**

1

00259

**(b) (6)**

| | |
|---|---|
| From: | (b) (6) |
| Sent: | Monday, October 25, 2010 10:22 AM |
| To: | Brown, Michael A. |
| Cc: | (b) (6) |
| Subject: | ***RADM Brown*** HOT FOR APPROVAL - DoD and DHS Joint Cyber Pilot Plan, Preliminary Version, October 2010 --- 10/20/2010 |
| Attachments: | DoDDHS_Joint Cyber Pilot Plan_Preliminary Version_October 2010_DRAFT_ 10202010v10.docx |

Importance:      High

Sir,

Attached is the DoD and DHS Joint Cyber Pilot Plan, for your approval.

Please note the following comments from Brian Dōne:


(b) (5)

Paul did not get a chance
Thank you,

**(b) (6)**
Executive Secretariat
Office of Cybersecurity and Communications
U.S. Department of Homeland Security
Office: (b) (6)
BlackBerry:  (b) (6)
        (b) (6)

Did you know? October is **National Cybersecurity Awareness Month**.
Remember: Cybersecurity is Our Shared Responsibility. For helpful tips you can use to protect yourself, log on today to www.StaySafeOnline.org or www.dhs.gov/cyber.

---

**From:** Denning, John
**Sent:** Wednesday, October 20, 2010 2:20 PM
**To:** (b) (6)
**Cc:** CS&C EXEC SEC
**Subject:** FW: ***Denning*** HOT FOR APPROVAL - DoD and DHS Joint Cyber Pilot Plan, Preliminary Version, October

00260

2010 --- 10/20/2010
**Importance:** High

Recommend approval


John Denning, Director of External Affairs
Office of Cybersecurity and Communications
Department of Homeland Security
Desk: ▓ (b) (6)
Secondary: ▓ (b) (6)
Web: www.dhs.gov/cyber

---

**From:** Done, Brian
**Sent:** Wednesday, October 20, 2010 1:35 PM
**To:** CS&C EXEC SEC
**Subject:** Request for CS&C ExecSec Review: DoD and DHS Joint Cyber Pilot Plan, Preliminary Version, October 2010 ---
10/20/2010
**Importance:** High

Sam & ▓ (b) (6),

I spoke with RADM Brown this morning. I've made a few ▓▓▓ (b) (5) ▓▓▓

Please send through the CS&C ExecSec process with a focus ▓▓▓ (b) (5) ▓▓▓

(b) (5)

(b) (5)

Please let me know if you have any other questions.

Thanks!

-BKD

Brian K. Dōne
DHS/NPPD/CS&C
M:     (b) (6)
E:        (b) (6)

---
CS&C SharePoint Site:          (b) (7)(E)
CS&C Enterprise Architecture SharePoint Site:          (b) (7)(E)
CS&C External Website: http://www.dhs.gov/xabout/structure/gc_1185202475883.shtm

In support of the CS&C mission, how can we most effectively enhance the security, resiliency, and reliability of the nation's cyber and communications infrastructure?

*This email message could have been sent quickly from a BlackBerry device, therefore please excuse any clarity, grammar, or spelling mistakes.
*Although I try to keep up with as many emails as possible, if something is time critical, please call the number listed above and/or involve other team members.
*This electronic communication (email / attachments) might have specific use, dissemination, and retention restrictions based on law, executive order, memorandum, policy, guidance, etc.

---

00262

**(b) (6)**

| | |
|---|---|
| **From:** | (b) (6) |
| **Sent:** | Monday, December 12, 2011 2:56 PM |
| **To:** | Dean, Nicole M |
| **Cc:** | Shabat, Matthew; Mesterhazy, Paul; (b) (6) |
| **Subject:** | *DEAN* OMB Passback Taskers - Various Due Dates |
| **Attachments:** | NCPS_OMB-MSR_DECFY12v9.pptx |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Due By:** | Friday, December 09, 2011 4:00 PM |
| **Flag Status:** | Flagged |

Nicole,

FYI – Budget is working on this but I wanted you to have a copy of it to review. This is due to NPPD this afternoon so an expedited review would be greatly appreciated.

Thank you,
(b) (6)

_____

(b) (6)
NCSD Front Office Executive Secretariat
(b) (6)
U.S. Department of Homeland Security
Office: (b) (6) | BlackBerry: (b) (6)

**From:** (b) (6)
**Sent:** Monday, December 12, 2011 12:36 PM
**To:** (b) (6)
**Cc:** NCSD Exec Sec; NCSD Budget Exec Sec ; NSD Exec Sec; NSD Budget Exec Sec
**Subject:** RE: OMB Passback Taskers - Various Due Dates

(b) (6)

Please find our report attached.  Our sincere apologies for the delay.

Thanks,
(b) (6)

(b) (6)
DHS/NCSD/NSD
(b) (6)
(b) (6)    (Telework Location)
(b) (6)    (Ballston Office)
(b) (6)    (BlackBerry)

**From:** (b) (6)
**Sent:** Monday, December 12, 2011 10:50 AM
**To:** (b) (6)
**Cc:** NCSD Exec Sec; NCSD Budget Exec Sec ; NSD Exec Sec; NSD Budget Exec Sec
**Subject:** RE: OMB Passback Taskers - Various Due Dates

00263

[(b) (6)]

Can I have an ETA on this report?

Thanks,
[(b) (6)]

_____

[(b) (6)]
NCSD Front Office Executive Secretariat
[(b) (6)]
U.S. Department of Homeland Security
Office: [(b) (6)]   | BlackBerry: [(b) (6)]

**From:** [(b) (6)]
**Sent:** Friday, December 09, 2011 12:50 PM
**To:** [(b) (6)]
**Cc:** NCSD Exec Sec; NCSD Budget Exec Sec ; NSD Exec Sec; NSD Budget Exec Sec
**Subject:** RE: OMB Passback Taskers - Various Due Dates

By COB today, we hope.

[(b) (6)]
DHS/NCSD/NSD
[(b) (6)]
[(b) (6)]   (Telework Location)
[(b) (6)]   (Ballston Office)
[(b) (6)]   (BlackBerry)

**From:** [(b) (6)]
**Sent:** Friday, December 09, 2011 12:44 PM
**To:** [(b) (6)]
**Cc:** NCSD Exec Sec; NCSD Budget Exec Sec ; NSD Exec Sec; NSD Budget Exec Sec
**Subject:** RE: OMB Passback Taskers - Various Due Dates

[(b) (6)]

May I have an ETA on this report?

Thank you,
[(b) (6)]

_____

[(b) (6)]
NCSD Front Office Executive Secretariat
[(b) (6)]
U.S. Department of Homeland Security
Office: [(b) (6)]   | BlackBerry: [(b) (6)]

**From:** [(b) (6)]
**Sent:** Wednesday, December 07, 2011 10:34 AM
**To:** [(b) (6)]

2

00264

**Cc:** NCSD Exec Sec; NCSD Budget Exec Sec ; NSD Exec Sec; NSD Budget Exec Sec
**Subject:** RE: OMB Passback Taskers - Various Due Dates



We will need an extension to Friday on the monthly update taskers. We have a draft of the monthly update ready; however due to scheduling conflicts, our leadership is not available to review until late tomorrow. We will need to submit on Friday to allow us time for leadership review and time for us to incorporate their feedback prior to submitting to NCSD.

Thanks,
(b) (6)

(b) (6)
DHS/NCSD/NSD
(b) (6)
(b) (6)    (Telework Location)
(b) (6)    (Ballston Office)
(b) (6)    (BlackBerry)

**From:** (b) (6)
**Sent:** Monday, December 05, 2011 8:50 AM
**To:** Rock, Lee;    (b) (6)    USCERT PM; NSD Exec Sec; Menna, Jenny; Hanson, Eric;    (b) (6)    NSD Budget Exec Sec
**Cc:** NCSD Exec Sec; NCSD Budget Exec Sec
**Subject:** OMB Passback Taskers - Various Due Dates

Good morning US-CERT, NSD, & CICPA,

As a result of the OMB FY13 Passback discussions for NPPD, the following taskers must be completed by their prescribed due dates:



(b) (5)

00265

***Please reach out to NCSD Budget and Finance with any questions.***

Thank you,
(b) (6)

_____
(b) (6)
NCSD Front Office Executive Secretariat
(b) (6)
U.S. Department of Homeland Security
Office:     (b) (6)    | BlackBerry    (b) (6)

---

**From:**    (b) (6)
**Sent:** Thursday, December 01, 2011 3:09 PM
**To:**    (b) (6)     NCSD Budget Exec Sec
**Subject:** RE: OMB Passback Taskers - Various Due Dates

Greetings (b) (6)

For this tasker, please institute the deadlines listed below as the back-to-dates for NCSD Budget/ExecSec.  Additionally, please emphasize that it is imperative the taskers are completed by their prescribed due dates:



(b) (5)

Have a great day

(b) (6)
NCSD Office of Budget & Finance
National Cyber Security Division (NCSD)
National Protection and Programs Directorate (NPPD)
U.S. Department of Homeland Security (DHS)

00266

Office: (b) (6)
BlackBerry: (b) (6)
(b) (6)

*"Remember you attitude determines your appitude" so just smile!*

**From:** (b) (6)
**Sent:** Thursday, December 01, 2011 9:57 AM
**To:** NCSD Budget Exec Sec
**Cc:** NCSD Exec Sec
**Subject:** FW: OMB Passback Taskers - Various Due Dates
**Importance:** High

All,

I received this email yesterday – please reply back with the deadlines you require for this task.

Thank you,
(b) (6)

---

(b) (6)
NCSD Front Office Executive Secretariat
(b) (6)
U.S. Department of Homeland Security
Office: (b) (6) | BlackBerry: (b) (6)

**From:** Casapulla, Stephen
**Sent:** Wednesday, November 30, 2011 4:50 PM
**To:** NCSD Exec Sec
**Cc:** CS&C EXEC SEC; Teetz, Lisa; CS&C Budget Exec Sec; Stubbs, Lee; Ward, Linda COS
**Subject:** OMB Passback Taskers - Various Due Dates
**Importance:** High

NCSD,
As a result of the OMB FY '13 Passback discussions for NPPD, the following taskers must be completed by their prescribed due dates:

(b) (5)

00267                                                   (b) (5)

If you have any questions, please feel free to contact me or Lisa Teetz, CS&C Budget Director.  In your response to these taskers, please send to CS&C ExecSec with a cc' to CS&C Budget ExecSec.


Thank you for your assistance,
Steve


Stephen L. Casapulla
Director - Executive Secretariat
Cybersecurity & Communications
Department of Homeland Security

Office:      (b) (6)
E-mail:          (b) (6)

00268

█████ (b) (6) █████

**From:**       Sand, Peter
**Sent:**       Thursday, July 08, 2010 9:21 AM
**To:**         Brown, Michael A.
**Cc:**         ███ (b) (6) ███  ███ (b) (6) ███  ███ (b) (6) ███  ███ (b) (6) ███  Callahan, Mary Ellen;
                ███ (b) (6) ███, Landesberg, Martha
**Subject:**    [DPIAC/Cyber] DIB Pilot

Sir,

██ (b) (6) ██, on the subcom, also on ISPAB with ██ (b) (6) ██, sent in the below clip.

Would you mind covering this topic in your opening remarks for next Thirsday's privacy meeting?

I imagine they'd ask:

████████████████████████████████████████████
████████████ (b) (5) ████████████
████████████████████████████████████████████
████████████████████████████████████████████

Also, Margo Schlanger, DHS CRCL Officer will attend and we blocked a few minutes for her in the opening section.

Thanks,


Pete
—————
Peter E. Sand
DHS PRIV, ███ (b) (6) ███
Sent via blackberry.
Please excuse the effects of big thumbs on little keys.


**From:** ██ (b) (6) ██    ███ (b) (6) ███
**To:** Sand, Peter ███ (b) (6) ███
**Sent:** Wed Jul 07 21:42:42 2010
**Subject:** Fwd: Extension of Einstein III to the Private Sector

Pete --

I am inclined ███████████████ (b) (5) ███████████████
██████
Thanks

To view this email as a web page, go here

1



00269

(b) (5)

00270

**(b) (6)**

| | |
|---|---|
| **From:** | Sand, Peter |
| **Sent:** | Saturday, July 17, 2010 7:48 AM |
| **To:** | Callahan, Mary Ellen; Brown, Michael A. |
| **Cc:** | John W. Kropf **(b) (6)**: Landesberg, Martha |
| **Subject:** | [DPIAC/Cyber] proposed summary for recent meeting |

MEC, Sir,

What if we sent **(b) (5)**
**(b) (5)**   Here's a draft for your review:

**(b) (5)**

Pete

00271

**(b) (6)**

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Thursday, December 01, 2011 9:54 AM |
| **To:** | Goode, Brendan; ▮▮(b) (6)▮▮ McDermott, Thomas M; ▮▮(b) (6)▮▮ Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura; ▮(b) (6)▮ ▮(b) (6)▮ Jacobs, Michael; Arnold, Patrick; Allen, Brian; Falkenstein, Cindy; Andrew, Emily |
| **Subject:** | JCSP Transition Activities - banner meeting |

Tom,

Can you provide an overview to the group of the discussion last night please on the DOD/DHS/DOJ con call?

Nicole

1

00282

**(b) (6)**

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Sunday, November 27, 2011 8:21 PM |
| **To:** | **(b) (6)** |
| **Cc:** | Goode, Brendan; Brown, Michael A. RADM; **(b)(3)-P.L. 86-36** |
| **Subject:** | Status on JCSP Transition Activities |
| **Attachments:** | JCSS_Action_Tracker_11212011.xls |

**(b) (6)**
I understand that you are the POC to work with on the DIB pilot transition activities.
Attached is a draft we put together at DHS.  However,  **(b) (5)**
                              I'm hoping you might have time to review prior to the SERB tomorrow
and we could possibly discuss after.  I'd also like to figure out a recurring synch time with
you so we keep this on track.

Look forward to discussing with you,

Nicole

1

00287

Cybersecurity and Communications
United States Department of Homeland Security
███ (b) (6) ███

**From:** Gillis, Ryan M
**Sent:** Monday, November 29, 2010 6:06 PM
**To:** Sandler, Kaiya; Richardson, Christopher; Reitinger, Philip; McConnell, Bruce; Delaney, David; ███ (b) (6) ███ Schaffer, Gregory
**Cc:** ███ (b) (6) ███ Dorris, Earl; NPPDExecSec; ███ (b) (6) ███ ███ (b) (6) ███ Ludtke, Meghan; Brown, Michael A. RADM
**Subject:** Re: NPPD ACTION: FOR REVIEW: COMMENTS DUE NOON, FRIDAY, NOVEMBER 5 - DHS Views Letter on S.3454 National Defense Authorization Act for FY 2011

(b)(6) /Greg,

Since ███████████████████ (b) (5) ███████████████████ . Once we
do, I would like to put in a call ████████████ (b) (5) ████████████
████████

████████████████████ (b) (5) ████████████████████

Ryan Gillis
Director
Office of Legislative Affairs
Department of Homeland Security

**From:** Sandler, Kaiya
**Sent:** Monday, November 29, 2010 05:37 PM
**To:** Richardson, Christopher; Reitinger, Philip; McConnell, Bruce; Delaney, David; ███ (b) (6) ███ Gillis, Ryan M
**Cc:** ███ (b) (6) ███ Dorris, Earl; NPPDExecSec; ███ (b) (6) ███ ███ (b) (6) ███ Ludtke, Meghan
**Subject:** RE: NPPD ACTION: FOR REVIEW: COMMENTS DUE NOON, FRIDAY, NOVEMBER 5 - DHS Views Letter on S.3454 National Defense Authorization Act for FY 2011

Everyone –

Is NPPD working on adjudicating ██████████ (b) (5) ██████████
███████████████████████████████████ hopefully get clearance
ASAP.

Let me know if you have any questions. Thanks, Kaiya

**From:** Richardson, Christopher
**Sent:** Thursday, November 25, 2010 12:09 AM
**To:** Reitinger, Philip; Sandler, Kaiya; McConnell, Bruce; Delaney, David; ███ (b) (6) ███ Gillis, Ryan M
**Cc:** ███ (b) (6) ███ Dorris, Earl; NPPDExecSec; ███ (b) (6) ███ ███ (b) (6) ███ Ludtke, Meghan
**Subject:** RE: NPPD ACTION: FOR REVIEW: COMMENTS DUE NOON, FRIDAY, NOVEMBER 5 - DHS Views Letter on S.3454 National Defense Authorization Act for FY 2011

Phil,

00288

Here is where we stand on the views letter on the DoD authorization bill (full letter attached, text of the NPPD portion below)

(b) (5)

(b) (5)

Ideally we could get our views cleared by early next week – (b) (5)

Happy to answer any questions.  Chris

(b) (5)

3

00289



(b) (5)



00290

(b) (5)

00291

**(b) (5)**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*END TEXT OF NPPD PORTION OF LETTER\*\*\*\*\*\*\*\*\*\*\*\***

Christopher Richardson
Assistant General Counsel - Legislative Affairs
Office of the General Counsel
Department of Homeland Security
(b) (6)   (desk)
(b) (6)   (cell)
(b) (6)   (fax)

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use, or copying of this message or portion thereof is strictly prohibited. If you have received this message in error, please reply immediately to the sender and delete this message. Thank you.

**From:** Reitinger, Philip
**Sent:** Wednesday, November 24, 2010 3:52 PM
**To:** Richardson, Christopher; Sandler, Kaiya; McConnell, Bruce; Delaney, David;   (b) (6)   Gillis, Ryan M
**Cc:**   (b) (6)   Dorris, Earl; NPPDExecSec;   (b) (6)     (b) (6)
**Subject:** Re: NPPD ACTION: FOR REVIEW: COMMENTS DUE NOON, FRIDAY, NOVEMBER 5 - DHS Views Letter on S.3454 National Defense Authorization Act for FY 2011

Thank you!

