# Exhibit 4-3

*Electronic Privacy Information Center v. Department of Homeland Security*
No. 12-00333 (GK)

Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment

Excerpts From DHS Document Production Related to Sufficiency of Search (Pt. 3)

00472

(b) (6)

| | |
|---|---|
| From: | Schaffer, Gregory |
| Sent: | Friday, May 13, 2011 12:51 PM |
| To: | Brown, Michael A. RADM; Reitinger, Philip |
| Cc: | McConnell, Bruce; Stempfley, Roberta; Ludtke, Meghan; Delaney, David; McDermott, Thomas M; Durkovich, Caitlin; Beers, Rand; 'Parkinson, Deborah' |
| Subject: | RE: MOA Part II |



(b) (5)

Just some thoughts with respect to [          (b) (5)          ]

Greg

-----Original Message-----
From: Brown, Michael A. RADM
Sent: Friday, May 13, 2011 6:24 AM
To: Reitinger, Philip
Cc: Schaffer, Gregory; McConnell, Bruce; Stempfley, Roberta; Ludtke, Meghan; Delaney, David; McDermott, Thomas M; Durkovich, Caitlin; Beers, Rand; 'Parkinson, Deborah'
Subject: RE: MOA Part II

Ladies and Gents,

Any other comments?

v/r,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
(b) (6)      Fort Meade)
(b) (6)      (Arlington)

1

00473

-----Original Message-----
From: Reitinger, Philip
Sent: Thursday, May 12, 2011 4:35 PM
To: Brown, Michael A. RADM
Cc: Schaffer, Gregory; McConnell, Bruce; Stempfley, Roberta; Ludtke, Meghan; Delaney, David;
McDermott, Thomas M; Durkovich, Caitlin; Beers, Rand; Parkinson, Deborah
Subject: RE: MOA Part II

(b) (5)

phil

-----Original Message-----
From: Brown, Michael A. RADM
Sent: Thursday, May 12, 2011 12:06 PM
To: Brown, Michael A. RADM; Reitinger, Philip
Cc: Schaffer, Gregory; McConnell, Bruce; Stempfley, Roberta; Ludtke, Meghan; Delaney, David;
McDermott, Thomas M; Durkovich, Caitlin
Subject: RE: MOA Part II

Sir,

(b) (5)

v/r,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
(b) (6)          Fort Meade)
(b) (6)          (Arlington)

-----Original Message-----
From: Brown, Michael A. RADM
Sent: Thursday, May 12, 2011 12:02 PM
To: Brown, Michael A. RADM; Reitinger, Philip
Cc: Schaffer, Gregory; McConnell, Bruce; Stempfley, Roberta; Ludtke, Meghan; Delaney, David;
McDermott, Thomas M; Durkovich, Caitlin
Subject: RE: MOA Part II

Sir,

00474

Attached is the draft - I just received but haven't read it yet.

v/r,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
(b) (6)        Fort Meade)
(b) (6)        (Arlington)


-----Original Message-----
From: Brown, Michael A. RADM
Sent: Thursday, May 12, 2011 10:05 AM
To: Reitinger, Philip
Cc: Schaffer, Gregory; McConnell, Bruce; Stempfley, Roberta; Ludtke, Meghan; Delaney, David;
McDermott, Thomas M; Durkovich, Caitlin
Subject: MOA Part II

Sir,

(b) (5)

v/r,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
(b) (6)        Fort Meade)
(b) (6)        (Arlington)

00475

**(b) (6)**

From:        McConnell, Bruce
Sent:        Tuesday, August 24, 2010 5:03 PM
To:          **(b) (6)**
Cc:          Dorville, Kristina; Durkovich, Caitlin; NPPDtasking; Dorris, Earl; Brown, Michael A.
Subject:     RE: [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)
Attachments: S2 BM - DIB 24 Aug bmcc.doc

Sorry, here's the markup of the outdated version, as just discussed with **(b) (6)** She knows to call me with any questions.


Bruce W. McConnell
Senior Counselor
National Protection and Programs Directorate
US Department of Homeland Security
**(b) (6)**    (NEW)
**(b) (6)**    (c)




From: **(b) (6)**
Sent: Tuesday, August 24, 2010 3:40 PM
To: McConnell, Bruce
Cc: Dorville, Kristina; Durkovich, Caitlin; NPPDtasking; Dorris, Earl
Subject: RE: [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Hi Mr. McConnell,

I understand you're currently reviewing this briefing memo. **(b) (5)**
**(b) (5)** If it's not too late, please review/edit the attached version of the briefing memo.

Thanks,
**(b) (6)**

**(b) (6)**
NPPD Exec Sec
Office: **(b) (6)**
BlackBerry: **(b) (6)**

From: Dorville, Kristina
Sent: Tuesday, August 24, 2010 2:47 PM
To: **(b) (6)**
Cc: BriefingStaffA; Durkovich, Caitlin; NPPDtasking; Dorris, Earl
Subject: Re: [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Bruce is reviewing now. Standby. (Didn't realize the RADM sent to him also).

1

00476

**From:** Dorville, Kristina
**To:** ▇▇▇▇ (b) (6) ▇▇▇▇
**Cc:** BriefingStaffA; Durkovich, Caitlin; NPPDtasking; Dorris, Earl
**Sent:** Tue Aug 24 14:40:23 2010
**Subject:** Re: [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Sorry with attachment.

---

**From:** Dorville, Kristina
**To:** ▇▇▇ (b) (6) ▇▇▇
**Cc:** BriefingStaffA; Durkovich, Caitlin; NPPDtasking; Dorris, Earl
**Sent:** Tue Aug 24 14:39:48 2010
**Subject:** Re: [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Attached is the updated BM from the RADM. DUS won't be able to review until after 6pm. Please send to Bruce for his quick review in the interim.

Thanks!
K

---

**From:** ▇▇▇ (b) (6) ▇▇▇
**To:** ▇▇ (b) (6) ▇▇
**Cc:** BriefingStaffA; Durkovich, Caitlin; Dorville, Kristina; NPPDtasking; Dorris, Earl
**Sent:** Tue Aug 24 12:45:30 2010
**Subject:** RE: [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Hi (b) (6) ,

Apologies for the delay in submitting.  I understand that RADM Brown of CS&C had a call with S2 this morning regarding tomorrow's meeting and he'll need to revise the existing briefing memo based on this conversation.  I will continue to keep you posted with this tasker's progress...

V/r,
(b) (6)

(b) (6)
NPPD Exec Sec
Office: (b) (6)
BlackBerry: (b) (6)

---

**From:** ▇▇ (b) (6) ▇▇
**Sent:** Tuesday, August 24, 2010 10:51 AM
**To:** NPPDtasking
**Cc:** BriefingStaffA; Dorris, Earl; ▇▇ (b) (6) ▇▇
**Subject:** [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Please note materials are due by noon.  Thanks.

---

**From:** NPPDtasking
**Sent:** Monday, August 23, 2010 3:30 PM
**To:** ▇▇ (b) (6) ▇▇
**Cc:** BriefingStaffA; NPPDtasking; Dorris, Earl; ▇▇▇ (b) (6) ▇▇▇
**Subject:** [EXTENSION REQUEST] [Reminder] 4828 S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

2

00477

Hi (b) (6)

CS&C just submitted draft materials for this tasker. These materials have not been coordinated, so I'm about to start that process now. Please advise if your office can grant NPPD an extension until 1200 tomorrow (8/24) to ensure that all materials are adequately coordinated and cleared.

V/r,
(b) (6)

(b) (6)
NPPD Exec Sec
Office: (b) (6)
BlackBerry: (b) (6)

**From:** (b) (6)
**Sent:** Monday, August 23, 2010 10:41 AM
**To:** (b) (6) Campbell, Sandra L; Plcy Exec Sec; (b) (6) (b) (6) OGC Exec Sec; (b) (6) (b) (6) MGMTExecSec; (b) (6) (b) (6) (b) (6) I&A Exec Sec; (b) (6) MILExecSec; (b) (6) S&T Exec Sec; (b) (6) Wiley, Miles; (b) (6) (b) (6) Dorris, Earl; (b) (6) NPPDExecSec; NPPDtasking; (b) (6)
**Cc:** BriefingStaffA
**Subject:** [Reminder] S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.23.10 - 1700)

Please note materials are due by 1700.

**From:** (b) (6)
**Sent:** Thursday, August 19, 2010 2:33 PM
**To:** (b) (6) Campbell, Sandra L; Plcy Exec Sec; (b) (6) (b) (6) OGC Exec Sec; (b) (6) (b) (6) MGMTExecSec; (b) (6) (b) (6) (b) (6) I&A Exec Sec; (b) (6) MILExecSec; (b) (6) S&T Exec Sec; (b) (6) Wiley, Miles; (b) (6) (b) (6) Dorris, Earl; (b) (6) NPPDExecSec; NPPDtasking; (b) (6)
**Cc:** BriefingStaffA
**Subject:** RE: S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.22.10 - 1700)

And this time with NPPD on the actual email.... Sorry!

**From:** (b) (6)
**Sent:** Thursday, August 19, 2010 2:20 PM
**To:** Campbell, Sandra L; Plcy Exec Sec; (b) (6) (b) (6) OGC Exec Sec; (b) (6) (b) (6) MGMTExecSec; (b) (6) (b) (6) (b) (6) I&A Exec Sec; (b) (6) MILExecSec; (b) (6) S&T Exec Sec; (b) (6) Wiley, Miles
**Cc:** BriefingStaffA; (b) (6) (b) (6) (b) (6)
**Subject:** S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot - (Due: 08.22.10 - 1700)

UPDATE 05/27/10 - Please see new briefing memo template update. When required, talking points will now be included in the memo before the Background and after the Objectives section.

Please note that we now require contact information on every attachment that supplements the briefing memo. In the same format provided at the bottom of every briefing memo.
I.e. - Contact: (b) (6) ESEC/SEC, (b) (6) hq.dhs.gov, (b) (6)

**Lead component please note**: Once materials have been put together, please clear through OGC before sending them back to us as finals.

00478

## DEPUTY SECRETARY BRIEFING BOOK TASKING

| Event Date | Wednesday, 08.25.10 (1115-1200) |
|---|---|
| Event Name | Meeting on Defense Industrial Base Pilot |
| Lead Component | NPPD |
| Required Coordination | PLCY, OGC, MGMT, I&A, MIL, S&T |
| Product | Briefing Memo, Talking Points, Biography |
| Notes | Attendees:<br>Deputy Secretary Lute<br>Bob Butler, DOD<br>GEN Keith Alexander, NSA<br>(b)(6)-P.L. 86-36, NSA<br>Phil Reitinger<br>ADM Michael Brown<br><br>Location:  NAC, Deputy Secretary's Office<br><br>OGC Coordination:  Please ensure that briefing materials have been fully coordinated with OGC staff working in your component.<br><br>Meeting Classification:  Please include bullet in background section of briefing memorandum if the meeting or any of the briefing materials are classified.  (i.e., "This meeting [or any of the briefing materials] are classified").<br><br>*Please note that all materials being shown to the Deputy Secretary must be passed through ESEC first. Please do not bring anything to the meeting ESEC has not seen (classified or unclassified) without prior approval.  If a presentation is to be made, Lead Component is responsible for providing an appropriate number of handouts at the meeting. (15 if the meeting takes place in Rm. 5110 D; 25 if in Rm. 5107.)* |
| Due | Monday, 08.23.10 (1700) |

**All final, cleared briefing materials should be transmitted to BriefingStaffA and BriefingStaffB.**

Thank you,



(b) (6)
Deputy Secretary's Briefing Book
Executive Secretariat
Office of the Secretary
Department of Homeland Security
Office:     (b) (6)
Cell:     (b) (6)
Email:          (b) (6)
HSDN:           (b) (6)

00479

█████ (b) (6) █████

| | |
|---|---|
| **From:** | Brown, Michael A. RADM |
| **Sent:** | Monday, March 21, 2011 10:01 AM |
| **To:** | 'Reitinger, Philip'; Brown, Michael A. RADM; McDermott, Thomas M; McConnell, Bruce; Parkinson, Deborah; ████ (b) (6) ████ |
| **Cc:** | Schaffer, Gregory; Beers, Rand; Stempfley, Roberta; Delaney, David; Gillis, Ryan M; Ludtke, Meghan; Sandler, Kaiya; ████ (b) (6) ████ Knake, Robert |
| **Subject:** | RE: #39 |

Sir,

Understood – ███████████ (b) (5) ███████████

v/r,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate
Department of Homeland Security
██ (b) (6) ██ (Fort Meade)
██ (b) (6) ██ (Arlington)

**From:** Reitinger, Philip ███████ (b) (6) ███████
**Sent:** Monday, March 21, 2011 9:58 AM
**To:** Brown, Michael A. RADM; Reitinger, Philip; McDermott, Thomas M; McConnell, Bruce; Parkinson, Deborah; (b) (6)

**Cc:** Schaffer, Gregory; Beers, Rand; Stempfley, Roberta; Delaney, David; Gillis, Ryan M; Ludtke, Meghan; Sandler, Kaiya; ███ (b) (6) ███ Knake, Robert
**Subject:** RE: #39

Mike

Understood. ████████████ (b) (5) ████████████

████████ (b) (5) ████████

phil

**From:** Brown, Michael A. RADM ███████ (b) (6) ███████
**Sent:** Monday, March 21, 2011 9:44 AM
**To:** Reitinger, Philip; McDermott, Thomas M; McConnell, Bruce; Parkinson, Deborah; ███ (b) (6) ███
**Cc:** Schaffer, Gregory; Beers, Rand; Stempfley, Roberta; Delaney, David; Gillis, Ryan M; Ludtke, Meghan; Sandler, Kaiya; ███ (b) (6) ███ Knake, Robert
**Subject:** RE: #39

Sir,

████████████████ (b) (5) ████████████████

00480

**(b) (5)**

v/r,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate
Department of Homeland Security
(b) (6)    (Fort Meade)
(b) (6)    (Arlington)

**From:** Reitinger, Philip [mailto:    (b) (6)    ]
**Sent:** Monday, March 21, 2011 9:37 AM
**To:** McDermott, Thomas M; Reitinger, Philip; McConnell, Bruce; Parkinson, Deborah;    (b) (6)
**Cc:** Schaffer, Gregory; Beers, Rand; Stempfley, Roberta; Delaney, David; Gillis, Ryan M; Ludtke, Meghan; Sandler, Kaiya; Brown, Michael A. RADM;    (b) (6)    Knake, Robert
**Subject:** RE: #39

Tom

Thank you – **(b) (5)**
            My comments are attached.

I would very much like to have a call if we can fit one in. Dave – can you work with Tom to see if we can do that before the NSS call?

**(b) (5)**

phil

**From:** McDermott, Thomas M [mailto    (b) (6)    ]
**Sent:** Saturday, March 19, 2011 10:03 PM
**To:** Reitinger, Philip; McConnell, Bruce; Parkinson, Deborah;    (b) (6)
**Cc:** Schaffer, Gregory; Beers, Rand; Stempfley, Roberta; Delaney, David; Gillis, Ryan M; Ludtke, Meghan; Sandler, Kaiya; Brown, Michael A. RADM;    (b) (6)    ; Knake, Robert; McDermott, Thomas M
**Subject:** RE: #39

**(b) (5)**

2

00481



(b) (5)

As most folks know, I will be out of the office the next few days although keeping tabs on legislative issues. I am planning to join the call with NSS on Monday afternoon and am happy to discuss the alternate language below sometime before that call. I may be somewhat delayed in responding to email, but I will be checking throughout the days.

Thanks,
Tom

(b) (5)

00482                    (b) (5)



00483

(b) (5)



00484



(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:    (b) (6)    *Please note the new phone number*

6

00485

**(b) (6)**

| | |
|---|---|
| From: | Brown, Michael A. |
| Sent: | Wednesday, August 18, 2010 2:20 PM |
| To: | Kudwa, Amy; Reitinger, Philip |
| Cc: | Schaffer, Gregory; Dorville, Kristina; McConnell, Bruce |
| Subject: | RE: Amy - any progress on disc |

Amy,

Great. I agree –                       **(b) (5)**

☺

Cheers,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
**(b) (6)**

**From:** Kudwa, Amy
**Sent:** Wednesday, August 18, 2010 2:18 PM
**To:** Brown, Michael A.; Reitinger, Philip
**Cc:** Schaffer, Gregory; Dorville, Kristina; McConnell, Bruce
**Subject:** RE: Amy - any progress on disc

**(b) (5)**

**From:** Brown, Michael A.
**Sent:** Wednesday, August 18, 2010 1:43 PM
**To:** Kudwa, Amy; Reitinger, Philip
**Cc:** Schaffer, Gregory; Dorville, Kristina; McConnell, Bruce
**Subject:** RE: Amy - any progress on disc

Amy,

**(b) (5)**

Cheers,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
**(b) (6)**

**From:** Kudwa, Amy
**Sent:** Wednesday, August 18, 2010 11:43 AM

1

00486

**To:** Reitinger, Philip; Brown, Michael A.
**Cc:** Schaffer, Gregory; Dorville, Kristina; McConnell, Bruce
**Subject:** RE: Amy - any progress on disc

Still haven't received any edits, though I can certainly update per Phil's comments on the DIB section – ███████ **(b) (5)**
██████   Thanks~

---

**From:** Reitinger, Philip
**Sent:** Wednesday, August 18, 2010 8:53 AM
**To:** Kudwa, Amy; Brown, Michael A.
**Cc:** Schaffer, Gregory; Dorville, Kristina; McConnell, Bruce
**Subject:** RE: Amy - any progress on disc

Like it. DC is at 11:30 if we can send before then....

████████████ **(b) (5)** ████████

---

**From:** Kudwa, Amy
**Sent:** Wednesday, August 18, 2010 7:11 AM
**To:** Reitinger, Philip; Brown, Michael A.
**Cc:** Schaffer, Gregory; Dorville, Kristina; McConnell, Bruce
**Subject:** Re: Amy - any progress on disc

Understood -- I wrote it to draw comments. I'll gladly collect internal edits, and my hope is that we'd be ready to send for DOD comment later today (so S2 can report in the DC that it's out the door for clearance today).

---

**From:** Reitinger, Philip
**To:** Kudwa, Amy; Brown, Michael A.
**Cc:** Schaffer, Gregory; Dorville, Kristina; McConnell, Bruce
**Sent:** Wed Aug 18 05:54:47 2010
**Subject:** RE: Amy - any progress on disc

**(b) (5)**
████████████████████████████████

---

**From:** Kudwa, Amy
**Sent:** Wednesday, August 18, 2010 1:09 AM
**To:** Reitinger, Philip; Brown, Michael A.
**Cc:** Schaffer, Gregory; Dorville, Kristina; McConnell, Bruce
**Subject:** RE: Amy - any progress on disc

Draft E3 comms plan attached for review. I realize the prep session with S2 is at 0730 – I can't promise to be up **(b) (5)**
███, but will be available to make edits in advance of the prep. Thanks~

---

**From:** Reitinger, Philip
**Sent:** Tuesday, August 17, 2010 7:54 PM
**To:** Kudwa, Amy; Brown, Michael A.
**Cc:** Schaffer, Gregory; Dorville, Kristina; McConnell, Bruce
**Subject:** Re: Amy - any progress on disc

Thank you.

