# Exhibit 4-4

*Electronic Privacy Information Center v. Department of Homeland Security*
No. 12-00333 (GK)

Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment

Excerpts From DHS Document Production Related to Sufficiency of Search (Pt. 4)

00721

**(b) (6)**

| | |
|---|---|
| **From:** | (b) (6) |
| **Sent:** | Tuesday, December 13, 2011 12:53 PM |
| **To:** | USCERT PM; Rock, Lee; (b) (6) |
| **Cc:** | NCSD Exec Sec; Dean, Nicole M |
| **Subject:** | Tasking - DIB Pilot Transition /E-3 Briefing |

US-CERT,

Please see the email below from Nicole Dean. Lee Rock is already aware of this task.

Please provide your input to NCSD ExecSec on the high side by today, December 13th at 17:00.

Thank you,
(b) (6)

---

(b) (6)

NCSD Front Office Executive Secretariat
(b) (6)
U.S. Department of Homeland Security
Office:   (b) (6)   | BlackBerry:   (b) (6)

**From:** Dean, Nicole M
**Sent:** Tuesday, December 13, 2011 10:47 AM
**To:**   (b) (6)        (b) (6)      NSD Exec Sec; Rock, Lee
**Cc:** NCSD Exec Sec
**Subject:** RE: Tasking - DIB Pilot Transition /E-3 Briefing

This needs to be a                                                        (b) (5)
_____.

**From:**   (b) (6)
**Sent:** Tuesday, December 13, 2011 9:36 AM
**To:**   (b) (6)   NSD Exec Sec
**Cc:** NCSD Exec Sec; Dean, Nicole M
**Subject:** RE: Tasking - DIB Pilot Transition /E-3 Briefing

Hello (b) (6)

The meeting is to brief DU/S Weatherford on the topic for his benefit/situational awareness. The briefing should provide an overview of the DIB Transition.

Apologies for any confusion. Let me know if you have any other questions.

Thanks,
(b) (6)

---

(b) (6)

NCSD Front Office Executive Secretariat

1

00722

(b) (6)

U.S. Department of Homeland Security
Office: ▮(b) (6)▮ | BlackBerry: ▮(b) (6)▮

**From:** ▮(b) (6)▮
**Sent:** Tuesday, December 13, 2011 9:24 AM
**To:** ▮(b) (6)▮ NSD Exec Sec
**Cc:** NCSD Exec Sec; Dean, Nicole M
**Subject:** RE: Tasking - DIB Pilot Transition /E-3 Briefing

(b) (6)

(b) (5)

Once I have more background, I can pull together the materials that we need to provide.

(b) (6)

(b) (6)
DHS/NCSD/NSD
(b) (6)
(b) (6)  (Telework Location)
(b) (6)  (Ballston Office)
(b) (6)  (BlackBerry)

**From:** ▮(b) (6)▮
**Sent:** Tuesday, December 13, 2011 9:10 AM
**To:** NSD Exec Sec
**Cc:** NCSD Exec Sec; Dean, Nicole M
**Subject:** Tasking - DIB Pilot Transition /E-3 Briefing

NSD,

We have been asked to (b) (5) and provide a briefing deck and pre-briefing materials for a meeting with DU/S Weatherford on DIB Pilot Transition / E-3 this Thursday at 4:30PM. The slides should provide an overview of the briefing and key decision points. Nicole Dean, RADM Brown, A/S Schaffer, DA/S Stempfley and Bruce McConnell will also be in attendance.

I have attached the DIB Transition backgrounder we prepared on Friday for S2's office as a starting point.

Please return your slides and any other materials for the meeting to NCSD ExecSec by today, December 13th at 17:00.

Thank you,
(b) (6)

_____

(b) (6)
NCSD Front Office Executive Secretariat
(b) (6)

2

00723

U.S. Department of Homeland Security
Office: ▒ (b) (6) ▒ | BlackBerry: ▒ (b) (6) ▒

**From:** Casapulla, Stephen
**Sent:** Tuesday, December 13, 2011 8:59 AM
**To:** ▒ (b) (6) ▒
**Subject:** RE: Tasking - DIB Pilot Transition /E-3 Briefing

I believe Nicole will be briefing, but RADM Brown, A/S Schaffer, DA/S Stempfley and Bruce McConnell are all attending and I'm sure they will have input as well. The slides should provide an overview of the briefing and key decision points.

**From:** ▒ (b) (6) ▒
**Sent:** Tuesday, December 13, 2011 8:49 AM
**To:** Casapulla, Stephen
**Subject:** RE: Tasking - DIB Pilot Transition /E-3 Briefing

Hello Steve,

Are the briefing decks and materials for Weatherford to use? Or are they for DA/S Stempfley and/or A/S Schaffer to brief Weatherford?

Thanks,
(b) (6)

▒ (b) (6) ▒
NCSD Front Office Executive Secretariat
▒ (b) (6) ▒
U.S. Department of Homeland Security
Office: ▒ (b) (6) ▒ | BlackBerry: 202.997.2519

**From:** Casapulla, Stephen
**Sent:** Tuesday, December 13, 2011 8:39 AM
**To:** NCSD Exec Sec
**Cc:** CS&C EXEC SEC; ▒ (b) (6) ▒
**Subject:** Tasking - DIB Pilot Transition /E-3 Briefing

NCSD ExecSec,
On Thursday there is a DIB Pilot Transition / E-3 Briefing scheduled for Deputy Asst. Secretary Weatherford. In preparation for that meeting, please provide all relevant slides and pre-brief materials to CS&C ExecSec NO LATER THAN 1300 on Wednesday, December 14th for Senior Leadership Review.

The meeting with DU/S Weatherford has been scheduled for Thursday, 12/15 @ 4:30 p.m.

Feel free to contact me with any questions you may have.

Thank you for your assistance,
Steve

Stephen L. Casapulla
Director - Executive Secretariat

3

00724

Cybersecurity & Communications
Department of Homeland Security

Office:   (b) (6)
E-mail:   (b) (6)

00725

████ (b) (6) ████

| | |
|---|---|
| **From:** | Goode, Brendan |
| **Sent:** | Friday, December 09, 2011 4:10 PM |
| **To:** | Jacobs, Michael; ████ (b) (6) ████ Rock, Lee; McDermott, Thomas M; ██ (b) (6) ██ ████ (b) (6) ██ Dean, Nicole M; Delaney, Laura |
| **Subject:** | Transition targets for operations of JCSP |
| **Attachments:** | Phased Transition of Working Relationship with ISP.docx |

All-

████████████████ (b) (5) ████████████████

Please note that the action/issues list will continue to grow as we work through these steps.

████████████████ (b) (5) ████████████████

Again, this is not replacing any of our existing plans; it is only meant to help frame some of our day-to-day activities.

Thanks,
Brendan

00726

**(b) (6)**

| | |
|---|---|
| **From:** | McDermott, Thomas M |
| **Sent:** | Thursday, September 16, 2010 6:43 PM |
| **To:** | Reitinger, Philip; McConnell, Bruce; Brown, Michael A. |
| **Cc:** | Fong, Ivan; **(b) (6)** |



(b) (5)

Tom
Thomas McDermott
Office of the General Counsel
U.S. Department of Homeland Security
ph:   (b) (6)
bb:   (b) (6)
Sent from my blackberry device

1

00727

**(b) (6)**

| | |
|---|---|
| From: | (b) (6) |
| Sent: | Wednesday, June 30, 2010 2:38 PM |
| To: | Brown, Michael A. |
| Subject: | UPDATE (WHILE YOU WERE OUT) - AFTERNOON 30JUN |

Sir,

SES Frequently Asked Questions placed in the internal DHS folder.

CS III DoD Participants list printed out and in your Time Sensitive folder.

Are you going Friday to the ESF meeting?  (b) (5)

Very respectfully,

**(b) (6)**
Lieutenant Commander, USN
Special Assistant to Deputy Assistant Secretary
Cybersecurity and Communications
U.S. Department of Homeland Security
National Protection and Programs Directorate

| | | | |
|---|---|---|---|
| work: | (b) (6) | fax: | (b) (6) |
| cell: | (b) (6) | Pager: | (b) (6) |
| NIPR: | (b) (6) | | |
| JWICS: | (b) (6) | | |

1

00732

**(b) (6)**

From: Dean, Nicole M
Sent: Friday, June 17, 2011 2:07 PM
To: **(b) (6)**
Subject: FW: Meeting with ISP regarding DiB

Here's the trail on the mtg yesterday.

-----Original Message-----
From: McDermott, Thomas M **(b) (6)**
Sent: Thursday, June 16, 2011 8:09 AM
To: Goode, Brendan
Cc: Dean, Nicole M
Subject: Re: Meeting with ISP regarding DiB

**(b) (5)**

Thomas McDermott
Office of the General Counsel
U.S. Department of Homeland Security
ph: **(b) (6)**
bb: **(b) (6)**
Sent from my blackberry device

----- Original Message -----
From: Goode, Brendan
Sent: Thursday, June 16, 2011 07:41 AM
To: Delaney, David; McDermott, Thomas M; Dean, Nicole M
Subject: Re: Meeting with ISP regarding DiB

Response from AT&T...

**(b) (5)**

----- Original Message -----
From: Delaney, David
Sent: Thursday, June 16, 2011 07:21 AM
To: McDermott, Thomas M; Dean, Nicole M; Goode, Brendan
Subject: Re: Meeting with ISP regarding DiB

**(b) (5)**

David Delaney
C: **(b) (6)**

00733

----- Original Message -----
From: McDermott, Thomas M
Sent: Thursday, June 16, 2011 07:05 AM
To: Dean, Nicole M; Goode, Brendan
Cc: Delaney, David
Subject: Fw: Meeting with ISP regarding DiB

**(b) (5)**

Thomas McDermott
Office of the General Counsel
U.S. Department of Homeland Security
ph: **(b) (6)**
bb: **(b) (6)**
Sent from my blackberry device

----- Original Message -----
From: **(b) (6)**     Mr, DoD OGC     **(b) (6)**
Sent: Wednesday, June 15, 2011 10:27 PM
To: 'McDermott, Thomas M' <     **(b) (6)**
Subject: FW: Meeting with ISP regar

**(b) (5)**

**(b) (6)**
Associate General Counsel
DoD Office of the General Counsel
Direct: **(b) (6)**
**(b) (6)**

CAUTION: Information contained in this message may be protected by the attorney/client,
attorney work product, deliberative process or other privileges. Do not disseminate further
without approval from the Office of the DoD General Counsel.

-----Original Message-----
From: **(b)(3)-P.L. 86-36**     **(b)(3)-P.L. 86-36**
Sent: Wednesday, June 15, 2011 5:17 PM
To: **(b) (6)**     Mr, DoD OGC; **(b)(3)-P.L. 86-36**
Subject: RE: Meeting with ISP regar

**(b) (5)**

A

-----Original Message-----
From: **(b) (6)**     Mr, DoD OGC     **(b) (6)**
Sent: Wednesday, June 15, 2011 5:16 PM
To: **(b)(3)-P.L. 86-36** **(b)(3)-P.L. 86-36**
Subject: RE: Meeting with ISP regar

**(b) (5)**

**(b) (6)**

00734

Associate General Counsel
DoD Office of the General Counsel
Direct: ▮▮ (b) (6) ▮▮
▮▮ (b) (6) ▮▮

CAUTION: Information contained in this message may be protected by the attorney/client,
attorney work product, deliberative process or other privileges. Do not disseminate further
without approval from the Office of the DoD General Counsel.


-----Original Message-----
From: McDermott, Thomas M ▮▮ (b) (6) ▮▮
Sent: Wednesday, June 15, 2011 4:15 PM
To: (b)(3)-P.L. 86-36
Cc: ▮▮ (b) (6) ▮▮ Mr, DoD OGC
Subject: Meeting with ISP regar

▮▮ (b) (5) ▮▮


---------------------------

Thomas M. McDermott

Office of the General Counsel

U.S. Department of Homeland Security,

National Protection and Programs

desk: ▮▮ (b) (6) ▮▮

blackberry: ▮▮ (b) (6) ▮▮

▮▮ (b) (6) ▮▮   ▮▮ (b) (6) ▮▮

3

00735

**(b) (6)**

| | |
|---|---|
| **From:** | Ludtke, Meghan ⬛ **(b) (6)** |
| **Sent:** | Thursday, September 16, 2010 7:49 PM |
| **To:** | Fong, Ivan; Reitinger, Philip; Brown, Michael; Delaney, David; McConnell, Bruce; McDermott, Thomas M |
| **Subject:** | Fw: Revised DIB Pilot Plan |

**(b) (5)**

Meghan Ludtke
Associate General Counsel for National Protection and Programs
Office of the General Counsel
**(b) (6)**
**(b) (6)** (cell)

---

**From:** McDermott, Thomas M < **(b) (6)**
**To:** Reitinger, Philip < **(b) (6)**    McConnell, Bruce < **(b) (6)**    Brown, Michael A.
**(b) (6)**    Dean, Nicole M    **(b) (6)**
**Cc:** Ludtke, Meghan < **(b) (6)**
**Sent:** Wed Sep 15 15:33:03 2010
**Subject:** Revised DIB Pilot Plan

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:        **(b) (6)**
blackberry:  **(b) (6)**
        **(b) (6)**

i

00737

**(b) (6)**

| | |
|---|---|
| **From:** | McDermott, Thomas M |
| **Sent:** | Monday, August 16, 2010 11:58 AM |
| **To:** | Brown, Michael A.; Dean, Nicole M |
| **Cc:** | Delaney, David |
| **Subject:** | FYI -- Just sent you on JWICS the latest on the DoD DIB Pilot |

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:      **(b) (6)**
blackberry:   **(b) (6)**
          **(b) (6)**

1

00743

(b) (6)

**From:** Dean, Nicole M
**Sent:** Friday, August 20, 2010 6:06 PM
**To:** (b) (6) Stempfley, Roberta; Hedge, Christopher
**Subject:** RE: *FO REVIEW* Tasker for S2 DIB

Thanks (b) (6) - already started this and the SVTC I just left provided additional insight.
I'll finish this up this weekend.

-----Original Message-----
From: (b) (6)
Sent: Friday, August 20, 2010 4:16 PM
To: Stempfley, Kristin; Dean, Nicole M; Hedge, Christopher; (b) (6)
Subject: FW: *FO REVIEW* Tasker for S2 DIB
Importance: High

**UPDATED**
Sorry for the numerous updates - I just wanted to ensure all the documents are together.



Thanks,
(b) (6)

(b) (6)
DHS/ CS&C/ NCSD
BB: (b) (6)

-----Original Message-----
From: Royster, Kristin
Sent: Friday, August 20, 2010 12:22 PM
To: Royster, Kristin; Dean, Nicole M; (b) (6) Menna, Jenny; Hanson, Eric; Morrison,
Brian; Denning, John; Casapulla, Stephen; (b) (6) McElroy, Deron T
Cc: NCSD Exec Sec; Lambo, Brett; Walsh, Bridgette

00744

Subject: RE: Tasker for S2 DIB

Here are the TPs on Cyber Storm III and NCIRP as well as backgrounder documents for both.

The NCIRP backgrounder deck is the deck from the recent DC.

KR

-----Original Message-----
From: Royster, Kristin
Sent: Friday, August 20, 2010 11:21 AM
To: Dean, Nicole M;  (b) (6)  Menna, Jenny; Hanson, Eric;  (b) (6)  Denning, John;
Casapulla, Stephen;  (b) (6)  McElroy, Deron T
Cc: NCSD Exec Sec
Subject: RE: Tasker for S2 DIB

(b) (6)

Here's the first set of documents:

(b) (5)

-----Original Message-----
From: Dean, Nicole M
Sent: Friday, August 20, 2010 8:59 AM
To:  (b) (6)  Royster, Kristin; Menna, Jenny; Hanson, Eric;  (b) (6)  Denning,
John; Casapulla, Stephen;  (b) (6)  McElroy, Deron T
Cc: NCSD Exec Sec
Subject: RE: Tasker for S2 DIB
Importance: High

All,

(b) (5)

Thanks,
Nicole

00745

-----Original Message-----
From: ▓▓ (b) (6) ▓▓
Sent: Thursday, August 19, 2010 9:05 PM
To: Royster, Kristin; Menna, Jenny; Hanson, Eric; Dean, Nicole M
Cc: NCSD Exec Sec
Subject: Fw: Tasker for S2 DIB

Kristin -
FYI. We received a task to prepare a backgrounder for S2s meeting on the DIB pilot. CS&C
might draft but I wanted to give you a heads up.

Thanks,
(b) (6)


Sent from my Blackberry Wireless Device.

----- Original Message -----
From: ▓▓▓▓ (b) (6) ▓▓▓▓
To: ▓ (b) (6) ▓   ▓ (b) (6) ▓
Cc: CS&C EXEC SEC
Sent: Thu Aug 19 19:56:02 2010
Subject: RE: Tasker for S2 DIB

Brad,

Attached is the tasker I just sent up. RADM said he will be sending more details. As soon as
you know anything, please let me know. It is due from NCSD tomorrow at 3:00.

Thank you,

▓▓ (b) (6) ▓▓
Executive Secretariat
Office of Cybersecurity and Communications U.S. Department of Homeland Security
Office: ▓ (b) (6) ▓
BlackBerry: ▓ (b) (6) ▓
▓ (b) (6) ▓


-----Original Message-----
From: ▓▓ (b) (6) ▓▓
Sent: Thursday, August 19, 2010 7:47 PM
To: ▓ (b) (6) ▓   ▓ (b) (6) ▓
Subject: Tasker for S2 DIB

▓ (b) (6) ▓

    Briefing will ▓▓▓▓▓▓▓ (b) (5) ▓▓▓▓▓▓▓
Looping (b) (6) in. NCSD has or will have shortly for action.
May want to let NPPD know as well.


Very respectfully,

▓ (b) (6) ▓
Lieutenant Commander, USN

3

00746

Special Assistant to Deputy Assistant Secretary Cybersecurity and Communications U.S.
Department of Homeland Security National Protection and Programs Directorate

work:    (b) (6)          fax:    (b) (6)
cell:    (b) (6)          Pager:  (b) (6)
NIPR:    (b) (6)
JWICS:   (b) (6)

00775

█████ (b) (6) █████████████████████████████████████████████

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Monday, November 21, 2011 11:18 AM |
| **To:** | McConnell, Bruce; Brown, Michael A. RADM; ████ (b) (6) ████ Stempfley, Roberta |
| **Subject:** | RE: Updated POA&M for DIB Pilot |
| **Attachments:** | JCSS POAM 18Nov11nmd.docx |

Here's the updated transition █████████ (b) (5) █████ (b) (5) █████████

████████████████ (b) (5) ████████████████████████████████████

**From:** McConnell, Bruce
**Sent:** Sunday, November 20, 2011 7:36 PM
**To:** Brown, Michael A. RADM; Dean, Nicole M; █████ (b) (6) █████; Stempfley, Roberta
**Subject:** Re: Updated POA&M for DIB Pilot

This looks very good. ████████████ (b) (5) ████████████████

█████████

In addition, ███████████ (b) (5) ████████████

████████████████ (b) (5) ████████████████████████████

B

**From:** Brown, Michael A. RADM
**Sent:** Friday, November 18, 2011 07:51 AM
**To:** Dean, Nicole M; 'Schaffer, Gregory' █████ (b) (6) █████; McConnell, Bruce; Stempfley, Roberta
**Subject:** RE: Updated POA&M for DIB Pilot

Nicole,

████████████████ (b) (5) ████████████████████████████

1

00776

v/r,
MAB

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate
Department of Homeland Security
(b) (6)      Fort Meade)
(b) (6)      (Arlington)

**From:** Dean, Nicole M
**Sent:** Thursday, November 17, 2011 9:07 PM
**To:** Schaffer, Gregory; Brown, Michael A. RADM; McConnell, Bruce; Stempfley, Roberta
**Subject:** Updated POA&M for DIB Pilot

All,

Here's the updated (b) (5)                                                    Please let me know if
there are any questions.

Nicole

00781

**(b) (6)**

| | |
|---|---|
| From: | Dean, Nicole M |
| Sent: | Tuesday, November 15, 2011 3:40 PM |
| To: | Gillis, Ryan M; Saupp, Jennifer; McConnell, Bruce |
| Subject: | RE: SSCI Staff Brief on DIB Pilot - 11-10 |
| Attachments: | DCAR_11-312-01_US_Govt_20111029_1104.pdf |

Some of the stuff on the last slide is helpful. **(b) (5)**

---

**From:** Gillis, Ryan M
**Sent:** Tuesday, November 15, 2011 1:54 PM
**To:** Saupp, Jennifer; McConnell, Bruce; Dean, Nicole M
**Subject:** RE: SSCI Staff Brief on DIB Pilot - 11-10

---

**From:** Gillis, Ryan M
**Sent:** Tuesday, November 15, 2011 12:57 PM
**To:** Saupp, Jennifer; McConnell, Bruce; Dean, Nicole M
**Subject:** SSCI Staff Brief on DIB Pilot - 11-10



(b) (5)

1

00782

(b) (5)



00785

**From:**        Goode, Brendan
**Sent:**        Wednesday, February 01, 2012 3:54 PM
**To:**          Delaney, Laura
**Subject:**     Re: RFI Package

■ **(b) (5)**

**From:** Delaney, Laura
**Sent:** Wednesday, February 01, 2012 03:50 PM
**To:** McDermott, Thomas M; Goode, Brendan; Stempfley, Roberta
**Cc:** (b) (6) ■
**Subject:** RE: RFI Package

All,



Dan is driving back from Maryland now but is available via phone if anyone needs more information.

Thanks,
Laura

(New) Work: ■ (b) (6)
BB: ■ (b) (6)

**From:** McDermott, Thomas M
**Sent:** Wednesday, February 01, 2012 2:29 PM
**To:** Goode, Brendan; Delaney, Laura; Stempfley, Roberta
**Cc:** (b) (6) ■
**Subject:** RE: RFI Package

■ **(b) (5)**

■ **(b) (5)**

1

00786

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:          (b) (6)
blackberry:    (b) (6)
          (b) (6)


**From:** Goode, Brendan
**Sent:** Wednesday, February 01, 2012 2:24 PM
**To:** Delaney, Laura; McDermott, Thomas M; Stempfley, Roberta
**Cc:**    (b) (6)
**Subject:** Re: RFI Package

(b) (5)


**From:** Delaney, Laura
**Sent:** Wednesday, February 01, 2012 02:20 PM
**To:** McDermott, Thomas M; Goode, Brendan; Stempfley, Roberta
**Cc:**    (b) (6)
**Subject:** RE: RFI Package

Tom,

(b) (5)

Thanks,
Laura

(New) Work:    (b) (6)
88:    (b) (6)

**From:** McDermott, Thomas M
**Sent:** Wednesday, February 01, 2012 2:19 PM
**To:** Goode, Brendan; Stempfley, Roberta
**Cc:** (b) (6)    Delaney, Laura
**Subject:** RE: RFI Package

(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:          (b) (6)

2

00787

blackberry: ▓▓ (b) (6)
▓▓ (b) (6)

**From:** Goode, Brendan
**Sent:** Wednesday, February 01, 2012 1:59 PM
**To:** McDermott, Thomas M; Stempfley, Roberta
**Cc:** ▓ (b) (6) ▓ Delaney, Laura
**Subject:** Re: RFI Package

▓▓▓▓ (b) (5) ▓▓▓▓

**From:** McDermott, Thomas M
**Sent:** Wednesday, February 01, 2012 01:52 PM
**To:** Stempfley, Roberta
**Cc:** ▓ (b) (6) ▓ Delaney, Laura; Goode, Brendan
**Subject:** RE: RFI Package

▓▓▓▓ (b) (5) ▓▓▓▓

▓▓▓▓ (b) (5) ▓▓▓▓

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security
National Protection and Programs
desk: ▓▓ (b) (6)
blackberry ▓ (b) (6) ▓
▓▓ (b) (6) ▓

**From:** ▓ (b) (6) ▓
**Sent:** Tuesday, January 31, 2012 3:57 PM
**To:** McDermott, Thomas M; Goode, Brendan
**Cc:** Delaney, Laura
**Subject:** RE: RFI Package

Tom-

▓▓▓▓ (b) (5) ▓▓▓▓

3

00788

**(b) (5)**

V/R,
Dan

**From:** McDermott, Thomas M
**Sent:** Tuesday, January 31, 2012 2:15 PM
**To:** Goode, Brendan;  (b) (6)
**Cc:** Delaney, Laura
**Subject:** RE: RFI Package

Brendan – Attached are my comments  (b) (5)

**(b) (5)**

Happy to discuss.

