# Exhibit 4-5

*Electronic Privacy Information Center v. Department of Homeland Security*
No. 12-00333 (GK)

Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross-Motion
for Summary Judgment

Excerpts From DHS Document Production Related to Sufficiency of Search (Pt. 5)

01068

(b) (6)

**From:** Dean, Nicole M
**Sent:** Tuesday, August 24, 2010 5:49 PM
**To:** (b) (6)    Eberle, Carole
**Subject:** FW: Follow up to DC discussion

(b) (6),

Please put this on my calendar for Thursday  We are setting up a secure call on Thursday 26 August from 1:30-3:00pm. More details to follow.

Carole – please ensure we have a phone to do a secure con call in our new box.

Nicole

**From:** Brown, Michael A.
**Sent:** Tuesday, August 24, 2010 3:51 PM
**To:** Delaney, David; McDermott, Thomas M
**Cc:** Dean, Nicole M
**Subject:** RE: Follow up to DC discussion

David,

Yes – we need to be in it. Expected by S2 and the rest of the leadership. I assume it will be a concall or svtc, so if it can be done at Glebe, that would be great. However, not sure I'll be able to attend – it all depends on how tomorrow's session goes. I may have lots of work out of the S2/DSD meeting!

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
(b) (6)

**From:** Delaney, David
**Sent:** Tuesday, August 24, 2010 1:58 PM
**To:** McDermott, Thomas M; Brown, Michael A.
**Cc:** Dean, Nicole M
**Subject:** RE: Follow up to DC discussion

Thanks, Tom.  Mike, in keeping with S2's interest in staying fully connected, I think this is one that DHS OGC should certainly be part of. I will connect with (b) (6) (b)(6)-P.L. 86-36 and John to make that happen unless you would like to send a message to the seniors from today's call to put that in motion. The timeslot is 1:30-3 Thu; recommend that we get it set up at Glebe or NAC as may be convenient for you, Nicole, or others to participate as well.  Tom and I could be at either location.

David

David G. Delaney
Deputy Associate General Counsel
(National Protection and Programs)

1

01069

Office of the General Counsel



Office: (b) (6)
Cell: (b) (6)

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

**From:** McDermott, Thomas M
**Sent:** Tuesday, August 24, 2010 1:49 PM
**To:** Delaney, David
**Cc:** Brown, Michael A.
**Subject:** FW: Follow up to DC discussion

I obtained this from (b) (6) following our SVTC today. As you can see, DHS was not originally included. It appears that the new NSA General Counsel, as well as Jim Baker, may be involved in the discussion.

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk: (b) (6)
blackberry: (b) (6)
(b) (6)

**From:** (b)(3)-P.L. 86-36    (b)(3)-P.L. 86-36
**Sent:** Tuesday, August 24, 2010 8:29 AM
**To:** (b) (6) (SMO); (b)(3)-P.L. 86-36 Chipman, Jason (SMO)
**Cc:** Baker, James A. (ODAG) (SMO); (b)(3)-P.L. 86-36; Olsen, Matthew G; (b)(3)-P.L. 86-36; (b)(3)-P.L. 86-36;
(b) (6), (b) (7)(C)   (b)(3)-P.L. 86-36;   (b) (6)   DoD OGC; (b)(3)-P.L. 86-36
**Subject:** RE: Follow up to DC discussion

All,

We are setting up a secure call on Thursday 26 August from 1:30-3:00pm. More details to follow.

Regards,
Mary

(b)(6)-P.L. 86-36
Enduring Security Framework
(b) (6) office, (b) (6) cell

This message could contain information which must be protected in accordance with AFI 33-332, and DoD Regulation 5400.11; Privacy Act of 1974 as amended applies, and it is For Official Use Only (FOUO).

**From:** (b) (6) (SMO)    (b) (6)
**Sent:** Monday, August 23, 2010 6:21 PM
**To:** (b)(6)-P.L. 86-36 Chipman, Jason (SMO)

01070

Cc: james.a.baker@usdoj.gov; [(b)(3)-P.L. 86-36] ; [(b)(3)-P.L. 86-36] Olsen, Matthew G; [(b)(3)-P.L. 86-36] ; [(b)(3)-P.L. 86-36] ;
[(b) (6), (b) (7)(C)]   [(b)(3)-P.L. 86-36] ;   [(b) (6)]
Subject: RE: Follow up to DC discussion

We have it -- Jason & Jim, it arrived today.  I forwarded it to your high side account

From: [(b)(3)-P.L. 86-36]      [(b)(3)-P.L. 86-36]
Sent: Monday, August 23, 2010 6:14 PM
To: Chipman, Jason (SMO)
Cc: Baker, James A. (ODAG); [(b)(3)-P.L. 86-36] ; [(b)(3)-P.L. 86-36]; Olsen, Matthew G; [(b)(3)-P.L. 86-36] ; [(b)(3)-P.L. 86-36] ; [(b) (6), (b) (7)(C)]
[(CRM);   [(b) (6)]   (SMO); [(b)(3)-P.L. 86-36] ;   [(b) (6)]
Subject: RE: Follow up to DC discussion

Jason,
[(b)(6)-P.L. 86] will work calendars on this end and find a one hour (may I suggest 90 minutes) time for a secure call on Thursday
and get back to all on the cc line to confirm a time.
Please send us JWICS addresses at DoJ and we will be happy to provide the paper the legal team worked so hard to
build.
Best,
[(b)(6)-P.L. 86]

From: Chipman, Jason (SMO) [mailto:Jason.Chipman@usdoj.gov]
Sent: Monday, August 23, 2010 6:07 PM
To: [(b)(3)-P.L. 86-36]
Cc: james.a.baker@usdoj.gov; [(b)(3)-P.L. 86-36] ; [(b)(3)-P.L. 86-36] Olsen, Matthew G; [(b)(3)-P.L. 86-36] ; [(b)(3)-P.L. 86-36] ;
[(b) (6)]   [(b) (6)]   [(b)(3)-P.L. 86-36] ;   [(b) (6)]
Subject: RE: Follow up to DC discussion

[(b)(6)-P.L. 86-3]

Schedules here are a little trickier than I realized.  How about a one-hour secure conference call on Thursday afternoon
sometime between 12 and 3 or a secure call on Friday mid-afternoon?  In advance of that call, it would be especially
helpful if we received a copy of any papers for the project on the legal issues [(b) (5)]
[(b) (5)]

Let me know if there's a window of time that will work.

Thanks,

Jason

From: [(b)(3)-P.L. 86-36]
Sent: Monday, August 23, 2010 12:03 AM
To: Chipman, Jason (SMO)
Cc: Baker, James A. (ODAG); [(b)(3)-P.L. 86-36] ; [(b)(3)-P.L. 86-36] Olsen, Matthew G; [(b)(3)-P.L. 86-36] ; [(b)(3)-P.L. 86-36] ; [(b) (6), (b) (7)(C)]
[(CRM);   [(b) (6)]   (SMO); [(b)(3)-P.L. 86-36] ;   [(b) (6)]
Subject: Re: Follow up to DC discussion

Jason,
The DoJ team will be welcome guests. Look forward to seeing those times in the morning.
[(b)(6)-P.L. 86]

[(b) (6)]
National Security Agency
[(b) (6)]

01071

**From:** Chipman, Jason (SMO) <Jason.Chipman@usdoj.gov>
**To:** (b)(3)-P.L. 86-36
**Cc:** james.a.baker@usdoj.gov; (b)(3)-P.L. 86-36 ; (b)(3)-P.L. 86-36  Olsen, Matthew G; (b)(3)-P.L. 86-36 ; (b)(3)-P.L. 86-36 ;
 (b) (6), (b) (7)(C)              (b) (6)         (b)(3)-P.L. 86-36 ;        (b) (6)         <        (b) (6)
**Sent:** Sun Aug 22 23:12:43 2010
**Subject:** Re: Follow up to DC discussion

Thanks (b)(3)-P.L. 86

We'll send some proposed times in the morning. I think at this point perhaps a few of us should come out to the Ft (or maybe schedule a secure conf call) to chat about the different legal questions. Among other things, I think it would be useful to chat about                          (b) (5)                                                                  .

Jason

---

**From:**                 (b)(3)-P.L. 86-36
**To:** Chipman, Jason (SMO)
**Cc:** Baker, James A. (ODAG); (b)(3)-P.L. 86-36   (b)(3)-P.L. 86-36 >;          (b)(3)-P.L. 86-36          Olsen, Matthew G
 (b)(3)-P.L. 86-36   (b)(3)-P.L. 86-36        (b) (6)        (b)(3)-P.L. 86-36  (b)(3)-P.L. 86-36  (b) (6), (b) (7)(C)  (CRM);
       (b) (6)      (SMO); (b)(3)-P.L. 86-36  (b)(3)-P.L. 86-36 ;      (b) (6)      DoD OGC <       (b) (6)
**Sent:** Sun Aug 22 13:06:36 2010
**Subject:** Follow up to DC discussion

Jason,

I hope you are well.

As discussed at the DC meeting, I'm following up to schedule an extended briefing for Jim and you on the DIB Pilot Legal Framework. I'm also cc'ing our new GC, (b)(6)-P.L. 86-36 as you requested.

Let's aim to schedule the briefing this week as your schedules permit.

(b)(6)-P.L. 86-36 will be the point of contact to lock down a two hour block on everyone's calendars  - please provide a couple of dates this week that work for you and your preference as to location (DoJ or NSA).

(The Plan will be formally submitted to DepSecDef tomorrow morning — please provide a JWICS address for Jim and you and we'll provide you a copy).

All the best,

(b)(3)-P.L. 86

(b)(3)-P.L. 86-36
Special Assistant to the Director for the
Enduring Security Framework
National Security Agency
(b)(3)-P.L. 86-36

01072

█████ (b) (6) █████

| | |
|---|---|
| **From:** | Reitinger, Philip |
| **Sent:** | Wednesday, September 01, 2010 5:47 AM |
| **To:** | Brown, Michael A. |
| **Subject:** | FW: Follow-up from ██ (b) (6) |

Mike - I tried to recall this because I do not know if Bob intended I forward it but I do not
think it is that sensitive.  After a conversation with Bob this morning I'll seek to call NSS
to move forward.  phil

-----Original Message-----
From: Reitinger, Philip
Sent: Wednesday, September 01, 2010 5:39 AM
To: Brown, Michael A.; McConnell, Bruce; Schaffer, Gregory; Delaney, David
Subject: FW: Follow-up from ███ (b) (6)

fyi

-----Original Message-----
From: Reitinger, Philip
Sent: Tuesday, August 31, 2010 9:46 PM
To: ' █████ (b) (6) █████
Subject: Re: Follow-up from ███ (b) (6)

Roger.

----- Original Message -----
From: Butler, Robert J SES OSD POLICY < █████ (b) (6) █████
To: 'Reitinger, Philip' ████ (b) (6) ████
Sent: Tue Aug 31 20:23:59 2010
Subject: RE: Follow-up from ███ (b) (6)

Copy, Phil ... can we chat for a few minutes tomorrow ref moving ahead on DIB pilot plan?
Thanks, Bob

-----Original Message-----
From: Reitinger, Philip █████ (b) (6) █████
Sent: Tuesday, August 31, 2010 9:09 AM
To: Reitinger, Philip R; Butler, Robert J SES OSD POLICY
Subject: Re: Follow-up from ███ (b) (6)

Bob

Spoke w leadership yesterday.  New title is Director, Cybersecurity Communications.  Mike
Brown is our selectee.

Phil

----- Original Message -----
From: Reitinger, Philip █████ (b) (6) █████
To: █████ (b) (6) █████  █████ (b) (6) █████ ; Reitinger, Philip R
█████ (b) (6) █████
Sent: Fri Aug 27 18:53:57 2010
Subject: Re: Follow-up from ███ (b) (6)

1

01073

Bob - still tbd.  I have a meeting w ogc on monday on this very subject.
Phil

----- Original Message -----
From: Butler, Robert J SES OSD POLICY ████████ (b) (6) ████████
To: 'Reitinger, Philip' <████████ (b) (6) ████████
Sent: Fri Aug 27 18:06:49 2010
Subject: Follow-up from ████ (b) (6) ████

Phil: ████ (b) (6) ████ asked me status on new org initiative and specifically, Mike Brown status.
Here is what I conveyed:



Grateful for your help on response ...

v/r -- Bob

2

01074

▓▓▓▓ (b) (6) ▓▓▓▓

| | |
|---|---|
| **From:** | Reitinger, Philip |
| **Sent:** | Friday, September 24, 2010 8:00 AM |
| **To:** | McConnell, Bruce; Fong, Ivan; Delaney, David; Ludtke, Meghan; Brown, Michael A.; Beers, Rand; Schaffer, Gregory |
| **Subject:** | FW: Good News: DoJ's comments on DIB Cybersecurity [Opt-in] Pilot |
| **Importance:** | High |

This aligns with what we were hearing from out lawyers.

-----Original Message-----
From: Butler, Robert J SES OSD POLICY ▓▓▓ (b) (6) ▓▓▓
Sent: Friday, September 24, 2010 7:43 AM
To: ▓▓ (b) (6) ▓▓ ▓▓ (b) (6) ▓▓ ; ▓▓ (b) (6) ▓▓
Subject: Good News: DoJ's comments on DIB Cybersecurity [Opt-in] Pilot
Importance: High


----- Original Message -----
From: ▓▓ (b) (6) ▓▓ DoD OGC
To: Butler, Robert J SES OSD POLICY; ▓▓ (b) (6) ▓▓ CIV, NII/DoD-CIO; Guissanie, Gary, SES, NII/DoD-CIO; Schleien, Steven, SES, OSD-POLICY; ▓▓ (b) (6) ▓▓ OSD POLICY; ▓▓ (b) (6) ▓▓
▓(b)(6)▓ CIV, OSD-POLICY; ▓▓ (b) (6) ▓▓ CIV OSD POLICY
Cc: ▓▓ (b) (6) ▓▓ DISL NII/DoD-CIO; ▓▓ (b) (6) ▓▓ HQE NII/DoD-CIO
Sent: Fri Sep 24 07:21:47 2010
Subject: FW: DoJ's comments on DIB Cybersecurity [Opt-in] Pilot

FYI/SA see my summary of the meeting with DoJ (and NSS and DHS) yesterday.  :)

▓▓ (b) (6) ▓▓
Associate General Counsel
DoD Office of the General Counsel
Direct: ▓▓ (b) (6) ▓▓
▓▓ (b) (6) ▓▓

CAUTION: Information contained in this message may be protected by the attorney/client, attorney work product, deliberative process or other privileges. Do not disseminate further without approval from the Office of the DoD General Counsel.


-----Original Message-----
From: ▓▓ (b) (6) ▓▓ DoD OGC
Sent: Friday, September 24, 2010 7:19 AM
To: ▓▓ (b) (6) ▓▓ Mr, DoD OGC; ▓▓ (b) (6) ▓▓ Ms, DoD OGC; ▓▓ (b) (6) ▓▓ , DoD OGC;
Allen, Charles, Mr, DoD OGC; ▓▓ (b) (6) ▓▓ , DoD OGC; ▓▓ (b) (6) ▓▓ CIV, OSD-POLICY;
▓▓ (b) (6) ▓▓ IV OSD POLICY ▓▓ (b) (6) ▓▓ , DoD OGC
Cc: ▓▓ (b) (6) ▓▓ , DoD OGC; ▓(b)(6)▓ Ms, DoD OGC
Subject: DoJ's comments on DIB Cybersecurity [Opt-in] Pilot
Importance: High

DoJ finally provided detailed comments on the DIB Pilot yesterday afternoon at a meeting hosted by NSS Counsel, and the news is very good.

01075

(b) (5)



(b) (6)

01076

█ (b) (6) █
Associate General Counsel
DoD Office of the General Counsel
Direct: █ (b) (6) █
█ (b) (6) █

CAUTION: Information contained in this message may be protected by the attorney/client, attorney work product, deliberative process or other privileges. Do not disseminate further without approval from the Office of the DoD General Counsel.

01077

**(b) (6)**

| | |
|---|---|
| From: | Goode, Brendan |
| Sent: | Monday, December 05, 2011 9:52 AM |
| To: | Delaney, Laura; (b) (6) |
| Cc: | Dean, Nicole M; (b) (6) |
| Subject: | MSS items |

Laura/Dan-

**(b) (5)**

Thanks,

1

01078

(b) (6)

| | |
|---|---|
| **From:** | McConnell, Bruce ████ (b) (6) ████ |
| **Sent:** | Thursday, September 09, 2010 8:50 AM |
| **To:** | Butler, Robert J SES OSD POLICY ████ (b)(6)-P.L. 86-36 ████ |
| **Cc:** | Schleien, Steven, SES, OSD-POLICY; ████ (b) (6) ████ CIV, OSD-POLICY; ████ (b) (6) ████ McDaniel, Michael SES OSD POLICY; ████ (b) (6) ████ DISES OSD OUSDI; ████ (b) (6) ████ DoD OGC; ████ (b) (6) ████ DoD OGC; ████ (b) (6) ████ CIV OSD POLICY; Mussington, David A SES OSD POLICY; ████ (b) (6) ████ CIV, OSD-POLICY; Brown, Michael |
| **Subject:** | PA Chapeau |
| **Attachments:** | COMMS STRAT 7 Sep v2.docx |

I have as yet not received any comments on the chapeau from OSD or NSA. Please provide your thoughts by noon today, for inclusion in the paper-DC materials.

Thanks.

Bruce

**From:** Butler, Robert J SES OSD POLICY ████ (b) (6) ████
**Sent:** Monday, September 06, 2010 1:06 PM
**To:** (b)(6)-P.L. 86-36
**Cc:** Schleien, Steven, SES, OSD-POLICY; ████ (b) (6) ████ CIV, OSD-POLICY; ████ (b) (6) ████ McDaniel, Michael SES OSD POLICY; ████ (b) (6) ████ DISES OSD OUSDI; ████ (b) (6) ████ DoD OGC; ████ (b) (6) ████ DoD OGC; ████ (b) (6) ████ CIV OSD POLICY; Mussington, David A SES OSD POLICY; ████ (b) (6) ████ CIV, OSD-POLICY; ████ (b) (6) ████
**Subject:** Re: Tuesday SVTC

(b)(6)-P.L. 86 /All: Topics for tomorrow will be as follow:

1. DC Mtg Prep: DHS-DOD Enhanced Cyber Coordination Initiative (Mike Brown,) Communications Plan (Bruce McConnell,) DIB Pilot Planning - Authorities Language (Steve Schleien/ ████ (b) (6) ████
2. ESG Agenda Review (b)(6)-P.L. 86-36
3. CyberStorm 3 Update (Mike Brown)
4. Prep for Canadian Engagement (Steve Schleien/Mike McDaniel)

Since I will be in the air, Steve ████ (b) (6) ████ will host from OSD/Pentagon.

Sincerely, Bob

**From:** (b)(6)-P.L. 86-36   (b)(6)-P.L. 86-36
**To:** Butler, Robert J SES OSD POLICY
**Sent:** Sun Sep 05 13:24:54 2010
**Subject:** Tuesday SVTC

Bob,
Sandy had asked that I stand in for her for the next two Tuesdays on the SVTC. I believe she said you forward her the agenda and she provides quick TP's for Chris and Fran. Did I capture that right? If yes, could you please cc me on the agenda so I can support her in her absence?

It would be valuable to include a quick ESF update on the agenda – to sync with DHS on the prepping of their secretary, etc. We all took a lesson learned last time to try to synchronize the Deputies' goals and objectives in advance…

01079

Thanks, I hope you are having a terrific weekend with your family in San Antonio!



(b)(6)-P.L. 86-36
Special Assistant to the Director for the
Enduring Security Framework
National Security Agency
(b)(6)-P.L. 86-36

01080

(b) (6)

| | |
|---|---|
| **From:** | Delaney, David |
| **Sent:** | Wednesday, May 19, 2010 11:04 AM |
| **To:** | Reitinger, Philip; Brown, Michael A.; Schaffer, Gregory; Beers, Rand |
| **Cc:** | McConnell, Bruce |
| **Subject:** | RE: Additional Information on Proposed DIB Pilot |

NSA counsel proposed moving the first ops/tech/legal discussion to next week.  I will remain non-committal until we review the circumstances more.  I am hosting an ESF meeting for interagency attorneys from 2-3:30 at NAC 19 today but am otherwise free to meet/discuss.

David

-----Original Message-----
From: Reitinger, Philip
Sent: Wednesday, May 19, 2010 6:47 AM
To: Brown, Michael A.; Delaney, David; Schaffer, Gregory; Beers, Rand
Cc: McConnell, Bruce
Subject: RE: Additional Information on Proposed DIB Pilot

Adding the Under for context.

We need to discuss today.

phil

-----Original Message-----
From: Brown, Michael A.
Sent: Wednesday, May 19, 2010 6:31 AM
To: Reitinger, Philip; Delaney, David; Schaffer, Gregory
Cc: McConnell, Bruce
Subject: Re: Additional Information on Proposed DIB Pilot

Sir,

I'll provide some info now, but I believe we all need to sit down and spend a lot of time on where we sit. This will respond to your previous emails on the WH SVTC and E3 too.

There is no follow up to WH tasker from last week. Do not believe NSA believes they owe an answer.


(b) (5)

1

01081

I met with OSD, OSD and NSA, and NSA. There is not enough time to write in email and we need a dialogue and in scif.

There is no E3 program right now. There is no USG direction.

We have (b) (6) sked to ne here tomorrow - you can use to engage?

S2 meets with DIRNSA and DEPSECDEF next Thurs. We need time to discuss with her. I am out good part of 26th. Agenda needs work, especially based on the last 5 days  - you and I have separate meetings with Sandy today.

Vr,
Mike

----- Original Message -----
From: Reitinger, Philip
To: Brown, Michael A.; Delaney, David; Schaffer, Gregory
Cc: McConnell, Bruce
Sent: Wed May 19 06:16:06 2010
Subject: RE: Additional Information on Proposed DIB Pilot

If I could get an update before 0730 for my meeting with S2 that would be great.

-----Original Message-----
From: Brown, Michael A.
Sent: Monday, May 17, 2010 6:03 PM
To: Delaney, David; Reitinger, Philip; Schaffer, Gregory
Cc: McConnell, Bruce
Subject: RE: Additional Information on Proposed DIB Pilot

David,

(b) (5)

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
(b) (6)

-----Original Message-----
From: Delaney, David
Sent: Monday, May 17, 2010 6:01 PM
To: Brown, Michael A.; Reitinger, Philip; Schaffer, Gregory
Cc: McConnell, Bruce
Subject: RE: Additional Information on Proposed DIB Pilot

Not sure what happened today, but perhaps we should add the legal folks to tomorrow afternoon's meeting?  If interagency attorney involved isn't feasible, it might at least help your cause to ask ____ to bring (b)(3)-P.L. 86-36, (b)(3)-P.L. 86-36, and (b)(3)-P.L. 86-36 to your discussion for any frank questions re authority and contracting that you might want to ask.

01082

David

-----Original Message-----
From: Brown, Michael A.
Sent: Monday, May 17, 2010 5:55 PM
To: Delaney, David; Reitinger, Philip; Schaffer, Gregory
Cc: McConnell, Bruce
Subject: RE: Additional Information on Proposed DIB Pilot

David,

Based on today - not sure everyone is on the same sheet. I'm meeting with NSA tomorrow (just
got changed to the afternoon). I'm meeting with Steve and ███████ - so will have a better idea.
This is all moving fast - I may just meet with NSA and OSD together tomorrow.

v/,r
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
    (b) (6)

-----Original Message-----
From: Delaney, David
Sent: Monday, May 17, 2010 5:36 PM
To: Reitinger, Philip; Schaffer, Gregory; Brown, Michael A.
Cc: McConnell, Bruce
Subject: Fw: Additional Information on Proposed DIB Pilot

Following on last week's discussions of DIB pilot, consensus is forming to have a
tech/ops/legal meeting this Thur or perhaps Fri morning.  What is preferred level of tech/ops
participation from DHS?  Those cc'd below are NSA's proposed participants.


David Delaney
C:      (b) (6)

----- Original Message -----
From:       (b) (6)    , DoD OGC <        (b) (6)
To: (b)(3)-P.L. 86-36  (b)(3)-P.L. 86-36 ; 'Delaney, David'        (b) (6)
Cc:                 (b) (6)    █ (b)(3)-P.L. 86-36 █ (b)(3)-P.L. 86-36 ; █ (b)(3)-P.L. 86-36
(b)(3)-P.L. 86-36 ; (b)(3)-P.L. 86-36  (b)(3)-P.L. 86-36 ; (b)(3)-P.L. 86-36  (b)(3)-P.L. 86-36
Sent: Mon May 17 17:27:00 2010
Subject: RE: Additional Information on Proposed DIB Pilot

Thursday is actually better for me due to some other scheduled events on Friday AM, but ...
considering John's predicament, I will try to shuffle ...

      (b) (6)
Associate General Counsel
DoD Office of the General Counsel

01083

Voice:    (b) (6)
       (b) (6)

CAUTION: Information contained in this message may be protected by the attorney/client, attorney work product, deliberative process or other privileges. Do not disseminate further without approval from the Office of the DoD General Counsel.


-----Original Message-----
From: (b)(3)-P.L. 86-36      (b)(3)-P.L. 86-36
Sent: Monday, May 17, 2010 4:50 PM
To: Delaney, David
Cc: (b)(3)-P.L. 86-36  McDermott, Thomas M; (b)(3)-P.L. 86-36; (b) (6)          DoD OGC; (b)(3)-P.L. 86-36  (b)(3)-P.L. 86-36  (b)(3)-P.L. 86-36  (b)(3)-P.L. 86-36  (b)(3)-P.L. 86-36
Subject: RE: Additional Information on Proposed DIB Pilot


David

For the technical discussions, I think someone more at the level Rick Wilson used to be would be appropriate.  Am thinking RADM Brown is too high up at this point.

Thurs is out for me because my wife broke a tooth and has to have oral surgery that day. Early Friday would therefore be better for me.  How is that for the other cc's who would be affected?

Thanks.

