# Exhibit 5

*Electronic Privacy Information Center v. Department of Homeland Security*
No. 12-00333 (GK)

Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment

Document # 434

01253

TOP SECRET//(b)(1) and (b)(3) P.L. 86-36
DIB Pilot Cybersecurity Assessment 1

# (S/(b)(1) and (b)(3) P.L. 86-36 Attachment A –Guidance for the Protection of Classified Information Used in (b)(3) P.L. 86-36

Last Modified:

31 March 2011

TOP SECRET//(b)(1) and (b)(3) P.L. 86-36

TOP SECRET//(b)(1) and (b)(3) P.L. 86-36

DIB Pilot Cybersecurity Assessment   2

## Contents

1   (U//FOUO) DIB Pilot Security Architecture Purpose ............................................. 3
2   (U//FOUO) Recommendations for Maximized Protection of USG Classified Information ............................................. 4
    2.1   (U) Overall Architecture ............................................. 4
    2.2   (U//FOUO) Gateway Function Architecture ............................................. 6
       2.2.1   (S//[redacted (b)(1) and (b)(3) P.L.]) Incoming SMTP Gateway ............................................. 8
       2.2.2   (S//[redacted (b)(1) and (b)(3) P.L.]) Outgoing DNS Request Gateway ............................................. 9
Appendix A: (U//FOUO) (b)(3) P.L. 86-36 ............................................. 11

TOP SECRET//(b)(1) and (b)(3) P.L. 86-36

# 1 (U) DIB Pilot Security Architecture Purpose

(U//~~FOUO~~) The purpose of the security architecture portion of the network that supports the DIB Pilot processing is to protect the (b)(3) P.L. 86-36 information supplied to the Pilot operational implementers as well as any other equities associated with this information. This document provides a relatively thorough description of the components and configuration that make up the implementation of the (b)(3) P.L. 86-36

~~TOP SECRET~~// (b)(1) and (b)(3) P.L. 86-36

Requirements for the Protection of Classified Information – DIB Cybersecurity Initiative     4

## 2  (U//~~FOUO~~) Recommendations for Maximized Protection of USG Classified Information

### 2.1  (U)  Overall Architecture

(S//[redacted]) First, consider the following diagram in Figure 1. Without effective boundary control, rogue SMTP or DNS functionality cannot be prevented. The main point here is that each DIB member must:

[(b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798]

e.g., in the DIB Pilot, this includes incoming SMTP access and outgoing DNS requests) [(b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798]. What *can* go wrong *will* go wrong.

(S//[redacted]) In Figure 1 – which is intentionally sparse because the following diagrams will fill in some important details – DIB Member A has two (perhaps redundant) ISP connections to the Internet. In practice, it is likely that each DIB Member really has many, differently-controlled interfaces at various points in its network – often because of performance considerations (geography, bandwidth, latency and cost).



Figure 1 – (S//[redacted]) Generic DIB Member Architecture

(U) Figure 2 builds on the above basic architecture.

(S//[redacted]) The salient point here is that in order for each entity to provide commonly-mediated Internet access for the traffic to be protected [(b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798]

~~TOP SECRET~~// (b)(1) and (b)(3) P.L. 86-36

(b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

~~(S/~~(b)(1) and (b)(3) P.L. 86-36) Each member also has the responsibility to ensure that all ISP connections to the commercial Internet are only through (b)(3) P.L. 86-36, (b)(1). Enforcement of this policy – particularly detection of violations – may be problematic, but should be technically feasible. The assurance of such policy is critical.

