# Exhibit 6

*Electronic Privacy Information Center v. Department of Homeland Security*
No. 12-00333 (GK)

Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment

Document # 276

**(b) (6)**

**From:** Dean, Nicole M
**Sent:** Friday, June 17, 2011 2:07 PM
**To:** (b) (6)
**Subject:** FW: Meeting with ISP regarding DiB

Here's the trail on the mtg yesterday.

-----Original Message-----
From: McDermott, Thomas M    (b) (6)
Sent: Thursday, June 16, 2011 8:09 AM
To: Goode, Brendan
Cc: Dean, Nicole M
Subject: Re: Meeting with ISP regarding DiB

[(b) (5) redacted]

Thomas McDermott
Office of the General Counsel
U.S. Department of Homeland Security
ph: (b) (6)
bb: (b) (6)
Sent from my blackberry device

----- Original Message -----
From: Goode, Brendan
Sent: Thursday, June 16, 2011 07:41 AM
To: Delaney, David; McDermott, Thomas M; Dean, Nicole M
Subject: Re: Meeting with ISP regarding DiB

Response from AT&T...

[(b) (5) redacted]

----- Original Message -----
From: Delaney, David
Sent: Thursday, June 16, 2011 07:21 AM
To: McDermott, Thomas M; Dean, Nicole M; Goode, Brendan
Subject: Re: Meeting with ISP regarding DiB

[(b) (5) redacted]

David Delaney
C: (b) (6)

1