# Exhibit 1

*Electronic Privacy Information Center v. Department of Homeland Security*
No. 12-00333 (GK)

Plaintiff's Reply in Further Support of Plaintiff's Motion for Summary Judgment

Chart of Documents Not Produced by DHS

## Chart of Documents Not Produced by DHS

| Doc. # (from Vaughn) | Bates Range | Responsive Attachment/Document Referenced |
|---|---|---|
|  | Joint Cybersecurity Threshold Analysis | |
| 52 | 145 – 146 | Reference: Joint Cybersecurity Privacy Threshold Analysis (**see Vaughn**) |
| 68 | 194 – 197 | Reference: JCSP PTA (Joint Cybersecurity Services Pilot Privacy Threshold Analysis) |
| 69 | 198 – 199 | Attachment: Joint Cybersecurity Service Pilot PTA |
| 70 | 200 – 201 | Attachment: Joint Cybersecurity Service Pilot PTA |
| | DHS and DOD Memoranda of Agreement | |
| 103 | 296 – 296 | Attachment: DHS-DoD MOA 26 Aug.docx |
| 137 | 381 – 381 | Attachment: DHS-DoD MOA 26 Aug.docx |
| 369 | 1052 – 1054 | Attachment: 20100819 DHS-DoD MOA re Cybersecurity Coordination (with DOJ and DoD OGC Fiscal-P&HP-IA edits).docx |
| 392 | 1120 – 1125 | Attachment: Consolidated MOA 11 Aug |
| 396 | 1141 – 1142 | Reference: MOA for DIB Pilot |
| 398 | 1145 – 1148 | Attachment: DHS-DoD MOA 3 Sep.docx |
| 409 | 1179 – 1183 | Reference: DoD-DHS Cyber MOA |
| 406 | 1167 – 1174 | Reference: DoD-DHS MOA |
| | Internet Service Provider (ISP) Agreements | |
| 204 | 568 – 569 | Reference: agreements with Internet Service Providers (**see Vaughn**) |
| 206 | 573 – 575 | Reference: agreements with ISPs (**see Vaughn**) |
| 209 | 579 – 579 | Reference: agreements with ISPs (**see Vaughn**) |
| 210 | 580 – 587 | Reference: agreements with ISPs (**see Vaughn**) |
| | Legal Authorities Briefing for DIB Pilot for Senior Agency Officials | |
| 218 | 606 – 607 | Reference: legal authorities for the DIB Pilot as briefing material for senior agency officials (**see Vaughn**) |
| | Login Banner to Provide Legal Notice of Government Monitoring of Defense Contractor Networks | |
| 233 | 653 – 653 | Reference: analysis on login banner requirement on information sharing framework/CRADA |
| 359 | 1026 – 1028 | (1) Attachment: Sample-Anonymous-Banner-Policy-Compilation_06dec2010.pdf<br><br>(2) Attachment: Handout_Key-Banner-Elements_DIB-mtgs-0203dec2010.pdf<br><br>(3) Attachment: Logon-banner-sources-and-samples_02nov2010.doc |
| 399 | 1149 – 1149 | Reference: analysis of login banner requirement on information sharing framework/CRADA |

1

| 404 | 1161 – 1163 | Attachment: 20110330 DIB Opt in Pilot Comms Plan MASTER FINAL DRAFT (OSD PA edits) v13 (2)_NSS dhs.docx |
|---|---|---|
| 428 | 1230 – 1236 | Attachment: DIB Banners |
| Communications with Companies Regarding DIB Pilot ||| 
| 317 | 811 – 813 | (1) Attachment: CIO-CISO JCSP Meeting Agenda_FINAL_12132011.doc<br><br>(2) Attachment: JCSP Briefing to CIO and CISOs (FINAL)(13Dec11).ppt |