# Exhibit 2

*Electronic Privacy Information Center v. Department of Homeland Security*
No. 12-00333 (GK)

Plaintiff's Reply in Further Support of Plaintiff's Motion for Summary Judgment

Documents 438, 441, and 442

**(b) (6)**

From: ▓▓▓▓n, ▓▓an ▓▓.
Sent: ▓▓nda▓ ▓▓▓▓1▓, ▓▓1 ▓1 ▓▓▓▓▓▓▓
To: ▓▓▓▓n, ▓▓ ▓▓a▓▓.
Cc: ▓▓▓▓▓ ▓▓▓▓▓▓a▓▓. ▓▓▓an▓, ▓▓a▓d▓. ▓▓ ▓▓▓▓▓, ▓▓▓▓n▓▓, ▓▓▓a▓▓▓b▓▓▓▓. ▓▓ ▓▓n▓▓▓
▓ n▓▓▓dP. ▓▓▓n▓, ▓▓an▓▓a▓a▓▓▓a, ▓▓▓▓▓nL.
Subject: ▓▓▓(C)P▓▓▓▓▓▓ ▓nda▓▓▓▓▓▓▓▓▓n ▓▓▓L▓a▓▓▓▓▓ ▓▓▓ ▓▓a▓▓d▓▓ ▓▓▓P▓▓▓
Attachments: ▓▓a▓▓▓▓1. ▓▓▓▓▓a▓▓▓▓▓▓▓▓
Importance: ▓▓▓▓

CLASSIFICATION: ~~SECRET~~
CAVEATS: ~~NOFORN~~
TERMS: NONE

Summary of legal issues prior to DC prepared by **(b)(3) P.L. 86-36** for DDIR NSA.

**(b) (6)**
Special Assistant to Deputy Assistant Secretary Cyber Security and Communications
**(b)(3) P.L. 86-36, (b) (6)**

---

From: **(b)(3) P.L. 86-36**
Sent: Monday, July 12, 2010 7:32 AM
To: **(b)(3) P.L. 86-36**
Subject: FW: (U) Prep for Monday's DC: Response to Legal Issues DOJ Raised Re DIB Pilot
Importance: High

Classification: ~~SECRET//NOFORN~~

From: **(b)(3) P.L. 86-36**
Sent: Saturday, July 10, 2010 9:42 AM
To:
Cc: **(b)(3) P.L. 86-36**

Subject: RE: (U) Prep for Monday's DC: Response to Legal Issues DOJ Raised Re DIB Pilot

Classification: ~~SECRET//NOFORN~~

Sir

1

01280



(b)(3) P.L. 86-36, (b)(1)

(b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

(b)(1) and (b)(3) P.L. 86-36

(b)(3) P.L. 86-36  Associate General Counsel (Information Assurance)

(b)(3) P.L. 86-36

(b)(6)

OPS 1 2C099B

Subject to attorney-client privilege.  Do not release outside NSA without OGC approval.

From: (b)(3) P.L. 86-36
Sent: Friday, July 09, 2010 7:26 PM
To:
Cc:



Subject: RE: (U) Prep for Monday's DC: Response to Legal Issues DOJ Raised Re DIB Pilot

Classification: SECRET//NOFORN

(b) (6)

Please have this final summary to us first thing Monday morning.

Thank you,

(b) (6)

(on DDIR's account)

(b)(3) P.L. 86-36
Executive Assistant to Deputy Director, NSA
OPS2B, 2B8036; Suite 6242
(b)(3) P.L. 86-36

From: (b)(3) P.L. 86-36
Sent: Wednesday, July 07, 2010 7:31 PM
To:
Cc: (b)(3) P.L. 86-36

Subject: RE: (U) Prep for Monday's DC: Response to Legal Issues DOJ Raised Re DIB Pilot

4

Classification: SECRET//NOFORN

Sir

 Associate General Counsel (Information Assurance)

OPS 1 2C099B

Subject to attorney-client privilege. Do not release outside NSA without OGC approval.

From: (b)(3) P.L. 86-36
Sent: Wednesday, July 07, 2010 6:52 PM
To:
Cc:

Subject: RE: (U) Prep for Monday's DC: Response to Legal Issues DOJ Raised Re DIB Pilot

Classification: SECRET//NOFORN



Please follow up the loose ends and give me a final summary that I can take to the Deputies meeting next week. Thanks



From: (b)(3) P.L. 86-36
Sent: Wednesday, July 07, 2010 5:23 PM
To: (b)(3) P.L. 86-36
Cc:

Subject: (U) Prep for Monday's DC: Response to Legal Issues DOJ Raised Re DIB Pilot

Classification: SECRET//NOFORN

Sir

(b)(1) and (b)(3) P.L. 86-36





From: (b)(3) P.L. 86-36
Sent: Tuesday, July 06, 2010 5:31 PM
To:
Cc:
Subject: ** Report from NSS Meeting on DC Read-Aheads **

Classification: SECRET//NOFORN

Sir,



**(b)(1) and (b)(3) P.L. 86-36**

Sincerely,

(b)(3) P.L. 86-36

Director's Special Assistant for Cyber

Chief, NSA Cyber Task Force

Senior Advocate, African American Employee Resource Group

(b)(3) P.L. 86-36

(b)(3) P.L. 86-36

Classification: SECRET//NOFORN

(b)(3) P.L. 86-36 Associate General Counsel (Information Assurance)

OPS 1 2C099B

Subject to attorney-client privilege. Do not release outside NSA without OGC approval.

