# Exhibit 3

*Electronic Privacy Information Center v. Department of Homeland Security*
No. 12-00333 (GK)

Plaintiff's Reply in Further Support of Plaintiff's Motion for Summary Judgment

Document 276

███ (b) (6) ███

**From:** Dean, Nicole M
**Sent:** Friday, June 17, 2011 2:07 PM
**To:** ███ (b) (6) ███
**Subject:** FW: Meeting with ISP regarding DiB

Here's the trail on the mtg yesterday.

-----Original Message-----
From: McDermott, Thomas M ███ (b) (6) ███
Sent: Thursday, June 16, 2011 8:09 AM
To: Goode, Brendan
Cc: Dean, Nicole M
Subject: Re: Meeting with ISP regarding DiB

███ (b) (5) ███

Thomas McDermott
Office of the General Counsel
U.S. Department of Homeland Security
ph: ███ (b) (6) ███
bb: ███ (b) (6) ███
Sent from my blackberry device

----- Original Message -----
From: Goode, Brendan
Sent: Thursday, June 16, 2011 07:41 AM
To: Delaney, David; McDermott, Thomas M; Dean, Nicole M
Subject: Re: Meeting with ISP regarding DiB

Response from AT&T...

███ (b) (5) ███

----- Original Message -----
From: Delaney, David
Sent: Thursday, June 16, 2011 07:21 AM
To: McDermott, Thomas M; Dean, Nicole M; Goode, Brendan
Subject: Re: Meeting with ISP regarding DiB

███ (b) (5) ███

David Delaney
C: ███ (b) (6) ███

1

00733

```
----- Original Message -----
From: McDermott, Thomas M
Sent: Thursday, June 16, 2011 07:05 AM
To: Dean, Nicole M; Goode, Brendan
Cc: Delaney, David
Subject: Fw: Meeting with ISP regarding DiB
```

**(b) (5)**

```
Thomas McDermott
Office of the General Counsel
U.S. Department of Homeland Security
ph:    (b) (6)
bb:    (b) (6)
Sent from my blackberry device
```

```
----- Original Message -----
From:    (b) (6)   Mr, DoD OGC        (b) (6)
Sent: Wednesday, June 15, 2011 10:27 PM
To: 'McDermott, Thomas M' <        (b) (6)
Subject: FW: Meeting with ISP regar
```

**(b) (5)**

**(b) (6)**
Associate General Counsel
DoD Office of the General Counsel
Direct:      (b) (6)
        (b) (6)

CAUTION: Information contained in this message may be protected by the attorney/client, attorney work product, deliberative process or other privileges. Do not disseminate further without approval from the Office of the DoD General Counsel.

```
-----Original Message-----
From: (b)(3)-P.L. 86-36     (b)(3)-P.L. 86-36
Sent: Wednesday, June 15, 2011 5:17 PM
To:       (b) (6)     Mr, DoD OGC; (b)(3)-P.L. 86-36
Subject: RE: Meeting with ISP regar
```

**(b) (5)**

A

```
-----Original Message-----
From:      (b) (6)    Mr, DoD OGC        (b) (6)
Sent: Wednesday, June 15, 2011 5:16 PM
To: (b)(3)-P.L. 86-36  (b)(3)-P.L. 86-36
Subject: RE: Meeting with ISP regar
```

**(b) (5)**

**(b) (6)**

00734
Associate General Counsel
DoD Office of the General Counsel
Direct: ███ (b) (6)
████ (b) (6) ████

CAUTION: Information contained in this message may be protected by the attorney/client,
attorney work product, deliberative process or other privileges. Do not disseminate further
without approval from the Office of the DoD General Counsel.


-----Original Message-----
From: McDermott, Thomas M ███████ (b) (6) ██████
Sent: Wednesday, June 15, 2011 4:15 PM
To: (b)(3)-P.L. 86-36
Cc: ████ (b) (6) ████  Mr, DoD OGC
Subject: Meeting with ISP regar

███████████ (b) (5) ████████████


Thomas M. McDermott

Office of the General Counsel

U.S. Department of Homeland Security,

National Protection and Programs

desk: █████ (b) (6) ████

blackberry: █████ (b) (6) ████

████ (b) (6) ████   ████ (b) (6) ████