**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ELECTRONIC PRIVACY** | : |
| **INFORMATION CENTER** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : **Civil Action No. 12-0333 (GK)** |
| | : |
| **THE UNITED STATES DEPARTMENT** | : |
| **OF HOMELAND SECURITY** | : |
| | : |
| **Defendant.** | : |
| | : |

**ORDER**

Plaintiff Electronic Privacy Information Center ("Plaintiff"
or "EPIC") brings this action against Defendant the United States
Department of Homeland Security ("the Government" or "DHS") under
the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. DHS
produced documents responsive to a FOIA request by EPIC and
provided a Vaughn index for all documents that were withheld in
full or in part under one of FOIA's several exemptions. EPIC
challenges the sufficiency of the search conducted by DHS, as well
as the Government's application of FOIA Exemptions 1, 3, 4, 5, and
7(D).

This matter is before the Court on Cross-Motions for Summary
Judgment [Dkt. Nos. 53, 57]. Upon consideration of the Motions,
the Government's Combined Opposition and Reply [Dkt. Nos. 61], the
Plaintiff's Reply [Dkt. No. 63], the entire record herein, and for

-1-

the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that the Government's Motion for Summary Judgment is **granted** with regard to the adequacy of the search conducted and the withholding of documents and information under FOIA Exemptions 1, 3, 4, and 5; and it is further

**ORDERED**, that the Government's Motion is **denied without prejudice** with regard to the withholding of information under FOIA Exemption 7(D); and it is further

**ORDERED**, that the Government shall have until **September 15, 2015,** to file a revised Vaughn Index explaining its withholdings under Exemption 7(D) in a manner consistent with this Order and the accompanying Memorandum Opinion; and it is further

**ORDERED**, that EPIC's Motion for Summary Judgment is **denied without prejudice** with regard to withholdings under Exemption 7(D); and it is further

**ORDERED**, that EPIC's Motion is otherwise **denied.**

August 4, 2015

Gladys Kessler
United States District Judge

**Copies to**: attorneys on record via ECF