**From:** Richardson, Christopher
**Sent:** Wednesday, November 24, 2010 03:37 PM
**To:** Reitinger, Philip; Sandler, Kaiya; McConnell, Bruce; Delaney, David;   (b) (6)   Gillis, Ryan M
**Cc:**   (b) (6)   Dorris, Earl; NPPDExecSec;   (b) (6)     (b) (6)
**Subject:** Re: NPPD ACTION: FOR REVIEW: COMMENTS DUE NOON, FRIDAY, NOVEMBER 5 - DHS Views Letter on S.3454 National Defense Authorization Act for FY 2011

No need to review today.   (b) (5)

**From:** Reitinger, Philip
**Sent:** Wednesday, November 24, 2010 03:32 PM
**To:** Richardson, Christopher; Sandler, Kaiya; McConnell, Bruce; Delaney, David;   (b) (6)   Gillis, Ryan M
**Cc:**   (b) (6)   Dorris, Earl; NPPDExecSec;   (b) (6)     (b) (6)
**Subject:** Re: NPPD ACTION: FOR REVIEW: COMMENTS DUE NOON, FRIDAY, NOVEMBER 5 - DHS Views Letter on S.3454 National Defense Authorization Act for FY 2011

(b) (5)   I have lost my mails on this device.

00292

**From:** Reitinger, Philip
**Sent:** Wednesday, November 24, 2010 03:28 PM
**To:** Richardson, Christopher; Sandler, Kaiya; McConnell, Bruce; Delaney, David; ▓ (b) (6) ▓ Gillis, Ryan M
**Cc:** ▓ (b) (6) ▓ Dorris, Earl; NPPDExecSec; ▓ (b) (6) ▓ ▓ (b) (6) ▓
**Subject:** Re: NPPD ACTION: FOR REVIEW: COMMENTS DUE NOON, FRIDAY, NOVEMBER 5 - DHS Views Letter on S.3454 National Defense Authorization Act for FY 2011

▓ (b) (5) ▓ I do not think I can do this today.

---

**From:** Richardson, Christopher
**Sent:** Wednesday, November 24, 2010 03:12 PM
**To:** Reitinger, Philip; Sandler, Kaiya; McConnell, Bruce; Delaney, David; ▓ (b) (6) ▓ Gillis, Ryan M
**Cc:** ▓ (b) (6) ▓ Dorris, Earl; NPPDExecSec; ▓ (b) (6) ▓ 'Sandler, Kaiya' ▓ (b) (6) ▓
**Subject:** RE: NPPD ACTION: FOR REVIEW: COMMENTS DUE NOON, FRIDAY, NOVEMBER 5 - DHS Views Letter on S.3454 National Defense Authorization Act for FY 2011

Phil,

OMB circulated the attached for interagency comment.  The deadline for comment is today, although we have not received any comments yet. ▓▓▓▓▓▓▓▓ (b) (5) ▓▓▓▓▓▓▓▓
▓▓▓▓▓▓

Thanks,
Chris

Christopher Richardson
Assistant General Counsel - Legislative Affairs
Office of the General Counsel
Department of Homeland Security
▓ (b) (6) ▓ (desk)
▓ (b) (6) ▓ (cell)
▓ (b) (6) ▓ (fax)

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use, or copying of this message or portion thereof is strictly prohibited.  If you have received this message in error, please reply immediately to the sender and delete this message.  Thank you.

---

**From:** Reitinger, Philip
**Sent:** Wednesday, November 24, 2010 2:50 PM
**To:** Sandler, Kaiya; McConnell, Bruce; Delaney, David; ▓ (b) (6) ▓ Gillis, Ryan M
**Cc:** Richardson, Christopher; ▓ (b) (6) ▓ Dorris, Earl; NPPDExecSec; ▓ (b) (6) ▓ 'Sandler, Kaiya'
**Subject:** RE: NPPD ACTION: FOR REVIEW: COMMENTS DUE NOON, FRIDAY, NOVEMBER 5 - DHS Views Letter on S.3454 National Defense Authorization Act for FY 2011

▓ (b) (5) ▓

---

**From:** Sandler, Kaiya
**Sent:** Friday, November 05, 2010 12:42 PM
**To:** Reitinger, Philip; McConnell, Bruce; Delaney, David; ▓ (b) (6) ▓ Gillis, Ryan M
**Cc:** Richardson, Christopher; ▓ (b) (6) ▓ Dorris, Earl; NPPDExecSec; ▓ (b) (6) ▓ Sandler, Kaiya
**Subject:** NPPD ACTION: FOR REVIEW: COMMENTS DUE NOON, FRIDAY, NOVEMBER 5 - DHS Views Letter on S.3454 National Defense Authorization Act for FY 2011
**Importance:** High

00293

**Phil and Bruce** – attached is a revised version of the DHS Views Letter on the FY 2011 NDAA. **(b) (5)**

**(b) (5)**



**Ryan** – **(b) (5)**

**(b) (5)**

Please let me know your response to these edits. Thanks, Kaiya

---

**From:** Delaney, David
**Sent:** Wednesday, November 03, 2010 6:29 PM
**To:** Reitinger, Philip; McConnell, Bruce
**Cc:** Richardson, Christopher; **(b) (6)** Dorris, Earl; NPPDExecSec; Sandler, Kaiya
**Subject:** FW: FOR REVIEW: COMMENTS DUE NOON, FRIDAY, NOVEMBER 5 - DHS Views Letter on S.3454 National Defense Authorization Act for FY 2011
**Importance:** High

Per your last exchange with Chris, flagging this views letter now that it is with components for input.

David G. Delaney
Deputy Associate General Counsel
(National Protection and Programs)

**(b) (6)**
Office: **(b) (6)**
Cell: **(b) (6)**

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

---

**From:** Sandler, Kaiya
**Sent:** Wednesday, November 03, 2010 4:50 PM
**To:** Reitinger, Philip; Brown, Michael A. RADM; Schaffer, Gregory; McConnell, Bruce; Armstrong, Chris; CAO EXECSEC; Capps, Rhonda; CFO EXEC SEC; CHCOExecSec; Corrigan, Patricia; Erkun, Mui; France, Otis; Gelfer, Elizabeth; **(b) (6)** Lewis, Ashley; **(b) (6)** **(b) (6)** MGMT Legislation; MGMTExecSec; OCIO ExecSec; **(b) (6)** **(b) (6)** **(b) (6)** **(b) (6)** White, Steven; Williams, Marsha; **(b) (6)** **(b) (6)** **(b) (6)** **(b) (6)** ; **(b) (6)** **(b) (6)** IGAExecSec; Tennyson, Stephanie L; Chuang, Theodore; Paschall, Robert; Russell, Michael; OGC ES NPPD; **(b) (6)** Dorris, Earl; **(b) (6)** ; NPPDExecSec; Brzozowski, Christa; Bunke, Frederick; Canevari, Holly; Cissna, Francis (Lee); Cogswell, Patricia; Cohn, Alan; Cook, Mary E; Cooley, Shawn; Corti, Gianfranco; Crosswait, Mitch; DeLong, Joshua; Dickerson, Bradley; Foley, David; Hall, Wendy; Ham, Douglas; Hannah, Tracy; **(b) (6)** Jayaram, Sanchitha; Johnson, Bryan; Kangior, Mike; Kaufman, Gail; Kearney, Patrick; Leger-Kelley, Lesley; MacKinney, John A; Matthes, Justin; McGaw, Bridger; Meyers, Deborah; Miron, Mike; **(b) (6)** ; Olmo, Elizabeth; Palmeri, Douglas J; Plcy Exec Sec; Scardaville, Michael; Sharp, Becca; Silver, Mariko; **(b) (6)** Walther, Kelli; Warrick, Thomas; **(b) (6)** OGC ES OELD
**Cc:** **(b) (6)** **(b) (6)** Friedman, Nancy; Richardson, Christopher; Sandler, Kaiya; **(b) (6)** **(b) (6)** **(b) (6)** **(b) (6)** Burkley, Bruce; Cervoni, Katia; **(b) (6)** Dodd, Timothy; Houser, David; McDonald, Christina; Stein, Lesley; Terrell, Arnella; Whalen, Mary Kate; DHS Legislative Affairs

00294

**Subject:** FOR REVIEW: COMMENTS DUE NOON, FRIDAY, NOVEMBER 5 - DHS Views Letter on S.3454 National Defense Authorization Act for FY 2011
**Importance:** High



(b) (5)

Please review the attached draft and provide any comments to me by the deadline.  Thanks, Kaiya

Kaiya Pontinen Sandler
Attorney-Advisor
Office of the General Counsel
Department of Homeland Security
(b) (6)        (desk)
(b) (6)        (cell)

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information.  If the reader for this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use, or copying of this message or portion thereof is strictly prohibited.  If you have received this message in error, please reply immediately to the sender and delete this message.  Thank you.

00295

**(b) (6)**

| | |
|---|---|
| **From:** | Done, Brian |
| **Sent:** | Wednesday, August 25, 2010 7:39 PM |
| **To:** | Brown, Michael A.; Stempfley, Roberta; Dean, Nicole M |
| **Cc:** | Shabat, Matthew; **(b) (6)** |
| **Subject:** | Brief: NDAA FY11 DoD Cyber Demonstrations and Pilots Discussion - 08/25/2010 - DRAFT |
| **Attachments:** | NDAA FY11 DoD Cyber Demonstrations and Pilots Discussion 08252010 DRAFT.pptx |

**Importance:** High

Attached is the draft discussion brief on the NDAA FY11 (S.3454), **(b) (5)**

**(b) (5)**

# (b) (5)

# (b) (5)

Thanks!

-BKD

Brian K. Dône
DHS/NPPD/CS&C
M:  **(b) (6)**
E:  **(b) (6)**

CS&C SharePoint Site: **(b) (7)(E)**
CS&C Enterprise Architecture SharePoint Site: **(b) (7)(E)**
CS&C External Website: http://www.dhs.gov/xabout/structure/gc_1185202475883.shtm

In support of the CS&C mission, how can we most effectively enhance the security, resiliency, and reliability of the nation's cyber and communications infrastructure?

*This email message could have been sent quickly from a BlackBerry device, therefore please excuse any clarity, grammar, or spelling mistakes.
*Although I try to keep up with as many emails as possible, if something is time critical, please call the number listed above and/or involve other team members.
*This electronic communication (email / attachments) might have specific use, dissemination, and retention restrictions based on law, executive order, memorandum, policy, guidance, etc.

00296

(b) (6)

From:        Brown, Michael A.
Sent:        Friday, August 27, 2010 5:39 PM
To:          (b) (6)
Cc:          Reitinger, Philip; Schaffer, Gregory; McConnell, Bruce
Subject:     DHS/DOD Partnership Review Package
Attachments: DHS-DoD MOA 26 Aug.docx; DHS and DOD Implementation Plan 27 Aug.DOCX; PD
             Assistant Secretary for Cybersecurity Coordination 27 Aug.docx; COMMS STRAT 27
             Aug.docx

(b) (6)

Attached are the documents we believe        (b) (5)
                                (b) (5)

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
(b) (6)

1

00297

**[(b) (6)]**

| | |
|---|---|
| From: | Delaney, David |
| Sent: | Friday, September 03, 2010 10:27 AM |
| To: | Olsen, Matthew G **[(b) (6)]** Fong, Ivan |
| Cc: | **[(b) (6)]** ; [(b)(3)-P.L. 86-36] **[(b) (6)]** Mr, DoD OGC |
| Subject: | DHS-DoD DIB description |

Matt, **[(b) (6)]** and Ivan--

Below is the language that **[(b) (5)]**

**[(b) (5)]**

**[(b) (5)]** I will be in SCIF space for the next few hours but available for discussion early this afternoon as needed.

**[(b) (5)]**

David G. Delaney
Deputy Associate General Counsel
(National Protection and Programs)
Office of the General Counsel
**[(b) (6)]**
Office: **[(b) (6)]**
Cell: **[(b) (6)]**

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

1

00298

(b) (6)

| | |
|---|---|
| From: | Dean, Nicole M |
| Sent: | Wednesday, November 02, 2011 10:13 PM |
| To: | Brown, Michael A. RADM; Stempfley, Roberta; McConnell, Bruce |
| Subject: | DIB and DOE way forward |
| Attachments: | DHS Proposal for DIB Pilot and DOE Way Forward - nmd.docx |

All,

Here's what we came up with ████████████████ (b) (5) ████████████████

████████████████ . A couple of notes though.



(b) (5)

Please let me know if there are any questions with this draft.

Nicole

00307

**(b) (6)**

| | |
|---|---|
| From: | Brown, Michael A. |
| Sent: | Monday, September 27, 2010 1:50 PM |
| To: | Reitinger, Philip |
| Cc: | Schaffer, Gregory; McConnell, Bruce |
| Subject: | DIB Status and USCYBERCOM |

Sir,

I've talked to (b) (6) again.                                    (b) (5)

(b) (5)

He intends to try and come down for the UCG session this week.

v/r,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
(b) (6)

00308

**(b) (6)**

| | |
|---|---|
| From: | Dean, Nicole M |
| Sent: | Tuesday, July 27, 2010 6:08 PM |
| To: | Brown, Michael A. |
| Cc: | Stempfley, Roberta; McDermott, Thomas M; Delaney, David; **(b) (6)** |
| Subject: | DIB traffic |

Sir,

Below is the summary of the DIB traffic issue. **(b) (5)**. Please let me know if you have any questions.

**(b) (5)**

00309

▌ **(b) (6)**

| | |
|---|---|
| From: | (b) (6) |
| Sent: | Thursday, September 02, 2010 6:00 PM |
| To: | Hopkins, Michelle |
| Cc: | (b) (6)           de Vallance, Brian; Brown, Michael A.; Reitinger, Philip; Delaney, David |
| Subject: | DoD MOU and DIB Pilot |

Michelle:

Phil and David Delaney, ADM Mike Brown were hoping to speak to the Deputy today on the above topic.

The call never came together.

Will you call me/Chris in the AM and let's make this happen.

(b) (6)

**(b) (6)**
**Office of the Deputy Secretary**
**Department of Homeland Security**
Email: (b) (6)
Phone: (b) (6)
BB: (b) (6)

00310

**(b) (6)**

| | |
|---|---|
| From: | Dean, Nicole M |
| Sent: | Tuesday, August 30, 2011 5:21 PM |
| To: | Schaffer, Gregory; Stempfley, Roberta; Brown, Michael A. RADM |
| Cc: | McDermott, Thomas M; Kizzee, Carlos |
| Subject: | DOE mtg summary |

All,

**(b) (5)**

Please let me know if you have any questions.  Tom / Carlos, please add on if there is anything I forgot to mention.

Nicole

1

00311

▮ (b) (6)

**From:** McConnell, Bruce
**Sent:** Friday, December 17, 2010 8:53 PM
**To:** Delaney, David; Reitinger, Philip; Brown, Michael A. RADM; Schaffer, Gregory; Stempfley, Roberta
**Subject:** ▮ (b) (5)

Fyi

**From:** Butler, Robert J SES OSD POLICY ▮ (b) (6)
**Sent:** Friday, December 17, 2010 07:58 PM
**To:** 'bruce.mcconnel ▮(b) (6)   ▮ (b) (6)
**Cc:** ▮ (b) (6)   DISL OSD POLICY ▮ (b) (6)   ▮ (b) (6)   Mr, DoD OGC ▮ (b) (6)
**Subject:** Re: Napolitano Cyber Remarks

Bruce: ▮ (b) (5)
▮

▮ (b) (6)   can provide further details.

Sincerely, Bob

**From:** McConnell, Bruce ▮ (b) (6)
**Sent:** Friday, December 17, 2010 07:49 PM
**To:** Butler, Robert J SES OSD POLICY
**Subject:** Re: Napolitano Cyber Remarks

What DOJ decision, Bob?

**From:** Butler, Robert J SES OSD POLICY ▮ (b) (6)
**Sent:** Friday, December 17, 2010 07:24 PM
**To:** 'bruce.mcconnel ▮ (b) (6)   ▮ (b) (6)   ▮ (b)(3)-P.L. 86-36
▮ (b)(3)-P.L. 86-36
**Cc:** ▮ (b) (6)   ▮ (b) (6)   ▮ (b) (6)   DISL OSD POLICY
▮ (b) (6)   ▮ (b)(3)-P.L. 86-36   ▮ (b)(3)-P.L. 86-36   ▮ (b)(3)-P.L. 86-36
**Subject:** Re: Napolitano Cyber Remarks

Thanks very much, Bruce. ▮ (b) (5)
▮

Sincerely, Bob

**From:** McConnell, Bruce ▮ (b) (6)
**Sent:** Friday, December 17, 2010 01:01 PM
**To:** Butler, Robert J SES OSD POLICY; ▮ (b)(3)-P.L. 86-36   ▮ (b)(3)-P.L. 86-36   ▮ (b)(3)-P.L. 86-36
**Cc:** Brown, Michael A. RADM ▮ (b) (6)   ▮ (b) (6)   DISL OSD POLICY; ▮ (b)(3)-P.L. 86-36
▮ (b)(3)-P.L. 86-36 ;   ▮ (b)(3)-P.L. 86-36   ▮ (b)(3)-P.L. 86-36
**Subject:** Napolitano Cyber Remarks

In view of some ▮ (b) (5)
▮.

00312

Bruce W. McConnell
Senior Counselor
National Protection and Programs
US Department of Homeland Security
(b) (6)

00313

**(b) (6)**

| | |
|---|---|
| From: | **(b) (6)** |
| Sent: | Tuesday, September 21, 2010 8:34 AM |
| To: | Brown, Michael A. |
| Subject: | DUS QUESTION ON C-LAN |

Sir,

**(b) (5)**

I can respond back to the group (all DHS Senior folks in CS&C) or you may be able to address with him directly today.

Very respectfully,

**(b) (6)**

1

00314

**(b) (6)**

| | |
|---|---|
| From: | Gillis, Ryan M |
| Sent: | Thursday, November 17, 2011 12:11 AM |
| To: | McConnell, Bruce; Dean, Nicole M |
| Subject: | E3-DIB Pilot Implementation Comparison v2.pptx |
| Attachments: | E3-DIB Pilot Implementation Comparison v2.pptx |

**(b) (5)**

00326

**(b) (6)**

| | |
|---|---|
| **From:** | Goode, Brendan |
| **Sent:** | Wednesday, July 20, 2011 9:27 AM |
| **To:** | Brown, Michael A. RADM |
| **Cc:** | Dean, Nicole M;        (b) (6) |
| **Subject:** | Feedback from NSA re: AoA |

RADM Brown-



(b) (5)

(b) (5)

As we get more notes and feedback, we will pass those along too.