00487

**From:** Kudwa, Amy
**To:** Brown, Michael A.; Reitinger, Philip
**Cc:** Schaffer, Gregory; Dorville, Kristina; McConnell, Bruce
**Sent:** Tue Aug 17 19:07:23 2010
**Subject:** RE: Amy - any progress on disc

Thanks, Mike. If the deputies are going to discuss, I'd like to provide to the S2 what we've proposed for reference. And yes, fully agree on coordinating, so please do send around to the call list. Hopefully, ▬▬▬▬▬ (b) (5) ▬▬▬▬▬▬

**From:** Brown, Michael A.
**Sent:** Tuesday, August 17, 2010 6:47 PM
**To:** Kudwa, Amy; Reitinger, Philip
**Cc:** Schaffer, Gregory; Dorville, Kristina; McConnell, Bruce
**Subject:** RE: Amy - any progress on disc

Amy,

(b) (5)

Cheers,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
▬▬ (b) (6)

**From:** Kudwa, Amy
**Sent:** Tuesday, August 17, 2010 4:58 PM
**To:** Brown, Michael A.; Reitinger, Philip
**Cc:** Schaffer, Gregory; Dorville, Kristina; McConnell, Bruce
**Subject:** RE: Amy - any progress on disc

Here's what I actually sent to DOD ▬▬▬▬▬▬ (b) (5) ▬▬▬▬▬▬

**From:** Brown, Michael A.
**Sent:** Tuesday, August 17, 2010 4:20 PM
**To:** Kudwa, Amy; Reitinger, Philip
**Cc:** Schaffer, Gregory; Dorville, Kristina; McConnell, Bruce
**Subject:** RE: Amy - any progress on disc

Amy,

Sure. ▬▬▬▬ (b) (5) ▬▬▬▬

Cheers,
Mike

Mike Brown

3

00488

RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
███ (b) (6)

**From:** Kudwa, Amy
**Sent:** Tuesday, August 17, 2010 4:19 PM
**To:** Brown, Michael A.; Reitinger, Philip
**Cc:** Schaffer, Gregory; Dorville, Kristina; McConnell, Bruce
**Subject:** RE: Amy - any progress on disc

It went to DOD OPA at 7:30 this morning. I've spoken with them today, and it has already gone to cyber policy guys for review, ███████████████ (b) (5) ████████████████

███████████████.

Just got out of a meeting – helpful if I join the call?

**From:** Brown, Michael A.
**Sent:** Tuesday, August 17, 2010 4:13 PM
**To:** Kudwa, Amy; Reitinger, Philip
**Cc:** Schaffer, Gregory; Dorville, Kristina; McConnell, Bruce
**Subject:** RE: Amy - any progress on disc

Amy,

This needs to get to OSD OPA. ███████████ (b) (5) ███████████
████████████████

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
███ (b) (6)

**From:** Kudwa, Amy
**Sent:** Monday, August 16, 2010 9:53 PM
**To:** Reitinger, Philip
**Cc:** Brown, Michael A.; Schaffer, Gregory; Dorville, Kristina; McConnell, Bruce
**Subject:** RE: Amy - any progress on disc

Yes, very much so. I connected with ███ (b) (6) ███ this morning and spoke at length with his action officer this ██ (b) (5) ██
███████████████████

███████████

**From:** Reitinger, Philip
**Sent:** Monday, August 16, 2010 9:46 PM
**To:** Kudwa, Amy
**Cc:** Brown, Michael A.; Schaffer, Gregory; Dorville, Kristina; McConnell, Bruce
**Subject:** Amy - any progress on disc

██████████ (b) (5) ██████████

4

00489

**(b) (6)**

| | |
|---|---|
| From: | Brown, Michael A. |
| Sent: | Wednesday, June 23, 2010 10:42 AM |
| To: | **(b) (6)** |
| Subject: | Re: BINDER |

(b) (6)

**(b) (5)**   It was in the link I sent you - had agenda and info for DIB meeting w/ISPs.

Vr,
MAB

---

**From:** (b) (6)
**To:** Brown, Michael A.
**Sent:** Wed Jun 23 10:08:44 2010
**Subject:** BINDER

Sir,



(b) (5)

Very respectfully,

(b) (6)
Lieutenant Commander, USN
Special Assistant to Deputy Assistant Secretary
Cybersecurity and Communications
U.S. Department of Homeland Security
National Protection and Programs Directorate

| | | | |
|---|---|---|---|
| work: | (b) (6) | fax: | (b) (6) |
| cell: | (b) (6) | Pager: | (b) (6) |
| NIPR: | (b) (6) | | |
| JWICS: | (b) (6) | | |

00490

(b) (6)

| | |
|---|---|
| **From:** | Brown, Michael A. |
| **Sent:** | Tuesday, September 07, 2010 12:32 PM |
| **To:** | Reitinger, Philip; Schaffer, Gregory; McConnell, Bruce; Beers, Rand |
| **Cc:** | Durkovich, Caitlin |
| **Subject:** | RE: Call from Painter |

Sir,

Roger on all. ██████████ (b) (5) ██████████

v/r,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security

(b) (6)

**From:** Reitinger, Philip
**Sent:** Tuesday, September 07, 2010 12:29 PM
**To:** Brown, Michael A.; Schaffer, Gregory; McConnell, Bruce; Beers, Rand
**Cc:** Durkovich, Caitlin
**Subject:** Call from Painter

Painter called me



(b) (5)

phil

00491

**(b) (6)**

| | |
|---|---|
| From: | Dean, Nicole M |
| Sent: | Thursday, November 03, 2011 1:28 PM |
| To: | McDermott, Thomas M; Delaney, David; McConnell, Bruce; Stempfley, Roberta; Brown, Michael A. RADM |
| Subject: | RE: DIB etc Next Steps - HOT |

All,

**(b) (5)**

Nicole

**From:** McDermott, Thomas M
**Sent:** Thursday, November 03, 2011 1:14 PM
**To:** Delaney, David; McConnell, Bruce; Stempfley, Roberta; Dean, Nicole M; Brown, Michael A. RADM
**Subject:** RE: DIB etc Next Steps - HOT

**(b) (5)**

00492



(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:      (b) (6)
blackberry:      (b) (6)
     (b) (6)

---

**From:** Delaney, David
**Sent:** Thursday, November 03, 2011 12:26 PM
**To:** McConnell, Bruce; Stempfley, Roberta; Dean, Nicole M; McDermott, Thomas M; Brown, Michael A. RADM
**Subject:** RE: DIB etc Next Steps - HOT

(b) (5)

David

David G. Delaney
Deputy Associate General Counsel
(National Protection and Programs)

     (b) (6)
Office:    (b) (6)
Cell:    (b) (6)

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

**From:** McConnell, Bruce
**Sent:** Thursday, November 03, 2011 11:50 AM

00493

**To:** Stempfley, Roberta; Dean, Nicole M; McDermott, Thomas M; Brown, Michael A. RADM
**Cc:** Delaney, David
**Subject:** Re: DIB etc Next Steps - HOT

(b) (5)

**From:** McConnell, Bruce
**Sent:** Thursday, November 03, 2011 11:43 AM
**To:** Stempfley, Roberta; Dean, Nicole M; McDermott, Thomas M; Brown, Michael A. RADM
**Cc:** Delaney, David
**Subject:** Re: DIB etc Next Steps - HOT

(b) (5)

**From:** Stempfley, Roberta
**Sent:** Thursday, November 03, 2011 11:16 AM
**To:** Dean, Nicole M; McConnell, Bruce; McDermott, Thomas M; Brown, Michael A. RADM
**Cc:** Delaney, David
**Subject:** Re: DIB etc Next Steps - HOT

Bruce did already

**From:** Dean, Nicole M
**Sent:** Thursday, November 03, 2011 11:15 AM
**To:** Stempfley, Roberta; McConnell, Bruce; McDermott, Thomas M; Brown, Michael A. RADM
**Cc:** Delaney, David
**Subject:** RE: DIB etc Next Steps - HOT

(b) (5)

Question – (b) (5)

**From:** Stempfley, Roberta
**Sent:** Thursday, November 03, 2011 10:47 AM
**To:** McConnell, Bruce; McDermott, Thomas M; Brown, Michael A. RADM
**Cc:** Dean, Nicole M; Delaney, David
**Subject:** RE: DIB etc Next Steps - HOT

(b) (5)

**From:** McConnell, Bruce
**Sent:** Thursday, November 03, 2011 10:41 AM
**To:** Stempfley, Roberta; McDermott, Thomas M; Brown, Michael A. RADM

00494

**Cc:** Dean, Nicole M; Delaney, David
**Subject:** RE: DIB etc Next Steps - HOT

(b) (5)

**From:** Stempfley, Roberta
**Sent:** Thursday, November 03, 2011 10:12 AM
**To:** McDermott, Thomas M; McConnell, Bruce; Brown, Michael A. RADM
**Cc:** Dean, Nicole M; Delaney, David
**Subject:** RE: DIB etc Next Steps - HOT

(b) (5)

**From:** McDermott, Thomas M
**Sent:** Thursday, November 03, 2011 10:09 AM
**To:** McConnell, Bruce; Brown, Michael A. RADM; Stempfley, Roberta
**Cc:** Dean, Nicole M; Delaney, David
**Subject:** RE: DIB etc Next Steps - HOT

(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:          (b) (6)
blackberry:    (b) (6)
               (b) (6)

**From:** McConnell, Bruce
**Sent:** Thursday, November 03, 2011 9:59 AM
**To:** Brown, Michael A. RADM; Stempfley, Roberta
**Cc:** Dean, Nicole M; McDermott, Thomas M; Delaney, David
**Subject:** DIB etc Next Steps - HOT

(b) (5)

4

00495



Bruce W. McConnell
Senior Counselor and Director, Cyber+Strategy
National Protection and Programs
US Department of Homeland Security
(b) (6)

00496

**(b) (6)**

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Monday, November 07, 2011 11:27 AM |
| **To:** | McConnell, Bruce; McDermott, Thomas M; Delaney, David; Brown, Michael A. RADM; Stempfley, Roberta; Schaffer, Gregory |
| **Subject:** | RE: DIB etc Next Steps - Specifics |

All,

**(b) (5)**

. Just another topic for this afternoon's prep call.

Nicole

**From:** McConnell, Bruce
**Sent:** Sunday, November 06, 2011 9:45 AM
**To:** McDermott, Thomas M; Delaney, David; Dean, Nicole M; Brown, Michael A. RADM; Stempfley, Roberta; Schaffer, Gregory
**Subject:** DIB etc Next Steps - Specifics

**(b) (5)**

**From:** McDermott, Thomas M
**Sent:** Friday, November 04, 2011 7:18 PM
**To:** Delaney, David; McConnell, Bruce; Dean, Nicole M; Brown, Michael A. RADM; Stempfley, Roberta; Schaffer, Gregory
**Subject:** RE: DIB etc Next Steps - HOT

**(b) (5)**

00497

(b) (5)



00498

(b) (5)





00500

**(b) (6)**

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Thursday, September 15, 2011 1:44 PM |
| **To:** | Stempfley, Roberta; Goode, Brendan; Brown, Michael A. RADM |
| **Subject:** | RE: DIB Follow On effort |

**(b) (5)**

**From:** Stempfley, Roberta
**Sent:** Thursday, September 15, 2011 1:38 PM
**To:** Goode, Brendan; Brown, Michael A. RADM; Dean, Nicole M
**Subject:** RE: DIB Follow On effort

**(b) (5)**

**From:** Goode, Brendan
**Sent:** Wednesday, September 14, 2011 9:00 PM
**To:** Brown, Michael A. RADM; Stempfley, Roberta; Dean, Nicole M
**Subject:** Re: DIB Follow On effort

Roger. Understood.

**From:** Brown, Michael A. RADM
**Sent:** Wednesday, September 14, 2011 08:10 PM
**To:** Goode, Brendan; Stempfley, Roberta; Dean, Nicole M
**Subject:** RE: DIB Follow On effort

Brendan,

**(b) (5)**

Vr/
MAB

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate
United States Department of Homeland Security
**(b) (6)**

**From:** Goode, Brendan
**Sent:** Wednesday, September 14, 2011 8:03 PM
**To:** Brown, Michael A. RADM; Stempfley, Roberta; Dean, Nicole M
**Subject:** RE: DIB Follow On effort

00501

I put together the attached today to facilitate internal conversation and to prep for my discussion with (b) (6) on Friday. Please let me know if I am missing the mark anywhere or if there are positions that we are certain of.

(b) (5)

Thanks,

Brendan

Office: (b) (6)
Blackberry: (b) (6)

**From:** Brown, Michael A. RADM
**Sent:** Wednesday, September 14, 2011 8:55 AM
**To:** Stempfley, Roberta; Goode, Brendan; Dean, Nicole M
**Subject:** RE: DIB Follow On effort

Bobbie,

(b) (5)

Cheers,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate
United States Department of Homeland Security
(b) (6)

**From:** Stempfley, Roberta
**Sent:** Wednesday, September 14, 2011 8:31 AM
**To:** Brown, Michael A. RADM; Goode, Brendan; Dean, Nicole M
**Subject:** RE: DIB Follow On effort

(b) (5)

**From:** Brown, Michael A. RADM
**Sent:** Wednesday, September 14, 2011 7:20 AM
**To:** Goode, Brendan; Dean, Nicole M
**Cc:** Stempfley, Roberta
**Subject:** Re: DIB Follow On effort

00502

Brendan,

(b) (5)

Vr,
MAB

**From:** Brown, Michael A. RADM
**Sent:** Wednesday, September 14, 2011 07:01 AM
**To:** Goode, Brendan; Dean, Nicole M
**Cc:** Stempfley, Roberta
**Subject:** Re: DIB Follow On effort

Brendan,

(b) (5)

Vr,
MAB

**From:** Goode, Brendan
**Sent:** Tuesday, September 13, 2011 10:16 PM
**To:** Dean, Nicole M; Brown, Michael A. RADM
**Cc:** Stempfley, Roberta
**Subject:** DIB Follow On effort

RADM Brown/Nicole-

Spoke with (b)(6)-P.L. 86-36 today.  We are on the calendar to meet on Friday.  She has her staff pulling together their thoughts on the plan for what needs to be done on this study. She requested that we meet Friday so that she would have time to review their initial thoughts before coming into our meeting.  She had conflicts on Thursday that pushed us to Friday.  I plan to use this time to capture ours as well.  I hope to send something around tomorrow to make sure I have our position and scope well understood.

On a side note, (b)(6)-P.L. 86-36 had mentioned a couple times that she understood how busy my schedule is and would understand working around it.                    (b) (5)

I'll forward to you what I put together on scope and will let you know how the meetings go. Please let me know if you have any questions or guidance in the meantime.

Thanks,
Brendan

--------------------------------
Brendan W Goode

Director, Network Security Deployment
National Cyber Security Division
Department of Homeland Security

3

00503



Office: (b) (6)
Blackberry (b) (6)
(b) (6)

00504

**(b) (6)**

| | |
|---|---|
| **From:** | Brown, Michael A. |
| **Sent:** | Thursday, August 13, 2009 8:40 AM |
| **To:** | **(b) (6)**  DISL NII/DoD-CIO |
| **Subject:** | RE: DIB/FS-ISAC (U) |

**(b) (6)**

Roger all and thanks for the update! I'm just running around way too much and can't get to where I want to. I relish the quiet days in the Pentagon! Life was peachy and maah-velous back then.

**(b) (6)**

Hang in there and see you soon.

Cheers,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
**(b) (6)**
-----Original Message-----
From: **(b) (6)**  DISL NII/DoD-CIO         **(b) (6)**
Sent: Thursday, August 13, 2009 8:31 AM
To: Brown, Michael A.
Subject: RE: DIB/FS-ISAC (U)

UNCLASSIFIED

**(b) (5)**

-----Original Message-----
From: Brown, Michael A.         **(b) (6)**
Sent: Wednesday, August 12, 2009 5:31 PM
To:  **(b) (6)**  DISL NII/DoD-CIO
Subject: DIB/FS-ISAC

**(b) (6)**

1

00505

I'm sorry I missed you last week. I wanted to swing by, but got called away (as usual). I

(b) (5)

Let me know what I can do. Thanks.

Cheers,

Mike


Mike Brown

RADM, USN

Deputy Assistant Secretary

Cybersecurity and Communications

United States Department of Homeland Security

(b) (6)

00517

████ (b) (6) ████

**From:**     Delaney, David
**Sent:**     Wednesday, November 03, 2010 8:58 AM
**To:**       Schaffer, Gregory
**Cc:**       Brown, Michael A. RADM; Dean, Nicole M; McDermott, Thomas M; Reitinger, Philip;
              McConnell, Bruce
**Subject:**  Re: DIB legal topics

████████████ (b) (5) ████████████  Rather,
coordination failed due to use of incorrect email address.

David Delaney
C: ████ (b) (6) ████

----- Original Message -----
From: Delaney, David
To: Schaffer, Gregory
Cc: Brown, Michael A. RADM; Dean, Nicole M; McDermott, Thomas M; Reitinger, Philip;
McConnell, Bruce
Sent: Wed Nov 03 06:44:51 2010
Subject: Re: DIB legal topics

██████████████ (b) (5) ██████████████

David Delaney
C: ████ (b) (6) ████

----- Original Message -----
From: Schaffer, Gregory
To: Delaney, David
Cc: Brown, Michael A. RADM; Dean, Nicole M; McDermott, Thomas M; Reitinger, Philip;
McConnell, Bruce
Sent: Wed Nov 03 05:58:31 2010
Subject: Re: DIB legal topics

██████████████ (b) (5) ██████████████

Greg

----- Original Message -----
From: Delaney, David
To: Schaffer, Gregory

1

00518

Cc: Brown, Michael A. RADM; Dean, Nicole M; McDermott, Thomas M; Reitinger, Philip;
McConnell, Bruce
Sent: Tue Nov 02 20:06:43 2010
Subject: DIB legal topics

Greg,



(b) (5)

I will be at eeob a bit early if there is anything you would like to review.


David Delaney
C:    (b) (6)

00519

**(b) (6)**

| | |
|---|---|
| From: | Dean, Nicole M |
| Sent: | Tuesday, August 24, 2010 9:20 AM |
| To: | Goode, Brendan |
| Subject: | RE: DIB Meeting Notes (from 1 Jul) |

Thanks!!

-----Original Message-----
From: Goode, Brendan
Sent: Tuesday, August 24, 2010 9:18 AM
To: Dean, Nicole M
Subject: DIB Meeting Notes (from 1 Jul)

Hi Nicole,

Below are my notes from the DIB meeting.  I copied Mark on my e-mail but for some reason
forgot to copy you.

Let me know if you have any questions.

Thanks,

Brendan

Office:  **(b) (6)**
Blackberry:  **(b) (6)**

-----Original Message-----
From: Goode, Brendan
Sent: Tuesday, July 06, 2010 8:21 AM
To: Stempfley, Roberta;  **(b) (6)**  McDermott, Thomas M
Subject: RE: SVTC

Hi Bobbie,

Apologize for the delay in getting you meeting notes. Below is my summation of the meeting
from last Thursday.  Tom please add or subtract from my notes as appropriate.

Attendees: ISP, Partner, DOJ, DoD, and DHS


(b) (5)

00520                (b) (5)



Let me know if you have any questions regarding my notes.

Thanks,

Brendan

Office:    (b) (6)
Blackberry:   (b) (6)

-----Original Message-----
From: Stempfley, Roberta
Sent: Tuesday, July 06, 2010 6:45 AM

00521

To: ████ (b) (6) ████ Goode, Brendan
Subject: Fw: SVTC

Mark,

Any updates from the ISP meetings?

Tom, Brendan,

████████████ (b) (5) ████████████

----- Original Message -----
From: Brown, Michael A.
To: Stempfley, Roberta; Dean, Nicole M
Cc: ███ (b) (6) ███  ███ (b) (6) ███  ███ (b) (6) ███
Sent: Tue Jul 06 06:36:43 2010
Subject: SVTC

Folks,

We have the SVTC this morning at 1130. Would like an update this morning beforehand so I can
inject if necessary. Thanks.