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:  (b) (6)
blackberry:  (b) (6)
(b) (6)

**From:** Goode, Brendan
**Sent:** Monday, January 30, 2012 3:59 PM
**To:** Dasher, David R.;  (b) (6)
**Cc:** Delaney, Laura; McDermott, Thomas M; Stempfley, Roberta; Parkinson, Deborah; Streufert, John
**Subject:** RFI Package

David-

Attached please find the  (b) (5)
(b) (5)

# (b) (5)

Please let us know what support that you need from us as  (b) (5)

Thanks,
Brendan

4

00789



Brendan W Goode

Director, Network Security Deployment
National Cyber Security Division
Department of Homeland Security

Office: (b) (6)
Blackberry (b) (6)
(b) (6)

00795

| | |
|---|---|
| **From:** | Parkinson, Deborah |
| **Sent:** | Tuesday, February 21, 2012 11:50 AM |
| **To:** | Royster, Kristin; Goode, Brendan; Weatherford, Mark; Schaffer, Gregory; Stempfley, Roberta; Streufert, John; McConnell, Bruce; Delaney, Laura; Menna, Jenny; Kizzee, Carlos; Mesterhazy, Paul; Shabat, Matthew; McDermott, Thomas M |
| **Cc:** | (b) (6)     Davis, Robert M |
| **Subject:** | RE: NEW media inquiry re: DIB Pilot |

(b) (5)

Minor wordsmithing edit to the 2nd bullet.

(b) (5)

With my edits:

(b) (5)

(b) (5)

1

00796

**From:**       Goode, Brendan
**Sent:**       Thursday, December 15, 2011 7:36 AM
**To:**         ████ (b) (6) ████  McDonald, Harold
**Cc:**         Delaney, Laura;  ██ (b) (6) ██ Mieszcanski, David;  ████ (b) (6) ████
**Subject:**    RE: OMB Passback Tasker Related to DIB Pilot
**Attachments:** 11.10.11 - NSS - Paper DC on DIB Pilot - SOC - 11.0005.188.pdf; DIB Pilot Evaluation Report
                120511_v1_NO SECTIONS 4 AND 5_FINAL.PDF

For all's reference, attached is the SOC and the DIB Opt-In Pilot Eval Report.  ████ (b) (5) ████



(b) (5)

**From:** ████ (b) (6) ████      ████ (b) (6) ████
**Sent:** Thursday, December 15, 2011 7:21 AM
**To:** McDonald, Harold;  ████ (b) (6) ████
**Cc:** Goode, Brendan; Delaney, Laura;  ██ (b) (6) ██ Mieszcanski, David;  ████ (b) (6) ████
**Subject:** Re: OMB Passback Tasker Related to DIB Pilot
**Importance:** High

All,

(b) (5)

00797



**(b) (5)**

Can I put something on your calendar for early next week to start walking through some of these items? **(b) (5)**

**(b) (5)**

(b) (6)

**From:** "McDonald, Harold" **(b) (6)**
**Date:** Wed, 14 Dec 2011 09:04:34 -0500
**To:** (b) (6)   (b) (6)
**Cc:** "Goode, Brendan" **(b) (6)** , "Delaney, Laura" **(b) (6)** **(b) (6)** (b) (6)   "Mieszcanski, David" **(b) (6)** **(b) (6)**
**Subject:** OMB Passback Tasker Related to DIB Pilot

(b) (6)

As part of our FY13 budget passback from OMB, we received a number of taskers. **(b) (5)**

The action items is this:

**(b) (5)**

**(b) (5)**

00803

| From: | Goode, Brendan |
|---|---|
| Sent: | Tuesday, November 15, 2011 3:53 PM |
| To: | Dean, Nicole M; NSD Front Office |
| Subject: | RE: E3-DIB Pilot Implementation Comparison.pptx |
| Attachments: | E3-DIB Pilot Implementation Comparison_v2.pptx |

Try this

**From:** Dean, Nicole M
**Sent:** Tue 11/15/2011 3:37 PM
**To:** NSD Front Office
**Subject:** FW: E3-DIB Pilot Implementation Comparison.pptx

Can we make the changes Ryan requested please?  Thanks!

**From:** Gillis, Ryan M
**Sent:** Tuesday, November 15, 2011 3:33 PM
**To:** Dean, Nicole M; McConnell, Bruce
**Subject:** RE: E3-DIB Pilot Implementation Comparison.pptx

This is good                                    (b) (5)                              A few notes:
(b) (5)

**From:** Dean, Nicole M
**Sent:** Tuesday, November 15, 2011 3:11 PM
**To:** McConnell, Bruce; Gillis, Ryan M
**Subject:** E3-DIB Pilot Implementation Comparison.pptx

Here's the chart                                    (b) (5)
                    Let me know if this is useful for Thursday.

Nicole

1

00805

All-

████████████████████████████████████████████ (b) (5) ████████████████████████████████████████████

Thanks,

(b) (6)

<< File: MSS Transition Strategy - 20120110 1721v2.docx >> << File: MSS SOO - 20120110 1721.docx >>
-----Original Appointment-----
**From:** ████ (b) (6) ████ ████ (b) (6) ████
**Sent:** Monday, January 09, 2012 8:31 AM
**To:** 'Harris, Richard'; Arnold, Patrick; ████ (b) (6) ████ ████ (b) (6) ████ ; Brown, David; Delaney, Laura; Francis
Finley; Goode, Brendan; Kizzee, Carlos; Menna, Jenny; ████ (b) (6) ████ ████ (b) (6) ████ ████ (b) (6) ████ Kinstler,
Raymond; ████ (b) (6) ████ ████ (b) (6) ████ Rock, Lee; ████ (b) (6) ████ ████ (b) (6) ████ ████ (b) (6) ████
**Cc:** Harris, Richard
**Subject:** Follow up meeting re: JCSP way forward
**When:** Wednesday, January 11, 2012 1:00 PM-3:00 PM (GMT-05:00) Eastern Time (US & Canada).
**Where:** 4401 Wilson Blvd, Suite 1006

Please note this is in our other building (Vapianos on the ground floor) on the ██ (b) (6) ██ .

2

00806

U.S. Department of Homeland Security,
National Protection and Programs
desk:          (b) (6)
blackberry:          (b) (6)
          (b) (6)

**From:**          (b) (6)
**Sent:** Wednesday, March 21, 2012 2:05 PM
**To:** McDermott, Thomas M
**Cc:** Eberle, Carole;   (b) (6)   Goode, Brendan; Delaney, Laura;   (b) (6)   Burner, Curt
**Subject:** RE: GAO Review on DOD's Efforts for Protecting the Defense Industrial Base From Cyber Threats (351656)

Tom,

Thanks for the feedback. As I understand it from Carole, the written responses are for our internal use to guide the discussion and ensure we're all on the same page. The call is from 2:00 – 3:00 tomorrow. I believe Carole sent you the invite, but if she hasn't, she will be shortly.

I'll reach out to Ryan Gillis on the HPSCI.

Here's an updated version that incorporates your comments.

(b) (6)

**From:** McDermott, Thomas M
**Sent:** Wednesday, March 21, 2012 1:45 PM
**To:**    (b) (6)
**Cc:** Eberle, Carole;   (b) (6)   Goode, Brendan; Delaney, Laura;   (b) (6)   Burner, Curt
**Subject:** Re: GAO Review on DOD's Efforts for Protecting the Defense Industrial Base From Cyber Threats (351656)



(b) (5)

2

00807

**(b) (5)**

Thomas McDermott
Office of the General Counsel
U.S. Department of Homeland Security
ph:  (b) (6)
bb:  (b) (6)
Sent from my blackberry device


**From:**  (b) (6)
**Sent:** Wednesday, March 21, 2012 11:15 AM
**To:** McDermott, Thomas M;  (b) (6)  Andrew, Emily; Falkenstein, Cindy
**Cc:** Goode, Brendan; Delaney, Laura;  (b) (6)  Eberle, Carole
**Subject:** RE: GAO Review on DOD's Efforts for Protecting the Defense Industrial Base From Cyber Threats (351656)
**Importance:** High

OGC and Privacy,

We are working on the responses to the questions on the DIB Pilot from GAO in preparation for the call tomorrow.  We specifically need input from you for the following:

**(b) (5)**

As the call is tomorrow, I need answers as soon as you can reasonably provide them today.  My apologies for the short turn around request.

Thanks,
(b) (6)


**From:** Eberle, Carole
**Sent:** Wednesday, March 14, 2012 1:30 PM
**To:**  (b) (6)  McElroy, Deron T; Odderstol, Thad;  (b) (6) ; Rock, Lee; Harris, Richard;  (b) (6)  Glick, Jeffrey;  (b) (6)  Kizzee, Carlos; Schneider, Eric
**Cc:**  (b) (6)   (b) (6) ; Menna, Jenny; Hanson, Eric; Shabat, Matthew; McElroy, Deron T; Goode, Brendan; Delaney, Laura; NSD Exec Sec; NCSD Exec Sec; McDermott, Thomas M;  (b) (6)  Royster, Kristin
**Subject:** RE: GAO Review on DOD's Efforts for Protecting the Defense Industrial Base From Cyber Threats (351656)

All - the meeting with GAO is set for March 22nd from 2:00 – 3:00 in conference room 729 (I'm also working on getting a conference bridge).  I have a POC from NSD, and will need one from CICPA, US-CERT and maybe NCCIC (Eric?) and possibly NCS (Jeff?). Please let me know who the POC is so I can send the invite.  If possible, please respond to the questions by 1200 on Tuesday, 3/20 and return them to me.

Thank you,
Carole


**From:** Eberle, Carole
**Sent:** Wednesday, March 07, 2012 5:30 PM

3

00811

**From:** (b) (6)
**Sent:** Monday, December 12, 2011 9:16 PM
**To:** Jacobs, Michael; (b) (6) Dean, Nicole M; Goode, Brendan; McDermott, Thomas M; (b) (6) Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura; (b) (6) Arnold, Patrick; Allen, Brian; Falkenstein, Cindy; Andrew, Emily; Royster, Kristin; (b) (6)
**Subject:** RE: JCSP Transition Activities
**Attachments:** CIO-CISO JCSP Meeting Agenda_FINAL_12132011.doc; JCSP Briefing to CIO and CISOs (FINAL)(13Dec11).ppt

All,

Please find attached the final briefing and meeting agenda for tomorrow's CIO/CISO meeting.

Thanks,

Carolyn

(b) (6)
DHS/NCSD/NSD
(b) (6)
(b) (6)  (Telework Location)
(b) (6)  (Ballston Office)
(b) (6)  (BlackBerry)

**From:** Jacobs, Michael
**Sent:** Monday, December 12, 2011 5:51 PM
**To:** (b) (6) Dean, Nicole M; (b) (6) Goode, Brendan; McDermott, Thomas M; (b) (6) Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura; (b) (6) Arnold, Patrick; Allen, Brian; Falkenstein, Cindy; Andrew, Emily; Royster, Kristin; (b) (6)
**Subject:** Re: JCSP Transition Activities

Adding (b) (6) to this list

**From:** Jacobs, Michael
**Sent:** Monday, December 12, 2011 05:49 PM
**To:** (b) (6) Dean, Nicole M; (b) (6) ; Goode, Brendan; McDermott, Thomas M; (b) (6) Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura; (b) (6) Arnold, Patrick; Allen, Brian; Falkenstein, Cindy; Andrew, Emily; Royster, Kristin
**Subject:** Re: JCSP Transition Activities

**(b) (5)**

Mike

**From:** (b) (6)
**Sent:** Monday, December 12, 2011 05:42 PM
**To:** Dean, Nicole M; (b) (6) ; Goode, Brendan; McDermott, Thomas M; (b) (6) Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura; (b) (6) Jacobs, Michael; Arnold, Patrick; Allen, Brian; Falkenstein, Cindy; Andrew, Emily; Royster, Kristin
**Subject:** Re: JCSP Transition Activities

1

00812

Nicole/Brendan-

Here are my quick notes....



All-

Please add to or correct any of the above that I may not have captured correctly.

Thanks,
Dan

**From:** Dean, Nicole M
**Sent:** Monday, December 12, 2011 01:53 PM
**To:** (b) (6)   Goode, Brendan; McDermott, Thomas M; (b) (6)   Rock, Lee; Harris, Richard; Menna, Jenny; Kizzee, Carlos; Coose, Matt; Smith, Mike C; Donelan, Sean; Delaney, Laura; (b) (6)   (b) (6)   Jacobs, Michael; Arnold, Patrick; Allen, Brian; Falkenstein, Cindy; Andrew, Emily; Royster, Kristin
**Subject:** RE: JCSP Transition Activities

All,
I may or may not make the call tonight.  There a few items I would like status on so if I could get notes on these topics I would appreciate it.

00813

(b) (5)

Thanks,
Nicole

3

00817

## Andrew, Emily

| | |
|---|---|
| **From:** | McDermott, Thomas M |
| **Sent:** | Monday, June 06, 2011 5:46 PM |
| **To:** | 'Callahan, Mary Ellen' |
| **Cc:** | Parkinson, Deborah; Delaney, David; Andrew, Emily; Sand, Peter |
| **Subject:** | FW: Update on DIB Pilot - Meeting Schedule |

Mary Ellen –



(b) (5)

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:          (b) (6)
blackberry:    (b) (6)
               (b) (6)

**From:**    (b) (6)
**Sent:** Monday, June 06, 2011 2:26 PM
**To:**    (b) (6)    (b)(3)-P.L. 86-36    (b) (6)    ; 'Jason.Chipman@usdoj.gov';    (b) (6)
   (b) (6)    (b) (6)    'McDermott, Thomas M'; 'Delaney, David';
'james.a.baker@usdoj.gov'; (b)(3)-P.L. 86-36 ';    (b) (6)    (b) (6), (b) (7)(C)    'Gillis, Ryan M';
Stempfley, Roberta; Brown, Michael A. RADM
**Cc:**    (b) (6)    (b) (6)    R.;    (b) (6)    (b) (6)    L.;    (b) (6)    (b) (6)
   (b) (6)
**Subject:** RE: Update on DIB Pilot - Meeting Schedule

All,

Apologies – the meeting tomorrow will begin at 4 pm vice 3:30 pm as noted below.  Apologies for any
inconvenience.

The bridge information will stay the same.

Best,
(b) (6)

Please see conference bridge information for the meeting tomorrow below:

BRIDGE NUMBER:          (b) (6)

CONFEREE PASSCODE:    (b) (6)

We will plan to discuss the draft PIA at the meeting tomorrow.

00818

Thank you,



**From:** (b) (6)
**Sent:** Monday, June 06, 2011 12:54 PM
**To:** (b) (6)   (b)(3)-P.L. 86-36   (b) (6)   'Jason.Chipman@usdoj.gov'   (b) (6)
'mcconnell bruce';   (b) (6)   I";   (b) (6)   'McDermott, Thomas M'; 'Delaney, David';
'james.a.baker@usdoj.gov'; (b)(3)-P.L. 86-36 ';   (b) (6)   (b) (6), (b) (7)(C)   ; 'Gillis, Ryan M';
Stempfley, Roberta; Brown, Michael A. RADM
**Cc:** (b) (6)   (b) (6)   ;   (b) (6)   (b) (6)   L.;   (b) (6)   (b) (6)
(b) (6)
**Subject:** Update on DIB Pilot - Meeting Schedule

All,

Thank you for your feedback regarding your availability this week – much appreciated.

Given travel, holiday, and other meeting schedules this week, I would like to propose a teleconference tomorrow, **Tuesday, June 7th at 3:30 pm** to specifically discuss the **draft PIA**.  I will circulate a bridge number later today.

We will then hold a meeting on **Monday, June 13th at 11:30 am in EEOB 439** to discuss the **action items required by the Paper DC/PC Summary of Conclusions**.  Please send any related materials in advance.

Please confirm your availability send me your WAVES information no later than the close of business **on Thursday, June 9th** for the meeting on Monday.

Any questions, please let me know.

Thank you,



**From:** (b) (6)
**Sent:** Friday, June 03, 2011 5:51 PM
**To:** (b) (6)   (b)(3)-P.L. 86-36   (b) (6)   'Jason.Chipman@usdoj.gov';   (b) (6)
'mcconnell bruce';   (b) (6)   ;   (b) (6)   ; 'McDermott, Thomas M'; 'Delaney, David';
'james.a.baker@usdoj.gov'; (b)(3)-P.L. 86-36   (b) (6)   (b) (6), (b) (7)(C)   ; 'Gillis, Ryan M';
Stempfley, Roberta; Brown, Michael A. RADM
**Cc:** (b) (6)   (b) (6)   R.; Finan, Christopher;   (b) (6)   L.;   (b) (6)   (b) (6)
(b) (6)
**Subject:** RE: Update on DIB Pilot

All,

It appears that Tuesday may be a better date for some – please advise of your availability for Tuesday.

Best,

(b) (6)

2

00819



**From:** ████ (b) (6) ████
**Sent:** Friday, June 03, 2011 5:39 PM
**To:** ████ (b) (6) ████ (b)(3)-P.L. 86-36 ████ (b) (6) ████ 'Jason.Chipman@usdoj.gov'; ████ (b) (6) ████
'mcconnell bruce'; ████ (b) (6) ████ (b) (6) ████; 'McDermott, Thomas M'; 'Delaney, David';
'james.a.baker@usdoj.gov'; (b)(3)-P.L. 86-36 ████ (b) (6) ████ (b) (6), (b) (7)(C) ████ 'Gillis, Ryan M'
**Cc:** ████ (b) (6) ████ (b) (6) ████ (b) (6) ████; ████ (b) (6) ████ L.; ████ (b) (6) ████ ████ (b) (6) ████
████ (b) (6) ████
**Subject:** RE: Update on DIB Pilot

All,

As discussed previously and communicated below, we would like to hold a meeting next week to discuss the action items directed by the Summary of Conclusions from the Paper DC/PC sent to agencies on May 6th.

We would like to propose Wednesday (June 8th) for an in person meeting. Please advise of your availability on Wednesday the 8th.

Best,
████ (b) (6) ████

**From:** ████ (b) (6) ████
**Sent:** Wednesday, May 11, 2011 8:07 PM
**To:** (b)(3)-P.L. 86-36 ████ (b) (6) ████ 'Jason.Chipman@usdoj.gov'; ████ (b) (6) ████ mcconnell bruce;
████ (b) (6) ████ (b) (6) ████; McDermott, Thomas M; 'Delaney, David'; james.a.baker@usdoj.gov;
(b)(3)-P.L. 86-36 ████; ████ (b) (6) ████ (b) (6), (b) (7)(C) ████; 'Gillis, Ryan M'
**Cc:** ████ (b) (6) ████ (b) (6) ████ (b) (6) ████; ████ (b) (6) ████ L.; ████ (b) (6) ████
**Subject:** Update on DIB Pilot

All,

Thanks again for taking the time to discuss the DIB Pilot yesterday. As the Pilot gets underway, we appreciate getting an update on the current status as well as having the opportunity to discuss the required actions from the Paper Deputies process outlined in the Summary of Conclusions.

We understand that companies will be coming online over the next few weeks and we will look forward to another status update meeting during the week of May 30/June 6th.

In addition, we would like to reinforce the following items that we discussed.

- The draft PIA is still outstanding – please send soonest so we can determine whether it will address the additional requirement included in the SOC.
- The final PIA is to be completed/made publicly available by **June 6th**.
- Because the development of messaging regarding the Pilot will need to be coordinated with the participating companies, the addendum to the Communications Plan is due by **June 6th**.
- The evaluation criteria that will be used to assess the Pilot upon its completion are due by **June 6th**.
- Following the meeting during the week of May 30/June 6th, we will hold a monthly teleconference to discuss progress.

00820

Finally, we did not discuss legislative outreach on the call yesterday, but we would like to know what briefings may be in the works and want to ensure that we have a coordinated (DOD/DHS) approach for any planned briefings.  Please let (b) (6) and me know what is planned.

Best,
(b) (6)

00821

## Andrew, Emily

| | |
|---|---|
| **From:** | Sand, Peter |
| **Sent:** | Friday, March 25, 2011 11:28 AM |
| **To:** | Callahan, Mary Ellen; John W. Kropf ▮(b) (6)▮ Andrew, Emily |
| **Subject:** | DIB Pilot Starting and Branded as a DHS program |
| **Attachments:** | PA DIB Pilot Briefing Card 2011-03-17.doc |

**Importance:**        High

MEC,

See below from RADM Brown.  I'll find out timing and exactly what DHS's role is - this could be .com traffic going to DHS and DoD.

**(b) (5)**

Alex Joel asked for a briefing.  I haven't heard from (b) (6) - we just found out through Brown yesterday.

I'll let you know more as I learn it and will push back as though we are doing a public PIA.

Pete
------
Peter E. Sand, J.D., CIPP/G
Director of Privacy Technology
Department of Homeland Security
voice: ▮(b) (6)▮  pager: ▮(b) (6)▮  ▮(b) (6)▮; www.dhs.gov/privacy
------

-----Original Message-----
From: Brown, Michael A. RADM
Sent: Thursday, March 24, 2011 3:03 PM
To: McNeely, James; Sand, Peter
Cc: Delaney, David; McDermott, Thomas M; ▮(b) (6)▮; Dean, Nicole M; ▮(b) (6)▮
(b)(3)-P.L. 86-36
Subject: FW: PA DIB Pilot Briefing Card 2011-03-17.doc

Team,

**(b) (5)**

v/r,

1

00822
MAB

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
(b) (6)      Fort Meade)
(b) (6)      (Arlington)


-----Original Message-----
From: Kudwa, Amy
Sent: Friday, March 18, 2011 1:35 PM
To: McConnell, Bruce; Brown, Michael A. RADM; Denning, John;     (b) (6)      (b) (6)

Subject: FW: PA DIB Pilot Briefing Card 2011-03-17.doc

With the caveat that I know everyone is stretched very thin right now, I received these DIB
pilot TPs from DoD OPA this morning and they're seeking our input.

In speaking with (b) (6) they're not really getting incoming on this, but want to have
something in the can for future use. She understands our operational posture at present, and
so agreed that our getting back to her on Monday was fine. Can we internally aim for 10 a.m.
Monday?

Thanks,
Amy


-----Original Message-----
From:      (b) (6)      LtCol OSD PA          (b) (6)
Sent: Friday, March 18, 2011 11:32 AM
To: 'Kudwa, Amy'
Subject: PA DIB Pilot Briefing Card 2011-03-17.doc

Amy,

As discussed yesterday, attached is DoD's DIB Opt In Pilot briefing card.  The messages come
from the coordinated communication plan that you all coordinated on, so there is nothing new.

V/r.. (b) (6)

2

00845

I'm assuming we (DHS) would require a PIA since this is related to the overall sensitive area of cybersecurity.