-----Original Message-----
From: Delaney, David          (b) (6)
Sent: Monday, May 17, 2010 12:08 PM
To: (b)(3)-P.L. 86-36 ,      (b) (6)      DoD OGC; (b)(3)-P.L. 86-36; Delaney, David
Cc: (b)(3)-P.L. 86-36  (b)(3)-P.L. 86-36  McDermott, Thomas M
Subject: RE: Additional Information on Proposed DIB Pilot


(b) (5)


David G. Delaney
Deputy Associate General Counsel
(National Protection and Programs)
Office of the General Counsel

       (b) (6)
Office:    (b) (6)
Cell:    (b) (6)

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

4

01084

-----Original Message-----
From:  (b)(3)-P.L. 86-36          (b) (6)
Sent: Thursday, May 13, 2010 12:39 PM
To: (b)(3)-P.L. 86-36  Mr, DoD OGC; (b)(3)-P.L. 86-36  Delaney, David; McDermott, Thomas M
Cc: (b)(3)-P.L. 86-36  (b)(3)-P.L. 86-36
Subject: RE: Additional Information on Proposed DIB Pilot


I just sent you both the paper on the class side.  (b)(3)-P.L. 86-36


(b)(3)-P.L. 86-36
Office of General Counsel- NSA
Deputy General Counsel Enterprise Management
(b)(3)-P.L. 86-36


-----Original Message-----
From:  (b) (6)        DoD OGC          (b) (6)
Sent: Thursday, May 13, 2010 12:22 PM
To:  (b)(3)-P.L. 86-36  Delaney, David'; 'McDermott, Thomas M'
Cc: (b)(3)-P.L. 86-366 (b)(3)-P.L. 86-366 (b)(3)-P.L. 86-36
Subject: RE: Additional Information on Proposed DIB Pilot
Importance: High

Can you scan and send on JWICS?

I'm at         (b) (6)


   (b) (6)
Associate General Counsel
DoD Office of the General Counsel
Voice:     (b) (6)
     (b) (6)


CAUTION: Information contained in this message may be protected by the attorney/client,
attorney work product, deliberative process or other privileges. Do not disseminate further
without approval from the Office of the DoD General Counsel.


-----Original Message-----
From: (b)(3)-P.L. 86-36        (b)(3)-P.L. 86-36     ]
Sent: Thursday, May 13, 2010 11:43 AM
To:        (b) (6)        , DoD OGC; Delaney, David; McDermott, Thomas M
Cc: (b)(3)-P.L. 86-36  (b)(3)-P.L. 86-36 ; (b)(3)-P.L. 86-36; (b)(3)-P.L. 86-36
Subject: Additional Information on Proposed DIB Pilot

David,  (b) (6)  Tom

I was asked to provide you an update as a follow-up to the teleconference you had with (b)(3)-P.L. 86-36
     a few days ago.

(b) (5)

5

01085



(b) (5)

(b) (6)

National Security Agency
Associate General Counsel
Acquisition and Logistics

(b) (6)

01086

███████ (b) (6) ███████ ─────────────

From:      Dean, Nicole M
Sent:      Monday, August 02, 2010 10:39 AM
To:        McDermott, Thomas M
Cc:        Delaney, David
Subject:   RE: August 4  Sessions with DIB

Thanks for the heads up -I'll reach out to ███ (b)(6)-P.L. 86-3 ███

-----Original Message-----
From: McDermott, Thomas M
Sent: Monday, August 02, 2010 9:43 AM
To: Dean, Nicole M
Cc: Delaney, David
Subject: FW: August 4 Sessions with DIB

Nicole --

(b) (5)

██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████


Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:      ████ (b) (6) ████
blackberry: ████ (b) (6) ████
      ████ (b) (6) ████


-----Original Message-----
From: ████ (b) (6) ████ DoD OGC ████ (b) (6) ████ ]
Sent: Monday, August 02, 2010 9:25 AM
To: 'McDermott, Thomas M'; ████ (b) (6), (b) (7)(C) ████ (b) (6) ████ (SMO)
Cc: ████ (b)(3)-P.L. 86-36 ████
Subject: FW: August 4 Sessions with DIB

FYI/SA -- purely by coincidence, there are regularly-scheduled "working group" meetings this
week for the DoD's long-standing DIB cyber info sharing program (i.e., the 2-year-plus
efforts involving the framework agreements).

Since most/all of the DIB players are already traveling and assembled in one spot, the
DoD/NSA team is taking advantage of the opportunity to coordinate some add-on meetings that
will be focused on the DIB opt-in pilot planning activities.  They are even coordinating the
ISPs coming in for some direct "breakout" sessions w/their respective DIBs.

███

01087

My understanding is that this will be a "working" or "action-level" engagement, and maybe some elements will be ISP-DIB only.  I don't think they are necessarily expecting or asking for lawyers to participate, but I think it's all still coming together.


I will likely be out all day on the 4th, and thus I doubt I'll be there in any case.

(b) (6)

(b) (6)
Associate General Counsel
DoD Office of the General Counsel
Voice:      (b) (6)
(b) (6)

CAUTION: Information contained in this message may be protected by the attorney/client, attorney work product, deliberative process or other privileges. Do not disseminate further without approval from the Office of the DoD General Counsel.


-----Original Message-----
From:      (b) (6)      DISL NII/DoD-CIO
Sent: Friday, July 30, 2010 12:52 PM
To: (b)(3)-P.L. 86-36 (b)(3)-P.L. 86-36 (b)(3)-P.L. 86-36 M; (b)(3)-P.L. 86-36
Cc: Conover, Brynn R; Shirley Steven SES DC3;      (b) (6)      CTR NII/DoD-CIO; (b) (6)
(b)(3)-P.L. 86       DoD OGC
Subject: August 4 Sessions with DIB

(b)(3)-P.L. 86, et al,
We've secured 3 separate unclassified rooms for ISPs to meet with their customers.  Recommend we consider proceeding on Aug 4 as follows:

1450 - POWG concludes
1450-1500 Clear out unessential attendees for Opt-in sessions
1500-1545 Technical Discussions with NTOC (we can bring classified laptop if we want to have scenarios at hand); ISPs will be in room to hear issues.
1545-1700 Break-out sessions for ISPs and their customers (we'll be escorting DIBers and ISPs to their respective locations for discussions).

This will be a separate agenda we provide on Wednesday, so we can tweak next week.  Wanted to run it by all of you for thoughts, etc.  Thanks, (b) (6)

01088



**From:**      Brown, Michael A.
**Sent:**      Monday, September 27, 2010 1:51 PM
**To:**        Delaney, David
**Subject:**   RE: Authorities language

David,

I just told them the two deletions were unacceptable and we non-concurred. No feedback yet.

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
(b) (6)

-----Original Message-----
From: Delaney, David
Sent: Monday, September 27, 2010 1:38 PM
To: Brown, Michael A.
Subject: FW: Authorities language
Importance: High

Mike,
If it helps you, I made the attached clean version of the document in accordance with Phil's message--all DoD changes accepted,                    (b) (5)


David G. Delaney
Deputy Associate General Counsel
(National Protection and Programs)
Office of the General Counsel

        (b) (6)
Office:     (b) (6)
Cell:     (b) (6)

This communication, along with any attachments, is covered by federal and state law governing
electronic communications and may contain confidential and legally privileged information.
If the reader of this message is not the intended recipient, you are hereby notified that any
dissemination, distribution, use or copying of this message is strictly prohibited.  If you
have received this in error, please reply immediately to the sender and delete this message.
Thank you.

-----Original Message-----
From: Reitinger, Philip
Sent: Monday, September 27, 2010 10:41 AM
To: Brown, Michael A.; McConnell, Bruce; Delaney, David
Cc: Schaffer, Gregory; Fong, Ivan; Beers, Rand
Subject: FW: Authorities language
Importance: High

1

01089

████████████████████████ (b) (5) ████████████████████████

----- Original Message -----
From: Brown, Michael A.
To: Reitinger, Philip
Cc: Schaffer, Gregory; McConnell, Bruce; Delaney, David
Sent: Mon Sep 27 10:00:30 2010
Subject: FW: Authorities language

Sir,

Attached is the response on the authorities memo from OSD. They are looking for an ok.

v/r,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
███ (b) (6)

-----Original Message-----
From: ████ (b) (6) ████ DISL OSD POLICY ████ (b) (6) ████
Sent: Monday, September 27, 2010 8:39 AM
To: 'Brown, Michael A.'
Cc: Butler, Robert J SES OSD POLICY; Schleien, Steven, SES, OSD-POLICY;
████ (b) (6) ████ Kudwa, Amy; ████ (b) (6) ████ OSD PA
Subject: FW: Authorities language
Importance: High

RADM Brown,
The next hot topics for us will be the DIB Pilot and the Comms Plan for the DHS-DoD MOA that
was signed Friday.

We would like to coordinate on the attached chapeau statement for the DIB Pilot. ████ (b) (6) ████
███ has been working it for us and I believe Mr. Reitinger has been working it for DHS.  Can
you work it to get a chop from DHS?

Second topic is the Comms plan.  I prepped a quote for SD or DSD to provide to a DHS
statement.  However, I have not yet seen the statement.  PA initially concurred with the
quote, but I would like to have the DHS statement before I begin staffing it up to the DSD
for approval.  Can you or Amy pls give me an update?

Thanks,
(b) (6)

████ (b) (6) ████
Defense Intel Senior Leader (DISL)
Senior Advisor for CYBER policy

██ (b) (6) ██, Pentagon
████ (b) (6) ████

2

01090

-----Original Message-----
From: ████ (b) (6) ████   DoD OGC
Sent: Sunday, September 26, 2010 8:36 AM
To: Butler, Robert J SES OSD POLICY; ████ (b) (6) ████ DISL OSD POLICY; Schleien, Steven, SES, OSD-POLICY; Guissanie, Gary, SES, NII/DoD-CIO
Subject: RE: Authorities language
Importance: High

Attached. Sorry for delay -- I went offline last night b4 seeing your request.  I had also attached the file to our earlier email exchange circa
1424 yesterday (Subj: "RE: DIB Plan & DoD-DHS stmt of authorities").  ████ (b) (5) ████
████████████████████████

And, for full disclosure, the edits you see attached are not only mine -- they resulted from numerous OGC reviewers, including ██ (b) (6) ██ .

██ (b) (6) ██

████ (b) (6) ████
Associate General Counsel
DoD Office of the General Counsel
Direct: ████ (b) (6) ████
████ (b) (6) ████

CAUTION: Information contained in this message may be protected by the attorney/client, attorney work product, deliberative process or other privileges. Do not disseminate further without approval from the Office of the DoD General Counsel.


-----Original Message-----
From: Butler, Robert J SES OSD POLICY
Sent: Saturday, September 25, 2010 5:32 PM
To: ████ (b) (6) ████ DoD OGC; ████ (b) (6) ████ DISL OSD POLICY; Schleien, Steven, SES, OSD-POLICY; Guissanie, Gary, SES, NII/DoD-CIO
Subject: Re: Authorities language

██ (b) (6) ██ Need to pass Jim/Phil your suggested edits to Phil's latest version.
I thought I included your edited version as part of Jim's proposed email back to Phil - no? If not, pls send me now. Thanks, Bob

----- Original Message -----
From: ████ (b) (6) ████ DoD OGC
To: Butler, Robert J SES OSD POLICY; ████ (b) (6) ████ DISL OSD POLICY; Schleien, Steven, SES, OSD-POLICY; Guissanie, Gary, SES, NII/DoD-CIO
Sent: Sat Sep 25 17:21:24 2010
Subject: RE: Authorities language

████████████████████ (b) (5) ████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

████████████ (b) (5) ████████████

Cheers/, (b) (6)

01091

CAUTION: Information contained in this message may be protected by the attorney/client, attorney work product, deliberative process or other privileges. Do not disseminate further without approval from the Office of the DoD General Counsel.


-----Original Message-----
From: Butler, Robert J SES OSD POLICY
Sent: Saturday, September 25, 2010 5:16 PM
To: ████ (b) (6) ████  DoD OGC; ████ (b) (6) ████ DISL OSD POLICY; Schleien, Steven, SES, OSD-POLICY; Guissanie, Gary, SES, NII/DoD-CIO
Subject: Fw: Authorities language

Stand by ...

_____

From: Butler, Robert J SES OSD POLICY
To: ████ (b) (6) ████  HON OSD POLICY
Sent: Sat Sep 25 17:14:00 2010
Subject: Fw: Authorities language



(b) (5)

Thanks, Phil!

Best
Jim

(b) (5)

4

01092



(b) (5)

---

From: Reitinger, Philip         (b) (6)
To: Butler, Robert J SES OSD POLICY
Cc:    (b) (6)    HON OSD POLICY; Schaffer, Gregory       (b) (6)       McConnell, Bruce     (b) (6)     Brown, Michael A. <     (b) (6)     Beers, Rand   (b) (6)
Sent: Thu Sep 23 10:03:30 2010
Subject: Authorities language

Bob

Thanks for the language on Tuesday.        (b) (5)
     Please see the attached for your review.

phil

5

01093

(b) (6)

From:           Menna, Jenny
Sent:           Tuesday, January 11, 2011 3:24 PM
To:             Brown, Michael A. RADM
Subject:        Re: available for phone call?


She also has fns vs my guys working ny min. Very odd.

----- Original Message -----
From: Brown, Michael A. RADM
Sent: Tuesday, January 11, 2011 03:13 PM
To: Menna, Jenny
Subject: RE: available for phone call?


Jenny,

I can't explain what is going on.

v/r,
MAB

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate United States Department of Homeland Security
(b) (6)


-----Original Message-----
From: Menna, Jenny
Sent: Tuesday, January 11, 2011 3:12 PM
To: Brown, Michael A. RADM
Subject: RE: available for phone call?

Bobbie didn't even respond to my email about the Phil meeting on the private sector strategy,
so I don't know what the hell is going on.  If she's avoiding me or if she just didn't get
around to answering me...

-----Original Message-----
From: Brown, Michael A. RADM
Sent: Tuesday, January 11, 2011 3:07 PM
To: Menna, Jenny
Subject: RE: available for phone call?

Jenny,

I don't know if that is the best way to describe it - however, we've (DHS) been very loose in
descriptions. The meeting with S2, DEPSECDEF and OMB last week discussed the DIB pilot and
the need for capability for other sectors. I have no knowledge of DHS saying the DIB pilot
was the way to go forward.

There is a planned brief upcoming to layout to the President's Management Council the issue
(need to protect the private sector/critical infrastructure). It looks like NPPD is doing the
brief for DHS - I recommended you be involved. I don't know if that will happen. I'm trying
to get to Greg.

01094

v/r,
MAB

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate United States Department of Homeland Security
(b) (6)


-----Original Message-----
From: Menna, Jenny
Sent: Tuesday, January 11, 2011 2:35 PM
To: Brown, Michael A. RADM
Subject: FW: available for phone call?

?


-----Original Message-----
From:        (b) (6)        DISL NII/DoD-CIO            (b) (6)
Sent: Tuesday, January 11, 2011 2:34 PM
To: Menna, Jenny; Kizzee, Carlos
Cc:      (b) (6)       D CIV NII/DoD-CIO;      (b) (6)      CTR NII/DoD-CIO;      (b) (6)      CTR
NII/DoD-CIO
Subject: available for phone call?

Jenny, Carlos, hi.  Are you involved in the DIB Opt-in pilot discussions with Phil?  If you
are available, may we three have a phone call sometime this week to discuss?  Today, NSA told
our DIB Partners that the opt-in capabilities are being viewed as the way to secure other
sector networks.  Is this your view?  Would like to discuss.  Thanks, (b) (6)

01095

**(b) (6)**

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Tuesday, October 25, 2011 2:44 PM |
| **To:** | McConnell, Bruce; McDermott, Thomas M; Brown, Michael A. RADM; Stempfley, Roberta |
| **Cc:** | Parkinson, Deborah; Goode, Brendan |
| **Subject:** | RE: DIB Evaluation |

Bruce,
I think this looks good and articulates the conflicts and position forward.

Nicole

-----Original Message-----
From: McConnell, Bruce
Sent: Monday, October 24, 2011 6:03 PM
To: Dean, Nicole M; McDermott, Thomas M; Brown, Michael A. RADM; Stempfley, Roberta
Cc: Parkinson, Deborah; Goode, Brendan
Subject: RE: DIB Evaluation

**(b) (5)**

-----Original Message-----
From: Dean, Nicole M
Sent: Monday, October 24, 2011 5:42 PM
To: McDermott, Thomas M; McConnell, Bruce; Brown, Michael A. RADM; Stempfley, Roberta
Cc: Parkinson, Deborah; Goode, Brendan
Subject: Re: DIB Evaluation

Tom
We don't have the presentation yet or report yet. We asked both NSA and CM.

Nicole

----- Original Message -----
From: McDermott, Thomas M
Sent: Monday, October 24, 2011 05:35 PM
To: McConnell, Bruce; Brown, Michael A. RADM; Stempfley, Roberta; Dean, Nicole M
Cc: Parkinson, Deborah; Goode, Brendan
Subject: FW: DIB Evaluation

**(b) (5)**

01096



I will be on blackberry tonight if folks want to discuss further.

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:        (b) (6)
blackberry:     (b) (6)
      (b) (6)

-----Original Message-----
From:   (b) (6)   DISL OSD POLICY        (b) (6)
Sent: Monday, October 24, 2011 4:54 PM
To:     (b) (6)     DoD OGC; McDermott, Thomas M
Cc:    (b) (6)     C CIV OSD POLICY
Subject: RE: DIB Evaluation

(b) (6) /Thomas,
All I have are hard copy slides we had for today's meeting. Bill Wilson, the team lead, is
changing those right now based on the discussion today. He has promised final slides
tomorrow morning so I can get it to   (b) (6)   at NSS as a Read Ahead for the IPC. I could
scan the ones I have from today.
v/r
(b) (6)

(b) (6)
Defense Intelligence Senior Leader (DISL)
Senior Advisor for Cyber Policy

Pentagon    (b) (6)
   (b) (6)

-----Original Message-----
From:     (b) (6)     DoD OGC
Sent: Monday, October 24, 2011 4:24 PM
To: 'McDermott, Thomas M'
Cc:    (b) (6)    CIV OSD POLICY;    (b) (6)    DISL OSD POLICY

2

01097

Subject: RE: DIB Evaluation

I saw some hardcopy slides today at a prep for Dr. Miller -- I don't have them electronically
... not sure if ▓▓(b) (6)▓▓ have electrons... guys?  If anything else came in besides that,
I haven't seen it

▓▓(b) (6)▓▓
Associate General Counsel
DoD Office of the General Counsel
Direct: ▓▓(b) (6)▓▓
   ▓▓(b) (6)▓▓

CAUTION: Information contained in this message may be protected by the attorney/client,
attorney work product, deliberative process or other privileges. Do not disseminate further
without approval from the Office of the DoD General Counsel.


-----Original Message-----
From: McDermott, Thomas M ▓▓▓▓▓(b) (6)▓▓▓▓▓
Sent: Monday, October 24, 2011 10:23 AM
To: ▓▓(b) (6)▓▓ DoD OGC
Subject: DIB Evaluation

▓▓▓▓▓▓▓▓▓▓▓▓▓▓(b) (5)▓▓▓▓▓▓▓▓▓▓▓▓▓▓


Thomas M. McDermott

Office of the General Counsel

U.S. Department of Homeland Security,

National Protection and Programs

desk:      ▓▓(b) (6)▓▓

blackberry:   ▓▓(b) (6)▓▓

▓▓▓▓▓▓(b) (6)▓▓▓▓▓▓

01098

(b) (6)

| | |
|---|---|
| **From:** | Nacht, Michael HON OSD POLICY          (b) (6) |
| **Sent:** | Friday, April 09, 2010 11:12 AM |
| **To:** | Butler, Robert J SES OSD POLICY;          (b) (6) |
| **Cc:** | (b) (6)      , CIV, OSD-POLICY; Santee, Jay G BrigGen (USAF) OSD POLICY; Schleien, Steven, SES, OSD-POLICY;      (b) (6)      , CIV, NII/DoD-CIO |
| **Subject:** | RE: DIB Initiative Meeting |

Bob:

(b) (6)

Michael

-----Original Message-----
From: Butler, Robert J SES OSD POLICY
Sent: Friday, April 09, 2010 9:32 AM
To:              (b) (6)
Cc:      (b) (6)      CIV, OSD-POLICY; Santee, Jay G BrigGen (USAF) OSD POLICY;
Schleien, Steven, SES, OSD-POLICY; Nacht, Michael HON OSD POLICY; (b) (6)
          CIV, NII/DoD-CIO
Subject: Re: DIB Initiative Meeting

Excellent, Mike (b) (6) and I are "out" next Tuesday when DSD wants to discuss
DIB pilot options. Michael Nacht and      (b) (6)      should be present for this
mtg, and Steve Schleien will rep me at mtg. Steve may need to follow-up with
you prior to mtg.  Thanks, Bob

1

01099

**(b) (6)**

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Wednesday, September 14, 2011 12:05 PM |
| **To:** | **(b) (6)** CIV OSD POLICY; 'Parkinson, Deborah' |
| **Cc:** | **(b) (6)** DISL OSD POLICY |
| **Subject:** | RE: DIB Pilot |

Mike,
We would definitely like to get those conversations started.  And get DOJ involved early so I
am definitely agreeable.

Nicole

-----Original Message-----
From: **(b) (6)** CIV OSD POLICY **(b) (6)**
Sent: Wednesday, September 14, 2011 11:53 AM
To: 'Parkinson, Deborah'; Dean, Nicole M
Cc: **(b) (6)** DISL OSD POLICY
Subject: RE: DIB Pilot

Deborah -- thanks!

Nicole -- I'm working with **(b) (6)** on the DIB Cyber Pilot here in OSD. We'd like to set up
a joint DoD-DHS-DoJ meeting to discuss the legal and policy issues with scaling the pilot. If
you're amenable, I'll start working with DoJ as well to coordinate.

-----Original Message-----
From: Parkinson, Deborah **(b) (6)**
Sent: Wednesday, September 14, 2011 11:17 AM
To: **(b) (6)** CIV OSD POLICY; Dean, Nicole M
Subject: DIB Pilot

**(b) (6)**- as we discussed on the phone, Nicole Dean (copied) is our POC on the DIB pilot.

Thanks.

Deborah Parkinson

Deputy Chief of Staff

National Protection and Programs Directorate

Department of Homeland Security

office:    **(b) (6)**

1

**■**

01100

cell:        (b) (6)

01101

■■■■ (b) (6) ■■■■

From:       Brown, Michael A. RADM
Sent:       Friday, March 25, 2011 1:55 PM
To:         McNeely, James
Subject:    RE: DIB Pilot Starting and Branded as a DHS program

Jim,

Roger - thanks.

V/r,
MAB

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate United States Department of Homeland Security
■■ (b) (6) ■■

-----Original Message-----
From: McNeely, James
Sent: Friday, March 25, 2011 1:29 PM
To: Brown, Michael A. RADM
Subject: RE: DIB Pilot Starting and Branded as a DHS program

Thanks for sharing and helping manage the reaction over here.  Please disregard my earlier
email on JWWCS, you've answered those questions already.  Pete and I will be pursuing staff
contacts through (b)(3)-P.L. 86-36 office to get briefed, but I suspect we won't hear much in the
way of details until the details are worked out and NSA is willing to share.


James McNeely
CRCL
■ (b) (6) ■    (o)      (NEW NUMBER)
■ (b) (6) ■    (c)


This message may contain attorney-client communications, attorney work product, and agency
deliberative communications, all of which may be privileged and not subject to disclosure
outside the agency or to the public.  Please consult with the Department of Homeland
Security, Office of General Counsel before disclosing any information contained in this
email.


-----Original Message-----
From: Brown, Michael A. RADM
Sent: Friday, March 25, 2011 1:06 PM
To: McNeely, James; Callahan, Mary Ellen; Sand, Peter; Kropf, John; 'Schlanger, Margo'
Subject: RE: DIB Pilot Starting and Branded as a DHS program

BOO-T-FULL!

Mike Brown
RADM, USN

1

01102

Director, Cybersecurity Coordination
National Protection & Programs Directorate United States Department of Homeland Security
██ (b) (6) ██


-----Original Message-----
From: McNeely, James
Sent: Friday, March 25, 2011 1:03 PM
To: Callahan, Mary Ellen; Brown, Michael A. RADM; Sand, Peter; Kropf, John; 'Schlanger, Margo'
Subject: RE: DIB Pilot Starting and Branded as a DHS program

Pete and I have been in touch with Mike Reheuser from DoD and he graciously agreed to respond to Alex Joel.

Jim

James McNeely
CRCL
██ (b) (6) ██  (o)   (NEW NUMBER)
██ (b) (6) ██  (c)


This message may contain attorney-client communications, attorney work product, and agency deliberative communications, all of which may be privileged and not subject to disclosure outside the agency or to the public.  Please consult with the Department of Homeland Security, Office of General Counsel before disclosing any information contained in this email.


-----Original Message-----
From: Callahan, Mary Ellen
Sent: Friday, March 25, 2011 12:49 PM
To: Brown, Michael A. RADM; Sand, Peter; Kropf, John; 'Schlanger, Margo'; McNeely, James
Subject: RE: DIB Pilot Starting and Branded as a DHS program

I always look forward to talking to you, Mike!  If you have time, I am at the NAC, ██ (b) (6) ██
██  If not, we can wait until Monday, have a few deadlines today.  Thanks.  Mec

-----Original Message-----
From: Brown, Michael A. RADM
Sent: Friday, March 25, 2011 12:47 PM
To: Callahan, Mary Ellen; Sand, Peter; Kropf, John; 'Schlanger, Margo'; McNeely, James
Subject: RE: DIB Pilot Starting and Branded as a DHS program

Mary Ellen,

Do you want me to call you now?

Cheers
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate United States Department of Homeland Security
██ (b) (6) ██

2

01103

-----Original Message-----
From: Callahan, Mary Ellen
Sent: Friday, March 25, 2011 12:29 PM
To: Brown, Michael A. RADM; Sand, Peter; Callahan, Mary Ellen; Kropf, John; Schlanger, Margo;
McNeely, James
Subject: FW: DIB Pilot Starting and Branded as a DHS program
Importance: High

Mike -- can we discuss this recent news?  I am in particular interested in the DHS branding
element of this.  Thanks.  Mec

-----Original Message-----
From: Brown, Michael A. RADM
Sent: Thursday, March 24, 2011 3:03 PM
To: McNeely, James; Sand, Peter
Cc: Delaney, David; McDermott, Thomas M;      (b) (6)      ; Dean, Nicole M;      (b) (6)
(b)(3)-P.L. 86-36
Subject: FW: PA DIB Pilot Briefing Card 2011-03-17.doc

Team,

(b) (5)

v/r,
MAB

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
    (b) (6)      Fort Meade)
    (b) (6)      (Arlington)


-----Original Message-----
From: Kudwa, Amy
Sent: Friday, March 18, 2011 1:35 PM
To: McConnell, Bruce; Brown, Michael A. RADM; Denning, John;      (b) (6)      (b) (6)

Subject: FW: PA DIB Pilot Briefing Card 2011-03-17.doc

With the caveat that I know everyone is stretched very thin right now, I received these DIB
pilot TPs from DoD OPA this morning and they're seeking our input.