~~(TS/~~(b)(1) and (b)(3) P.L. 86-36) A critical point of this architecture is that (b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798 (in this case, incoming SMTP and outgoing DNS requests) (b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

~~(TS/~~(b)(1) and (b)(3) P.L. 86-36) In this proposed architecture, we name the (b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

(b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

**Figure 2 – ~~(TS~~//(b)(3) P.L. 86-36, (b)(1)) DIB Gateway Architecture**

01258

~~TOP SECRET//~~(b)(1) and (b)(3) P.L. 86-36

Requirements for the Protection of Classified Information – DIB Cybersecurity Initiative 6

## 2.2 (U//~~FOUO~~) Gateway Function Architecture

~~(TS/~~(b)(1) and (b)(3) P.L. Each gateway must have (b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

~~(TS/~~(b)(1) and (b)(3) P.L. We similarly name these (b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

(b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

~~(S/~~(b)(1) and (b)(3) P.L. Each gateway should be (b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

~~(TS/~~(b)(1) and (b)(3) P.L. Each gateway should (b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

~~(TS/~~(b)(1) and (b)(3) P.L. 86-36 The NSA-provided information should be stored in (b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

~~(TS/~~(b)(1) and (b)(3) P.L. (b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

- (b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

---

[1] ~~(TS~~(b)(1) and (b)(3) P.L. (b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

[2] ~~(S/~~(b)(1) and (b)(3) (b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

~~TOP SECRET//~~(b)(1) and (b)(3) P.L. 86-36

01259

~~TOP SECRET~~//(b)(1) and (b)(3) P.L. 86-36

Requirements for the Protection of Classified Information – DIB Cybersecurity Initiative 7

(b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

~~(TS/~~(b)(1) and (b)(3) P.L. 86-36 (b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798 The importance of this cannot be overemphasized.

(b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

(U//~~FOUO~~) Sneaker net is a basic, but secure communications method when used with proper controls. If more real-time processing of system or network element logs should be desired, they would need to be secured according to their security domain considerations.

~~TOP SECRET~~//(b)(1) and (b)(3) P.L. 86-36

01260

~~TOP SECRET~~//(b)(1) and (b)(3) P.L. 86-36

Requirements for the Protection of Classified Information – DIB Cybersecurity Initiative 8

~~(S/~~/(b)(1) and (b)(3) P.L. Administrative staff should perform the following (b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

- Put the server under official change control.

(b)(1) and (b)(3) P.L. 86-36

- Quickly restore the host to the desired known state as needed.

### 2.2.1 ~~(S//~~(b)(1) and (b)(3) P.L. Incoming SMTP Gateway

~~(TS/~~/(b)(1) and (b)(3) P.L. 86-36 The ideal SMTP gateway data flow:

(b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

~~TOP SECRET//~~(b)(1) and (b)(3) P.L. 86-36

TOP SECRET//(b)(1) and (b)(3) P.L. 86-36

Requirements for the Protection of Classified Information – DIB Cybersecurity Initiative    9

(b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798 [redacted]



### 2.2.2 (S//[(b)(3) P.L. 86-36, (b)(1)]) Outgoing DNS Request Gateway

(TS//[(b)(3) P.L. 86-36, (b)(1)]) The DNS request data flow:

(b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798 [redacted]

TOP SECRET//(b)(1) and (b)(3) P.L. 86-36

01262

~~TOP SECRET~~// (b)(1) and (b)(3) P.L. 86-36

Requirements for the Protection of Classified Information – DIB Cybersecurity Initiative 10

(b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

~~TOP SECRET~~// (b)(1) and (b)(3) P.L. 86-36

01263

~~TOP SECRET~~//(b)(1) and (b)(3) P.L. 86-36

Requirements for the Protection of Classified Information – DIB Cybersecurity Initiative 11

## Appendix A: (U//~~FOUO~~) (b)(3) P.L. 86-36

Table is ~~(TS//~~ (b)(3) P.L. 86-36, (b)(1)

(b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

~~TOP SECRET~~//(b)(1) and (b)(3) P.L. 86-36

01264

~~TOP SECRET~~//(b)(1) and (b)(3) P.L. 86-36

Requirements for the Protection of Classified Information – DIB Cybersecurity Initiative 12

(b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

~~TOP SECRET~~//(b)(1) and (b)(3) P.L. 86-36