Derived From: NSA/CSSM 1-52
Dated: 20070108
Declassify On: 20350701

Classification: SECRET//NOFORN

Derived From: NSA/CSSM 1-52

  Dated: 20070108

Declassify On: 20350701

Classification: SECRET//NOFORN

01286

```
DERIVED FROM: NSA
DECLASSIFY ON: x25

CLASSIFICATION W/O ATCH: SECRET
CAVEATS W/O ATCH: NOFORN
TERMS W/O ATCH: NONE

CLASSIFICATION: SECRET
CAVEATS: NOFORN
TERMS: NONE
```

**(b) (6)**

From: (b)(3) P.L. 86-36
Sent: Friday, June 1☐, 2011 6:04 PM
To: (b)(6) ☐.GO☐; Butler, Robert J., Mr., OSD(P); Schaffer, Gregory P.; Dean, Nicole M.; (b)(3) P.L. 86-36 ; Bro☐n, Michael A. RADM; (b)(6) McDermott, Thomas M.; (b)(6) (b)(6) (b)(6) (b)(6) (b)(6)
Cc: (b)(3) P.L. 86-36
Subject: (U) Follo☐ up to DIB Pilot Discussion

Classification: ~~SECRET//NOFORN~~

**(b) (6)**

I hope all are well.

At last week's meeting, NSA took two actions to follow up on the exact number of companies participating in the DIB Pilot and the reasons some companies chose not to participate.

1)  The final count of companies participating in the DIB Pilot is (b)(7) (b)(3) P.L. 86-36

    a.  (b)(3) P.L. 86-36

2)  Measures of Effectiveness.

As you know, the DIB Pilot is designed to leverage the commercial capabilities of the private sector to improve their ability to monitor, detect and mitigate intrusions and other malicious activity (b)(3) P.L. 86-36 on their networks.

At the conclusion of the operational phase of the Pilot, the participating ISPs and DIB companies may voluntarily provide overall feedback to the USG regarding the progress,

01292

challenges, effectiveness, and other lessons learned to allow for post-Pilot analysis of effectiveness and scalability.

We drafted some measures to determine the effectiveness and scalability of the Pilot's capability to protect against the most sophisticated intrusions – (b)(3) P.L. 86-36

(b)(3) P.L. 86-36

3) Below is also further information on the Pilot:

(b)(3) P.L. 86-36

2

All the best,


(b) (6)


*(S//) (b)(1); (b)(3) P.L. 86-36; and (b)(3) 18 U.S.C. 798

Derived From: NSA/CSSM 1-52
       Dated: 20070108
Declassify On: ~~20360201~~
Classification: ~~SECRET//NOFORN~~

(b) (6)

From: (b)(3) P.L. 86-36  
Sent: Friday, July 16, 2010 3:54 PM  
To: (b) (6)    (b)(3) P.L. 86-36    McDermott, Thomas M.  
Cc: (b) (6)    (b) (6)    (b) (6)    (b)(3) P.L. 86-36  
      (b)(3) P.L. 86-36  
Subject: (U) RE: DIB Questions (FOUO)

Classification: UNCLASSIFIED//FOR OFFICIAL USE ONLY

# (b)(3) P.L. 86-36, (b) (5)

(b)(3) P.L. 86-36 Associate General Counsel (Information Assurance)

Subject to attorney-client privilege. Do not release outside NSA without OGC approval.

---

From: (b) (6)  
Sent: Friday, July 16, 2010 3:33 PM  
To: (b)(3) P.L. 86-36    (b) (6)  
Cc: (b) (6)    Bailey, Leonard (JCONTS)  
Subject: RE: DIB Questions (FOUO)  
Importance: High

CLASSIFICATION: UNCLASSIFIED//FOR OFFICIAL USE ONLY

Are we in a position where we can answer some of the questions attached? This is the information we will need to do a legal review. (b) (6) may have additional thoughts on this. Thanks.

---

From: (b) (6)    (b) (6)  
Sent: Monday, June 28, 2010 4:38 PM  
To: (b)(3) P.L. 86-36    (b) (6)  
Cc: (b) (6)  
Subject: DIB Questions

CLASSIFICATION: FOUO

Folks,

1

01295

At the end of last week's meeting we discussed collecting questions and issues that we thought warranted further discussion and circulating them to each other. Attached are some initial questions regarding the DIB project that (b) (6) and I jotted down. They are by no means exhaustive and are only the product of brainstorming between Susan and me. Please circulate to Richard and Maxine, since I don't have their high-side email addresses. Thanks.



CLASSIFICATION: UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~