Thanks,
Brendan

---
Brendan W Goode

1

00327

Director, Network Security Deployment
National Cyber Security Division
Department of Homeland Security

Office:  (b) (6)
Blackberry:     (b) (6)
        (b) (6)

00329

**(b) (6)**

| | |
|---|---|
| **From:** | **(b) (6)** |
| **Sent:** | Thursday, October 21, 2010 10:04 AM |
| **To:** | Brown, Michael A. |
| **Cc:** | **(b) (6)**   CS&C EXEC SEC |
| **Subject:** | FOR APPROVAL - JUSTICE Talking Points on S3454 National Defense Authorization Act for FY 2011  LRM [BL-111-325] |
| **Attachments:** | DoJ Policy Comments on S  3454 (4).docx; S. 3454.pdf |

Sir,



**(b) (5)**

Thank you,

**(b) (6)**

Executive Secretariat
Office of Cybersecurity and Communications
U.S. Department of Homeland Security
Office:  **(b) (6)**
BlackBerry:  **(b) (6)**
**(b) (6)**

Did you know? October is **National Cybersecurity Awareness Month.**
Remember: Cybersecurity is Our Shared Responsibility. For helpful tips you can use to protect yourself, log on today to
www.StaySafeOnline.org or www.dhs.gov/cyber.

1

00330

**From:** Mesterhazy, Paul
**Sent:** Wednesday, October 20, 2010 7:25 PM
**To:** CS&C EXEC SEC
**Subject:** FW: ***Mesterhazy*** FOR APPROVAL - JUSTICE Talking Points on S3454 National Defense Authorization Act for Fiscal Year 2011 LRM [BL-111-325]

Agree with JD's assessment. ████████████████ (b) (5) ████████████
████████

**Paul M. Mesterhazy, Esq.**
Chief of Staff
Office of Cybersecurity & Communications
Department of Homeland Security
Office:  ███ (b) (6) ███
Cell:  ███ (b) (6) ███
Pager:  ███ (b) (6) ███
████ (b) (6) ████


**From:** Denning, John
**Sent:** Wednesday, October 20, 2010 5:43 PM
**To:** ███████ (b) (6) ███████
**Cc:** CS&C EXEC SEC
**Subject:** FW: ***Denning*** FOR APPROVAL - JUSTICE Talking Points on S3454 National Defense Authorization Act for Fiscal Year 2011 LRM [BL-111-325]

Defer to ████ ████████████ (b) (5) ████████████████

John Denning, Director of External Affairs
Office of Cybersecurity and Communications
Department of Homeland Security
Desk:  ███ (b) (6) ███
Secondary:  ████ (b) (6) ███
Web: www.dhs.gov/cyber



**From:**  ███ (b) (6) ███
**Sent:** Monday, October 18, 2010 5:13 PM
**To:** ███ (b) (6) ███ NCSD Exec Sec; NCS ExecSec; OEC EXEC SEC
**Cc:** CS&C EXEC SEC
**Subject:** UPDATE FOR REVIEW/COMMENT JUSTICE Talking Points on S3454 National Defense Authorization Act for Fiscal Year 2011 LRM [BL-111-325]

CS&C,

Please see the updated attachments.

**Task Name:** JUSTICE Talking

00331

| Points on S3454 National Defense Authorization Act for Fiscal Year 2011 |
| --- |
| **Assigned By:** NPPD |
| **Date Assigned:** 10/19 |
| For your review and comment, please see the attached draft DOJ Talking Points on S3454, the National Defense Authorization Act for FY 2011.<br><br>Please provide your comments as track changes in the attached.<br><br>Please contact me with any questions. |
| Due Date & Time:<br>Wednesday, October 20 at 3PM |

(b) (6)

Executive Secretariat
Office of Cybersecurity and Communications
U.S. Department of Homeland Security
Office (b) (6)
BlackBerry (b) (6)
(b) (6)

Did you know? October is **National Cybersecurity Awareness Month**.
Remember: Cybersecurity is Our Shared Responsibility. For helpful tips you can use to protect yourself, log on today to www.StaySafeOnline.org or www.dhs.gov/cyber.

00332

**(b) (6)**

| | |
|---|---|
| **From:** | (b) (6) |
| **Sent:** | Tuesday, December 13, 2011 4:09 PM |
| **To:** | Dean, Nicole M; Shabat, Matthew |
| **Subject:** | FW: 2011OPS-1625 (Priority 1, High-Side Tasker) Tasking - DIB Pilot Transition /E-3 Briefing |

FYI – (b) (5) to look over them.

(b) (6)

NCSD Front Office Executive Secretariat
(b) (6)
U.S. Department of Homeland Security
Office: (b) (6) | BlackBerry: (b) (6)

**From:** (b) (6)
**Sent:** Tuesday, December 13, 2011 2:39 PM
**To:** USCERT PM
**Cc:** (b) (6) Rock, Lee; 'Harris, Richard'; Kinstler, Raymond; Austin, Mark; (b) (6)
**Subject:** RE: 2011OPS-1625 (Priority 1, High-Side Tasker) Tasking - DIB Pilot Transition /E-3 Briefing

(b)

The (b) (5) sent back to your high-side account, while replying-all. Thanks.

(b) (6)
PM, EINSTEIN 3, US-CERT
(b) (6)
(b) (6) (Ft. Meade)
(b) (6) (Cell)
(b) (6)
(b) (6)

**From:** (b) (6) **On Behalf Of** USCERT PM
**Sent:** Tuesday, December 13, 2011 1:51 PM
**To:** (b) (6)
**Cc:** USCERT PM; (b) (6) Rock, Lee; 'Harris, Richard'; Kinstler, Raymond; Austin, Mark; (b) (6)
**Subject:** 2011OPS-1625 (Priority 1, High-Side Tasker) Tasking - DIB Pilot Transition /E-3 Briefing
**Importance:** High

Good afternoon (b) (6)

**(b) (5)**

( (b) (5) to your JWICS account. Please reply-all
to that email and provide any updates you have since the previous submission.

Due: Today @ 5PM  (Please send me a note on the low-side when this is complete.)

1

00333

Thanks,

**(b)**

**From:** Rock, Lee
**Sent:** Tuesday, December 13, 2011 12:57 PM
**To:** ████ (b) (6) ████ USCERT PM; ████ (b) (6) ████
**Cc:** NCSD Exec Sec; Dean, Nicole M
**Subject:** Re: Tasking - DIB Pilot Transition /E-3 Briefing

We have no slides, I will talk to the CM's to him (assuming there is a face to face) if they need slides, we should ask Steve Ryan at the fort to provide them, as they have a CM briefing deck built

**From:** ████ (b) (6) ████
**Sent:** Tuesday, December 13, 2011 12:53 PM
**To:** USCERT PM; Rock, Lee; ████ (b) (6) ████
**Cc:** NCSD Exec Sec; Dean, Nicole M
**Subject:** Tasking - DIB Pilot Transition - DIB Pilot Transition /E-3 Briefing

US-CERT,

Please see the email below from Nicole Dean. Lee Rock is already aware of this task.

Please provide your input to NCSD ExecSec on the high side by today, December 13th at 17:00.

Thank you,
(b) (6)

_____

████ (b) (6) ████
NCSD Front Office Executive Secretariat
████ (b) (6) ████
U.S. Department of Homeland Security
Office: ████ (b) (6) ████ | BlackBerry ████ (b) (6) ████

**From:** Dean, Nicole M
**Sent:** Tuesday, December 13, 2011 10:47 AM
**To:** ████ (b) (6) ████ ████ (b) (6) ████ NSD Exec Sec; Rock, Lee
**Cc:** NCSD Exec Sec
**Subject:** RE: Tasking - DIB Pilot Transition /E-3 Briefing

**(b) (5)**

**From:** ████ (b) (6) ████
**Sent:** Tuesday, December 13, 2011 9:36 AM
**To:** ████ (b) (6) ████ NSD Exec Sec
**Cc:** NCSD Exec Sec; Dean, Nicole M
**Subject:** RE: Tasking - DIB Pilot Transition /E-3 Briefing

Hello (b) (6)

2

00334

The meeting is to brief DU/S Weatherford on the topic for his benefit/situational awareness. The briefing should provide an overview of the DIB Transition.

Apologies for any confusion. Let me know if you have any other questions.

Thanks,
(b) (6)

_____
(b) (6)
NCSD Front Office Executive Secretariat
(b) (6)
U.S. Department of Homeland Security
Office:    (b) (6)    | BlackBerry:    (b) (6)

From:    (b) (6)
Sent: Tuesday, December 13, 2011 9:24 AM
To:    (b) (6)    NSD Exec Sec
Cc: NCSD Exec Sec; Dean, Nicole M
Subject: RE: Tasking - DIB Pilot Transition /E-3 Briefing

(b) (6)

**(b) (5)**

Once I have more background, I can pull together the materials that we need to provide.

Carolyn

(b) (6)
DHS/NCSD/NSD
(b) (6)
(b) (6)    (Telework Location)
(b) (6)    (Ballston Office)
(b) (6)    (BlackBerry)

From:    (b) (6)
Sent: Tuesday, December 13, 2011 9:10 AM
To: NSD Exec Sec
Cc: NCSD Exec Sec; Dean, Nicole M
Subject: Tasking - DIB Pilot Transition /E-3 Briefing

NSD,

We have been asked to (b) (5) and provide a briefing deck and pre-briefing materials for a meeting with DU/S Weatherford on DIB Pilot Transition / E-3 this Thursday at 4:30PM. The slides should provide an overview of the briefing and key decision points. Nicole Dean, RADM Brown, A/S Schaffer, DA/S Stempfley and Bruce McConnell will also be in attendance.

00335

I have attached the DIB Transition backgrounder we prepared on Friday for S2's office as a starting point.

Please return your slides and any other materials for the meeting to NCSD ExecSec by today, December 13th at 17:00.

Thank you,
(b) (6)

_____

(b) (6)
NCSD Front Office Executive Secretariat
(b) (6)
U.S. Department of Homeland Security
Office: (b) (6) | BlackBerry: (b) (6)

**From:** Casapulla, Stephen
**Sent:** Tuesday, December 13, 2011 8:59 AM
**To:** (b) (6)
**Subject:** RE: Tasking - DIB Pilot Transition /E-3 Briefing

I believe Nicole will be briefing, but RADM Brown, A/S Schaffer, DA/S Stempfley and Bruce McConnell are all attending and I'm sure they will have input as well. The slides should provide an overview of the briefing and key decision points.

**From:** (b) (6)
**Sent:** Tuesday, December 13, 2011 8:49 AM
**To:** Casapulla, Stephen
**Subject:** RE: Tasking - DIB Pilot Transition /E-3 Briefing

Hello Steve,

Are the briefing decks and materials for Weatherford to use? Or are they for DA/S Stempfley and/or A/S Schaffer to brief Weatherford?

Thanks,
(b) (6)

_____

(b) (6)
NCSD Front Office Executive Secretariat
(b) (6)
U.S. Department of Homeland Security
Office: (b) (6) | BlackBerry: (b) (6)

**From:** Casapulla, Stephen
**Sent:** Tuesday, December 13, 2011 8:39 AM
**To:** NCSD Exec Sec
**Cc:** CS&C EXEC SEC; (b) (6)
**Subject:** Tasking - DIB Pilot Transition /E-3 Briefing

NCSD ExecSec,
On Thursday there is a DIB Pilot Transition / E-3 Briefing scheduled for Deputy Asst. Secretary Weatherford. In preparation for that meeting, please provide all relevant slides and pre-brief materials to CS&C ExecSec NO LATER THAN 1300 on Wednesday, December 14th for Senior Leadership Review.

4

00336

The meeting with DU/S Weatherford has been scheduled for Thursday, 12/15 @ 4:30 p.m.

Feel free to contact me with any questions you may have.

Thank you for your assistance,
Steve

Stephen L. Casapulla
Director - Executive Secretariat
Cybersecurity & Communications
Department of Homeland Security

Office:  (b) (6)
E-mail:  (b) (6)

00337

**(b) (6)**

| | |
|---|---|
| **From:** | **(b) (6)** |
| **Sent:** | Thursday, March 31, 2011 8:41 AM |
| **To:** | Brown, Michael A. RADM; Done, Brian |
| **Cc:** | CS&C EXEC SEC |
| **Subject:** | Fw: ***RADM Brown***HOT  DoD & DHS Joint Cybersecurity Pilot Plan |
| **Attachments:** | DoD_DHS-cyber-report_Mar24 DHS Track Changes.docx |

Sir,

Here is the most recent doc with CFO comments.

**(b) (6)**

**From:** **(b) (6)**
**Sent:** Tuesday, March 29, 2011 06:30 PM
**To:** Mesterhazy, Paul
**Cc:** CS&C EXEC SEC
**Subject:** ***Mesterhazy***HOT FOR APPROVAL DoD & DHS Joint Cybersecurity Pilot Plan

Sir,

Please use this version.  CFO sent comments, mainly changing DoD to DOD.

Thank you,

**(b) (6)**
Executive Secretariat
Office of Cybersecurity and Communications
U.S. Department of Homeland Security
Office:   **(b) (6)**
BlackBerry:   **(b) (6)**
     **(b) (6)**

**From:** **(b) (6)**
**Sent:** Tuesday, March 29, 2011 6:24 PM
**To:** Mesterhazy, Paul
**Cc:** CS&C EXEC SEC
**Subject:** ***Mesterhazy***HOT FOR APPROVAL DoD & DHS Joint Cybersecurity Pilot Plan
**Importance:** High

Sir,

Attached please find the DoD & DHS Joint Cybersecurity Pilot Plan for your approval. **(b) (5)**
                                        I am still
waiting for CFO to respond.

RADM Brown has approved this document and requests your expedited review.

Thank you,

**(b) (6)**
Executive Secretariat

1

00338

Office of Cybersecurity and Communications
U.S. Department of Homeland Security
Office:  (b) (6)
BlackBerry:  (b) (6)
 (b) (6)

---

**From:**  (b) (6)
**Sent:** Tuesday, March 29, 2011 6:22 PM
**To:**  (b) (6)
**Cc:** CS&C EXEC SEC
**Subject:** FW: ***Denning***HOT FOR APPROVAL DoD & DHS Joint Cybersecurity Pilot Plan
**Importance:** High

 (b) (5)

John Denning, Director of External Affairs
Office of Cybersecurity and Communications
Department of Homeland Security
Desk:  (b) (6)
Secondary:  (b) (6)
Web: www.dhs.gov/cyber

00339

(b) (6)

**From:** Brown, Michael A.
**Sent:** Wednesday, August 25, 2010 7:18 AM
**To:** (b) (6)
**Subject:** Fw: [COMPLETED] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)
**Attachments:** S2 BM - DIB 23 Aug_bmm_v6.doc

---

**From:** McConnell, Bruce
**To:** Brown, Michael A.; Schaffer, Gregory
**Sent:** Tue Aug 24 18:37:07 2010
**Subject:** Fw: [COMPLETED] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

1 of 2

---

**From:** McConnell, Bruce
**To:** (b) (6)        (b) (6)
**Cc:** BriefingStaffA; Durkovich, Caitlin; Dorville, Kristina; NPPDtasking; Dorris, Earl; CS&C EXEC SEC; Reitinger, Philip
**Sent:** Tue Aug 24 17:31:25 2010
**Subject:** RE: [COMPLETED] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

(b) (6)

This revised version reflects (b) (5)

Bruce

Bruce W. McConnell
Senior Counselor
National Protection and Program Directorate
US Department of Homeland Security
(b) (6)  (NEW)

---

**From:** (b) (6)
**Sent:** Tuesday, August 24, 2010 5:26 PM
**To:** (b) (6)
**Cc:** BriefingStaffA; Durkovich, Caitlin; Dorville, Kristina; McConnell, Bruce; NPPDtasking; Dorris, Earl; CS&C EXEC SEC
**Subject:** [COMPLETED] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)
**Importance:** High

Hi (b) (6)

1

00340

Thank you for your patience. Please see attached for NPPD/CS&C's materials responsive to this tasker. Please advise if you have any questions.

Have a good evening,

(b) (6)

(b) (6)
NPPD Exec Sec
Office (b) (6)
BlackBerry: (b) (6)

**From:** (b) (6)
**Sent:** Tuesday, August 24, 2010 12:46 PM
**To:** (b) (6)
**Cc:** BriefingStaffA; Durkovich, Caitlin; Dorville, Kristina; NPPDtasking; Dorris, Earl
**Subject:** RE: [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Hi (b) (6)

Apologies for the delay in submitting. I understand that _____ (b) (5) _____. I will continue to keep you posted with this tasker's progress...

V/r,

(b) (6)

(b) (6)
NPPD Exec Sec
Office: (b) (6)
BlackBerry: (b) (6)

**From:** (b) (6)
**Sent:** Tuesday, August 24, 2010 10:51 AM
**To:** NPPDtasking
**Cc:** BriefingStaffA; Dorris, Earl; (b) (6)
**Subject:** [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Please note materials are due by noon. Thanks.

**From:** NPPDtasking
**Sent:** Monday, August 23, 2010 3:30 PM
**To:** (b) (6)
**Cc:** BriefingStaffA; NPPDtasking; Dorris, Earl; (b) (6)
**Subject:** [EXTENSION REQUEST] [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Hi (b) (6)

CS&C just submitted draft materials for this tasker. These materials have not been coordinated, so I'm about to start that process now. Please advise if your office can grant NPPD an extension until 1200 tomorrow (8/24) to ensure that all materials are adequately coordinated and cleared.

V/r,

(b) (6)

(b) (6)

2

00341

NPPD Exec Sec
Office: ▮ (b) (6) ▮
BlackBerry: ▮ (b) (6) ▮

**From:** ▮ (b) (6) ▮
**Sent:** Monday, August 23, 2010 10:41 AM
**To:** ▮ (b) (6) ▮ Campbell, Sandra L; Plcy Exec Sec; ▮ (b) (6) ▮ ▮ (b) (6) ▮ OGC Exec Sec; ▮ (b) (6) ▮ ▮ (b) (6) ▮ M; MGMTExecSec; ▮ (b) (6) ▮ ▮ (b) (6) ▮ ▮ (b) (6) ▮ I&A Exec Sec; ▮ (b) (6) ▮ MILExecSec; ▮ (b) (6) ▮ S&T Exec Sec; ▮ (b) (6) ▮ Wiley, Miles; ▮ (b) (6) ▮ ▮ (b) (6) ▮ Dorris, Earl; ▮ (b) (6) ▮ NPPDExecSec; NPPDtasking; ▮ (b) (6) ▮
**Cc:** BriefingStaffA
**Subject:** [Reminder] S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Please note materials are due by 1700.