Vr,
MAB

00522

**(b) (6)**

| | |
|---|---|
| From: | Brown, Michael A. |
| Sent: | Tuesday, June 29, 2010 1:17 PM |
| To: | **(b) (6)**   **(b) (6)**   **(b) (6)** |
| Cc: | **(b) (6)** |
| Subject: | Re: DIB Meeting Today to Discuss ISP Legal Concerns? |

Tom,

I've not heard anything, **(b) (5)**

Vr,
MAB

---

**From:** McDermott, Thomas M < **(b) (6)**
**To:** Brown, Michael A. **(b) (6)**   Dean, Nicole M < **(b) (6)**
**Cc:** **(b) (6)** < **(b) (6)**
**Sent:** Tue Jun 29 11:43:25 2010
**Subject:** DIB Meeting Today to Discuss ISP Legal Concerns?

**(b) (5)**

---

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:          **(b) (6)**
blackberry:  **(b) (6)**
            **(b) (6)**

1

00523

**(b) (6)**

| | |
|---|---|
| From: | Dean, Nicole M |
| Sent: | Monday, December 12, 2011 1:55 PM |
| To: | McDermott, Thomas M |
| Subject: | RE: DIB mtg Friday |

**(b) (5)**

-----Original Message-----
From: McDermott, Thomas M
Sent: Monday, December 12, 2011 12:51 PM
To: Dean, Nicole M
Subject: Re: DIB mtg Friday

**(b) (5)**

Thomas McDermott
Office of the General Counsel
U.S. Department of Homeland Security
ph:   (b) (6)
bb:   (b) (6)
Sent from my blackberry device

----- Original Message -----
From: Dean, Nicole M
Sent: Monday, December 12, 2011 12:43 PM
To: McDermott, Thomas M; Kizzee, Carlos
Subject: RE: DIB mtg Friday

**(b) (5)**

-----Original Message-----
From: McDermott, Thomas M
Sent: Monday, December 12, 2011 10:32 AM
To: Kizzee, Carlos; Dean, Nicole M
Subject: Re: DIB mtg Friday

**(b) (5)**

00526

**(b) (6)**

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Tuesday, September 20, 2011 1:01 PM |
| **To:** | Goode, Brendan |
| **Subject:** | RE: DIB Perma Proposal |

Nope – **(b) (5)** .

---

**From:** Goode, Brendan
**Sent:** Tuesday, September 20, 2011 1:00 PM
**To:** Dean, Nicole M
**Subject:** Re: DIB Perma Proposal

I didn't. I didn't see a calendar or email invite. I assume this means you didn't? **(b) (5)**

---

**From:** Dean, Nicole M
**Sent:** Tuesday, September 20, 2011 12:29 PM
**To:** Goode, Brendan
**Subject:** RE: DIB Perma Proposal

Brendan,
Did you attend the evaluation kick-off last Friday at NSA?

Nicole

---

**From:** Goode, Brendan
**Sent:** Tuesday, September 20, 2011 12:06 PM
**To:** McDermott, Thomas M; Brown, Michael A. RADM; Dean, Nicole M; **(b) (6)** Stempfley, Roberta
**Subject:** RE: DIB Perma Proposal

Thanks Tom.

I added some responses to your comments.  The major points that we need to discuss soon are:

**(b) (5)**

Can we find time this afternoon to walk through some of the major points?

Brendan

Office: **(b) (6)**
Blackberry **(b) (6)**

---

**From:** McDermott, Thomas M
**Sent:** Monday, September 19, 2011 12:39 PM

1

00527

**To:** Goode, Brendan; Brown, Michael A. RADM; Dean, Nicole M; ▮(b) (6)▮ Stempfley, Roberta
**Subject:** RE: DIB Perma Proposal

(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security.
National Protection and Programs
desk:          ▮(b) (6)▮
blackberry:  ▮(b) (6)▮
▮(b) (6)▮

---

**From:** Goode, Brendan
**Sent:** Monday, September 19, 2011 11:00 AM
**To:** Brown, Michael A. RADM; Dean, Nicole M; McDermott, Thomas M; ▮(b) (6)▮ Stempfley, Roberta
**Subject:** RE: DIB Perma Proposal

Thanks.

(b) (5)

Brendan

Office: ▮(b) (6)▮
Blackberry: ▮(b) (6)▮

---

**From:** Brown, Michael A. RADM
**Sent:** Monday, September 19, 2011 10:39 AM
**To:** Goode, Brendan; Dean, Nicole M; McDermott, Thomas M; ▮(b) (6)▮ Stempfley, Roberta
**Subject:** RE: DIB Perma Proposal

Brendan,

(b) (5)

2

00534

████ (b) (6) ████

| From: | Goode, Brendan |
|---|---|
| Sent: | Wednesday, December 07, 2011 7:28 AM |
| To: | Dean, Nicole M; Brown, Michael A. RADM |
| Cc: | Stempfley, Roberta |
| Subject: | RE: DIB Pilot Assessment |
| Attachments: | Subjective Assessment of the DIB Pilot Eval Report_7Dec11.docx; Summary of DIB Pilot Eval _07Dec11.docx |

Attached are two papers:

- A two-page executive summary of the report
- A subjective assessment ████ (b) (5) ████ (b) (5) ████
  ████ (b) (5) ████

Thanks,
Brendan

-----Original Message-----
From: Dean, Nicole M
Sent: Tuesday, December 06, 2011 6:58 AM
To: Goode, Brendan; Brown, Michael A. RADM
Cc: Stempfley, Roberta
Subject: Re: DIB Pilot Assessment

Thanks.


----- Original Message -----
From: Goode, Brendan
Sent: Tuesday, December 06, 2011 06:52 AM
To: Brown, Michael A. RADM; Dean, Nicole M
Cc: Stempfley, Roberta
Subject: RE: DIB Pilot Assessment

I will task someone from my team to pull together an exec overview.  I will update you this
evening on the progress.

Brendan

-----Original Message-----
From: Brown, Michael A. RADM
Sent: Tuesday, December 06, 2011 6:37 AM
To: Dean, Nicole M; Goode, Brendan
Cc: Stempfley, Roberta
Subject: Re: DIB Pilot Assessment

Nicole,

████████████ (b) (5) ████████████

Vr,
MAB

1

00535

Vr,
MAB

----- Original Message -----
From: Dean, Nicole M
Sent: Tuesday, December 06, 2011 06:35 AM
To: Brown, Michael A. RADM; Goode, Brendan
Cc: Stempfley, Roberta
Subject: Re: DIB Pilot Assessment

Sir

(b) (5)

Nicole

----- Original Message -----
From: Brown, Michael A. RADM
Sent: Tuesday, December 06, 2011 06:30 AM
To: Dean, Nicole M; Goode, Brendan
Cc: Stempfley, Roberta
Subject: DIB Pilot Assessment

Nicole and Brendan,

(b) (5)

Vr,
MAB

00549

**(b) (6)**

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Friday, May 27, 2011 9:43 AM |
| **To:** | Goode, Brendan |
| **Subject:** | RE: DOE Engagement on Managed Services |

Those are good.

---

**From:** Goode, Brendan
**Sent:** Friday, May 27, 2011 9:10 AM
**To:** Dean, Nicole M
**Subject:** FW: DOE Engagement on Managed Services
**Importance:** High

Thoughts on my edits below?

Brendan

Office: **(b) (6)**
Blackberry: **(b) (6)**

---

**From:** Schaffer, Gregory
**Sent:** Friday, May 27, 2011 8:40 AM
**To:** Goode, Brendan; Stempfley, Roberta; Brown, Michael A. RADM
**Cc:** Dean, Nicole M; Vickers, Randal; Coose, Matt; **(b) (6)** Rock, Lee; Paquette, Joshua
**Subject:** RE: DOE Engagement on Managed Services

Very well laid out presentation. Nice job Brenden and team.

My thoughts below. Would like to get your feedback on my comments, and then will take this to DUS/US with modifications if any coming out of that interchange.



1



00550

(b) (5)

**From:** Goode, Brendan
**Sent:** Thursday, May 26, 2011 7:45 PM
**To:** Schaffer, Gregory; Stempfley, Roberta; Brown, Michael A. RADM
**Cc:** Dean, Nicole M; Vickers, Randal; Coose, Matt; (b) (6) Rock, Lee; Paquette, Joshua
**Subject:** DOE Engagement on Managed Services

Greg-

Attached are the charts that represent our proposed path forward for engaging with DOE.

In addition to the charts, (b) (5). Below list some of the key talking points (b) (5)

(b) (5)

00551

Please let me know if you want us to set up time tomorrow or Tuesday to discuss.  We are meeting with DOE on Wednesday regarding this effort.  Any feedback would be greatly appreciated in preparation for that discussion.

Thanks,
Brendan

-------------------------------------

Brendan W Goode

Director, Network Security Deployment
National Cyber Security Division
Department of Homeland Security

Office: ▮▮(b) (6)▮▮
Blackberry ▮(b) (6)▮
▮▮(b) (6)▮▮

00552

**(b) (6)**

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Tuesday, May 31, 2011 12:32 PM |
| **To:** | (b) (6) Goode, Brendan; Coose, Matt; Vickers, Randal; Rock, Lee; Paquette, Joshua; Platon, Bryan; Delaney, Laura |
| **Subject:** | RE: DOE Meeting - Key talking points |

**(b) (5)**

**From:** (b) (6)
**Sent:** Tuesday, May 31, 2011 11:48 AM
**To:** Goode, Brendan; Coose, Matt; Vickers, Randal; Rock, Lee; Paquette, Joshua; Platon, Bryan; Dean, Nicole M; Delaney, Laura
**Subject:** RE: DOE Meeting - Key talking points

Brendan,

**(b) (5)**

**(b) (5)**

Happy to discuss,
(b) (6)

(b) (6)
Attorney Advisor (Cybersecurity), DHS OGC
w:   (b) (6)
m:   (b) (6)

**From:** Goode, Brendan
**Sent:** Tuesday, May 31, 2011 10:26 AM
**To:** Coose, Matt; (b) (6) Vickers, Randal; Rock, Lee; Paquette, Joshua; Platon, Bryan; Dean, Nicole M; Delaney, Laura
**Subject:** RE: DOE Meeting - Key talking points

Thanks all.

Attached includes everyone's comments so far.

1

00553

**(b) (5)**

I would like to send this over after lunch so that they have time to load them into the system.  Please let me know if you can provide final comments by noon today.

Thanks!

Brendan

Office:  (b) (6)
Blackberry:  (b) (6)

**From:** Coose, Matt
**Sent:** Tuesday, May 31, 2011 9:48 AM
**To:** Goode, Brendan;  (b) (6)  Vickers, Randal; Rock, Lee; Paquette, Joshua; Platon, Bryan; Dean, Nicole M; Delaney, Laura
**Subject:** RE: DOE Meeting - Key talking points

Brendan,

These look good.  Just two recommendations:

**(b) (5)**

Vr,
Matt

*Matthew D. Coose*
Director, Federal Network Security
National Cyber Security Division
Department of Homeland Security
 (b) (6)  (W)

**From:** Goode, Brendan
**Sent:** Saturday, May 28, 2011 8:04 PM
**To:**  (b) (6)  Coose, Matt; Vickers, Randal; Rock, Lee; Paquette, Joshua; Platon, Bryan; Dean, Nicole M; Delaney, Laura
**Subject:** RE: DOE Meeting - Key talking points

Attached are draft charts for Wednesday's meeting.  I'd greatly welcome inputs and feedback to the material.

Brendan

Office:  (b) (6)
Blackberry:  (b) (6)

**From:**  (b) (6)
**Sent:** Saturday, May 28, 2011 11:17 AM
**To:** Goode, Brendan; Coose, Matt; Vickers, Randal; Rock, Lee; Paquette, Joshua; Platon, Bryan; Dean, Nicole M; Delaney,

00554

Laura
**Subject:** Re: DOE Meeting - Key talking points



(b) (5)

(b) (6)

Attorney Advisor (Cybersecurity), DHS OGC

w:      (b) (6)

m:      (b) (6)

**From:** Goode, Brendan
**Sent:** Saturday, May 28, 2011 09:09 AM
**To:** Coose, Matt; Vickers, Randal; Rock, Lee; Paquette, Joshua; Platon, Bryan; Dean, Nicole M; Delaney, Laura; (b) (6)

**Subject:** DOE Meeting - Key talking points

All-

I am pulling together charts for our discussion with DOE next Wednesday.  Our time slot is 09:45 – 11:00.

The following summarizes some high-level, key talking points that I am using a basis for pulling together the charts.  Let me know if you think I have missed anything.   I hope to have draft charts ready to send out to this group this evening.

(b) (5)

(b) (5)

00555

Brendan W Goode

Director, Network Security Deployment
National Cyber Security Division
Department of Homeland Security

Office: (b) (6)
Blackberry: (b) (6)
(b) (6)

00556

**(b) (6)**

| | |
|---|---|
| From: | Delaney, David |
| Sent: | Wednesday, January 19, 2011 9:16 AM |
| To: | McConnell, Bruce |
| Cc: | Reitinger, Philip; Schaffer, Gregory; Beers, Rand; Fong, Ivan; Ludtke, Meghan; Brown, Michael A. RADM |
| Subject: | RE: DOJ in COA 2 |

**(b) (5)**

David G. Delaney
Deputy Associate General Counsel
(National Protection and Programs)

**(b) (6)**

Office:   **(b) (6)**
Cell:   **(b) (6)**

This communication, along with any attachments, is covered by federal and state law governing
electronic communications and may contain confidential and legally privileged information.
If the reader of this message is not the intended recipient, you are hereby notified that any
dissemination, distribution, use or copying of this message is strictly prohibited.  If you
have received this in error, please reply immediately to the sender and delete this message.
Thank you.

-----Original Message-----
From: McConnell, Bruce
Sent: Tuesday, January 18, 2011 9:07 PM
To: JHL
Cc: Reitinger, Philip; Schaffer, Gregory; Beers, Rand; Fong, Ivan; Ludtke, Meghan; Delaney,
David
Subject: DOJ in COA 2

**(b) (5)**

1

(b) (5)



00557



00558 (b) (5)

00561

**(b) (6)**

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Monday, June 07, 2010 3:28 PM |
| **To:** | McDermott, Thomas M; Funk, David |
| **Subject:** | RE: E3 / DIB Pilot Procurement Issue with Short Fuse |

**(b) (5)**

**From:** McDermott, Thomas M
**Sent:** Monday, June 07, 2010 2:33 PM
**To:** Dean, Nicole M
**Subject:** RE: E3 / DIB Pilot Procurement Issue with Short Fuse

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:       **(b) (6)**
blackberry:    **(b) (6)**
        **(b) (6)**

**From:** Dean, Nicole M
**Sent:** Monday, June 07, 2010 2:01 PM
**To:** McDermott, Thomas M; Funk, David; 'Dasher, David'
**Cc:** Delaney, David
**Subject:** RE: E3 / DIB Pilot Procurement Issue with Short Fuse

Tom,
From a legal perspective **(b) (5)**

Nicole

1

00562

**From:** McDermott, Thomas M
**Sent:** Monday, June 07, 2010 12:36 PM
**To:** Funk, David; Dasher, David
**Cc:** Delaney, David; Dean, Nicole M
**Subject:** E3 / DIB Pilot Procurement Issue with Short Fuse



(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:          (b) (6)
blackberry:      (b) (6)
        (b) (6)

00563

**(b) (6)**

From:            **(b) (6)**
Sent:            Thursday, July 08, 2010 5:51 AM
To:              Denning, John; Brown, Michael A.; Schaffer, Gregory
Cc:              Mesterhazy, Paul; **(b) (6)**    **(b) (6)**   Jones, Jeremiah
Subject:         RE: ESF Connection

**(b) (5)**

**(b) (6)**

Special Assistant to the Deputy Assistant Secretary
Cyber Security and Communications
Department of Homeland Security

**(b) (6)**
**(b) (6)**

**From:** Denning, John
**Sent:** Wednesday, July 07, 2010 6:02 PM
**To:** Brown, Michael A.; Schaffer, Gregory
**Cc:** Mesterhazy, Paul; **(b) (6)**   **(b) (6)**   Jones, Jeremiah; **(b) (6)**
**Subject:** ESF Connection

**(b) (5)**

1



(b) (5)

00564



_____
John Denning, Director of External Affairs
Office of Cybersecurity and Communications
Department of Homeland Security
Desk: (b) (6)
Secondary: (b) (6)
Back-up (b) (6)
Pager (b) (6)
Web: www.dhs.gov/cyber

00566

**(b) (6)**

| | |
|---|---|
| From: | Delaney, David |
| Sent: | Monday, May 03, 2010 8:05 PM |
| To: | Reitinger, Philip; Brown, Michael A.; Schaffer, Gregory; McConnell, Bruce |
| Cc: | McDermott, Thomas M |
| Subject: | RE: ESF/DIB discussions with NSA and DOD counsel |

Tom and I are **(b) (5)** **(b) (5)** omorrow afternoon.  Will be on JWICS.

David

**From:** Reitinger, Philip
**Sent:** Friday, April 30, 2010 8:04 AM
**To:** Brown, Michael A.; Delaney, David; Schaffer, Gregory; McConnell, Bruce
**Cc:** McDermott, Thomas M
**Subject:** RE: ESF/DIB discussions with NSA and DOD counsel

Thank you David – that sounds like progress.

**(b) (5)**

phil

**From:** Brown, Michael A.
**Sent:** Thursday, April 29, 2010 7:06 PM
**To:** Delaney, David; Reitinger, Philip; Schaffer, Gregory; McConnell, Bruce
**Cc:** McDermott, Thomas M
**Subject:** RE: ESF/DIB discussions with NSA and DOD counsel

David,

Thanks – and roger all.

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
**(b) (6)**

**From:** Delaney, David
**Sent:** Thursday, April 29, 2010 7:01 PM
**To:** Reitinger, Philip; Schaffer, Gregory; Brown, Michael A.; McConnell, Bruce
**Cc:** McDermott, Thomas M
**Subject:** ESF/DIB discussions with NSA and DOD counsel

Gentlemen,

**(b) (5)**

1

00567



(b) (5)

I will be out of the office tomorrow and Monday, but I will be on bberry as needed.

David

David G. Delaney
Deputy Associate General Counsel
(National Protection and Programs)
Office of the General Counsel



(b) (6)
Office:    (b) (6)
Cell:    (b) (6)

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

00568

(b) (6)

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Tuesday, July 27, 2010 6:06 PM |
| **To:** | McDermott, Thomas M |
| **Cc:** | Delaney, David |
| **Subject:** | RE: HOT HOT please read |

(b) (5)

**From:** McDermott, Thomas M
**Sent:** Tuesday, July 27, 2010 5:53 PM
**To:** Dean, Nicole M
**Cc:** Delaney, David
**Subject:** RE: HOT HOT please read

(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:        (b) (6)
blackberry:    (b) (6)
        (b) (6)

**From:** Dean, Nicole M
**Sent:** Tuesday, July 27, 2010 5:23 PM
**To:** McDermott, Thomas M
**Subject:** HOT HOT please read
**Importance:** High

Tom,
RADM wants language today to provide to DUS and US c          (b) (5)
                              Please correct, add, etc as needed.  Thanks!!!

(b) (5)

1



00570

**(b) (6)**

From:           Brown, Michael A.
Sent:           Thursday, August 19, 2010 7:01 PM
To:             **(b) (6)**
Cc:             **(b) (6)**        CS&C EXEC SEC
Subject:        RE: HOT PROCESS QUESTION - [URGENT] S2 TASKER: 4828 Meeting on the Defense
                Industrial Base Pilot

(b) (6)

Please task to NCSD. Thanks.