Although - there is a chance this could be limited to "fact of" malicious activity ("hey, we got hit with that phishing attack #27") versus actual traffic.

Then again, if they're sending over any data - including threat "indicators" which could include email addresses - then that could be PII-enough that we'd want to do a PIA.

**(b) (5)**

Alex Joel asked for a briefing.  I haven't heard from **(b) (6)** - we just found out through Brown yesterday.

I'll let you know more as I learn it and will push back as though we are doing a public PIA.

Pete
------
Peter E. Sand, J.D., CIPP/G
Director of Privacy Technology
Department of Homeland Security
voice:   **(b) (6)**   pager:   **(b) (6)**        **(b) (6)**        www.dhs.gov/privacy
------

-----Original Message-----
From: Brown, Michael A. RADM
Sent: Thursday, March 24, 2011 3:03 PM
To: McNeely, James; Sand, Peter
Cc: Delaney, David; McDermott, Thomas M;   **(b) (6)**   Dean, Nicole M;   **(b) (6)**   ; **(b)(3)-P.L. 86-3**
**(b) (6)**
Subject: FW: PA DIB Pilot Briefing Card 2011-03-17.doc

Team,

**(b) (5)**

v/r,
MAB

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
**(b) (6)**   (Fort Meade)
**(b) (6)**   (Arlington)

-----Original Message-----
From: Kudwa, Amy
Sent: Friday, March 18, 2011 1:35 PM
To: McConnell, Bruce; Brown, Michael A. RADM; Denning, John;   **(b) (6)**        **(b) (6)**
Subject: FW: PA DIB Pilot Briefing Card 2011-03-17.doc

With the caveat that I know everyone is stretched very thin right now, I received these DIB pilot TPs from DoD OPA this morning and they're seeking our input.

00846

In speaking with (b) (6) they're not really getting incoming on this, but want to have something in the can for future use. She understands our operational posture at present, and so agreed that our getting back to her on Monday was fine. Can we internally aim for 10 a.m. Monday?

Thanks,
Amy

-----Original Message-----
From: ████ (b) (6) ████ LtCol OSD PA ████ (b) (6) ████
Sent: Friday, March 18, 2011 11:32 AM
To: 'Kudwa, Amy'
Subject: PA DIB Pilot Briefing Card 2011-03-17.doc

Amy,

As discussed yesterday, attached is DoD's DIB Opt In Pilot briefing card.  The messages come from the coordinated communication plan that you all coordinated on, so there is nothing new.

V/r...(b) (6)

00864

**Andrew, Emily**

| | |
|---|---|
| From: | Sand, Peter |
| Sent: | Friday, January 13, 2012 9:16 AM |
| To: | Andrew, Emily; Falkenstein, Cindy; ████ (b) (6) ████ |
| Cc: | PIA |
| Subject: | RE: PIA NPPD JCSP - DOD comments: PRA issue |

Also - we are not collecting data from 10 or more individual using the same form... (I think that's the test), I'm not sure we're even asking any questions of anyone, we're just sending out data...

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice: ██ (b) (6) ██ pager: ██ (b) (6) ██    ██ (b) (6) ██    www.dhs.gov/privacy
------
Join lively discussions with outside experts!
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors) http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row! ██████ (b) (6) ██████ .
------

-----Original Message-----
From: Andrew, Emily
Sent: Thursday, January 12, 2012 5:31 PM
To: Sand, Peter; Falkenstein, Cindy; ██████ (b) (6) ██████
Cc: PIA
Subject: Re: PIA NPPD JCSP - DOD comments

Pete,

I'll review when I get home but we said no to pra because this is business contact info and falls under the contacts pia.  We were trying to keep those separate.  Does that make sense?

----- Original Message -----
From: Sand, Peter
Sent: Thursday, January 12, 2012 05:26 PM
To: Andrew, Emily; Falkenstein, Cindy; ████████ (b) (6) ████████    ████ (b) (6) ████
Cc: PIA
Subject: PIA NPPD JCSP - DOD comments

Pete
------
Peter E. Sand
DHS PRIV, ████ (b) (6) ████
Sent via blackberry.
Please excuse the effects of big thumbs on little keys.

----- Original Message -----

i

00865

From: ▊▊▊ (b) (6) ▊▊▊ CIV OSD POLICY ▊▊▊ (b) (6) ▊▊▊
Sent: Thursday, January 12, 2012 05:10 PM
To: Sand, Peter; Goode, Brendan
Cc: ▊▊ (b) (6) ▊▊ DISL DoD CIO ▊▊ (b) (6) ▊▊; Reheuser, Michael E SES OSD
ODAM/DPCLO ▊▊ (b) (6) ▊▊, DoD OGC ▊; ▊ (b) (6) ▊ DISL OSD POLICY ▊▊ (b) (6) ▊▊
▊ (b) (6) ▊ (b) (6) ▊ Schleien, Steven, SES, OSD-POLICY
▊ (b) (6) ▊; 'Shirley Steven SES DC3' ▊▊ (b) (6) ▊▊; ▊ (b) (6) ▊ CIV
DoD CIO ▊ (b) (6) ▊ (b) (6) ▊ CTR DoD CIO ▊ (b) (6) ▊ (b) (6) ▊;
▊ (b) (6) ▊ CIV DoD CIO ▊ (b) (6) ▊ (b) (6) ▊ CTR DoD CIO
▊ (b) (6) ▊; France, Joyce SES DoD CIO ▊ (b) (6) ▊ (b) (6) ▊ CIV
DoD CIO ▊ (b) (6) ▊
Subject: FW: [FYI/Review: Friday 8 a.m., 01/13/2012] PIA NPPD JCSP

Peter, Brendan,

Please find attached the consolidated comments from DoD. In addition to the attached, Mike
Reheuser suggests the following change:

(b) (5)

Best,

(b) (6)
Office of Cyber Policy
Department of Defense
(b) (6)

-----Original Message-----
From: Sand, Peter ▊▊ (b) (6) ▊▊
Sent: Wednesday, January 11, 2012 8:29 PM
To: Reheuser, Michael E SES OSD ODAM/DPCLO
Subject: [FYI/Review: Friday 8 a.m., 01/13/2012] PIA NPPD JCSP

Mike,

Attached please find the current version of the PIA for DHS's National Cyber Security
Division

Joint Cybersecurity Services Pilot (JCSP) - DHS's extension of DOD's DIB Pilot.

We wanted to give you a chance to see it before it published.  We're on a pretty tight
deadline so if you do have comments, please send them back by 8 a.m. this Friday, January
13th.

Thanks,

2

00866

Pete

------

Peter E. Sand, J.D., CIPP/G/IT

Director of Privacy Technology

Department of Homeland Security

voice: **(b) (6)**  pager: **(b) (6)**

**(b) (6)**  www.dhs.gov/privacy

------

Join lively discussions with outside experts!
The DHS Privacy Office Speaker Series

(open to all federal employees and contractors)

http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm

Reserve your spot in the front row!  **(b) (6)** .

------

00867

## Andrew, Emily

| From: | Richards, Rebecca |
|---|---|
| Sent: | Friday, January 13, 2012 10:21 AM |
| To: | Sand, Peter; Andrew, Emily |
| Cc: | Falkenstein, Cindy; PIA |
| Subject: | RE: PIA NPPD JCSP - DOD comments |
| Attachments: | DHS_PIA NPPD JCSP Draft 20120111 (2)_VM +DC3 edits-comments +MEC.doc |

Attaching with MEC's small comments/changes.

I await the next version.
Becky

Becky Richards
DHS Privacy Office
(b) (6)


-----Original Message-----
From: Sand, Peter
Sent: Friday, January 13, 2012 9:54 AM
To: Richards, Rebecca; Andrew, Emily
Cc: Falkenstein, Cindy; PIA
Subject: RE: PIA NPPD JCSP - DOD comments

Cindy,

DOD's line edits look fine to me.  Their questions are more for US-CERT than us so I'm going
to defer to you all on those.

(b) (5)

I'm  not going to be able to make the 11:30 call and I'll be offline (on blackberry) from
about 11:30 - 6:30, so I can work again after that if you need me for anything (and can work
via blackberry in the mean time).

Otherwise, I say work directly with Becky since she also has MEC's comments.

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice:    (b) (6)    pager:   (b) (6)      (b) (6)      www.dhs.gov/privacy
------
Join lively discussions with outside experts!
The DHS Privacy Office Speaker Series
(open to all federal employees and contractors) http://www.dhs.gov/files/events/privacy-
office-speakers-series.shtm
Reserve your spot in the front row!      (b) (6)
------


-----Original Message-----
From: Richards, Rebecca

1

00868
Sent: Friday, January 13, 2012 8:27 AM
To: Andrew, Emily;           (b) (6)
Subject: Re: PIA NPPD JCSP - DOD comments

Her comments are easily handled whenever you want them -

(b) (5)

Everything else is nits.  Tell me how to proceed. I am leaving at 1230 for NAC and back about
345.

----- Original Message -----
From: Andrew, Emily
Sent: Friday, January 13, 2012 05:24 AM
To: Richards, Rebecca;           (b) (6)
Subject: Re: PIA NPPD JCSP - DOD comments

Let's talk on how you want to handle.  Those are just my edits, we have a call scheduled with
US CERT to go over some of the questions and responses.

I'm gonna be at the NAC but will call when I can.

----- Original Message -----
From: Richards, Rebecca
Sent: Thursday, January 12, 2012 10:09 PM
To: Andrew, Emily;           (b) (6)
Subject: Fw: PIA NPPD JCSP - DOD comments

This is the version I should add MEC comments to? If so, will do and send to Pete, cindy,
(b) (6) as soon as I get in.

----- Original Message -----
From: Andrew, Emily
Sent: Thursday, January 12, 2012 09:26 PM
To: Andrew, Emily;     (b) (6)     Falkenstein, Cindy; Sand, Peter
Cc: Richards, Rebecca
Subject: RE: PIA NPPD JCSP - DOD comments

My computer is playing games again.  Here's the version with my comments.

-----Original Message-----
From: Andrew, Emily
Sent: Thursday, January 12, 2012 9:22 PM
To:     (b) (6)     Falkenstein, Cindy; Sand, Peter
Cc: Richards, Rebecca
Subject: FW: PIA NPPD JCSP - DOD comments

My comments are attached.  I wanted to make sure you had them since I won't be in the office
in the morning.

-----Original Message-----
From: Sand, Peter
Sent: Thursday, January 12, 2012 5:27 PM
To: Andrew, Emily; Falkenstein, Cindy;       (b) (6)
Cc: PIA

2

00869
Subject: PIA NPPD JCSP - DOD comments


Pete
------
Peter E. Sand
DHS PRIV, ███ (b) (6) ███
Sent via blackberry.
Please excuse the effects of big thumbs on little keys.

----- Original Message -----
From: ███ (b) (6) ███ CIV OSD POLICY ███ (b) (6) ███
Sent: Thursday, January 12, 2012 05:10 PM
To: Sand, Peter; Goode, Brendan
Cc: ███ (b) (6) ███ DISL DoD CIO ███ (b) (6) ███ Reheuser, Michael E SES OSD
ODAM/DPCLO ███ (b) (6) ███ DISL OSD POLICY ███ (b) (6) ███
███ (b) (6) ███ DoD OGC ███ (b) (6) ███ Schleien, Steven, SES, OSD-POLICY
███ (b) (6) ███ 'Shirley Steven SES DC3' ███ (b) (6) ███ CIV
DoD CIO ███ (b) (6) ███ CIV DoD CIO ███ (b) (6) ███ CTR DoD CIO ███ (b) (6) ███
███ (b) (6) ███ CIV DoD CIO ███ (b) (6) ███ CTR DoD CIO
███ (b) (6) ███ France, Joyce SES DoD CIO ███ (b) (6) ███ ███ (b) (6) ███
DoD CIO ███ (b) (6) ███
Subject: FW: [FYI/Review: Friday 8 a.m., 01/13/2012]  PIA NPPD JCSP

Peter, Brendan,

Please find attached the consolidated comments from DoD. In addition to the attached, Mike
Reheuser suggests the following change:

████████████████████████████ (b) (5) ████████████████████████████

Best,

███ (b) (6) ███
Office of Cyber Policy
Department of Defense
███ (b) (6) ███
-----Original Message-----
From: Sand, Peter ███ (b) (6) ███
Sent: Wednesday, January 11, 2012 8:29 PM
To: Reheuser, Michael E SES OSD ODAM/DPCLO
Subject: [FYI/Review: Friday 8 a.m., 01/13/2012] PIA NPPD JCSP

Mike,


Attached please find the current version of the PIA for DHS's National Cyber Security
Division

                                        3

00870

Joint Cybersecurity Services Pilot (JCSP) - DHS's extension of DOD's DIB Pilot.

We wanted to give you a chance to see it before it published.  We're on a pretty tight deadline so if you do have comments, please send them back by 8 a.m. this Friday, January 13th.

Thanks,

Pete

------

Peter E. Sand, J.D., CIPP/G/IT

Director of Privacy Technology

Department of Homeland Security

voice:  (b) (6)    pager:  (b) (6)

(b) (6)    www.dhs.gov/privacy

------

Join lively discussions with outside experts!
The DHS Privacy Office Speaker Series

(open to all federal employees and contractors)

http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm

Reserve your spot in the front row!    (b) (6)

------

4

00871

**Andrew, Emily**

| | |
|---|---|
| From: | Andrew, Emily |
| Sent: | Friday, January 13, 2012 10:39 AM |
| To: | (b) (6) |
| Cc: | Falkenstein, Cindy |
| Subject: | FW: PIA NPPD JCSP - DOD comments |
| Attachments: | DHS_PIA NPPD JCSP Draft 20120111 (2)_VM +DC3 edits-comments +MEC.doc |

-----Original Message-----
From: Richards, Rebecca
Sent: Friday, January 13, 2012 10:21 AM
To: Sand, Peter; Andrew, Emily
Cc: Falkenstein, Cindy; PIA
Subject: RE: PIA NPPD JCSP - DOD comments

Attaching with MEC's small comments/changes.

I await the next version.
Becky

Becky Richards
DHS Privacy Office
(b) (6)


-----Original Message-----
From: Sand, Peter
Sent: Friday, January 13, 2012 9:54 AM
To: Richards, Rebecca; Andrew, Emily
Cc: Falkenstein, Cindy; PIA
Subject: RE: PIA NPPD JCSP - DOD comments

Cindy,

DOD's line edits look fine to me.  Their questions are more for US-CERT than us so I'm going
to defer to you all on those.

(b) (5)

I'm not going to be able to make the 11:30 call and I'll be offline (on blackberry) from
about 11:30 - 6:30, so I can work again after that if you need me for anything (and can work
via blackberry in the mean time).

Otherwise, I say work directly with Becky since she also has MEC's comments.

Pete
------
Peter E. Sand, J.D., CIPP/G/IT
Director of Privacy Technology
Department of Homeland Security
voice: (b) (6)    pager: (b) (6)    (b) (6)    www.dhs.gov/privacy
------
Join lively discussions with outside experts!

1

00872

The DHS Privacy Office Speaker Series
(open to all federal employees and contractors) http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm
Reserve your spot in the front row! ████████ (b) (6) ████████.
------


-----Original Message-----
From: Richards, Rebecca
Sent: Friday, January 13, 2012 8:27 AM
To: Andrew, Emily; ████████ (b) (6) ████████
Subject: Re: PIA NPPD JCSP - DOD comments


Her comments are easily handled whenever you want them -

████████████████████████ (b) (5) ████████████████████████

Everything else is nits. Tell me how to proceed. I am leaving at 1230 for NAC and back about
345.

----- Original Message -----
From: Andrew, Emily
Sent: Friday, January 13, 2012 05:24 AM
To: Richards, Rebecca; ████████ (b) (6) ████████
Subject: Re: PIA NPPD JCSP - DOD comments

Let's talk on how you want to handle. Those are just my edits, we have a call scheduled with
US CERT to go over some of the questions and responses.

I'm gonna be at the NAC but will call when I can.

----- Original Message -----
From: Richards, Rebecca
Sent: Thursday, January 12, 2012 10:09 PM
To: Andrew, Emily; ████████ (b) (6) ████████
Subject: Fw: PIA NPPD JCSP - DOD comments

This is the version I should add MEC comments to? If so, will do and send to Pete, cindy,
██ (b) (6) ██ as soon as I get in.

----- Original Message -----
From: Andrew, Emily
Sent: Thursday, January 12, 2012 09:26 PM
To: Andrew, Emily; ████ (b) (6) ████ Falkenstein, Cindy; Sand, Peter
Cc: Richards, Rebecca
Subject: RE: PIA NPPD JCSP - DOD comments

My computer is playing games again. Here's the version with my comments.

-----Original Message-----
From: Andrew, Emily
Sent: Thursday, January 12, 2012 9:22 PM
To: ████ (b) (6) ████ Falkenstein, Cindy; Sand, Peter
Cc: Richards, Rebecca
Subject: FW: PIA NPPD JCSP - DOD comments

2

00873

My comments are attached.  I wanted to make sure you had them since I won't be in the office
in the morning.

-----Original Message-----
From: Sand, Peter
Sent: Thursday, January 12, 2012 5:27 PM
To: Andrew, Emily; Falkenstein, Cindy;                     (b) (6)
Cc: PIA
Subject: PIA NPPD JCSP - DOD comments




Pete
------
Peter E. Sand
DHS PRIV,      (b) (6)
Sent via blackberry.
Please excuse the effects of big thumbs on little keys.

----- Original Message -----
From:          (b) (6)          CIV OSD POLICY               (b) (6)
Sent: Thursday, January 12, 2012 05:10 PM
To: Sand, Peter; Goode, Brendan
Cc:        (b) (6)      DISL DoD CIO          (b) (6)           Reheuser, Michael E SES OSD
ODAM/DPCLO           (b) (6)          (b) (6)      DISL OSD POLICY          (b) (6)
    (b) (6)     , DoD OGC          (b) (6)      Schleien, Steven, SES, OSD-POLICY
      (b) (6)      'Shirley Steven SES DC3'          (b) (6)              (b) (6)      CIV
DoD CIO        (b) (6)          (b) (6)      CTR DoD CIO          (b) (6)
    (b) (6)     CIV DoD CIO          (b) (6)          (b) (6)      CTR DoD CIO
      (b) (6)      France, Joyce SES DoD CIO          (b) (6)          (b) (6)     CIV
DoD CIO        (b) (6)
Subject: FW: [FYI/Review: Friday 8 a.m., 01/13/2012]  PIA NPPD JCSP


Peter, Brendan,

Please find attached the consolidated comments from DoD. In addition to the attached, Mike
Reheuser suggests the following change:

                              (b) (5)


Best,

      (b) (6)         y
Office of Cyber Policy
Department of Defense
   (b) (6)

-----Original Message-----
From: Sand, Peter          (b) (6)
Sent: Wednesday, January 11, 2012 8:29 PM
To: Reheuser, Michael E SES OSD ODAM/DPCLO

3

00874

Subject: [FYI/Review: Friday 8 a.m., 01/13/2012] PIA NPPD JCSP

Mike,


Attached please find the current version of the PIA for DHS's National Cyber Security
Division

Joint Cybersecurity Services Pilot (JCSP) - DHS's extension of DOD's DIB Pilot.


We wanted to give you a chance to see it before it published.  We're on a pretty tight
deadline so if you do have comments, please send them back by 8 a.m. this Friday, January
13th.


Thanks,


Pete

------

Peter E. Sand, J.D., CIPP/G/IT

Director of Privacy Technology

Department of Homeland Security

voice:  (b) (6)   pager:  (b) (6)

(b) (6)   www.dhs.gov/privacy

------

Join lively discussions with outside experts!
The DHS Privacy Office Speaker Series

(open to all federal employees and contractors)

http://www.dhs.gov/files/events/privacy-office-speakers-series.shtm

Reserve your spot in the front row!   (b) (6)

------

00881

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**

DIB Cyber Pilot

Location: Institute For Defense Analysis
Alexandria, VA
December 9, 2011 (9:00 am-12:00 pm ET)

# AGENDA

| | | |
|---|---|---|
| 9:00 – 9:15 | Welcome and Introductions | DoD |
| 9:15 – 9:35 | Status Update and Path Forward on the DIB Pilot Evaluation and Extension | DoD, DHS |
| 9:35 – 11:55 | Legal Discussion: Policies and Practices Regarding Monitoring and Consent<br>• Update/Lessons Learned by DIB Partners Regarding Assessment and Implementation of Consent Mechanisms (DIB Companies)<br>• Feedback and Discussion of Pilot Legal Construct for Addressing Consent and Monitoring -- Recommendations for the Way Ahead (Open Discussion) | DoD, DHS, DoJ, DIB |
| 11:55 – 12:00 | Closing Comments and Next Steps | DoD, DHS |

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**

00882

## DISCUSSION TOPICS REGARDING MONITORING & CONSENT PRACTICES

FOR USG-DIB MEETING ON DECEMBER 09, 2011

**NOTE: PARTICIPATION IS 100% VOLUNTARY. ALL DISCUSSIONS WILL BE NON-ATTRIBUTIONAL AND ANY MATERIALS SUBMITTED WILL BE ANONYMIZED.**

1.  Was the pre-pilot guidance (*e.g.*, the 8 key elements for notice & consent banners) provided by the USG valuable in identifying or addressing these issues?

    a.  Were there any elements of the guidance that were not clear, not applicable, or otherwise not helpful?

    b.  Is there any additional information, or other forms of assistance, that might be more helpful?

2.  Has your company elected to revise or update its logon banners or other means by which it obtains user consent?  (Or are you considering doing so now, or in the near future?)

    a.  If so, were these updates facilitated by the guidance or discussion of these issues in connection with the pilot?  What types of considerations drove these changes?

    b.  What are the primary challenges, and the typical time frames required, in making changes to your company's logon banner or other mechanisms used to secure consent?

3.  As an update to the previous survey of notice & consent practices initiated in December 2010:

    a.  What are the primary mechanism(s) your company uses to achieve user notice and consent (*e.g.*, log-on banners, user agreements, workplace policies, employee training).

    b.  What is the operative language your company uses to obtain user consent for monitoring and disclosure of information (*e.g.*, copies of logon banners or user agreements, excerpts from company policies or employee training, description of other notice procedures).

4.  Has your company experienced any unanticipated issues or significant challenges regarding implementation of its notice & consent mechanisms?  If so, please describe them.

5.  Some companies have indicated that they also rely significantly on legal theories other than notice & consent (*e.g.*, "rights and property") for some elements of their information security practices.  What are the other legal theories or mechanisms (*i.e.*, other than notice & consent) that may apply to the types of monitoring or information sharing activities under with the DIB pilot?  *Note: this question is not intended to elicit any specific, attorney-client privileged information -- only to identify applicable legal theories.*

6.  The DIB pilot activity utilized a certification approach regarding each company's individual determination of the legality of its policies and practices, including user notice & consent –

    a.  Would this approach be effective in a permanent DIB program with expanded participation?

    b.  Are there other approaches to addressing these legal issues that should be considered?

    c.  Do you have any other recommendations or suggestions for addressing these issues in any future implementation of the DIB pilot or related information sharing activities?

00883

## Survey Questions: Monitoring and Consent Practices

NOTE: RESPONSE TO THE SURVEY IS 100% VOLUNTARY.   THE DIB CS/IA PROGRAM OFFICE WILL ANONYMIZE ALL RESPONSES.

1. Was the pre-pilot guidance (*e.g.*, the 8 key elements for notice & consent banners) provided by the USG valuable in identifying or addressing these issues?

    a.  Were there any elements of the guidance that were not clear, not applicable, or otherwise not helpful?

    b.  Is there any additional information, or other forms of assistance, that might be more helpful?