In speaking with (b) (6)  they're not really getting incoming on this, but want to have
something in the can for future use. She understands our operational posture at present, and
so agreed that our getting back to her on Monday was fine. Can we internally aim for 10 a.m.
Monday?

Thanks,
(b) (6)

3

01104

-----Original Message-----
From: ███████ (b) (6) ███████ OSD PA ███████ (b) (6) ███████
Sent: Friday, March 18, 2011 11:32 AM
To: 'Kudwa, Amy'
Subject: PA DIB Pilot Briefing Card 2011-03-17.doc

(b) (6)

As discussed yesterday, attached is DoD's DIB Opt In Pilot briefing card.  The messages come
from the coordinated communication plan that you all coordinated on, so there is nothing new.

V/r.. (b) (6)

01105

████ **(b) (6)** ████████

**From:**       Brown, Michael A.
**Sent:**       Tuesday, August 31, 2010 6:58 PM
**To:**         ████ **(b) (6)** ████  DISL OSD POLICY; 'Painter, Christopher M.'; ████ **(b) (6)** ████
**Cc:**         Butler, Robert J SES OSD POLICY; Schleien, Steven, SES, OSD-POLICY; **(b)(3)-P.L. 86-36**
            ██**(b)(3)-P.L. 86-36**██ 'Brown, Michael A.'; 'McConnell, Bruce'; ████ **(b) (6)** ████  DoD OGC;
            ██ **(b) (6)** ██ █**(b)(3)-P.L. 86-36**█  ████ **(b) (6)** ████
**Subject:**    RE: Docs for IPC
**Attachments:** IPC DHS-DOD Partnership 30 Aug.docx

██ **(b) (6)** ██ and Chris,

Here is the partnership paper.

Cheers,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
██ **(b) (6)** ██

---

**From:** ██ **(b) (6)** ██ DISL OSD POLICY ████ **(b) (6)** ████
**Sent:** Tuesday, August 31, 2010 5:55 PM
**To:** 'Painter, Christopher M.'; ██ **(b) (6)** ██
**Cc:** Butler, Robert J SES OSD POLICY; Schleien, Steven, SES, OSD-POLICY; **(b)(3)-P.L. 86-36** **(b)(3)-P.L. 86-36** 'Brown,
Michael A.'; 'McConnell, Bruce'; ██ **(b) (6)** ██ DoD OGC; ██ **(b) (6)** ██ █**(b)(3)-P.L. 86-36**█ ██ **(b) (6)** ██
**Subject:** Docs for IPC
**Importance:** High

Mr. Painter/Ms. Siegel;

Per Mr. Butler's guidance, pls see the attached documents for the IPC on Thursday.

Documents:

-     Overview of DHS and DoD Enhanced Cybersecurity Efforts **(To be provided by RADM Brown, DHS)**

-     DoD and DHS Cybersecurity Initiatives Engagement and Comms Strategy (Chapeau)

o       Enhanced DHS-DoD Cybersecurity Coord Comms Plan

o       DIB CS-IA Program

o       DIB Opt-in Pilot Comms Program **(To be provided hard copy at the IPC)**

o       Cyberstorm III PAG

01106

o　　　　EINSTEIN 3 PAG

-　　DIB Pilot Plan Overview Briefing **(To be provided hard copy by NSA at the IPC)**

Pls let me know if there is anything else you need.

v/r

(b) (6)

<<...>>　　<<...>>　　<<...>> <<...>>

(b) (6)

Defense Intel Senior Leader (DISL)

Senior Advisor for CYBER policy

(b) (6)　Pentagon

(b) (6)

01111



| | |
|---|---|
| From: | McDermott, Thomas M |
| Sent: | Friday, December 17, 2010 11:05 PM |
| To: | Delaney, David; McConnell, Bruce; Reitinger, Philip; Brown, Michael A. RADM; Schaffer, Gregory; Stempfley, Roberta |
| Subject: | Re: ████ (b) (5) ████ |

Thomas McDermott
Office of the General Counsel
U.S. Department of Homeland Security
ph: ████ (b) (6) ████ *New phone number*
bb: ████ (b) (5) ████
Sent from my blackberry device

**From:** Delaney, David
**Sent:** Friday, December 17, 2010 10:25 PM
**To:** McConnell, Bruce; Reitinger, Philip; Brown, Michael A. RADM; Schaffer, Gregory; Stempfley, Roberta; McDermott, Thomas M
**Subject:** Re: ████ (b) (5) ████

Tom, can you provide some context based on your outreach today?

David Delaney
C: ████ (b) (6) ████

**From:** McConnell, Bruce
**Sent:** Friday, December 17, 2010 08:52 PM
**To:** Delaney, David; Reitinger, Philip; Brown, Michael A. RADM; Schaffer, Gregory; Stempfley, Roberta
**Subject:** ████ (b) (5) ████

Fyi

**From:** Butler, Robert J SES OSD POLICY ████ (b) (6) ████
**Sent:** Friday, December 17, 2010 07:58 PM
**To:** ████ (b) (6) ████ ████ (b) (6) ████
**Cc:** ████ (b) (6) ████ DISL OSD POLICY < ████ (b) (6) ████ ████ (b) (6) ████ DoD OGC ████ (b) (6) ████
**Subject:** Re: Napolitano Cyber Remarks

i

01112

Bruce:                                    **(b) (5)**

█████████ ,

█ **(b) (6)** █ can provide further details.

Sincerely, Bob

---

**From:** McConnell, Bruce █████ **(b) (6)** ████████
**Sent:** Friday, December 17, 2010 07:49 PM
**To:** Butler, Robert J SES OSD POLICY
**Subject:** Re: Napolitano Cyber Remarks

What DOJ decision, Bob?

---

**From:** Butler, Robert J SES OSD POLICY ██████ **(b) (6)** ████████
**Sent:** Friday, December 17, 2010 07:24 PM
**To:** ████ **(b) (6)** ████    ████ **(b) (6)** ████    ████ **(b)(3)-P.L. 86-36** ████
         ████ **(b)(3)-P.L. 86-36** ████
**Cc:** ████ **(b) (6)** ████    ████ **(b) (6)** ████    ██ **(b) (6)** ██  DISL OSD POLICY
< ███ **(b) (6)** ████    ████ **(b)(3)-P.L. 86-36** ████         ████ **(b)(3)-P.L. 86-36** ████
**Subject:** Re: Napolitano Cyber Remarks

Thanks very much,                          **(b) (5)**

████████████████████ .

Sincerely, Bob

---

**From:** McConnell, Bruce ████ **(b) (6)** ████
**Sent:** Friday, December 17, 2010 01:01 PM
**To:** Butler, Robert J SES OSD POLICY; ████ **(b)(3)-P.L. 86-36** ████  █ **(b)(3)-P.L. 86-36** █  █ **(b)(3)-P.L. 86-36** █
**Cc:** Brown, Michael A. RADM ████ **(b) (6)** ████  Summe, Jack N DISL OSD POLICY; █ **(b)(3)-P.L. 86-36** █
█ **(b)(3)-P.L. 86-36** █    ████ **(b)(3)-P.L. 86-36** ████
**Subject:** Napolitano Cyber Remarks

In view of some of the news stories, I wanted to be sure that our trusted partners all have the actual transcript of Secretary Napolitano's remarks yesterday.

Bruce W. McConnell
Senior Counselor
National Protection and Programs
US Department of Homeland Security
█ **(b) (6)** █

01113

**(b) (6)**

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Thursday, July 07, 2011 10:56 AM |
| **To:** | McDermott, Thomas M |
| **Subject:** | RE: DPIAC engagement for DIB Pilot evaluation criteria input |

It is, but I plan to ask Pete how we engage them to get there thoughts anyway, so that's why
**(b) (6)** is reaching out to you.

-----Original Message-----
From: McDermott, Thomas M
Sent: Thursday, July 07, 2011 7:32 AM
To: Dean, Nicole M
Subject: Fw: DPIAC engagement for DIB Pilot evaluation criteria input

**(b) (5)**

Thomas McDermott
Office of the General Counsel
U.S. Department of Homeland Security
ph:    **(b) (6)**
bb:    **(b) (6)**
Sent from my blackberry device

----- Original Message -----
From:    **(b) (6)**     DoD OGC    **(b) (6)**
Sent: Thursday, July 07, 2011 05:52 AM
To: '    **(b) (6)**          **(b) (6)**                        'Dean, Nicole M'          **(b) (6)**
**(b)(6)-P.L. 86-36** **(b)(6)-P.L. 86-36**
Cc: '    **(b) (6)**                **(b) (6)**              'McDermott, Thomas M'
         **(b) (6)**              'Delaney, David (DHS OGC)' <          **(b) (6)**
Subject: RE: DPIAC engagement for DIB Pilot evaluation criteria input

I appreciate the vote of confidence.  I will be happy to help out to best of my ability.
While bumbling around as front-line [DoD] legal advisor to the DIB program (including opt-in
pilot) I've been able to engage on a pretty good sampling of the various issues and elements.

With that said, I reckon there are other DoD players that can contribute just as well, so
I'll be looking to ensure that we've got the right/best reps to participate --
notwithstanding my name being tossed in the ring first.

As this is first I'm hearing about specific engagement with DPIAC, I'm at a bit of a loss re
any particular schedule of events ... please let me know what's next.

Thanks!
/ **(b) (6)**

**(b) (6)**
Associate General Counsel
DoD Office of the General Counsel
Direct:    **(b) (6)**
         **(b) (6)**

1

01114

CAUTION: Information contained in this message may be protected by the attorney/client, attorney work product, deliberative process or other privileges. Do not disseminate further without approval from the Office of the DoD General Counsel.


-----Original Message-----
From: [redacted (b) (6)]                    [redacted (b) (6)]
Sent: Wednesday, July 06, 2011 4:45 PM
To: Dean, Nicole M; [(b)(6)-P.L. 86-36];   [redacted (b) (6)]       DoD OGC
Cc:  [redacted (b) (6)]
Subject: DPIAC engagement for DIB Pilot evaluation criteria input

Nicole,

If DHS's Data Privacy and Integrity Advisory Committee (DPIAC) work on Einstein Implementation can give you useful insights for additional DIB Pilot evaluation criteria that can help DHS make future decisions about the model for E3 and expansion to other sectors, then you should certainly include their recommendations in the DHS list of evaluation criteria.


In our conversation earlier, [redacted (b)(6)-P.L. 86] indicated she does not object to this engagement. She suggests  [redacted (b) (6)]  would be the best DoD representative given his familiarity with the Pilot and his work on the PIA if you need someone from DoD there.


Thanks,

Jen

01115

████ (b) (6) ████

| | |
|---|---|
| From: | Brown, Michael A. |
| Sent: | Thursday, September 16, 2010 6:47 PM |
| To: | Butler, Robert J SES OSD POLICY |
| Cc: | Schleien, Steven, SES, OSD-POLICY; ██ (b) (6) ██ CIV, OSD-POLICY |
| Subject: | RE: DSD Phone Call w/ Dep Sec Lute Read-out |

Bob,

Pretty consistent. Specifically, what I was told that we have the language we put forward and
we're awaiting additional language from DOD as Sandy mentioned below.

Cheers,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
████ (b) (6) ████

-----Original Message-----
From: Butler, Robert J SES OSD POLICY ████ (b) (6) ████
Sent: Thursday, September 16, 2010 3:29 PM
To: ████ (b) (6) ████
Cc: Schleien, Steven, SES, OSD-POLICY; ████ (b) (6) ████ CIV, OSD-POLICY
Subject: Fw: DSD Phone Call w/ Dep Sec Lute Read-out

Mike: Your Eyes Only - pls advise if S2 has same readout when yu meet with her at 4 - thanks!

----- Original Message -----
From: ████ (b) (6) ████ CIV SD ████ (b) (6) ████
To: Butler, Robert J SES OSD POLICY; ████ (b) (6) ████ CIV, OSD-POLICY; ████ (b) (6) ████ Mr,
DoD OGC; ████ (b) (6) ████, Ms, DoD OGC
Cc: ██ (b) (6) ██ DISL OSD POLICY; Schleien, Steven, SES, OSD-POLICY; ████ (b) (6) ████, DoD
OGC; Nicholson, Larry BGen SD
Sent: Thu Sep 16 13:32:09 2010
Subject: RE: DSD Phone Call w/ Dep Sec Lute Read-out

All,

████████████████ (b) (5) ████████████████

1

01116



(b) (5)

Hope this helps. (b) (6)

-----Original Message-----
From: Butler, Robert J SES OSD POLICY                    (b) (6)
Sent: Tuesday, September 14, 2010 4:58 PM
To:      (b) (6)        CIV, OSD-POLICY
Cc:   (b) (6)    DISL OSD POLICY; Schleien, Steven, SES, OSD-POLICY;      (b) (6)      DoD
OGC;      (b) (6)        CIV SD; Nicholson, Larry BGen SD
Subject: Re: DSD Phone Call w/ Dep Sec Lute?

DSD's office is working, (b) (6)  - stand by - thanks, Bob B

_____

From:      (b) (6)       CIV, OSD-POLICY
To: Butler, Robert J SES OSD POLICY
Cc:   (b) (6)    DISL OSD POLICY; Schleien, Steven, SES, OSD-POLICY;      (b) (6)      DoD
OGC
Sent: Tue Sep 14 14:33:00 2010
Subject: DSD Phone Call w/ Dep Sec Lute?


Bob,

Did the DSD speak with Dep Sec Lute?  Any read-out?

Thanks,

 (b) (6)

01117

███████ (b) (6) ████████

| | |
|---|---|
| **From:** | Brown, Michael A. |
| **Sent:** | Monday, August 23, 2010 6:54 PM |
| **To:** | ███ (b) (6) ███ DISL OSD POLICY; ███ (b) (6) ███ DoD OGC; ███ (b) (6) ███ DoD OGC; ███ (b) (6) ███ 'Brown, Michael A.'; (b)(3)-P.L. 86-36 (b)(3)-P.L. 86-36; ███ (b) (6) ███ CIV OSD POLICY; (b)(3)-P.L. 86-36 'mcconnell bruce'; ███ (b) (6) ███ HQE NII/DoD-CIO; ███ (b) (6) ███ OSD PA; Butler, Robert J SES OSD POLICY; Schleien, Steven, SES, OSD-POLICY; ███ (b) (6) ███ DISES OSD OUSDI; ███ (b) (6) ███ DISL NII/DoD-CIO |
| **Cc:** | ███ (b) (6) ███ OSD PA; ███ (b) (6) ███ CDR OSD PA; ███ (b) (6) ███ CTR, OSD-POLICY; ███ (b) (6) ███ CTR OSD POLICY; ███ (b) (6) ███ CIV, OSD-POLICY |
| **Subject:** | RE: DSD RAH |
| **Attachments:** | USP009639-10 25 AUG DSD RAH DIB DHS Comments.docx; USP009639-10 Talking Points DHS.docx |

I've provided comments to two of the documents based on our current info at DHS. The read ahead has not been finalized, but will try and get it tomorrow. One of the main things from the DHS perspective is to ensure DHS is part of the operational structure for the pilot.

Cheers,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
███ (b) (6) ███

-----Original Message-----
From: ███ (b) (6) ███ DISL OSD POLICY ███ (b) (6) ███
Sent: Monday, August 23, 2010 6:11 PM
To: ███ (b) (6) ███ DoD OGC; ███ (b) (6) ███ DoD OGC; ███ (b) (6) ███ 'Brown, Michael A.'; (b)(3)-P.L. 86-36 (b)(3)-P.L. 86-36; ███ (b) (6) ███ CIV OSD POLICY; (b)(3)-P.L. 86-36 'mcconnell bruce'; ███ (b) (6) ███ HQE NII/DoD-CIO; ███ (b) (6) ███ CDR OSD PA; Butler, Robert J SES OSD POLICY; Schleien, Steven, SES, OSD-POLICY; ███ (b) (6) ███ DISES OSD OUSDI; ███ (b) (6) ███ DISL NII/DoD-CIO
Cc: ███ (b) (6) ███ OSD PA; ███ (b) (6) ███ CDR OSD PA; ███ (b) (6) ███ CTR, OSD-POLICY; ███ (b) (6) ███ CTR OSD POLICY; ███ (b) (6) ███ CIV, OSD-POLICY
Subject: FW: DSD RAH
Importance: High

All,
Per the SVTC and the Polycon, attached is the read ahead that we provided through the system to the DSD today for tomorrow's prep session and Wednesday's DSD-S2 meeting.  It consists of:

RAH Memo
Tab A - Talking points
Tab B - Enhanced DHS-DOD Cybersecurity Coordination MOA w/OGC Chops and Draft Senior Official PD Tab C - DIB Pilot Program Executive Summary (Classified, on JWICS) Tab D - Cyberstorm III Overview Slides █████████ Nonresponsive █████████

Because of classification, Tabs C and E are not included in this e-mail.
v/r
(b) (6)

01118

[(b) (6)]
Defense Intel Senior Leader (DISL)
Senior Advisor for CYBER policy

[(b) (6)], Pentagon
[(b) (6)]


-----Original Message-----
From:    [(b) (6)]   DISL OSD POLICY
Sent: Monday, August 23, 2010 5:48 PM
To:    [(b) (6)]   CIV OSD POLICY
Cc:    [(b) (6)]   Col (USAF) OSD POLICY;   [(b) (6)]   CAPT (USN) OSD POLICY;
    [(b) (6)]   CIV OSD POLICY;   [(b) (6)]   CTR, OSD-POLICY
Subject: FW: DSD RAH

[(b) (6)]
Attached is the read ahead for tomorrow as well as:

Tab A - Talking Points
Tab B - DHS-DOD Enhanced Cybersecurity MOA and PD Tab D - Cybersecurity III Overview Briefing

The following Tabs are not attached:

Tab C - DIB Exec Summary (Classified, on JWICS)   [          Nonresponsive          ],
[Nonresponsive]

v/r
[(b) (6)]

[(b) (6)]
Defense Intel Senior Leader (DISL)
Senior Advisor for CYBER policy

Rm 3A1078, Pentagon
[(b) (6)]


-----Original Message-----
From:    [(b) (6)]   (USAF) OSD POLICY
Sent: Monday, August 23, 2010 3:59 PM
To:    [(b) (6)]   DISL OSD POLICY
Cc:    [(b) (6)]   LCDR (USN) OSD POLICY
Subject: RE: DSD RAH

[(b) (6)]

Here is the final RAH and the TPs...it has been signed by Ken and is in the Under's office.
I hope none of the meaning or intent was altered (would have gone back to you had time
permitted).

This package was a complete surprise to the MAs this morning; I look forward to working with
you on one without being under pressure by DSD's and the Under's FO.

V/R
[(b) (6)]

01119

-----Original Message-----
From: ████ (b) (6) ████ DISL OSD POLICY
Sent: Monday, August 23, 2010 2:52 PM
To: ████ (b) (6) ████ P Col (USAF) OSD POLICY; ████ (b) (6) ████ (USN) OSD POLICY
Cc: ████ (b) (6) ████ CTR, OSD-POLICY; ████ (b) (6) ████ (USAF) OSD POLICY; ████ (b) (6) ████
████ (USN) OSD POLICY
Subject: DSD RAH

(b) (6)

After you guys have made all your chops, pls send me the final version of the RAH memo and
the talking points for Mr. Butler.

Thanks,

Jack

████ (b) (6) ████

Defense Intel Senior Leader (DISL)

Senior Advisor for CYBER policy

████ (b) (6) ████ Pentagon

████ (b) (6) ████

3

01120

█████ (b) (6) █████

From:        Brown, Michael A.
Sent:        Friday, August 13, 2010 1:15 PM
To:          ██████ (b) (6) ██████
Subject:     Re: Implementation Plan (Draft Pre- Decisional)

Bob,

Thanks. Good timing, I'll let her know shortly.

Cheers,
Mike

----- Original Message -----
From: Butler, Robert J SES OSD POLICY          ████ (b) (6) ████
To: ███ (b) (6) ███          ████ (b) (6) ████
Sent: Fri Aug 13 13:08:32 2010
Subject: Re: Implementation Plan (Draft Pre- Decisional)

Mike: Meeting with DSD at 1530 on Monday and recommending he call Dep Lute shortly thereafter
to discuss this initiative, 18 Aug DC and DIB pilot planning.

Sincerely, Bob

----- Original Message -----
From: Brown, Michael A.          ████ (b) (6) ████
To: Butler, Robert J SES OSD POLICY; Brown, Michael  ████ (b) (6) ████   ████ (b) (6) ████
DISL OSD POLICY;     (b)(3)-P.L. 86-36          ████ (b) (6) ████
████ (b) (6) ████      Baker, James A. (ODAG) (JMD) <James.A.Baker@usdoj.gov>
Cc:          (b)(3)-P.L. 86-36                                    ████ (b) (6) ████
CIV OSD POLICY; Delaney, David   ████ (b) (6) ████   Denning, John
████ (b) (6) ████     Gillis, Ryan M          ████ (b) (6) ████   DoD OGC;
███ (b)(3)-P.L. 86-36     Reitinger, Philip R        ██ (b) (6) ██     Schleien,
Steven, SES, OSD-POLICY;          (b)(3)-P.L. 86-36          (b)(3)-P.L. 86-36
███ (b)(3)-P.L. 86-36 ███    (b)(3)-P.L. 86-36
████ (b) (6) ████ ██    ███ (b) (6) ███    ███ (b) (6) ███    DISES OSD OUSDI;
Guissanie, Gary, SES, NII/DoD-CIO
Sent: Fri Aug 13 13:01:56 2010
Subject: RE: Implementation Plan (Draft Pre- Decisional)

Bob,

Roger. Headed to talk to S2 now. I put the later date based on reality. :)

Cheers,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
███ (b) (6) ███

-----Original Message-----

1                                      ██

01121

From: Butler, Robert J SES OSD POLICY ▮▮▮▮ (b) (6) ▮▮▮▮
Sent: Friday, August 13, 2010 1:00 PM
To: ▮▮▮ (b) (6) ▮▮▮ (b) (6) ▮▮▮ DISL OSD POLICY; ▮▮ (b)(3)-P.L. 86-36 ▮▮
▮▮ (b) (6) ▮▮ Baker, James A. (ODAG) (JMD)
Cc: ▮ (b)(3)-P.L. 86-36 ▮ ▮ (b)(3)-P.L. 86-36 ▮ ; ▮▮ (b) (6) ▮▮ CIV OSD POLICY;
▮▮ (b) (6) ▮▮ ▮▮ (b) (6) ▮▮ ▮ ▮▮ (b) (6) ▮▮ ▮▮ (b) (6) ▮▮
DoD OGC; ▮ (b)(3)-P.L. 86-36 ▮ ; ▮▮ (b) (6) ▮▮ Schleien, Steven, SES, OSD-POLICY;
▮▮ (b) (6) ▮▮ ▮▮ (b)(3)-P.L. 86-36 ▮▮
▮▮ (b) (6) ▮▮ ▮ ▮▮ (b) (6) ▮▮ DISES OSD OUSDI; ▮▮ (b) (6) ▮▮
Subject: Re: Implementation Plan (Draft Pre- Decisional)

Mike: Based on DC mtg discussion this week, believe IOC is NLT 31 Oct, vice 31 Dec.

Otherwise, believe doc looks good.

Sincerely, Bob

----- Original Message -----
From: Brown, Michael A. ▮▮▮ (b) (6) ▮▮▮
To: Brown, Michael A. ▮▮ (b) (6) ▮▮ Brown, Michael A. ▮▮▮ (b) (6) ▮▮▮
▮▮ (b) (6) ▮▮ DISL OSD POLICY; ▮ (b)(3)-P.L. 86-36 ▮ ▮ (b)(3)-P.L. 86-36 ▮ Butler, Robert J SES OSD
POLICY; mcconnell bruce ▮▮▮ (b) (6) ▮▮▮ Baker, James A. (ODAG) (JMD)
<James.A.Baker@usdoj.gov>
Cc: ▮▮ (b)(3)-P.L. 86-36 ▮▮ ▮▮ (b)(6)-P.L. 86-36 ▮▮ ▮ (b)(3)-P.L. 86-36 ▮ ; ▮▮ (b) (6) ▮▮
CIV OSD POLICY; Delaney, David ▮▮ (b) (6) ▮▮ Denning, John
▮▮ (b) (6) ▮▮ Gillis, Ryan M ▮▮ (b) (6) ▮▮ ▮ (b) (6) ▮ ▮ (b) (6) ▮ DoD OGC;
▮ (b)(3)-P.L. 86-36 ▮ Reitinger, Philip R ▮ (b) (6) ▮ ▮ (b)(3)-P.L. 86-36 ▮ Schleien,
Steven, SES, OSD-POLICY; ▮▮ (b)(3)-P.L. 86-36 ▮▮ ▮▮ (b)(3)-P.L. 86-36 ▮▮
▮ (b)(3)-P.L. 86-36 ▮ ; ▮ (b)(6)-P.L. 86-36 ▮ ▮ (b)(3)-P.L. 86-36 ▮ Long, Richard ▮ (b)(3)-P.L. 86-36 ▮ ▮ (b) (6) ▮
▮▮ (b) (6) ▮▮
Sent: Fri Aug 13 09:05:10 2010
Subject: Implementation Plan (Draft Pre- Decisional)

Ladies and Gents,

Again, in clean version, is the draft of the Implementation Plan. Thanks again to the
contributors and look forward to the feedback.

Cheers,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
▮▮ (b) (6) ▮▮
-----Original Message-----
From: Brown, Michael A.
Sent: Thursday, August 12, 2010 8:01 PM
To: Brown, Michael A.; 'Brown, Michael A.'; ' ▮▮ (b) (6) ▮▮ DISL OSD POLICY'; ▮ (b)(3)-P.L. 86-36 ▮
' 'Butler, Robert J SES OSD POLICY'; 'mcconnell bruce'; Baker, James A. (ODAG) (JMD)
Cc: ' ▮ (b)(3)-P.L. 86-36 ▮ ▮▮ (b)(6)-P.L. 86-36 ▮▮ ' ▮▮ (b) (6) ▮▮ CIV OSD POLICY'; 'Delaney,
David'; 'Denning, John'; 'Gillis, Ryan M'; ▮▮ (b) (6) ▮▮ DoD OGC'; ▮ (b)(3)-P.L. 86-36 ▮
'Reitinger, Philip R'; 'Schleien, Steven, SES, OSD-POLICY'; ▮▮ (b)(3)-P.L. 86-36 ▮▮ ';
▮ (b)(3)-P.L. 86-36 ▮ '; ▮ (b)(6)-P.L. 86-36 ▮ 'Long, Richard'; ' ▮▮ (b) (6) ▮▮
Subject: Updated DHS PD (Draft Pre- Decisional)

01122

Ladies and Gents,

Here is the updated DHS PD.