**From:** ▮ (b) (6) ▮
**Sent:** Thursday, August 19, 2010 2:33 PM
**To:** ▮ (b) (6) ▮ Campbell, Sandra L; Plcy Exec Sec; ▮ (b) (6) ▮ ▮ (b) (6) ▮ OGC Exec Sec; ▮ (b) (6) ▮ ▮ (b) (6) ▮ M; MGMTExecSec; ▮ (b) (6) ▮ ▮ (b) (6) ▮ ▮ (b) (6) ▮ I&A Exec Sec; ▮ (b) (6) ▮ MILExecSec; ▮ (b) (6) ▮ S&T Exec Sec; ▮ (b) (6) ▮ Wiley, Miles; ▮ (b) (6) ▮ ▮ (b) (6) ▮ Dorris, Earl; ▮ (b) (6) ▮ NPPDExecSec; NPPDtasking; ▮ (b) (6) ▮
**Cc:** BriefingStaffA
**Subject:** RE: S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.22.10 - 1700)

And this time with NPPD on the actual email.... Sorry!

**From:** ▮ (b) (6) ▮
**Sent:** Thursday, August 19, 2010 2:20 PM
**To:** Campbell, Sandra L; Plcy Exec Sec; ▮ (b) (6) ▮ ▮ (b) (6) ▮ OGC Exec Sec; ▮ (b) (6) ▮ ▮ (b) (6) ▮ M; MGMTExecSec; ▮ (b) (6) ▮ ▮ (b) (6) ▮ I&A Exec Sec; ▮ (b) (6) ▮ MILExecSec; ▮ (b) (6) ▮ S&T Exec Sec; ▮ (b) (6) ▮ Wiley, Miles
**Cc:** BriefingStaffA; ▮ (b) (6) ▮ ▮ (b) (6) ▮ ▮ (b) (6) ▮
**Subject:** S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.22.10 - 1700)

UPDATE 05/27/10 - Please see new briefing memo template update. When required, talking points will now be included in the memo before the Background and after the Objectives section.

Please note that we now require contact information on every attachment that supplements the briefing memo. In the same format provided at the bottom of every briefing memo.
I.e. - Contact: ▮ (b) (6) ▮ ESEC/SEC, ▮ (b) (6) ▮ ▮ (b) (6) ▮

*Lead component please note*: Once materials have been put together, please clear through OGC before sending them back to us as finals.

**DEPUTY SECRETARY BRIEFING BOOK TASKING**

| | |
|---|---|
| Event Date | Wednesday, 08.25.10 (1115-1200) |
| Event Name | Meeting on Defense Industrial Base Pilot |
| Lead Component | NPPD |
| Required Coordination | PLCY, OGC, MGMT, I&A, MIL, S&T |
| Product | Briefing Memo, Talking Points, Biography |
| Notes | Attendees:<br>Deputy Secretary Lute<br>Bob Butler, DOD<br>GEN Keith Alexander, NSA |

00342



(b)(6)-P.L. 86-36 NSA
Phil Reitinger
ADM Michael Brown

Location: NAC, Deputy Secretary's Office

OGC Coordination: Please ensure that briefing materials have been fully coordinated with OGC staff working in your component.

Meeting Classification: Please include bullet in background section of briefing memorandum if the meeting or any of the briefing materials are classified. (i.e., "This meeting [or any of the briefing materials] are classified").

*Please note that all materials being shown to the Deputy Secretary must be passed through ESEC first. Please do not bring anything to the meeting ESEC has not seen (classified or unclassified) without prior approval. If a presentation is to be made, Lead Component is responsible for providing an appropriate number of handouts at the meeting. (15 if the meeting takes place in Rm. 5110 D; 25 if in Rm. 5107.)*

| Due | Monday, 08.23.10 (1700) |

**All final, cleared briefing materials should be transmitted to BriefingStaffA and BriefingStaffB.**

Thank you,

(b) (6)
Deputy Secretary's Briefing Book
Executive Secretariat
Office of the Secretary
Department of Homeland Security
Office:    (b) (6)
Cell:   (b) (6)
Email    (b) (6)
HSDN:        (b) (6)

4

00343

(b) (6)

| | |
|---|---|
| **From:** | McConnell, Bruce |
| **Sent:** | Tuesday, August 24, 2010 6:37 PM |
| **To:** | Brown, Michael A.; Schaffer, Gregory |
| **Subject:** | Fw: [COMPLETED] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700) |
| **Attachments:** | S2 BM - DIB 23 Aug_bmm_v6.doc |

1 of 2

---

**From:** McConnell, Bruce
**To:**        (b) (6)          (b) (6)
**Cc:** BriefingStaffA; Durkovich, Caitlin; Dorville, Kristina; NPPDtasking; Dorris, Earl; CS&C EXEC SEC; Reitinger, Philip
**Sent:** Tue Aug 24 17:31:25 2010
**Subject:** RE: [COMPLETED] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

(b) (6)

This revised version reflects                                              (b) (5)

Bruce


Bruce W. McConnell
Senior Counselor
National Protection and Program Directorate
US Department of Homeland Security
   (b) (6)    (NEW)


---

**From:**        (b) (6)
**Sent:** Tuesday, August 24, 2010 5:26 PM
**To:**     (b) (6)
**Cc:** BriefingStaffA; Durkovich, Caitlin; Dorville, Kristina; McConnell, Bruce; NPPDtasking; Dorris, Earl; CS&C EXEC SEC
**Subject:** [COMPLETED] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)
**Importance:** High

Hi (b) (6)

Thank you for your patience.  Please see attached for NPPD/CS&C's materials responsive to this tasker.  Please advise if you have any questions.

Have a good evening,
(b) (6)

       (b) (6)
NPPD Exec Sec
Office:  (b) (6)
BlackBerry:  (b) (6)

1

00344

**From:** ▮▮▮(b) (6)▮▮▮
**Sent:** Tuesday, August 24, 2010 12:46 PM
**To:** ▮▮(b) (6)▮▮
**Cc:** BriefingStaffA; Durkovich, Caitlin; Dorville, Kristina; NPPDtasking; Dorris, Earl
**Subject:** RE: [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Hi ▮(b) (6)▮

Apologies for the delay in submitting.  I understand that ▮▮▮▮▮▮▮▮▮▮▮(b) (5)▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, I will continue to
keep you posted with this tasker's progress...

V/r,
▮(b) (6)▮

▮(b) (6)▮
NPPD Exec Sec
Office: ▮(b) (6)▮
BlackBerry: ▮(b) (6)▮

**From:** ▮▮(b) (6)▮▮
**Sent:** Tuesday, August 24, 2010 10:51 AM
**To:** NPPDtasking
**Cc:** BriefingStaffA; Dorris, Earl; ▮▮(b) (6)▮▮
**Subject:** [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Please note materials are due by noon.  Thanks.

**From:** NPPDtasking
**Sent:** Monday, August 23, 2010 3:30 PM
**To:** ▮(b) (6)▮
**Cc:** BriefingStaffA; NPPDtasking; Dorris, Earl; ▮▮(b) (6)▮▮
**Subject:** [EXTENSION REQUEST] [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Hi ▮(b) (6)▮

CS&C just submitted draft materials for this tasker.  These materials have not been coordinated, so I'm about to start
that process now.  Please advise if your office can grant NPPD an extension until 1200 tomorrow (8/24) to ensure that all
materials are adequately coordinated and cleared.

V/r,
▮(b) (6)▮r

▮(b) (6)▮
NPPD Exec Sec
Office: ▮(b)(6)▮
BlackBerry: ▮(b) (6)▮

**From:** ▮▮(b) (6)▮▮
**Sent:** Monday, August 23, 2010 10:41 AM
**To:** ▮(b) (6)▮ Campbell, Sandra L; Plcy Exec Sec; ▮(b) (6)▮ ▮(b) (6)▮ OGC Exec Sec; ▮(b) (6)▮
▮(b) (6)▮ M; MGMTExecSec; ▮(b) (6)▮ ▮(b) (6)▮ I&A Exec Sec; ▮(b) (6)▮
MILExecSec; ▮(b) (6)▮ S&T Exec Sec; ▮(b) (6)▮ Wiley, Miles; ▮(b) (6)▮ ▮(b) (6)▮
Dorris, Earl; ▮(b) (6)▮ NPPDExecSec; NPPDtasking; ▮(b) (6)▮

2

00345

**Cc:** BriefingStaffA
**Subject:** [Reminder] S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Please note materials are due by 1700.

---

**From:** ▮▮ (b) (6) ▮▮
**Sent:** Thursday, August 19, 2010 2:33 PM
**To:** ▮▮ (b) (6) ▮▮ Campbell, Sandra L; Plcy Exec Sec; ▮▮ (b) (6) ▮▮ ▮▮ (b) (6) ▮▮ OGC Exec Sec; ▮▮ (b) (6) ▮▮
▮▮ (b) (6) ▮▮ M; MGMTExecSec; ▮▮ (b) (6) ▮▮ ▮▮ (b) (6) ▮▮ ▮▮ (b) (6) ▮▮ I&A Exec Sec; ▮▮ (b) (6) ▮▮
MILExecSec; ▮▮ (b) (6) ▮▮ S&T Exec Sec; ▮▮ (b) (6) ▮▮ Wiley, Miles; ▮▮ (b) (6) ▮▮ ▮▮ (b) (6) ▮▮
Dorris, Earl; ▮▮ (b) (6) ▮▮ NPPDExecSec; NPPDtasking; ▮▮ (b) (6) ▮▮
**Cc:** BriefingStaffA
**Subject:** RE: S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.22.10 - 1700)

And this time with NPPD on the actual email.... Sorry!

---

**From:** ▮▮ (b) (6) ▮▮
**Sent:** Thursday, August 19, 2010 2:20 PM
**To:** Campbell, Sandra L; Plcy Exec Sec; ▮▮ (b) (6) ▮▮ ▮▮ (b) (6) ▮▮ OGC Exec Sec; ▮▮ (b) (6) ▮▮ ▮▮ (b) (6) ▮▮
M; MGMTExecSec; ▮▮ (b) (6) ▮▮ ▮▮ (b) (6) ▮▮ I&A Exec Sec; ▮▮ (b) (6) ▮▮ MILExecSec; ▮▮ (b) (6) ▮▮
▮▮ S&T Exec Sec; ▮▮ (b) (6) ▮▮ Wiley, Miles
**Cc:** BriefingStaffA; ▮▮ (b) (6) ▮▮ ▮▮ (b) (6) ▮▮ ▮▮ (b) (6) ▮▮
**Subject:** S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.22.10 - 1700)


UPDATE 05/27/10 - Please see new briefing memo template update. When required, talking points will now be included in the memo before the Background and after the Objectives section.

Please note that we now require contact information on every attachment that supplements the briefing memo. In the same format provided at the bottom of every briefing memo.
I.e. - Contact: ▮▮ (b) (6) ▮▮ ESEC/SEC, ▮▮ (b) (6) ▮▮ ▮▮ (b) (6) ▮▮

**Lead component please note**: Once materials have been put together, please clear through OGC before sending them back to us as finals.

## DEPUTY SECRETARY BRIEFING BOOK TASKING

| Event Date | Wednesday, 08.25.10 (1115-1200) |
|---|---|
| Event Name | Meeting on Defense Industrial Base Pilot |
| Lead Component | NPPD |
| Required Coordination | PLCY, OGC, MGMT, I&A, MIL, S&T |
| Product | Briefing Memo, Talking Points, Biography |
| Notes | Attendees:<br>Deputy Secretary Lute<br>Bob Butler, DOD<br>GEN Keith Alexander, NSA<br>(b)(6)-P.L. 86-36, NSA<br>Phil Reitinger<br>ADM Michael Brown<br><br>Location: NAC, Deputy Secretary's Office<br><br>OGC Coordination: Please ensure that briefing materials have been fully coordinated with OGC staff working in your component.<br><br>Meeting Classification: Please include bullet in background |

00346

| | section of briefing memorandum if the meeting or any of the briefing materials are classified.  (i.e., "This meeting [or any of the briefing materials] are classified").<br><br>*Please note that all materials being shown to the Deputy Secretary must be passed through ESEC first. Please do not bring anything to the meeting ESEC has not seen (classified or unclassified) without prior approval.  If a presentation is to be made, Lead Component is responsible for providing an appropriate number of handouts at the meeting. (15 if the meeting takes place in Rm. 5110 D; 25 if in Rm. 5107.)* |
|---|---|
| Due | Monday, 08.23.10 (1700) |

**All final, cleared briefing materials should be transmitted to BriefingStaffA and BriefingStaffB.**

Thank you,

(b) (6)

Deputy Secretary's Briefing Book
Executive Secretariat
Office of the Secretary
Department of Homeland Security
Office:    (b) (6)
Cell:    (b) (6)
Email:        (b) (6)
HSDN:          (b) (6)

4

00347

███ (b) (6) ███

| | |
|---|---|
| From: | (b) (6) |
| Sent: | Tuesday, August 24, 2010 5:34 PM |
| To: | Brown, Michael A. |
| Subject: | FW: [COMPLETED] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700) |
| Attachments: | S2 BM - DIB 23 Aug_bmm_v6.doc |

Sir,

    Heads up, I do not see you in the chain.

Very respectfully,

███ (b) (6) ███
Lieutenant Commander, USN
Special Assistant to Deputy Assistant Secretary
Cybersecurity and Communications
U.S. Department of Homeland Security
National Protection and Programs Directorate

work: ██(b) (6)██  fax: ██(b) (6)██
cell: ██(b) (6)██  Pager: ██(b) (6)██
NIPR: ████(b) (6)████
SIPR/HSDN: ██████(b) (6)██████
JWICS: ██████(b) (6)██████

---

**From:** ████ (b) (6) ████
**Sent:** Tuesday, August 24, 2010 5:32 PM
**To:** ██(b) (6)██
**Cc:** ██(b) (6)██
**Subject:** FW: [COMPLETED] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

(b) (6)

See below...

████ (b) (6) ████
Executive Secretariat
Office of Cybersecurity and Communications
U.S. Department of Homeland Security
Office: ██(b) (6)██
BlackBerry: ████(b) (6)████
██████████(b) (6)██████████

---

**From:** McConnell, Bruce
**Sent:** Tuesday, August 24, 2010 5:31 PM
**To:** ████(b) (6)████  ████(b) (6)████
**Cc:** BriefingStaffA; Durkovich, Caitlin; Dorville, Kristina; NPPDtasking; Dorris, Earl; CS&C EXEC SEC; Reitinger, Philip

00348

**Subject:** RE: [COMPLETED] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

(b) (6)

This revised version reflects ███████████████ (b) (5) ███████████████

Bruce

Bruce W. McConnell
Senior Counselor
National Protection and Program Directorate
US Department of Homeland Security
(b) (6)   (NEW)

**From:** (b) (6)
**Sent:** Tuesday, August 24, 2010 5:26 PM
**To:** (b) (6)
**Cc:** BriefingStaffA; Durkovich, Caitlin; Dorville, Kristina; McConnell, Bruce; NPPDtasking; Dorris, Earl; CS&C EXEC SEC
**Subject:** [COMPLETED] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)
**Importance:** High

Hi (b) (6)

Thank you for your patience. Please see attached for NPPD/CS&C's materials responsive to this tasker. Please advise if you have any questions.

Have a good evening,

(b) (6)
NPPD Exec Sec
Office: (b) (6)
BlackBerry: (b) (6)

**From:** (b) (6)
**Sent:** Tuesday, August 24, 2010 12:46 PM
**To:** (b) (6)
**Cc:** BriefingStaffA; Durkovich, Caitlin; Dorville, Kristina; NPPDtasking; Dorris, Earl
**Subject:** RE: [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Hi (b) (6)

Apologies for the delay in submitting. I understand that ████████████████ (b) (5) ████████████████. I will continue to keep you posted with this tasker's progress...

V/r,
(b) (6)

00349

(b) (6)
NPPD Exec Sec
Office: (b) (6)
BlackBerry: (b) (6)

**From:** (b) (6)
**Sent:** Tuesday, August 24, 2010 10:51 AM
**To:** NPPDtasking
**Cc:** BriefingStaffA; Dorris, Earl; (b) (6)
**Subject:** [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Please note materials are due by noon.  Thanks.

---

**From:** NPPDtasking
**Sent:** Monday, August 23, 2010 3:30 PM
**To:** (b) (6)
**Cc:** BriefingStaffA; NPPDtasking; Dorris, Earl; (b) (6)
**Subject:** [EXTENSION REQUEST] [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Hi (b) (6)

CS&C just submitted draft materials for this tasker.  These materials have not been coordinated, so I'm about to start that process now.  Please advise if your office can grant NPPD an extension until 1200 tomorrow (8/24) to ensure that all materials are adequately coordinated and cleared.

V/r,
(b) (6)

(b) (6)
NPPD Exec Sec
Office: (b) (6)
BlackBerry: (b) (6)

---

**From:** (b) (6)
**Sent:** Monday, August 23, 2010 10:41 AM
**To:** (b) (6)  Campbell, Sandra L; Plcy Exec Sec; (b) (6)  (b) (6)  OGC Exec Sec; (b) (6)  (b) (6)  M; MGMTExecSec; (b) (6)  (b) (6)  (b) (6)  I&A Exec Sec; (b) (6)  MILExecSec; (b) (6)  S&T Exec Sec; (b) (6)  Wiley, Miles; (b) (6)  (b) (6)  Dorris, Earl; (b) (6)  NPPDExecSec; NPPDtasking; (b) (6)
**Cc:** BriefingStaffA
**Subject:** [Reminder] S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Please note materials are due by 1700.