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
        **(b) (6)**

From:           **(b) (6)**
Sent: Thursday, August 19, 2010 3:07 PM
To: Brown, Michael A.
Cc:   **(b) (6)**    CS&C EXEC SEC
Subject: ***RADM Brown*** HOT PROCESS QUESTION - [URGENT] S2 TASKER: 4828 Meeting on the Defense
Industrial Base Pilot (Due: 08.20.10 - 1700)
Importance: High

Sir,

We just received the below tasker from NPPD to write a BB and bio for S2 before next week's Defense
Industrial Base Pilot meeting. There is no additional information on the meeting and (b) (6) said you are in the
loop about this. Would you like me to task this out, and if so, please provide me with a little information for the
divisions.

It is due COB tomorrow and I need to be coordinated with six other divisions.

Thank you,

        **(b) (6)**
Executive Secretariat
Office of Cybersecurity and Communications
U.S. Department of Homeland Security
Office:   **(b) (6)**
BlackBerry:   **(b) (6)**
            **(b) (6)**

From: NPPDtasking
Sent: Thursday, August 19, 2010 2:52 PM
To: CS&C EXEC SEC
Cc: Dorville, Kristina; NPPDtasking; Dorris, Earl;   **(b) (6)**
Subject: [URGENT] S2 TASKER: 4828 Meeting on the Defense Industrial Base Pilot (Due: 08.20.10 - 1700)
Importance: High

00571

CS&C,

Please see below for an S2 tasker requesting a briefing memo with talking points and bio document for next week's Meeting on Defense Industrial Base Pilot.

Please use the attached templates to prepare the requested documents.  Please coordinate with the offices/individuals listed below and submit final materials by 1700 tomorrow, Friday, August 20.  I will provide additional POCs as they are submitted.

Thank you,



NPPD Exec Sec
Office: (b) (6)
BlackBerry: (b) (6)

**From:** (b) (6)
**Sent:** Thursday, August 19, 2010 2:20 PM
**Subject:** S2BB - 08.25.10 - Meeting on the Defense Industrial Base Pilot

UPDATE 05/27/10 - Please see new briefing memo template update.  When required, talking points will now be included in the memo before the Background and after the Objectives section.

Please note that we now require contact information on every attachment that supplements the briefing memo.  In the same format provided at the bottom of every briefing memo.
I.e. - Contact: (b) (6) , ESEC/SEC (b) (6)

**Lead component please note**: Once materials have been put together, please clear through OGC before sending them back to us as finals.

**DEPUTY SECRETARY BRIEFING BOOK TASKING**

| Event Date | Wednesday, 08.25.10 (1115-1200) |
|---|---|
| Event Name | Meeting on Defense Industrial Base Pilot |
| Lead Component | NPPD |
| Required Coordination | PLCY, OGC (OGC ES NPPD), MGMT, I&A (I&A Exec Sec), MIL, S&T (S&T Exec Sec) |
| Product | Briefing Memo, Talking Points, Biography |
| Notes | Attendees: Deputy Secretary Lute Bob Butler, DOD GEN Keith Alexander, NSA (b)(6)-P.L. 86-36, NSA Phil Reitinger ADM Michael Brown

Location: NAC, Deputy Secretary's Office

OGC Coordination:  Please ensure that briefing materials have been fully coordinated with OGC staff working in your component.

Meeting Classification:  Please include bullet in background section of briefing memorandum if the meeting or any of the briefing materials are classified.  (i.e., "This meeting [or any of the briefing materials] are classified"). |

00572

*Please note that all materials being shown to the Deputy Secretary must be passed through ESEC first. Please do not bring anything to the meeting ESEC has not seen (classified or unclassified) without prior approval.  If a presentation is to be made, Lead Component is responsible for providing an appropriate number of handouts at the meeting. (15 if the meeting takes place in Rm. 5110 D; 25 if in Rm. 5107.)*

00573

■■■■■ (b) (6) ■■■■■

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Friday, October 14, 2011 1:39 PM |
| **To:** | Rock, Lee |
| **Subject:** | RE: Information Exchange requirements with DOE |

Ok - ■■■■■■■■■■■■■ (b) (5) ■■■■■■■■■■■■■

-----Original Message-----
From: Rock, Lee
Sent: Fri 10/14/2011 1:30 PM
To: Dean, Nicole M
Subject: Re: Information Exchange requirements with DOE

■■■■■■■■■■■■■ (b) (5) ■■■■■■■■■■■■■

----- Original Message -----
From: Dean, Nicole M
Sent: Friday, October 14, 2011 12:55 PM
To: Rock, Lee
Subject: FW: Information Exchange requirements with DOE

■■■■■■■■■■■■■ (b) (5) ■■■■■■■■■■■■■

-----Original Message-----
From: Brown, Michael A. RADM
Sent: Fri 10/14/2011 10:55 AM
To: Goode, Brendan; Dean, Nicole M; Schaffer, Gregory; Stempfley, Roberta; ■■■■ (b) (6) ■■■■
McDermott, Thomas M; Rock, Lee
Cc: ■■■■ (b) (6) ■■■■   ■■■ (b) (6) ■■■
Subject: RE: Information Exchange requirements with DOE

Greg,

■■■■■■■■■■■■■ (b) (5) ■■■■■■■■■■■■■

Cheers,

Mike

Mike Brown

RADM, USN

1

00574

Director, Cybersecurity Coordination

National Protection & Programs Directorate

United States Department of Homeland Security

(b) (6)


From: Goode, Brendan
Sent: Friday, October 14, 2011 9:25 AM
To: Brown, Michael A. RADM; Dean, Nicole M; Schaffer, Gregory; Stempfley, Roberta; (b) (6) (b) (6) McDermott, Thomas M; Rock, Lee
Cc: (b) (6) (b) (6)
Subject: Information Exchange requirements with DOE


All-


Attached is what I had circulated internally to DHS last night for an initial set of comments. In parallel, I shared it with DOE ( (b) (6) NSA liaison to DOE, and Gil Vega, DOE CISO) asking for their feedback.



(b) (5)

2

00575

(b) (5)

I am ██████ (b) (5) ██████ but will be available after noon (via phone) and after 1 PM (in person at Glebe).

Thanks,

Brendan

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Brendan W Goode

Director, Network Security Deployment

National Cyber Security Division

Department of Homeland Security

Office: ██ (b) (6) ██

Blackberry: ██ (b) (6) ██

██ (b) (6) ██

3

00579

(b) (6)

| | |
|---|---|
| **From:** | Menna, Jenny |
| **Sent:** | Friday, March 04, 2011 3:01 PM |
| **To:** | Brown, Michael A. RADM |
| **Subject:** | RE: (b) (7)(E), (b) (7)(F) General Alexander: Cyber Command to share classified signatures with industry |

Glad we have everything clear...

**From:** Brown, Michael A. RADM
**Sent:** Friday, March 04, 2011 2:59 PM
**To:** Menna, Jenny
**Subject:** RE: (b) (7)(E), (b) (7)(F) General Alexander: Cyber Command to share classified signatures with industry

Jenny,

(b) (7)(E), (b) (7)(F)

v/r,
MAB

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate
Department of Homeland Security
(b) (6)      (Fort Meade)
(b) (6)      (Arlington)

**From:** Menna, Jenny
**Sent:** Friday, March 04, 2011 2:56 PM
**To:** Brown, Michael A. RADM
**Subject:** RE: (b) (7)(E), (b) (7)(F) General Alexander: Cyber Command to share classified signatures with industry

(b) (7)(E), (b) (7)(F)

**From:** Brown, Michael A. RADM
**Sent:** Friday, March 04, 2011 2:55 PM
**To:** Menna, Jenny
**Subject:** RE: (b) (7)(E), (b) (7)(F) General Alexander: Cyber Command to share classified signatures with industry

Jenny,

(b) (7)(E), (b) (7)(F)

v/r,
MAB

Mike Brown

1

00580

RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate
Department of Homeland Security
[(b) (6)] Fort Meade)
[(b) (6)] (Arlington)

**From:** Menna, Jenny
**Sent:** Friday, March 04, 2011 2:51 PM
**To:** Brown, Michael A. RADM
**Subject:** FW: [(b) (7)(E), (b) (7)(F)] General Alexander: Cyber Command to share classified signatures with industry

???

**From:** [(b) (6)]
**Sent:** Friday, March 04, 2011 2:50 PM
**To:** Menna, Jenny
**Subject:** FW: [(b) (7)(E), (b) (7)(F)] General Alexander: Cyber Command to share classified signatures with industry

# (b) (7)(E), (b) (7)(F)

[(b) (7)(E), (b) (7)(F)]

Thanks, [(b) (6)]

[(b) (6)]

-----Original Message-----
From: <The SANS Institute [(b) (6)]
Sent: Friday, February 18, 2011 2:45 PM
To: [(b) (6)]
Subject: SANS NewsBites Vol. 13 Num. 14 : General Alexander: Cyber Command to
share classified signatures with industry; bill to allow web site seizures;
antipiracy legislation in Spain

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

In case you missed his speech yesterday, General Alexander (head of NSA
and the US Cyber Command) told 4,000 people that the US Cyber Command
will test a program of sharing classified attack signatures with private
industry if those organizations can protect the sensitive data. That

2

00581

sharing will enable private organizations to set up early warning and
filtering systems that are as up to date as the systems that protect DoD
networks.  Very cool.

                                   Alan
*************************************************************************
SANS NewsBites            February 18, 2011            Vol. 13, Num. 014
*************************************************************************
TOP OF THE NEWS
  US Legislators Plan to Re-Introduce Bill to Allow Seizure of Websites
  Spain Approves Anti-Piracy Legislations
THE REST OF THE WEEK'S NEWS
    Canadian Government Networks Attacked
    Feds Domain Raid Accidentally Targets Popular FreeDNS Subdomain
    Oracle Releases Java Update
    BBC Streaming Sites Injected with Malicious Code
    Sony Threatens to Ban Jailbroken PS3 Console Users from PlayStation Network
    Man Netted US $8 Million in Modem Dialing Scheme
    Microsoft Investigating Reported Zero-Day Flaw in Windows Server Message
Block
    2012 Budget Proposal Includes Significant Increase in Cyber Security Spending
Correction
*************************************************************************
TRAINING UPDATE
- -- North American SCADA Security 2011, Lake Buena Vista, FL, February
23-March 2
With special DHS/INL and NERC workshops plus hands-on immersion training.
http://www.sans.org/north-american-scada-2011/
- -- SANS Phoenix 2011, Phoenix, AZ, February 25-March 2, 2011
6 courses.  Bonus evening presentations and special events include
Indicators of Compromise: ABCs of IOCs and Network Vulnerability
Exploitation, Step By Step From Discovery through to Metasploit Module
http://www.sans.org/phoenix-2011/
- -- SANS AppSec 2011: Summit & Training, San Francisco, CA, March 7-14, 2011
7 courses.  Bonus evening presentations and special events includes
The Road to Sustainable Security
http://www.sans.org/appsec-2011/
- -- SANS 2011, Orlando, FL, March 26-April 4, 2011
40 courses.  Bonus evening presentations and special events include
Hiding in Plain Sight: Forensic Techniques to Counter the Advanced
Persistent Threat; and Law and the Public's Perception of Data
Security
http://www.sans.org/sans-2011/
- --  The National Cybersecurity Innovation Conference, April 18-19, 2011
User-to-user conference featuring outstanding examples of continuous
monitoring and security cloud.
http://www.sans.org/cyber-security-innovations-2011/
- --  "Combating Malware in the Enterprise" course at SANS (SEC569).
How do you fight off malware when you have thousands of hosts?
Learn the answers in Orlando in March:

                                    3

00582

http://www.sans.org/security-training/combating-malware-enterprise-1482-mid
- -- 2011 Asia Pacific SCADA and Process Control Summit, Sydney,
Australia, March 31-April 7, 2011
http://www.sans.org/sydney-scada-2011/
- -- SANS Northern Virginia 2011, Reston, VA, April 15-23, 2011
11 courses.  Bonus evening presentations include Cyberwar or Business
as Usual?  The State of US Federal CyberSecurity Efforts
http://www.sans.org/northern-virginia-2011/
- --- SANS Security West 2011, San Diego, CA, May 3-12, 2011
23 courses.  Bonus evening presentations include The Emerging Security
Threat Panel Discussion; and Emerging Trends in Data Law and
Investigation
http://www.sans.org/security-west-2011/
- -- Looking for training in your own community?
http://sans.org/community/
Save on On-Demand training (30 full courses) - See samples at
http://www.sans.org/ondemand/discounts.php#current
Plus Singapore, Wellington, Barcelona, Amsterdam and Brisbane all in
the next 90 days.
For a list of all upcoming events, on-line and live: www.sans.org

*********************** Sponsored by SANS ***********

Sponsored by SANS Technology Institute Courses at SANS Northern Virginia
Immerse yourself at SANS Northern Virginia 2011 with challenging courses
that apply to the SANS Technology Institute (STI) master's degree
program upon admittance; or choose the STI Cohort 2013 option available
in the Washington DC region and complete your master's degree in two
years. Register at http://www.sans.org/info/69698 before March 1st and
receive 50% off of your STI application fee.

*************************************************************************
TOP OF THE NEWS
 --US Legislators Plan to Re-Introduce Bill to Allow Seizure of Websites
(February 16, 2011)
US lawmakers plan to introduce legislation that would expand the
authority of government agencies to shut down web sites that traffic in
piracy or counterfeit merchandise.  Legislation with the same goal was
introduced last year, but the Senate did not take action on the
Combating Online Infringements and Counterfeits Act, which would have
granted the US Department of Justice (DoJ) the authority to shut down
websites that were committing copyright infringement.  Some suggested
changes to COICA include a cap on the number of domain seizures DoJ
could request before paying ISPs for the cost of compliance and using
domain name seizures only when other, less restrictive measures are
untenable.
http://www.computerworld.com/s/article/9209864/Senators_explore_Web_site_seizure_
options?taxonomyId=144
[Editor's Note (Schultz): The suggested changes would make this bill
more palatable. As written, its provisions simply give DoJ too much

4

00583

power without much recourse on the part of individuals who are suspected
of wrongdoing.]

 --Spain Approves Anti-Piracy Legislations
(February 16, 2011)
Spain's parliament has approved a law that would allow authorities to
shut down websites involved in illegal download of pirated entertainment
content.  An earlier version of the bill was defeated.  The new bill
established a panel to hear complaints against the sites suspected of
engaging in content piracy.  A judge will make the final decision in all
cases.
http://abcnews.go.com/Technology/wireStory?id=12930240

*************************  Sponsored Link:  ****************************
1) February 23 Special Webcast: How to Avoid Being Compromised?
Featuring Dr. Eric Cole, Part 1 http://www.sans.org/info/70078
***********************************************************************


THE REST OF THE WEEK'S NEWS
 --Canadian Government Networks Attacked
(February 17, 2011)
A cyber attack left at least two Canadian government agencies
temporarily disconnected from the Internet.  The government has not made
any statement beyond acknowledging an "attempt to access" government
computer networks.  The systems at Canada's Finance Department and
Treasury Board were both taken offline as soon as the attack was
discovered in early January; they have been slowly returning
connectivity since then.  The attack has been traced to IP addresses in
China, but the Chinese government has denied responsibility.
http://news.cnet.com/8301-1009 3-20032813-83.html
http://www.cbc.ca/politics/story/2011/02/16/pol-weston-hacking.html
http://www.theglobeandmail.com/news/politics/cyber-attack-hits-ottawa-probe-
focuses-on-ip-addresses-from-china/article1910769/

http://www.computerworld.com/s/article/9209998/China denies role in reported gove
rnment of Canada hack?taxonomyId=17

 --Feds Domain Raid Accidentally Targets Popular FreeDNS Subdomain
(February 17, 2011)
A US government agency operation aimed at taking down web sites that
traffic in child pornography accidentally included mooo.com, a popular
shared domain, in a group of targeted domains.  People who tried to
visit the affected websites were instead redirected to a web page with
a notice from the US Department of Homeland Security's Immigration and
Customs Enforcement (ICE) and the Department of Justice (DoJ) warning
them that possession of child pornography could result in a lengthy
prison sentence.  The sites were taken down on February 11.  The
suspension of mooo.com was lifted by the evening of Sunday, February 13,
but FreeDNS, which runs mooo.com, said it may take up to three days to
fully restore websites.

00584

http://www.pcworld.com/article/220024/feds_accidentally_seize_84000_innocent_doma
ins_link_them_with_child_porn.html
http://www.zdnet.com/blog/security/dhs-incorrectly-associates-84000-web-sites-
with-child-pornography/8200
http://www.securecomputing.net.au/News/248422,us-wrongly-suspends-84000-
websites.aspx

 --Oracle Releases Java Update
(February 16 & 17, 2011)
Oracle has released an updated version of its Java runtime environment
to address at least 21 security flaws, 19 of which could be exploited
to allow remote installation of software on vulnerable machines.  Users
are urged to install Java 6 Update 24 as soon as possible; there are
updates available for Windows, Linux and Solaris users.  However, some
observe that Java has "by some accounts ... surpassed Adobe applications
as the most exploited software package," and suggest uninstalling it
from computers.
http://krebsonsecurity.com/2011/02/java-6-update-24-plugs-21-securty-holes/
http://www.theregister.co.uk/2011/02/17/java_security_threat/
http://www.esecurityplanet.com/patches/article.php/3925146/Oracle-Updates-Java-
for-21-Vulnerabilities.htm

 --BBC Streaming Sites Injected with Malicious Code
(February 15 & 16, 2011)
The BBC has confirmed that two of its radio streaming websites were
infected with a malicious iframe tag designed to infect the computers
of visitors to those sites.  The problem was dealt with as soon as the
BBC learned of the issue.
http://www.theregister.co.uk/2011/02/15/bbc_driveby_download/
http://www.h-online.com/security/news/item/BBC-confirms-sites-were-hacked-to-
serve-malware-1191131.html
http://www.scmagazineuk.com/bbc-websites-hit-by-drive-by-download-
attack/article/196496/

 --Sony Threatens to Ban Jailbroken PS3 Console Users from PlayStation Network
(February 16 & 17, 2011)
Sony says it will permanently ban users of jailbroken PlayStation 3
(PS3) gaming consoles from the PlayStation Network.  Sony has not said
how it plans to enforce the new policy.  The announcement comes just
weeks after code to jailbreak PS3 consoles was posted to the Internet.
The code allows users to play "homebrewed" games on the devices, but
with a few changes, could also be used to allow the consoles to play
pirated games.  The action stems from a legal case against George Hotz,
who allegedly posted the code; Hotz is facing charges for violations of
the Digital Millennium Copyright Act (DMCA) and other offenses.
http://www.wired.com/threatlevel/2011/02/sony-threatens-jailbreakers/
http://www.theregister.co.uk/2011/02/17/sony_playstation_network_ultimatum/

 --Man Netted US $8 Million in Modem Dialing Scheme
(February 16, 2011)

00585

Asu Pala has pleaded guilty to conspiracy to commit computer fraud and
other charges in connection with a scheme that infected people's
computers with malware that forced their modems to dial premium rate
phone numbers.  Court documents indicate that Pala hired developers to
create the malware, which was tested and deployed by other
co-conspirators.  The scheme was ongoing between 2003 and 2007 and
earned Pala nearly US $8 million.  It is believed to have affected at
least 250 people from Germany and possibly other European countries.
Pala was charged and entered his guilty plea last April, but the case
was just recently unsealed.  He is scheduled to be sentenced on February
28.
http://www.theregister.co.uk/2011/02/16/computer_fraud_plea/
http://www.boston.com/news/local/massachusetts/articles/2011/02/16/sentencing_set
_for_nh_hacker_who_targeted_germans/


 --Microsoft Investigating Reported Zero-Day Flaw in Windows Server
    Message Block
(February 15 & 16, 2011)
Microsoft is investigating a report of a zero-day flaw in Windows Server
Message Block (SMB) that could possibly be used to hijack vulnerable
computers.  The individual who disclosed the flaw also posted exploit
code.  There have been claims that the flaw could be exploited to create
denial-of-service conditions on or take complete control of machines.
However, according to a Microsoft Security Response Center blog, the
flaw does not allow remote code execution on 32-bit systems and they are
testing 64-bit systems, on which a successful exploit would require
having at least 8GB of contiguous virtual address space mapped.
http://www.theregister.co.uk/2011/02/16/windows_0day_vulnerability/
http://www.computerworld.com/s/article/9209619/New_Windows_zero_day_surfaces_as_r
esearcher_releases_attack_code?taxonomyId=85

http://blogs.technet.com/b/srd/archive/2011/02/16/notes-on-exploitability-of-the-
recent-windows-browser-protocol-issue.aspx


 --2012 Budget Proposal Includes Significant Increase in Cyber Security Spending
(February 15, 16 & 17, 2011)
The White House's 2012 budget proposal includes an overall increase in
cyber security research spending of 35 percent, bringing the total
proposed allocations to US $548 million.  Requested funding for
government IT overall is about the same as the previous year.
http://www.computerworld.com/s/article/9209461/Obama_seeks_big_boost_in_cybersecu
rity_spending?taxonomyId=82
http://www.nextgov.com/nextgov/ng_20110216_3295.php?oref=topnews
http://www.washingtonpost.com/wp-
dyn/content/article/2011/02/16/AR2011021606872.html
[Editor's Comment (Northcutt): R&D might be better served by making the
business climate for startups in security more favorable. ]

Correction:
In our last issue, we provided an incorrect date for Matt Miszewski's

00586

resignation from Microsoft; Mr. Miszewski resigned as of December 31, 2010.
http://www.computerworld.com/s/article/9209119/Microsoft_accuses_former_manager_o
f_stealing_600MB_of_confidential_docs?taxonomyId=144

**************************************************************************
The Editorial Board of SANS NewsBites

Eugene Schultz, Ph.D., CISM, CISSP, GLSC is CTO of Emagined Security and
the author/co-author of books on Unix security, Internet security,
Windows NT/2000 security, incident response, and intrusion detection and
prevention. He was also the co-founder and original project manager of
the Department of Energy's Computer Incident Advisory Capability (CIAC).