2. Has your company elected to revise or update its logon banners or other means by which it obtains user consent? (Or are you considering doing so now, or in the near future?)

    a.  If so, were these updates facilitated by the guidance or discussion of these issues in connection with the pilot? What types of considerations drove these changes?

    b.  What are the primary challenges, and the typical time frames required, in making changes to your company's logon banner or other mechanisms used to secure consent?

3. As an update to the previous survey of notice and consent practices initiated in December 2010:

    a.  What are the primary mechanism(s) your company uses to achieve user notice and consent (*e.g.*, log-on banners, user agreements, workplace policies, employee training).

    b.  What is the operative language your company uses to obtain user consent for monitoring and disclosure of information (*e.g.*, copies of logon banners or user agreements, excerpts from company policies or employee training, description of other notice procedures).

4. Has your company experienced any unanticipated issues or significant challenges regarding implementation of its notice & consent mechanisms? If so, please describe them.

5. Some companies have indicated that they also rely significantly on legal theories other than notice & consent (*e.g.*, "rights and property") for some elements of their information security practices. What are the other legal theories or mechanisms (*i.e.*, other than notice and consent) that may apply to the types of monitoring or information sharing activities under with the DIB pilot? *Note: this question is not intended to elicit any specific, attorney-client privileged information -- only to identify applicable legal theories.*

6. The DIB pilot activity utilized a certification approach regarding each company's individual determination of the legality of its policies and practices, including user notice & consent –

    a.  Would this approach be effective in a permanent DIB program with expanded participation?

    b.  Are there other approaches to addressing these legal issues that should be considered?

    c.  Do you have any other recommendations or suggestions for addressing these issues in any future implementation of the DIB pilot or related information sharing activities?

00897

**DEPARTMENT OF DEFENSE**                    (b) (2)

**Office of the Secretary**

**DOD-2009-OS-0183/RIN 0790-AI60**

**32 CFR PART 236**

**Department of Defense (DoD)-Defense Industrial Base (DIB) Voluntary Cyber Security**

**and Information Assurance (CS/IA) Activities**

**AGENCY:** Office of the DoD Chief Information Officer, DoD

**ACTION:** Interim final rule

**SUMMARY:** DoD is publishing an interim final rule to establish a voluntary cyber security information sharing program between DoD and eligible cleared defense contractors. The program enhances and supplements DIB participants' capabilities to safeguard DoD information that resides on, or transits, DIB unclassified information systems.

**DATES:** This rule is effective upon publication in the Federal Register. Comments must be received by [insert 30 days from date of publication in the Federal Register].

**ADDRESSES:** You may submit comments, identified by docket number and/or RIN number and title, by any of the following methods:

- Federal Rulemaking Portal: http://www.regulations.gov. Follow the instructions for submitting comments.

- Mail: Federal Docket Management System Office, 4800 Mark Center Drive, 2nd Floor East Tower, Suite 02G09, Alexandria, VA 22350-3100.

*Instructions:* All submissions received must include the agency name and docket number or Regulatory Information Number (RIN) for this Federal Register document. The general policy

00898

for comments and other submissions from members of the public is to make these submissions available for public viewing on the Internet at http://www.regulations.govas they are received without change, including any personal identifiers or contact information.

**FOR FURTHER INFORMATION CONTACT**:  DIB Cyber Security and Information Assurance Program Office, (703) 604-3167.

**SUPPLEMENTARY INFORMATION:**

**Background.**

Cyber threats to DIB unclassified information systems represent an unacceptable risk of compromise of DoD information and pose an imminent threat to U.S. national security and economic security interests.  DoD's voluntary DIB CS/IA program enhances and supplements DIB participants' capabilities to safeguard DoD information that resides on, or transits, DIB unclassified information systems.

DIB CS/IA activities, including the collection, management and sharing of information for cyber security purposes, support and implement the following national and DoD-specific guidance and authority:  information assurance (IA) requirements to establish programs and activities to protect DoD information and DoD information systems, including information and information systems operated and maintained by contractors or others in support of DoD activities (see 10 U.S.C. § 2224; and the Federal Information Security Management Act (FISMA), codified at 44 U.S.C. §§ 3541 et seq.); critical infrastructure protection responsibilities, in which DoD is the sector specific agency for the DIB sector, (see Homeland Security Presidential Directive 7 (HSPD-7), "Critical Infrastructure Identification, Prioritization, and Protection,"); and other

00899

federal cyber security initiatives and activities (see National Security Presidential Directive (NSPD) 54/HSPD 23 (which formalizes the Comprehensive National Cyber Security Initiative). The DoD established the voluntary DIB CS/IA program to enhance and supplement DIB participant's capabilities to safeguard DoD unclassified information that resides on, or transits, DIB unclassified information systems. At the core of the program is a bilateral cyber security information sharing activity, in which DoD provides cyber threat information and information assurance (IA) best practices to DIB companies to enhance and supplement DIB companies' capabilities to safeguard DoD unclassified information; and in return, DIB companies report certain types of cyber intrusion incidents to the DoD-DIB Collaborative Information Sharing Environment (DCISE), located at DC3. The DoD analyzes the information reported by the DIB company regarding any such cyber incident, to glean information regarding cyber threats, vulnerabilities, and the development of effective response measures. In addition to this initial reporting and analysis, the DoD and DIB company may pursue, on a voluntary basis, follow-on, more detailed, digital forensics analysis or damage assessments, including sharing of additional electronic media/files or information regarding the incident or the affected systems, networks, or information. The information sharing arrangements between the DoD and each participating DIB company are memorialized in a standardized bilateral Framework Agreement (FA).

As part of DoD's instantiation of the voluntary DIB CS/IA program, DoD developed new policies and procedures, developed a dedicated threat sharing and collaboration system, and validated on-line application procedures in order to support participation by a large number of companies. The on-line application procedures provide the administrative and security requirements for DIB participants, including the standardized bilateral FA that implements the requirements of the DIB CS/IA program. The FA will typically be executed by a senior DoD

00900

official, such as the DoD Chief Information Officer (CIO), and by a DIB company corporate senior official (e.g., Company CIO or equivalent).

This interim-final rule establishes a new part 236 in title 32 of the Code of Federal Regulations, with the following new sections:  Section 236.2 establishes the definitions of terms used in the new part, leveraging established definitions to the maximum extent possible (e.g., those provided in the Committee on National Security Systems Instruction No. 4009, "National Information Assurance Glossary"); Section 236.4 sets forth the basic requirements and procedures of the voluntary program, including information collection requirements; Section 236.5 characterizes cyber security information sharing and collection procedures; Section 236.6 establishes the general provisions of the voluntary DIB CS/IA program; and Section 236.7 sets forth the eligibility requirements to participate in the voluntary program.

Nothing in this rule or program is intended to be inconsistent with any other related or similar federal agency or private sector activity or requirement.  For example, nothing in this rule or program abrogates the Government's or the DIB participants' rights or obligations regarding the handling, safeguarding, sharing, or reporting of information, or regarding any physical, personnel, or other security requirements, as required by law, regulation, policy, or a valid legal contractual obligation.

Similarly, this rule and program are intended to be consistent and coordinated with, and updated as necessary to ensure consistency with and support for, other federal activities related to the handling and safeguarding of controlled unclassified information, such as those  that are being led by the National Archives and Records Administration pursuant to Executive Order 13556 "Controlled Unclassified Information" (November 4, 2010) (see http://www.archives.gov/cui/).

00901

**Executive Orders 12866, "Regulatory Planning and Review" and 13563, "Improving Regulation and Regulatory Review"**

It has been certified that 32 CFR part 236 does not:

(a)  Have an annual effect on the economy of $100 million or more, or adversely affect in a material way, the economy; a section of the economy; productivity; competition; jobs; the environment; public health or safety; or State, local, or tribal governments or communities;

(b)  Create a serious inconsistency, or otherwise interfere with, an action taken or planned by another Agency;

(c)  Materially alter the budgetary impact of entitlements, grants, user fees, or loan programs, or the rights and obligations of recipients thereof; or

(d)  Raise novel legal or policy issues arising out of legal mandates, the President's priorities, or the principles as set forth in these Executive Orders.

**Public Law 104-121, "Congressional Review Act" (5 U.S.C. 801)**

It has been determined that 32 CFR part 236 is not a "major" rule under 5 U.S.C. 801, enacted by Public Law 104-121, because it will not result in an annual effect on the economy of $100 million or more; a major increase in costs or prices for consumers, individual industries, Federal, State, or local government agencies, or geographic regions; or significant adverse effects on competition, employment, investment, productivity, innovation, or on the ability of United States-based enterprises to compete with foreign-based enterprises in domestic and export markets.

**Sec. 202, Public Law 104-4, "Unfunded Mandates Reform Act"**

00902

It has been certified that 32 CFR part 236 does not contain a Federal mandate that may result in expenditure by State, local and tribal governments, in aggregate, or by the private sector, of $100 million or more in any one year.

**Public Law 96-354, "Regulatory Flexibility Act" (5 U.S.C. 601)**

It has been certified that 32 CFR part 236 is not subject to the Regulatory Flexibility Act (5 U.S.C. 601) because it would not, if promulgated, have a significant economic impact on a substantial number of small entities.  DIB participation in the DIB CS/IA Program is voluntary.

**Public Law 96-511, "Paperwork Reduction Act" (44 U.S.C. Chapter 35)**

Sections 236.4 and 236.5 and 236.7 of this interim final rule contain information collection requirements.  DoD has submitted the following proposal to Office of Management and Budget (OMB) under the provisions of the Paperwork Reduction Act (44 U.S.C. Chapter 35).

Comments are invited on:  (a) whether the proposed collection of information is necessary for the proper performance of the functions of DoD, including whether the information will have practical utility; (b) the accuracy of the estimate of the burden of the proposed information collection; (c) ways to enhance the quality, utility, and clarity of the information to be collected; and (d) ways to minimize the burden of the information collection on respondents, including the use of automated collection techniques or other forms of information technology.

(a)  Title:  *Defense Industrial Base Cyber Security/Information Assurance (DIB CS/IA) Points of Contact Information*

Type of Request:  New.


Projected Responses Per Respondent:  One response is required initially and thereafter only on an "as needed/required" basis, as changes to the points of contact occur.

00903

Annual Responses:  275, which includes the additional responses required on an "as needed/required" basis.

Average Burden Per Response:  20 minutes.

Annual Burden Hours:  Total annual burden for respondents 92 hours.

Total Annualized Cost to Respondents:  One-time cost of ~$12 per respondent.  Total cumulative annual cost for 250 respondents (275 responses) is $3,337.

Needs and Uses:  The DIB CS/IA program collects Point of Contact (POC) information from DIB participants.  POC information is needed to facilitate communication between DoD and DIB participants, as well as prospective participants.  The POC information includes the names, security clearance information, work addresses, including division/group, work email addresses and work telephone numbers of the Chief Executive Officer (CEO), Chief Information Officer (CIO), Chief Information Security Officer (CISO), General Counsel, and the Corporate Security Officer (CSO) or Facility Security Officer (FSO), or their equivalents.  DIB participants also provide POC information for personnel responsible for the implementation and execution of the DIB CS/IA program within their company (e.g., may include policy and technical personnel that will interact with DoD).

00904

Affected Public:  Business or other for-profit and not-for-profit institutions participating in the voluntary DIB CS/IA program.

Frequency:  On occasion.

Respondent's Obligation:  Voluntary.

(b)  Title:  *DIB Cyber Security/Information Assurance Cyber Incident Reporting*

Type of Request:  New.

Phased expansion of DIB CS/IA Number of Participants increases to 750 over three years.

Projected Responses Per Participant:  5

Annual Responses:  Year 1 responses are 1,250.  Year 2 responses are 2,500.  Year 3 responses are 3,750.

Average Burden Per Response:  7 hours (this includes searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information).

Annual Burden Hours:  Year 1 burden hours are 8,750 hours.  Year 2 burden hours are 17,500 hours.  Year 3 burden hours are 26,250 hours.

Needs and Uses:  The collection of this information is necessary to enhance and supplement DIB participants' information security capabilities to safeguard DoD information that resides on, or transits, DIB unclassified information systems.  The requested information supports the information assurance objectives, cyber threat information sharing, and incident reporting between DoD and the DIB participants.  In most cases, DIB participants report incidents using a DIB CS/IA standardized Incident Collection Form (ICF).  In some cases, a company may elect to

00905

report the incident without using the ICF; and companies may report incidents through a variety of communications channels, including email, fax, or by phone, if necessary.

Affected Public: Business or other for-profit and not-for-profit institutions participating in the DIB CS/IA program.

Frequency: On occasion.

Respondent's Obligation: Voluntary.

OMB Desk Officer:

Written comments and recommendations on the information collection should be sent to Ms Jasmeet Seehra at the Office of Management and Budget, DoD Desk Officer, Room 10102, New Executive Office Building, Washington, DC 20503, with a copy to the Director, DIB CS/IA Program Office, at the Office of the DoD Chief Information Officer, 6000 Defense Pentagon, Attn: DIB CS/IA Program Office, Washington, D.C. 20301, or email at DIB.CS/IA.Reg@osd.mil. Comments can be received from 30 to 60 days after the date of this notice, but comments to OMB will be most useful if received by OMB within 30 days after the date of this notice. You may also submit comments, identified by docket number and title, by the following method: *Federal Rulemaking Portal: http://www.regulations.gov. Follow the instructions for submitting comments.

Instructions: All submissions received must include the agency name, docket number and title for this Federal Register document. The general policy for comments and other submissions from members of the public is to make these submissions available for public viewing on the

00906

Internet at http://www.regulations.gov as they are received without change, including any personal identifiers or contact information.

To request more information on this information collection or to obtain a copy of the proposal and associated collection instruments, please write to Director, DIB CS/IA Program Office, at Office of the DoD Chief Information Officer, Attn: DIB CS/IA Program Office, 6000 Defense Pentagon, Washington, D.C. 20301.

**Executive Order 13132, "Federalism"**

It has been certified that 32 CFR part 236 does not have federalism implications, as set forth in Executive Order 13132. This rule does not have substantial direct effects on:

(a) The States;

(b) The relationship between the National Government and the States; or

(c) The distribution of power and responsibilities among the various levels of Government.

**List of Subjects in 32 CFR Part 236**

Contracts, Security measures

**Accordingly 32 CFR Part 236 is added to read as follows:**

**PART 236– DEPARTMENT OF DEFENSE (DOD)-DEFENSE INDUSTRIAL BASE (DIB) VOLUNTARY CYBER SECURITY AND INFORMATION ASSURANCE (CS/IA) ACTIVITIES**

236.1 Purpose.

236.2 Definitions.

236.3 Policy.

236.4 Procedures.

236.5 Cyber Security Information Sharing.

00907

236.6  General Provisions.

236.7  DIB Participant Eligibility Requirements.

**Authority:**  10 U.S.C. § 2224; 44 U.S.C. § 3506; 44 U.S.C. § 3544.

**236.1  Purpose.**

Cyber threats to DIB unclassified information systems represent an unacceptable risk of compromise of DoD information and pose an imminent threat to U.S. national security and economic security interests.  DoD's voluntary DIB CS/IA program enhances and supplements DIB participants' capabilities  to safeguard DoD information that resides on, or transits, DIB unclassified information systems.

**236.2  Definitions.**

As used in this part:

(a)  *Advanced persistent threat* means an extremely proficient, patient, determined, and capable threat.

(b)  *Attribution information* means information that identifies the DIB participant, whether directly or indirectly, by the grouping of information that can be traced back to the DIB participant (e.g., program description, facility locations).

(c)  *Compromise* means disclosure of information to unauthorized persons or a violation of the security policy of a system in which unauthorized intentional, or unintentional, disclosure, modification, destruction, loss of an object, or the copying of information to unauthorized media may have occurred.

(d)  *Covered defense information* means unclassified information that:

(1)  Is:

(i)  Provided by or on behalf of the DoD to the DIB participant; or

00908

(ii)  Collected, developed, received, transmitted, used, or stored by the DIB participant in support of an official DoD activity;  and

(2) Is:

(i)  Technical information marked for restricted distribution in accordance with DoD Directive 5230.25, "Withholding of Unclassified Technical Data From Public Disclosure," or DoD Directive 5230.24, "Distribution Statements on Technical Documents";

(ii)  Information subject to export control under the International Traffic in Arms Regulations (ITAR) (http://pmddtc.state.gov/regulations_laws/itar_official.html) , or the Export Administration Regulations (EAR) .( http://ecfr.gpoaccess.gov, Title 15, part 730);

(iii)  Information designated as Critical Program Information (CPI) in accordance with DoD Instruction 5200.39, "Critical Program Information (CPI) Protection within the Department of Defense";

(iv)  Information that hostile intelligence systems might obtain that could be interpreted or pieced together to derive critical intelligence in time to be useful to adversaries as described in 5205.02-M, "DoD Operations Security (OPSEC Program Manual";

(v)  Personally Identifiable Information (PII) that can be used to distinguish or trace an individual's identify in accordance with DoD Directive 5400.11, "DoD Privacy Program";

(vi)  Information bearing current and prior designations indicating unclassified controlled information (e.g., For Official Use Only, Sensitive But Unclassified, and Limited Official Use, DoD Unclassfied Controlled Nuclear Information, Sensitive Information) that has not been cleared for public release in accordance with DoD Directive 5230.29, "Clearance of DoD Information for Public Release" (see also Appendix 3 of DoD 5200.1-R, "Information Security Program Regulation"); or

00909

(vii) Any other information that is exempt from mandatory public disclosure under DoD

Directive 5400.07, "DoD Freedom of Information Act (FOIA) Program", and DoD Regulation

5400.7-R, "DoD Freedom of Information Program".

(e) *Covered DIB systems* means an information system that is owned or operated by or for a DIB

participant and that processes, stores, or transmits covered defense information.

(f) *Cyber incident* means actions taken through the use of computer networks that result in an actual or

potentially adverse effect on an information system and/or the information residing therein..

(g) *Cyber intrusion damage assessment* means a managed, coordinated process to determine the

effect on defense programs, defense scientific and research projects, or defense warfighting

capabilities resulting from compromise of a DIB participant's unclassified computer system or

network.

(h) *Defense Industrial Base (DIB)* means the Department of Defense, government, and private

sector worldwide industrial complex with capabilities to perform research and development,

design, produce, and maintain military weapon systems, subsystems, components, or parts to

satisfy military requirements.

(i) *DIB participant* means a cleared defense contractor that has met all of the eligibility

requirements to participate in the voluntary DIB CS/IA information sharing program as set forth

in this part.

(j) *Government* means the United States Government.

(k) *Government Furnished Information (GFI)* means information provided by the Government under

the voluntary DIB CS/IA program, including but not limited to cyber threat information and

information assurance practices.

(l) *Information* means any communication or representation of knowledge such as facts, data, or

00910

opinions in any medium or form, including textual, numerical, graphic, cartographic, narrative, or audiovisual.

(m) *Information system* means a discrete set of information resources organized for the collection, processing, maintenance, use, sharing, dissemination, or disposition of information.

(n) *Threat* means any circumstance or event with the potential to adversely impact organization operations (including mission, functions, image, or reputation), organization assets, individuals, other organizations, or the Nation through an information system via unauthorized access, destruction, disclosure, modification of information and/or denial of service.

**236.3  Policy.**

It is DoD policy to:

(a) Establish a comprehensive approach for enhancing and supplementing DIB information assurance capabilities to safeguard covered defense information on covered DIB systems.

(b) Increase the Government and DIB situational awareness of the extent and severity of cyber threats, including in support of U.S. critical infrastructure and key resources.

**236.4  Procedures.**

(a) The Government and each DIB participant will execute a voluntary standardized agreement, referred to as a Framework Agreement (FA), to share, in a timely and secure manner, on a recurring basis, and to the greatest extent possible, cyber security information relating to information assurance for covered defense information on covered DIB systems.

(b) Each such FA between the Government and a DIB participant must comply with and implement the requirements of this part, and will include additional terms and conditions as necessary to effectively implement the voluntary information sharing activities described in this part with individual DIB participants.

00911

(c) The Government operational focal point for cyber security information sharing under the DIB CS/IA program is the DoD Cyber Crime Center (DC3) DoD-DIB Collaborative Information Sharing Environment (DC3/DCISE).

(d) The Government will maintain a website or other internet-based capability to provide potential DIB participants with information about eligibility and participation in the program, to enable the online application or registration for participation, and to support the execution of necessary agreements with the Government.

(e) Prior to receiving GFI from the Government, each DIB participant shall provide the requisite points of contact information, to include security clearance and citizenship information, for the designated personnel within their company (e.g., typically 3-10 company designated points of contact)in order to facilitate the DoD-DIB interaction in the DIB CS/IA program..

(f) GFI will be issued via both unclassified and classified means. DIB participant handling and safeguarding of classified information shall be in compliance with the Industrial Security Program Operating Manual (NISPOM) (DoD 5220.22-M). The Government shall specify transmission and distribution procedures for all GFI, and shall inform DIB participants of any revisions to previously specified transmission or procedures.

(g) Except as authorized in this part or in writing by the Government, DIB participants may (1) use GFI to safeguard covered defense information only on covered DIB systems that are U.S. based (i.e., provisioned, maintained, or operated within the physical boundaries of the United States); and (2) share GFI only within their company or organization, on a need to know basis, with distribution restricted to U.S. citizens (i.e., a person born in the United States, or naturalized, holding a U.S. passport). However, in individual cases, upon request of a DIB participant that has determined that it requires the ability to share the information with a non U.S.

00912

citizen, or to use the GFI on a non-U.S. based covered DIB system, and can demonstrate that appropriate information handling and protection mechanisms are in place, the Government may authorize such disclosure or use under appropriate terms and conditions.

(h) DIB participants shall maintain the capability to electronically disseminate GFI within the Company in an encrypted fashion (e.g., using Secure/Multipurpose Internet Mail Extensions (S/MIME), secure socket layer (SSL), DoD-approved medium assurance certificates).

(i) The DIB participants shall not share GFI outside of their company or organization, regardless of personnel clearance level, except as authorized in this part or otherwise authorized in writing by the Government.

(j) If the DIB participant utilizes a third-party service provider (SP) for information system security services, the DIB participant may share GFI with that SP under the following conditions and as authorized in writing by the Government:

(1) The DIB participant must identify the SP to the Government and request permission to share or disclose any GFI with that SP (which may include a request that the Government share information directly with the SP on behalf of the DIB participant) solely for the authorized purposes of this program;

(2) The SP must provide the Government with sufficient information to enable the Government to determine whether the SP is eligible to receive such information, and possesses the capability to provide appropriate protections for the GFI;

(3) Upon approval by the Government, the SP must enter into a legally binding agreement with the DIB participant (and also an FA with the Government in any case in which the SP will receive or share information directly with the Government on behalf of the DIB participant) under which the SP is subject to all applicable requirements of this part and of any supplemental

00913

terms and conditions in the DIB participant's FA with the Government, and which authorizes the SP to use the GFI only to provide information security services for the DIB participant's covered DIB systems, and not for any other purpose.

(k)  The DIB participant may not sell, lease, license, or otherwise incorporate the GFI into its products or services.  However, this does not prohibit a DIB participant from being designated an SP in accordance with paragraph (j).

### 236.5 Cyber Security Information Sharing.

(a)  *GFI.*  The Government shall share GFI with DIB participants under the DIB CS/IA program.

(b)  *Initial Incident Reporting.*  The DIB participant shall report to DC3/DCISE cyber incidents involving covered defense information on a covered DIB system within 72 hours of discovery. DIB participants also may report other cyber incidents if the DIB participant determines the incident may be relevant to information assurance for covered defense information or covered DIB systems.