Cheers,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
██ (b) (6) ██

-----Original Message-----
From: Brown, Michael A.
Sent: Thursday, August 12, 2010 7:56 PM
To: Brown, Michael A.; ██ (b) (6) ██ DISL OSD POLICY; ██(b)(3)-P.L. 86-36██; Butler, Robert J SES
OSD POLICY; mcconnell bruce; Baker, James A. (ODAG) (JMD)
Cc: ██(b)(3)-P.L. 86-36██ ██(b)(6)-P.L. 86-36██ ██(b)(6)-P.L. 86-36██ CIV OSD POLICY; Delaney, David;
Denning, John; Gillis, Ryan M; ██ (b) (6) ██ Mr, DoD OGC; ██(b)(3)-P.L. 86-36██ Reitinger, Philip R;
Schleien, Steven, SES, OSD-POLICY; ██(b)(3)-P.L. 86-36██ ; ██(b)(3)-P.L. 86-36██ ; ██(b)(6)-P.L. 86-36██
Long, Richard; ██ (b) (6) ██
Subject: Updated Q&A (Draft Pre- Decisional)

Ladies and Gents,

Here is the updated Q&A to provide current status of where we stand.

Cheers,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
██ (b) (6) ██

-----Original Message-----
From: Brown, Michael A. ██ (b) (6) ██
Sent: Thursday, August 12, 2010 7:52 PM
To: ██ (b) (6) ██ DISL OSD POLICY; Brown, Michael A.; ██(b)(3)-P.L. 86-36██; Butler, Robert J SES
OSD POLICY; mcconnell bruce; Baker, James A. (ODAG) (JMD)
Cc: ██(b)(3)-P.L. 86-36██ ██(b)(6)-P.L. 86-36██ ██ (b) (6) ██ CIV OSD POLICY; Delaney, David;
Denning, John; Gillis, Ryan M; ██ (b) (6) ██ DoD OGC; ██(b)(3)-P.L. 86-36██ Reitinger, Philip R;
Schleien, Steven, SES, OSD-POLICY; ██(b)(3)-P.L. 86-36██ ; ██(b)(3)-P.L. 86-36██ ; ██(b)(6)-P.L. 86-36██ ;
Long, Richard; ██ (b) (6) ██
Subject: RE: Consolidated MOA 11 Aug (Draft Pre- Decisional)

Ladies and Gents,

Here is the consolidated version, in clean view. It was getting pretty ugly with all the
comments and changes - so I thought I'd start fresh. Also, based on a recommendation, the
format has changed a little to show DHS, DOD and DHS/DOD as the three main categories in the
Responsibilities section. I will work on the I Plan later.

3

01123

Cheers,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
(b) (6)

-----Original Message-----
From: (b) (6) DISL OSD POLICY (b) (6)
Sent: Thursday, August 12, 2010 2:53 PM
To: 'Brown, Michael A.'; (b)(3)-P.L. 86-36 Butler, Robert J SES OSD POLICY; mcconnell bruce
Cc: (b)(3)-P.L. 86-36 (b)(6)-P.L. 86-36 | (b) (6) CIV OSD POLICY; Delaney, David;
Denning, John; Gillis, Ryan M; (b) (6) DoD OGC; (b)(3)-P.L. 86-36 Reitinger, Philip R;
Schleien, Steven, SES, OSD-POLICY; (b)(3)-P.L. 86-36 | (b)(3)-P.L. 86-36 Quade, Philip ;
Long, Richard; (b) (6)
Subject: RE: Consolidated MOA 11 Aug (Draft Pre- Decisional)

RADM Brown,
Pls review the attached.  I reviewed and have provided track changes recommendations to the
MOA.  These comments are in line with my comments on the I-Plan.  For your consideration...
v/r
Jack

(b) (6)
Defense Intel Senior Leader (DISL)
Senior Advisor for CYBER policy

(b) (6)    Pentagon
(b) (6)


-----Original Message-----
From: Brown, Michael A. (b) (6)
Sent: Wednesday, August 11, 2010 7:01 PM
To: (b)(3)-P.L. 86-36 Butler, Robert J SES OSD POLICY; mcconnell bruce
Cc: (b)(3)-P.L. 86-36 (b)(6)-P.L. 86-36 (b) (6) CIV OSD POLICY; (b) (6)
DISL OSD POLICY; Delaney, David; Denning, John; Gillis, Ryan M; (b) (6) DoD OGC;
(b)(3)-P.L. 86-36 Reitinger, Philip R; Schleien, Steven, SES, OSD-POLICY; (b)(3)-P.L. 86-36 ;
(b)(3)-P.L. 86-36 ; Quade, Philip ; Long, Richard; (b) (6)
Subject: Consolidated MOA 11 Aug (Draft Pre- Decisional)

Ladies and Gents,


I've consolidated comments and tried to clean up input on the MOA. Please let me know what
you think - would like to clean it up tomorrow to get the next chop on it.



Cheers,

Mike

01124

Mike Brown

RADM, USN

Deputy Assistant Secretary

Cybersecurity and Communications

United States Department of Homeland Security

(b) (6)

From: (b)(3)-P.L. 86-36    (b)(3)-P.L. 86-36
Sent: Wednesday, August 11, 2010 12:03 PM
To:         (b) (6)        ; Brown, Michael; mcconnell bruce; mcconnell bruce
Cc: (b)(3)-P.L. 86-36   (b)(6)-P.L. 86-36        (b) (6)        CIV OSD POLICY;      (b) (6)
DISL OSD POLICY; Brown, Michael; Delaney, David; Denning, John; Gillis, Ryan M;    (b) (6)
   DoD OGC; (b)(3)-P.L. 86-36  Reitinger, Philip R; Schleien, Steven, SES, OSD-POLICY;
   (b)(3)-P.L. 86-36   ; (b)(3)-P.L. 86-36  ; (b)(6)-P.L. 86-36 ; Long, Richard;      (b) (6)
Subject: NSA Comments on Documents


Bob, RADM Brown, Bruce,



5

01125

(b) (5)



Please let us know if you have any questions or need additional information or context.

Sincerely,

(b)(3)-P.L. 86-36

6

01132

**(b) (6)**

From:        (b)(3)-P.L. 86-36 (b)(6)-P.L. 86-36
Sent:        Thursday, October 07, 2010 1:00 PM
To:          Brown, Michael
Cc:          (b)(6)-P.L. 86-36
Subject:     RE: Language compromise

Mike,
Thanks - I'll incorporate into the plan and resend out.
Best,
(b)(6)-P.L. 86

-----Original Message-----
From: Brown, Michael A.        (b) (6)
Sent: Tuesday, October 05, 2010 4:41 PM
To: (b)(6)-P.L. 86-36
Cc:    (b)(6)-P.L. 86-36
Subject: FW: Language compromise

(b)(6)-P.L. 86-36

This is the info I mentioned in the SVTC on the language compromise. You
notice Phil and Jim ok the language to move out on. Please let me know
if there is anything more you need from me.

Cheers,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
   (b) (6)

-----Original Message-----
From: Miller, James HON OSD POLICY        (b) (6)
Sent: Tuesday, October 05, 2010 6:46 AM
To: 'Reitinger, Philip'
Cc: Brown, Michael A.; Butler, Robert J SES OSD POLICY; McConnell,
Bruce; Schaffer, Gregory;    (b) (6)   DISL OSD POLICY
Subject: RE: Language compromise

Phil, Will do.  Many hanks.
Jim

-----Original Message-----
From: Reitinger, Philip        (b) (6)
Sent: Monday, October 04, 2010 10:57 PM
To: Miller, James HON OSD POLICY; Reitinger, Philip
Cc: Brown, Michael A.; Butler, Robert J SES OSD POLICY; McConnell,
Bruce;
Schaffer, Gregory;    (b) (6)   DISL OSD POLICY
Subject: RE: Language compromise

1

01133

(b) (6)

I haven't heard back definitively from the Deputy yet but I have no
doubt that this ok.  I suggest we proceed with it as final.

phil

-----Original Message-----
From:    (b) (6)    HON OSD POLICY        (b) (6)
Sent: Monday, October 04, 2010 7:15 AM
To: 'Reitinger, Philip'
Cc: Brown, Michael A.; Butler, Robert J SES OSD POLICY; McConnell,
Bruce; Schaffer, Gregory;   (b) (6)    DISL OSD POLICY
Subject: RE: Language compromise

Phil,

Sounds good, let's do it!  I have already talked to Bill Lynn about this
and
am confident that this language is acceptable to him.  Will wait to hear
the
"go" sign from you before considering it final.

<break><break>

Will email later today about joint statement, talking points for press
roundtable on MOA.

All best

(b) (6)

-----Original Message-----
From: Reitinger, Philip          (b) (6)
Sent: Monday, October 04, 2010 7:03 AM
To:    (b) (6)    HON OSD POLICY
Cc: Brown, Michael A.; Butler, Robert J SES OSD POLICY; McConnell,
Bruce;
Schaffer, Gregory;    (b) (6)    DISL OSD POLICY
Subject: Language compromise

(b) (6)



(b) (5)

2



01134

(b) (5)

I think we are ok with this.  If you are agreed to this, we can both confirm
with our deputies and move forward.


phil

01141

From:          (b) (6)        DISL OSD POLICY      (b) (6)
Sent:          Friday, September 03, 2010 5:21 PM
To:            'Brown, Michael A.';   (b) (6)   DoD OGC; (b)(3)-P.L. 86-36    (b) (6)
Cc:            Schleien, Steven, SES, OSD-POLICY;    (b) (6)         (b) (6)      DoD
               OGC; Butler, Robert J SES OSD POLICY;   (b) (6)      CIV, OSD-POLICY
Subject:       RE: MOA/DIB Pilot Plan


RADM Brown,
Got it, thanks.  It will go as is in the 9 SEP DC Prep package.
v/r
JAck

     (b) (6)
Defense Intel Senior Leader (DISL)
Senior Advisor for CYBER policy

   (b) (6)     Pentagon
   (b) (6)


-----Original Message-----
From: Brown, Michael A.        (b) (6)
Sent: Friday, September 03, 2010 5:06 PM
To:     (b) (6)    DISL OSD POLICY;     (b) (6)      DoD OGC;
     (b) (6)         (b) (6)
Cc: Schleien, Steven, SES, OSD-POLICY; Guissanie, Gary, SES, NII/DoD-CIO;
     (b) (6)      DoD OGC; Butler, Robert J SES OSD POLICY;   (b) (6)
       CIV, OSD-POLICY
Subject: RE: MOA/DIB Pilot Plan

   (b) (6)   ,

In keeping with version control, I've updated based on (b) (6) info this
morning, but also included the DHS title. I've also included the I Plan.

Cheers,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
   (b) (6)

-----Original Message-----
From:      (b) (6)    DISL OSD POLICY        (b) (6)
Sent: Friday, September 03, 2010 11:20 AM
To:     (b) (6)    DoD OGC;      (b) (6)        (b)(3)-P.L. 86-36
   (b) (6)
Cc: Schleien, Steven, SES, OSD-POLICY;       (b) (6)        (b) (6)
      DoD OGC; Butler, Robert J SES OSD POLICY;   (b) (6)      CIV,
OSD-POLICY
Subject: RE: MOA/DIB Pilot Plan

01142

All,
Pls take a quick look at the track changes on the MOA.  Bob asked me to make a
few minor changes that should not have any legal ramifications.
Justifications:



Pls let me know if there are any problems with these fixes.
v/r
(b) (6)

(b) (6)
Defense Intel Senior Leader (DISL)
Senior Advisor for CYBER policy

(b) (6)  , Pentagon
(b) (6)

-----Original Message-----
From:      (b) (6)      DoD OGC
Sent: Friday, September 03, 2010 8:45 AM
To:     (b) (6)      DISL OSD POLICY
Cc: Schleien, Steven, SES, OSD-POLICY; Guissanie, Gary, SES, NII/DoD-CIO;
      (b) (6)      DoD OGC; Butler, Robert J SES OSD POLICY
Subject: RE: MOA/DIB Pilot Plan

(b) (6)

Can you forward what you have concerning our proposed MOA change?  I haven't
seen any proposed changes to the MOA since OGC provided its coord last week.

v/r,
(b) (6)

-----Original Message-----
From: Butler, Robert J SES OSD POLICY
Sent: Friday, September 03, 2010 8:36 AM
To:     (b) (6)      DISL OSD POLICY
Cc: Schleien, Steven, SES, OSD-POLICY; Guissanie, Gary, SES, NII/DoD-CIO;
      (b) (6)      DoD OGC;      (b) (6)      DoD OGC
Subject: MOA/DIB Pilot Plan

1. Is DHS OK with our proposed MOA change?
2. Where are with DoJ on DIB Pilot plan? Pls coordinate with having Jim Baker
(DoJ senior) join the 4PM call today so we can sort way ahead.

2

01145

■ (b) (6)

| | |
|---|---|
| **From:** | Brown, Michael A. |
| **Sent:** | Thursday, September 09, 2010 2:18 PM |
| **To:** | (b) (6) CIV OSD-POLICY; 'Brown, Michael A.'; McConnell, Bruce; Butler, Robert J SES OSD POLICY (b)(6)-P.L. 86-36 |
| **Cc:** | Schleien, Steven, SES, OSD-POLICY; (b) (6) McDaniel, Michael SES OSD POLICY; (b) (6) DISES OSD OUSDI; (b) (6) DoD OGC; (b) (6) DoD OGC; (b) (6) CIV OSD POLICY; Mussington, David A SES OSD POLICY; (b) (6) CIV, OSD-POLICY |
| **Subject:** | RE: PA Chapeau |
| **Attachments:** | DHS-DoD MOA 3 Sep.docx; DHS and DOD Implementation Plan 3 Sep.DOCX |

(b) (6)

Getting ready to run across town. Here are the versions which both Deputies should have had.
We will need to change the I Plan to reflect new dates.

Cheers,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
(b) (6)

-----Original Message-----
From: (b) (6) CIV, OSD-POLICY (b) (6)
Sent: Thursday, September 09, 2010 1:00 PM
To: 'Brown, Michael A.'; McConnell, Bruce; Butler, Robert J SES OSD POLICY (b)(6)-P.L. 86-36
Cc: Schleien, Steven, SES, OSD-POLICY; (b) (6) McDaniel, Michael SES OSD
POLICY; (b) (6) DISES OSD OUSDI; (b) (6) DoD OGC; (b) (6) DoD
OGC; (b) (6) CIV OSD POLICY; Mussington, David A SES OSD POLICY; (b) (6)
CIV, OSD-POLICY
Subject: RE: PA Chapeau

Mike,
Sounds good.  As we prep for the paper-DC and for getting the two secretaries to sign the MOA
-- could you please send over the MOA and I-Plan as it currently stands?  The other day you
mentioned that we were using the documents from last Friday but I've got several versions and
want to make sure that we have the right version.  Sorry, for the trouble.
Thanks again,
(b) (6)

-----Original Message-----
From: Brown, Michael A. (b) (6)
Sent: Thursday, September 09, 2010 12:31 PM
To: (b) (6) CIV, OSD-POLICY; McConnell, Bruce; Butler, Robert J SES OSD POLICY;
(b)(6)-P.L. 86-36
Cc: Schleien, Steven, SES, OSD-POLICY; Guissanie, Gary, SES, NII/DoD-CIO; McDaniel, Michael
SES OSD POLICY; (b) (6) DISES OSD OUSDI; (b) (6) DoD OGC; (b) (6)
DoD OGC; (b) (6) CIV OSD POLICY; Mussington, David A SES OSD POLICY; (b) (6)
CIV, OSD-POLICY; Brown, Michael
Subject: RE: PA Chapeau

1

01146

(b) (6)

We have been working on updated Q&A. I just received them earlier today. I'll review and send
out to the group.

Cheers,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
(b) (6)

-----Original Message-----
From: (b) (6)          CIV, OSD-POLICY          (b) (6)
Sent: Thursday, September 09, 2010 12:05 PM
To: 'McConnell, Bruce'; Butler, Robert J SES OSD POLICY; (b)(6)-P.L. 86-36
Cc: Schleien, Steven, SES, OSD-POLICY;          (b) (6)          McDaniel, Michael SES OSD
POLICY;          (b) (6)          DISES OSD OUSDI;          (b) (6)          DoD OGC;          (b) (6)          DoD
OGC;          (b) (6)          CIV OSD POLICY; Mussington, David A SES OSD POLICY;          (b) (6)
          CIV, OSD-POLICY; Brown, Michael
Subject: RE: PA Chapeau
Importance: High

Bruce,
Sorry for the delay.  Overall this Chapeau looks to be in good shape.  I have placed track
changes in the paragraph that talks about our respective authorities and how we are working
together.  This suggested track changes -- matches the language that DASD Butler sent earlier
this AM to Dep U/S Reitinger to help resolve the language on authorities as it relates to the
DIB Pilot Program.  We think that we should try and make the language consistent.

In our monthly meeting with the DepSecDef -- he raised the specific roll-out strategy for the
Enhanced Coordination Initiative. We explained that it was being worked.  To that end--It's
my understanding that the group has agreed that this should be a low-key roll out, maybe a
few quotes from each of our secretaries in a press release, then response to query only ---Is
this correct? If so, has DHS prepared updated Qs and As on this initiative? How can we
further assist?  Sorry, if this was already worked out with (b)(6) -- I just want to make sure
that we are not missing anything.  Standing by...
All the best,
(b) (6)

-----Original Message-----
From: McConnell, Bruce          (b) (6)
Sent: Thursday, September 09, 2010 8:50 AM
To: Butler, Robert J SES OSD POLICY; (b)(6)-P.L. 86-36
Cc: Schleien, Steven, SES, OSD-POLICY;          (b) (6)          CIV, OSD-POLICY; Guissanie, Gary,
SES, NII/DoD-CIO; McDaniel, Michael SES OSD POLICY;          (b) (6)          DISES OSD OUSDI;
(b) (6)          DoD OGC;          (b) (6)          DoD OGC;          (b) (6)          CIV OSD POLICY;
Mussington, David A SES OSD POLICY;          (b) (6)          CIV, OSD-POLICY; Brown, Michael
Subject: PA Chapeau

I have as yet not received any comments on the chapeau from OSD or NSA. Please provide your
thoughts by noon today, for inclusion in the paper-DC materials.

2

01147

Thanks.


Bruce


From: Butler, Robert J SES OSD POLICY ████████ (b) (6) ████████
Sent: Monday, September 06, 2010 1:06 PM
To: ██ (b)(6)-P.L. 86-36 ██
Cc: Schleien, Steven, SES, OSD-POLICY; ████ (b) (6) ████ CIV, OSD-POLICY;
████ (b) (6) ████ McDaniel, Michael SES OSD POLICY; ████ (b) (6) ████ DISES OSD
OUSDI; ██ (b) (6) ██ DoD OGC; ████ (b) (6) ████ DoD OGC; ████ (b) (6) ████ CIV OSD
POLICY; Mussington, David A SES OSD POLICY; ████ (b) (6) ████ CIV, OSD-POLICY;
████ (b) (6) ████ ████████ (b) (6) ████████
Subject: Re: Tuesday SVTC


██(b)(6)-P.L. 86-36██/All: Topics for tomorrow will be as follow:

1. DC Mtg Prep: DHS-DOD Enhanced Cyber Coordination Initiative (Mike Brown,) Communications
Plan (Bruce McConnell,) DIB Pilot Planning - Authorities Language (Steve Schleien ██ (b) (6) ██
██(b) (6)██) 2. ESG Agenda Review ██(b)(6)-P.L. 86-36██ 3. CyberStorm 3 Update (Mike Brown) 4. Prep for
Canadian Engagement (Steve Schleien/Mike McDaniel)

Since I will be in the air, Steve/ ██ (b) (6) ██ will host from OSD/Pentagon.

Sincerely, Bob


_____


From: ██(b)(3)-P.L. 86-36██ ██(b)(6)-P.L. 86-36██
To: Butler, Robert J SES OSD POLICY
Sent: Sun Sep 05 13:24:54 2010
Subject: Tuesday SVTC

Bob,

Sandy had asked that I stand in for her for the next two Tuesdays on the SVTC. I believe she
said you forward her the agenda and she provides quick TP's for Chris and Fran. Did I capture
that right? If yes, could you please cc me on the agenda so I can support her in her absence?


It would be valuable to include a quick ESF update on the agenda - to sync with DHS on the
prepping of their secretary, etc. We all took a lesson learned last time to try to
synchronize the Deputies' goals and objectives in advance…


Thanks, I hope you are having a terrific weekend with your family in San Antonio!

3

01148



(b)(6)-P.L. 86-36

Special Assistant to the Director for the

Enduring Security Framework

National Security Agency

(b) (6)

01149

**(b) (6)**

| | |
|---|---|
| From: | Menna, Jenny |
| Sent: | Thursday, April 07, 2011 12:22 PM |
| To: | (b) (6)   Kizzee, Carlos |
| Cc: | Stempfley, Roberta; Schaffer, Gregory; Ludtke, Meghan; Delaney, David; McDermott, Thomas M; Dean, Nicole M |
| Subject: | RE: potential effect of DIB Pilot agency analysis an login banner requirement on information sharing framework/CRADA |

**From:** (b) (6)
**Sent:** Thursday, April 07, 2011 12:04 PM
**To:** Kizzee, Carlos
**Cc:** Menna, Jenny; Stempfley, Roberta; Schaffer, Gregory; Ludtke, Meghan; Delaney, David; McDermott, Thomas M; Dean, Nicole M
**Subject:** potential effect of DIB Pilot agency analysis an login banner requirement on information sharing framework/CRADA

Carlos,

**(b) (5)**

Thanks,
(b) (6)

(b) (6)
Attorney Advisor (Cybersecurity), Department of Homeland Security
w: (b) (6)
m: (b) (6)

1

01150

**From:** (b) (6)    DISL OSD POLICY    (b) (6)
**Sent:** Wednesday, December 01, 2010 5:31 PM
**To:** (b) (6)
**Cc:** Painter, Christopher; Butler, Robert J SES OSD POLICY; mcconnell bruce; (b)(3)-P.L. 86-36
Schleien, Steven, SES, OSD-POLICY;    (b) (6)    'Brown, Michael A. RADM';
(b) (6)    ;    (b) (6)    Mr, DoD OGC;    (b) (6)    DoD OGC; (b) (6)
CIV OSD LA
**Subject:** RE: Prep for IPC tomorrow
**Attachments:** Dec 2 IPC Cyber Calendar.doc

(b) (6)
Pls use attached DEC calendar and do not use the DEC and JAN calendar from
my earlier e-mail.
Thanks,
Jack

(b) (6)
Defense Intel Senior Leader (DISL)
Senior Advisor for CYBER policy

(b) (6)  Pentagon
(b) (6)


-----Original Message-----
**From:** (b) (6)            (b) (6)
**Sent:** Wednesday, December 01, 2010 5:02 PM
**To:** (b) (6)    DISL OSD POLICY
**Cc:** Painter, Christopher; Butler, Robert J SES OSD POLICY; mcconnell bruce;
(b)(6)-P.L. 86-36  Schleien, Steven, SES, OSD-POLICY; Guissanie, Gary, SES,
NII/DoD-CIO; 'Brown, Michael A. RADM';    (b) (6)        (b) (6)
Mr, DoD OGC;    (b) (6)    DoD OGC;    (b) (6)    CIV OSD
LA
**Subject:** RE: Prep for IPC tomorrow

Great- I will send shortly.

Thanks,
(b) (6)

-----Original Message-----
**From:** (b) (6)    DISL OSD POLICY        (b) (6)
**Sent:** Wednesday, December 01, 2010 5:02 PM
**To:** (b) (6)
**Cc:** Painter, Christopher; Butler, Robert J SES OSD POLICY; mcconnell bruce;
(b)(6)-P.L. 86-36 ; Schleien, Steven, SES, OSD-POLICY; Guissanie, Gary, SES,
NII/DoD-CIO; 'Brown, Michael A. RADM'; (b)(6)-P.L. 86-36  ; (b) (6)
Mr, DoD OGC;    (b) (6)    DoD OGC;    (b) (6)    CIV OSD
LA
**Subject:** RE: Prep for IPC tomorrow

Yes, that is Mr. Butler's intent.
Regards,
(b) (6)

1

01151

**(b) (6)**
Defense Intel Senior Leader (DISL)
Senior Advisor for CYBER policy

**(b) (6)**  Pentagon
**(b) (6)**


-----Original Message-----
From: **(b) (6)**                    **(b) (6)**
Sent: Wednesday, December 01, 2010 4:57 PM
To: **(b) (6)**   DISL OSD POLICY
Cc: Painter, Christopher; Butler, Robert J SES OSD POLICY; mcconnell bruce;
**(b)(3)-P.L. 86-36**  Schleien, Steven, SES, OSD-POLICY; Guissanie, Gary, SES,
NII/DoD-CIO; 'Brown, Michael A. RADM'; **(b)(6)-P.L. 86-36**  **(b) (6)**
**(b) (6)**   Mr, DoD OGC; **(b) (6)**   DoD OGC; **(b) (6)**   CIV OSD
LA
Subject: RE: Prep for IPC tomorrow


**(b) (6)**


Thank you so much for sending these along - we are reviewing now.  Would you
be comfortable with our circulating to the ICI-IPC representatives in
advance of the meeting tomorrow?


Thanks,
**(b) (6)**

-----Original Message-----
From: **(b) (6)**   DISL OSD POLICY **(b) (6)**
Sent: Wednesday, December 01, 2010 4:34 PM
To: **(b) (6)**
Cc: Painter, Christopher; Butler, Robert J SES OSD POLICY; mcconnell bruce;
**(b)(3)-P.L. 86-36**  Schleien, Steven, SES, OSD-POLICY; Guissanie, Gary, SES,
NII/DoD-CIO; 'Brown, Michael A. RADM'; **(b)(6)-P.L. 86-36** ; **(b) (6)**
**(b) (6)**   Mr, DoD OGC; **(b) (6)**   DoD OGC; **(b) (6)**   CIV OSD
LA
Subject: RE: Prep for IPC tomorrow
Importance: High


**(b) (6)**
Pls see attached read ahead materials for the ICI IPC tomorrow.  Attached
are:

1) DoJ-approved Eight Key elements for Notice and Consent Banners (2
Options) (last attachment)
2) DIB Pilot Cybersecurity Plan -- Strategic Communications Plan
3) Current DIB Response to Queries
4) DIB Pilot Talking Points
5) Engagement Calendar DEC 10 and JAN 11

(all documents are draft/pre-decisional)

Still under development are Detailed Q&As and a releasable paragraph
outlining what the what the DIB Exploratory Initiative is and does.
v/r

01152

(b) (6)

(b) (6)
Defense Intel Senior Leader (DISL)
Senior Advisor for CYBER policy

(b) (6)   , Pentagon
(b) (6)

-----Original Message-----
From:            (b) (6)                    (b) (6)
Sent: Wednesday, December 01, 2010 11:50 AM
To: Butler, Robert J SES OSD POLICY
Cc: Painter, Christopher;   (b) (6)   DISL OSD POLICY
Subject: Re: prep for IPC tomorrow

Thank you!