---

**From:** (b) (6)
**Sent:** Thursday, August 19, 2010 2:33 PM
**To:** (b) (6)  Campbell, Sandra L; Plcy Exec Sec; (b) (6)  (b) (6)  OGC Exec Sec; (b) (6)  (b) (6)  M; MGMTExecSec; (b) (6)  (b) (6)  (b) (6)  I&A Exec Sec; (b) (6)  MILExecSec; (b) (6)  S&T Exec Sec; (b) (6)  Wiley, Miles; (b) (6)  (b) (6)  Dorris, Earl; (b) (6)  NPPDExecSec; NPPDtasking; (b) (6)
**Cc:** BriefingStaffA
**Subject:** RE: S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.22.10 - 1700)

And this time with NPPD on the actual email.... Sorry!

3

00350

**From:** ▓▓▓ (b) (6) ▓▓▓
**Sent:** Thursday, August 19, 2010 2:20 PM
**To:** Campbell, Sandra L; Plcy Exec Sec; ▓▓ (b) (6) ▓▓ ▓▓ (b) (6) ▓▓ OGC Exec Sec; ▓▓ (b) (6) ▓▓ ▓▓ (b) (6) ▓▓ M; MGMTExecSec; ▓▓ (b) (6) ▓▓ ▓▓ (b) (6) ▓▓ I&A Exec Sec; ▓▓ (b) (6) ▓▓ MILExecSec; ▓ (b) (6) ▓ ▓▓ S&T Exec Sec; ▓▓ (b) (6) ▓▓ Wiley, Miles
**Cc:** BriefingStaffA; ▓▓ (b) (6) ▓▓ ▓▓ (b) (6) ▓▓ ▓▓ (b) (6) ▓▓
**Subject:** S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.22.10 - 1700)


UPDATE 05/27/10 - Please see new briefing memo template update. When required, talking points will now be included in the memo before the Background and after the Objectives section.

Please note that we now require contact information on every attachment that supplements the briefing memo. In the same format provided at the bottom of every briefing memo.
I.e. - Contact: ▓▓ (b) (6) ▓▓ , ESEC/SEC, ▓▓▓ (b) (6) ▓▓▓ ▓▓ (b) (6) ▓▓

**_Lead component please note_**: _Once materials have been put together, please clear through OGC before sending them back to us as finals._

**DEPUTY SECRETARY BRIEFING BOOK TASKING**

| Event Date | Wednesday, 08.25.10 (1115-1200) |
|---|---|
| Event Name | Meeting on Defense Industrial Base Pilot |
| Lead Component | NPPD |
| Required Coordination | PLCY, OGC, MGMT, I&A, MIL, S&T |
| Product | Briefing Memo, Talking Points, Biography |
| Notes | <u>Attendees</u>:<br>Deputy Secretary Lute<br>Bob Butler, DOD<br>GEN Keith Alexander, NSA<br>(b)(6)-P.L. 86-36, NSA<br>Phil Reitinger<br>ADM Michael Brown<br><br><u>Location</u>:  NAC, Deputy Secretary's Office<br><br><u>OGC Coordination</u>:  Please ensure that briefing materials have been fully coordinated with OGC staff working in your component.<br><br><u>Meeting Classification</u>:  Please include bullet in background section of briefing memorandum if the meeting or any of the briefing materials are classified.  (i.e., "This meeting [or any of the briefing materials] are classified").<br><br>_**Please note that all materials being shown to the Deputy Secretary must be passed through ESEC first. Please do not bring anything to the meeting ESEC has not seen (classified or unclassified) without prior approval.  If a presentation is to be made, Lead Component is responsible for providing an appropriate number of handouts at the meeting. (15 if the meeting takes place in Rm. 5110 D; 25 if in Rm. 5107.)**_ |
| Due | Monday, 08.23.10 (1700) |

**All final, cleared briefing materials should be transmitted to BriefingStaffA and BriefingStaffB.**

Thank you,

4

00351

(b) (6)

Deputy Secretary's Briefing Book
Executive Secretariat
Office of the Secretary
Department of Homeland Security
Office:     (b) (6)
Cell:    (b) (6)
Email    (b) (6)
HSDN       (b) (6)

00356

██████ (b) (6) ██████

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Friday, August 20, 2010 1:24 PM |
| **To:** | ████ (b) (6) ████ Casapulla, Stephen |
| **Subject:** | FW: *FO REVIEW* Tasker for S2 DIB |
| **Attachments:** | NCIRP Overview DC.PPTX; S2 BM - Template (Updated 05 27 10) (2) -- TPs for Cyber Storm III and NCIRP.doc; Cyber Storm III backgrounder.docx; DepSecDef William Lynn bio.doc; General Alexander Bio.doc; (b)(6)-P.L. 86-36 Bio.doc; Bob Butler Bio.doc; S2 BM (DIB)_Info Sharing Pilots.doc; S2 BM - DIB_Opt-In_and E3.doc |

**Importance:**     High

JD These are the topics:

████████████████ (b) (5) ████████████████

████ (b) (5) ████ .  Just a few, while I work on editing the rest please would be really helpful since we just got this today.

I have attached info on each item, ████ (b) (5) ████

-----Original Message-----
From: ████ (b) (6) ████
Sent: Friday, August 20, 2010 1:00 PM
To: Stempfley, Roberta; Dean, Nicole M; Hedge, Christopher; ████ (b) (6) ████
Subject: FW: *FO REVIEW* Tasker for S2 DIB
Importance: High

**UPDATED**
Good Afternoon,
Please review the requested documents:

████████████████ (b) (5) ████████████████

Thanks,
(b) (6)

1

00357

██ (b) (6) ██
DHS/ CS&C/ NCSD
BB: 2 ██ (b) (6) ██


-----Original Message-----
From: Royster, Kristin
Sent: Friday, August 20, 2010 12:22 PM
To: Royster, Kristin; Dean, Nicole M; ██ (b) (6) ██ Menna, Jenny; Hanson, Eric; ██ (b) (6) ██
██ (b) (6) ██ Casapulla, Stephen; ██ (b) (6) ██ McElroy, Deron T
Cc: NCSD Exec Sec; Lambo, Brett; Walsh, Bridgette
Subject: RE: Tasker for S2 DIB

Here are the TPs on Cyber Storm III and NCIRP as well as backgrounder documents for both.

The NCIRP backgrounder deck is the deck from the recent DC.

KR

-----Original Message-----
From: Royster, Kristin
Sent: Friday, August 20, 2010 11:21 AM
To: Dean, Nicole M; ██ (b) (6) ██ Menna, Jenny; Hanson, Eric; ██ (b) (6) ██   ██ (b) (6) ██
Casapulla, Stephen; ██ (b) (6) ██ McElroy, Deron T
Cc: NCSD Exec Sec
Subject: RE: Tasker for S2 DIB

██ (b) (6) ██ :

Here's the first set of documents:

██████████████████████ (b) (5) ██████████████████████

-----Original Message-----
From: Dean, Nicole M
Sent: Friday, August 20, 2010 8:59 AM
To: ██ (b) (6) ██ Royster, Kristin; Menna, Jenny; Hanson, Eric; ██ (b) (6) ██  ██ (b) (6) ██
██ Casapulla, Stephen; ██ (b) (6) ██ McElroy, Deron T
Cc: NCSD Exec Sec
Subject: RE: Tasker for S2 DIB
Importance: High

All,
We have had more come in on this task, so this is how I think we need to divide and conquer.
Topics will include ████████████ (b) (5) ████████████

00358

So if we could have each group prepare talking points, per the attached templates, as well as more detailed appendices on each topic. (b) (6) I believe can assemble overall document. And, Kristin, if you could please pull Bios.

If we could get moving on this, this morning, I can look at in about an hour to see where we are at. Please let me know if you think I have this wrong ASAP.

Thanks,
Nicole


-----Original Message-----
From:      (b) (6)
Sent: Thursday, August 19, 2010 9:05 PM
To: Royster, Kristin; Menna, Jenny; Hanson, Eric; Dean, Nicole M
Cc: NCSD Exec Sec
Subject: Fw: Tasker for S2 DIB

Kristin -
FYI. We received a task to prepare a backgrounder for S2s meeting on the DIB pilot. CS&C might draft but I wanted to give you a heads up.

Thanks,
(b) (6)


Sent from my Blackberry Wireless Device.

----- Original Message -----
From:          (b) (6)
To:            (b) (6)
Cc: CS&C EXEC SEC
Sent: Thu Aug 19 19:56:02 2010
Subject: RE: Tasker for S2 DIB


(b) (6)

Attached is the tasker I just sent up. RADM said he will be sending more details. As soon as you know anything, please let me know. It is due from NCSD tomorrow at 3:00.

Thank you,

      (b) (6)
Executive Secretariat
Office of Cybersecurity and Communications U.S. Department of Homeland Security
Office:    (b) (6)
BlackBerry:    (b) (6)
           (b) (6)


-----Original Message-----
From:       (b) (6)
Sent: Thursday, August 19, 2010 7:47 PM
To:              (b) (6)
Subject: Tasker for S2 DIB

3

00359

**(b) (6)**

**(b) (5)**

Looping **(b) (6)** in. NCSD has or will have shortly for action.
May want to let NPPD know as well.


Very respectfully,

**(b) (6)**

Lieutenant Commander, USN
Special Assistant to Deputy Assistant Secretary Cybersecurity and Communications U.S.
Department of Homeland Security National Protection and Programs Directorate

work:   **(b) (6)**        fax:   **(b) (6)**
cell:   **(b) (6)**      Pager: **(b) (6)**
NIPR:   **(b) (6)**
JWICS:  **(b) (6)**

4

00360

**(b) (6)**

| | |
|---|---|
| From: | Brown, Michael A. |
| Sent: | Wednesday, August 25, 2010 6:43 PM |
| To: | Stempfley, Roberta; Dean, Nicole M |
| Subject: | FW: [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700) |
| Attachments: | S2 BM - DIB 24 Aug bmcc.doc |

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
**(b) (6)**

From: McConnell, Bruce
Sent: Tuesday, August 24, 2010 5:03 PM
To: **(b) (6)**
Cc: Dorville, Kristina; Durkovich, Caitlin; NPPDtasking; Dorris, Earl; Brown, Michael A.
Subject: RE: [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Sorry, here's the markup of the outdated version, as just discussed with Heather. She knows to call me with any questions.

Bruce W. McConnell
Senior Counselor
National Protection and Programs Directorate
US Department of Homeland Security
**(b) (6)** **(NEW)**
**(b) (6)** (c)

From: **(b) (6)**
Sent: Tuesday, August 24, 2010 3:40 PM
To: McConnell, Bruce
Cc: Dorville, Kristina; Durkovich, Caitlin; NPPDtasking; Dorris, Earl
Subject: RE: [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Hi Mr. McConnell,

I understand you're currently reviewing this briefing memo. **(b) (5)** If it's not too late, please review/edit the attached version of the briefing memo.

Thanks,
**(b) (6)**

**(b) (6)**
NPPD Exec Sec

1

00361
Office: (b) (6)
BlackBerry: (b) (6)

---

**From:** Dorville, Kristina
**Sent:** Tuesday, August 24, 2010 2:47 PM
**To:** (b) (6)
**Cc:** BriefingStaffA; Durkovich, Caitlin; NPPDtasking; Dorris, Earl
**Subject:** Re: [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Bruce is reviewing now. Standby. (Didn't realize the RADM sent to him also).

---

**From:** Dorville, Kristina
**To:** (b) (6)
**Cc:** BriefingStaffA; Durkovich, Caitlin; NPPDtasking; Dorris, Earl
**Sent:** Tue Aug 24 14:40:23 2010
**Subject:** Re: [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Sorry with attachment.

---

**From:** Dorville, Kristina
**To:** (b) (6)
**Cc:** BriefingStaffA; Durkovich, Caitlin; NPPDtasking; Dorris, Earl
**Sent:** Tue Aug 24 14:39:48 2010
**Subject:** Re: [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Attached is the updated BM from the RADM. DUS won't be able to review until after 6pm. Please send to Bruce for his quick review in the interim.

Thanks!
K

---

**From:** (b) (6)
**To:** (b) (6)
**Cc:** BriefingStaffA; Durkovich, Caitlin; Dorville, Kristina; NPPDtasking; Dorris, Earl
**Sent:** Tue Aug 24 12:45:30 2010
**Subject:** RE: [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Hi (b) (6)

Apologies for the delay in submitting.  I understand that RADM Brown of CS&C had a call with S2 this morning regarding tomorrow's meeting and he'll need to revise the existing briefing memo based on this conversation.  I will continue to keep you posted with this tasker's progress...

V/r,
(b) (6)

(b) (6)
NPPD Exec Sec
Office: (b) (6)
BlackBerry: (b) (6)

---

**From:** (b) (6)
**Sent:** Tuesday, August 24, 2010 10:51 AM
**To:** NPPDtasking

00362

**Cc:** BriefingStaffA; Dorris, Earl; ▓▓▓ (b) (6) ▓▓▓
**Subject:** [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Please note materials are due by noon.  Thanks.

---

**From:** NPPDtasking
**Sent:** Monday, August 23, 2010 3:30 PM
**To:** ▓▓▓ (b) (6) ▓▓▓
**Cc:** BriefingStaffA; NPPDtasking; Dorris, Earl; ▓▓▓ (b) (6) ▓▓▓
**Subject:** [EXTENSION REQUEST] [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Hi ▓▓▓ (b) (6) ▓▓▓

CS&C just submitted draft materials for this tasker.  These materials have not been coordinated, so I'm about to start that process now.  Please advise if your office can grant NPPD an extension until 1200 tomorrow (8/24) to ensure that all materials are adequately coordinated and cleared.

V/r,
▓▓▓ (b) (6) ▓▓▓


▓▓▓ (b) (6) ▓▓▓
NPPD Exec Sec
Office: ▓ (b) (6) ▓
BlackBerry: ▓▓ (b) (6) ▓▓

---

**From:** ▓▓▓ (b) (6) ▓▓▓
**Sent:** Monday, August 23, 2010 10:41 AM
**To:** ▓ (b) (6) ▓  Campbell, Sandra L; Plcy Exec Sec; ▓ (b) (6) ▓  ▓ (b) (6) ▓  OGC Exec Sec; ▓ (b) (6) ▓ ▓ (b) (6) ▓ M; MGMTExecSec; ▓ (b) (6) ▓  ▓ (b) (6) ▓  ▓ (b) (6) ▓ I&A Exec Sec; ▓ (b) (6) ▓ MILExecSec; ▓ (b) (6) ▓ S&T Exec Sec; ▓ (b) (6) ▓  Wiley, Miles; ▓ (b) (6) ▓  ▓ (b) (6) ▓ Dorris, Earl; ▓ (b) (6) ▓ NPPDExecSec; NPPDtasking; ▓ (b) (6) ▓
**Cc:** BriefingStaffA
**Subject:** [Reminder] S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Please note materials are due by 1700.

---

**From:** ▓▓▓ (b) (6) ▓▓▓
**Sent:** Thursday, August 19, 2010 2:33 PM
**To:** ▓ (b) (6) ▓  Campbell, Sandra L; Plcy Exec Sec; ▓ (b) (6) ▓  ▓ (b) (6) ▓  OGC Exec Sec; ▓ (b) (6) ▓ ▓ (b) (6) ▓ M; MGMTExecSec; ▓ (b) (6) ▓  ▓ (b) (6) ▓  ▓ (b) (6) ▓ I&A Exec Sec; ▓ (b) (6) ▓ MILExecSec; ▓ (b) (6) ▓ S&T Exec Sec; ▓ (b) (6) ▓  Wiley, Miles; ▓ (b) (6) ▓  ▓ (b) (6) ▓ Dorris, Earl; ▓ (b) (6) ▓ NPPDExecSec; NPPDtasking; ▓ (b) (6) ▓
**Cc:** BriefingStaffA
**Subject:** RE: S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.22.10 - 1700)

And this time with NPPD on the actual email.... Sorry!

---

**From:** ▓▓▓ (b) (6) ▓▓▓
**Sent:** Thursday, August 19, 2010 2:20 PM
**To:** Campbell, Sandra L; Plcy Exec Sec; ▓ (b) (6) ▓  ▓ (b) (6) ▓  OGC Exec Sec; ▓ (b) (6) ▓  ▓ (b) (6) ▓ M; MGMTExecSec; ▓ (b) (6) ▓  ▓ (b) (6) ▓  I&A Exec Sec; ▓ (b) (6) ▓  MILExecSec; ▓ (b) (6) ▓ S&T Exec Sec; ▓ (b) (6) ▓  Wiley, Miles
**Cc:** BriefingStaffA; ▓ (b) (6) ▓  ▓ (b) (6) ▓  ▓ (b) (6) ▓
**Subject:** S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.22.10 - 1700)

3

00363

<u>UPDATE 05/27/10 - Please see new briefing memo template update. When required, talking points will now be included in the memo before the Background and after the Objectives section.</u>

Please note that we now require contact information on every attachment that supplements the briefing memo. In the same format provided at the bottom of every briefing memo.
i.e. - Contact: ███ (b) (6) ███, ESEC/SEC, ███████ (b) (6) ███████

*__Lead component please note__: Once materials have been put together, please clear through OGC before sending them back to us as finals.*

## DEPUTY SECRETARY BRIEFING BOOK TASKING

| Event Date | Wednesday, 08.25.10 (1115-1200) |
|---|---|
| Event Name | Meeting on Defense Industrial Base Pilot |
| Lead Component | NPPD |
| Required Coordination | PLCY, OGC, MGMT, I&A, MIL, S&T |
| Product | Briefing Memo, Talking Points, Biography |
| Notes | <u>Attendees:</u><br>Deputy Secretary Lute<br>Bob Butler, DOD<br>GEN Keith Alexander, NSA<br>(b)(6)-P.L. 86-36, NSA<br>Phil Reitinger<br>ADM Michael Brown<br><br><u>Location:</u> NAC, Deputy Secretary's Office<br><br><u>OGC Coordination:</u> Please ensure that briefing materials have been fully coordinated with OGC staff working in your component.<br><br><u>Meeting Classification:</u> Please include bullet in background section of briefing memorandum if the meeting or any of the briefing materials are classified. (i.e., "This meeting [or any of the briefing materials] are classified").<br><br>*Please note that all materials being shown to the Deputy Secretary must be passed through ESEC first. Please do not bring anything to the meeting ESEC has not seen (classified or unclassified) without prior approval. If a presentation is to be made, Lead Component is responsible for providing an appropriate number of handouts at the meeting. (15 if the meeting takes place in Rm. 5110 D; 25 if in Rm. 5107.)* |
| Due | Monday, 08.23.10 (1700) |

<u>All final, cleared briefing materials should be transmitted to BriefingStaffA and BriefingStaffB.</u>

Thank you,

███ (b) (6) ███
Deputy Secretary's Briefing Book
Executive Secretariat
Office of the Secretary
Department of Homeland Security
Office: ███ (b) (6) ███
Cell: ███ (b) (6) ███
Email ███ (b) (6) ███

00364

HSDN: ███████████(b) (6)███████████

00366

(b) (6)

| | |
|---|---|
| From: | Dean, Nicole M |
| Sent: | Monday, May 17, 2010 12:32 PM |
| To: | (b) (6) |
| Cc: | Stempfley, Roberta |
| Subject: | FW: Chairman Price Recap |

(b) (6)

Please reach out to Steve [(b) (5)] Meeting can either be here or at his place and not tomorrow. It only needs to be Steve and myself, but Bobbie and RADM should be invited as optional attendees. My scheduled can be reworked to make this happen, Bobbie's shouldn't so she can keep getting the insight into all we have going on. However, if we can it would be nice to see if Steve will come our way so I can at least introduce him to Bobbie at a minimum. Meeting is totally unclass and need an hour and a half at a minimum.