John Pescatore is Vice President at Gartner Inc.; he has worked in
computer and network security since 1978.

Stephen Northcutt founded the GIAC certification and currently serves
as President of the SANS Technology Institute, a post graduate level IT
Security College, www.sans.edu.

Dr. Johannes Ullrich is Chief Technology Officer of the Internet Storm
Center and Dean of the Faculty of the graduate school at the SANS
Technology Institute.

Ed Skoudis is co-founder of Inguardians, a security research and
consulting firm, and author and lead instructor of the SANS Hacker
Exploits and Incident Handling course.

Rob Lee is the curriculum lead instructor for the SANS Institute's
computer forensic courses (computer-forensics.sans.org) and a Director
at the incident response company Mandiant.

Rohit Dhamankar is a security professional currently involved in
independent security research.

Tom Liston is a Senior Security Consultant and Malware Analyst for
Inguardians, a handler for the SANS Institute's Internet Storm Center,
and co-author of the book Counter Hack Reloaded.

Dr. Eric Cole is an instructor, author and fellow with The SANS
Institute. He has written five books, including Insider Threat and he
is a founder with Secure Anchor Consulting.

Mason Brown is one of a very small number of people in the information
security field who have held a top management position in a Fortune 50
company (Alcoa).  He is leading SANS' global initiative to improve
application security.

00587

David Hoelzer is the director of research & principal examiner for Enclave Forensics and a senior fellow with the SANS Technology Institute.

Mark Weatherford, Chief Security Officer, North American Electric Reliability Corporation (NERC).

Alan Paller is director of research at the SANS Institute.

Marcus J. Ranum built the first firewall for the White House and is widely recognized as a security products designer and industry innovator.

Clint Kreitner is the founding President and CEO of The Center for Internet Security.

Brian Honan is an independent security consultant based in Dublin, Ireland.

David Turley is SANS infrastructure manager and serves as production manager and final editor on SANS NewsBites.

Please feel free to share this with interested parties via email, but no posting is allowed on web sites. For a free subscription, (and for free posters) or to update a current subscription, visit http://portal.sans.org/


-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.4.9 (Darwin)

iEYEARECAAYFAk1es/gACgkQ+LUG5KFpTkYOZQCfdquZpMA9zc1LoWRbwFvrgL0A
TWQAnRgbjVF0iYJXrz2c/U+x9ukN6djF
=jyEB
-----END PGP SIGNATURE-----

00593

**(b) (6)**

From:             **(b) (6)**
Sent:             Tuesday, January 18, 2011 1:51 PM
To:               **(b) (6)**   Brown, Michael A. RADM;   **(b) (6)**
Cc:               Stempfley, Roberta; Dean, Nicole M;   **(b) (6)**   CS&C EXEC SEC; Done, Brian; **(b) (6)**

Subject:          RE: Joint DOD-DHS Pilot Plan
Attachments:      FW: [REVIEW] 5274 - DOD and DHS Joint Cyber Pilot Plan (Due 1pm Wed 12/1/2010)

Sir,

For your awareness,                              **(b) (5)**

They have stated that electronic approval would be acceptable. **(b) (6)** has reached out for his
approval and has the hard copy for signature as well.

**(b) (6)**
Executive Secretariat
Office of Cybersecurity and Communications U.S. Department of Homeland Security
Office:  **(b) (6)**
BlackBerry:  **(b) (6)**
         **(b) (6)**


-----Original Message-----
From:  **(b) (6)**
Sent: Tuesday, January 18, 2011 1:42 PM
To: Brown, Michael A. RADM;  **(b) (6)**
Cc: Stempfley, Roberta; Dean, Nicole M;  **(b) (6)**   CS&C EXEC SEC; Done, Brian
Subject: RE: Joint DOD-DHS Pilot Plan

Sir,

Are these the correct documents?

**(b) (6)**
Executive Secretariat
Office of Cybersecurity and Communications U.S. Department of Homeland Security
Office:  **(b) (6)**
BlackBerry:  **(b) (6)**
         **(b) (6)**


-----Original Message-----
From: Brown, Michael A. RADM
Sent: Tuesday, January 18, 2011 1:35 PM
To:  **(b) (6)**
Cc: Stempfley, Roberta; Dean, Nicole M;  **(b) (6)**   CS&C EXEC SEC; Done, Brian
Subject: Re: Joint DOD-DHS Pilot Plan

**(b) (6)**

There should be a later version in November which was sent to NPPD. It has the plan and a
memo.

1

00594

Vr,
MAB

----- Original Message -----
From:                     (b) (6)
Sent: Tuesday, January 18, 2011 01:13 PM
To: Brown, Michael A. RADM
Cc: Stempfley, Roberta; Dean, Nicole M;        (b) (6)        CS&C EXEC SEC; Done, Brian
Subject: RE: Joint DOD-DHS Pilot Plan

RADM Brown,

The most recent copy I have has a comment from C+S on Oct. 9. Please find it attached. Let me
know if you need me to inquire about a more recent copy.

Thank you,

        (b) (6)
U.S. Department of Homeland Security
Office of Cybersecurity and Communications
Office:      (b) (6)
BlackBerry:      (b) (6)
             (b) (6)


-----Original Message-----
From: Done, Brian
Sent: Tuesday, January 18, 2011 12:54 PM
To: Brown, Michael A. RADM; CS&C EXEC SEC
Cc: Stempfley, Roberta; Dean, Nicole M; Done, Brian;      (b) (6)
Subject: Re: Joint DOD-DHS Pilot Plan
Importance: Low

(b) (6)  and (b) (6)

Could you please send to this distro both the draft memo and the cover letter? I definitely
don't have the final version of the cover memo that went to NPPD with the memo.

-BKD

Brian K. Done
DHS/NPPD/CS&C
M:      (b) (6)
E:        (b) (6)
---------------------------------------------------------------------------------------
--------------------------------
CS&C SharePoint Site:              (b) (7)(E)              CS&C Enterprise Architecture SharePoint
Site:              (b) (7)(E)          CS&C External Website:
http://www.dhs.gov/xabout/structure/gc_1185202475883.shtm
---------------------------------------------------------------------------------------
--------------------------------
In support of the CS&C mission, how can we most effectively enhance the security, resiliency,
and reliability of the nation's cyber and communications infrastructure?
---------------------------------------------------------------------------------------
--------------------------------
*This email message could have been sent quickly from a BlackBerry device, therefore please
excuse any clarity, grammar, or spelling mistakes.

2

00595

*Although I try to keep up with as many emails as possible, if something is time critical, please call the number listed above and/or involve other team members.
*This electronic communication (email / attachments) might have specific use, dissemination, and retention restrictions based on law, executive order, memorandum, policy, guidance, etc.
----------------------------------------------------------------------------------------
------------------------------


----- Original Message -----
From: Brown, Michael A. RADM
Sent: Tuesday, January 18, 2011 12:51 PM
To: CS&C EXEC SEC
Cc: Stempfley, Roberta; Dean, Nicole M; Done, Brian; ████████ (b) (6)
Subject: Joint DOD-DHS Pilot Plan

(b) (6) and Sam,

We sent NPPD for coordination the above plan. Believe it was sent before Thanksgiving. (b) (5)
████████████████████████████████████████████████████████
(b) (5)
████████████████████████████████████████████████████████

v/r,
MAB

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
(b) (6)      Fort Meade)
(b) (6)      (Arlington)

00596

**(b) (6)**

| | |
|---|---|
| From: | **(b) (6)** |
| Sent: | Tuesday, January 18, 2011 1:42 PM |
| To: | Brown, Michael A. RADM; **(b) (6)** |
| Cc: | Stempfley, Roberta; Dean, Nicole M; **(b) (6)** CS&C EXEC SEC; Done, Brian |
| Subject: | RE: Joint DOD-DHS Pilot Plan |
| Attachments: | DOD DHS Joint Cyber Pilot Plan Action Memo to NPPD US (v3 knc clean).doc; DOD DHS Joint Cyber Pilot Plan 11232010 DRAFT_after MAB edits (v5 comments).docx |

Sir,

Are these the correct documents?

**(b) (6)**
Executive Secretariat
Office of Cybersecurity and Communications U.S. Department of Homeland Security
Office: **(b) (6)**
BlackBerry: **(b) (6)**
**(b) (6)**


-----Original Message-----
From: Brown, Michael A. RADM
Sent: Tuesday, January 18, 2011 1:35 PM
To: **(b) (6)**
Cc: Stempfley, Roberta; Dean, Nicole M; **(b) (6)** CS&C EXEC SEC; Done, Brian
Subject: Re: Joint DOD-DHS Pilot Plan

Sam,

There should be a later version in November which was sent to NPPD. It has the plan and a memo.

Vr,
MAB

----- Original Message -----
From: **(b) (6)**
Sent: Tuesday, January 18, 2011 01:13 PM
To: Brown, Michael A. RADM
Cc: Stempfley, Roberta; Dean, Nicole M; **(b) (6)** CS&C EXEC SEC; Done, Brian
Subject: RE: Joint DOD-DHS Pilot Plan

RADM Brown,

The most recent copy I have has a comment from C+S on Oct. 9. Please find it attached. Let me know if you need me to inquire about a more recent copy.

Thank you,

**(b) (6)**
U.S. Department of Homeland Security
Office of Cybersecurity and Communications
Office: **(b) (6)**
BlackBerry: **(b) (6)**

1

00597

(b) (6)

-----Original Message-----
From: Done, Brian
Sent: Tuesday, January 18, 2011 12:54 PM
To: Brown, Michael A. RADM; CS&C EXEC SEC
Cc: Stempfley, Roberta; Dean, Nicole M; Done, Brian;   (b) (6)
Subject: Re: Joint DOD-DHS Pilot Plan
Importance: Low

(b) (6)  and  (b) (6)

Could you please send to this distro both the draft memo and the cover letter? I definitely
don't have the final version of the cover memo that went to NPPD with the memo.

-BKD

Brian K. Done
DHS/NPPD/CS&C
M:   (b) (6)
E:   (b) (6)
----------------------------------------------------------------------------------------
------------------------------
CS&C SharePoint Site:   (b) (7)(E)   CS&C Enterprise Architecture SharePoint
Site:   (b) (7)(E)   CS&C External Website:
http://www.dhs.gov/xabout/structure/gc_1185202475883.shtm
----------------------------------------------------------------------------------------
------------------------------
In support of the CS&C mission, how can we most effectively enhance the security, resiliency,
and reliability of the nation's cyber and communications infrastructure?
----------------------------------------------------------------------------------------
------------------------------
*This email message could have been sent quickly from a BlackBerry device, therefore please
excuse any clarity, grammar, or spelling mistakes.
*Although I try to keep up with as many emails as possible, if something is time critical,
please call the number listed above and/or involve other team members.
*This electronic communication (email / attachments) might have specific use, dissemination,
and retention restrictions based on law, executive order, memorandum, policy, guidance, etc.
----------------------------------------------------------------------------------------
------------------------------

----- Original Message -----
From: Brown, Michael A. RADM
Sent: Tuesday, January 18, 2011 12:51 PM
To: CS&C EXEC SEC
Cc: Stempfley, Roberta; Dean, Nicole M; Done, Brian;   (b) (6)
Subject: Joint DOD-DHS Pilot Plan

(b) (6)  and Sam,

We sent NPPD for coordination the above plan. Believe it was sent before Thanksgiving. (b) (5)
(b) (5)

00598

v/r,
MAB

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
(b) (6)        Fort Meade)
(b) (6)        (Arlington)

00599

███ (b) (6) ███

| | |
|---|---|
| From: | ███ (b) (6) ███ |
| Sent: | Tuesday, January 18, 2011 1:13 PM |
| To: | Brown, Michael A. RADM |
| Cc: | Stempfley, Roberta; Dean, Nicole M; ██ (b) (6) ██ CS&C EXEC SEC; Done, Brian |
| Subject: | RE: Joint DOD-DHS Pilot Plan |
| Attachments: | DoDDHS_Joint Cyber Pilot Plan_Preliminary Version_October 2010_DRAFT_ 10082010v7.docx |

RADM Brown,

The most recent copy I have has a comment from C+S on Oct. 9. Please find it attached. Let me know if you need me to inquire about a more recent copy.

Thank you,

███ (b) (6) ███
U.S. Department of Homeland Security
Office of Cybersecurity and Communications
Office: ███ (b) (6) ███
BlackBerry: ███ (b) (6) ███
███ (b) (6) ███

-----Original Message-----
From: Done, Brian
Sent: Tuesday, January 18, 2011 12:54 PM
To: Brown, Michael A. RADM; CS&C EXEC SEC
Cc: Stempfley, Roberta; Dean, Nicole M; Done, Brian; ███ (b) (6) ███
Subject: Re: Joint DOD-DHS Pilot Plan
Importance: Low

██(b) (6)██ and ██(b) (6)██

Could you please send to this distro both the draft memo and the cover letter? I definitely don't have the final version of the cover memo that went to NPPD with the memo.

-BKD

Brian K. Done
DHS/NPPD/CS&C
M: ███ (b) (6) ███
E: ███ (b) (6) ███
--------------------------------------------------------------------------------------------------
CS&C SharePoint Site: ███ (b) (7)(E) ███ CS&C Enterprise Architecture SharePoint
Site: ███ (b) (7)(E) ███ CS&C External Website:
http://www.dhs.gov/xabout/structure/gc_1185202475883.shtm
--------------------------------------------------------------------------------------------------
In support of the CS&C mission, how can we most effectively enhance the security, resiliency, and reliability of the nation's cyber and communications infrastructure?
--------------------------------------------------------------------------------------------------

1

00600

*This email message could have been sent quickly from a BlackBerry device, therefore please
excuse any clarity, grammar, or spelling mistakes.
*Although I try to keep up with as many emails as possible, if something is time critical,
please call the number listed above and/or involve other team members.
*This electronic communication (email / attachments) might have specific use, dissemination,
and retention restrictions based on law, executive order, memorandum, policy, guidance, etc.
----------------------------------------------------------------------------------------------
------------------------------

----- Original Message -----
From: Brown, Michael A. RADM
Sent: Tuesday, January 18, 2011 12:51 PM
To: CS&C EXEC SEC
Cc: Stempfley, Roberta; Dean, Nicole M; Done, Brian;      (b) (6)
Subject: Joint DOD-DHS Pilot Plan

(b) (6) and Sam,

We sent NPPD for coordination the above plan. Believe it was sent before Thanksgiving. (b) (5)
(b) (5)

v/r,
MAB

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
(b) (6)      Fort Meade)
(b) (6)      (Arlington)

2



00601

**(b) (6)**

| | |
|---|---|
| **From:** | Gillis, Ryan M |
| **Sent:** | Thursday, October 21, 2010 7:32 AM |
| **To:** | Cyber-Legislation |
| **Subject:** | Re: JUSTICE Talking Points on S3454 National Defense Authorization Act for Fiscal Year 2011 LRM [BL-111-325] |
| **Attachments:** | DoJ Policy Comments on S  3454 (4).docx |
| **Importance:** | High |

All,

FYI on DoJ comments on the cyber provisions (particularly the cyber pilots language) in the Defense Auth Bill. **(b) (5)**

Ryan Gillis
Director
Office of Legislative Affairs
Department of Homeland Security

---

**From:** Richardson, Christopher
**To:** Sandler, Kaiya; Delaney, David; Gillis, Ryan M; McDermott, Thomas M;   **(b) (6)**  ;   **(b) (6)**   **(b) (6)**
**Cc:**   **(b) (6)**     **(b) (6)**
**Sent:** Thu Oct 21 00:37:03 2010
**Subject:** FW: COMMENTS DUE: 3:00 P.M., THURSDAY, OCT. 21: JUSTICE Talking Points on S3454 National Defense Authorization Act for Fiscal Year 2011 LRM [BL-111-325]

**(b) (5)**  . The bill is 854 pages long, so I didn't attach it, but can send if you need me to.  Please share this with whomever else you think would be interested – I figured I would start with this group.

Christopher Richardson
Assistant General Counsel - Legislative Affairs
Office of the General Counsel
Department of Homeland Security
**(b) (6)**  (desk)
**(b) (6)**  (cell)
**(b) (6)**  (fax)

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use, or copying of this message or portion thereof is strictly prohibited. If you have received this message in error, please reply immediately to the sender and delete this message. Thank you.