(c)  *Follow-up Reporting.* After an initial incident report, the Government and the DIB participant may voluntarily share additional information that is determined to be relevant to a reported incident, including information regarding forensic analyses, mitigation and remediation, and cyber intrusion damage assessments.

(d)  *Cyber Intrusion Damage Assessment.*  Following analysis of a cyber incident, DC3/DCISE may provide information relevant to the potential or known compromise of DoD acquisition program information to the Office of the Secretary of Defense's Damage Assessment Management Office (OSD DAMO) for a cyber intrusion damage assessment.  The Government may provide DIB participants with information regarding the damage assessment.

00914

(e) *Attribution Information*. The Government shall take reasonable steps to protect against the unauthorized release of attribution information and other nonpublic information received from a DIB participant (or derived from such information provided by a DIB participant) under the DIB CS/IA program, including applicable exemptions under the Freedom of Information Act (5 U.S.C. 552). The Government will restrict its internal use and disclosure of attribution information to only those authorized Government personnel and Government support contractors that are bound by appropriate confidentiality obligations and restrictions relating to the handling of this sensitive information.

(f) *Non-Attribution Information*. The Government may share non-attribution information that was provided by a DIB participant (or derived from information provided by a DIB participant) with other DIB participants in the DIB CS/IA program, and may share such information throughout the Government (including with Government support contractors that are bound by appropriate confidentiality obligations) for cyber security and information assurance purposes for the protection of Government information or information systems.

(g) *Electronic Media*. Electronic media/files provided by DIB participants are maintained by the digital and multimedia forensics laboratory at DC3, which implements specialized handling procedures to maintain its accreditation as a digital and multimedia forensics laboratory. DC3 will maintain, control, and dispose of all electronic media/files provided by DIB participants for incident response and analysis in accordance with established DoD policies and procedures.

**236.6 General Provisions.**

(a) Confidentiality of information that is exchanged under this program will be protected to the maximum extent authorized by law, regulation, and policy.

00915

(b)  The Government and DIB participants will conduct their respective activities under this program in accordance with applicable laws and regulations, including restrictions on the interception, monitoring, access, use, and disclosure of electronic communications or data.  The Government and the DIB participant each bear responsibility for their own actions under this program.

(c)  Prior to sharing any information with the Government under this program, the DIB participant shall perform a legal review of its policies and practices that support its activities under this program, and shall make a determination that such policies, practices, and activities comply with applicable legal requirements.  The Government may request from any DIB participant additional information or assurances regarding such DIB participant's policies or practices, or the determination by the DIB participant that such policies or practices comply with applicable legal requirements.

(d)  This voluntary DIB CS/IA program is intended to safeguard covered defense information. None of the restrictions on the Government's use or sharing of information under the DIB CS/IA program shall limit the Government's ability to conduct law enforcement or counterintelligence activities, or other activities in the interest of national security; and participation does not supersede other regulatory or statutory requirements.

(e)  Participation in the DIB CS/IA program is voluntary and does not obligate the DIB participant to utilize the GFI in, or otherwise to implement any changes to, its information systems.  Any action taken by the DIB participant based on the GFI or other participation in this program is taken on the DIB participant's own volition and at its own risk and expense.

(f)  A DIB participant's voluntary participation in this program is not intended to create any unfair competitive advantage or disadvantage in DoD source selections or competitions, or to

00916

provide any other form of unfair preferential treatment, and shall not in any way be represented or interpreted as a Government endorsement or approval of the DIB participant, its information systems, or its products or services.

(g)  The DIB participant and the Government may each unilaterally limit or discontinue participation in this program at any time.  Termination shall not relieve the DIB participant or the Government from obligations to continue to protect against the unauthorized use or disclosure of GFI, attribution information, contractor proprietary information, third-party proprietary information, or any other information exchanged under this program, as required by law, regulation, contract, or the FA.

(h)  Upon termination of the FA, and/or change of Facility Security Clearance status below Secret, GFI must be returned to the Government or destroyed pursuant to direction of, and at the discretion of, the Government.

(i) Participation in this program does not abrogate the Government's or the DIB participants' rights or obligations regarding the handling, safeguarding, sharing, or reporting of information, or regarding any physical, personnel, or other security requirements, as required by law, regulation, policy, or a valid legal contractual obligation.


**236.7 DIB Participant Eligibility Requirements.**

To be eligible to participate in this program, a DIB participant must execute the standardized FA with the Government, including compliance with requirements applicable to DIB participants as set forth in sections 236.4 through 236.6 of this part.  In addition, the DIB Participant must:

(a)  Have or acquire DoD-approved medium assurance certificates to enable encrypted unclassified information sharing between the Government and DIB participants;

00917

(b)  Have an existing active Facility Security Clearance (FCL) granted under the National

Industrial Security Program Operating Manual (NISPOM) (DoD 5220.22-M) with approved

safeguarding for at least Secret information, and continue to qualify under the NISPOM for

retention of its FCL and approved safeguarding

(http://www.dtic.mil/whs/directives/corres/pdf/522022m.pdf);

(c)  Have or acquire a Communications Security (COMSEC) account in accordance with

the NISPOM Chapter 9, Section 4; and

(d)  Obtain access to DoD's secure voice and data transmission systems supporting the DIB

CS/IA program.

DATED:

PATRICIA L. TOPPINGS

OSD Federal Register

Liaison Officer

Department of Defense

00964

**McDermott, Thomas M**

| | |
|---|---|
| **From:** | ▉▉ (b) (6) ▉▉ Mr, DoD OGC ▉▉ (b) (6) ▉▉ |
| **Sent:** | Monday, December 20, 2010 4:38 PM |
| **To:** | 'thomas.m.mcdermott ▉ (b) (6) ▉ Delaney, David |
| **Subject:** | FW: ▉ (b) (5) ▉ |

More clarity from DoJ.

▉▉ (b) (6) ▉▉
Associate General Counsel
DoD Office of the General Counsel
Direct: ▉▉ (b) (6) ▉▉
▉▉ (b) (6) ▉▉

CAUTION: Information contained in this message may be protected by the attorney/client,
attorney work product, deliberative process or other privileges. Do not disseminate further
without approval from the Office of the DoD General Counsel.


-----Original Message-----
From: Chipman, Jason (SMO) [mailto:Jason.Chipman@usdoj.gov]
Sent: Monday, December 20, 2010 4:29 PM
To: ▉ (b) (6) ▉ Mr, DoD OGC; ▉▉▉ (b) (6) ▉▉▉ ▉ (b) (6) ▉, DoD OGC
Cc: (b)(3)-P.L. 86-36 Baker, James A. (ODAG); ▉▉ (b) (6) ▉▉ Painter, Christopher
Subject: RE: ▉ (b) (5) ▉

Bob and Matt and Charles:

A few points to follow up on our discussion last week and e-mail exchange over the weekend.



Jason Chipman

1

00965

-----Original Message-----
From: ▮▮(b) (6)▮▮ Mr, DoD OGC ▮▮▮▮(b) (6)▮▮▮▮
Sent: Sunday, December 19, 2010 3:09 PM
To: Chipman, Jason (SMO); ▮▮▮(b) (6)▮▮▮ ▮▮(b) (6)▮▮, DoD OGC
Cc: ▮(b)(3)-P.L. 86-36▮ Baker, James A. (ODAG); ▮▮▮(b) (6)▮▮▮
Subject: Re: ▮▮(b) (5)▮▮

Thanks for the heads up. I know you know the high level intense interest in this matter.

CAUTION:  Information contained in this message may be protected by the attorney/client, attorney work product, deliberative process or other privileges.  Do not disseminate further without approval from the Office of the DoD General Counsel.

----- Original Message -----
From: Chipman, Jason (SMO) [mailto:Jason.Chipman@usdoj.gov]
Sent: Sunday, December 19, 2010 02:49 PM
To: ▮▮(b) (6)▮▮ Mr, DoD OGC; ▮▮▮(b) (6)▮▮▮
▮▮(b) (6)▮▮ ▮▮(b) (6)▮▮ DoD OGC
Cc: ▮(b)(3)-P.L. 86-36▮ Baker, James A. (ODAG) <James.A.Baker@usdoj.gov>;
▮▮(b) (6)▮▮
Subject: Re: ▮▮(b) (5)▮▮

Bob, we've not issued a formal opinion, but in the interest of being as clear as possible about our position (vis-a-vis the DC process and as lawyers advising the Executive Branch) we're discussing the issue at senior levels tomorrow morning. We'll be in touch as soon as possible tomorrow with a response to your inquiry. ▮▮▮▮(b) (5)▮▮▮▮

Thanks,
Jason

----- Original Message -----
From: ▮▮(b) (6)▮▮ Mr, DoD OGC ▮▮(b) (6)▮▮
To: Chipman, Jason (SMO); ▮(b) (6)▮ L. ▮▮(b) (6)▮▮; ▮▮(b) (6)▮▮
Mr, DoD OGC ▮▮(b) (6)▮▮
Cc: ▮(b)(3)-P.L. 86-36▮ Baker, James A. (ODAG); ▮▮(b) (6)▮▮ B.
▮▮(b) (6)▮▮
Sent: Fri Dec 17 17:03:00 2010
Subject: RE: ▮▮(b) (5)▮▮

▮▮▮▮▮▮▮▮▮▮(b) (5)▮▮▮▮▮▮▮▮▮▮

▮▮(b) (5)▮▮

Thanks.

2

00966

-----Original Message-----
From: Chipman, Jason (SMO) [mailto:Jason.Chipman@usdoj.gov]
Sent: Friday, December 17, 2010 4:53 PM
To:     ████ (b) (6) ████ L.; ████ (b) (6) ████ Mr, DoD OGC; ████ (b) (6) ████, DoD OGC
Cc: (b)(3)-P.L. 86-36 Baker, James A. (ODAG); ████ (b) (6) ████ B.
Subject: RE: ████ (b) (5) ████

██████████████████████ (b) (5) ██████████████████████

From: ████ (b) (6) ████ L. ████ (b) (6) ████
Sent: Friday, December 17, 2010 3:02 PM
To: Chipman, Jason (SMO); ████ (b) (6) ████; ████ (b) (6) ████
Cc: ████ (b) (6) ████ Baker, James A. (ODAG); ████ (b) (6) ████ B.
Subject: Re: ████ (b) (5) ████

Jason-

██████████████████████ (b) (5) ██████████████████████

Charles

_____

From: Chipman, Jason (SMO) <Jason.Chipman@usdoj.gov>
To:     ████ (b) (6) ████ Mr, DoD OGC     ████ (b) (6) ████     ████ (b) (6) ████ DoD OGC
        ████ (b) (6) ████
Cc:              ████ (D) (6) ████          Baker, James A. (ODAG) <James.A.Baker@usdoj.gov>;
     ████ (b) (6) ████ L.
Sent: Fri Dec 17 12:29:40 2010
Subject:     ████ (b) (5) ████

████ (b) (6) ████ and Bob:

██████████████████████ (b) (5) ██████████████████████



00976



**From:** (b) (6) (USN) OSD POLICY (b) (6)
**Sent:** Monday, April 12, 2010 2:46 PM
**To:** (b) (6) , DoD OGC; 'Brown, Michael A.'; (b) (6) Mr NII/DoD-CIO
**Cc:** Schleien, Steven, SES, OSD-POLICY; (b) (6) Col (USAF) OSD POLICY; (b) (6) , CIV, OSD-POLICY
**Subject:** DIB Initiative

The following questions were raised during discussion of DIB pilot program
following Cyber Initiatives meeting this am.  Would appreciate your
perspective prior to mtg with DSD tomorrow.



V/R,

(b) (6)
ODASD, Space & Cyber Policy
(b) (6)   (W)
(b) (6)   (Mobile)
SIPR:   (b) (6)
JWICS:   (b) (6)


-----Original Message-----
From:   (b) (6)   (USN) OSD POLICY
Sent: Monday, April 12, 2010 2:31 PM
To:   (b) (6)   (USN) OSD POLICY;   (b) (6)   Col (USAF)
OSD POLICY
Cc: Schleien, Steven, SES, OSD-POLICY;   (b) (6)   (USAF) OSD
POLICY; Handelman, Kenneth, SES, OSD-POLICY
Subject: RE: DIB Initiative RAH

Revised to remove the offending term.

V/R,



ODASD, Space & Cyber Policy
(b) (6)   (W)
(b) (6)   (Mobile)

00977

SIPR: ███████ (b) (6) ███████
JWICS: ███████ (b) (6) ███

-----Original Message-----
From: ███████ (b) (6) ███████ (USN) OSD POLICY
Sent: Monday, April 12, 2010 2:22 PM
To: ███████ (b) (6) ███████ (USN) OSD POLICY; ███████ (b) (6) ███████ (USAF)
OSD POLICY
Cc: Schleien, Steven, SES, OSD-POLICY; ███████ (b) (6) ███████ (USAF) OSD
POLICY; Handelman, Kenneth, SES, OSD-POLICY
Subject: RE: DIB Initiative RAH

Gentlemen,

Question from Ken Handelman on the RAH. The term 'transport provider' in
the last paragraph: Is this a common term for this pilot program, else it
isn't easily understood what exactly it is.

V/r
███ (b) (6) ███

███████ (b) (6) ███████ USN
Military Assistant to the
Assistant Secretary of Defense
for Global Strategic Affairs
Pentagon ███ (b) (6) ███
Comm ███ (b) (6) ███
DSN ███ (b) (6) ███

-----Original Message-----
From: ███████ (b) (6) ███████ (USN) OSD POLICY
Sent: Monday, April 12, 2010 1:23 PM
To: ███████ (b) (6) ███████ (USN) OSD POLICY; ███████ (b) (6) ███████ (USAF)
OSD POLICY
Cc: Schleien, Steven, SES, OSD-POLICY; ███████ (b) (6) ███████ (USAF) OSD
POLICY
Subject: RE: DIB Initiative RAH

Revision with TP's attached.

-----Original Message-----
From: ███████ (b) (6) ███████ (USN) OSD POLICY
Sent: Monday, April 12, 2010 12:48 PM
To: ███████ (b) (6) ███████ (USN) OSD POLICY; ███████ (b) (6) ███████ (USAF)
OSD POLICY
Cc: Schleien, Steven, SES, OSD-POLICY; ███████ (b) (6) ███████ (USAF) OSD
POLICY
Subject: RE: DIB Initiative RAH

███ (b) (6) ███

Just received a Tandberg that Dr. Miller will also be attending. Is it
possible to put some TP's together to bring him up to speed?

00978

V/r
(b) (6)

(b) (6)          USN
Military Assistant to the
Assistant Secretary of Defense
for Global Strategic Affairs
Pentagon    (b) (6)
Comm    (b) (6)
DSN    (b) (6)


-----Original Message-----
From:          (b) (6)          (USN) OSD POLICY
Sent: Monday, April 12, 2010 12:43 PM
To:    (b) (6)          (USN) OSD POLICY;    (b) (6)          (USAF)
OSD POLICY
Cc: Schleien, Steven, SES, OSD-POLICY;    (b) (6)          OSD POLICY; SD -
DepSecDef NCO's;    (b) (6)          (USAF) OSD POLICY
Subject: RE: DIB Initiative RAH

(b) (6)

Negative.  Our understanding is that this is an internal mtg to prep for
future mtg with Deputy DHS Lute.

V/R,

(b) (6)

-----Original Message-----
From:          (b) (6)          (USN) OSD POLICY
Sent: Monday, April 12, 2010 12:38 PM
To:    (b) (6)          (USN) OSD POLICY;    (b) (6)          (USAF)
OSD POLICY
Cc: Schleien, Steven, SES, OSD-POLICY;    (b) (6)          CIV OSD POLICY; SD -
DepSecDef NCO's;    (b) (6)          (USAF) OSD POLICY
Subject: RE: DIB Initiative RAH

Gentlemen,

Do you have any talking points with this RAH?

V/r
(b) (6)

(b) (6)          , USN
Military Assistant to the
Assistant Secretary of Defense
for Global Strategic Affairs
Pentagon    (b) (6)
Comm    (b) (6)
DSN    (b) (6)


-----Original Message-----

3

00979

From: ████ (b) (6) ████ (USN) OSD POLICY
Sent: Monday, April 12, 2010 12:06 PM
To: ████ (b) (6) ████ (USAF) OSD POLICY; ████ (b) (6) ████ (USN) OSD POLICY
Cc: Schleien, Steven, SES, OSD-POLICY; ████ (b) (6) ████ (USAF) OSD POLICY; ████ (b) (6) ████ CIV OSD POLICY; SD - DepSecDef NCO's
Subject: DIB Initiative RAH

Stef (b) (6)

Here's the RAH developed for the DSD meeting tomorrow.  Tasker was assigned Friday and package was out for coordination late Friday.  We've talked with ████ (b) (6) ████ and updated with their inputs - awaiting formal coordination but told everyone it's moving up the chain because we can't hold it up.

Request we continue to push this up because DSD's office will want by COB today.

V/r-

████ (b) (6) ████ (from ████ (b) (6) ████ email)

<<...>> <<...>>

4

00981

(b) (6)

| | |
|---|---|
| From: | (b) (6)  DISL OSD POLICY  (b) (6) |
| Sent: | Tuesday, August 31, 2010 5:55 PM |
| To: | 'Painter, Christopher M.';  (b) (6) |
| Cc: | Butler, Robert J SES OSD POLICY; Schleien, Steven, SES, OSD-POLICY; (b)(3)-P.L. 86-36 (b)(3)-P.L. 86-36 'Brown, Michael A.'; 'McConnell, Bruce'  (b) (6) , DoD OGC; (b) (6)  (b)(3)-P.L. 86-36,  (b) (6) |
| Subject: | Docs for IPC |
| Attachments: | DoD-DHS Chapeau Comms Strategy 20100826.docx; DRAFT Cyber Coordination Comms Plan 26 Aug.doc; CS III_Public Affairs Guidance_FINAL.pdf; 20100811 _DRAFT_PAG_EINSTEIN_3_v1.doc |

| | |
|---|---|
| Importance: | High |

Mr. Painter/Ms. Siegel;

Per Mr. Butler's guidance, pls see the attached documents for the IPC on Thursday.

Documents:

-   Overview of DHS and DoD Enhanced Cybersecurity Efforts **(To be provided by RADM Brown, DHS)**

-   DoD and DHS Cybersecurity Initiatives Engagement and Comms Strategy (Chapeau)

o    Enhanced DHS-DoD Cybersecurity Coord Comms Plan

o    DIB CS-IA Program

o    DIB Opt-in Pilot Comms Program **(To be provided hard copy at the IPC)**

o    Cyberstorm III PAG

o    EINSTEIN 3 PAG

-   DIB Pilot Plan Overview Briefing **(To be provided hard copy by NSA at the IPC)**

Pls let me know if there is anything else you need.

v/r

(b) (6)

<<...>>    <<...>>    <<...>>  <<...>>

(b) (6)

Defense Intel Senior Leader (DISL)

1

00982

Senior Advisor for CYBER policy

(b) (6) , Pentagon

(b) (6)

00998

**(b) (6)**

| | |
|---|---|
| From: | Brown, Michael A. |
| Sent: | Tuesday, September 28, 2010 12:35 PM |
| To: | **(b)(3)-P.L. 86-36** |
| Subject: | FW: Authorities language |
| Attachments: | DHS new proposal for DoD_dodogc-combined-edits2b.docx |

Importance:     High

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
**(b) (6)**

-----Original Message-----
From: **(b) (6)** OSD POLICY **(b) (6)**
Sent: Monday, September 27, 2010 8:39 AM
To: 'Brown, Michael A.'
Cc: Butler, Robert J SES OSD POLICY; Schleien, Steven, SES, OSD-POLICY;
**(b) (6)** Kudwa, Amy; **(b) (6)** OSD PA
Subject: FW: Authorities language
Importance: High

RADM Brown,

**(b) (5)**

Thanks,
(b) (6)

**(b) (6)**
Defense Intel Senior Leader (DISL)
Senior Advisor for CYBER policy

**(b) (6)** , Pentagon
**(b) (6)**

-----Original Message-----
From: **(b) (6)** DoD OGC
Sent: Sunday, September 26, 2010 8:36 AM

1

00999

To: Butler, Robert J SES OSD POLICY; ████ (b) (6) ████ DISL OSD POLICY; Schleien, Steven, SES,
OSD-POLICY; Guissanie, Gary, SES, NII/DoD-CIO
Subject: RE: Authorities language
Importance: High

(b) (5)

(b) (6)

(b) (6)
Associate General Counsel
DoD Office of the General Counsel
Direct: ████ (b) (6) ████
(b) (6)

CAUTION: Information contained in this message may be protected by the attorney/client,
attorney work product, deliberative process or other privileges. Do not disseminate further
without approval from the Office of the DoD General Counsel.


-----Original Message-----
From: Butler, Robert J SES OSD POLICY
Sent: Saturday, September 25, 2010 5:32 PM
To: ████ (b) (6) ████ DoD OGC; ████ (b) (6) ████ DISL OSD POLICY; Schleien, Steven, SES, OSD-
POLICY; Guissanie, Gary, SES, NII/DoD-CIO
Subject: Re: Authorities language

(b) (5)

----- Original Message -----
From: ████ (b) (6) ████ DoD OGC
To: Butler, Robert J SES OSD POLICY; ████ (b) (6) ████ DISL OSD POLICY; Schleien, Steven, SES,
OSD-POLICY; Guissanie, Gary, SES, NII/DoD-CIO
Sent: Sat Sep 25 17:21:24 2010
Subject: RE: Authorities language

(b) (5)

Cheers/(b) (6)

CAUTION: Information contained in this message may be protected by the attorney/client,
attorney work product, deliberative process or other privileges. Do not disseminate further
without approval from the Office of the DoD General Counsel.

01000

-----Original Message-----
From: Butler, Robert J SES OSD POLICY
Sent: Saturday, September 25, 2010 5:16 PM
To: [ (b) (6) ] DoD OGC; [ (b) (6) ] DISL OSD POLICY; Schleien, Steven, SES, OSD-
POLICY; Guissanie, Gary, SES, NII/DoD-CIO
Subject: Fw: Authorities language

Stand by ...


From: Butler, Robert J SES OSD POLICY
To: [ (b) (6) ] HON OSD POLICY
Sent: Sat Sep 25 17:14:00 2010
Subject: Fw: Authorities language


(b) (5)

3

01001



(b) (5)

From: Reitinger, Philip [            (b) (6)            ]
To: Butler, Robert J SES OSD POLICY
Cc: [  (b) (6)  ] HON OSD POLICY; Schaffer, Gregory [      (b) (6)      ] McConnell,
Bruce [    (b) (6)    ] Brown, Michael A. [      (b) (6)      ]; Beers, Rand
[  (b) (6)  ]
Sent: Thu Sep 23 10:03:30 2010
Subject: Authorities language


Bob


Thanks for the language on Tuesday. [          (b) (5)          ]
[        ] Please see the attached for your review.


phil

4

01007

**(b) (6)**

| | |
|---|---|
| **From:** | Reitinger, Philip |
| **Sent:** | Monday, January 10, 2011 4:40 PM |
| **To:** | Stempfley, Roberta; Schaffer, Gregory; McConnell, Bruce; Brown, Michael A. RADM; Gillis, Ryan M; Delaney, David; Dean, Nicole M |
| **Subject:** | FW: Cyber Security PMC Presentation |

Greg, Bobby, Mike, Bruce:

In Bruce's absence, who can work with Bob Butler to pull together the brief for the PMC to set the stage for creating a demand side for cyber?