----- Original Message -----
From: Butler, Robert J SES OSD POLICY       (b) (6)
To:        (b) (6)
Cc: Painter, Christopher;   (b) (6)   DISL OSD POLICY <       (b) (6)
Sent: Wed Dec 01 11:43:13 2010
Subject: RE: prep for IPC tomorrow

(b) (6) is preparing RAH materials and will forward to you today, (b) (6) ,..
thanks, Bob

-----Original Message-----
From:            (b) (6)                    (b) (6)
Sent: Wednesday, December 01, 2010 11:32 AM
To: Butler, Robert J SES OSD POLICY
Cc: Painter, Christopher
Subject: prep for IPC tomorrow

Hi Bob,


I wanted to follow up with you from our discussion on Monday regarding a few
items in preparation for the ICI-IPC tomorrow.


What was the outcome of the alternative banner discussion with DOJ on
Monday?

And, can you please send the chapeau talking points and
communications/outreach strategy elements by the end of the day today?

Many thanks,

(b) (6)

01153

**(b) (6)**

Director, Cybersecurity

National Security Staff

**(b) (6)**

01154

**(b) (6)**

| | |
|---|---|
| **From:** | Brown, Michael A. |
| **Sent:** | Tuesday, August 10, 2010 9:04 PM |
| **To:** | McConnell, Bruce; Kudwa, Amy; Reitinger, Philip; Gillis, Ryan M |
| **Subject:** | RE: Proposed OSD Response to The Atlantic Query |

Bruce,

**(b) (5)**

Cheers,
Mike

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
**(b) (6)**

**From:** McConnell, Bruce
**Sent:** Tuesday, August 10, 2010 8:52 PM
**To:** Kudwa, Amy; Reitinger, Philip; Gillis, Ryan M; Brown, Michael A.
**Cc:**           **(b) (6)**
**Subject:** Fw: Proposed OSD Response to The Atlantic Query
**Importance:** High

**(b) (5)**

**From:**        **(b) (6)**        DISL OSD POLICY <        **(b) (6)**
**To:** (b)(3)-P.L. 86-36    (b)(3)-P.L. 86-36    'McConnell, Bruce'         **(b) (6)**
**Cc:**      **(b) (6)**      CDR OSD PA      **(b) (6)**      Schleien, Steven, SES, OSD-POLICY
        **(b) (6)**          Butler, Robert J SES OSD POLICY        **(b) (6)**        **(b) (6)**        CIV OSD
POLICY        **(b) (6)**          **(b) (6)**        (USN) OSD POLICY        **(b) (6)**
**Sent:** Tue Aug 10 19:37:49 2010
**Subject:** Proposed OSD Response to The Atlantic Query

(b)(3)-P.L. 86-36 /Bruce;

**(b) (5)**



Thanks,

(b) (6)

<<...>>

(b) (6)

Defense Intel Senior Leader (DISL)

Senior Advisor for CYBER policy

(b) (6) Pentagon

(b) (6)

01156

**(b) (6)**

| | |
|---|---|
| **From:** | (b) (6)     on behalf of    (b) (6) |
| | (b) (6) |
| **Sent:** | Wednesday, August 11, 2010 10:02 AM |
| **To:** | 'McConnell, Bruce'; Gillis, Ryan M; Kudwa, Amy; Reitinger, Philip R; Brown, Michael |
| **Cc:** | Painter, Christopher M. |
| **Subject:** | RE: Proposed OSD Response to The Atlantic Query |

This is much better but still refers to a "pilot program" that we have not agreed to as a USG. I have inserted alternative language below.

**(b) (5)**

---

**From:** McConnell, Bruce [mailto: (b) (6) ]
**Sent:** Wednesday, August 11, 2010 8:48 AM
**To:** Gillis, Ryan M; (b) (6) Kudwa, Amy; Reitinger, Philip R; Brown, Michael
**Subject:** RE: Proposed OSD Response to The Atlantic Query

After conversation with Phil and Mike, we propose to send back the following version:

**(b) (5)**

1

01157

**(b) (5)**

**(b) (5)**

**From:** Gillis, Ryan M     (b) (6)
**Sent:** Tuesday, August 10, 2010 11:27 PM
**To:**    (b) (6)    McConnell, Bruce W; Kudwa, Amy; Reitinger, Philip R; Brown, Michael
**Subject:** RE: Proposed OSD Response to The Atlantic Query

**(b) (5)**

Ryan Gillis
Director, Office of Legislative Affairs
U.S. Department of Homeland Security
Office:   (b) (6)
Cell:   (b) (6)

**From:**                    (b) (6)
**On Behalf Of**     (b) (6)
**Sent:** Tuesday, August 10, 2010 9:45 PM
**To:**    (b) (6)    (b) (6)   ;   (b) (6)    (b) (6)
  (b) (6)
**Subject:** Re: Proposed OSD Response to The Atlantic Query

**(b) (5)**

(b) (6)

2

01158

**From:** McConnell, Bruce ███████████ (b) (6) ███████
**To:** Kudwa, Amy ████████ (b) (6) ████ Reitinger, Philip ███████ (b) (6) ██████ Gillis, Ryan M
████ (b) (6) ███████ Brown, Michael A. ████████ (b) (6) ████
**Cc:** ██████ (b) (6)
**Sent:** Tue Aug 10 20:51:43 2010
**Subject:** Fw: Proposed OSD Response to The Atlantic Query

I love these guys. This is a bit stilted, but pretty good on first glance. Let me know your thoughts.

---

**From:** ████ (b) (6) ████ DISL OSD POLICY < ████ (b) (6) ████
**To:** ██(b)(3)-P.L. 86-36██ (b)(3)-P.L. 86-36 'McConnell, Bruce' ██████ (b) (6) ██████
**Cc:** ████ (b) (6) ████ CDR OSD PA ████ (b) (6) ███████ Schleien, Steven, SES, OSD-POLICY
████ (b) (6) ████ Butler, Robert J SES OSD POLICY ████ (b) (6) ████ ██ (b) (6) ██ CIV OSD
POLICY ██████ (b) (6) ██████ (b) (6) ████ (USN) OSD POLICY ████ (b) (6) ████
**Sent:** Tue Aug 10 19:37:49 2010
**Subject:** Proposed OSD Response to The Atlantic Query

██(b)(3)-P.L. 86-36██ /Bruce;



(b) (5)

Thanks,

██ (b) (6) ██

<<...>>

████ (b) (6) ████

Defense Intel Senior Leader (DISL)

Senior Advisor for CYBER policy

████ (b) (6) ████ , Pentagon

3

01161

**(b) (6)**

| | |
|---|---|
| From: | McConnell, Bruce |
| Sent: | Thursday, March 31, 2011 11:36 AM |
| To: | Brown, Michael A. RADM; Dean, Nicole M; Stempfley, Roberta |
| Cc: | Ludtke, Meghan; McDermott, Thomas M |
| Subject: | RE: RSVP & security clearance info RE: DIB Opt - In Pilot Meeting, April 4, 2011 |
| Attachments: | 20110330 DIB Opt in Pilot Comms Plan MASTER FINAL DRAFT (OSD PA edits) v13 (2)_NSS dhs.docx |

**(b) (5)** And,
I'll send on the high-side the cleared summary paper.  I believe the paper DC will go out
next week.

I will add you both to respective email traffic strings the next time something comes across.

As far as operational plans, I have not seen anything more than the summary paper.

-----Original Message-----
From: Brown, Michael A. RADM
Sent: Thursday, March 31, 2011 11:12 AM
To: McConnell, Bruce; 'McDermott, Thomas M'; 'Ludtke, Meghan'
Cc: Stempfley, Roberta
Subject: RE: RSVP & security clearance info RE: DIB Opt - In Pilot Meeting, April 4, 2011

Bruce,

Thanks. I forwarded to Nicole. We've not seen any updates on operational plan or how the COAs
will actually be executed. We've also not seen any of the paper deputies or other paperwork.

Cheers,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
**(b) (6)**       Fort Meade)
**(b) (6)**       (Arlington)


-----Original Message-----
From: McConnell, Bruce
Sent: Thursday, March 31, 2011 10:53 AM
To: McDermott, Thomas M; Ludtke, Meghan
Cc: Brown, Michael A. RADM; Stempfley, Roberta
Subject: RE: RSVP & security clearance info RE: DIB Opt - In Pilot Meeting, April 4, 2011

Yes, absolutely. Please thank **(b) (6)** for including us!

-----Original Message-----
From: McDermott, Thomas M       **(b) (6)**
Sent: Thursday, March 31, 2011 10:50 AM
To: Ludtke, Meghan; McConnell, Bruce
Subject: FW: RSVP & security clearance info RE: DIB Opt - In Pilot Meeting, April 4, 2011
Importance: High

1

01162

**(b) (5)**

[black box]

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:          (b) (6)          *Please note the new phone number*
blackberry:     (b) (6)
        (b) (6)

-----Original Message-----
From:     (b) (6)     DoD OGC     (b) (6)
Sent: Thursday, March 31, 2011 10:34 AM
To: 'McDermott, Thomas M'; 'Delaney, David'
Cc:   (b) (6)   CTR NII/DoD-CIO;   (b)(3)-P.L. 86-36   ;   (b)(3)-P.L. 86-36   ';   (b) (6)   ,
   CIV NII/DoD-CIO;   (b)(3)-P.L. 86-36     (b) (6)     DISL NII/DoD-CIO
Subject: FW: RSVP & security clearance info RE: DIB Opt - In Pilot Meeting, April 4, 2011
Importance: High

**(b) (5)**

[black box]

Cheers//RMG

   (b) (6)
Associate General Counsel
DoD Office of the General Counsel
Direct:   (b) (6)
   (b) (6)

CAUTION: Information contained in this message may be protected by the attorney/client,
attorney work product, deliberative process or other privileges. Do not disseminate further
without approval from the Office of the DoD General Counsel.

-----Original Message-----
From:   (b) (6)   CTR NII/DoD-CIO
Sent: Wednesday, March 23, 2011 4:38 PM
To:          (b) (6)

[black box] (b) (6)

01163



(b) (6)

(b) (6)

(b)(3)-P.L. 86-36    (b)(3)-P.L. 86-36 ;    (b) (6)    (b)(6)-P.L. 86-36
HQE NII/DoD-CIO; Guissanie, Gary, SES, NII/DoD-CIO;    DoD OGC; (b) (6)
CIO:    (b) (6)    CTR NII/DoD-CIO;    (b) (6)    DISL NII/DoD-CIO;    CIV NII/DoD-
(b)(3)-P.L. 86-36    (b) (6)    DISL OSD POLICY; (b) (6)
CTR NII/DoD-CIO;    (b) (6)    (b) (6)    (b) (6)
Subject: DIB Opt - In Pilot Meeting, April 4, 2011

Dear DIB Partners,

Sent on behalf of
(b) (6)
Director, DIB CS/IA

01167

**(b) (6)**

From:           Brown, Michael A. RADM
Sent:           Thursday, March 31, 2011 12:47 PM
To:             **(b) (6)** DISL OSD POLICY'; 'Brown, Michael A. RADM'
Cc:             (b)(6)-P.L. 86-36 ; Schleien, Steven, SES, OSD-POLICY
Subject:        RE: SecDef Update on DoD-DHS MOA

**(b) (6)**

Here are some numbers on the DHS side. The MOA calls for a JCE and the org chart which we
used to go along with it called for 10 DHS folks and 10 DOD. On DHS side, we have made 5
selections over the past two weeks against those 10. There were no approved FTP (billets) in
FY11 for the JCE - but DHS authorized hiring actions against the FY12 PB for the JCE. IOC was
1 Dec - Phil and I both on station; offices occupied; CSG (1 person) and CSE (1 person)
forward deployed from NSA and USCC respectively to DHS/NCCIC in Arlington. Phil can provide
DOD info on JCE and other questions.

Cheers,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
    **(b) (6)**        Fort Meade)
    **(b) (6)**        (Arlington)


-----Original Message-----
From:      **(b) (6)**     DISL OSD POLICY      **(b) (6)**
Sent: Thursday, March 31, 2011 12:28 PM
To: 'Brown, Michael A. RADM'
Cc: (b)(6)-P.L. 86-36 ; Schleien, Steven, SES, OSD-POLICY
Subject: RE: SecDef Update on DoD-DHS MOA

RADM Brown,
No, I understand the dilemma now.  I will discuss with Bob.
Thanks,
(b) (6)

    **(b) (6)**
Defense Intelligence Senior Leader (DISL) Senior Advisor for Cyber Policy

Pentagon    **(b) (6)**
    **(b) (6)**


-----Original Message-----
From: Brown, Michael A. RADM     **(b) (6)**
Sent: Thursday, March 31, 2011 12:20 PM
To:   **(b) (6)**   DISL OSD POLICY
Cc: (b)(6)-P.L. 86-36 ; Schleien, Steven, SES, OSD-POLICY
Subject: RE: SecDef Update on DoD-DHS MOA

**(b) (6)**

01168

I have very specific guidance. If I work on the update to SD - it needs to go thru S2 and S1.
That's my dilemma. The email string on the tasker was how is the MOA going from a DOD
perspective - at least that is the way it is being read. Therefore, if DOD wants to provide
its opinion to SD - and I'm part of the development - it will need to go thru S2 and S1. That
could impair DOD perspectives. Hope you understand what I'm saying and I can talk on the
phone if you like.

Cheers,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
(b) (6)           Fort Meade)
(b) (6)       (Arlington)


-----Original Message-----
From:     (b) (6)    DISL OSD POLICY          (b) (6)
Sent: Thursday, March 31, 2011 11:36 AM
To: 'Brown, Michael A. RADM'
Cc: (b)(6)-P.L. 86-36; Schleien, Steven, SES, OSD-POLICY
Subject: RE: SecDef Update on DoD-DHS MOA

RADM Brown,

                                        (b) (5)




v/r
(b) (6)

    (b) (6)

Defense Intelligence Senior Leader (DISL) Senior Advisor for Cyber Policy

Pentagon   (b) (6)
    (b) (6)


-----Original Message-----
From: Brown, Michael A. RADM      (b) (6)
Sent: Thursday, March 31, 2011 11:24 AM
To:     (b) (6)    DISL OSD POLICY; (b)(6)-P.L. 86-36
Cc: (b)(6)-P.L. 86-36    (b)(3)-P.L. 86-36 ; (b)(3)-P.L. 86-36;  (b) (6)   ;  (b) (6)
        Butler, Robert J SES OSD POLICY; Schleien, Steven, SES, OSD-POLICY;   (b) (6)
(b)(3)-P.L. 86-36
Subject: RE: SecDef Update on DoD-DHS MOA

(b) (6)

01169

I sent a pre-coordinated rough draft of the MFR to you on jwics. I've also cc'ed (b) (6)
on this if you have specific questions which need to be answered in case I'm
unreachable.

Cheers,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
   (b) (6)      Fort Meade)
   (b) (6)     (Arlington)


-----Original Message-----
From:      (b) (6)     DISL OSD POLICY          (b) (6)
Sent: Thursday, March 31, 2011 9:24 AM
To: 'Brown, Michael A. RADM'; '(b)(6)-P.L. 86-36
Cc:    (b)(6)-P.L. 86-36    '   (b)(3)-P.L. 86-36   ';   (b)(3)-P.L. 86-36   '    (b) (6)    ;
       (b) (6)          Butler, Robert J SES OSD POLICY; Schleien, Steven, SES, OSD-POLICY
Subject: RE: SecDef Update on DoD-DHS MOA
Importance: High

RADM Brown/Phil;
Do you have any input for the SecDef Package?
v/r
(b) (6)

    (b) (6)
Defense Intelligence Senior Leader (DISL) Senior Advisor for Cyber Policy

Pentagon    (b) (6)
   (b) (6)


-----Original Message-----
From:      (b) (6)     DISL OSD POLICY
Sent: Monday, March 28, 2011 3:51 PM
To: Brown, Michael A. RADM; (b)(6)-P.L. 86-36
Cc: Fleisch, Frances J;    (b)(3)-P.L. 86-36    '   (b)(3)-P.L. 86-36   '    (b) (6)    ';
       (b) (6)          Butler, Robert J SES OSD POLICY; Schleien, Steven, SES, OSD-POLICY
Subject: FW: SecDef Update on DoD-DHS MOA
Importance: High

RADM Brown/Phil;


SecDef has asked for an update on the progress in implementing the DoD-DHS Cyber MOA,
including but not limited to the JCE.

Bob wants to discuss it as part of the 1130 SVTC tomorrow.              (b) (6)
                                             But I will be doing the RAH package
that goes to the SECDEF.

01170

Dr. Miller has asked for draft memo & briefing to present to DSD when he's back early next week.

I will put together the briefing based on input from you.  Some of the briefing you gave at the meeting last week can also inform our briefing.  Topics (slides) I believe we should address are:

-    Slide 1 - Background/Summary of MOA

-    Slide 2 - Intent of MOA

o   Increase interdepartmental collaboration in cybersecurity planning

o   Mutual support for cybersecurity capabilities development

o   Synchronization of operational cybersecurity mission activities

-    Slide 3 - Scope

o   "DoD and DHS agree to collaborate to improve the synchronization and mutual support of their respective efforts in support of U.S. cybersecurity"

o   Improve the efficiency and effectiveness of requirements formulation and requests for products, services, technical assistance, coordination and performance assessment for cybersecurity missions across DoD and DHS

-    Slide 4/7 - Requirements (areas I will need info to fill out the slides):

o   Slide 4/5 - DHS

§   Assign DHS Director, Cybersecurity Coordination (also serves as DHS rep to USCYBERCOM)

§   Receive DoD requests for cybersecurity support (have you received any, update?)

**(b) (5)**

§   JCE performs the functions of Joint operational planning, coordination, synchronization, requirement translation and other DHS mission support (Assessment and examples of each of these, as applicable?)

**(b) (5)**

§   Assign DHS personnel to work at the NTOC (Both required and assigned DHS numbers?)

§   Assign DHS reps from the Office of the GC, Privacy Office, and office for Civil Rights and Civil Liberties (Both required and assigned DHS numbers and specialties)

§   Director, Cybersecurity Coordination

01171

·          Provide requests for cybersecurity planning and technology (Any? If so then a summary)

·          Convey and Coord within DHS any NSA or CYBERCOM requests for support (Any? If so then a summary)

·          Promote and facilitate strong comms between DHS and DoD senior leadership (examples?)

o   Slide 6/7 - DoD

§  DIRNSA and COMUSCYBERCOM collaborate and provide cybersecurity support to DHS through JCE (Examples?)

§  NSA assign Senior Executive as NSA lead to the JCE (overview of Phil's roles and responsibilities?)

§  Receive and Coord DHS requests for cybersecurity support (Any?, If so, then a summary)

§  Collocate a CSG at DHS NCCIC (Complete?  Personnel Assigned?  Summary of actions)

§  Assign personnel to the JCE  (Both required and assigned NSA numbers?)

§  USCYBERCOM receive DHS request for cybersecurity support (Any?  If so then a summary)

§  USCYBERCOM collocate and assign a Cyber Support Element at the DHS NCCIC (Both required and assigned CYBERCOM numbers)

-    Slide 8 - Joint DoD-DHS

o   Develop an agenda of appropriate supporting actions (List, status?)

-    Slide 9 - Future workplan

o   POAM?


That's the info and requirements that I pulled out of the MOA.  We don't have to be that extensive, but I believe the SD will want to know if the JCE is meeting his concept for collaboration and coordination between the two Departments.  I can integrate any other slides or partnership info you want to provide, just let me know.  My suspense to Dr. Miller is Friday afternoon.


Pls provide what you can of the above info by COB Wednesday.  I will use Thursday to draft the RAH memo and the briefing.  Thanks for all your support in advance.

v/r

(b) (6)


(b) (6)

01172

Defense Intelligence Senior Leader (DISL)

Senior Advisor for Cyber Policy

Pentagon ██ (b) (6) ██

██ (b) (6) ██

-----Original Message-----
From: Butler, Robert J SES OSD POLICY
Sent: Monday, March 28, 2011 11:19 AM
To: ██ (b) (6) ██ DISL OSD POLICY
Cc: Schleien, Steven, SES, OSD-POLICY; Handelman, Kenneth, SES, OSD-POLICY; Carey, Robert J
SES NII/DoD-CIO; Guissanie, Gary, SES, NII/DoD-CIO
Subject: Fw: SecDef Update on DoD-DHS MOA

██(b) (6)██ We can discuss as part of tomorrow's SVTC with NSA and DHS. Let's gather inputs for
package today and tomorrow from NSA/Cybercom and CIO. Pls also check with HD, AT&L, Intel,
GC, LA, PA and JS on inputs/perspective. Would like to see draft NLT Thurs AM so I can push
to Ken Thursday afternoon.

Thanks - Bob

----- Original Message -----

From: Handelman, Kenneth, SES, OSD-POLICY

Sent: Monday, March 28, 2011 11:06 AM

To: ██ (b) (6) ██ HON OSD POLICY; Butler, Robert J SES OSD POLICY

Cc: ██ (b) (6) ██ OSD POLICY; ██ (b) (6) ██ (USA) OSD POLICY; Schleien, Steven,
SES, OSD-POLICY; ██(b) (6)██ CIV, OSD-POLICY; ██ (b) (6) ██ (USN) OSD POLICY;
██ (b) (6) ██ OSD-POLICY

Subject: RE: SecDef Update on DoD-DHS MOA

Bob/Steve et al:

This came up at senior staff (sorry-just got back from another meeting) -- suspense to GSA FO
on your draft readahead and other material is COB Friday -- goal is to give to Jim over the

6

01173

weekend or Monday for his reaction before the product goes final.  Jim S. and Derek: pls synch up on the various moving parts.

Jim M: pls redirect if you have updated guidance on timelines

Thanks

Ken

-----Original Message-----

From:      (b) (6)       SD      (b) (6)

Sent: Monday, March 28, 2011 10:49 AM

To: Miller, James HON OSD POLICY; Butler, Robert J SES OSD POLICY;     (b) (6)

Cc: Handelman, Kenneth, SES, OSD-POLICY;    (b) (6)    OSD POLICY; Nicholson, Larry BGen SD;    (b) (6)    SD;   (b) (6)   (USA) OSD POLICY

Subject: RE: SecDef Update on DoD-DHS MOA

Jim - We'll get it scheduled.  I note that we have not recently held the Lynn/Lute monthly cyber get together agreed to as part of the MOA process, given that they have been meeting on all of the various issues regularly from DIB pilot to 3.0 strategy, to international strategy, to legislation, etc. . .. (more than once a month).  If you think we need to sked one as a pro forma matter, then I can do that too.  Pls. advise, thx, (b) (6)

-----Original Message-----

From: Miller, James HON OSD POLICY     (b) (6)

Sent: Monday, March 28, 2011 10:24 AM

To: Butler, Robert J SES OSD POLICY; Keith Alexander    (b) (6)

Cc: Handelman, Kenneth, SES, OSD-POLICY;    (b) (6)    OSD POLICY;   (b) (6)   SD; Nicholson, Larry BGen SD;   (b) (6)   SD;   (b) (6)   (USA) OSD POLICY

Subject: SecDef Update on DoD-DHS MOA

Team,

set

01174

SecDef has asked for an update on progress in implementing the DoD-DHS Cyber MOA, including but not limited to the JCE.

Let's get a draft memo & briefing together to present to DSD when he's back early next week - (b) (6) would you schedule ask your front office to schedule?  Then let's work SD and DSD schedule.  Bob/Cyber Policy, pls take lead on RAHs, coordinate w/ CYBERCOM/NSA and DHS.

Memo/briefing to SecDef should report on staffing, accomplishments, PO&AM highlighting next steps, and a question of whether MOA and associated activities are adequate.  A chart with a timeline of opt-in DIB pilot and potential next steps to protect critical infrastructure should be added -- can decide later whether main part or backup.

Many thanks

Jim

01177

█████ (b) (6) █████

| | |
|---|---|
| From: | Brown, Michael A. RADM |
| Sent: | Thursday, March 17, 2011 9:15 AM |
| To: | McConnell, Bruce; Beers, Rand; Reitinger, Philip; Schaffer, Gregory; Stempfley, Roberta; Kudwa, Amy |
| Subject: | RE: Update - Opt in DIB Pilot |

Bruce,

████████████████████ (b) (5) ████████████████████

Cheers,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
███ (b) (6) ███ Fort Meade)
███ (b) (6) ███ (Arlington)

-----Original Message-----
From: McConnell, Bruce
Sent: Thursday, March 17, 2011 8:08 AM
To: Beers, Rand; Reitinger, Philip; Schaffer, Gregory; Stempfley, Roberta; Brown, Michael A.
RADM; Kudwa, Amy
Subject: FW: Update - Opt in DIB Pilot

████████████████████ (b) (5) ████████████████████

-----Original Message-----
From: Butler, Robert J SES OSD POLICY ████ (b) (6) ████
Sent: Thursday, March 17, 2011 7:11 AM
To: ████ (b) (6) ████ McConnell, Bruce
Cc: ████ (b) (6) ████ Johnson, Kim A; ████ (b) (6) ████ DISL OSD POLICY; Schleien, Steven, SES,
OSD-POLICY
Subject: FW: Update - Opt in DIB Pilot

█ (b) (6) █/Bruce: As you know, "announcement" about DIB pilot was not planned as part of
testimony yesterday ... working with our PA now ... (b) (6) will be following up with (b) (6)
and Kim this AM to ensure comms are re-synced ... MTF ... Sincerely (b) (6)

-----Original Message-----
From: Whitman, Bryan SES OSD PA
Sent: Thursday, March 17, 2011 6:27 AM
To: (b)(3)-P.L. 86-36 Butler, Robert J SES OSD POLICY
Cc: ███ (b) (6) ███ HON OSD POLICY; ████ (b) (6) ████ OSD POLICY; ████ (b) (6) ████ USA
TF AVALANCHE 3-172 IN; ███ (b) (6) ███ DoD OGC; (b)(3)-P.L. 86-36 ███ (b) (6) ███
CIV SD; ████ (b) (6) ████ SD; Nicholson, Larry BGen SD; ████ (b) (6) ████ DISL OSD POLICY;
Schleien, Steven, SES, OSD-POLICY

1

01178

Subject: Re: Update - Opt in DIB Pilot

Looks like this did make the news yesterday:

loomberg.com
March 16, 2011

Pentagon To Help Internet Providers Get Military Cyber Tools

By Gopal Ratnam, Bloomberg News

The U.S. Defense Department plans to start a pilot program offering the military's cyber
security tools to Internet service providers for use in detecting and stopping attacks on
their networks.