Bobbie - if you think I am wrong on your calender, please correct me. Also know you can't miss Howard on Thursday if that's when this happens and I don't want to keep Steve waiting.

Nicole

**From:** Brown, Michael A.
**Sent:** Mon 5/17/2010 12:16 PM
**To:** Dean, Nicole M
**Cc:** Stempfley, Roberta
**Subject:** RE: Chairman Price Recap

Nicole,

I need you to sked time with [(b) (6)] this week to go over details of Corry.

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
(b) (6)

**From:** Dean, Nicole M
**Sent:** Monday, May 17, 2010 12:14 PM
**To:** Brown, Michael A.
**Cc:** Stempfley, Roberta
**Subject:** RE: Chairman Price Recap

Sir,
Then I'll be standing by to support as needed.

Nicole

**From:** Brown, Michael A.
**Sent:** Mon 5/17/2010 12:10 PM

1

00367

**To:** Dean, Nicole M
**Cc:** Stempfley, Roberta
**Subject:** RE: Chairman Price Recap

Nicole,

Understand. Tomorrow won't be resolution – and in fact I just forwarded a bunch of questions to Steve.

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
(b) (6)

**From:** Dean, Nicole M
**Sent:** Monday, May 17, 2010 12:06 PM
**To:** Brown, Michael A.
**Cc:** Stempfley, Roberta
**Subject:** RE: Chairman Price Recap

(b) (5)

Nicole

**From:** Brown, Michael A.
**Sent:** Mon 5/17/2010 11:56 AM
**To:** Dean, Nicole M
**Cc:** Stempfley, Roberta
**Subject:** RE: Chairman Price Recap

Nicole,

Right now – (b) (5) Mark just talked to (b)(6) P.L 86- , so you may want to follow up.

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
(b) (6)

**From:** Dean, Nicole M
**Sent:** Monday, May 17, 2010 10:58 AM
**To:** Brown, Michael A.
**Cc:** Stempfley, Roberta
**Subject:** RE: Chairman Price Recap

2

00368

Sir,
Our plans were to have Bobbie go up today and me tomorrow.  However, based on priorities we can always send representatives in our place.  Your call.

Nicole

---

**From:** Brown, Michael A.
**Sent:** Mon 5/17/2010 10:55 AM
**To:** Dean, Nicole M
**Cc:** Stempfley, Roberta
**Subject:** RE: Chairman Price Recap

Nicole and Bobbie,

████████████ (b) (5) ████████████ I have received a rough outline from Steve and am going up to the box to read it. Will get back to you.

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
████ (b) (6) ████

**From:** Dean, Nicole M
**Sent:** Monday, May 17, 2010 10:11 AM
**To:** Brown, Michael A.
**Cc:** Stempfley, Roberta
**Subject:** RE: Chairman Price Recap

Sir,
Would you like me at any of these discussions?  Personally, I'd like to be there due to the impacts we are incurring. ██
████ (b) (5) ████

Nicole

---

**From:** Brown, Michael A.
**Sent:** Mon 5/17/2010 10:07 AM
**To:** Dean, Nicole M
**Cc:** Stempfley, Roberta
**Subject:** RE: Chairman Price Recap

Nicole,

████████████████████████████████████████
(b) (5)
████████████████████████████████████████

Bobbie – we have Howard coming on Thurs. I don't know if anyone has talked to NCSD about this. He's here from 0930 to 1200. Can you work an agenda?

00369

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
(b) (6)

**From:** Dean, Nicole M
**Sent:** Monday, May 17, 2010 9:55 AM
**To:** Brown, Michael A.
**Cc:** Stempfley, Roberta
**Subject:** RE: Chairman Price Recap

(b) (5)

**From:** Brown, Michael A.
**Sent:** Mon 5/17/2010 9:44 AM
**To:** Dean, Nicole M
**Cc:** Stempfley, Roberta
**Subject:** RE: Chairman Price Recap

Nicole,

(b) (5)

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
(b) (6)

-----Original Message-----
From: Dean, Nicole M
Sent: Monday, May 17, 2010 9:15 AM
To: Brown, Michael A.
Cc: Stempfley, Roberta
Subject: Re: Chairman Price Recap

Sir

(b) (5)

Nicole

----- Original Message -----
From: Brown, Michael A.

4

00370

To: Dean, Nicole M
Cc: Stempfley, Roberta
Sent: Sun May 16 10:10:28 2010
Subject: RE: Chairman Price Recap

Nicole,

I made some changes. Are they ok?



(b) (5)

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
(b) (6)

-----Original Message-----
From: Dean, Nicole M
Sent: Thursday, May 13, 2010 7:48 PM
To: Brown, Michael A.
Cc: Stempfley, Roberta
Subject: RE: Chairman Price Recap

(b) (5)

(b) (5)

00371

(b) (5)

Thoughts......

-----Original Message-----
From: Brown, Michael A.
Sent: Thursday, May 13, 2010 10:47 AM
To: Gillis, Ryan M; Schaffer, Gregory; Durkovich, Caitlin; Hess, David; Ludtke, Meghan; Paschall, Robert; Delaney, David; Mesterhazy, Paul; Schilling, Deborah; Dean, Nicole M; McConnell, Bruce; Borst, Nathan; Butcher, Michael; Poptanich, Kristine

Subject: Re: Chairman Price Recap

Ryan,

(b) (5)

Vr,
MAB

----- Original Message -----
From: Gillis, Ryan M
To: Schaffer, Gregory; Durkovich, Caitlin; Hess, David; Ludtke, Meghan; Paschall, Robert; Delaney, David; Mesterhazy, Paul; Schilling, Deborah; Brown, Michael A.; Dean, Nicole M; McConnell, Bruce; Borst, Nathan; Butcher, Michael; Poptanich, Kristine

Sent: Thu May 13 10:42:28 2010
Subject: Chairman Price Recap

The meeting with Chairman Price, U/S Beers and A/S Schaffer yesterday went well. (b) (5) Deliverables are below.

(b) (5)

00372

Ryan Gillis
Director
DHS Office of Legislative Affairs
▇ (b) (6) ▇

----- Original Message -----
From: Gillis, Ryan M
To: Schaffer, Gregory; Durkovich, Caitlin; Hess, David; Ludtke, Meghan; Paschall, Robert; Delaney, David; Mesterhazy, Paul;
Schilling, Deborah; Brown, Michael A.; Dean, Nicole M; McConnell, Bruce; Borst, Nathan; Butcher, Michael

Sent: Wed May 12 10:52:47 2010
Subject: Re: IF ▇▇▇ (b) (5) ▇▇▇

▇▇▇▇▇ (b) (5) ▇▇▇▇▇

Ryan Gillis
Director
DHS Office of Legislative Affairs
▇ (b) (6) ▇

----- Original Message -----
From: Gillis, Ryan M
To: Schaffer, Gregory; Durkovich, Caitlin; Hess, David; Ludtke, Meghan; Paschall, Robert; Delaney, David; Mesterhazy, Paul;
Schilling, Deborah

Sent: Wed May 12 10:34:04 2010
Subject: IF ASKED Corry Station bullet for Chairman Price

With complete deference on substance, here are the points as I understand them.



Ryan Gillis
Director
DHS Office of Legislative Affairs
▇ (b) (6) ▇

00373

**(b) (6)**

| | |
|---|---|
| **From:** | Done, Brian |
| **Sent:** | Saturday, October 09, 2010 12:58 AM |
| **To:** | Schaffer, Gregory; Brown, Michael A. |
| **Subject:** | FW: CS&C to NCSD ExecSec Request: DoD & DHS Joint Cyber Pilot Plan, Preliminary Version, October 2010 --- DRAFT 10/08/2010v7 |
| **Attachments:** | DoDDHS_Joint Cyber Pilot Plan_Preliminary Version_October 2010_DRAFT_10082010v7.docx |

**Importance:** Low

FYI...

-BKD

Brian K. Done
DHS/NPPD/CS&C
M:  **(b) (6)**
E:  **(b) (6)**
------------------------------------------
CS&C SharePoint Site:  **(b) (7)(E)**
CS&C Enterprise Architecture SharePoint Site  **(b) (7)(E)**
CS&C External Website: http://www.dhs.gov/xabout/structure/gc_1185202475883.shtm
------------------------------------------
In support of the CS&C mission, how can we most effectively enhance the security, resiliency, and reliability of the nation's cyber and communications infrastructure?
------------------------------------------
*This email message could have been sent quickly from a BlackBerry device, therefore please excuse any clarity, grammar, or spelling mistakes.
*Although I try to keep up with as many emails as possible, if something is time critical, please call the number listed above and/or involve other team members.
*This electronic communication (email / attachments) might have specific use, dissemination, and retention restrictions based on law, executive order, memorandum,
policy, guidance, etc.
------------------------------------------

**From:** Done, Brian
**Sent:** Saturday, October 09, 2010 12:57 AM
**To:** Stempfley, Roberta; Dean, Nicole M
**Cc:** Hedge, Christopher; Shabat, Matthew; White, Mark
**Subject:** FW: CS&C to NCSD ExecSec Request: DoD & DHS Joint Cyber Pilot Plan, Preliminary Version, October 2010 --- DRAFT 10/08/2010v7

Bobbie & Nicole,

Although CS&C ExecSec will be sending this to NCSD ExecSec on Monday morning, I wanted to make sure that you had the current version of the document.  **(b) (5)**

The document has come a long way since the last version provided, with the extensive help from people at NPPD, CS&C, and NCSD.

Please let me know if you have any questions.

1

00374

-BKD

Brian K. Done
DHS/NPPD/CS&C
M     (b) (6)
E:     (b) (6)
----------------------------------------
CS&C SharePoint Site:          (b) (7)(E)
CS&C Enterprise Architecture SharePoint Site          (b) (7)(E)
CS&C External Website: http://www.dhs.gov/xabout/structure/gc_1185202475883.shtm
----------------------------------------
In support of the CS&C mission, how can we most effectively enhance the security, resiliency, and reliability of the nation's cyber and communications infrastructure?
----------------------------------------
*This email message could have been sent quickly from a BlackBerry device, therefore please excuse any clarity, grammar, or spelling mistakes.
*Although I try to keep up with as many emails as possible, if something is time critical, please call the number listed above and/or involve other team members.
*This electronic communication (email / attachments) might have specific use, dissemination, and retention restrictions based on law, executive order, memorandum,
policy, guidance, etc.
----------------------------------------

---

**From:** Done, Brian
**Sent:** Saturday, October 09, 2010 12:50 AM
**To:** CS&C EXEC SEC
**Subject:** CS&C to NCSD ExecSec Request: DoD & DHS Joint Cyber Pilot Plan, Preliminary Version, October 2010 --- DRAFT 10/08/2010v7
**Importance:** High

CS&C Exec Sec,
*<Sam: This is the document we spoke about on Thursday.>*

Please send this to NCSD ExecSec for review. Based on the NCSD meeting this past Wednesday, the document should go out to at least the Branch Directors. The due date should be Thursday, October 14, 2010. There is expected to be much more coordination internal and external to DHS.



(b) (5)

00375



(b) (5)

Please let me know what questions you might have.

Thanks!

-BKD

Brian K. Dōne
DHS/NPPD/CS&C
M:     (b) (6)
E:        (b) (6)

CS&C SharePoint Site: (b) (7)(E)
CS&C Enterprise Architecture SharePoint Site:        (b) (7)(E)
CS&C External Website: http://www.dhs.gov/xabout/structure/gc_1185202475883.shtm

In support of the CS&C mission, how can we most effectively enhance the security, resiliency, and reliability of the nation's cyber and communications infrastructure?

*This email message could have been sent quickly from a BlackBerry device, therefore please excuse any clarity, grammar, or spelling mistakes.
*Although I try to keep up with as many emails as possible, if something is time critical, please call the number listed above and/or involve other team members.
*This electronic communication (email / attachments) might have specific use, dissemination, and retention restrictions based on law, executive order, memorandum, policy, guidance, etc.

00381

**(b) (6)**

| | |
|---|---|
| From: | Brown, Michael A. |
| Sent: | Sunday, August 29, 2010 10:04 AM |
| To: | Brown, Michael A. |
| Subject: | Fw: DHS/DOD Partnership Review Package |
| Attachments: | DHS-DoD MOA 26 Aug.docx; DHS and DOD Implementation Plan 27 Aug.DOCX; PD Assistant Secretary for Cybersecurity Coordination 27 Aug.docx; COMMS STRAT 27 Aug.docx |

**From:** Brown, Michael A.
**To:**    (b) (6)
**Cc:** Reitinger, Philip; Schaffer, Gregory; McConnell, Bruce
**Sent:** Fri Aug 27 17:39:26 2010
**Subject:** DHS/DOD Partnership Review Package

Chris,

**(b) (5)**

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
(b) (6)

1

00382

(b) (6)

From:       Dean, Nicole M
Sent:       Friday, December 09, 2011 4:04 PM
To:         Brown, Michael A. RADM
Subject:    FW: DIB Call

Sir,

(b) (5)

On a separate note,         (b) (5)
            (b) (5)
(b) (5)                  I don't know if we can get this many attendees again and
Mark can at least come by for 5 minutes.

Nicole

-----Original Message-----
From: Rock, Lee
Sent: Friday, December 09, 2011 2:57 PM
To: Stempfley, Roberta; Dean, Nicole M; Goode, Brendan
Subject: Re: DIB Call

(b) (5)

----- Original Message -----
From: Stempfley, Roberta
Sent: Friday, December 09, 2011 02:52 PM
To: Rock, Lee; Dean, Nicole M; Goode, Brendan
Subject: Fw: DIB Call

What do you know?

----- Original Message -----
From: McConnell, Bruce
Sent: Friday, December 09, 2011 02:50 PM
To: Brown, Michael A. RADM; Schaffer, Gregory; Weatherford, Mark; Stempfley, Roberta
Subject: RE: DIB Call

(b) (5)                                                                      .

-----Original Message-----
From: Brown, Michael A. RADM
Sent: Friday, December 09, 2011 2:49 PM
To: McConnell, Bruce; Schaffer, Gregory; Weatherford, Mark; Stempfley, Roberta
Subject: Re: DIB Call

Bruce,

00383

**(b) (5)**

Cheers,
Mike

----- Original Message -----
From: McConnell, Bruce
Sent: Friday, December 09, 2011 02:42 PM
To: Schaffer, Gregory; Weatherford, Mark; Brown, Michael A. RADM; Stempfley, Roberta
Subject: RE: DIB Call

**(b) (5)**

Eric will not be on the call -- he is traveling. We talked about three matters:

**(b) (5)**

-----Original Message-----
From: Schaffer, Gregory
Sent: Friday, December 09, 2011 1:44 PM
To: Weatherford, Mark; Brown, Michael A. RADM; Stempfley, Roberta
Cc: McConnell, Bruce
Subject: Fw: DIB Call

Fyi...good response from Eric.

----- Original Message -----
From: Rosenbach, Eric B SES OSD POLICY          **(b) (6)**
Sent: Friday, December 09, 2011 12:34 PM
To: Schaffer, Gregory
Cc: McConnell, Bruce
Subject: RE: DIB Call

Greg,

**(b) (5)**

Best, Eric

Eric Rosenbach
Deputy Assistant Secretary of Defense
Cyber Policy

Office of the Secretary of Defense

2

00384

Pentagon Room (b) (6)
        (b) (6)
   (b) (6)


-----Original Message-----
From: Schaffer, Gregory                      (b) (6)
Sent: Friday, December 09, 2011 10:25 AM
To: Rosenbach, Eric B SES OSD POLICY
Cc: McConnell, Bruce
Subject: DIB Call



(b) (5)

Eric, because I am on leave, and will be unavailable for a few hours starting at about 10:30,
I suggest you work with Bruce on any proposed changes or comments.

Greg

00385

(b) (6)

| | |
|---|---|
| **From:** | Brown, Michael A. |
| **Sent:** | Friday, September 24, 2010 6:03 PM |
| **To:** | Stempfley, Roberta; Dean, Nicole M |
| **Subject:** | FW: DIB Legal Discussion with (b) (5) |

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
(b) (6)

-----Original Message-----
From: Delaney, David
Sent: Friday, September 24, 2010 9:02 AM
To: Brown, Michael A.; Reitinger, Philip; Schaffer, Gregory; McConnell, Bruce
Cc: Fong, Ivan; Ludtke, Meghan; McDermott, Thomas M
Subject: Re: DIB Legal Discussion with (b) (5)

Mike,
I can certainly create a briefing memo on these topics heading toward the DC.  Will draft and
circulate to NPPD Sunday (unclass) for any policy context/issues you might like to add.