---

**From:**   **(b) (6)**
**Sent:** Monday, October 18, 2010 4:12 PM
**To:** Hughes, Keith T; I&A Exec Sec; Armstrong, Chris; CAO EXECSEC; Capps, Rhonda; CFO EXEC SEC; CHCOExecSec; Corrigan, Patricia; Erkun, Mui; Forster, Anne; France, Otis; Gelfer, Elizabeth;   **(b) (6)**   Lewis, Ashley;   **(b) (6)**   MGMTExecSec; OCIO ExecSec;   **(b) (6)**     **(b) (6)**     **(b) (6)**   White, Steven; Williams, Marsha; Gnerlich, Janet;   **(b) (6)**   Marcson, Nicole; S&T Exec Sec; Wiley, Miles; CBPEXECSEC; CBPTASKING;   **(b) (6)**     **(b) (6)**   ;   **(b) (6)**     **(b) (6)**     **(b) (6)**   ;   **(b) (6)**   ;   **(b) (6)**     **(b) (6)**     **(b) (6)**   TEZAK, JOSEPH E;   **(b) (6)**     **(b) (6)**     **(b) (6)**     **(b) (6)**   Carpenter, Dea D; Cox, Rachel;

1

00602

Graziadio, Josie; Kvortek, Steve P; Levine, Laurence D; McCament, James W; McHale, Stephen T; OCC-Clearance; Busch, Philip B; Powell, Paul; Rodriguez, Miguel E; Roles, Rebecca J; Tintary, Ruth E; USCIS Exec Sec; Anderson, Kate; Chase, Michael; Cordova, Marion; DNDO Exec Sec; **(b) (6)** **(b) (6)** **(b) (6)** **(b) (6)** Dorris, Earl; **(b) (6)** NPPDExecSec; OGC ES OELD; Chuang, Theodore; **(b) (6)** Paschall, Robert; Russell, Michael; OGC ES Intel; **(b) (6)** James, Rosemary; Ratnam, Lavanya; Webb, Robert; CNE Exec Sec; Brzozowski, Christa; Bunke, Frederick; Canevari, Holly; Cissna, Francis (Lee); Cogswell, Patricia; Cohn, Alan; Cook, Mary E; Cooley, Shawn; Corti, Gianfranco; DeLong, Joshua; Dickerson, Bradley; Foley, David; Hall, Wendy; Ham, Douglas; Hannah, Tracy; Jayaram, Sanchitha; Johnson, Bryan; Kangior, Mike; Kaufman, Gail; Kearney, Patrick; Koumans, Mark; Leger-Kelley, Lesley; MacKinney, John A; McGaw, Bridger; Meyers, Deborah; Miron, Mike; **(b) (6)** **(b) (6)** Palmeri, Douglas J; Plcy Exec Sec; Scardaville, Michael; Sharp, Becca; Silver, Mariko; **(b) (6)** Walther, Kelli; **(b) (6)**
**Cc:** Mercaldo, Carlo; Button, Christopher; Dove, Stephen; Friedman, Nancy; Richardson, Christopher; Sandler, Kaiya; **(b) (6)** **(b) (6)** **(b) (6)**
**Subject:** COMMENTS DUE: 3:00 P.M., THURSDAY, OCT. 21: JUSTICE Talking Points on S3454 National Defense Authorization Act for Fiscal Year 2011 LRM [BL-111-325]

## Comments due 3:00 p.m., Thursday, October 21:

OMB has requested DHS's views on the attached (3-page) Justice's comments, which would be used as talking points to engage with the Senate Armed Services committee on S. 3454, the National Defense Authorization Act for FY 2011.

Please ensure that your comments are first cleared by any Component in which your office operates. Please provide comments by replying to this message and (a) indicating your concurrence or "no comment", or (b) explaining your comments, including specific textual changes where needed to address your comments.

If I do not hear from you by the deadline, I will assume that you concur and have no comment.

Thanks very much,

Liz

**(b) (6)**

Paralegal Specialist
Office of the General Counsel
U.S. Department of Homeland Security
(Office) **(b) (6)**
(Cell) **(b) (6)**
(Fax) **(b) (6)**

00606

███ (b) (6) ███

**From:** Brown, Michael A.
**Sent:** Wednesday, May 26, 2010 1:35 PM
**To:** ███ (b) (6) ███   ███ (b) (6) ███   ███ (b) (6) ███
███ (b) (6) ███
**Cc:** ███ (b) (6) ███   ███ (b) (6) ███
**Subject:** Re: Legal Authorities for DOD DIB Pilot

(b) (6)

I'll do several talking points later this afternoon when I return to Glebe. Ivan already sent the legal authorities info out.

Vr,
MAB

---

**From:** Delaney, David ███ (b) (6) ███
**To:** Fong, Ivan ███ (b) (6) ███   Brown, Michael A. ███ (b) (6) ███ ; Reitinger, Philip
███ (b) (6) ███
**Cc:** McConnell, Bruce ███ (b) (6) ███   Beers, Rand ███ (b) (6) ███
**Sent:** Wed May 26 12:26:55 2010
**Subject:** RE: Legal Authorities for DOD DIB Pilot

(b) (5)

David G. Delaney
Deputy Associate General Counsel
(National Protection and Programs)
Office of the General Counsel

███ (b) (6) ███
Office: ███ (b) (6) ███
Cell: ███ (b) (6) ███

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

**From:** Fong, Ivan
**Sent:** Wednesday, May 26, 2010 11:39 AM
**To:** Brown, Michael A.; Reitinger, Philip
**Cc:** McConnell, Bruce; Beers, Rand; Delaney, David
**Subject:** Legal Authorities for DOD DIB Pilot

(b) (5)

---

(b) (5)

00607

(b) (5)



00613

(b) (6)

**From:** Dean, Nicole M
**Sent:** Thursday, June 09, 2011 7:02 PM
**To:** Stempfley, Roberta
**Subject:** RE: MOA Annotated Outline

Bobbie,
These are my only additional comments beyond what is there now.  Many are the same as before.



**From:** Stempfley, Roberta
**Sent:** Thursday, June 09, 2011 11:14 AM
**To:** Dean, Nicole M;   (b) (6)
**Subject:** MOA Annotated Outline

(b) (5)

00614

█████ (b) (6) █████

| | |
|---|---|
| **From:** | Brown, Michael A. RADM |
| **Sent:** | Monday, May 16, 2011 1:53 PM |
| **To:** | McConnell, Bruce; Reitinger, Philip; Schaffer, Gregory |
| **Cc:** | Stempfley, Roberta; Ludtke, Meghan; Delaney, David; McDermott, Thomas M; Durkovich, Caitlin; Beers, Rand; █████ (b) (6) █████ |
| **Subject:** | RE: MOA Part II |

Bruce,

████████ (b) (5) ████████

Cheers,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
███ (b) (6) ███ Fort Meade)
███ (b) (6) ███ (Arlington)


-----Original Message-----
From: McConnell, Bruce
Sent: Monday, May 16, 2011 1:51 PM
To: Reitinger, Philip; Schaffer, Gregory; Brown, Michael A. RADM
Cc: Stempfley, Roberta; Ludtke, Meghan; Delaney, David; McDermott, Thomas M; Durkovich, Caitlin; Beers, Rand; ███ (b) (6) ███
Subject: Re: MOA Part II

████████████ (b) (5) ████████████
. .

----- Original Message -----
From: Reitinger, Philip
Sent: Monday, May 16, 2011 01:48 PM
To: Schaffer, Gregory; Brown, Michael A. RADM
Cc: McConnell, Bruce; Stempfley, Roberta; Ludtke, Meghan; Delaney, David; McDermott, Thomas M; Durkovich, Caitlin; Beers, Rand; ███ (b) (6) ███   ███ (b) (6) ███
Subject: Re: MOA Part II

████ (b) (5) ████

████ (b) (5) ████

Phil

----- Original Message -----
From: Schaffer, Gregory
Sent: Friday, May 13, 2011 12:50 PM
To: Brown, Michael A. RADM; Reitinger, Philip
Cc: McConnell, Bruce; Stempfley, Roberta; Ludtke, Meghan; Delaney, David; McDermott, Thomas M; Durkovich, Caitlin; Beers, Rand; 'Parkinson, Deborah' ███ (b) (6) ███
Subject: RE: MOA Part II

1

00615

**(b) (5)**

Greg

-----Original Message-----
From: Brown, Michael A. RADM
Sent: Friday, May 13, 2011 6:24 AM
To: Reitinger, Philip
Cc: Schaffer, Gregory; McConnell, Bruce; Stempfley, Roberta; Ludtke, Meghan; Delaney, David;
McDermott, Thomas M; Durkovich, Caitlin; Beers, Rand; 'Parkinson, Deborah'
Subject: RE: MOA Part II

Ladies and Gents,

Any other comments?

v/r,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
**(b) (6)** Fort Meade)
**(b) (6)** (Arlington)

-----Original Message-----
From: Reitinger, Philip
Sent: Thursday, May 12, 2011 4:35 PM
To: Brown, Michael A. RADM
Cc: Schaffer, Gregory; McConnell, Bruce; Stempfley, Roberta; Ludtke, Meghan; Delaney, David;
McDermott, Thomas M; Durkovich, Caitlin; Beers, Rand; Parkinson, Deborah
Subject: RE: MOA Part II

2

00616

(b) (5)

phil

-----Original Message-----
From: Brown, Michael A. RADM
Sent: Thursday, May 12, 2011 12:06 PM
To: Brown, Michael A. RADM; Reitinger, Philip
Cc: Schaffer, Gregory; McConnell, Bruce; Stempfley, Roberta; Ludtke, Meghan; Delaney, David;
McDermott, Thomas M; Durkovich, Caitlin
Subject: RE: MOA Part II

Sir,

(b) (5)

v/r,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
(b) (6)    Fort Meade)
(b) (6)    (Arlington)

-----Original Message-----
From: Brown, Michael A. RADM
Sent: Thursday, May 12, 2011 12:02 PM
To: Brown, Michael A. RADM; Reitinger, Philip
Cc: Schaffer, Gregory; McConnell, Bruce; Stempfley, Roberta; Ludtke, Meghan; Delaney, David;
McDermott, Thomas M; Durkovich, Caitlin
Subject: RE: MOA Part II

Sir,

Attached is the draft - I just received but haven't read it yet.

v/r,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination

3

00617

National Protection & Programs Directorate Department of Homeland Security
███(b) (6)███ Fort Meade)
███(b) (6)███ (Arlington)


-----Original Message-----
From: Brown, Michael A. RADM
Sent: Thursday, May 12, 2011 10:05 AM
To: Reitinger, Philip
Cc: Schaffer, Gregory; McConnell, Bruce; Stempfley, Roberta; Ludtke, Meghan; Delaney, David; McDermott, Thomas M; Durkovich, Caitlin
Subject: MOA Part II

Sir,

(b) (5)

v/r,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
███(b) (6)███ Fort Meade)
███(b) (6)███ (Arlington)

4

00618

**(b) (6)**

| | |
|---|---|
| From: | Dean, Nicole M |
| Sent: | Thursday, June 09, 2011 1:55 PM |
| To: | Menna, Jenny; Vickers, Randal; Rock, Lee; Kizzee, Carlos |
| Subject: | RE: NEED INFO ASAP PLEASE |

I'm good from you Jenny, need the CERT piece now.

**From:** Menna, Jenny
**Sent:** Thursday, June 09, 2011 1:18 PM
**To:** Dean, Nicole M; Vickers, Randal; Rock, Lee; Kizzee, Carlos
**Subject:** RE: NEED INFO ASAP PLEASE

Did the info I already sent answer the mail or do you still need more?               **(b) (5)**

**From:** Dean, Nicole M
**Sent:** Thursday, June 09, 2011 10:15 AM
**To:** Vickers, Randal; Rock, Lee; Menna, Jenny; Kizzee, Carlos
**Subject:** NEED INFO ASAP PLEASE
**Importance:** High

All,

LMCO is on the Hill with Lieberman and Collins staff today.  So we need to pull info together when because the questions will be coming.



(b) (5)

We need this ASAP today please.

Thanks,
Nicole

1

00619

██████ (b) (6) ██████

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Friday, September 09, 2011 10:00 AM |
| **To:** | Shabat, Matthew; Mesterhazy, Paul |
| **Cc:** | Goode, Brendan; Menna, Jenny; ███ (b) (6) ███ Eberle, Carole |
| **Subject:** | RE: NEW GAO AUDIT: NPPD Lead 351656: DOD's Efforts for Protecting the Defense Industrial Base from Cyber Threats |

██████████████ (b) (5) ██████████████

**From:** Shabat, Matthew
**Sent:** Friday, September 09, 2011 9:53 AM
**To:** Dean, Nicole M; Mesterhazy, Paul
**Cc:** Goode, Brendan; Menna, Jenny; ███ (b) (6) ███ Eberle, Carole
**Subject:** FW: NEW GAO AUDIT: NPPD Lead 351656: DOD's Efforts for Protecting the Defense Industrial Base from Cyber Threats

Nicole and Paul,

GAO is kicking off an engagement focused on DOD efforts to protect the DIB.  They would like to hold an entrance conference with NCSD on September 28.  Please advise as to whom we should have at the meeting and the level of classification for the meeting.

Thanks.

Matt

**From:** NPPD GAO OIG Liaison
**Sent:** Tuesday, August 30, 2011 1:22 PM
**To:** Shabat, Matthew; ███ (b) (6) ███ Eberle, Carole
**Cc:** 'McPoland, Michael'; NPPD GAO OIG Liaison; ███ (b) (6) ███; IP IG-GAO Liaison; Wright, Denise A; ███ (b) (6) ███ K; ███ (b) (6) ███
**Subject:** NEW GAO AUDIT: NPPD Lead 351656: DOD's Efforts for Protecting the Defense Industrial Base from Cyber Threats

Good afternoon,

With respect to the subject line new GAO audit, NPPD was assigned the "lead" for the Department. Thus, we're required to put together the entrance conference, among other things.

CS&C, based on the audit's objectives you've been assigned the lead for NPPD and we ask that you a) identify SME—and their availability, which the GAO stated they have a preference for next week to September 16th as their preferred range); b) identify a meeting location; c) determine the classification of the meeting; and d) identify other DHS components that may have an equity in this audit.

Once this has all been determined we'll forward the details (or you can reply all) to the Department Audit Liaison ██ (b) (6) ██ copied here) so they can send out the official Department invite.

As always, don't hesitate to call or e-mail me if you have any questions.  Thank you.

R/

00620



National Protection and Programs Directorate (NPPD)
Department of Homeland Security
GAO-OIG Liaison

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

**From:** (b) (6) (b) (6)
**Sent:** Friday, August 26, 2011 3:33 PM
**To:** NPPD GAO OIG Liaison
**Cc:** (b) (6) Gary, Lizzy; McPoland, Michael
**Subject:** FW: 351656 DHS Notification Letter

FYI, we received a new notification letter for an audit where NPPD will be the lead. Please let me know if you think other Components would need to be involved. I'll contact GAO and will find out when they would like to hold the entrance – they list from next week to September 16th as their preferred range of dates for the meeting. If you have a preference, please let me know a range of potential dates and I can communicate that to GAO when I speak with them.

Thanks!

(b) (6)

**From:** (b) (6) (b) (6)
**Sent:** Friday, August 26, 2011 7:59 AM
**To:** (b) (6)
**Cc:** ESLIAISON2; (b) (6) ; (b) (6) (b) (6) (b) (6)
(b) (6)
**Subject:** 351656 DHS Notification Letter

The attached file will serve as your formal notification to initiate an assignment with the Department of Homeland Security. Please forward to the appropriate DHS officials. The file attached is signed, no hard copy will follow.

If you have any questions, regarding this email, please contact me at (b) (6)

(b) (6)
*Engagement & Administrative Operations Assistant*
*Homeland Security and Justice*
(b) (6)

00621

████ (b) (6) ████

| | |
|---|---|
| **From:** | Reitinger, Philip |
| **Sent:** | Tuesday, November 30, 2010 10:10 AM |
| **To:** | Brown, Michael A. RADM; Gillis, Ryan M; Sandler, Kaiya; Richardson, Christopher; McConnell, Bruce; Delaney, David; ██ (b) (6) ██ Schaffer, Gregory |
| **Cc:** | ████ (b) (6) ████ Dorris, Earl; NPPDExecSec; ██ (b) (6) ██ ██ (b) (6) ██ Ludtke, Meghan |
| **Subject:** | RE: NPPD ACTION: FOR REVIEW: DHS Views Letter on S.3454 National Defense Authorization Act for FY 2011 |

Okay – ████████████ (b) (5) ████████████

**From:** Brown, Michael A. RADM
**Sent:** Monday, November 29, 2010 6:10 PM
**To:** Gillis, Ryan M; Sandler, Kaiya; Richardson, Christopher; Reitinger, Philip; McConnell, Bruce; Delaney, David; ██ (b) (6) ██ Schaffer, Gregory
**Cc:** ██ (b) (6) ██ Dorris, Earl; NPPDExecSec; ██ (b) (6) ██ ██ (b) (6) ██ Ludtke, Meghan
**Subject:** RE: NPPD ACTION: FOR REVIEW: COMMENTS DUE NOON, FRIDAY, NOVEMBER 5 - DHS Views Letter on S.3454 National Defense Authorization Act for FY 2011

Ryan,

████████████ (b) (5) ████████████

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
██ (b) (6) ██

**From:** Gillis, Ryan M
**Sent:** Monday, November 29, 2010 6:06 PM
**To:** Sandler, Kaiya; Richardson, Christopher; Reitinger, Philip; McConnell, Bruce; Delaney, David; ██ (b) (6) ██ Schaffer, Gregory
**Cc:** ██ (b) (6) ██ Dorris, Earl; NPPDExecSec; ██ (b) (6) ██ ██ (b) (6) ██ Ludtke, Meghan; Brown, Michael A. RADM
**Subject:** Re: NPPD ACTION: FOR REVIEW: COMMENTS DUE NOON, FRIDAY, NOVEMBER 5 - DHS Views Letter on S.3454 National Defense Authorization Act for FY 2011

(b) (6)/Greg,

████████████ (b) (5) ████████████

1

00622

Ryan Gillis
Director
Office of Legislative Affairs
Department of Homeland Security

**From:** Sandler, Kaiya
**Sent:** Monday, November 29, 2010 05:37 PM
**To:** Richardson, Christopher; Reitinger, Philip; McConnell, Bruce; Delaney, David;    (b) (6)    Gillis, Ryan M
**Cc:**    (b) (6)    Dorris, Earl; NPPDExecSec;    (b) (6)    (b) (6)    (b) (6)
Ludtke, Meghan
**Subject:** RE: NPPD ACTION: FOR REVIEW: COMMENTS DUE NOON, FRIDAY, NOVEMBER 5 - DHS Views Letter on
S.3454 National Defense Authorization Act for FY 2011

Everyone –

(b) (5)

Once NPPD has adjudicated the comments, we can go back to OMB and hopefully get clearance
ASAP.

Let me know if you have any questions.  Thanks, Kaiya

**From:** Richardson, Christopher
**Sent:** Thursday, November 25, 2010 12:09 AM
**To:** Reitinger, Philip; Sandler, Kaiya; McConnell, Bruce; Delaney, David;    (b) (6)    Gillis, Ryan M
**Cc:**    (b) (6)    Dorris, Earl; NPPDExecSec;    (b) (6)    (b) (6)    Ludtke, Meghan
**Subject:** RE: NPPD ACTION: FOR REVIEW: COMMENTS DUE NOON, FRIDAY, NOVEMBER 5 - DHS Views Letter on
S.3454 National Defense Authorization Act for FY 2011

Phil,

Here is where we stand on the views letter on the DoD authorization bill (full letter attached, text of the NPPD
portion below)

(b) (5)

2

00623

(b) (5)



00624

(b) (5)



00625



(b) (5)

Christopher Richardson
Assistant General Counsel - Legislative Affairs
Office of the General Counsel
Department of Homeland Security
(b) (6) (desk)
(b) (6) (cell)
(b) (6) (fax)

00627

Thanks,
Chris

Christopher Richardson
Assistant General Counsel - Legislative Affairs
Office of the General Counsel
Department of Homeland Security
(b) (6)      (desk)
(b) (6)      (cell)
(b) (6)      (fax)

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use, or copying of this message or portion thereof is strictly prohibited. If you have received this message in error, please reply immediately to the sender and delete this message. Thank you.