Note, from our view this is not just about the DIB pilot but also conveying an understanding of the threat, and setting the stage for baseline solutions across critical infrastructure (such as risk-based performance standards)?

phil

-----Original Message-----
From:                                  **(b) (6)**                              On Behalf Of  **(b) (6)**  R.
                   **(b) (6)**
Sent: Monday, January 10, 2011 3:57 PM
To: Reitinger, Philip;        **(b) (6)**
Cc:       **(b) (6)**
Subject: RE: Cyber Security PMC Presentation

Phil and Bob,

**(b) (5)**

Thanks,

**(b) (6)**

-----Original Message-----
From:       **(b) (6)**
Sent: Monday, January 10, 2011 3:53 PM
To: Reitinger, Philip;       **(b) (6)**              **(b) (6)**   R.
Cc:       **(b) (6)**         **(b) (6)**          **(b) (6)**
Subject: RE: Cyber Security PMC Presentation

Phil, Bob &  **(b) (6)**

In order to prepare for the PMC meeting, the three of you should put together a 10 slide presentation that we can go over this Friday. Attached is a sample slide deck we used at the last PMC meeting.

Please keep in mind that the PMC meeting will be at the secret level and the slide presentation should be no longer than 20 minutes so we can reserve time for discussion.

Caroline will follow up to schedule time for the Friday meeting.

01008

Thanks,

**(b) (6)**


-----Original Message-----
From: JHL       **(b) (6)**
Sent: Friday, January 07, 2011 1:27 PM
To: Lynn, William CIV SD;        **(b) (6)**       ; JHL; Reitinger, Philip; McConnell, Bruce
Cc:       **(b) (6)**       **(b) (6)**       **(b) (6)**
Subject: RE: Cyber Security PMC Presentation

Phil Reitinger for me.

-----Original Message-----
From: Lynn, William CIV SD       **(b) (6)**
Sent: Friday, January 07, 2011 1:04 PM
To:       **(b) (6)**      ; JHL **(b) (6)**
Cc:       **(b) (6)**       **(b) (6)**  ;     **(b) (6)**
Subject: RE: Cyber Security PMC Presentation

      **(b) (5)**


-----Original Message-----
From:       **(b) (6)**           **(b) (6)**
Sent: Friday, January 07, 2011 12:22 PM
To: Lynn, William CIV SD; 'jhl **(b) (6)**
Cc:       **(b) (6)**       **(b) (6)**     **(b) (6)**
Subject: Cyber Security PMC Presentation

Bill and Jane,


Thanks for setting up the meeting earlier this week. As we work to put together the agenda
for the PMC discussion, who on your teams should we coordinate with?


Thanks,

**(b) (6)**

01009

[REDACTED (b) (6)]

**From:** Butler, Robert J SES OSD POLICY [REDACTED (b) (6)]
**Sent:** Monday, May 17, 2010 5:50 PM
**To:** 'Brown, Michael A.'
**Subject:** FW: CYBERCOM/NSA Brief on New DIB Pilot

[REDACTED (b) (5)]

-----Original Message-----
From: [REDACTED (b)(3)-P.L. 86-36] [REDACTED (b)(3)-P.L. 86-36]
Sent: Monday, May 17, 2010 5:40 PM
To: Butler, Robert J SES OSD POLICY
Subject: RE: CYBERCOM/NSA Brief on New DIB Pilot

[REDACTED (b)(3)-P.L. 86-36]
[REDACTED (b)(3)-P.L. 86-36]
[REDACTED (b)(3)-P.L. 86-36]
[REDACTED (b)(3)-P.L. 86-36]
[REDACTED (b)(3)-P.L. 86-36]

[REDACTED (b)(3)-P.L. 86]

-----Original Message-----
From: Butler, Robert J SES OSD POLICY [REDACTED (b) (6)]
Sent: Monday, May 17, 2010 5:31 PM
To: [REDACTED (b)(3)-P.L. 86-36]
Subject: RE: CYBERCOM/NSA Brief on New DIB Pilot

[REDACTED (b) (5), (b) (6)]

-----Original Message-----
From: [REDACTED (b) (6)] CIV, OSD-POLICY
Sent: Monday, May 17, 2010 5:08 PM
To: [REDACTED (b)(3)-P.L. 86-36]
Cc: Butler, Robert J SES OSD POLICY; [REDACTED (b) (6)] CTR OSD POLICY; [REDACTED (b) (6)] CTR OSD POLICY
Subject: RE: CYBERCOM/NSA Brief on New DIB Pilot

[REDACTED (b)(3)-P.L. 86-36]

[REDACTED (b) (5), (b) (6)]

V/R,

[REDACTED (b) (6)]

Assistant Secretary of Defense for Global Strategic Affairs
OUSD (Policy), OSD, DoD
The Pentagon [REDACTED (b) (6)]
[REDACTED (b) (6)]
[REDACTED (b) (6)] main line or DSN [REDACTED (b) (6)]

-----Original Message-----

1

[REDACTED]

01010

From: (b)(6)-P.L. 86-36 [ (b)(3)-P.L. 86-36
Sent: Monday, May 17, 2010 5:06 PM
To: (b) (6) CIV, OSD-POLICY
Cc: Butler, Robert J SES OSD POLICY; (b) (6) CTR OSD POLICY; (b) (6) CTR OSD POLICY
Subject: RE: CYBERCOM/NSA Brief on New DIB Pilot

(b) (6)
Who else is attending?
Best,
(b)(3)-P.L. 86

-----Original Message-----
From: (b) (6) CIV, OSD-POLICY (b) (6)
Sent: Monday, May 17, 2010 5:04 PM
To: (b)(6)-P.L. 86-36
Cc: (b) (6) (b) (6) CTR OSD POLICY; (b) (6) CTR OSD POLICY
Subject: RE: CYBERCOM/NSA Brief on New DIB Pilot

(b)(3)-P.L. 86-36

(b) (5)

V/R,

(b) (6)

Assistant Secretary of Defense for Global Strategic Affairs
and to the DASD for Cyber Policy
OUSD (Policy), OSD, DoD
The Pentagon Room 3C852A
(b) (6) direct line or DSN (b) (6)
(b) (6) main line or DSN (b) (6)

-----Original Message-----
From: Butler, Robert J SES OSD POLICY
Sent: Monday, May 17, 2010 4:55 PM
To: (b)(3)-P.L. 86-36
Cc: (b) (6) CIV, OSD-POLICY
Subject: RE: CYBERCOM/NSA Brief on New DIB Pilot

(b) (5)

-----Original Message-----
From: (b)(6)-P.L. 86-36 (b)(6)-P.L. 86-36
Sent: Monday, May 17, 2010 4:46 PM
To: Butler, Robert J SES OSD POLICY
Subject: RE: CYBERCOM/NSA Brief on New DIB Pilot

Bob,
Are we all set? Please let me know who RSVP'd so we bring enough briefs.
Best,
(b)(3)-P.L. 86

_____

2

01011

From: Butler, Robert J SES OSD POLICY ███████████(b) (6)███████████
Sent: Monday, May 17, 2010 1:13 PM
To:   ████(b) (6)████ CIV, OSD-POLICY
Cc:   ████(b) (6)████  ████(b) (6)████  DoD OGC;  ████(b) (6)████  DoD
OGC;  ████(b) (6)████ ;  ████(b) (6)████  ████(b)(6)-P.L. 86-36████
Subject: CYBERCOM/NSA Brief on New DIB Pilot

███████████████████(b) (5), (b) (6)███████████████████

3

01026

██ (b) (6) ██

| | |
|---|---|
| From: | McDermott, Thomas M |
| Sent: | Tuesday, December 07, 2010 4:15 PM |
| To: | Schaffer, Gregory; Brown, Michael A. RADM; Stempfley, Roberta; Dean, Nicole M |
| Cc: | Delaney, David |
| Subject: | FW: DIB Banner - real, live, test case |
| Attachments: | Sample-Anonymous-Banner-Policy-Compilation_06dec2010.pdf; Handout_Key-Banner-Elements_DIB-mtgs-0203dec2010.pdf; Logon-banner-sources-and-samples_02nov2010.doc |

Importance:          High

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:        (b) (6)        *Please note the new phone number*
blackberry:  (b) (6)
        (b) (6)

-----Original Message-----
From:     (b) (6)     DoD OGC        (b) (6)
Sent: Tuesday, December 07, 2010 4:06 PM
To: (b) (6), (b) (7)(C)  Renan, Daphna (SMO);        (b) (6)        Thompson, Karl (SMO); Chipman,
Jason (SMO);        (b) (6)        'Delaney, David (DHS)'; 'McDermott, Thomas M
(DHS)'
Cc:     (b) (6)     DoD OGC;     (b) (6)     DoD OGC;     (b) (6)     , Mr, DoD
OGC; 'Olsen, Matthew G'; '(b)(3)-P.L. 86-36  (b)(3)-P.L. 86-36  (b)(3)-P.L. 86-36 ;        (b)(3)-P.L. 86-36
        (b) (6)        DoD OGC;        (b) (6)        DoD OGC;     (b) (6)     DoD
OGC; (b)(3)-P.L. 86-36
Subject: DIB Banner - real, live, test case
Importance: High

**(b) (5)**

1

01027

(b) (5)



Thanks!
 (b) (6)

Attachments:
1- Sample-Anonymous-Banner-Policy-Compilation_06dec2010.pdf
2- Handout_Key-Banner-Elements_DIB-mtgs-0203dec2010.pdf
3- Logon-banner-sources-and-samples_02nov2010.doc

(b) (6)
Associate General Counsel

01028

DoD Office of the General Counsel
Direct: (b) (6)
(b) (6)

CAUTION: Information contained in this message may be protected by the attorney/client, attorney work product, deliberative process or other privileges. Do not disseminate further without approval from the Office of the DoD General Counsel.

01029

**(b) (6)**

| | |
|---|---|
| From: | McDermott, Thomas M |
| Sent: | Friday, December 17, 2010 4:20 PM |
| To: | Schaffer, Gregory; Stempfley, Roberta; Dean, Nicole M |
| Cc: | Brown, Michael A. RADM; **(b) (6)** |
| Subject: | FW: **(b) (5)** |

*Attorney-Client Communication*
*Legally Privileged & Confidential*

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk: **(b) (6)**  *Please note the new phone number*
blackberry: **(b) (6)**
**(b) (6)**

**From:** **(b) (6)** DoD OGC **(b) (6)**
**Sent:** Friday, December 17, 2010 12:45 PM
**To:** 'McDermott, Thomas M'; 'Delaney, David'
**Subject:** FW: **(b) (5)**

**(b) (5)**

**(b) (6)**
Associate General Counsel
DoD Office of the General Counsel
Direct: **(b) (6)**
**(b) (6)**

CAUTION: Information contained in this message may be protected by the attorney/client, attorney work product, deliberative process or other privileges. Do not disseminate further without approval from the Office of the DoD General Counsel.

**From:** Chipman, Jason (SMO) **(b) (6)**
**Sent:** Friday, December 17, 2010 12:30 PM
**To:** **(b) (6)** DoD OGC; **(b) (6)** , DoD OGC

01030

**Cc:** Olsen, Matthew G; Baker, James A. (ODAG); ███████ (b) (6) ███████
**Subject:** ███ (b) (5) ███

████ (b) (6) ████

(b) (5)

01033

■■■■ (b) (6) ■■■■

From: Brown, Michael A.
Sent: Monday, April 12, 2010 6:03 PM
To: ■■■■ (b) (6) ■■■■
Subject: FW: DIB Initiative
Attachments: DIB Initiative Meeting RAH 11 Apr v5.doc

(b) (6)

Here is my input.

Cheers,
Mike


Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
■■■■ (b) (6) ■■■■

-----Original Message-----
From: Brown, Michael A.
Sent: Monday, April 12, 2010 3:06 PM
To: ■■■ (b) (6) ■■■ (USN) OSD POLICY; ■■■ (b) (6) ■■■ , DoD OGC; ■■■ (b) (6) ■■■
Mr NII/DoD-CIO
Cc: Schleien, Steven, SES, OSD-POLICY; ■■■ (b) (6) ■■■ (USAF) OSD POLICY; ■ (b) (6) ■
■■■ CIV, OSD-POLICY
Subject: RE: DIB Initiative

(b) (6),

I'll provide some quick answers below your questions for the things I can answer. Legally,
lots of work needs to be done based on the conversations that have been had over the past
year. Please see below.

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
■■■ (b) (6) ■■■

-----Original Message-----
From: ■■■ (b) (6) ■■■ (USN) OSD POLICY ■■■ (b) (6) ■■■
Sent: Monday, April 12, 2010 2:46 PM
To: ■■ (b) (6) ■■ DoD OGC; 'Brown, Michael A.'; ■■ (b) (6) ■■ Mr NII/DoD-CIO
Cc: Schleien, Steven, SES, OSD-POLICY; ■■■ (b) (6) ■■■ (USAF) OSD POLICY; ■ (b) (6) ■
■■■ CIV, OSD-POLICY
Subject: DIB Initiative

1

■■

01034

(b) (5)



01035

**(b) (5)**

V/R,

**(b) (6)**
ODASD, Space & Cyber Policy
(b) (6)      (W)
(b) (6)      (Mobile)
SIPR:    (b) (6)
JWICS:      (b) (6)


-----Original Message-----
From:        (b) (6)        (USN) OSD POLICY
Sent: Monday, April 12, 2010 2:31 PM
To:        (b) (6)       (USN) OSD POLICY;      (b) (6)       Col (USAF) OSD POLICY
Cc: Schleien, Steven, SES, OSD-POLICY;      (b) (6)       (USAF) OSD POLICY; Handelman,
Kenneth, SES, OSD-POLICY
Subject: RE: DIB Initiative RAH

**(b) (5)**.

V/R,

**(b) (6)**
ODASD, Space & Cyber Policy
(b) (6)      (W)
(b) (6)      (Mobile)
SIPR:    (b) (6)
JWICS:      (b) (6)


-----Original Message-----
From:        (b) (6)        (USN) OSD POLICY
Sent: Monday, April 12, 2010 2:22 PM
To:        (b) (6)       (USN) OSD POLICY;      (b) (6)       Col (USAF) OSD POLICY
Cc: Schleien, Steven, SES, OSD-POLICY;      (b) (6)       (USAF) OSD POLICY; Handelman,
Kenneth, SES, OSD-POLICY
Subject: RE: DIB Initiative RAH

Gentlemen,

**(b) (5)**

V/r
(b) (6)

**(b) (6)**      USN
Military Assistant to the
Assistant Secretary of Defense
for Global Strategic Affairs
Pentagon    (b) (6)

01036

Comm ███ (b) (6) ███
DSN ███ (b) (6) ███

-----Original Message-----
From: ███████ (b) (6) ███████ (USN) OSD POLICY
Sent: Monday, April 12, 2010 1:23 PM
To: ██████ (b) (6) ██████ (USN) OSD POLICY; ██████ (b) (6) ██████ (USAF) OSD POLICY
Cc: Schleien, Steven, SES, OSD-POLICY; ██████ (b) (6) ██████ (USAF) OSD POLICY
Subject: RE: DIB Initiative RAH

███████ (b) (5) ███████

-----Original Message-----
From: ███████ (b) (6) ███████ (USN) OSD POLICY
Sent: Monday, April 12, 2010 12:48 PM
To: ██████ (b) (6) ██████ (USN) OSD POLICY; ██████ (b) (6) ██████ (USAF) OSD POLICY
Cc: Schleien, Steven, SES, OSD-POLICY; ██████ (b) (6) ██████ (USAF) OSD POLICY
Subject: RE: DIB Initiative RAH

(b) (6)

█████████████████ (b) (5) █████████████████

V/r
(b) (6)

██████ (b) (6) ██████ USN
Military Assistant to the
Assistant Secretary of Defense
for Global Strategic Affairs
Pentagon ███ (b) (6) ███
Comm ███ (b) (6) ███
DSN ███ (b) (6) ███

-----Original Message-----
From: ███████ (b) (6) ███████ (USN) OSD POLICY
Sent: Monday, April 12, 2010 12:43 PM
To: ██████ (b) (6) ██████ (USN) OSD POLICY; ██████ (b) (6) ██████ (USAF) OSD POLICY
Cc: Schleien, Steven, SES, OSD-POLICY; ██████ (b) (6) ██████ CIV OSD POLICY; SD - DepSecDef NCO's;
██████ (b) (6) ██████ (USAF) OSD POLICY
Subject: RE: DIB Initiative RAH

(b) (6)

█████████████████ (b) (5) █████████████████

V/R,

(b) (6)

-----Original Message-----
From: ███████ (b) (6) ███████ (USN) OSD POLICY

01037

Sent: Monday, April 12, 2010 12:38 PM
To: [(b) (6)] (USN) OSD POLICY; [(b) (6)] (USAF) OSD POLICY
Cc: Schleien, Steven, SES, OSD-POLICY; [(b) (6)] CIV OSD POLICY; SD - DepSecDef NCO's; [(b) (6)] (USAF) OSD POLICY
Subject: RE: DIB Initiative RAH

Gentlemen,

[(b) (5)]

V/r
[(b) (6)]

[(b) (6)] USN
Military Assistant to the
Assistant Secretary of Defense
for Global Strategic Affairs
Pentagon [(b) (6)]
Comm [(b) (6)]
DSN [(b) (6)]

-----Original Message-----
From: [(b) (6)] (USN) OSD POLICY
Sent: Monday, April 12, 2010 12:06 PM
To: [(b) (6)] (USAF) OSD POLICY; [(b) (6)] (USN) OSD POLICY
Cc: Schleien, Steven, SES, OSD-POLICY; [(b) (6)] (USAF) OSD POLICY; [(b) (6)] CIV OSD POLICY; SD - DepSecDef NCO's
Subject: DIB Initiative RAH

Stef [(b) (6)]

[(b) (5)]

V/r-

[(b) (6)] (from [(b) (6)]

<<...>> <<...>>

01038

██ (b) (6) ██

| | |
|---|---|
| **From:** | Denning, John |
| **Sent:** | Thursday, January 20, 2011 1:57 PM |
| **To:** | Dean, Nicole M; Stempfley, Roberta |
| **Subject:** | FW: DIB Pilot Comms Plan |
| **Attachments:** | 20110106 Comms Plan DIB opt in pilot (cyber) OSDPA edits (2).docx |
| | |
| **Importance:** | High |

Any more data on this?


John Denning, Director of External Affairs Office of Cybersecurity and Communications
Department of Homeland Security
Desk:       ██ (b) (6) ██
Secondary:     ██ (b) (6) ██
Web: www.dhs.gov/cyber


-----Original Message-----
From: ██ (b) (6) ██
Sent: Thursday, January 20, 2011 12:03 PM
To: Denning, John
Subject: FW: DIB Pilot Comms Plan
Importance: High

JD,

Any movement on the below?

-----Original Message-----
From: McConnell, Bruce
Sent: Friday, January 07, 2011 12:08 PM
To: Kudwa, Amy; ██ (b) (6) ██ Gillis, Ryan M
Cc: Stempfley, Roberta; Schaffer, Gregory; Reitinger, Philip
Subject: FW: DIB Pilot Comms Plan
Importance: High

This will be discussed at the DIB pilot meeting that the NSS is hosting on Monday at 12:30-
1:30, which is the topic of another thread (that the cc's above are on).

-----Original Message-----
From: ██ (b) (6) ██ DISL OSD POLICY ██ (b) (6) ██
Sent: Friday, January 07, 2011 11:04 AM
To: ' ██ (b) (6) ██
Cc: Schleien, Steven, SES, OSD-POLICY; Butler, Robert J SES OSD POLICY; ██ (b) (6) ██
LtCol OSD PA; ██ (b) (6) ██ Mr, DoD OGC; ██ (b) (6) ██ DISL NII/DoD-CIO; (b)(6)-P.L. 86-36
██ (b) (6) ██ ; CIV OSD LA
Subject: RE: DIB Pilot: Next Steps and Comms Plan
Importance: High

██ (b) (6) ██ /Mr. McConnell/All:

██ (b) (5) ██

01039

(b) (5)

v/r
(b) (6)

(b) (6)
Defense Intel Senior Leader (DISL)
Senior Advisor for CYBER policy

(b) (6)   Pentagon
(b) (6)


-----Original Message-----
From: (b) (6)                    (b) (6)
Sent: Friday, January 07, 2011 10:15 AM
To:      (b) (6)        (b) (6)   DISL OSD POLICY;        (b) (6)
Cc: Schleien, Steven, SES, OSD-POLICY; Butler, Robert J SES OSD POLICY;      (b) (6)
LtCol OSD PA
Subject: RE: DIB Pilot: Next Steps and Comms Plan

Hi (b) (6),

Just wanted to circle back with you on the Comms Plan - as you know, we are planning a
follow-up DIB meeting for Monday (I will be sending out the email momentarily).  We actually
have a room available for a few hours - would it be helpful to take some time to discuss the
Comms Plan following the rest of the DIB discussion?  We can include public affairs folks if
that would be helpful. Please advise.

Best,
(b) (6)

-----Original Message-----
From:       (b) (6)
Sent: Thursday, January 06, 2011 8:05 PM
To:      (b) (6)   DISL OSD POLICY';       (b) (6)
Cc: Schleien, Steven, SES, OSD-POLICY; Butler, Robert J SES OSD POLICY;      (b) (6)
LtCol OSD PA
Subject: RE: DIB Pilot: Next Steps and Comms Plan

Thanks (b) (6)- look forward to receiving the draft.  And, happy to discuss tomorrow.

Best,
(b) (6)

-----Original Message-----
From:     (b) (6)   DISL OSD POLICY        (b) (6)
Sent: Thursday, January 06, 2011 8:49 AM
To:      (b) (6)        (b) (6)
Cc: Schleien, Steven, SES, OSD-POLICY; Butler, Robert J SES OSD POLICY;      (b) (6)
LtCol OSD PA
Subject: RE: DIB Pilot: Next Steps and Comms Plan

(b) (6) /Bruce,

01040

I'm working on this today with April Cunningham from OASD PA.  They have a great deal already
on paper for this.  We will refine and get out for your comment soonest.
v/r
Jack

(b) (6)

Defense Intel Senior Leader (DISL)
Senior Advisor for CYBER policy

(b) (6)    Pentagon
(b) (6)


-----Original Message-----
From: Butler, Robert J SES OSD POLICY
Sent: Thursday, January 06, 2011 6:02 AM
To:        (b) (6)            ;        (b) (6)
Cc:     (b) (6)       DISL OSD POLICY; Schleien, Steven, SES, OSD-POLICY
Subject: DIB Pilot: Next Steps and Comms Plan

(b) (5)

Thanks, Bob

3

01041

**(b) (6)**

| | |
|---|---|
| **From:** | Delaney, David |
| **Sent:** | Thursday, July 01, 2010 8:10 AM |
| **To:** | Reitinger, Philip; Schaffer, Gregory; Brown, Michael A. |
| **Cc:** | Ludtke, Meghan; McDermott, Thomas M; McConnell, Bruce |
| **Subject:** | Fw: DIB Pilot Meeting |



(b) (5)

David

David Delaney
C:   **(b) (6)**

---

**From:** **(b) (6)**   DoD OGC <   **(b) (6)**
**To:** (b)(3)-P.L. 86-36   **(b) (6)**   <   **(b) (6)**
**Cc:** **(b) (6)**   (b) (6)   (b) (6)   (b) (6)
**Sent:** Thu Jul 01 07:38:10 2010
**Subject:** Re: DIB Pilot Meeting

(b) (5)

Thanks,
**(b) (6)**

CAUTION: Information contained in this message may be protected by the attorney/client, attorney work product, deliberative process or other privileges. Do not disseminate further without approval from the Office of the DoD General Counsel.