The Pentagon is drafting a proposal to provide the country's top Internet service providers
with tools and techniques already available to a group of defense contractors for detecting
and fixing cyber attacks, defense officials told lawmakers today.

The plan seeks to use Defense Department technology ³with tier-one Internet service providers
and see if we can do what we do with defense contractors,² General Keith Alexander, head of
the U.S. Cyber Command, told the House Armed Services Committee's panel on emerging threats
and capabilities. The program may be expanded to more Internet providers if it proves
successful, he said.

The Pentagon has assembled a group of 40 defense contractors that voluntarily share with the
Defense Department information on attacks on their networks, malware and suspected data
thefts, under a program called the Defense Industrial Base Information Sharing Environment.
In exchange, the companies get help fixing weaknesses in their computer systems.

The same approach may be applied to Internet providers during a 90-day pilot program, James
Miller, the principal deputy undersecretary of defense for policy, told lawmakers. He didn't
specify any companies that may participate in the project.

The program is in a ³formative, pre-liftoff stage,² Miller said in an interview after his
testimony. ³We are working very closely with the Department of Homeland Security on details
of how to proceed.²

The Defense Department also is looking to expand the defense contractors' group to include
more suppliers and is seeking $113 million for the project over the next five years, Miller
said in his prepared testimony.

RETURN TO TOP

2

01179

(b) (6)

| | |
|---|---|
| From: | Brown, Michael A. RADM |
| Sent: | Wednesday, May 04, 2011 7:20 AM |
| To: | (b) (6)   (b) (6)   (b) (6) |
| Subject: | Re: What's In/What's Out in DoD-DHS Cyber Discussion/MOA |

(b) (6)

This is for your background.   (b) (5)   (b) (5)



Hope this description of 3 levels helps.

Cheers,
Mike

----- Original Message -----
From: Butler, Robert J SES OSD POLICY   (b) (6)
Sent: Tuesday, May 03, 2011 10:41 PM
To:   (b) (6)   <   (b) (6)   ;   (b) (6)   (b) (6)
Subject: Fw: What's In/What's Out in DoD-DHS Cyber Discussion/MOA

Mike/Phil: Could use your help here. Believe we could have up to four levels of activities working under the MOA:

1. Joint Activities under NSS Oversight: These are DoD or DHS cyber activities that are are already under an NSS oversight mechanism. I think of NCIRP, E3 and opt in DIB pilot -- all of which are under IPC/DC oversight.

2. JCE Activities

3. Joint Task Force Activities: These activities have well-defined time periods like the six-month SCRM TF.

4. Enduring Security Framework Activities

1

01180

Would like to get your thought on what makes sense to include criteria for inclusion/exclusion.

Thanks - Bob

----- Original Message -----
From: Miller, James HON OSD POLICY
Sent: Tuesday, May 03, 2011 10:19 PM
To: Butler, Robert J SES OSD POLICY
Subject: RE: What's In/What's Out in DoD-DHS Cyber Discussion/MOA

Bob,

If E3 is in, I can certainly see opt-in DIB being in.

That said, still not clear on what it really means in practice -- if it means only that activities get reported in regular DoD-DHS meetings that include NSA that is fine. If it means some kind of required coordination process in order to get the work done, I am much less enthusiastic.

More broadly, I would like to avoid a multi-forum coordination process (MoA, CIG, sub-IPC, etc.) that adds a lot of administration burden for little/no/negative value.

Bob, would you make a specific proposal, and then I would like to open this discussion to Keith Alexander, and soon thereafter to DSD.

Best

Jim

-----Original Message-----
From: Butler, Robert J SES OSD POLICY
Sent: Tuesday, May 03, 2011 9:22 PM
To: Miller, James HON OSD POLICY
Subject: RE: What's In/What's Out in DoD-DHS Cyber Discussion/MOA

Jim: ▉ believes ESF and opt in DIB pilot should be outside of MOA purview and that these activities should be DoD programs that are coordinated with DHS ... with the need to focus limited resources on the right priorities across Departments, believe MOA provides right oversight for joint cyber activity coordination  ... in some cases, such as the opt in DIB pilot, we lead and coord with DHS ... in other cases such as the E3 program, DHS leads, but DHS needs our support and coordination to succeed ... looking at all of these activities together under the MOA provides a useful mechanism for you, Phil and the Deputies to relate, prioritize and/or synchronize common cyber work ... also, we can help advocate for each other in accomplishing this work.

v/r -- Bob

-----Original Message-----
From: Miller, James HON OSD POLICY
Sent: Tuesday, May 03, 2011 9:10 PM
To: Butler, Robert J SES OSD POLICY
Subject: Re: What's In/What's Out in DoD-DHS Cyber Discussion/MOA

Bob,
What specifically would be different?

2

01181

Thanks
Jim


Sent via handheld
██ (b) (6) ██ cell

----- Original Message -----
From: Butler, Robert J SES OSD POLICY
Sent: Tuesday, May 03, 2011 08:08 PM
To: ██ (b) (6) ██ HON OSD POLICY
Subject: What's In/What's Out in DoD-DHS Cyber Discussion/MOA

Jim: Below e-discussion is FYSA ... do believe we need to have a construct for coordinating
and overseeing DoD-DHS cyber activities ... believe MOA's focus to "increase
interdepartmental collaboration in strategic planning ... mutual support for cybersecurity
capabilities development and synchronization of current operational cybersecurity mission
activities" provides such a construct.

v/r -- Bob

-----Original Message-----
From: (b)(3)-P.L. 86-36    (b)(3)-P.L. 86-36
Sent: Tuesday, May 03, 2011 4:59 PM
To: Butler, Robert J SES OSD POLICY; ██ (b) (6) ██ DISL OSD POLICY
Cc: Schleien, Steven, SES, OSD-POLICY; (b)(3)-P.L. 86-36
Subject: RE: #3

Bob,
The MOA is very focused and, from my perspective, not appropriate for oversight of non JCE
functions like the Task Force, DIB Pilot or ESF.

From my perspective, the level of SD/DSD governance of the DIB Pilot and ESF efforts has been
satisfactory and productive and does not require adjustment. Have you found the current
oversight mechanism unsatisfactory?

Best,
(b)(6)-P.L. 86

-----Original Message-----
From: Butler, Robert J SES OSD POLICY ████ (b) (6) ████
Sent: Tuesday, May 03, 2011 10:03 AM
To: ██ (b) (6) ██ (b)(3)-P.L. 86-36
Cc: ██ (b) (6) ██ (b)(3)-P.L. 86-36
Subject: Re: #3

(b) (5)

3    ██

████████████████████████ (b) (5) ████████████████████████

Thanks - Bob

----- Original Message -----
From: ████ (b) (6) ████ DISL OSD POLICY
Sent: Tuesday, May 03, 2011 09:44 AM
To: (b)(3)-P.L. 86-36  (b)(6)-P.L. 86-36 >
Cc: Butler, Robert J SES OSD POLICY; Schleien, Steven, SES, OSD-POLICY
Subject: RE: #3

(b)(6)-P.L. 86-36

What Bob and (b) (6) have agreed to is that the MOA serves as an organizing construct or
agreement for all the cybersecurity activities that are in coordination between DoD and DHS.
Although not under the JCE for management, Bob and Phil agreed that all the other DoD/DHS
coordination activities for cybersecurity fell broadly under the MOA.  This broadened the
scope of the MOA while maintaining oversight of the JCE activities.  (The MOA serving as a
formal agreement between departments to coordinate and collaborate on cybersecurity.)  What
they didn't want was an erroneous understanding that only the JCE activities were managed
under the MOA.  I defer to Bob for more detail.
v/r
(b) (6)

    (b) (6)
Defense Intelligence Senior Leader (DISL) Senior Advisor for Cyber Policy

Pentagon ████ (b) (6) ████
   (b) (6)


-----Original Message-----
From: (b)(3)-P.L. 86-36    (b)(6)-P.L. 86-36
Sent: Tuesday, May 03, 2011 7:55 AM
To: ████ (b) (6) ████ DISL OSD POLICY
Subject: FW: #3

(b) (6)

I sent this to Phil too; neither the DIB Pilot nor ESF are under the MOA.
Please ensure they are not referenced as under the DoD - DHS MOA.
Thanks.
(b)(6)-P.L. 86-

-----Original Message-----
From: (b)(6)-P.L. 86-36
Sent: Monday, May 02, 2011 2:59 PM
To: (b)(3)-P.L. 86-36   (b)(3)-P.L. 86-36  (b)(3)-P.L. 86-36    (b)(3)-P.L. 86-36
Subject: FW: #3

(b)(3)-P.L. 86-36

      (b) (6)      produced the first attachment in lieu of the second attachment that we
prepared as a contingency.  The second attachment has Mike Brown's edits.

(b)(6)-P.L. 86-36   (b)(6)-P.L. 86-3   or  (b)(6)-P.L. 86-36

01183

If you have changes to make to the first attachment, please do.

Thanks, Phil

-----Original Message-----
From: ▮▮(b) (6)▮▮  DISL OSD POLICY ▮▮▮(b) (6)▮▮▮
Sent: Monday, May 02, 2011 2:36 PM
To: (b)(6)-P.L. 86-36
Cc: (b)(3)-P.L. 86-36
Subject: RE: #3

Phil,
Because length of the RAH is becoming an issue.  I pulled the MOA oversight activities and
made it an info memo with the JCE activities as an attachment.  Pls see attached for your
review.
v/r
(b) (6)



    (b) (6)
Defense Intelligence Senior Leader (DISL) Senior Advisor for Cyber Policy

Pentagon ▮ (b) (6)
    (b) (6)


-----Original Message-----
From: (b)(6)-P.L. 86-36 ▮▮(b) (6)▮▮
Sent: Monday, May 02, 2011 8:09 AM
To: ▮(b) (6)▮ DISL OSD POLICY
Subject: #3

(b) (6)


Have you put together the third of the three deliverables discussed Friday?


Thanks, Phil

01184

▮▮▮ (b) (6) ▮▮▮

| | |
|---|---|
| **From:** | Delaney, David |
| **Sent:** | Friday, February 11, 2011 2:10 PM |
| **To:** | Reitinger, Philip; McConnell, Bruce; Schaffer, Gregory; Stempfley, Roberta; Brown, Michael A. RADM |
| **Subject:** | RE: Working FINAL DRAFT -- Comms Plan for the DIB |

Depends on when DOJ sends their policy paper and how late we stay.  We now have the updated
recommendation, which includes DOD and DOJ line edits.  Bruce and I are about to jointly
review in his NAC office.

David G. Delaney
Deputy Associate General Counsel
(National Protection and Programs)

▮▮▮ (b) (6) ▮▮▮
Office: ▮▮ (b) (6) ▮▮
Cell: ▮▮ (b) (6) ▮▮

This communication, along with any attachments, is covered by federal and state law governing
electronic communications and may contain confidential and legally privileged information.
If the reader of this message is not the intended recipient, you are hereby notified that any
dissemination, distribution, use or copying of this message is strictly prohibited.  If you
have received this in error, please reply immediately to the sender and delete this message.
Thank you.


-----Original Message-----
From: Reitinger, Philip
Sent: Friday, February 11, 2011 2:04 PM
To: McConnell, Bruce; Schaffer, Gregory; Stempfley, Roberta; Brown, Michael A. RADM; Delaney,
David
Subject: RE: Working FINAL DRAFT -- Comms Plan for the DIB

DoD is most anxious to get S1 approval on Monday - can we put the memo and package into exec
sec today?

phil

-----Original Message-----
From: McConnell, Bruce
Sent: Friday, February 11, 2011 2:02 PM
To: Reitinger, Philip; Schaffer, Gregory; Stempfley, Roberta; Brown, Michael A. RADM;
Delaney, David
Subject: FW: Working FINAL DRAFT -- Comms Plan for the DIB

FYI.

-----Original Message-----
From: McConnell, Bruce
Sent: Friday, February 11, 2011 1:03 PM
To: ▮▮ (b) (6) ▮▮ DISL OSD POLICY; "▮▮ (b) (6) ▮▮"; Chipman, Jason (SMO); ▮(b)(3)-P.L. 86-36▮
▮▮ (b) (6) ▮▮ DoD OGC; Baker, James A. (ODAG) (SMO); ▮▮ (b) (6) ▮▮
OSD PA; ▮▮ (b) (6) ▮▮ DISL NII/DoD-CIO; ▮▮ (b) (6) ▮▮ ▮▮ (b) (6) ▮▮ Mr, DoD

1

01185

OGC; ██████ (b) (6) ██████ CIV OSD ⁽ᵇ⁾⁽⁶⁾ Reheuser, Michael E SES OSD ODAM/DPCLO; 'Painter, Christopher'
Cc: Butler, Robert J SES OSD POLICY; ██ (b) (6), (b) (7)(C) ██ (CRM)'; ██ (b) (6) ██ (NSD) (SMO);
██ (b) (6) ██ (NSD) (SMO); Renan, Daphna (SMO); Singdahlsen, Jeffrey (SMO); ██ (b) (6) ██
██.'; Schleien, Steven, SES, OSD-POLICY; ██ (b) (6) ██ CIV, OSD-POLICY; ██ (b) (6) ██
██ (USAF) OSD POLICY; ██ (b) (6) ██ CTR, OSD-POLICY; ██ (b) (6) ██ CTR OSD
POLICY; ██ (b) (6) ██ CTR OSD POLICY; 'Denning, John'; 'Royster, Kristin'; ██ (b) (6) ██
██ (b) (6) ██ '; ██ (b) (6) ██.'; ██(b)(3)-P.L. 86-36██ ' ██(b)(3)-P.L. 86-36██ ;
'Emmel, Judith '; Conover, Brynn R
Subject: RE: Working FINAL DRAFT -- Comms Plan for the DIB

████████████████████████ (b) (5) ████████████████████████

-----Original Message-----
From: ██ (b) (6) ██ DISL OSD POLICY [mailto ██ (b) (6) ██
Sent: Thursday, February 10, 2011 12:43 PM
To: ' ██ (b) (6) ██.'; 'McConnell, Bruce'; Chipman, Jason (SMO)'; ██(b)(6)-P.L. 86-36██ ; ██ (b) (6) ██
██ Mr, DoD OGC; Baker, James A. (ODAG) (SMO)'; ██ (b) (6) ██ LtCol OSD PA; ██ (b) (6) ██
██ DISL NII/DoD-CIO; ██ (b) (6) ██ Mr, DoD OGC; ██ (b) (6) ██
██ CIV OSD LA; Reheuser, Michael E SES OSD ODAM/DPCLO; 'Painter, Christopher'
Cc: Butler, Robert J SES OSD POLICY; ██ (b) (6), (b) (7)(C) ██ (CRM)'; ██ (b) (6) ██ (NSD) (SMO);
██ (b) (6) ██ (NSD) (SMO); Renan, Daphna (SMO); Singdahlsen, Jeffrey (SMO); ██ (b) (6) ██
██ '; Schleien, Steven, SES, OSD-POLICY; ██ (b) (6) ██ CIV, OSD-POLICY; ██ (b) (6) ██
██ (USAF) OSD POLICY; ██ (b) (6) ██ CTR, OSD-POLICY; ██ (b) (6) ██ CTR OSD
POLICY; ██ (b) (6) ██ CTR OSD POLICY; 'Denning, John'; 'Royster, Kristin'; ██ (b) (6) ██
██(b) (6)██ ██ (b) (6) ██ '; ██ (b) (6) ██ ██(b)(3)-P.L. 86-36██ ' ██(b)(3)-P.L. 86-36██ ;
'Emmel, Judith '; Conover, Brynn R
Subject: RE: Working FINAL DRAFT -- Comms Plan for the DIB
Importance: High

All,
Sorry for the delay.  Internal work took a little longer than expected.

Please see attached.  This is DoD's integrated, coordinated Final Draft of the DIB
Exploratory Pilot Comms Plan.

DoD has done a complete review and integrated comments from all concerned based on written
inputs and polycons.  We've also re-arranged and layered based on the discussion at the last
polycon.  Content has not significantly changed.

████████████████████████ (b) (5) ████████████████████████

Thanks,
(b) (6)

██ (b) (6) ██
Defense Intelligence Senior Leader (DISL) Senior Advisor for Cyber Policy

Pentagon ██ (b) (6) ██
██ (b) (6) ██

-----Original Message-----
From: ██ (b) (6) ██ DISL OSD POLICY

2

01186

Sent: Friday, February 04, 2011 12:31 PM
To: ████ (b) (6) ████ 'McConnell, Bruce'; Chipman, Jason (SMO); (b)(3)-P.L. 86-36 ██(b)(3)-P.L. 86-3█
████; ████ (b) (6) ████ DoD OGC; Baker, James A. (ODAG) (SMO); ████ (b) (6) ████
OSD PA; ████ (b) (6) ████ DISL NII/DoD-CIO; Guissanie, Gary, SES, NII/DoD-CIO; ██ (b) (6) ██
████ Mr, DoD OGC; Baker, James A. (ODAG) (SMO); ████ (b) (6) ████ CIV OSD LA; Reheuser,
Michael E SES OSD ODAM/DPCLO
Cc: Butler, Robert J SES OSD POLICY; █(b) (6), (b) (7)(C)█ (CRM); ████ (b) (6) ████ (NSD) (SMO);
████ (b) (6) ████ (NSD) (SMO); Renan, Daphna (SMO); Singdahlsen, Jeffrey (SMO); ██ (b) (6) ██
████ L.; Schleien, Steven, SES, OSD-POLICY; ████ (b) (6) ████ CIV, OSD-POLICY; ██ (b) (6) ██
████ (USAF) OSD POLICY; ████ (b) (6) ████ CTR, OSD-POLICY; ████ (b) (6) ████ CTR OSD
POLICY; ████ (b) (6) ████ CTR OSD POLICY; Reheuser, Michael E SES OSD ODAM/DPCLO; 'Denning,
John'; Royster, Kristin; ████ (b) (6) ████ Painter, Christopher; ████ (b) (6) ████ R.; █ (b) (6) █
████ L.
Subject: RE: Working FINAL DRAFT -- Comms Plan for the DIB
Importance: High

██ (b) (6) ██ /All:

████████████████████████████████████████████████████████
██████████████████████████ (b) (5) ███████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

Thanks,
(b) (6)

████ (b) (6) ████
Defense Intelligence Senior Leader (DISL) Senior Advisor for Cyber Policy

Pentagon Room 3A1078
████ (b) (6) ████

-----Original Message-----
From: ████████████ (b) (6) ████████████
Sent: Thursday, February 03, 2011 6:17 PM
To: ██ (b) (6) ██ DISL OSD POLICY; 'McConnell, Bruce'; Chipman, Jason (SMO); (b)(3)-P.L. 86-36
(b)(3)-P.L. 86-3█ ; ████ (b) (6) ████ DoD OGC; Baker, James A. (ODAG) (SMO); ████ (b) (6) ████
████ OSD PA; ████ (b) (6) ████ DISL NII/DoD-CIO; Guissanie, Gary, SES, NII/DoD-CIO; ██ (b) (6) ██
████ Mr, DoD OGC; Baker, James A. (ODAG) (SMO); ████ (b) (6) ████ CIV OSD LA

3

01187

Cc: Butler, Robert J SES OSD POLICY; ██████████ (CRM); ████████ (NSD) (SMO);
████████ (NSD) (SMO); Renan, Daphna (SMO); Singdahlsen, Jeffrey (SMO); ████
      L.; Schleien, Steven, SES, OSD-POLICY; ████████ CIV, OSD-POLICY; ████████
      (USAF) OSD POLICY; ████████ CTR, OSD-POLICY; ████████ CTR OSD
POLICY; ████████ CTR OSD POLICY; Reheuser, Michael E SES OSD ODAM/DPCLO; 'Denning,
John'; Royster, Kristin; ████████ Painter, Christopher; ████████ R.; ████
      L.
Subject: RE: Working FINAL DRAFT -- Comms Plan for the DIB

All,

Given that ██ is still working to incorporate final comments into the Comms Plan, I would
like to propose that we meet via teleconference on Monday, February 7th at 9 am to discuss
the draft.  That will enable everyone to review the next version in detail and we can
hopefully get to a near final draft at that time.

I want to ensure that we have representation from DOD, NSA, DHS, and DOJ at the meeting -
please advise if this date/time will not work for your agency by 10 am tomorrow so we can
confirm the meeting.

Thank you,
██████

-----Original Message-----
From: ████████ DISL OSD POLICY ████████
Sent: Thursday, February 03, 2011 7:57 AM
To: ████████ 'McConnell, Bruce'; Chipman, Jason (SMO); (b)(3)-P.L. 86-36 ███
      ; ████████ DoD OGC; Baker, James A. (ODAG) (SMO); ████████
OSD PA; ████████ DISL NII/DoD-CIO; Guissanie, Gary, SES, NII/DoD-CIO; ████████
      Mr, DoD OGC; Baker, James A. (ODAG) (SMO); ████████ CIV OSD LA
Cc: Butler, Robert J SES OSD POLICY; ██████████ (CRM); ████████ (NSD) (SMO);
      ████████ (NSD) (SMO); Renan, Daphna (SMO); Singdahlsen, Jeffrey (SMO); ████
      L.; Schleien, Steven, SES, OSD-POLICY; ████████ CIV, OSD-POLICY; ████████
      (USAF) OSD POLICY; ████████ CTR, OSD-POLICY; ████████ CTR OSD
POLICY; ████████ CTR OSD POLICY; Reheuser, Michael E SES OSD ODAM/DPCLO; 'Denning,
John'; Royster, Kristin; ████████ Painter, Christopher; ████████ R.; ████
      L.
Subject: RE: Working FINAL DRAFT -- Comms Plan for the DIB

██████ I'm available at 2:30pm on Friday.
v/r
██████

██████
Defense Intelligence Senior Leader (DISL) Senior Advisor for Cyber Policy

Pentagon ██████
██████

-----Original Message-----
From: ██████ ██████
Sent: Wednesday, February 02, 2011 7:11 PM
To: 'McConnell, Bruce'; ████████ DISL OSD POLICY; Chipman, Jason (SMO); (b)(3)-P.L. 86-36
(b)(3)-P.L. 86-36 ; ████████ DoD OGC; Baker, James A. (ODAG) (SMO); ████████
      OSD PA; ████████ DISL NII/DoD-CIO; Guissanie, Gary, SES, NII/DoD-CIO; ████████
      Mr, DoD OGC; Baker, James A. (ODAG) (SMO); ████████ CIV OSD LA

4

01188

Cc: Butler, Robert J SES OSD POLICY; ▓(b) (6), (b) (7)(C)▓ (CRM); ▓(b) (6)▓ (NSD) (SMO);
▓(b) (6)▓ (NSD) (SMO); Renan, Daphna (SMO); Singdahlsen, Jeffrey (SMO); ▓(b) (6)▓
▓ L.; Schleien, Steven, SES, OSD-POLICY; ▓(b) (6)▓ CIV, OSD-POLICY; ▓(b) (6)▓
▓(USAF) OSD POLICY; ▓(b) (6)▓ CTR, OSD-POLICY; ▓(b) (6)▓ CTR OSD
POLICY; ▓(b) (6)▓ CTR OSD POLICY; Reheuser, Michael E SES OSD ODAM/DPCLO; 'Denning,
John'; Royster, Kristin; ▓(b) (6)▓ Painter, Christopher; ▓(b) (6)▓ R.; ▓(b) (6)▓
▓ L.
Subject: RE: Working FINAL DRAFT -- Comms Plan for the DIB

All,

Attached please find NSS comments - some of these comments may be OBE since we utilized
▓(b) (6)▓ version from 10:14 this am.

We look forward to receiving another consolidated draft that will incorporate the additional
comments circulated today by COB tomorrow.

Per discussion on the call today, we would like to convene another teleconference to discuss
the next draft. We suggest 2:30 - 3:30 pm or  4 - 5 pm.  Please advise.

Thanks again to all who are contributing to this as it is an important part of the program.

Best,
▓(b) (6)▓

-----Original Message-----
From: McConnell, Bruce [mailto:▓(b) (6)▓
Sent: Wednesday, February 02, 2011 3:02 PM
To: ▓(b) (6)▓ DISL OSD POLICY; Chipman, Jason (SMO); (b)(3)-P.L. 86-36 (b)(3)-P.L. 86-36 ;
▓(b) (6)▓ DoD OGC; McConnell, Bruce (DHS); ▓(b) (6)▓ Baker, James A.
(ODAG) (SMO); ▓(b) (6)▓ OSD PA; ▓(b) (6)▓ DISL NII/DoD-CIO;
▓(b) (6)▓ Mr, DoD OGC; Baker, James A. (ODAG) (SMO); ▓(b) (6)▓
▓ CIV OSD LA
Cc: Butler, Robert J SES OSD POLICY; ▓(b) (6), (b) (7)(C)▓ (CRM); ▓(b) (6)▓ (NSD) (SMO);
▓(b) (6)▓ (NSD) (SMO); Renan, Daphna (SMO); Singdahlsen, Jeffrey (SMO); ▓(b) (6)▓
▓ L.; Schleien, Steven, SES, OSD-POLICY; ▓(b) (6)▓ CIV, OSD-POLICY; ▓(b) (6)▓
▓(USAF) OSD POLICY; ▓(b) (6)▓ OSD-POLICY; ▓(b) (6)▓ CTR OSD
POLICY; ▓(b) (6)▓ CTR OSD POLICY; ▓(b) (6)▓
Subject: RE: Working FINAL DRAFT -- Comms Plan for the DIB

Sorry for the churn as well -- here are DHS comments on the previous version.