David Delaney
C:    (b) (6)

----- Original Message -----
From: Brown, Michael A.
To: Delaney, David; Reitinger, Philip; Schaffer, Gregory; McConnell, Bruce
Cc: Fong, Ivan; Ludtke, Meghan; McDermott, Thomas M
Sent: Fri Sep 24 08:19:29 2010
Subject: RE: DIB Legal Discussion with (b) (5)

David,

(b) (5)

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
(b) (6)

1

00386

-----Original Message-----
From: Delaney, David
Sent: Friday, September 24, 2010 8:16 AM
To: Reitinger, Philip; Schaffer, Gregory; Brown, Michael A.; McConnell, Bruce
Cc: Fong, Ivan; Ludtke, Meghan; McDermott, Thomas M
Subject: DIB Legal Discussion with OLC

(b) (5)

00387

(b) (5)

David Delaney
C: (b) (6)

00404

**(b) (6)**

| | |
|---|---|
| From: | Dean, Nicole M |
| Sent: | Thursday, December 08, 2011 1:02 PM |
| To: | Royster, Kristin |
| Cc: | McDermott, Thomas M |
| Subject: | FW: Draft DIB-Pilot transition TPs |
| Attachments: | Talking Points -- DIB Pilot 12-7-11 - shorter version nmd (tmm edits).docx |

**(b) (5)**

**From:** McDermott, Thomas M
**Sent:** Thursday, December 08, 2011 11:20 AM
**To:** Dean, Nicole M
**Subject:** RE: Draft DIB-Pilot transition TPs

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:        **(b) (6)**
blackberry:  **(b) (6)**
             **(b) (6)**

**From:** Dean, Nicole M
**Sent:** Thursday, December 08, 2011 10:38 AM
**To:** McDermott, Thomas M
**Subject:** FW: Draft DIB-Pilot transition TPs

Here they are, very simple is what Anne and I agreed to.

**From:** Dean, Nicole M
**Sent:** Thursday, December 08, 2011 10:24 AM
**To:** Royster, Kristin; Mesterhazy, Paul; Menna, Jenny; Goode, Brendan;   **(b) (6)**   Kizzee, Carlos
**Subject:** RE: Draft DIB-Pilot transition TPs

See my edits

**From:** Royster, Kristin
**Sent:** Thursday, December 08, 2011 5:36 AM
**To:** Dean, Nicole M; Mesterhazy, Paul; Menna, Jenny; Goode, Brendan;   **(b) (6)**   Kizzee, Carlos
**Subject:** RE: Draft DIB-Pilot transition TPs

Nicole,

1

00405

Attached are revised talking points based on your edits.

(b) (5)

Let me know if you have any questions or any clarification is needed on any of the wording.

Thanks,
Kristin

**From:** Royster, Kristin
**Sent:** Wednesday, December 07, 2011 11:09 AM
**To:** Dean, Nicole M; Mesterhazy, Paul; Menna, Jenny; Goode, Brendan;        (b) (6)        Kizzee, Carlos
**Subject:** Draft DIB-Pilot transition TPs

Nicole,

Per our conversation last week, attached are draft TPs that could be used for the CIO/CISO discussion.

The draft has been run by Jenny/Brendan/(b) (6) for their input.

Let me know if this is headed in the right direction.

Thanks,
Kristin

_____

Kristin Royster
Director, External Affairs
Office of Cybersecurity and Communications
U.S. Department of Homeland Security
Desk:    (b) (6)
Cell:    (b) (6)

2

00406

**(b) (6)**

| | |
|---|---|
| **From:** | Kern, Mike |
| **Sent:** | Tuesday, June 15, 2010 3:19 PM |
| **To:** | Dean, Nicole M |
| **Subject:** | FW: FOR DHS REVIEW: OMB Request for Views on S3454 National Defense Authorization Act for Fiscal Year 2011 LRM [BL-111-264] |

Hi Nicole —

Here is the information I was talking about on some of the SASC pilot words.

Mike

Mike Kern
Director, Network Security Deployment
National Cyber Security Division
(w)   **(b) (6)**
(bb)  **(b) (6)**
      **(b) (6)**

**From:** Johnson, Kim A
**Sent:** Monday, June 14, 2010 7:53 AM
**To:** Kern, Mike;   **(b) (6)**
**Subject:** Fw: FOR DHS REVIEW: COMMENTS DUE: COB, FRIDAY, JUNE 11: OMB Request for Views on S3454 National Defense Authorization Act for Fiscal Year 2011 LRM [BL-111-264]

Here are my comments on the proposed SASC pilots. Admiral Brown is   **(b) (5)**

**From:**   **(b) (6)**
**To:** Johnson, Kim A
**Cc:** 'Dorris, Earl'   **(b) (6)**   'NPPDExecSec'   **(b) (6)**   McConnell, Bruce; Gillis, Ryan M
**Sent:** Fri Jun 11 11:43:57 2010
**Subject:** RE: FOR DHS REVIEW: COMMENTS DUE: COB, FRIDAY, JUNE 11: OMB Request for Views on S3454 National Defense Authorization Act for Fiscal Year 2011 LRM [BL-111-264]

Thanks Kim,

I've reached out to CS&C already to remind them that their comments are due by COB today for adjudication.

**(b) (6)**
Correspondence Analyst
National Protection and Programs Directorate
U.S. Department of Homeland Security
**(b) (6)**
Homeland Security
**(b) (6)**

**From:** Johnson, Kim A
**Sent:** Friday, June 11, 2010 11:18 AM
**To:** NPPDExecSec
**Cc:** Gillis, Ryan M; McConnell, Bruce
**Subject:** FW: FOR DHS REVIEW: COMMENTS DUE: COB, FRIDAY, JUNE 11: OMB Request for Views on S3454 National Defense Authorization Act for Fiscal Year 2011 LRM [BL-111-264]

1

00407

Attached are Cyber + Strategy comments on S.3454. These comments will need to be adjudicated with CS&C comments on the bill.

---

**From:** Johnson, Kim A
**To:** [(b) (6)] Gillis, Ryan M
**Cc:** McConnell, Bruce; Finan, Tom
**Sent:** Fri Jun 11 10:27:26 2010
**Subject:** FW: FOR DHS REVIEW: COMMENTS DUE: COB, FRIDAY, JUNE 11: OMB Request for Views on S3454 National Defense Authorization Act for Fiscal Year 2011 LRM [BL-111-264]

Thank you for the opportunity to review S3454. The following are Cyber + Strategy comments:

(b) (5)



00408

(b) (5)



00409



(b) (5)

**From:** McConnell, Bruce
**Sent:** Tuesday, June 08, 2010 8:50 PM
**To:** Gillis, Ryan M
**Cc:** Finan, Tom; Johnson, Kim A
**Subject:** Re: FOR DHS REVIEW: COMMENTS DUE: COB, FRIDAY, JUNE 11: OMB Request for Views on S3454 National Defense Authorization Act for Fiscal Year 2011 LRM [BL-111-264]

Ok, thanks for the clarification. Kim has the background on the pilots I'll transfer action on this LRM to her.

Tom,                          (b) (5)

Many thanks, all.

**From:** Gillis, Ryan M
**To:** McConnell, Bruce
**Cc:** Finan, Tom
**Sent:** Tue Jun 08 20:30:05 2010
**Subject:** Fw: FOR DHS REVIEW: COMMENTS DUE: COB, FRIDAY, JUNE 11: OMB Request for Views on S3454 National Defense Authorization Act for Fiscal Year 2011 LRM [BL-111-264]

Bruce,

Clarification below. We need to weigh in on house bill for conference, but I missed originally that this is the senate bill with cyber pilotsm

Ryan Gillis
Director
DHS Office of Legislative Affairs
(b) (6)

**From:** Gillis, Ryan M
**To:** Finan, Tom
**Sent:** Tue Jun 08 17:57:53 2010
**Subject:** Re: FOR DHS REVIEW: COMMENTS DUE: COB, FRIDAY, JUNE 11: OMB Request for Views on S3454 National Defense Authorization Act for Fiscal Year 2011 LRM [BL-111-264]

4

00410

Sorry, I misread that this was house defense auth prior to conference. ██████ (b) (5) ██████

██████████████████████████

Ryan Gillis
Director
DHS Office of Legislative Affairs
 (b) (6)

---

**From:** Finan, Tom
**To:** Gillis, Ryan M
**Sent:** Tue Jun 08 17:54:02 2010
**Subject:** RE: FOR DHS REVIEW: COMMENTS DUE: COB, FRIDAY, JUNE 11: OMB Request for Views on S3454 National Defense Authorization Act for Fiscal Year 2011 LRM [BL-111-264]

Am I reviewing H.R. 4900 and H.R. 5247?

---

**From:** Gillis, Ryan M
**Sent:** Tuesday, June 08, 2010 5:52 PM
**To:** Finan, Tom
**Subject:** Fw: FOR DHS REVIEW: COMMENTS DUE: COB, FRIDAY, JUNE 11: OMB Request for Views on S3454 National Defense Authorization Act for Fiscal Year 2011 LRM [BL-111-264]

Ryan Gillis
Director
DHS Office of Legislative Affairs
 (b) (6)

---

**From:** Gillis, Ryan M
**To:** McConnell, Bruce
**Sent:** Mon Jun 07 18:47:55 2010
**Subject:** RE: FOR DHS REVIEW: COMMENTS DUE: COB, FRIDAY, JUNE 11: OMB Request for Views on S3454 National Defense Authorization Act for Fiscal Year 2011 LRM [BL-111-264]

God bless you bruce mcconnell.

---

**From:** McConnell, Bruce
**Sent:** Monday, June 07, 2010 6:46 PM
**To:** Gillis, Ryan M; Reitinger, Philip; Beers, Rand; Hess, David; Durkovich, Caitlin; Brown, Michael A.; Schaffer, Gregory; Richardson, Christopher; Ludtke, Meghan; Delaney, David
**Cc:** Gary, Lizzy; Finan, Tom
**Subject:** Re: FOR DHS REVIEW: COMMENTS DUE: COB, FRIDAY, JUNE 11: OMB Request for Views on S3454 National Defense Authorization Act for Fiscal Year 2011 LRM [BL-111-264]

We will take a crack here at C+S and nppd execsec can either staff our views to cs+c for comment or adjudicate differences between us and cs+c, depending on timing.

---

**From:** Gillis, Ryan M
**To:** McConnell, Bruce; Reitinger, Philip; Beers, Rand; Hess, David; Durkovich, Caitlin; Brown, Michael A.; Schaffer, Gregory; Richardson, Christopher; Ludtke, Meghan; Delaney, David
**Sent:** Mon Jun 07 18:14:36 2010

00411

**Subject:** FW: FOR DHS REVIEW: COMMENTS DUE: COB, FRIDAY, JUNE 11: OMB Request for Views on S3454 National Defense Authorization Act for Fiscal Year 2011 LRM [BL-111-264]

Not that we aren't busy, but we really need to comment strongly on the Watson/Langevin amdt that was added. Background is below with amndmt attached.



**From:** (b) (6)
**Sent:** Monday, June 07, 2010 4:35 PM
**To:** Acocella, Anthony; (b) (6) Cappannari, Michael; Gillis, Ryan M; Gleason, Eddie; Joh, Joseph; Lovett, Edward; Readinger, Jeff; White, Erin; Jensen, Daniel B; (b) (6) Harper, Jerald; (b) (6) Beck, Carol; (b) (6) Saupp, Jennifer; Wiggins, Chani; Peacock, Nelson; Dietch, Sarah; (b) (6) (b) (6) (b) (6) Mann, Melissa; Poptanich, Kristine; LaRossa, Connie
**Subject:** FOR DHS REVIEW: COMMENTS DUE: COB, FRIDAY, JUNE 11: OMB Request for Views on S3454 National Defense Authorization Act for Fiscal Year 2011 LRM [BL-111-264]

OMB has requested DHS's review of the attached bill, S. 3454, the National Defense Authorization Act for FY 2011. Please forward your comments to me in MS Word document also include, page number, line number and section.

The bill text is available on Thomas at: http://thomas.loc.gov/cgi-bin/query/z?c111:S3454:/

Please ensure that your comments are first cleared by any Component in which your office operates. Please provide comments by replying to this message and (a) indicating your concurrence or "no comment", or (b) explaining your comments, including specific textual changes where needed to address your comments.

If I do not hear from you by **COB, TODAY, FRIDAY, JUNE 11th,** the deadline, I will assume that you concur and have no comment.

Thanks


(b) (6)

Paralegal Specialist
Office of the General Counsel
U.S. Department of Homeland Security
(Office) (b) (6)
(Cell) (b) (6)
(Fax) (b) (6)

00412

**(b) (6)**

| | |
|---|---|
| From: | Done, Brian |
| Sent: | Tuesday, March 29, 2011 5:40 PM |
| To: | Brown, Michael A. RADM |
| Cc: | **(b) (6)** White, Mark; 'Shabat, Matthew' |
| Subject: | FW: FOR EXPEDITED COORDINATION DoD & DHS Joint Cybersecurity Pilot Plan |
| Attachments: | DoD_DHS-cyber-report_Mar24 DHS Track Changes.docx |
| Importance: | Low |

CFO comments...

**From:** CFO EXEC SEC
**Sent:** Tuesday, March 29, 2011 5:26 PM
**To:** **(b) (6)** CFO EXEC SEC
**Cc:** Done, Brian; CS&C EXEC SEC; CS&C Budget Exec Sec
**Subject:** RE: FOR EXPEDITED COORDINATION DoD & DHS Joint Cybersecurity Pilot Plan

**(b) (6)**

Attached are OCFO comments (in tracked changes).

V/r,
(b) (6)

**(b) (6)**
Office of the Chief Financial Officer
U.S. Department of Homeland Security
Office: **(b) (6)**
Mobile: **(b) (6)**
**(b) (6)**

**From:** **(b) (6)**
**Sent:** Tuesday, March 29, 2011 5:20 PM
**To:** CFO EXEC SEC
**Cc:** Done, Brian; CS&C EXEC SEC; CS&C Budget Exec Sec
**Subject:** RE: FOR EXPEDITED COORDINATION DoD & DHS Joint Cybersecurity Pilot Plan

CFO,

Please advise if you will have comment as soon as possible.

Thank you,

**(b) (6)**
Executive Secretariat
Office of Cybersecurity and Communications
U.S. Department of Homeland Security
Office: **(b) (6)**
BlackBerry: **(b) (6)**
**(b) (6)**

**From:** **(b) (6)**
**Sent:** Friday, March 25, 2011 3:24 PM
**To:** OLA Exec Sec; CFO EXEC SEC

00413

**Cc:** Done, Brian; CS&C EXEC SEC; CS&C Budget Exec Sec
**Subject:** RE: FOR EXPEDITED COORDINATION DoD & DHS Joint Cybersecurity Pilot Plan

OLA and CFO,

Please advise if you will have comments.

Thank you,

(b) (6)

Executive Secretariat
Office of Cybersecurity and Communications
U.S. Department of Homeland Security
Office: (b) (6)
BlackBerry (b) (6)
(b) (6)

**From:** (b) (6)
**Sent:** Thursday, March 24, 2011 6:27 PM
**To:** ogc-cyber; OLA Exec Sec; CFO EXEC SEC
**Cc:** Done, Brian; CS&C EXEC SEC; CS&C Budget Exec Sec
**Subject:** FOR EXPEDITED COORDINATION DoD & DHS Joint Cybersecurity Pilot Plan
**Importance:** High

OGC, OLA, and CFO,

CS&C request your expedited assistance.  Please review the attached DoD & DHS Joint Cybersecurity Pilot Plan and return and comments/edits in track changes as soon as possible but no later than **Friday, March 25th at 1500.**

Thank you in advanced for your prompt review.

Regards,

(b) (6)

Executive Secretariat
Office of Cybersecurity and Communications
U.S. Department of Homeland Security
Office: (b) (6)
BlackBerry
(b) (6)

00414

**(b) (6)**

| | |
|---|---|
| **From:** | Reitinger, Philip |
| **Sent:** | Monday, October 04, 2010 7:03 AM |
| **To:** | (b) (6)   HON OSD POLICY |
| **Cc:** | Brown, Michael A.; Butler, Robert J SES OSD POLICY; McConnell, Bruce; Schaffer, Gregory; (b) (6)   DISL OSD POLICY |
| **Subject:** | Language compromise |

(b) (6)

**(b) (5)**

I think we are ok with this.  If you are agreed to this, we can both confirm with our deputies and move forward.

phil

1

00415

(b) (6)

| | |
|---|---|
| **From:** | Fong, Ivan ▓▓ (b) (6) ▓▓ |
| **Sent:** | Wednesday, May 26, 2010 11:39 AM |
| **To:** | Brown, Michael A.; Reitinger, Philip |
| **Cc:** | McConnell, Bruce; Beers, Rand; Delaney, David |
| **Subject:** | Legal Authorities for DOD DIB Pilot |

As we discussed this morning, here is some material for a 1-page annex to S2's materials for tomorrow's meeting:



(b) (5)

1

00416

(b) (5)



00417

Ivan K. Fong
General Counsel
U.S. Department of Homeland Security
Washington, DC  20528
 (b) (6)
(b) (6)

00418

(b) (6)

From:          (b) (6)
Sent:          Thursday, June 17, 2010 12:24 PM
To:          Brown, Michael A.
Subject:          MEMORANDUM FOR THE RECORD

Sir,

(b) (5)

That is it and there is only the one area that changed so that the wording was softened. If you have any comments or feedback that you want me to include in the Memorandum and shoot back out just let me know.

Very respectfully,

(b) (6)

1

00419

(b) (6)

| | |
|---|---|
| **From:** | Brown, Michael A. RADM |
| **Sent:** | Friday, May 13, 2011 11:56 AM |
| **To:** | Reitinger, Philip |
| **Cc:** | Beers, Rand; Schaffer, Gregory; McConnell, Bruce; Ludtke, Meghan; Stempfley, Roberta; Delaney, David; McDermott, Thomas M; Durkovich, Caitlin; Parkinson, Deborah |
| **Subject:** | MOA Mtg w/NSA |

Sir,

(b) (5), (b) (7)(E)

V/r,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
(b) (6)    Fort Meade)

1

00420

(b) (6)   (Arlington)

00436

(b) (6)

| | |
|---|---|
| From: | Goode, Brendan |
| Sent: | Monday, December 05, 2011 9:52 AM |
| To: | Delaney, Laura; (b) (6) |
| Cc: | Dean, Nicole M; (b) (6) |
| Subject: | MSS items |

Laura (b) (6)

(b) (5)

Thanks,

1

00437
Brendan

00438

**(b) (6)**

| From: | Brown, Michael A. |
|-------|-------------------|
| Sent: | Sunday, May 16, 2010 11:27 AM |
| To: | Reitinger, Philip |
| Cc: | Schaffer, Gregory; McConnell, Bruce |
| Subject: | OSD, NSA and AT&T |

Sir,

Had several phone calls on Friday night and I'm trying to coordinate multiple things. First **(b) (5)**

**(b) (5)**

v/r,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
**(b) (6)**

00439

(b) (6)

From:          McConnell, Bruce
Sent:          Tuesday, May 04, 2010 12:54 PM
To:            Reitinger, Philip; Schaffer, Gregory
Cc:            Beers, Rand; Gillis, Ryan M; Johnson, Kim A; Brown, Michael A.
Subject:       Pilots and the Hill
Attachments:   Commercial pilots draft language v1.docx

Phil and Rand



(b) (5)

1

00440

(b) (5)



00443

(b) (6)

| | |
|---|---|
| From: | Denning, John |
| Sent: | Friday, August 20, 2010 6:38 PM |
| To: | Reitinger, Philip |
| Cc: | Brown, Michael A.; Schaffer, Gregory |
| Subject: | Q&A and TechAmerica Invitation |
| Attachments: | DIB Pilot Public Affairs Questions and Coordination.doc |

Sir,

Per your request.