---

**From:** Reitinger, Philip
**Sent:** Wednesday, November 24, 2010 2:50 PM
**To:** Sandler, Kaiya; McConnell, Bruce; Delaney, David; (b) (6)   Gillis, Ryan M
**Cc:** Richardson, Christopher; (b) (6)   Dorris, Earl; NPPDExecSec; (b) (6)   'Sandler, Kaiya'
**Subject:** RE: NPPD ACTION: FOR REVIEW: COMMENTS DUE NOON, FRIDAY, NOVEMBER 5 - DHS Views Letter on S.3454 National Defense Authorization Act for FY 2011

(b) (5)

---

**From:** Sandler, Kaiya
**Sent:** Friday, November 05, 2010 12:42 PM
**To:** Reitinger, Philip; McConnell, Bruce; Delaney, David; (b) (6)   Gillis, Ryan M
**Cc:** Richardson, Christopher; (b) (6)   Dorris, Earl; NPPDExecSec; (b) (6)   Sandler, Kaiya
**Subject:** NPPD ACTION: FOR REVIEW: COMMENTS DUE NOON, FRIDAY, NOVEMBER 5 - DHS Views Letter on S.3454 National Defense Authorization Act for FY 2011
**Importance:** High

Phil and Bruce – attached is a revised version of the DHS Views Letter on the FY 2011 NDAA.   (b) (5)

(b) (5)

Ryan –   (b) (5)

(b) (5)

Please let me know your response to these edits. Thanks, Kaiya

---

**From:** Delaney, David
**Sent:** Wednesday, November 03, 2010 6:29 PM
**To:** Reitinger, Philip; McConnell, Bruce
**Cc:** Richardson, Christopher; (b) (6)   Dorris, Earl; NPPDExecSec; Sandler, Kaiya
**Subject:** FW: FOR REVIEW: COMMENTS DUE NOON, FRIDAY, NOVEMBER 5 - DHS Views Letter on S.3454 National Defense Authorization Act for FY 2011
**Importance:** High

7

00628

**(b) (5)**

David G. Delaney
Deputy Associate General Counsel
(National Protection and Programs)

**(b) (6)**
Office:   **(b) (6)**
Cell:   **(b) (6)**

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

---

**From:** Sandler, Kaiya
**Sent:** Wednesday, November 03, 2010 4:50 PM
**To:** Reitinger, Philip; Brown, Michael A. RADM; Schaffer, Gregory; McConnell, Bruce; Armstrong, Chris; CAO EXECSEC; Capps, Rhonda; CFO EXEC SEC; CHCOExecSec; Corrigan, Patricia; Erkun, Mui; France, Otis; Gelfer, Elizabeth; **(b) (6)** Lewis, Ashley **(b) (6)** ; **(b) (6)** MGMT Legislation; MGMTExecSec; OCIO ExecSec; **(b) (6)** **(b) (6)** **(b) (6)** **(b) (6)** White, Steven; Williams, Marsha; **(b) (6)** ; **(b) (6)** **(b) (6)** , **(b) (6)** **(b) (6)** **(b) (6)** **(b) (6)** **(b) (6)** ; IGAExecSec; Tennyson, Stephanie L; Chuang, Theodore; Paschall, Robert; Russell, Michael; OGC ES NPPD; **(b) (6)** Dorris, Earl; **(b) (6)** NPPDExecSec; Brzozowski, Christa; Bunke, Frederick; Canevari, Holly; Cissna, Francis (Lee); Cogswell, Patricia; Cohn, Alan; Cook, Mary E; Cooley, Shawn; Corti, Gianfranco; Crosswait, Mitch; DeLong, Joshua; Dickerson, Bradley; Foley, David; Hall, Wendy; Ham, Douglas; Hannah, Tracy; **(b) (6)** Jayaram, Sanchitha; Johnson, Bryan; Kangior, Mike; Kaufman, Gail; Kearney, Patrick; Leger-Kelley, Lesley; MacKinney, John A; Matthes, Justin; McGaw, Bridger; Meyers, Deborah; Miron, Mike; **(b) (6)** Olmo, Elizabeth; Palmeri, Douglas J; Plcy Exec Sec; Scardaville, Michael; Sharp, Becca; Silver, Mariko; **(b) (6)** A; Walther, Kelli; Warrick, Thomas; **(b) (6)** OGC ES OELD
**Cc:** **(b) (6)** **(b) (6)** LCDR; Friedman, Nancy; Richardson, Christopher; Sandler, Kaiya; **(b) (6)** **(b) (6)** **(b) (6)** **(b) (6)** Burkley, Bruce; Cervoni, Katia; **(b) (6)** Dodd, Timothy; Houser, David; McDonald, Christina; Stein, Lesley; Terrell, Arnella; Whalen, Mary Kate; DHS Legislative Affairs
**Subject:** FOR REVIEW: COMMENTS DUE NOON, FRIDAY, NOVEMBER 5 - DHS Views Letter on S.3454 National Defense Authorization Act for FY 2011
**Importance:** High

**COMMENTS DUE NOON, FRIDAY, NOVEMBER 5:**

Attached for your review and clearance is a draft DHS Views Letter on S.3454, the National Defense Authorization Act for FY 2011. To aid in your review, please note the following:



**(b) (5)**

Please review the attached draft and provide any comments to me by the deadline. Thanks, Kaiya

Kaiya Pontinen Sandler

00629

Attorney-Advisor
Office of the General Counsel
Department of Homeland Security
(b) (6)      (desk)
(b) (6)      (cell)

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information.  If the reader for this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use, or copying of this message or portion thereof is strictly prohibited.  If you have received this message in error, please reply immediately to the sender and delete this message.  Thank you.

00632

(b) (6)

| | |
|---|---|
| From: | Reitinger, Philip |
| Sent: | Friday, January 07, 2011 9:41 AM |
| To: | McConnell, Bruce; Brown, Michael A. RADM |
| Cc: | Schaffer, Gregory; Stempfley, Roberta |
| Subject: | RE: OMB Session Tomorrow |

Tho I think there is a reasonable chance this ███████ (b) (5)

-----Original Message-----
From: McConnell, Bruce
Sent: Friday, January 07, 2011 8:30 AM
To: Reitinger, Philip; Brown, Michael A. RADM
Cc: Schaffer, Gregory; Stempfley, Roberta
Subject: RE: OMB Session Tomorrow

(b) (5)

-----Original Message-----
From: Reitinger, Philip
Sent: Friday, January 07, 2011 7:49 AM
To: Brown, Michael A. RADM; McConnell, Bruce
Cc: Schaffer, Gregory; Stempfley, Roberta
Subject: RE: OMB Session Tomorrow

(b) (5)

Thoughts?

phil

-----Original Message-----
From: Brown, Michael A. RADM
Sent: Friday, January 07, 2011 6:23 AM
To: McConnell, Bruce; Reitinger, Philip
Cc: Schaffer, Gregory
Subject: RE: OMB Session Tomorrow

Bruce,

(b) (5)

00633

Cheers,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
(b) (6)    Fort Meade)
(b) (6)    (Arlington)


-----Original Message-----
From: McConnell, Bruce
Sent: Thursday, January 06, 2011 8:09 AM
To: Brown, Michael A. RADM; Reitinger, Philip
Cc: Schaffer, Gregory
Subject: RE: OMB Session Tomorrow

I would add at the end of Phil's summary the all caps language:

(b) (5)


-----Original Message-----
From: Brown, Michael A. RADM
Sent: Thursday, January 06, 2011 7:02 AM
To: Reitinger, Philip; McConnell, Bruce
Cc: Schaffer, Gregory
Subject: RE: OMB Session Tomorrow

Sir,

Thank you.

v/r,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
(b) (6)    Fort Meade)
(b) (6)    (Arlington)


-----Original Message-----
From: Reitinger, Philip
Sent: Thursday, January 06, 2011 6:44 AM
To: Brown, Michael A. RADM; McConnell, Bruce
Cc: Schaffer, Gregory
Subject: Re: OMB Session Tomorrow

2

00634

Yes.  Omb will host a pmc session focusing on environment to build interest in future solutions.  Omb to do initial agenda and provide to dod and dhs for comments.  **(b) (5)**

**(b) (5)**

----- Original Message -----
From: Brown, Michael A. RADM
Sent: Thursday, January 06, 2011 06:17 AM
To: McConnell, Bruce; Reitinger, Philip
Cc: Schaffer, Gregory
Subject: RE: OMB Session Tomorrow

Sir,

**(b) (5)**

v/r,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
**(b) (6)** Fort Meade)
**(b) (6)** (Arlington)

-----Original Message-----
From: McConnell, Bruce
Sent: Tuesday, January 04, 2011 6:17 PM
To: Brown, Michael A. RADM; Reitinger, Philip
Cc: Schaffer, Gregory
Subject: RE: OMB Session Tomorrow

**(b) (5)**

-----Original Message-----
From: Brown, Michael A. RADM
Sent: Tuesday, January 04, 2011 6:15 PM
To: McConnell, Bruce; Reitinger, Philip
Cc: Schaffer, Gregory
Subject: RE: OMB Session Tomorrow

Bruce,

Thanks. I talked from the first version, and DIR mentioned he talked to S2 for about 30 mins. Said it was a good talk - a **(b) (5)**

Cheers,
Mike

Mike Brown
RADM, USN

3

00635

Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
(b) (6)    Fort Meade)
(b) (6)    (Arlington)

-----Original Message-----
From: McConnell, Bruce
Sent: Tuesday, January 04, 2011 5:20 PM
To: Reitinger, Philip; Brown, Michael A. RADM
Cc: Schaffer, Gregory
Subject: RE: OMB Session Tomorrow

Actually,     (b) (5)

-----Original Message-----
From: Reitinger, Philip
Sent: Tuesday, January 04, 2011 5:01 PM
To: Brown, Michael A. RADM
Cc: Schaffer, Gregory; McConnell, Bruce
Subject: RE: OMB Session Tomorrow

Found it.

-----Original Message-----
From: Reitinger, Philip
Sent: Tuesday, January 04, 2011 4:58 PM
To: Brown, Michael A. RADM
Cc: Schaffer, Gregory; McConnell, Bruce
Subject: RE: OMB Session Tomorrow

Bruce - can you send Mike the briefing paper for S2?   phil

-----Original Message-----
From: Brown, Michael A. RADM
Sent: Tuesday, January 04, 2011 1:01 PM
To: Reitinger, Philip
Cc: Schaffer, Gregory; McConnell, Bruce
Subject: OMB Session Tomorrow

Sir,

(b) (5)

v/r,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
(b) (6)    Fort Meade)

00636
(b) (6)    (Arlington)

00649

**(b) (6)**

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Tuesday, September 27, 2011 11:22 AM |
| **To:** | Goode, Brendan |
| **Subject:** | RE: Permanent DiB Proposal |

**(b) (5)**

**From:** Goode, Brendan
**Sent:** Tuesday, September 27, 2011 9:27 AM
**To:** McDermott, Thomas M; Brown, Michael A. RADM; Dean, Nicole M
**Cc:** (b) (6)
**Subject:** RE: Permanent DiB Proposal

Spoke with (b)(6)-P.L. 86 this morning. **(b) (5)**

Brendan

Office: (b) (6)
Blackberry: (b) (6)

**From:** McDermott, Thomas M
**Sent:** Tuesday, September 27, 2011 9:21 AM
**To:** Brown, Michael A. RADM; Goode, Brendan; Dean, Nicole M
**Cc:** (b) (6)
**Subject:** RE: Permanent DiB Proposal

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk: (b) (6)
blackberry: (b) (6)
(b) (6)

**From:** Brown, Michael A. RADM
**Sent:** Tuesday, September 27, 2011 8:27 AM
**To:** Goode, Brendan; McDermott, Thomas M; Dean, Nicole M
**Cc:** (b) (6)
**Subject:** Re: Permanent DiB Proposal

1

00650

Tom,

█████████████████████ (b) (5) ████████████████████████

Vr,
MAB

**From:** Brown, Michael A. RADM
**Sent:** Tuesday, September 27, 2011 07:22 AM
**To:** Goode, Brendan; McDermott, Thomas M; Dean, Nicole M
**Cc:** ████ (b) (6) ████
**Subject:** Re: Permanent DiB Proposal

Brendan,

I'm going to meet w/██████around 1030. ████ (b) (5) ████ A DC has also been sked for next week on the topic.

Vr,
MAB

**From:** Goode, Brendan
**Sent:** Monday, September 26, 2011 08:31 PM
**To:** Brown, Michael A. RADM; McDermott, Thomas M; Dean, Nicole M
**Subject:** RE: Permanent DiB Proposal

Completely.  Confirms what I thought I understood.  Thanks.

Brendan

Office: ████ (b) (6) ████
Blackberry: ████ (b) (6) ████

**From:** Brown, Michael A. RADM
**Sent:** Monday, September 26, 2011 6:11 PM
**To:** Goode, Brendan; McDermott, Thomas M; Dean, Nicole M
**Subject:** Re: Permanent DiB Proposal

Brendan,

It's gonna be hard to type, but I'll try.

████████████████████████ (b) (5) ████████████████████████

Hope this helps.

2

00651

Vr,
MAB

**From:** Goode, Brendan
**Sent:** Monday, September 26, 2011 05:39 PM
**To:** Brown, Michael A. RADM; McDermott, Thomas M; Dean, Nicole M
**Subject:** RE: Permanent DiB Proposal

RADM Brown-

(b) (5)

Thanks,
Brendan

**From:** Goode, Brendan
**Sent:** Mon 9/26/2011 4:47 PM
**To:** Brown, Michael A. RADM; McDermott, Thomas M; Dean, Nicole M
**Subject:** RE: Permanent DiB Proposal

All-

In your inbox is ▓▓▓ last version that she sent to me, and my redline responses back to her.

Thanks,
Brendan

**From:** Brown, Michael A. RADM
**Sent:** Sun 9/25/2011 9:21 AM
**To:** Goode, Brendan
**Cc:** Dean, Nicole M
**Subject:** Permanent DiB Proposal

Brendan,

I didn't see anything in my nsanet account. (b) (5)

v/r,
MAB

3

00652

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate
Department of Homeland Security
(b) (6) (Fort Meade)
(b) (6) (Arlington)

00653

**(b) (6)**

From: Menna, Jenny
Sent: Thursday, April 07, 2011 12:22 PM
To: **(b) (6)** Kizzee, Carlos
Cc: Stempfley, Roberta; Schaffer, Gregory; Ludtke, Meghan; Delaney, David; McDermott, Thomas M; Dean, Nicole M
Subject: RE: potential effect of DIB Pilot agency analysis an login banner requirement on information sharing framework/CRADA

**(b) (5)**

From: **(b) (6)**
Sent: Thursday, April 07, 2011 12:04 PM
To: Kizzee, Carlos
Cc: Menna, Jenny; Stempfley, Roberta; Schaffer, Gregory; Ludtke, Meghan; Delaney, David; McDermott, Thomas M; Dean, Nicole M
Subject: potential effect of DIB Pilot agency analysis an login banner requirement on information sharing framework/CRADA

Carlos,

**(b) (5)**

Thanks,
(b) (6)

**(b) (6)**
Attorney Advisor (Cybersecurity), Department of Homeland Security
w: **(b) (6)**
m: **(b) (6)**

1

00656

**(b) (6)**

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Thursday, November 03, 2011 10:51 AM |
| **To:** | McConnell, Bruce |
| **Subject:** | RE: Proposal for IPC today re: DIB pilot way forward |

You aren't attaching the proposal ☺

**From:** McConnell, Bruce
**Sent:** Thursday, November 03, 2011 10:48 AM
**To:** (b) (6)          (b) (6)
**Cc:** Brown, Michael A. RADM; Stempfley, Roberta; Dean, Nicole M; Delaney, David; McDermott, Thomas M
**Subject:** Proposal for IPC today re: DIB pilot way forward

Dear Michael and Ryan,

**(b) (5)**

Any of us would be delighted to discuss this with you or your colleagues prior to the IPC.

Best regards,

Bruce

Bruce W. McConnell
Senior Counselor and Director, Cyber+Strategy
National Protection and Programs
US Department of Homeland Security
(b) (6)

1

00657

**(b) (6)**

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Monday, June 14, 2010 1:59 PM |
| **To:** | McDermott, Thomas M; **(b) (6)** |
| **Subject:** | RE: Question about D/A traffic volume with particular ISP |

**(b) (5)**

**From:** McDermott, Thomas M
**Sent:** Monday, June 14, 2010 12:32 PM
**To:** Dean, Nicole M; **(b) (6)**
**Subject:** RE: Question about D/A traffic volume with particular ISP

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:        **(b) (6)**
blackberry:  **(b) (6)**
             **(b) (6)**

**From:** Dean, Nicole M
**Sent:** Thursday, June 10, 2010 5:43 PM
**To:** McDermott, Thomas M; **(b) (6)**
**Cc:** Benack, Donald; Donelan, Sean; Coose, Matt; Platon, Bryan; 'Loveridge, Eric'; Funk, David
**Subject:** RE: Question about D/A traffic volume with particular ISP

**(b) (5)**

**From:** McDermott, Thomas M
**Sent:** Thursday, June 10, 2010 4:56 PM
**To:** Dean, Nicole M; **(b) (6)**
**Cc:** Benack, Donald; Donelan, Sean; Coose, Matt; Platon, Bryan; Loveridge, Eric; Funk, David
**Subject:** RE: Question about D/A traffic volume with particular ISP

**(b) (5)**

1

00658

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:          (b) (6)
blackberry:    (b) (6)
              (b) (6)

---

**From:** Donelan, Sean
**Sent:** Thursday, June 10, 2010 3:55 AM
**To:** Coose, Matt; McDermott, Thomas M
**Cc:** Dean, Nicole M; Benack, Donald
**Subject:** RE: Question about D/A traffic volume with particular ISP

Tom,

(b) (5)

We expect to receive updated information directly from the agencies by the end of the month when t (b) (5)

(b) (5)

Sean.

---

**From:** Coose, Matt
**Sent:** Tuesday, June 08, 2010 5:23 PM
**To:** McDermott, Thomas M
**Cc:** Dean, Nicole M; Benack, Donald; Donelan, Sean
**Subject:** RE: Question about D/A traffic volume with particular ISP

Tom,

We do have a lot of this info or access to it.  See attached presentation (b) (5)

(b) (5)

Don and Sean can provide you more details if needed.

(b) (5)

Hope this helps!

Vr,
Matt

00662

████ (b) (6) ████

From:          Menna, Jenny
Sent:          Wednesday, January 20, 2010 9:34 AM
To:            ████ (b) (6) ████
Cc:            Eberle, Carole; Dean, Nicole M
Subject:       RE: Re P12 way forward on DIB model

Hi (b) (6)

████████████ (b) (5) ████████████

Jenny

-----Original Message-----
From:          ████ (b) (6) ████
Sent: Wednesday, January 20, 2010 9:25 AM
To: Menna, Jenny
Subject: Fwd: Re P12 way forward on DIB model

typo..