---

**From:** (b)(3)-P.L. 86-36   (b)(3)-P.L. 86-36
**To:** **(b) (6)**   <   **(b) (6)**   **(b) (6)**   DoD OGC
**Cc:** (b) (6)   (b)(3)-P.L. 86-36
**Sent:** Wed Jun 30 19:39:56 2010
**Subject:** Re: DIB Pilot Meeting

Tom

Steps are being taken at our end to work through this. From my perspective you are a valuable member of the team and have contributed a lot. I agree that it was entirely appropriate for you to be at the legal meeting. In any event, you did nothing wrong and have nothing to apologize for.

Re tomorrow's meeting with ATT, there has been some confusion from my clients. I only got word a few minutes ago that the meeting will include legal topics. **(b) (6)** and Susan are coming. I have to take my mother to a medical appt and might have been able to reschedule if I had known this was a legal meeting.

Glad David is in the boat, even if it is a little leaky.

1

01042

John

**From:** McDermott, Thomas M <(b) (6)
**To:** (b) (6)    DoD OGC <(b) (6)    (b)(3)-P.L. 86-36
**Cc:** Delaney, David (b) (6)
**Sent:** Wed Jun 30 17:39:04 2010
**Subject:** DIB Pilot Meeting

(b) (5)

FYI -- David Delaney is going to join us at DOJ in the afternoon.

Thanks,
Tom


Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:    (b) (6)
blackberry:   (b) (6)
(b) (6)

01043

**(b) (6)**

| | |
|---|---|
| **From:** | Callahan, Mary Ellen |
| **Sent:** | Friday, March 25, 2011 12:29 PM |
| **To:** | Brown, Michael A. RADM; Sand, Peter; Callahan, Mary Ellen; Kropf, John; Schlanger, Margo; McNeely, James |
| **Subject:** | FW: DIB Pilot Starting and Branded as a DHS program |
| **Attachments:** | PA DIB Pilot Briefing Card 2011-03-17.doc |

**Importance:** High

Mike -- can we discuss this recent news?  I am in particular interested in the DHS branding
element of this.  Thanks.  Mec

-----Original Message-----
From: Brown, Michael A. RADM
Sent: Thursday, March 24, 2011 3:03 PM
To: McNeely, James; Sand, Peter
Cc: Delaney, David; McDermott, Thomas M; **(b) (6)**   Dean, Nicole M; **(b) (6)**
**(b)(3)-P.L. 86-36**
Subject: FW: PA DIB Pilot Briefing Card 2011-03-17.doc

Team,

**(b) (5)**

v/r,
MAB

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
**(b) (6)**   Fort Meade)
**(b) (6)**   (Arlington)


-----Original Message-----
From: Kudwa, Amy
Sent: Friday, March 18, 2011 1:35 PM
To: McConnell, Bruce; Brown, Michael A. RADM; Denning, John; **(b) (6)**   **(b) (6)**
**(b) (6)**
Subject: FW: PA DIB Pilot Briefing Card 2011-03-17.doc

With the caveat that I know everyone is stretched very thin right now, I received these DIB
pilot TPs from DoD OPA this morning and they're seeking our input.

In speaking with **(b) (6)** they're not really getting incoming on this, but want to have
something in the can for future use. She understands our operational posture at present, and
so agreed that our getting back to her on Monday was fine. Can we internally aim for 10 a.m.
Monday?

Thanks,

1

01044

Amy

-----Original Message-----
From: ████████ (b) (6) ████ OSD PA ████████ (b) (6) ████████
Sent: Friday, March 18, 2011 11:32 AM
To: 'Kudwa, Amy'
Subject: PA DIB Pilot Briefing Card 2011-03-17.doc

Amy,

████████████████████ (b) (5) ████████████████████

V/r.. (b) (6)

01045

**(b) (6)**

| | |
|---|---|
| From: | McDermott, Thomas M |
| Sent: | Monday, December 05, 2011 10:30 AM |
| To: | Stempfley, Roberta; Brown, Michael A. RADM; Dean, Nicole M |
| Cc: | Goode, Brendan; Menna, Jenny; Delaney, David |
| Subject: | FW: Draft Agenda - DIB Meeting |
| Attachments: | Dec 9, 2011 Agenda_ DIB Pilot.doc |

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:     **(b) (6)**
blackberry:  **(b) (6)**
     **(b) (6)**

**From:** McDermott, Thomas M
**Sent:** Monday, December 05, 2011 9:32 AM
**To:** **(b) (6)** DoD OGC; **(b) (6), (b) (7)(C)** **(b) (6)** DISL OSD POLICY; **(b)(3)-P.L. 86-36** McDermott, Thomas M (DHS); **(b) (6)** **(b) (6)** **(b) (6)** (NSD) (JMD); **(b) (6)** DISL DoD CIO
**Cc:** **(b) (6)** **(b) (6)** DISL DoD CIO; **(b) (6)** CTR DoD CIO; Conover, Brynn R; **(b)(3)-P.L. 86-36** ; Anderson, Trisha (JMD)
**Subject:** RE: Draft Agenda - DIB Meeting

**(b) (5)**

Thomas M. McDermott
Office of the General Counsel

1

**■**

01046

U.S. Department of Homeland Security,
National Protection and Programs
desk:          (b) (6)
blackberry:    (b) (6)
         (b) (6)

-----Original Message-----
From:     (b) (6)      DoD OGC     (b) (6)
Sent: Friday, December 02, 2011 6:22 PM
To: (b) (6), (b) (7)(C)    (b) (6)    DISL OSD POLICY; (b)(3)-P.L. 86-36   'McDermott, Thomas M
(DHS)';          (b) (6)          (b) (6)            (b) (6)
(NSD) (JMD);       (b) (6)      DISL DoD CIO
Cc:        (b) (6)         (b) (6)      DISL DoD CIO; (b) (6)   CTR DoD CIO;
'Conover, Brynn R'; (b)(3)-P.L. 86-36 'Anderson, Trisha (JMD)'
Subject: RE: Draft Agenda - DIB Meeting

(b) (5)

(b) (6)
Associate General Counsel
DoD Office of the General Counsel
Direct:   (b) (6)
     (b) (6)

CAUTION: Information contained in this message may be protected by the attorney/client,
attorney work product, deliberative process or other privileges. Do not disseminate further
without approval from the Office of the DoD General Counsel.

-----Original Message-----
From: (b) (6), (b) (7)(C)        (b) (6), (b) (7)(C)
Sent: Friday, December 02, 2011 5:43 PM
To:    (b) (6)    DISL OSD POLICY; (b)(3)-P.L. 86-36 McDermott, Thomas M (DHS);
      (b) (6)        (b) (6)         (b) (6)      (NSD) (JMD);
    (b) (6)     DISL DoD CIO
Cc:     (b) (6)    , DoD OGC;     (b) (6)       (b) (6)     DISL DoD CIO; (b)
     CTR DoD CIO; Conover, Brynn R; (b)(3)-P.L. 86-36 ; Anderson, Trisha (JMD)

2

01047

Subject: RE: Draft Agenda - DIB Meeting



(b) (5)

Of course, these are only suggestions and I'd defer to your assessment of how best to engage the companies.

(b) (6), (b) (7)(C)

-----Original Message-----
From:       (b) (6)     DISL OSD POLICY          (b) (6)
Sent: Friday, December 02, 2011 5:29 PM
To:  (b)(3)-P.L. 86-36   McDermott, Thomas M (DHS);
         (b) (6)                      (b) (6)                (b) (6), (b) (7)(C)
                (b) (6)      (NSD) (JMD);       (b) (6)     DISL DoD CIO
Cc:      (b) (6)        DoD OGC;      (b) (6)              (b) (6)
DISL DoD CIO;    (b) (6)    CTR DoD CIO; Conover, Brynn R; (b)(3)-P.L. 86-36

Subject: RE: Draft Agenda - DIB Meeting

    (b) (6)     ,
Will we be discussing with the DIBs and the ISPs about the background of where we are at and the way forward based on the summary of conclusions?



(b) (5)

01048

**(b) (5)**

v/r
Jack

**(b) (6)**

Defense Intelligence Senior Leader (DISL) Senior Advisor for Cyber
Policy

Pentagon **(b) (6)**
**(b) (6)**

-----Original Message-----
From: **(b)(6)-P.L. 86-36**   **(b)(6)-P.L. 86-36**
Sent: Friday, December 02, 2011 3:54 PM
To: **(b) (6)**                    **(b) (6)**
**(b) (6)**              **(b) (6), (b) (7)(C)**      **(b) (6)**

Cc: **(b) (6)**      Mr, DoD OGC; **(b) (6)**            **(b) (6),**
DISL DoD CIO; **(b) (6),**      CTR DoD CIO; Conover, Brynn R; Marshall, Mary
; Summe, Jack N DISL OSD POLICY
Subject: Draft Agenda - DIB Meeting

All,

**(b) (5)**

01049

**(b) (6)**

| | |
|---|---|
| **From:** | McConnell, Bruce |
| **Sent:** | Thursday, May 06, 2010 1:43 PM |
| **To:** | Gillis, Ryan M; Brown, Michael A. |
| **Cc:** | Johnson, Kim A; Reitinger, Philip |
| **Subject:** | FW: Draft pilot outline II |
| **Attachments:** | Draft pilot outline II.doc |

FYI.

**From:** (b) (6)                    )            (b) (6)
**Sent:** Thursday, May 06, 2010 1:40 PM
**To:** Butler, Robert J SES OSD POLICY; McConnell, Bruce; (b) (6)      CIV, OSD-POLICY;        (b) (6)
(b) (6)     ; Johnson, Kim A
**Cc:** Condon, Chris SES NII/DoD-CIO;        (b) (5)
**Subject:** Draft pilot outline II

(b) (5)

It has been sent also to the staff with whom you met yesterday.  I don't have Mike Brown's email so if Bruce or Kim would pass it to him I would appreciate it.

I don't yet have comments back from staff colleagues.  If you guys have heartburn let us know.  Thanks, (b) (6)

1

01050

██████ (b) (6) ██████

| | |
|---|---|
| **From:** | Butler, Robert J SES OSD POLICY ████ (b) (6) ████ |
| **Sent:** | Thursday, September 16, 2010 3:29 PM |
| **To:** | |
| **Cc:** | Schleien, Steven, SES, OSD-POLICY; ████ (b) (6) ████ CIV, OSD-POLICY |
| **Subject:** | Fw: DSD Phone Call w/ Dep Sec Lute Read-out |

████████████ (b) (5) ████████████

----- Original Message -----
From: ████ (b) (6) ████ CIV SD ████ (b) (6) ████
To: Butler, Robert J SES OSD POLICY; ████ (b) (6) ████ CIV, OSD-POLICY; ████ (b) (6) ████
DoD OGC; ████ (b) (6) ████ Ms, DoD OGC
Cc: ████ (b) (6) ████ DISL OSD POLICY; Schleien, Steven, SES, OSD-POLICY; ████ (b) (6) ████ DoD
OGC; Nicholson, Larry BGen SD
Sent: Thu Sep 16 13:32:09 2010
Subject: RE: DSD Phone Call w/ Dep Sec Lute Read-out

All,

████████████ (b) (5) ████████████

Hope this helps. ██ (b) (6) ██

-----Original Message-----
From: Butler, Robert J SES OSD POLICY ████ (b) (6) ████
Sent: Tuesday, September 14, 2010 4:58 PM
To: ████ (b) (6) ████ CIV, OSD-POLICY
Cc: ██ (b) (6) ██ DISL OSD POLICY; Schleien, Steven, SES, OSD-POLICY; ████ (b) (6) ████ DoD
OGC; ████ (b) (6) ████ CIV SD; Nicholson, Larry BGen SD
Subject: Re: DSD Phone Call w/ Dep Sec Lute?

████████████ (b) (5) ████████████ Bob B

1

██

01051

From: ████ (b) (6) ████ CIV, OSD-POLICY
To: Butler, Robert J SES OSD POLICY
Cc: ████ (b) (6) ████ OSD POLICY; Schleien, Steven, SES, OSD-POLICY; ████ (b) (6) ████ DoD OGC
Sent: Tue Sep 14 14:33:00 2010
Subject: DSD Phone Call w/ Dep Sec Lute?


Bob,

████████ (b) (5) ████████   ████████

Thanks,

██ (b) (6) ██

01052

**(b) (6)**

| | |
|---|---|
| From: | **(b) (6)** DISL OSD POLICY [ **(b) (6)** |
| Sent: | Monday, August 23, 2010 6:11 PM |
| To: | **(b) (6)** DoD OGC; **(b) (6)** DoD OGC; **(b) (6)** 'Brown, Michael A.'; (b)(3)-P.L. 86-36 (b)(3)-P.L. 86-36 **(b) (6)** CIV OSD POLICY; (b)(3)-P.L. 86-36 'mcconnell bruce'; **(b) (6)** HQE NII/DoD-CIO; **(b) (6)** CDR OSD PA; Butler, Robert J SES OSD POLICY; Schleien, Steven, SES, OSD-POLICY; **(b) (6)** DISES OSD OUSDI; **(b) (6)** DISL NII/DoD-CIO |
| Cc: | **(b) (6)** LtCol OSD PA; **(b) (6)** CDR OSD PA; **(b) (6)** OSD-POLICY; **(b) (6)** CTR OSD POLICY; **(b) (6)** CIV, OSD-POLICY |
| Subject: | FW: DSD RAH |
| Attachments: | USP009639-10 25 AUG DSD RAH DIB.docx; USP009639-10 Talking Points.docx; 20100819 DHS-DoD MOA re Cybersecurity Coordination (with DOJ and DoD OGC Fiscal-P&HP-IA edits).docx; PD Associate Director for Cybersecurity 12 Aug Clean.docx; CSIII DoD Overview and Participation 19 Aug 2010.pptx |

Importance:   High

All,

**(b) (5)**

v/r
Jack

**(b) (6)**
Defense Intel Senior Leader (DISL)
Senior Advisor for CYBER policy

**(b) (6)** Pentagon
**(b) (6)**

-----Original Message-----
From: **(b) (6)** DISL OSD POLICY
Sent: Monday, August 23, 2010 5:48 PM
To: Chin, Candace J CIV OSD POLICY
Cc: **(b) (6)** ol (USAF) OSD POLICY; **(b) (6)** (USN) OSD POLICY; **(b) (6)** CIV OSD POLICY; **(b) (6)** OSD-POLICY
Subject: FW: DSD RAH

**(b) (6)**

**(b) (5)**

01053

(b) (5)

v/r
Jack

(b) (6)
Defense Intel Senior Leader (DISL)
Senior Advisor for CYBER policy

(b) (6), Pentagon
(b) (6)

-----Original Message-----
From: (b) (6) (USAF) OSD POLICY
Sent: Monday, August 23, 2010 3:59 PM
To: (b) (6) DISL OSD POLICY
Cc: (b) (6) (USN) OSD POLICY
Subject: RE: DSD RAH

(b) (6)

(b) (5)

V/R
(b) (6)

-----Original Message-----
From: (b) (6) DISL OSD POLICY
Sent: Monday, August 23, 2010 2:52 PM
To: (b) (6) (USAF) OSD POLICY; (b) (6) (USN)
OSD POLICY
Cc: (b) (6) OSD-POLICY; (b) (6) (USAF) OSD
POLICY; (b) (6) (USN) OSD POLICY
Subject: DSD RAH

(b) (6)

(b) (5)

Thanks,

(b) (6)

(b) (6)

2

01054

Defense Intel Senior Leader (DISL)

Senior Advisor for CYBER policy

(b) (6) , Pentagon

(b) (6)

01055

██████ (b) (6) ██████ ─────────────────────

**From:** Denning, John
**Sent:** Tuesday, February 15, 2011 2:01 PM
**To:** Schaffer, Gregory; Reitinger, Philip; McConnell, Bruce; Stempfley, Roberta; Brown, Michael A. RADM
**Cc:** ███ (b) (6) ███  ███ (b) (6) ███  ███ (b) (6) ███  ███ (b) (6) ███
**Subject:** Fw: FINAL MASTER DRAFT -- Comms Plan for the DIB
**Attachments:** 20110215 DIB Opt in Pilot Comms Plan MASTER FINAL DRAFT v10.docx

**Importance:** High


--------------------------------
John Denning
Director of External Affairs
Office of Cybersecurity and Communications
Office: ███ (b) (6) ███
Cell: ███ (b) (6) ███

Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: ███ (b) (6) ███ DISL OSD POLICY ████ (b) (6) ████
Sent: Tuesday, February 15, 2011 01:58 PM
To: '███ (b) (6) ███ 'McConnell, Bruce'
███ (b) (6) ███ Chipman, Jason (SMO); ███ (b) (6) ███ (b)(3)-P.L. 86-36 ███ (b)
███ DoD OGC < ███ (b) (6) ███ Baker, James A. (ODAG) (SMO); ████ (b) (6) ████
OSD PA ███ (b) (6) ███ DISL NII/DoD-CIO
< ███ (b) (6) ███ ██ (b) (6) ██ DoD OGC
███ (b) (6) ███ ██ (b) (6) ██ CIV OSD LA ██ (b) (6) ██
Reheuser, Michael E SES OSD ODAM/DPCLO ████ (b) (6) ████ 'Painter, Christopher'
███ (b) (6) ███ Delaney, David ███ (b) (6) ███
Cc: Butler, Robert J SES OSD POLICY < ████ (b) (6), (b) (7)(C) (CRM)'
██ (b) (6), (b) (7)(C) ██ ███ (b) (6) ███ (NSD) (SMO); ███ (b) (6) ███ (NSD) (SMO); Renan,
Daphna (SMO); Singdahlsen, Jeffrey (SMO); ████ (b) (6) ████ L.'
███ (b) (6) ███ Schleien, Steven, SES, OSD-POLICY ████ (b) (6) ████
██ (b) (6) ██ CIV, OSD-POLICY < ███ (b) (6) ███ (USAF)
OSD POLICY ███ (b) (6) ███ ██ (b) (6) ██ OSD POLICY
██ (b) (6) ██ OSD POLICY ███ (b) (6) ███
██ (b) (6) ██ CTR OSD POLICY ███ (b) (6) ███ 'Denning, John'
██ (b) (6) ██ 'Royster, Kristin' ███ (b) (6) ███ ██ (b) (6) ██ '
██ (b) (6) ██ R.' ███ (b) (6) ███
██ (b) (6) ██ L.' (b)(3)-P.L. 86-36 ' 'Emmel, Judith ' (b)(3)-P.L. 86-36 ' 'Conover, Brynn R'
(b)(3)-P.L. 86-36 ██(b)(3)-P.L. 86-36██ ' (b)(3)-P.L. 86-36 >
Subject: FINAL MASTER DRAFT -- Comms Plan for the DIB


All,

████████████ (b) (5) ████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

1                                          ███

01056

**(b) (5)**

v/r
(b) (6)

(b) (6)

Defense Intelligence Senior Leader (DISL) Senior Advisor for Cyber Policy

Pentagon     (b) (6)
(b) (6)

-----Original Message-----
From:        (b) (6)      DISL OSD POLICY
Sent: Friday, February 11, 2011 6:52 PM
To: '       (b) (6)       '; 'McConnell, Bruce'; 'Chipman, Jason (SMO)'; (b)(3)-P.L. 86-36
        (b) (6)      DoD OGC; 'Baker, James A. (ODAG) (SMO)';         (b) (6)       OSD PA;
      (b) (6)       DISL NII/DoD-CIO; Guissanie, Gary, SES, NII/DoD-CIO;     (b) (6)
DoD OGC;        (b) (6)      CIV OSD LA; Reheuser, Michael E SES OSD ODAM/DPCLO; 'Painter,
Christopher'
Cc: Butler, Robert J SES OSD POLICY; (b) (6), (b) (7)(C) (CRM)';      (b) (6)      (NSD) (SMO)';
'      (b) (6)       (NSD) (SMO)'; 'Renan, Daphna (SMO)'; 'Singdahlsen, Jeffrey (SMO)';
     (b) (6)       L.'; Schleien, Steven, SES, OSD-POLICY;      (b) (6)      CIV, OSD-POLICY;
     (b) (6)      (USAF) OSD POLICY;      (b) (6)      OSD-POLICY;      (b) (6)
CTR OSD POLICY;       (b) (6)      CTR OSD POLICY; 'Denning, John'; 'Royster, Kristin';
     (b) (6)          (b) (6)      R.';      (b) (6)      L.'; (b)(3)-P.L. 86-36 '; (b)(3)-P.L. 86-36
        'Emmel, Judith '; 'Conover, Brynn R'
Subject: FINAL MASTER DRAFT -- Comms Plan for the DIB

All,

**(b) (5)**

v/r
(b) (6)

(b) (6)

Defense Intelligence Senior Leader (DISL) Senior Advisor for Cyber Policy

Pentagon     (b) (6)

01057

**(b) (6)**

-----Original Message-----
From: **(b) (6)**  DISL OSD POLICY
Sent: Thursday, February 10, 2011 12:43 PM
To: **(b) (6)**  'McConnell, Bruce'; 'Chipman, Jason (SMO)'; **(b)(3)-P.L. 86-36**
**(b) (6)**  DoD OGC; 'Baker, James A. (ODAG) (SMO)'; **(b) (6)**  OSD PA;
**(b) (6)**  DISL NII/DoD-CIO; Guissanie, Gary, SES, NII/DoD-CIO; **(b) (6)**
DoD OGC; **(b) (6)**  CIV OSD LA; Reheuser, Michael E SES OSD ODAM/DPCLO; 'Painter,
Christopher'
Cc: Butler, Robert J SES OSD POLICY; **(b) (6), (b) (7)(C)** (CRM)'; **(b) (6)** (NSD) (SMO)';
**(b) (6)** (NSD) (SMO)'; 'Renan, Daphna (SMO)'; 'Singdahlsen, Jeffrey (SMO)';
**(b) (6)** L.'; Schleien, Steven, SES, OSD-POLICY; **(b) (6)**  CIV, OSD-POLICY;
**(b) (6)** (USAF) OSD POLICY; **(b) (6)**  OSD-POLICY; **(b) (6)**
CTR OSD POLICY; **(b) (6)**  CTR OSD POLICY; 'Denning, John'; 'Royster, Kristin';
**(b) (6)** R.'; **(b) (6)** L.'; **(b)(3)-P.L. 86-36** **(b)(3)-P.L. 86-36**
'Emmel, Judith '; Conover, Brynn R
Subject: RE: Working FINAL DRAFT -- Comms Plan for the DIB
Importance: High

All,

**(b) (5)**

Thanks,
(b) (6)

**(b) (6)**

Defense Intelligence Senior Leader (DISL) Senior Advisor for Cyber Policy

Pentagon **(b) (6)**
**(b) (6)**

-----Original Message-----
From: **(b) (6)**  DISL OSD POLICY
Sent: Friday, February 04, 2011 12:31 PM
To: **(b) (6)**  'McConnell, Bruce'; Chipman, Jason (SMO); **(b)(6)-P.L. 86-36** **(b)(3)-P.L. 86-3**
**(b) (6)** ; DoD OGC; Baker, James A. (ODAG) (SMO); **(b) (6)**
OSD PA; **(b) (6)**  DISL NII/DoD-CIO; Guissanie, Gary, SES, NII/DoD-CIO; **(b) (6)**
**(b) (6)**  DoD OGC; Baker, James A. (ODAG) (SMO); **(b) (6)**  CIV OSD LA; Reheuser,
Michael E SES OSD ODAM/DPCLO
Cc: Butler, Robert J SES OSD POLICY; **(b) (6), (b) (7)(C)** (CRM); **(b) (6)** (NSD) (SMO);
**(b) (6)** (NSD) (SMO); Renan, Daphna (SMO); Singdahlsen, Jeffrey (SMO); **(b) (6)**
**(b) (6)** L.; Schleien, Steven, SES, OSD-POLICY; **(b) (6)**  CIV, OSD-POLICY; **(b) (6)**
**(b) (6)** (USAF) OSD POLICY; **(b) (6)**  OSD-POLICY; **(b) (6)**  CTR OSD
POLICY; **(b) (6)**  CTR OSD POLICY; Reheuser, Michael E SES OSD ODAM/DPCLO; 'Denning,

01058

John'; Royster, Kristin;   (b) (6)   Painter, Christopher;   (b) (6)   R.; (b) (6)
L.
Subject: RE: Working FINAL DRAFT -- Comms Plan for the DIB
Importance: High

(b) (6) /All;

(b) (5)

Thanks,
(b) (6)

(b) (6)

Defense Intelligence Senior Leader (DISL) Senior Advisor for Cyber Policy

Pentagon   (b) (6)
(b) (6)


-----Original Message-----
From:   (b) (6)   (b) (6)
Sent: Thursday, February 03, 2011 6:17 PM
To:   (b) (6)   DISL OSD POLICY; 'McConnell, Bruce'; Chipman, Jason (SMO); (b)(6)-P.L. 86-36;
(b)(3)-P.L. 86-36 ;   (b) (6)   DoD OGC; Baker, James A. (ODAG) (SMO);   (b) (6)
OSD PA;   (b) (6)   DISL NII/DoD-CIO; Guissanie, Gary, SES, NII/DoD-CIO;   (b) (6)
DoD OGC; Baker, James A. (ODAG) (SMO);   (b) (6)   CIV OSD LA
Cc: Butler, Robert J SES OSD POLICY; (b) (6), (b) (7)(C) (CRM);   (b) (6)   (NSD) (SMO);
(b) (6)   (NSD) (SMO); Renan, Daphna (SMO); Singdahlsen, Jeffrey (SMO); (b) (6)
L.; Schleien, Steven, SES, OSD-POLICY;   (b) (6)   CIV, OSD-POLICY;
(USAF) OSD POLICY;   (b) (6)   OSD-POLICY;   (b) (6)   CTR OSD
POLICY;   (b) (6)   CTR OSD POLICY; Reheuser, Michael E SES OSD ODAM/DPCLO; 'Denning,
John'; Royster, Kristin;   (b) (6)   Painter, Christopher;   (b) (6)   R.; (b) (6)
L.
Subject: RE: Working FINAL DRAFT -- Comms Plan for the DIB

All,

01059

Given that (b) (6) is still working to incorporate final comments into the Comms Plan, I would like to propose that we meet via teleconference on Monday, February 7th at 9 am to discuss the draft. That will enable everyone to review the next version in detail and we can hopefully get to a near final draft at that time.