-----Original Message-----
From: ▓(b) (6)▓ DISL OSD POLICY [mailto:▓(b) (6)▓
Sent: Wednesday, February 02, 2011 2:42 PM
To: Chipman, Jason (SMO); (b)(3)-P.L. 86-36 (b)(3)-P.L. 86-36 ; ▓(b) (6)▓ DoD OGC;
McConnell, Bruce (DHS); ▓(b) (6)▓ Baker, James A. (ODAG) (SMO); ▓(b) (6)▓
▓ OSD PA; ▓(b) (6)▓ DISL NII/DoD-CIO; ▓(b) (6)▓; ▓(b) (6)▓
Mr, DoD OGC; Baker, James A. (ODAG) (SMO); ▓(b) (6)▓ CIV OSD LA
Cc: Butler, Robert J SES OSD POLICY; ▓(b) (6), (b) (7)(C)▓ (CRM); ▓(b) (6)▓ (NSD) (SMO);
▓(b) (6)▓ (NSD) (SMO); Renan, Daphna (SMO); Singdahlsen, Jeffrey (SMO); ▓(b) (6)▓
▓ L.; Schleien, Steven, SES, OSD-POLICY; ▓(b) (6)▓ CIV, OSD-POLICY; ▓(b) (6)▓
(USAF) OSD POLICY; ▓(b) (6)▓ CTR, OSD-POLICY; ▓(b) (6)▓ CTR OSD POLICY; ▓(b) (6)▓
▓ CTR OSD POLICY; ▓(b) (6)▓
Subject: RE: Working FINAL DRAFT -- Comms Plan for the DIB

01189

All,
I just returned from a series of meetings and have not had the time to work these into the
base documents.  I just forwarded ▮▮▮ recommended changes to all.  I will work these in as
we move forward after the 1500 call.
v/r
▮(b) (6)

▮ (b) (6) ▮
Defense Intelligence Senior Leader (DISL) Senior Advisor for Cyber Policy

Pentagon ▮ (b) (6) ▮
▮ (b) (6) ▮


-----Original Message-----
From: Chipman, Jason (SMO) [mailto:Jason.Chipman@usdoj.gov]
Sent: Wednesday, February 02, 2011 1:40 PM
To: ▮(b)(3)-P.L. 86-36▮ ▮ (b) (6) ▮ DISL OSD POLICY; ▮(b)(3)-P.L. 86-36▮ ; ▮ (b) (6) ▮ DoD
OGC; McConnell, Bruce (DHS); ▮ (b) (6) ▮ Baker, James A. (ODAG); ▮ (b) (6) ▮
▮ OSD PA; ▮ (b) (6) ▮ DISL NII/DoD-CIO; Guissanie, Gary, SES, NII/DoD-CIO; ▮ (b) (6) ▮
▮ Mr, DoD OGC; Baker, James A. (ODAG); ▮ (b) (6) ▮ r CIV OSD LA
Cc: Butler, Robert J SES OSD POLICY; ▮(b) (6), (b) (7)(C)▮ (CRM); ▮ (b) (6) ▮ (NSD); ▮ (b) (6) ▮
▮ (NSD); Renan, Daphna; Singdahlsen, Jeffrey (SMO); ▮ (b) (6) ▮ L.; Schleien,
Steven, SES, OSD-POLICY; ▮ (b) (6) ▮ CIV, OSD-POLICY; ▮ (b) (6) ▮ Col (USAF)
OSD POLICY; ▮ (b) (6) ▮ OSD-POLICY; ▮ (b) (6) ▮ CTR OSD POLICY; ▮ (b) (6) ▮
▮ CTR OSD POLICY; ▮ (b) (6) ▮
Subject: RE: Working FINAL DRAFT -- Comms Plan for the DIB

All:

By way of follow up to my email from yesterday, attached are additional comments from the
Department of Justice.

Thanks,

Jason Chipman

01199

**(b) (6)**

| | |
|---|---|
| **From:** | Delaney, David |
| **Sent:** | Tuesday, January 18, 2011 9:07 PM |
| **To:** | Reitinger, Philip; McConnell, Bruce; Schaffer, Gregory; Stempfley, Roberta; Brown, Michael A. RADM; McDermott, Thomas M |
| **Cc:** | Gillis, Ryan M;  **(b) (6)** |
| **Subject:** | FW: DIB -- DOJ Comments on COA 2 |

Forwarding DOJ's write-up related to COA2.  We will digest this tomorrow and be available for discussion.

**(b) (5)**

David

**From:** Chipman, Jason (SMO) [mailto:Jason.Chipman@usdoj.gov]
**Sent:** Tuesday, January 18, 2011 7:43 PM
**To:** (b)(3)-P.L. 86-36 ███████████████ ███ ███████ (b) (6) ██████ ██████ (b) (6) ████ Mr, DoD OGC'; █████ (b) (6) ████ L.;
██ (b) (6) ██ Mr, DoD OGC; ████ (b) (6) ██████ Painter, Christopher; Delaney, David (DHS)
**Cc:** Baker, James A. (ODAG) (SMO); Thompson, Karl (SMO); ████ (b) (6) ████ (NSD) (SMO); (b) (6). (b) (7)(C) (CRM)
**Subject:** DIB -- DOJ Comments on COA 2

All:

Attached you'll find our comments concerning the agency issue and the revised DIB proposal.  Please don't hesitate to contact us with questions and concerns.

Jason

DIB — DOJ
mments on COA 2 -

01205

█ (b) (6)

| | |
|---|---|
| **From:** | Reitinger, Philip |
| **Sent:** | Friday, September 24, 2010 8:00 AM |
| **To:** | McConnell, Bruce; Fong, Ivan; Delaney, David; Ludtke, Meghan; Brown, Michael A.; Beers, Rand; Schaffer, Gregory |
| **Subject:** | FW: Good News: DoJ's comments on DIB Cybersecurity [Opt-in] Pilot |
| **Importance:** | High |

███████ (b) (5) ███████.

-----Original Message-----
From: Butler, Robert J SES OSD POLICY [mailto █ (b) (6) █
Sent: Friday, September 24, 2010 7:43 AM
To: █ (b) (6) █    █ (b) (6) █    █ (b) (6) █
Subject: Good News: DoJ's comments on DIB Cybersecurity [Opt-in] Pilot
Importance: High


----- Original Message -----
From: █ (b) (6) █ DoD OGC
To: Butler, Robert J SES OSD POLICY; █ (b) (6) █ CIV, NII/DoD-CIO; Guissanie, Gary, SES,
NII/DoD-CIO; Schleien, Steven, SES, OSD-POLICY; █ (b) (6) █ DISL OSD POLICY; █ (b) (6) █
█ (b) (6) █ CIV, OSD-POLICY; █ (b) (6) █ CIV OSD POLICY
Cc: █ (b) (6) █ DISL NII/DoD-CIO; █ (b) (6) █ HQE NII/DoD-CIO
Sent: Fri Sep 24 07:21:47 2010
Subject: FW: DoJ's comments on DIB Cybersecurity [Opt-in] Pilot

FYI/SA see my summary of the meeting with DoJ (and NSS and DHS) yesterday.  :)

█ (b) (6) █
Associate General Counsel
DoD Office of the General Counsel
Direct: █ (b) (6) █
   █ (b) (6) █


CAUTION: Information contained in this message may be protected by the attorney/client,
attorney work product, deliberative process or other privileges. Do not disseminate further
without approval from the Office of the DoD General Counsel.


-----Original Message-----
From: █ (b) (6) █ DoD OGC
Sent: Friday, September 24, 2010 7:19 AM
To: █ (b) (6) █ Mr, DoD OGC; █ (b) (6) █ DoD OGC; █ (b) (6) █ DoD OGC;
█ (b) (6) █, DoD OGC; █ (b) (6) █ R, DoD OGC; █ (b) (6) █ CIV, OSD-POLICY;
█ (b) (6) █ CIV OSD POLICY; █ (b) (6) █, DoD OGC
Cc: █ (b) (6) █ DoD OGC; █ (b) (6) █ Ms, DoD OGC
Subject: DoJ's comments on DIB Cybersecurity [Opt-in] Pilot
Importance: High

DoJ finally provided detailed comments on the DIB Pilot yesterday afternoon at a meeting
hosted by NSS Counsel, and the news is very good.

1

01206

Sound Bite:  DoJ has concluded that the DIB Pilot is authorized by law, and there will be no legal objection from DoJ at the DC next week.

(b) (5)

More specifically, DoJ provided comments on the three core legal issues:

(b) (5)



(b) (5)

There's lots more detail here, but I suspect this is enough for the readout of our meeting.

(b) (6)

2

01207

**(b) (6)**

Associate General Counsel
DoD Office of the General Counsel
Direct: **(b) (6)**
**(b) (6)**

CAUTION: Information contained in this message may be protected by the attorney/client, attorney work product, deliberative process or other privileges. Do not disseminate further without approval from the Office of the DoD General Counsel.

01210

(b) (6)

From:      Delaney, David
Sent:      Thursday, January 20, 2011 12:06 PM
To:        Brown, Michael A. RADM
Subject:   FW: Opt In DIB Pilot


-----Original Message-----
From: (b)(3)-P.L. 86-36    (b)(3)-P.L. 86-36
Sent: Thursday, January 20, 2011 11:02 AM
To: (b) (6)    DISL OSD POLICY; (b) (6)    Reitinger, Philip R;
(b) (6)    Baker, James A. (ODAG) (SMO)
Cc: Painter, Christopher; Schleien, Steven, SES, OSD-POLICY; (b) (6)    Mr, DoD OGC;
(b) (6)    mcconnell bruce; Schaffer, Gregory; Stempfley, Roberta; Delaney,
David; Dean, Nicole M; (b) (6)    R.
Subject: RE: Opt In DIB Pilot

(b) (6)
As we discussed, believe (b) (6) is looking for DoD, DHS and DoJ to concur with the high level
timeline referenced in an email last week - weeks to start COA 2, months to start COA 1.
( (b) (6)  if I am misreading your email, please correct.)

For Phil, Bob and Jim's reference, I am including the referenced email here:

"The quick answer is that COA 2 could start almost immediately (e.g.
Finalizing legal agreements that are already in the works should take 3-4 weeks). COA 1 has
two key barriers to a start. First, the ISPs will likely request 2511 letters, so DoJ's
provision of 3 2511 letters (and the review of DIB company banners as part of that) is one
time requirement. DoJ will provide a timeline for that. Second, all participating DIB
companies would be required to change their banners to reference government monitoring. All
have expressed serious reservations with doing so, including the three CEOs DSD discussed
this with. The companies have informally told us that changing the banners in this manner
could take months."

Best,
(b)(3)-P.L. 86

-----Original Message-----
From: (b) (6)    DISL OSD POLICY [mailto    (b) (6)
Sent: Thursday, January 20, 2011 10:25 AM
To: (b) (6)    (b) (6)    (b) (6)
james.a.baker@usdoj.gov
Cc: Painter, Christopher; Schleien, Steven, SES, OSD-POLICY; (b) (6)    Mr, DoD OGC;
(b)(3)-P.L. 86-36    (b) (6)    mcconnell bruce; Schaffer, Gregory; Stempfley,
Roberta; Delaney, David; Dean, Nicole M; (b) (6)    R.
Subject: RE: Opt In DIB Pilot

Mr. Schmidt,

(b) (5)

(b) (6)

1

01211

**(b) (6)**
Defense Intel Senior Leader (DISL)
Senior Advisor for CYBER Policy

**(b) (6)**, Pentagon
**(b) (6)**

-----Original Message-----
From: **(b) (6)**          **(b) (6)**
Sent: Thursday, January 20, 2011 10:10 AM
To: 'Reitinger, Philip'; Butler, Robert J SES OSD POLICY; Baker, James A.
(ODAG) (SMO)
Cc: Painter, Christopher; Schleien, Steven, SES, OSD-POLICY; **(b) (6)**     Mr, DoD OGC;
**(b) (6)**    DISL OSD POLICY; **(b)(3)-P.L. 86-36**; Guissanie, Gary, SES, NII/DoD-CIO;
**(b) (6)**        Schaffer, Gregory; Stempfley, Roberta; Delaney, David; Dean, Nicole
M;    **(b) (6)**      R.
Subject: RE: Opt In DIB Pilot

Team,

It looks as we continue to move forward with this important work and I look forward to
getting this done so we can start the pilot. I also wanted to send a quick reminder that I
am looking for a joint position paper on timelines to implement COA1 and COA2. **(b) (6)** has
provided feedback from the perspective at NSA last week. If there is agreement with that
email I will use that as submitted.

Thanks,.
**(b) (6)**

-----Original Message-----
From: Reitinger, Philip          **(b) (6)**
Sent: Thursday, January 20, 2011 8:55 AM
To: Butler, Robert J SES OSD POLICY;    **(b) (6)**    ; Baker, James A.
(ODAG) (SMO)
Cc: Painter, Christopher; Schleien, Steven, SES, OSD-POLICY;    **(b) (6)**     Mr, DoD OGC;
**(b) (6)**    DISL OSD POLICY; **(b)(3)-P.L. 86-36**    **(b) (6)**
**(b) (6)**        Schaffer, Gregory; Stempfley, Roberta; Delaney, David; Dean, Nicole
M;    **(b) (6)**      R.
Subject: RE: Opt In DIB Pilot

Substituting **(b) (6)** correct email address. phil

-----Original Message-----
From: Reitinger, Philip          **(b) (6)**
Sent: Thursday, January 20, 2011 8:38 AM
To: Butler, Robert J SES OSD POLICY;    **(b) (6)**      Reitinger, Philip R; Baker, James
A. (ODAG) (SMO)
Cc:    **(b) (6)**                 **(b) (6)**        Schleien, Steven, SES,
OSD-POLICY;   **(b) (6)**   Mr, DoD OGC;   **(b) (6)**   DISL OSD POLICY; **(b)(3)-P.L. 86-36**;
**(b) (6)**              **(b) (6)**        Schaffer, Gregory; Stempfley, Roberta;
Delaney, David; Dean, Nicole M
Subject: RE: Opt In DIB Pilot

2

01212



```
-----Original Message-----
From: Butler, Robert J SES OSD POLICY          (b) (6)
Sent: Thursday, January 20, 2011 6:45 AM
To:           (b) (6)                (b) (6)              Baker, James A.
(ODAG) (SMO)
Cc:              (b) (6)              '          (b) (6)        Schleien, Steven,
SES, OSD-POLICY;      (b) (6)      Mr, DoD OGC;      (b) (6)    DISL OSD POLICY;
(b)(3)-P.L. 86-36 ;        (b) (6)         '          (b) (6)
Subject: Opt In DIB Pilot
```

Sincerely, Bob

```
----- Original Message -----
From: Butler, Robert J SES OSD POLICY
Sent: Wednesday, January 19, 2011 08:08 PM
To: 'Painter, Christopher' <              (b) (6)
'Reitinger, Philip' <          (b) (6)        'McConnell, Bruce'
<          (b) (6)          |          (b) (6)    |          (b) (6)              (b) (6)
<          (b) (6)          <          (b) (6)          Chipman, Jason (SMO)
<Jason.Chipman@usdoj.gov>
Cc:        (b) (6)          CIV, OSD-POLICY; Schleien, Steven, SES, OSD-POLICY;      (b) (6)      HON
OSD POLICY
Subject: Defense Cyber 3.0 Meeting -- On for Tomorrow
```

Sincerely, Bob

3

01213



Cheers/ (b)

(b) (6)
Associate General Counsel
DoD Office of the General Counsel
Direct: (b) (6)
(b) (6)

CAUTION: Information contained in this message may be protected by the attorney/client,
attorney work product, deliberative process or other privileges. Do not disseminate further
without approval from the Office of the DoD General Counsel.

-----Original Message-----
From: (b) (6) CTR NII/DoD-CIO
Sent: Wednesday, March 23, 2011 4:38 PM
To: (b) (6)
(b) (6)

(b)(3)-P.L. 86-36                                        (b) (6)        DoD OGC; (b)
HQE NII/DoD-CIO; Guissanie, Gary, SES, NII/DoD-CIO;        (b) (6)     CIV NII/DoD-
CIO; (b) (6)        CTR NII/DoD-CIO; (b) (6)        DISL NII/DoD-CIO;
(b)(3)-P.L. 86-36    (b) (6)    DISL OSD POLICY; (b)
(b) (6)    CTR NII/DoD-CIO; (b) (6)        (b) (6)        'Brown Chad Civ DC3'
Subject: DIB Opt - In Pilot Meeting, April 4, 2011

Dear DIB Partners,

2

01214



Sent on behalf of
(b) (6)
Director, DIB CS/IA

01215

(b) (6)

| | |
|---|---|
| **From:** | Reitinger, Philip |
| **Sent:** | Wednesday, January 19, 2011 9:58 AM |
| **To:** | Brown, Michael A. RADM; Delaney, David; McConnell, Bruce; Schaffer, Gregory; Stempfley, Roberta; McDermott, Thomas M |
| **Cc:** | Gillis, Ryan M;   (b) (6)   Dean, Nicole M |
| **Subject:** | RE: DIB -- DOJ Comments on COA 2 |

S2 is comfortable w/COA2 as a first step to move to COA1 IF justice can't address the 2511 issue in a timely way (90 days) AND we have transparency of what the government is doing.

---

**From:** Brown, Michael A. RADM
**Sent:** Wednesday, January 19, 2011 7:52 AM
**To:** Delaney, David; Reitinger, Philip; McConnell, Bruce; Schaffer, Gregory; Stempfley, Roberta; McDermott, Thomas M
**Cc:** Gillis, Ryan M;   (b) (6)   Dean, Nicole M
**Subject:** RE: DIB -- DOJ Comments on COA 2

Sir,



(b) (5)

v/r,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate
Department of Homeland Security
   (b) (6)   Fort Meade)
   (b) (6)   (Arlington)

---

**From:** Delaney, David
**Sent:** Tuesday, January 18, 2011 9:07 PM
**To:** Reitinger, Philip; McConnell, Bruce; Schaffer, Gregory; Stempfley, Roberta; Brown, Michael A. RADM; McDermott, Thomas M
**Cc:** Gillis, Ryan M;   (b) (6)
**Subject:** FW: DIB -- DOJ Comments on COA 2

1

01216

Forwarding DOJ's write-up related to COA2. We will digest this tomorrow and be available for discussion.

(b) (5)

David

**From:** Chipman, Jason (SMO) [mailto:Jason.Chipman@usdoj.gov]
**Sent:** Tuesday, January 18, 2011 7:43 PM
**To:** (b)(3)-P.L. 86-36 ‎ (b) (6) ‎ (b) (6) ‎ (b) (6) Mr, DoD OGC'; (b) (6) L.; (b) (6) Mr, DoD OGC; (b) (6) Painter, Christopher; Delaney, David (DHS)
**Cc:** Baker, James A. (ODAG) (SMO); Thompson, Karl (SMO); (b) (6) (NSD) (SMO); (b) (6), (b) (7)(C) (CRM)
**Subject:** DIB -- DOJ Comments on COA 2

All:

Attached you'll find our comments concerning the agency issue and the revised DIB proposal. Please don't hesitate to contact us with questions and concerns.

Jason

<< File: DIB -- DOJ Comments on COA 2 -- January 18 2011.doc >>

01217

██████ (b) (6) ██████

| From: | Brown, Michael A. |
| Sent: | Monday, August 30, 2010 8:15 AM |
| To: | Delaney, David; Callahan, Mary Ellen |
| Cc: | Palmer, David |
| Subject: | RE: DIB and Einstein |

David,

████████████████████ (b) (5) ████████████████████

. We've been involved in all of this.

v/r,
MAB

Mike Brown
RADM, USN
Deputy Assistant Secretary
Cybersecurity and Communications
United States Department of Homeland Security
██ (b) (6) ██

-----Original Message-----
From: Delaney, David
Sent: Monday, August 30, 2010 7:39 AM
To: Brown, Michael A.; Callahan, Mary Ellen
Cc: Palmer, David
Subject: Fw: DIB and Einstein

Mike and Mary Ellen,

Below is a string indicating that NSA is to give an Einstein 3 briefing to the Priv/CRCL sub-
IPC Sep 7 at Tim Edgar's request. Can't tell from this string how DHS is plugged in.  DoD
Director of Priv/CRCL is seeking background TU info from NSA counsel and others. If either of
you would like DHS OGC support in any way just let me know.


David Delaney
C: ██ (b) (6) ██

----- Original Message -----
From: Reheuser, Michael E SES OSD ODAM/DPCLO ███████ (b) (6) ███████
To: ██(b)(3)-P.L. 86-36██ ██(b)(3)-P.L. 86-36██ ██(b)(3)-P.L. 86-36██ (b)(3)-P.L. 86-36 ; Bowden, Stacey L.
██ (b) (6) ██
Cc: Olsen, Matthew G  (b)(3)-P.L. 86-36 ;  (b)(3)-P.L. 86-36   (b)(3)-P.L. 86-36 ; (b)(3)-P.L. 86-36
(b)(3)-P.L. 86-36  (b)(6)-P.L. 86-36| (b)(3)-P.L. 86-36  (b)(3)-P.L. 86-36  (b)(3)-P.L. 86-36
Delaney, David     (b) (6)        (b)(3)-P.L. 86-36   (b)(3)-P.L. 86-36   (b)(3)-P.L. 86-36
██ (b)(3)-P.L. 86-36
Sent: Mon Aug 30 07:29:33 2010
Subject: RE: DIB and Einstein

(b)(3)-P.L. 86-36  Stacey

1

01218

Attached is the updated calendar for the sub-IPC. My earlier email to you did not accurately reflect what NSS wants NSA to do on Tuesday, Sep 7th.
What NSS wants is set out below:

(b) (5)

I would appreciate if we could work out a (b)(3)-P.L. 86-36 briefing in advance of the Sept 7th meeting, if at all possible.

Thanks again.

Mike


-----Original Message-----
From: (b)(3)-P.L. 86-36    (b)(3)-P.L. 86-36
Sent: Friday, August 27, 2010 3:09 PM
To: Reheuser, Michael E SES OSD ODAM/DPCLO
Cc: Olsen, Matthew G; Reynolds, Patrick ; (b)(3)-P.L. 86-36 (b)(6)-P.L. 86-36 Bowden, Stacey L.; (b)(3)-P.L. 86-36 ; (b)(3)-P.L. 86-36 ; Delaney, David; (b)(3)-P.L. 86-36 (b)(3)-P.L. 86-36
Subject: RE: DIB and Einstein

Mike

Yes, I highly recommend that you get a (b)(3)-P.L. 86-36 briefing before the sub-IPC.
By this email, I am alerting (b)(3)-P.L. 86-36 with a request that he work with Stacey Bowden of my office on scheduling. (b)(3)-P.L. 86-36 will be cover the briefing for my office while I am on leave next week.

I was unaware that NSA is slated to brief the sub-IPC on EINSTEIN 3 on 7 Sept. Will check on that on this end. (b)(3)-P.L. 86-36 of my office has been attending these to back-bench our representative (b)(3)-P.L. 86-36.

(b)(3)-P.L. 86

-----Original Message-----
From: Reheuser, Michael E SES OSD ODAM/DPCLO (b) (6)
Sent: Friday, August 27, 2010 2:53 PM
To: (b)(3)-P.L. 86-36
Cc: Olsen, Matthew G; Reynolds, Patrick ; (b) (6) DoD OGC
Subject: RE: DIB and Einstein

John

(b) (5)

Thanks again.

Mike

01219

-----Original Message-----
From: (b)(3)-P.L. 86-36    (b)(3)-P.L. 86-36
Sent: Friday, August 27, 2010 9:23 AM
To: Reheuser, Michael E SES OSD ODAM/DPCLO
Cc: Olsen, Matthew G;  (b)(3)-P.L. 86-36  ;   (b) (6)   DoD OGC
Subject: Re: DIB and Einstein

Mike

Sure.  I would suggest that you get a briefing on (b)(3)-P.L. 86-36 and we can check on the technical
briefer's availability.

From the legal side, I need to tell you I am on leave next week.  I have a very capable staff
who can meet with you.  If your timetable would permit doing it the week after I would be
happy to meet with you.

Please let me know how you would like to proceed.

(b)(3)-P.L. 8
------Original Message------
From: REHEUSER.MICHAEL.E.1030889599
To: (b)(3)-P.L. 86-36
Subject: RE: DIB and Einstein
Sent: Aug 27, 2010 8:52 AM

(b)(3)-P.L. 8
Thank you. Could I come up to NSA next week and get a briefing?

Mike


Michael E. Reheuser
Director
Defense Privacy and Civil Liberties Office
1901 South Bell Street,   (b) (6)
Arlington, VA 22202-4512
    (b) (6)
        (b) (6)




-----Original Message-----
From: (b)(3)-P.L. 86-36    (b)(3)-P.L. 86-36
Sent: Friday, August 27, 2010 8:41 AM
To:    (b) (6)    DoD OGC; Reheuser, Michael E SES OSD ODAM/DPCLO
Cc:    (b) (6)    DoD OGC; Olsen, Matthew G;  (b)(3)-P.L. 86-36
Subject: Re: DIB and Einstein

Mike

Happy to help any way I can.

(b)(3)-P.L. 8

3

01220
----- Original Message -----
From: ████ (b) (6) ████ DoD OGC ████ (b) (6) ████
To: Reheuser, Michael E SES OSD ODAM/DPCLO ████ (b) (6) ████
Cc: ████ (b) (6) ████ DoD OGC < ████ (b) (6) ████ (b)(3)-P.L. 86-36 ██
Sent: Fri Aug 27 07:18:57 2010
Subject: RE: DIB and Einstein

Mike,

Let's start with an introduction by the attorney experts on these two topics, and then they
can point you in the right direction for any further detail you may need.

██ (b) (6) ██ is our expert for the .dib initiatives, and (b)(3)-P.L. 86-36 is our expert on
Einstein.

v/r,
(b) (6)

-----Original Message-----
From: Reheuser, Michael E SES OSD ODAM/DPCLO
Sent: Thursday, August 26, 2010 6:47 PM
To: Sharp, Gary, Mr, DoD OGC
Subject: DIB and Einstein

(b) (6)

I'm trying to get some more info on these 2 projects.
Can you recommend someone I can speak with to get a briefing?

Thanks.

Mike

----- Original Message -----
From: Reheuser, Michael E CIV OSD DPO
To: ██ (b) (6) ██

------Original Message Truncated------

4

01221

**(b) (6)**

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Tuesday, October 25, 2011 2:44 PM |
| **To:** | McConnell, Bruce; McDermott, Thomas M; Brown, Michael A. RADM; Stempfley, Roberta |
| **Cc:** | Parkinson, Deborah; Goode, Brendan |
| **Subject:** | RE: DIB Evaluation |

Bruce,

**(b) (5)**

Nicole

-----Original Message-----
From: McConnell, Bruce
Sent: Monday, October 24, 2011 6:03 PM
To: Dean, Nicole M; McDermott, Thomas M; Brown, Michael A. RADM; Stempfley, Roberta
Cc: Parkinson, Deborah; Goode, Brendan
Subject: RE: DIB Evaluation

**(b) (5)**

-----Original Message-----
From: Dean, Nicole M
Sent: Monday, October 24, 2011 5:42 PM
To: McDermott, Thomas M; McConnell, Bruce; Brown, Michael A. RADM; Stempfley, Roberta
Cc: Parkinson, Deborah; Goode, Brendan
Subject: Re: DIB Evaluation

Tom
We don't have the presentation yet or report yet. We asked both NSA and CM.

Nicole

----- Original Message -----
From: McDermott, Thomas M
Sent: Monday, October 24, 2011 05:35 PM
To: McConnell, Bruce; Brown, Michael A. RADM; Stempfley, Roberta; Dean, Nicole M
Cc: Parkinson, Deborah; Goode, Brendan
Subject: FW: DIB Evaluation

**(b) (5)**

01222

(b) (5)

I will be on blackberry tonight if folks want to discuss further.