V/R, JD


(b) (5)

00446

**(b) (6)**

| | |
|---|---|
| **From:** | Brown, Michael A. |
| **Sent:** | Wednesday, August 18, 2010 3:15 PM |
| **To:** | **(b) (6)**   Dean, Nicole M; McDermott, Thomas M |
| **Cc:** | Delaney, David;   **(b) (6)**   Stempfley, Roberta |
| **Subject:** | Re: |

**(b) (6)**

Thanks. There is obviously a lot that needs to be flushed out on this effort.

Vr,
MAB

---

**From:**   **(b) (6)**
**To:** Brown, Michael A.; Dean, Nicole M; McDermott, Thomas M
**Cc:** Delaney, David;   **(b) (6)**   Stempfley, Roberta
**Sent:** Wed Aug 18 14:56:10 2010
**Subject:** RE:

What, we don't need no stinkin' teaming  ;O)

**(b) (5)**

---

**From:** Brown, Michael A.
**Sent:** Wednesday, August 18, 2010 2:36 PM
**To:** Dean, Nicole M; McDermott, Thomas M
**Cc:** Delaney, David;   **(b) (6)**     **(b) (6)**   Stempfley, Roberta
**Subject:** Re:

Roger all - and I understand. We discussed all this on Mon.   **(b) (5)**

---

**From:** Dean, Nicole M
**To:** McDermott, Thomas M; Brown, Michael A.
**Cc:** Delaney, David;   **(b) (6)**     **(b) (6)**   Stempfley, Roberta
**Sent:** Wed Aug 18 14:34:20 2010
**Subject:** RE:

I didn't realize the info I provided was for the Plan. **(b) (6)** asked one of our detailees **(b) (6)** for some language, which I edited. I asked **(b) (6)** to determine what the language was for.

**From:** McDermott, Thomas M
**Sent:** Wednesday, August 18, 2010 2:32 PM

1

00450

(b) (6)

| | |
|---|---|
| From: | Dean, Nicole M |
| Sent: | Wednesday, August 18, 2010 2:34 PM |
| To: | McDermott, Thomas M; Brown, Michael A. |
| Cc: | Delaney, David;   (b) (6)       (b) (6)    Stempfley, Roberta |
| Subject: | RE: |

I didn't realize the info I provided was for the Plan. (b) (6) asked one of our detailees (b) (6) for some language, which I edited.  I asked (b) (6) to determine what the language was for.

From: McDermott, Thomas M
Sent: Wednesday, August 18, 2010 2:32 PM
To: Brown, Michael A.; Dean, Nicole M
Cc: Delaney, David;   (b) (6)       (b) (6)    Stempfley, Roberta
Subject: RE:

(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:        (b) (6)
blackberry:    (b) (6)
        (b) (6)

From: Brown, Michael A.
Sent: Wednesday, August 18, 2010 2:26 PM
To: McDermott, Thomas M; Dean, Nicole M
Cc: Delaney, David;   (b) (6)       (b) (6)    Stempfley, Roberta
Subject: RE:

Folks,

I want to confirm –                      (b) (5)

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
    (b) (6)

1

00451

**From:** McDermott, Thomas M
**Sent:** Wednesday, August 18, 2010 2:25 PM
**To:** Dean, Nicole M; Brown, Michael A.
**Cc:** Delaney, David;  (b) (6)      (b) (6)      Stempfley, Roberta
**Subject:** RE:

(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:      (202) 447-3269
blackberry:     (b) (6)
     (b) (6)

**From:** Dean, Nicole M
**Sent:** Wednesday, August 18, 2010 2:23 PM
**To:** Brown, Michael A.; McDermott, Thomas M
**Cc:** Delaney, David;  (b) (6)      (b) (6)      Stempfley, Roberta
**Subject:** RE:

(b) (5)

**From:** Brown, Michael A.
**Sent:** Wednesday, August 18, 2010 2:21 PM
**To:** Dean, Nicole M; McDermott, Thomas M
**Cc:** Delaney, David;  (b) (6)      (b) (6)      Stempfley, Roberta
**Subject:** RE:

Nicole,

(b) (5)

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
     (b) (6)

**From:** Dean, Nicole M
**Sent:** Wednesday, August 18, 2010 2:18 PM
**To:** Brown, Michael A.; McDermott, Thomas M
**Cc:** Delaney, David;  (b) (6)      (b) (6)      Stempfley, Roberta
**Subject:** RE:

00452

Sir,

We have the draft, which we discussed at Monday's session.  We have seen nothing since then.  ▮▮▮ (b) (5)

(b) (5)

▮▮▮ (b) (5) ▮▮▮ .

Nicole

**From:** Brown, Michael A.
**Sent:** Wednesday, August 18, 2010 2:12 PM
**To:** Dean, Nicole M; McDermott, Thomas M
**Cc:** Delaney, David; ▮▮▮ (b) (6) ▮▮▮ (b) (6) ▮▮▮ Stempfley, Roberta
**Subject:**

Nicole and Tom,

(b) (5)

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
▮▮▮ (b) (6) ▮▮▮

3

00460

██████ (b) (6) ██████

| | |
|---|---|
| **From:** | Callahan, Mary Ellen |
| **Sent:** | Saturday, July 17, 2010 10:30 AM |
| **To:** | Brown, Michael A.; Sand, Peter |
| **Cc:** | ███ (b) (6) ███ Landesberg, Martha |
| **Subject:** | Re: [DPIAC/Cyber] proposed summary for recent meeting |

Mike:

Ok with me.

Thanks, Pete.

Mary Ellen Callahan
Chief Privacy Officer
Department of Homeland Security
Work: ███ (b) (6) ███
Cell: ███ (b) (6) ███

---

**From:** Brown, Michael A.
**To:** Sand, Peter; Callahan, Mary Ellen
**Cc:** John W. Kropf ███ (b) (6) ███ < ███ (b) (6) ███ Landesberg, Martha
**Sent:** Sat Jul 17 10:05:20 2010
**Subject:** RE: [DPIAC/Cyber] proposed summary for recent meeting

Mary Ellen,

Ok with me.

Cheers,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
███ (b) (6) ███

---

**From:** Sand, Peter
**Sent:** Saturday, July 17, 2010 7:48 AM
**To:** Callahan, Mary Ellen; Brown, Michael A.
**Cc:** John W. Kropf ( ███ (b) (6) ███ Landesberg, Martha
**Subject:** [DPIAC/Cyber] proposed summary for recent meeting

MEC, Sir,

████████████████████████████████ (b) (5) ████████████████████████████████

1

00461

(b) (5)

Pete

00462

**(b) (6)**

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Friday, August 20, 2010 6:06 PM |
| **To:** | **(b) (6)** Stempfley, Roberta; Hedge, Christopher |
| **Subject:** | RE: *FO REVIEW* Tasker for S2 DIB |

Thanks Erin - already started this and the SVTC I just left provided additional insight.
I'll finish this up this weekend.

-----Original Message-----
From:    **(b) (6)**
Sent: Friday, August 20, 2010 4:16 PM
To: Stempfley, Roberta; Dean, Nicole M; Hedge, Christopher;    **(b) (6)**
Subject: FW: *FO REVIEW* Tasker for S2 DIB
Importance: High

**UPDATED**
Sorry for the numerous updates - I just wanted to ensure all the documents are together.

Please review the requested documents:
- TPs on CS III and NCIRP, background documents also attached



**(b) (5)**

- US-Canada Cyber Activities
      - Backgrounder
      - Engagement

Thanks,
(b) (6)


**(b) (6)**
DHS/ CS&C/ NCSD
BB:    **(b) (6)**


-----Original Message-----
From: Royster, Kristin
Sent: Friday, August 20, 2010 12:22 PM
To: Royster, Kristin; Dean, Nicole M;    **(b) (6)**    Menna, Jenny; Hanson, Eric;    **(b) (6)**
    Denning, John; Casapulla, Stephen;    **(b) (6)**    McElroy, Deron T
Cc: NCSD Exec Sec; Lambo, Brett; Walsh, Bridgette

00463

Subject: RE: Tasker for S2 DIB

Here are the TPs on Cyber Storm III and NCIRP as well as backgrounder documents for both.

The NCIRP backgrounder deck is the deck from the recent DC.

KR

-----Original Message-----
From: Royster, Kristin
Sent: Friday, August 20, 2010 11:21 AM
To: Dean, Nicole M; ███ (b) (6) ███  Menna, Jenny; Hanson, Eric;  ███ (b) (6) ███  Denning, John;
Casapulla, Stephen;  ███ (b) (6) ███  McElroy, Deron T
Cc: NCSD Exec Sec
Subject: RE: Tasker for S2 DIB

███ (b) (6) ███

Here's the first set of documents:

███ (b) (5) ███

-----Original Message-----
From: Dean, Nicole M
Sent: Friday, August 20, 2010 8:59 AM
To: ███ (b) (6) ███  Royster, Kristin; Menna, Jenny; Hanson, Eric;  ███ (b) (6) ███  Denning,
John; Casapulla, Stephen;  ███ (b) (6) ███  McElroy, Deron T
Cc: NCSD Exec Sec
Subject: RE: Tasker for S2 DIB
Importance: High

All,

███ (b) (5) ███

If we could get moving on this, this morning, I can look at in about an hour to see where we
are at.  Please let me know if you think I have this wrong ASAP.

Thanks,
Nicole

00464

-----Original Message-----
From: ██ (b) (6) ██
Sent: Thursday, August 19, 2010 9:05 PM
To: Royster, Kristin; Menna, Jenny; Hanson, Eric; Dean, Nicole M
Cc: NCSD Exec Sec
Subject: Fw: Tasker for S2 DIB

Kristin -
FYI. We received a task to prepare a backgrounder for S2s meeting on the DIB pilot. CS&C
might draft but I wanted to give you a heads up.

Thanks,
Erin


Sent from my Blackberry Wireless Device.

----- Original Message -----
From: ███████ (b) (6) ████
To: ██ (b) (6) ██   ██ (b) (6) ██
Cc: CS&C EXEC SEC
Sent: Thu Aug 19 19:56:02 2010
Subject: RE: Tasker for S2 DIB

(b) (6)

Attached is the tasker I just sent up. RADM said he will be sending more details. As soon as
you know anything, please let me know. It is due from NCSD tomorrow at 3:00.

Thank you,

██ (b) (6) ██
Executive Secretariat
Office of Cybersecurity and Communications U.S. Department of Homeland Security
Office: ██ (b) (6) ██
BlackBerry: ██ (b) (6) ██
██ (b) (6) ██


-----Original Message-----
From: ██ (b) (6) ██
Sent: Thursday, August 19, 2010 7:47 PM
To: ██ (b) (6) ██   ██ (b) (6) ██
Subject: Tasker for S2 DIB

Samantha,

   Briefing will ████████████ (b) (5) ████████████
Looping ██(b) (6)██n. NCSD has or will have shortly for action.
May want to let NPPD know as well.


Very respectfully,

██ (b) (6) ██
Lieutenant Commander, USN

3

00465

Special Assistant to Deputy Assistant Secretary Cybersecurity and Communications U.S. Department of Homeland Security National Protection and Programs Directorate

| | | | |
|---|---|---|---|
| work: | (b) (6) | fax: | (b) (6) |
| cell: | (b) (6) | Pager: | (b) (6) |
| NIPR: | (b) (6) | | |
| JWICS: | (b) (6) | | |

4

00466

(b) (6)

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Friday, November 18, 2011 12:38 PM |
| **To:** | (b) (6)    McDermott, Thomas M; Schaffer, Gregory; McConnell, Bruce; Stempfley, Roberta |
| **Cc:** | Parkinson, Deborah; ogc-cyber; Menna, Jenny; Kizzee, Carlos; Goode, Brendan |
| **Subject:** | RE: [FOR REVIEW/CLEARANCE] 7046 S2BB- 11.22.11 - Miller/Gen. Alexander Meeting on Cyber  (Due: 11.18.11 - 1100) |
| **Attachments:** | 11 22 11 Dr  Miller_Gen  Alexander Meeting on Cyber - BM_hmc_v2 (clean) (OGC edits) nmd.doc |

I made a few clarification edits.    (b) (5)

**From:**  (b) (6)
**Sent:** Friday, November 18, 2011 9:53 AM
**To:** McDermott, Thomas M; Schaffer, Gregory; McConnell, Bruce; Stempfley, Roberta
**Cc:** Dean, Nicole M; Parkinson, Deborah; ogc-cyber; Menna, Jenny; Kizzee, Carlos; Goode, Brendan
**Subject:** RE: [FOR REVIEW/CLEARANCE] 7046 S2BB- 11.22.11 - Miller/Gen. Alexander Meeting on Cyber (Due: 11.18.11 - 1100)
**Importance:** High



(b) (5)

1

00467

**(b) (5)**

(b) (6)
Attorney Advisor (Cybersecurity), DHS OGC
w:   (b) (6)
m:   (b) (6)

**From:** McDermott, Thomas M
**Sent:** Friday, November 18, 2011 9:30 AM
**To:** Schaffer, Gregory; McConnell, Bruce; Stempfley, Roberta
**Cc:** Dean, Nicole M; Parkinson, Deborah; ogc-cyber
**Subject:** FW: [FOR REVIEW/CLEARANCE] 7046 S2BB- 11.22.11 - Miller/Gen. Alexander Meeting on Cyber (Due: 11.18.11 - 1100)
**Importance:** High

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:         (b) (6)
blackberry:   (b) (6)
              (b) (6)

**From:** McDermott, Thomas M
**Sent:** Friday, November 18, 2011 9:28 AM
**To:** NPPDtasking
**Cc:**   (b) (6)      (b) (6)    ogc-cyber
**Subject:** RE: [FOR REVIEW/CLEARANCE] 7046 S2BB- 11.22.11 - Miller/Gen. Alexander Meeting on Cyber (Due: 11.18.11 - 1100)

See attached critical comments from OGC.

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:         (b) (6)
blackberry:   (b) (6)
              (b) (6)

2

00468

**From:** NPPDtasking
**Sent:** Thursday, November 17, 2011 7:23 PM
**To:** ogc-cyber; MGMTExecSec;  (b) (6)  Plcy Exec Sec; Kangior, Mike; Lyons, John
**Cc:** NPPDtasking;  (b) (6)   (b) (6)
**Subject:** [FOR REVIEW/CLEARANCE] 7046 S2BB- 11.22.11 - Miller/Gen. Alexander Meeting on Cyber (Due: 11.18.11 - 1100)

Required Coordinators,

Please review NPPD's materials responsive to this tasking and advise with your clearance decision by 1100 tomorrow, Friday, November 18.

Thank you,
(b) (6)

(b) (6)
NPPD Exec Sec
Office: (b) (6)
BlackBerry: (b) (6)

**From:** (b) (6)
**Sent:** Thursday, November 10, 2011 4:56 PM
**To:** (b) (6)  OGC Exec Sec;  (b) (6)   (b) (6)  Campbell, Sandra L; Plcy Exec Sec;  (b) (6)   (b) (6)  Moore, Deborah O; NPPDExecSec; NPPDtasking;  (b) (6)   (b) (6)   (b) (6)   (b) (6)  MGMTExecSec; Micone, Vincent;  (b) (6)  Williams, Derrick
**Cc:** BriefingStaffA;  (b) (6)   (b) (6)   (b) (6)
**Subject:** S2BB- 11.22.11 - Miller/Gen. Alexander Meeting on Cyber - (Due 11.18.11, 1500)

Per ESEC policy, briefing memos may not exceed two pages and must be submitted on time.

Materials not completed on time are subject to cancellation. Coordination should begin no less than 24 hours before the due date.

Lead component, please provide an SME-level contact for the materials in your final email submission to BriefingStaffA.

## DEPUTY SECRETARY BRIEFING BOOK TASKING

| | |
|---|---|
| Event Date | Tuesday, 11.22.11 (1100-1200) |
| Event Name | Miller/Gen. Alexander Meeting on Cyber |
| Lead Component | NPPD |
| Required Coordination | OGC, MGMT, PLCY |
| Product | Briefing Memo |
| Notes | Attendees:<br>Deputy Secretary Lute<br>Greg Schaffer<br>Bruce McConnell<br>Others TBD<br><br>Location: TBD<br><br>OGC Coordination: Please ensure that briefing materials have been fully coordinated with OGC staff working in your component.<br><br>Meeting Classification: Please include bullet in background |

3

00469

| | |
|---|---|
| | section of briefing memorandum if the meeting or any of the briefing materials are classified.  (i.e., "This meeting [or any of the briefing materials] are classified").<br><br>*Please note that all materials being shown to the Deputy Secretary must be passed through ESEC first. Please do not bring anything to the meeting ESEC has not seen (classified or unclassified) without prior approval.  If a presentation is to be made, Lead Component is responsible for providing an appropriate number of handouts at the meeting. (15 if the meeting takes place in Rm. 5110 D; 25 if in Rm. 5107.)* |
| Due | Friday, 11.18.11 (1500) |

**All final, cleared briefing materials should be transmitted to BriefingStaffA and BriefingStaffB.**

(b) (6)

Office of the Executive Secretary

Desk:     (b) (6)

4