----- Forwarded Message -----
From:          ████ (b) (6) ████
To: "jenney menna"  ████ (b) (6) ████
Cc: "carole eberle"  ████ (b) (6) ████
Sent: Wednesday, January 20, 2010 9:11:57 AM GMT -05:00 US/Canada Eastern
Subject: Re P12 way forward on DIB model

████████████ (b) (5) ████████████

00663

(b) (5)

(b) (6)

00667

██ (b) (6) ██

**From:** Brown, Michael A.
**Sent:** Friday, September 17, 2010 6:42 AM
**To:** ██ (b) (6) ██ ██ (b) (6) ██ ██ (b) (6) ██
██ (b) (6) ██ ██ (b) (6) ██ ██ (b) (6) ██
██ (b) (6) ██
**Subject:** Re: Revised DIB Pilot Plan

Sir,

I'm ok with that – ████████████ (b) (5) ████████████

Vr,
Mike

**From:** Reitinger, Philip ██ (b) (6) ██ Reitinger, Philip ██ (b) (6) ██ Ludtke, Meghan
**To:** Brown, Michael A. ██ (b) (6) ██
██ (b) (6) ██ Fong, Ivan ██ (b) (6) ██ Delaney, David ██ (b) (6) ██
McConnell, Bruce ██ (b) (6) ██ McDermott, Thomas M < ██ (b) (6) ██
**Sent:** Fri Sep 17 06:36:50 2010
**Subject:** RE: Revised DIB Pilot Plan

████████████ (b) (5) ████████████

**From:** Brown, Michael A. ██ (b) (6) ██
**Sent:** Thursday, September 16, 2010 9:23 PM
**To:** Reitinger, Philip; Ludtke, Meghan; Fong, Ivan; Brown, Michael; Delaney, David; McConnell, Bruce; McDermott, Thomas M
**Subject:** RE: Revised DIB Pilot Plan

Sir,

██████████████████████ (b) (5) ██████████████████████

v/r,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
██ (b) (6) ██

**From:** Reitinger, Philip ██ (b) (6) ██
**Sent:** Thursday, September 16, 2010 8:01 PM
**To:** Ludtke, Meghan; Fong, Ivan; Brown, Michael; Delaney, David; McConnell, Bruce; McDermott, Thomas M
**Subject:** Re: Revised DIB Pilot Plan

1

00668

**(b) (5)**

---

**From:** Reitinger, Philip
**To:** Ludtke, Meghan; Fong, Ivan;          (b) (6)          (b) (6)          Delaney, David; McConnell,
Bruce; McDermott, Thomas M
**Sent:** Thu Sep 16 19:53:32 2010
**Subject:** Re: Revised DIB Pilot Plan

**(b) (5)**

---

**From:** Ludtke, Meghan
**To:** Fong, Ivan; Reitinger, Philip;          (b) (6)          (b) (6)          Delaney, David; McConnell,
Bruce; McDermott, Thomas M
**Sent:** Thu Sep 16 19:49:29 2010
**Subject:** Fw: Revised DIB Pilot Plan

**(b) (5)**

Meghan Ludtke
Associate General Counsel for National Protection and Programs
Office of the General Counsel
(b) (6)
(b) (6)    (cell)

---

**From:** McDermott, Thomas M <          (b) (6)
**To:** Reitinger, Philip          (b) (6)          ; McConnell, Bruce          (b) (6)          Brown, Michael A.
          (b) (6)          Dean, Nicole M          (b) (6)
**Cc:** Ludtke, Meghan          (b) (6)
**Sent:** Wed Sep 15 15:33:03 2010
**Subject:** Revised DIB Pilot Plan

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:          (b) (6)
blackberry:          (b) (6)
          (b) (6)

00669

**To:** Dean, Nicole M; Mesterhazy, Paul; Stempfley, Roberta
**Cc:** Stubbs, Lee
**Subject:** RE: S1 BM Tasker follow up

Nicole,

NP, the 10th floor is for Paul, and there is not much in the way of an update, but I am hoping we have a little bit more of a defined timeline (b) (5)

...I will get everything put together and consolidated just need individual input on the issues that are in each of your lanes...thanks again!!!

Very respectfully,

(b) (6)
Lieutenant Commander, USN
Special Assistant to Deputy Assistant Secretary
Cybersecurity and Communications
U.S. Department of Homeland Security
National Protection and Programs Directorate

work  (b) (6)       fax:  (b) (6)
cell:  (b) (6)      Pager:  (b) (6)
NIPR:  (b) (6)
SIPR/HSDN:  (b) (6)
JWICS:  (b) (6)

---

**From:** Dean, Nicole M
**Sent:** Friday, November 12, 2010 1:55 PM
**To:**  (b) (6)   Mesterhazy, Paul; Stempfley, Roberta
**Cc:** Stubbs, Lee
**Subject:** Re: S1 BM Tasker follow up

Brad
I can't do 10th floor, but will send DIB update as soon as I get to my computer, in about an hour. Are you consolidating responses?

Nicole

---

**From:**  (b) (6)
**Sent:** Friday, November 12, 2010 01:46 PM
**To:** Mesterhazy, Paul; Stempfley, Roberta; Dean, Nicole M
**Cc:** Stubbs, Lee
**Subject:** FW: S1 BM Tasker follow up

All,

Here is the original tasker that was sent out braking down areas that S1 wants updates on.

3

00670

Very respectfully,

█ (b) (6) █
Lieutenant Commander, USN
Special Assistant to Deputy Assistant Secretary
Cybersecurity and Communications
U.S. Department of Homeland Security
National Protection and Programs Directorate

work: █ (b) (6) █    fax: █ (b) (6) █
cell: █ (b) (6) █    Pager: █ (b) (6) █
NIPR: █ (b) (6) █
SIPR/HSDN: █ (b) (6) █
JWICS: █ (b) (6) █

---

**From:** █ (b) (6) █
**Sent:** Friday, November 12, 2010 11:23 AM
**To:** █ (b) (6) █
**Subject:** FW: S1 BM Tasker follow up

Brad,

Here is the original email you previously sent.

Thank you,

█ (b) (6) █
Executive Secretariat
Office of Cybersecurity and Communications
U.S. Department of Homeland Security
Office: █ (b) (6) █
BlackBerry: █ (b) (6) █
█ (b) (6) █

---

**From:** █ (b) (6) █
**Sent:** Tuesday, November 09, 2010 3:02 PM
**To:** CS&C EXEC SEC
**Subject:** FW: S1 BM Tasker follow up

Here you go and if NCSD has questions please let me know and I can talk to them.

What I have for the BM right now is:

█████████████ (b) (5) ████████████

00671



(b) (5)

Very respectfully,

(b) (6)

Lieutenant Commander, USN
Special Assistant to Deputy Assistant Secretary
Cybersecurity and Communications
U.S. Department of Homeland Security
National Protection and Programs Directorate

work: (b) (6)    fax: (b) (6)
cell: (b) (6)    Pager: (b) (6)
NIPR: (b) (6)
SIPR/HSDN: (b) (6)
JWICS: (b) (6)

00680

**(b) (6)**

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Monday, November 21, 2011 11:05 AM |
| **To:** | McDermott, Thomas M; Goode, Brendan; **(b) (6)** Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean |
| **Cc:** | Delaney, Laura; **(b) (6)** **(b) (6)** **(b) (6)** Jacobs, Michael; Arnold, Patrick; Allen, Brian |
| **Subject:** | RE: Status on JCSP Transition Activities |
| **Attachments:** | JCSS POAM 18Nov11nmd.docx |

Updated to include RADM's comment on **(b) (5)**

**From:** McDermott, Thomas M
**Sent:** Monday, November 21, 2011 9:51 AM
**To:** Goode, Brendan; **(b) (6)** Dean, Nicole M; Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean
**Cc:** Delaney, Laura; **(b) (6)** **(b) (6)** **(b) (6)** Jacobs, Michael; Arnold, Patrick; Allen, Brian
**Subject:** RE: Status on JCSP Transition Activities

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:     **(b) (6)**
blackberry: **(b) (6)**
          **(b) (6)**

**From:** Goode, Brendan
**Sent:** Monday, November 21, 2011 9:49 AM
**To:** McDermott, Thomas M; **(b) (6)** Dean, Nicole M; Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean
**Cc:** Delaney, Laura; **(b) (6)** **(b) (6)** **(b) (6)** Jacobs, Michael; Arnold, Patrick; Allen, Brian
**Subject:** RE: Status on JCSP Transition Activities

**(b) (5)**

**From:** McDermott, Thomas M
**Sent:** Monday, November 21, 2011 9:43 AM
**To:** Goode, Brendan; **(b) (6)** Dean, Nicole M; Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean
**Cc:** Delaney, Laura; **(b) (6)** **(b) (6)** **(b) (6)** Jacobs, Michael; Arnold, Patrick; Allen, Brian
**Subject:** RE: Status on JCSP Transition Activities

00681



(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk: (b) (6)
blackberry: (b) (6)
(b) (6)

**From:** Goode, Brendan
**Sent:** Monday, November 21, 2011 8:29 AM
**To:** McDermott, Thomas M; (b) (6) Dean, Nicole M; Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean
**Cc:** Delaney, Laura; (b) (6) (b) (6) (b) (6) (b) (6) Jacobs, Michael; Arnold, Patrick; Allen, Brian; (b) (6)
**Subject:** Status on JCSP Transition Activities

All-

Below is a short summary of activities from Friday and over the weekend regarding progress on transition.



(b) (5)

00682



(b) (5)

Thanks,
Brendan

00696

notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please reply immediately to the sender and delete this message.  Thank you.

---

**From:** Reitinger, Philip         **(b) (6)**
**Sent:** Monday, May 09, 2011 2:31 PM
**To:** McDermott, Thomas M; Reitinger, Philip
**Cc:** Ludtke, Meghan; Delaney, David; Parkinson, Deborah P; McConnell, Bruce
**Subject:** RE: Tuesday Discussion with DOJ re '   **(b) (5)**

**(b) (5)**

phil

---

**From:** McDermott, Thomas M       **(b) (6)**
**Sent:** Monday, May 09, 2011 2:02 PM
**To:** Reitinger, Philip
**Cc:** Ludtke, Meghan; Delaney, David; Parkinson, Deborah P; McConnell, Bruce
**Subject:** Tuesday Discussion with DOJ re '   **(b) (5)**

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:     **(b) (6)**
blackberry:   **(b) (6)**
    **(b) (6)**

---

**From:** Delaney, David
**Sent:** Tuesday, May 03, 2011 12:28 PM
**To:** McDermott, Thomas M; Reitinger, Philip; Gillis, Ryan M; Parkinson, Deborah; McConnell, Bruce;
    **(b) (6)**     Beers, Rand

00697

**Cc:** Ludtke, Meghan; ██ (b) (6) ██ Stempfley, Roberta; Brown, Michael A. RADM
**Subject:** RE: Cyber legislation status

**(b) (5)**

David G. Delaney
Deputy Associate General Counsel
(National Protection and Programs)

██ (b) (6) ██
Office: ██ (b) (6) ██
Cell: ██ (b) (6) ██

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

**From:** McDermott, Thomas M
**Sent:** Tuesday, May 03, 2011 8:38 AM
**To:** Reitinger, Philip; Gillis, Ryan M; Parkinson, Deborah; McConnell, Bruce; ██ (b) (6) ██ Beers, Rand
**Cc:** Ludtke, Meghan; Delaney, David; ██ (b) (6) ██ Stempfley, Roberta; Brown, Michael A. RADM
**Subject:** Re: Cyber legislation status

**(b) (5)**

Thomas McDermott
Office of the General Counsel
U.S. Department of Homeland Security
ph: ██ (b) (6) ██
bb: ██ (b) (6) ██
Sent from my blackberry device

**From:** Reitinger, Philip
**Sent:** Tuesday, May 03, 2011 08:23 AM
**To:** Gillis, Ryan M; Parkinson, Deborah; McConnell, Bruce; ██ (b) (6) ██ < ██ (b) (6) ██ Beers, Rand
**Cc:** McDermott, Thomas M; Ludtke, Meghan; Delaney, David; ██ (b) (6) ██ Stempfley, Roberta; Brown, Michael A. RADM
**Subject:** RE: Cyber legislation status

**(b) (5)**

3

00698

phil

**From:** Gillis, Ryan M
**Sent:** Tuesday, May 03, 2011 8:17 AM
**To:** Parkinson, Deborah; Reitinger, Philip; McConnell, Bruce; ████ (b) (6) ████ Beers, Rand
**Cc:** McDermott, Thomas M; Ludtke, Meghan; Delaney, David; ██ (b) (6) ██ Stempfley, Roberta; Brown, Michael A. RADM
**Subject:** Re: Cyber legislation status
**Importance:** High

Folks,

(b) (5)

Ryan Gillis
Director
Office of Legislative Affairs
Department of Homeland Security

**From:** Gillis, Ryan M
**Sent:** Monday, May 02, 2011 09:45 AM
**To:** Parkinson, Deborah; Reitinger, Philip; McConnell, Bruce; 'Schaffer, Gregory' < ████ (b) (6) ████ Beers,
Rand
**Cc:** McDermott, Thomas M; Ludtke, Meghan; Delaney, David; ██ (b) (6) ██ Stempfley, Roberta; Brown, Michael A. RADM
**Subject:** Cyber legislation status

(b) (5)

4

00703

**(b) (6)**

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Monday, November 21, 2011 11:18 AM |
| **To:** | McConnell, Bruce; Brown, Michael A. RADM; ▮(b) (6)▮ Stempfley, Roberta |
| **Subject:** | RE: Updated POA&M for DIB Pilot |
| **Attachments:** | JCSS POAM 18Nov11nmd.docx |

Here's the updated transition ▮ (b) (5) ▮

**From:** McConnell, Bruce
**Sent:** Sunday, November 20, 2011 7:36 PM
**To:** Brown, Michael A. RADM; Dean, Nicole M; ▮(b) (6)▮ Stempfley, Roberta
**Subject:** Re: Updated POA&M for DIB Pilot

This looks very good. ▮ (b) (5) ▮

In addition, ▮ (b) (5) ▮

▮ (b) (5) ▮

B

**From:** Brown, Michael A. RADM
**Sent:** Friday, November 18, 2011 07:51 AM
**To:** Dean, Nicole M; 'Schaffer, Gregory' <▮(b) (6)▮ McConnell, Bruce; Stempfley, Roberta
**Subject:** RE: Updated POA&M for DIB Pilot

Nicole,

▮ (b) (5) ▮

00704

v/r,
MAB

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate
Department of Homeland Security
(b) (6)  (Fort Meade)
(b) (6)  (Arlington)

---

**From:** Dean, Nicole M
**Sent:** Thursday, November 17, 2011 9:07 PM
**To:** Schaffer, Gregory; Brown, Michael A. RADM; McConnell, Bruce; Stempfley, Roberta
**Subject:** Updated POA&M for DIB Pilot

All,
Here's the updated ███████████████ (b) (5) ████████████████████
████████████████████████████████████████████  Please let me know if
there are any questions.

Nicole

00707

▓▓▓▓ (b) (6) ▓▓▓▓

---

**From:** Goode, Brendan
**Sent:** Wednesday, September 28, 2011 10:33 PM
**To:** Rock, Lee; Menna, Jenny; Dean, Nicole M; Mesterhazy, Paul; Smith, Mike C; ▓(b) (6)▓ McDermott, Thomas M; Delaney, Laura; ▓(b) (6)▓ ▓(b) (6)▓
**Subject:** Updated S2 Cyber Strategy briefing

All-

Attached are updates to those terrible charts from this morning ☺

We are on the schedule to meet with RADM Brown tomorrow at 2 PM to do another walkthrough.  Take a look and see if I captured the notes accurately and fully and to see if there is anything else that I am missing.  The earlier the feedback I get, the more likely we can get them incorporated.

Thanks,
Brendan

-----------------------------------

Brendan W Goode

Director, Network Security Deployment
National Cyber Security Division
Department of Homeland Security

Office: ▓(b) (6)▓
Blackberry ▓(b) (6)▓
▓(b) (6)▓



00713

**(b) (6)**

| | |
|---|---|
| From: | Royster, Kristin |
| Sent: | Wednesday, June 30, 2010 5:37 PM |
| To: | Reitinger, Philip;  **(b) (6)**    **(b) (6)**    **(b) (6)** |
| | **(b) (6)**    DISES OSD OUSDI' |
| Cc: | Schaffer, Gregory;  (b)(3)-P.L. 86-36    **(b) (6)** |
| | **(b) (6)**    '; Brown, Michael A.; McConnell, Bruce;   **(b) (6)**   Ms HQE NII/DoD- |
| | CIO';    **(b) (6)**    Baker, James A. (ODAG) (SMO); Chipman, Jason (SMO); |
| | 'Finifter, Cynthia '; Hopkins, Michelle; Dorville, Kristina; Conroy, Julia; |
| | **(b) (6)**    'Worthington, Anne CTR OSD OUSDI';    **(b) (6)** |
| | **(b) (6)**    **(b) (6)**    **(b) (6)**   Delaney, David; |
| | **(b) (6)**    'Royster, Kristin'; Kizzee, Carlos; 'Schelble, Michael'; |
| | **(b) (6)**    (b)(3)-P.L. 86-36   'Conover, Brynn R';  (b)(3)-P.L. 86-36 |
| | 'Winters, George ';  (b)(3)-P.L. 86-36    (b)(3)-P.L. 86-36    **(b) (6)** |
| | 'Baker, James A. (ODAG)'; 'Chipman, Jason';    **(b) (6)**    **(b) (6)** |
| Subject: | Read-ahead materials for July 2 ESF Operations Group Government Principals Meeting |
| Attachments: | Working_Panel_Status_June2010.v3.docx; ESF TTX_CO_20100628_v02.ppt |

ESF Operations Group Government Principals,

Attached, please find the first set of read-ahead materials for Friday's Operations Group Government Principals meeting.

Included are:

**(b) (5)**

Please note that additional materials will be sent out tomorrow.

Please let me know if you have any questions.

Thank you,
Kristin

_____

Kristin Royster
Director, CIP-Cyber Security Program
National Cyber Security Division
U.S. Department of Homeland Security
Desk:   **(b) (6)**
Cell:   **(b) (6)**

_____

**From:**   **(b) (6)**
**Sent:** Tuesday, June 29, 2010 1:33 PM
**To:** Reitinger, Philip;    **(b) (6)**    **(b) (6)**    **(b) (6)**    **(b) (6)**
DISES OSD OUSDI'
**Cc:** Schaffer, Gregory;  (b)(3)-P.L. 86-36    **(b) (6)**    **(b) (6)**   Brown, Michael A.;
McConnell, Bruce;   **(b) (6)**   Ms HQE NII/DoD-CIO';    **(b) (6)**   Baker, James A. (ODAG) (SMO);
Chipman, Jason (SMO); 'Finifter, Cynthia '; Hopkins, Michelle; Dorville, Kristina; Conroy, Julia;    **(b) (6)**
'Worthington, Anne CTR OSD OUSDI';    **(b) (6)**    **(b) (6)**   ';    **(b) (6)**

1

00715

**(b) (6)**

From:        McDermott, Thomas M
Sent:        Wednesday, September 15, 2010 3:33 PM
To:          Reitinger, Philip; McConnell, Bruce; Brown, Michael A.; Dean, Nicole M
Cc:          Ludtke, Meghan
Subject:     Revised DIB Pilot Plan

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:         **(b) (6)**
blackberry:   **(b) (6)**
       **(b) (6)**

1

00717

**(b) (6)**

From:          Brown, Michael A.
Sent:          Monday, August 23, 2010 6:59 PM
To:            Reitinger, Philip
Cc:            Schaffer, Gregory; McConnell, Bruce
Subject:       S2 DSD Meeting
Attachments:   S2 BM - DIB 23 Aug.doc; USP009639-10 25 AUG DSD RAH DIB DHS Comments.docx;
               USP009639-10 Talking Points DHS.docx

Sir,

I had a meeting and a conference call on the subject.          (b) (5)

**(b) (5)**

v/r,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
**(b) (6)**

1

00719

**(b) (6)**

| | |
|---|---|
| From: | McConnell, Bruce |
| Sent: | Tuesday, November 15, 2011 6:13 PM |
| To: | Gillis, Ryan M; Dean, Nicole M |
| Cc: | Schaffer, Gregory; Stempfley, Roberta; Brown, Michael A. RADM; Delaney, David; McDermott, Thomas M |
| Subject: | SSCI Briefing Slides |
| Attachments: | Next Steps on DIB Pilot.pptx |

**(b) (5)**

B

Bruce W. McConnell
Senior Counselor and Director, Cyber+Strategy
National Protection and Programs
US Department of Homeland Security
**(b) (6)**

1