I want to ensure that we have representation from DOD, NSA, DHS, and DOJ at the meeting - please advise if this date/time will not work for your agency by 10 am tomorrow so we can confirm the meeting.

Thank you,
(b) (6)

-----Original Message-----
From:      (b) (6)    DISL OSD POLICY [mailto:        (b) (6)
Sent: Thursday, February 03, 2011 7:57 AM
To:         (b) (6)      'McConnell, Bruce'; Chipman, Jason (SMO); (b)(6)-P.L. 86-36; (b)(3)-P.L. 86-3
        ;          (b) (6)        DoD OGC; Baker, James A. (ODAG) (SMO);              (b) (6)
OSD PA;        (b) (6)       DISL NII/DoD-CIO; Guissanie, Gary, SES, NII/DoD-CIO; (b) (6)
             (b) (6)    DoD OGC; Baker, James A. (ODAG) (SMO);       (b) (6)      CIV OSD LA
Cc: Butler, Robert J SES OSD POLICY; (b) (6), (b) (7)(C) (CRM);    (b) (6)      (NSD) (SMO);
      (b) (6)        (NSD) (SMO); Renan, Daphna (SMO); Singdahlsen, Jeffrey (SMO); (b) (6)
           L.; Schleien, Steven, SES, OSD-POLICY;      (b) (6)       CIV, OSD-POLICY;  (b) (6)
           (USAF) OSD POLICY;         (b) (6)          OSD-POLICY;       (b) (6)       CTR OSD
POLICY;       (b) (6)      CTR OSD POLICY; Reheuser, Michael E SES OSD ODAM/DPCLO; 'Denning,
John'; Royster, Kristin;      (b) (6)       Painter, Christopher;      (b) (6)     R.; (b) (6)
           L.
Subject: RE: Working FINAL DRAFT -- Comms Plan for the DIB

(b) (6)          (b) (5)

v/r
(b) (6)

     (b) (6)
Defense Intelligence Senior Leader (DISL) Senior Advisor for Cyber Policy

Pentagon    (b) (6)
     (b) (6)

-----Original Message-----
From:        (b) (6)                     (b) (6)
Sent: Wednesday, February 02, 2011 7:11 PM
To: 'McConnell, Bruce';    (b) (6)      DISL OSD POLICY; Chipman, Jason (SMO); (b)(6)-P.L. 86-36
(b)(3)-P.L. 86-36 ;       (b) (6)       DoD OGC; Baker, James A. (ODAG) (SMO);       (b) (6)
      OSD PA;     (b) (6)     DISL NII/DoD-CIO; Guissanie, Gary, SES, NII/DoD-CIO; (b) (6)
             (b) (6)    DoD OGC; Baker, James A. (ODAG) (SMO);       (b) (6)      CIV OSD LA
Cc: Butler, Robert J SES OSD POLICY;    (b) (6)       (CRM);    (b) (6)      (NSD) (SMO);
      (b) (6)        (NSD) (SMO); Renan, Daphna (SMO); Singdahlsen, Jeffrey (SMO); (b) (6)
           L.; Schleien, Steven, SES, OSD-POLICY;      (b) (6)       CIV, OSD-POLICY;  (b) (6)
           (USAF) OSD POLICY;         (b) (6)          OSD-POLICY;       (b) (6)       CTR OSD
POLICY;       (b) (6)      CTR OSD POLICY; Reheuser, Michael E SES OSD ODAM/DPCLO; 'Denning,
John'; Royster, Kristin;      (b) (6)       Painter, Christopher;      (b) (6)     R.; (b) (6)
           L.
Subject: RE: Working FINAL DRAFT -- Comms Plan for the DIB

All,

01060

Attached please find NSS comments - some of these comments may be OBE since we utilized
(b) (6) version from 10:14 this am.

We look forward to receiving another consolidated draft that will incorporate the additional
comments circulated today by COB tomorrow.

Per discussion on the call today, we would like to convene another teleconference to discuss
the next draft. We suggest 2:30 - 3:30 pm or  4 - 5 pm.  Please advise.

Thanks again to all who are contributing to this as it is an important part of the program.

Best,
(b) (6)

-----Original Message-----
From: McConnell, Bruce          (b) (6)
Sent: Wednesday, February 02, 2011 3:02 PM
To:    (b) (6)    DISL OSD POLICY; Chipman, Jason (SMO); (b)(6)-P.L. 86-36; (b)(6)-P.L. 86-36  ;
(b) (6)          DoD OGC; McConnell, Bruce (DHS);          (b) (6)          Baker, James A.
(ODAG) (SMO);          (b) (6)          OSD PA;          (b) (6)          DISL NII/DoD-CIO;
(b) (6)                  (b) (6)          DoD OGC; Baker, James A. (ODAG) (SMO); (b) (6)
CIV OSD LA
Cc: Butler, Robert J SES OSD POLICY; (b) (6), (b) (7)(C) (CRM);       (b) (6)       (NSD) (SMO);
(b) (6)          (NSD) (SMO); Renan, Daphna (SMO); Singdahlsen, Jeffrey (SMO); (b) (6)
L.; Schleien, Steven, SES, OSD-POLICY;          (b) (6)          CIV, OSD-POLICY; (b) (6)
(USAF) OSD POLICY;          (b) (6)          OSD-POLICY;       (b) (6)       CTR OSD
POLICY;       (b) (6)       CTR OSD POLICY;          (b) (6)
Subject: RE: Working FINAL DRAFT -- Comms Plan for the DIB

Sorry for the churn as well -- here are DHS comments on the previous version.

-----Original Message-----
From:    (b) (6)    DISL OSD POLICY          (b) (6)
Sent: Wednesday, February 02, 2011 2:42 PM
To: Chipman, Jason (SMO); (b)(6)-P.L. 86-36; (b)(6)-P.L. 86-36    (b) (6)          DoD OGC;
McConnell, Bruce (DHS);          (b) (6)          Baker, James A. (ODAG) (SMO);       (b) (6)
OSD PA;    (b) (6)    DISL NII/DoD-CIO;    (b) (6)       (b) (6)
DoD OGC; Baker, James A. (ODAG) (SMO);          (b) (6)          CIV OSD LA
Cc: Butler, Robert J SES OSD POLICY; (b) (6), (b) (7)(C) (CRM);       (b) (6)       (NSD) (SMO);
(b) (6)          (NSD) (SMO); Renan, Daphna (SMO); Singdahlsen, Jeffrey (SMO); (b) (6)
L.; Schleien, Steven, SES, OSD-POLICY;          (b) (6)          CIV, OSD-POLICY; (b) (6)
(USAF) OSD POLICY;          (b) (6)          OSD-POLICY;       (b) (6)       CTR OSD POLICY; (b) (6)
(b) (6)          CTR OSD POLICY;
Subject: RE: Working FINAL DRAFT -- Comms Plan for the DIB

All,

(b) (5)

v/r
(b) (6)

(b) (6)

Defense Intelligence Senior Leader (DISL) Senior Advisor for Cyber Policy

Pentagon    (b) (6)

01061

██ (b) (6) ██

-----Original Message-----
From: Chipman, Jason (SMO) ████ (b) (6) ████
Sent: Wednesday, February 02, 2011 1:40 PM
To: ██(b)(6)-P.L. 86-36██; ████ (b) (6) ████ DISL OSD POLICY; ██(b)(3)-P.L. 86-36██ ; ████ (b) (6) ████, DoD
OGC; McConnell, Bruce (DHS); ████ (b) (6) ████ Baker, James A. (ODAG); ████ (b) (6) ████
██ OSD PA; ████ (b) (6) ████ DISL NII/DoD-CIO; Guissanie, Gary, SES, NII/DoD-CIO; ████ (b) (6) ████
████ (b) (6) ████ DoD OGC; Baker, James A. (ODAG); ████ (b) (6) ████ CIV OSD LA
Cc: Butler, Robert J SES OSD POLICY; ██(b) (6), (b) (7)(C)██ (CRM); ████ (b) (6) ████ (NSD); ████ (b) (6) ████
████ (NSD); Renan, Daphna; Singdahlsen, Jeffrey (SMO); ████ (b) (6) ████ L.; Schleien,
Steven, SES, OSD-POLICY; ████ (b) (6) ████ CIV, OSD-POLICY; ████ (b) (6) ████ (USAF)
OSD POLICY; ████ (b) (6) ████ OSD-POLICY; ████ (b) (6) ████ CTR OSD POLICY; ████ (b) (6) ████
N CTR OSD POLICY; ████ (b) (6) ████
Subject: RE: Working FINAL DRAFT -- Comms Plan for the DIB

All:

By way of follow up to my email from yesterday, attached are additional comments from the
Department of Justice.

Thanks,

Jason Chipman

01062

████ (b) (6) ████

From:          ████ (b) (6) ████
Sent:          Thursday, August 19, 2010 3:52 PM
To:            Brown, Michael A.
Subject:       FW: Follow Up from DC re: Comms Plan

Sir,

        In order to facilitate this meeting Kristina was hoping you could drive over to the NAC
and step out for your 1600 phone call.  You could then drive home from the NAC (wishful
thinking on our part, but the option is there).


Very respectfully,

████ (b) (6) ████
Lieutenant Commander, USN
Special Assistant to Deputy Assistant Secretary Cybersecurity and Communications U.S.
Department of Homeland Security National Protection and Programs Directorate

work:   ████ (b) (6) ████      fax:    ████ (b) (6) ████
cell:   ████ (b) (6) ████      Pager:  ████ (b) (6) ████
NIPR:        ████ (b) (6) ████
SIPR/HSDN:       ████ (b) (6) ████
JWICS:       ████ (b) (6) ████


-----Original Message-----
From: Dorville, Kristina          ████ (b) (6) ████
Sent: Thursday, August 19, 2010 3:36 PM
To: (b)(6)-P.L. 86-36 ;  (b)(6)-P.L. 86-36  ; Reitinger, Philip R;    ████ (b) (6) ████
Brown, Michael
Cc: (b)(3)-P.L. 86-36 ; Hopkins, Michelle;   ████████  ████ (b) (6) ████  (b)(3)-P.L. 86-36 ;
    ████ (b) (6) ████    ████ (b) (6) ████  Delaney, David; McDermott, Thomas M
Subject: RE: Follow Up from DC re: Comms Plan

All,

Per DUS Reitinger, we will be blocking additional time tomorrow to continue the discussions
that got underway today following the ESF meeting. Please hold 3-5pm tomorrow afternoon. We
will work to setup a VTC so as not to require travel for those folks who aren't located in
close proximity. Please standby for additional details.

Best,
Kristina

-----Original Message-----
From: (b)(6)-P.L. 86-36    (b)(6)-P.L. 86-36
Sent: Thursday, August 19, 2010 12:11 PM
To:    (b)(6)-P.L. 86-36   ; Dorville, Kristina; Reitinger, Philip R;    ████ (b) (6) ████
Brown, Michael
Cc: (b)(3)-P.L. 86-36  ; Hopkins, Michelle;   ████████ █  ████ (b) (6) ████  (b)(3)-P.L. 86-36
    ████ (b) (6) ████

1                                      ████

01063

Subject: RE: Follow Up from DC re: Comms Plan

(b)(3)-P.L. 86-36,
Concur.
The decision on today or tomorrow is with Phil and Mike Brown's offices based on their
existing calendar commitments.
Best,
(b)(3)-P.L. 86

-----Original Message-----
From: (b)(6)-P.L. 86-36
Sent: Thursday, August 19, 2010 11:56 AM
To: (b)(6)-P.L. 86-36; 'Dorville, Kristina'; (b) (6)     (b) (6)
(b) (6)
Cc: (b)(3)-P.L. 86-36     (b) (6)     (b)(6)-P.L. 86-36     (b) (6)
(b)(3)-P.L. 86-36;     (b) (6)
Subject: RE: Follow Up from DC re: Comms Plan

(b)(3)-P.L. 86-36
Would very much appreciate being part of the group and am hoping it will happen today.
Tomorrow, I am with ADM Papp, new Coast Guard Commandant here at NSA in the afternoon.

Best regards,
(b)(3)-P.L. 86-36

-----Original Message-----
From: (b)(3)-P.L. 86-36
Sent: Thursday, August 19, 2010 11:02 AM
To: 'Dorville, Kristina';     (b) (6)     (b) (6)
(b) (6)
Cc: (b)(3)-P.L. 86-36 ;     (b) (6)     Fleisch, Frances J;     (b) (6)
(b)(3)-P.L. 86-36     (b)(3)-P.L. 86-36   ;     (b) (6)
Subject: RE: Follow Up from DC re: Comms Plan

Kristina,
Thank you for your note. The preference is to do this today, but I understand that we may not
know until they emerge from the SCIF.
Tomorrow at 3:00 works for me - and if it works for both gentlemen, I'm happy to accommodate.

The other required attendees are (b) (6) at DoD, (b)(3)-P.L. 86-36 at NSA and (optional, though
welcome), (b)(3)-P.L. 86-36 from NSA. (b) (6) , please confirm whether you can
do today, tomorrow or both. We'll get this done!

Best,
(b)(3)-P.L. 86

-----Original Message-----
From: Dorville, Kristina     (b) (6)
Sent: Thursday, August 19, 2010 10:45 AM
To: (b)(6)-P.L. 86-36; Dorville, Kristina;     (b) (6)     (b) (6)
(b) (6)
Cc: (b)(3)-P.L. 86-36 ;     (b) (6)     (b)(6)-P.L. 86-36     (b) (6)
(b)(3)-P.L. 86-36
Subject: Re: Follow Up from DC re: Comms Plan

(b)(6)-P.L. 86-36

2

01064

Mr. Reitinger and the RADM are currently in the SCIF for a meeting, so they will be delayed
in responding directly.

That said, I believe tomorrow would work best. Might you and Mr. Butler be available after
3pm tomorrow afternoon? Both Phil and the RADM can be available if so.

V/R,
Kristina

Deputy Chief of Staff
NPPD
███ (b) (6) ███

----- Original Message -----
From: ███ (b)(3)-P.L. 86-36 ███
To: Dorville, Kristina ███ (b) (6) ███ ; Reitinger, Philip R
███ (b) (6) ███ ; ███ (b) (6) ███ < ███ (b) (6) ███ ; Brown, Michael
< ███ (b) (6) ███
Cc: ███ (b)(3)-P.L. 86-36 ███ (b)(3)-P.L. 86-36 ███; Hopkins, Michelle < ███ (b) (6) ███ ; Fleisch,
Frances J ███ (b)(3)-P.L. 86-36 ███ (b) (6) ███ < ███ (b) (6) ███ ; (b)(3)-P.L. 86-36
███ (b)(3)-P.L. 86-36 ███
Sent: Thu Aug 19 10:30:35 2010
Subject: RE: Follow Up from DC re: Comms Plan

Phil, Mike,

Alternatively, I'm happy to accommodate any time tomorrow.



-----Original Message-----
From: Dorville, Kristina ███ (b) (6) ███
Sent: Thursday, August 19, 2010 10:25 AM
To: ███ (b)(3)-P.L. 86-36 ███ (b) (6) ███ █ ███ (b) (6) ███ █ ███ (b) (6) ███
Cc: ███ (b)(3)-P.L. 86-36 ███ ; Dorville, Kristina; ███ (b) (6) ███ ███ (b)(6)-P.L. 86-36 ███
███ (b) (6) ███ ███ (b)(3)-P.L. 86-36 ███
Subject: Re: Follow Up from DC re: Comms Plan

███ (b)(6)-P.L. 86-36 ███

Mr. Reitinger is not available following the ESF - we requested to shorten the meeting time
today (ending at 3pm instead of 330pm) to accommodate other meetings he must attend with our
Secretary this afternoon.

My apologies for our lack of flexibility today. Please let me know what other options might
be available.

V/R,
Kristina
███ (b) (6) ███

----- Original Message -----
From: ███ (b)(6)-P.L. 86-36  (b)(6)-P.L. 86-36 ███

███

01065

To: Reitinger, Philip R █████████ (b) (6) ██████  Reitinger, Philip R
███ (b) (6) ███ █████ (b) (6) ████ < ████ (b) (6) ████  Brown, Michael
< ███ (b) (6) ███
Cc: (b)(3)-P.L. 86-36 █ (b)(3)-P.L. 86-36 ; Dorville, Kristina ████ (b) (6) ████  Hopkins,
Michelle < ████ (b) (6) ████  Fleisch, Frances J (b)(3)-P.L. 86-36 ; ███ (b) (6) ███
DoD OGC < ████ (b) (6) ████ (b)(3)-P.L. 86-36  (b)(3)-P.L. 86-36 >
Sent: Thu Aug 19 10:21:30 2010
Subject: RE: Follow Up from DC re: Comms Plan

Phil,
In that case, let's do it directly today after the ESF Meeting. I am available and it will be
my pleasure. Bob, Mike,I am assuming you will join us?
Best,
██████

-----Original Message-----
From: Reitinger, Philip ████ (b) (6) █████
Sent: Thursday, August 19, 2010 6:31 AM
To: (b)(3)-P.L. 86-36 ████ (b) (6) ████ █ ███ (b) (6) ███ ████ (b) (6) ████
Cc: (b)(3)-P.L. 86-36 ; Dorville, Kristina; ████ (b) (6) ████
Subject: RE: Follow Up from DC re: Comms Plan

I regret I am out of the office on Monday and Tuesday.  I could do something by phone late
Tuesday (My plane lands before 3 pm I think).

Michelle can handle my calendar, or Kristina as her back up.

Thank you.

phil

-----Original Message-----
From: (b)(3)-P.L. 86-36 [ (b)(3)-P.L. 86-36 ]
Sent: Wednesday, August 18, 2010 9:10 PM
To: Reitinger, Philip R; █████ (b) (6) ████  Brown, Michael
Cc: (b)(3)-P.L. 86-36
Subject: Re: Follow Up from DC re: Comms Plan

Phil, Mike, Bob,
How about we sync calendars for a 90 minute block on Monday? Is your intent to include Tom
McDermott as well? If yes, I'll ask ████ (b) (6) ████ at DoD and (b)(3)-P.L. 86-36 to join us. Adding Steve
R to join the discussion...
Best,
██████

(b)(3)-P.L. 86-36
National Security Agency
(b)(3)-P.L. 86-36


----- Original Message -----
From: Reitinger, Philip ████ (b) (6) ████
To: █████ (b) (6) ████ █ █████ (b) (6) ████ ████ (b) (6) ████
Cc: Kudwa, Amy ███ (b) (6) ███  mcconnell bruce; Schaffer, Gregory
████ (b) (6) ████ (b)(6)-P.L. 86-36; ████ (b) (6) ████ < ████ (b) (6) ████
████ (b) (6) ████ < ████ (b) (6) ████
Sent: Wed Aug 18 20:06:57 2010

4

01066

Subject: Re: Follow Up from DC re: Comms Plan

I also believe we can make the 27th - I think we sent a draft of the e3 part today to dod and
if not we can send tomorrow.

Would love to have a discussion of the operational and policy construct of the DIB pilot
plan.

I will be at the esf disc tomorrow.

Phil

----- Original Message -----
From: Butler, Robert J SES OSD POLICY <          (b) (6)
To: 'Reitinger, Philip'              (b) (6)          Brown, Michael A.
<          (b) (6)
Cc: Kudwa, Amy          (b) (6)          McConnell, Bruce          (b) (6)          Schaffer,
Gregory          (b) (6)          (b)(6)-P.L. 86-36,          (b)(6)-P.L. 86-36          (b) (6)          DISL OSD
POLICY <          (b) (6)          Schleien, Steven, SES, OSD-POLICY <          (b) (6)
Sent: Wed Aug 18 19:57:44 2010
Subject: RE: Follow Up from DC re: Comms Plan

27 Aug is fine by us here at DoD ... would like to set up call/mtg soonest to work ... also,
Phil,          and I would like to brief you, Mike, others on DIB pilot plan ... will we see you
at ESF government principals meeting tomorrow?  Sincerely, Bob B

-----Original Message-----
From: Reitinger, Philip [mailto:          (b) (6)
Sent: Wednesday, August 18, 2010 5:37 PM
To: Butler, Robert J SES OSD POLICY; Brown, Michael A.
Cc: Kudwa, Amy; McConnell, Bruce; Schaffer, Gregory
Subject: RE: Follow Up from DC re: Comms Plan

Chris wanted to know the date to put into the SOC on when the DIB/E3 comms plan would be
done.  This requires joint effort from both our agencies.


To when should we commit?


From: Reitinger, Philip          (b) (6)
Sent: Wednesday, August 18, 2010 5:23 PM
To:          (b) (6)                    (b) (6)          Reitinger, Philip
Cc: Painter, Christopher M.
Subject: RE: Follow Up from DC re: Comms Plan


Sure - can call now


From:          (b) (6)
          (b) (6)          On Behalf Of          (b) (6)
Sent: Wednesday, August 18, 2010 3:52 PM

S

01067

To: ▮▮▮▮▮ (b) (6) ▮▮▮▮▮   Reitinger, Philip
Cc: Painter, Christopher M.
Subject: Follow Up from DC re: Comms Plan


Dear Phil and Bob,


Further to the discussion in the DC meeting today, would you have a few minutes later today
to discuss the Communications Plan and related task(s)
with Chris and myself?


Thank you!


Best,

(b) (6)