_____

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:          (b) (6)
blackberry:    (b) (6)
        (b) (6)

-----Original Message-----
From:    (b) (6)    DISL OSD POLICY        (b) (6)
Sent: Monday, October 24, 2011 4:54 PM
To:    (b) (6)    DoD OGC; McDermott, Thomas M
Cc:    (b) (6)    CIV OSD POLICY
Subject: RE: DIB Evaluation

(b) (6)/Thomas,
All I have are hard copy slides we had for today's meeting.  Bill Wilson, the team lead, is
changing those right now based on the discussion today.  He has promised final slides
tomorrow morning so I can get it to (b) (6) at NSS as a Read Ahead for the IPC.  I could
scan the ones I have from today.
v/r
(b) (6)

    (b) (6)
Defense Intelligence Senior Leader (DISL)
Senior Advisor for Cyber Policy

Pentagon    (b) (6)
    (b) (6)

-----Original Message-----
From:    (b) (6)    DoD OGC
Sent: Monday, October 24, 2011 4:24 PM
To: 'McDermott, Thomas M'
Cc:    (b) (6)    CIV OSD POLICY;    (b) (6)    DISL OSD POLICY

2

01223

Subject: RE: DIB Evaluation

I saw some hardcopy slides today at a prep for ▮(b) (6)▮ -- I don't have them electronically
... not sure if ▮(b) (6)▮ have electrons... guys?  If anything else came in besides that,
I haven't seen it

▮(b) (6)▮
Associate General Counsel
DoD Office of the General Counsel
Direct: ▮(b) (6)▮
▮(b) (6)▮

CAUTION: Information contained in this message may be protected by the attorney/client,
attorney work product, deliberative process or other privileges. Do not disseminate further
without approval from the Office of the DoD General Counsel.


-----Original Message-----
From: McDermott, Thomas M ▮(b) (6)▮
Sent: Monday, October 24, 2011 10:23 AM
To: ▮(b) (6)▮ DoD OGC
Subject: DIB Evaluation

▮(b) (5)▮


_____

Thomas M. McDermott

Office of the General Counsel

U.S. Department of Homeland Security,

National Protection and Programs

desk: ▮(b) (6)▮

blackberry: ▮(b) (6)▮

▮(b) (6)▮ <mailto: ▮(b) (6)▮

01228

████████ (b) (6) ████████

| | |
|---|---|
| From: | Dean, Nicole M |
| Sent: | Thursday, July 07, 2011 10:56 AM |
| To: | McDermott, Thomas M |
| Subject: | RE: DPIAC engagement for DIB Pilot evaluation criteria input |

It is, but I plan to ask Pete how we engage them to get there thoughts anyway, so that's why
██ (b) (6) ██ is reaching out to you.

-----Original Message-----
From: McDermott, Thomas M
Sent: Thursday, July 07, 2011 7:32 AM
To: Dean, Nicole M
Subject: Fw: DPIAC engagement for DIB Pilot evaluation criteria input

████████████ (b) (5) ████████████

Thomas McDermott
Office of the General Counsel
U.S. Department of Homeland Security
ph:   ████ (b) (6) ████
bb:   ████ (b) (6) ████
Sent from my blackberry device

----- Original Message -----
From: ████ (b) (6) ████ DoD OGC ████ (b) (6) ████
Sent: Thursday, July 07, 2011 05:52 AM
To: '████ (b) (6) ████ ██████ 'Dean, Nicole M' ████ (b) (6) ████
        (b)(6)-P.L. 86-36
Cc: ██ (b) (6) ██ █ ████ (b) (6) ████ 'McDermott, Thomas M'
<          'Delaney, David (DHS OGC)' ████ (b) (6) ████
Subject: RE: DPIAC engagement for DIB Pilot evaluation criteria input

I appreciate the vote of confidence.  I will be happy to help out to best of my ability.
While bumbling around as front-line [DoD] legal advisor to the DIB program (including opt-in
pilot) I've been able to engage on a pretty good sampling of the various issues and elements.

With that said, I reckon there are other DoD players that can contribute just as well, so
I'll be looking to ensure that we've got the right/best reps to participate --
notwithstanding my name being tossed in the ring first.

As this is first I'm hearing about specific engagement with DPIAC, I'm at a bit of a loss re
any particular schedule of events ... please let me know what's next.

Thanks!
/██ (b) (6) ██

████ (b) (6) ████
Associate General Counsel
DoD Office of the General Counsel
Direct:   ████ (b) (6) ████
████ (b) (6) ████

1

01229

CAUTION: Information contained in this message may be protected by the attorney/client, attorney work product, deliberative process or other privileges. Do not disseminate further without approval from the Office of the DoD General Counsel.


-----Original Message-----
From: ████ (b) (6) ████         ████ (b) (6) ████████████
Sent: Wednesday, July 06, 2011 4:45 PM
To: Dean, Nicole M; (b)(6)-P.L. 86-36 ████   ████ (b) (6) ████   DoD OGC
Cc: ████ (b) (6) ████
Subject: DPIAC engagement for DIB Pilot evaluation criteria input

Nicole,

If DHS's Data Privacy and Integrity Advisory Committee (DPIAC) work on Einstein Implementation can give you useful insights for additional DIB Pilot evaluation criteria that can help DHS make future decisions about the model for E3 and expansion to other sectors, then you should certainly include their recommendations in the DHS list of evaluation criteria.


In our conversation earlier, ████(b)(6)-P.L. 86 indicated she does not object to this engagement. She suggests ████ (b) (6) ████ would be the best DoD representative given his familiarity with the Pilot and his work on the PIA if you need someone from DoD there.


Thanks,

Jen

2

01230

**(b) (6)**

From:        Dean, Nicole M
Sent:        Tuesday, November 23, 2010 11:04 AM
To:          McDermott, Thomas M; Eberle, Carole
Cc:          Delaney, David
Subject:     RE: Meeting on DIB

Thanks for the update Tom.        **(b) (6)**

-----Original Message-----
From: McDermott, Thomas M
Sent: Tuesday, November 23, 2010 10:58 AM
To: Eberle, Carole
Cc: Dean, Nicole M; Delaney, David
Subject: Re: Meeting on DIB

**(b) (6)**

**(b) (5)**

Thomas McDermott
Office of the General Counsel
U.S. Department of Homeland Security
ph:    **(b) (6)**    *New phone number*
bb:    **(b) (6)**
Sent from my blackberry device

----- Original Message -----
From: Eberle, Carole

1

01231

Sent: Tuesday, November 23, 2010 08:31 AM
To: McDermott, Thomas M
Subject: FW: Meeting on DIB

Hi Tom,

    ██████ (b) (6) ██████

Did you listen in on yesterday's call?  I've reached out to ██████ as well.  If you have any
details on this afternoon's meeting/call, please pass it on.

Thank you,

Carole

-----Original Message-----
From: Delaney, David
Sent: Monday, November 22, 2010 5:29 PM
To: Eberle, Carole
Cc:     ██████ (b) (6) ██████
Subject: Re: Meeting on DIB

I did not receive any details on the call tomorrow, Carole.  ████████████
████████████ (b)(6)-P.L. 86-36 ████████████

David Delaney
C:  ██████ (b) (6) ██████

----- Original Message -----
From: Eberle, Carole
Sent: Monday, November 22, 2010 03:45 PM
To: Delaney, David
Cc:     ██████ (b) (6) ██████
Subject: FW: Meeting on DIB

Hi David,

████████████████████████████████████████████████████████████

Thank you,
Carole


-----Original Message-----
From: Dean, Nicole M
Sent: Monday, November 22, 2010 1:15 PM
To: Eberle, Carole
Cc:     ██████ (b) (6) ██████
Subject: FW: Meeting on DIB

████████████████████████████████████████████  Once we have it, will
need to put on my calendar.

Thanks,

2

01232

Nicole

-----Original Message-----
From: Delaney, David
Sent: Sunday, November 21, 2010 4:23 PM
To: Reitinger, Philip; Schaffer, Gregory; Brown, Michael A. RADM; Stempfley, Roberta; Dean, Nicole M
Cc: McConnell, Bruce; McDermott, Thomas M; Ludtke, Meghan; (b) (6)
Subject: Fw: Meeting on DIB

(b) (5)

David Delaney
C: (b) (6)

----- Original Message -----
From: (b) (6)   Mr, DoD OGC   (b) (6)
Sent: Sunday, November 21, 2010 01:44 PM
To: (b) (6), (b) (7)(C)   (b) (6), (b) (7)(C)   ; Singdahlsen, Jeffrey (SMO); Renan, Daphna (SMO); 'Delaney, David'   (b) (6)   Thompson, Karl (SMO);
(b) (6)   '   (b) (6)   Baker, James A. (ODAG) (SMO);
Chipman, Jason (SMO)
Cc: (b) (6)   DoD OGC   (b) (6)   ; 'McDermott, Thomas M'
< (b) (6)   (b) (6)   DoD OGC   (b) (6)   (b) (6)
(b) (6)   DoD OGC <   (b) (6)   (b)(3)-P.L. 86-36
(b)(3)-P.L. 86-36   'Olsen, Matthew G'   (b)(3)-P.L. 86-36 ; Cedarbaum,
Jonathan (SMO)
Subject: RE: Meeting on DIB

 I have attached the DIB banners that we have discussed so far, plus a new one (below the line) provides greater specificity on what the nature of the Government involvement is.  I am waiting to hear from NSA whether this causes concern due to its specificity, so this is just an idea at the moment rather than a proposal, but I certainly would be interested in your views as to its adequacy.  I have no real idea whether the DIB members would find this approach more acceptable, but it strikes me as plausible that they would, and the more choice we can provide the better.

(b) (5)

Looking forward to meeting with you.

(b) (6)

3

01233

```
-----Original Message-----
From: ███████(b) (6)███████ DoD OGC
Sent: Friday, November 19, 2010 3:43 PM
To: █(b) (6), (b) (7)(C)█ █(b)(3)-P.L. 86-36█ █(b)(3)-P.L. 86-36█ █(b) (6)█ DoD OGC;
    ███(b) (6)███ Mr, DoD OGC; 'Delaney, David'
Cc: 'Jeffrey.Singdahlsen@usdoj.gov'; 'Daphna.Renan2@usdoj.gov'; 'Karl.Thompson@usdoj.gov';
    ██████(b) (6)██████ 'James.A.Baker@usdoj.gov'; 'Jason.Chipman@usdoj.gov';
    ███(b) (6)███ DoD OGC; 'McDermott, Thomas M'
Subject: RE: Meeting on DIB
(b) (6), (b) (7)(C)
```

Unless you hear differently, all logistics will be the same as last time (see PS of this
message). I've copied ███(b) (6)███ ( ███(b) (6)███ keeper), for confirmation of, or any
deviations from, this plan.

May I ask who all will be joining us?

Please note that I'm inviting David *G.* Delaney also.

Cheers/ ███(b) (6)███

PS- Here's excerpt from ███(b) (6)███ message for our last meeting:

---

███(b) (6)███ office is located between the Mall and River Entrances of the Pentagon. We are
in room █(b) (6)█ If you are arriving in a government car you can be dropped off at either
entrance. If you do not have a Pentagon badge, you will need an escort to get in the
building. When you arrive at the building, and if you need an escort, please call and
someone will come and escort you to the office. If you are arriving via Metro and do not
have a Pentagon badge, you will have to go through the security line outside the building.
To get through security, you will need two forms of identification (an ID with a photo and a
credit card--or something else with your name on it). After clearing security outside the
Metro Entrance if you do not have a badge, you will need an escort from the Visitor's Waiting
Area which is located just inside the Pentagon (to the left before the turnstiles). If you
need an escort, please call the office while you are in line outside the building and someone
from the office will start walking to the Visitor's Waiting Area (about a 5 minute walk from
the office).

Please arrive about 15-20 minutes early to clear security and walk to the office from the
Metro Entrance. The Mall and River Entrances are only a minute from the office but you will
still need two forms of identification.

Let me know how you plan to arrive and if you will need an escort.

███(b) (6)███
Office of the General Counsel
   of the Department of Defense
COMM: ███(b) (6)███
DSN: ███(b) (6)███
FAX: ███(b) (6)███
--endPS


███(b) (6)███
Associate General Counsel
DoD Office of the General Counsel
Direct: ███(b) (6)███
        ███(b) (6)███

                                    4

01234

CAUTION: Information contained in this message may be protected by the attorney/client, attorney work product, deliberative process or other privileges. Do not disseminate further without approval from the Office of the DoD General Counsel.


-----Original Message-----
From: (b) (6), (b) (7)(C)       (b) (6), (b) (7)(C)
Sent: Friday, November 19, 2010 3:19 PM
To:      (b) (6)      Mr, DoD OGC; (b)(3)-P.L. 86-36 (b)(3)-P.L. 86-36
Cc: Jeffrey.Singdahlsen@usdoj.gov; Daphna.Renan2@usdoj.gov; Karl.Thompson@usdoj.gov;
          (b) (6)          James.A.Baker@usdoj.gov; Jason.Chipman@usdoj.gov
Subject: Re: Meeting on DIB


(b) (6)

You can switch to pens.  We're set on this side.  Let's say 3:00 on Monday.  Should we arrive at the same entrance as last time?

(b) (6), (b) (7)(C)

----- Original Message -----
From:      (b) (6)      DoD OGC <          (b) (6)
To: (b) (6), (b) (7)(C) '      (b)(3)-P.L. 86-36           (b)(3)-P.L. 86-36
Cc: 'Jeffrey.Singdahlsen@usdoj.gov' <Jeffrey.Singdahlsen@SMOJMD.USDOJ.gov>;
'Daphna.Renan2@usdoj.gov' <Daphna.Renan@SMOJMD.USDOJ.gov>; 'Karl.Thompson@usdoj.gov'
<Karl.Thompson@SMOJMD.USDOJ.gov>;          (b) (6)
          (b) (6)              'James.A.Baker@usdoj.gov'
<James.A.Baker@SMOJMD.USDOJ.gov>; 'Jason.Chipman@usdoj.gov' <Jason.Chipman@SMOJMD.USDOJ.gov>
Sent: Fri Nov 19 14:45:35 2010
Subject: RE: Meeting on DIB

Yes -- pencils have been deployed to calendars...

          (b) (6)
Associate General Counsel
DoD Office of the General Counsel
Direct:      (b) (6)
          (b) (6)


CAUTION: Information contained in this message may be protected by the attorney/client, attorney work product, deliberative process or other privileges. Do not disseminate further without approval from the Office of the DoD General Counsel.


-----Original Message-----
From: (b) (6), (b) (7)(C)       (b) (6), (b) (7)(C)
Sent: Friday, November 19, 2010 2:38 PM
To:      (b) (6)      Mr, DoD OGC; (b)(3)-P.L. 86-36 (b)(3)-P.L. 86-36
Cc: Jeffrey.Singdahlsen@usdoj.gov; Daphna.Renan2@usdoj.gov; Karl.Thompson@usdoj.gov;
          (b) (6)          James.A.Baker@usdoj.gov; Jason.Chipman@usdoj.gov
Subject: Re: Meeting on DIB


(b) (6)

We don't have it locked in yet, but we're trending toward 3:00. Can we tentatively say 3:00 to 5:00 (it may not take that long) and I'll be back to confirm?

5

01235

Also, we'd be happy to meet at the same location at the Pentagon as last time. Thanks.

[b) (6), (b) (7)(C)]

---

From: [(b) (6)], DoD OGC <[(b) (6)]
To: [(b) (6), (b) (7)(C)]        [(b)(3)-P.L. 86-36]        [(b)(3)-P.L. 86-36]
Cc: 'Jeffrey.Singdahlsen@usdoj.gov' <Jeffrey.Singdahlsen@SMOJMD.USDOJ.gov>;
'Daphna.Renan2@usdoj.gov' <Daphna.Renan@SMOJMD.USDOJ.gov>; 'Karl.Thompson@usdoj.gov'
<Karl.Thompson@SMOJMD.USDOJ.gov>;        [(b) (6)]
       [(b) (6)]            'James.A.Baker@usdoj.gov'
<James.A.Baker@SMOJMD.USDOJ.gov>; 'Jason.Chipman@usdoj.gov' <Jason.Chipman@SMOJMD.USDOJ.gov>
Sent: Fri Nov 19 13:46:59 2010
Subject: Re: Meeting on DIB


Yes, please. In fact, if schedules align, [(b) (6)] would like to attend.

[(b) (6)] is available any time other than 1300-1345 and 1430-1500 (and this latter event can
be overcome if necy).

We may be able to host - if that's convenient. Same place as last time.

You guys?

Cheers / [(b) (6)]

[Sent from wireless handheld]

CAUTION: Information contained in this message may be protected by the attorney/client,
attorney work product, deliberative process or other privileges. Do not disseminate further
without approval from the Office of the DoD General Counsel.


From: [(b) (6), (b) (7)(C)]        [(b) (6), (b) (7)(C)]
Sent: Thursday, November 18, 2010 06:58 PM
To:        [(b)(3)-P.L. 86-36]        [(b) (6)]        DoD OGC; [(b)(3)-P.L. 86-36]
[(b)(3)-P.L. 86-36]
Cc: Singdahlsen, Jeffrey (SMO) <Jeffrey.Singdahlsen@usdoj.gov>; Renan, Daphna
<Daphna.Renan2@usdoj.gov>; Thompson, Karl (SMO) <Karl.Thompson@usdoj.gov>;        [(b) (6)]
(SMO)        [(b) (6)]        Baker, James A. (ODAG) <James.A.Baker@usdoj.gov>;
Chipman, Jason (SMO) <Jason.Chipman@usdoj.gov>
Subject: Meeting on DIB


[(b)(3)-P.L. 86-36] [(b) (6)] and [(b)(3)-P.L. 86-36]


[(b) (5)]



(b) (5)

Best,

(b) (6), (b) (7)(C)

01239

██ (b) (6) ██

| | |
|---|---|
| **From:** | Dean, Nicole M |
| **Sent:** | Friday, March 25, 2011 3:50 PM |
| **To:** | Sand, Peter; Brown, Michael A. RADM; McDermott, Thomas M; McNeely, James |
| **Cc:** | Delaney, David; ██ (b) (6) ██ ██ (b) (6) ██ (b)(3)-P.L. 86-36 |
| **Subject:** | RE: PA DIB Pilot Briefing Card 2011-03-17.doc |

Pete,
DHS has limited participation in this pilot.  This is primarily a DOD pilot, so I don't see
us doing a PIA for this. ████████ (b) (5) ████████

Nicole

-----Original Message-----
From: Sand, Peter
Sent: Friday, March 25, 2011 11:30 AM
To: Brown, Michael A. RADM; Dean, Nicole M; McDermott, Thomas M; McNeely, James
Cc: Delaney, David; ██ (b) (6) ██ ; ██ (b) (6) ██ (b)(6)-P.L. 86-36
Subject: RE: PA DIB Pilot Briefing Card 2011-03-17.doc

Sir,

Is there a subject matter expert we can work with?  I'd like to learn more about what DHS's
role is and what info would be coming over to DHS.

Any idea of timing?

████████████ (b) (5) ████████████

Pete
------
Peter E. Sand, J.D., CIPP/G
Director of Privacy Technology
Department of Homeland Security
voice: ██ (b) (6) ██  pager: ██ (b) (6) ██ ██ (b) (6) ██  www.dhs.gov/privacy
------


-----Original Message-----
From: Brown, Michael A. RADM
Sent: Thursday, March 24, 2011 4:25 PM
To: Dean, Nicole M; McDermott, Thomas M; McNeely, James; Sand, Peter
Cc: Delaney, David; ██ (b) (6) ██ ; ██ (b) (6) ██ (b)(6)-P.L. 86-36
Subject: RE: PA DIB Pilot Briefing Card 2011-03-17.doc

Tom,

While the paper DC isn't sked - they are working to lock down ISPs and companies. I don't
know if that has happened yet this week.

v/r,
MAB

1

01240

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
(b) (6)       Fort Meade)
(b) (6)       (Arlington)

-----Original Message-----
From: Dean, Nicole M
Sent: Thursday, March 24, 2011 3:35 PM
To: McDermott, Thomas M; Brown, Michael A. RADM; McNeely, James; Sand, Peter
Cc: Delaney, David;  (b) (6)  ;  (b) (6)  ; (b)(6)-P.L. 86-36
Subject: RE: PA DIB Pilot Briefing Card 2011-03-17.doc

Not yet.                          (b) (5)

-----Original Message-----
From: McDermott, Thomas M
Sent: Thursday, March 24, 2011 3:31 PM
To: Brown, Michael A. RADM; McNeely, James; Sand, Peter
Cc: Delaney, David;  (b) (6)  Dean, Nicole M;  (b) (6)  ; (b)(6)-P.L. 86-36
Subject: RE: PA DIB Pilot Briefing Card 2011-03-17.doc

(b) (5)

_____

Thomas M. McDermott
Office of the General Counsel
U.S. Department of Homeland Security,
National Protection and Programs
desk:         (b) (6)        *Please note the new phone number*
blackberry:   (b) (6)
     (b) (6)

-----Original Message-----
From: Brown, Michael A. RADM
Sent: Thursday, March 24, 2011 3:03 PM
To: McNeely, James; Sand, Peter
Cc: Delaney, David; McDermott, Thomas M;  (b) (6)  ; Dean, Nicole M;  (b) (6)
(b)(6)-P.L. 86-36
Subject: FW: PA DIB Pilot Briefing Card 2011-03-17.doc

Team,

(b) (5)

v/r,
MAB

Mike Brown

2

01241

RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
(b) (6)      Fort Meade)
(b) (6)   (Arlington)


-----Original Message-----
From: Kudwa, Amy
Sent: Friday, March 18, 2011 1:35 PM
To: McConnell, Bruce; Brown, Michael A. RADM; Denning, John; (b) (6)   (b) (6)

Subject: FW: PA DIB Pilot Briefing Card 2011-03-17.doc

With the caveat that I know everyone is stretched very thin right now, I received these DIB
pilot TPs from DoD OPA this morning and they're seeking our input.

In speaking with (b) (6), they're not really getting incoming on this, but want to have
something in the can for future use. She understands our operational posture at present, and
so agreed that our getting back to her on Monday was fine. Can we internally aim for 10 a.m.
Monday?

Thanks,
Amy


-----Original Message-----
From:      (b) (6)      OSD PA      (b) (6)
Sent: Friday, March 18, 2011 11:32 AM
To: 'Kudwa, Amy'
Subject: PA DIB Pilot Briefing Card 2011-03-17.doc

Amy,

As discussed yesterday, attached is DoD's DIB Opt In Pilot briefing card.  The messages come
from the coordinated communication plan that you all coordinated on, so there is nothing new.

V/r..(b) (6)

01245

**(b) (6)**

From:      Brown, Michael A. RADM
Sent:      Thursday, March 17, 2011 9:15 AM
To:        McConnell, Bruce; Beers, Rand; Reitinger, Philip; Schaffer, Gregory; Stempfley, Roberta;
           Kudwa, Amy
Subject:   RE: Update - Opt in DIB Pilot

Bruce,

**(b) (5)**

Cheers,
Mike

Mike Brown
RADM, USN
Director, Cybersecurity Coordination
National Protection & Programs Directorate Department of Homeland Security
**(b) (6)** Fort Meade)
**(b) (6)** (Arlington)

-----Original Message-----
From: McConnell, Bruce
Sent: Thursday, March 17, 2011 8:08 AM
To: Beers, Rand; Reitinger, Philip; Schaffer, Gregory; Stempfley, Roberta; Brown, Michael A.
RADM; Kudwa, Amy
Subject: FW: Update - Opt in DIB Pilot

I told Bob we are unhappy. Not only Keith, but:

**(b) (5)**

-----Original Message-----
From: Butler, Robert J SES OSD POLICY  **(b) (6)**
Sent: Thursday, March 17, 2011 7:11 AM
To: **(b) (6)** McConnell, Bruce
Cc: **(b) (6)** Johnson, Kim A; **(b) (6)** DISL OSD POLICY; Schleien, Steven, SES,
OSD-POLICY
Subject: FW: Update - Opt in DIB Pilot

**(b) (6)** Bruce: As you know, "announcement" about DIB pilot was not planned as part of
testimony yesterday ... working with our PA now ... **(b) (6)** will be following up with **(b) (6)**
and Kim this AM to ensure comms are re-synched ... MTF ... Sincerely, Bob

-----Original Message-----
From: Whitman, Bryan SES OSD PA
Sent: Thursday, March 17, 2011 6:27 AM
To: **(b)(3)-P.L. 86-36** Butler, Robert J SES OSD POLICY
Cc: **(b) (6)** HON OSD POLICY; **(b) (6)** CIV OSD POLICY; **(b)(3)-P.L. 86-36** **(b) (6)** USA
TF AVALANCHE 3-172 IN; **(b) (6)** DoD OGC; **(b)(3)-P.L. 86-36** **(b) (6)**
CIV SD; **(b) (6)** SD; Nicholson, Larry BGen SD; **(b) (6)** DISL OSD POLICY;
Schleien, Steven, SES, OSD-POLICY

1

01246
Subject: Re: Update - Opt in DIB Pilot

Looks like this did make the news yesterday:

loomberg.com
March 16, 2011

Pentagon To Help Internet Providers Get Military Cyber Tools

By Gopal Ratnam, Bloomberg News

The U.S. Defense Department plans to start a pilot program offering the military's cyber
security tools to Internet service providers for use in detecting and stopping attacks on
their networks.

The Pentagon is drafting a proposal to provide the country's top Internet service providers
with tools and techniques already available to a group of defense contractors for detecting
and fixing cyber attacks, defense officials told █████████████

██████████████████████████████████████ ³with tier-one Internet service providers
and see if we can do what we do with defense contractors,² General Keith Alexander, head of
the U.S. Cyber Command, told the House Armed Services Committee's panel on emerging threats
and capabilities. The program may be expanded to more Internet providers if it proves
successful, he said.

The Pentagon has assembled a group of 40 defense contractors that voluntarily share with the
Defense Department information on attacks on their networks, malware and suspected data
thefts, under a program called the Defense Industrial Base Information Sharing Environment.
In exchange, the companies get help fixing weaknesses in their computer systems.

The same approach may be applied to Internet providers during a 90-day pilot program, James
Miller, the principal deputy undersecretary of defense for policy, told lawmakers. He didn't
specify any companies that may participate in the project.

The program is in a ³formative, pre-liftoff stage,² Miller said in an interview after his
testimony. ³We are working very closely with the Department of Homeland Security on details
of how to proceed.²

The Defense Department also is looking to expand the defense contractors' group to include
more suppliers and is seeking $113 million for the project over the next five years, Miller
said in his prepared testimony.

RETURN TO TOP

2