**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) HOMELAND SECURITY, ) ) Defendant. ) ) | Civil Action No. 12-0333 (GK) |

**DEFENDANT'S MOTION FOR EXTENSION**
**OF TIME TO FILE SUPPLEMENTAL, REVISED VAUGHN INDEX**

Defendant, the Department of Homeland Security ("DHS"), by and through undersigned counsel, respectfully requests a two-week extension of time, *nunc pro tunc*, until September 29, 2015, to file the supplemental *Vaughn* index ordered by the Court. In support of this request, defendant states as follows.

1. On August 4, 2015, this Court granted in part, and denied in part without prejudice, defendant's motion for summary judgment. *See* Dkt. # 67 (Order). Specifically, the Court grant defendants' motion with regard to the adequacy of the search conducted and the withholding of documents and information under FOIA Exemptions 1, 3, 4, and 5; the Court denied the motion without prejudice with regard to the withholding of information under FOIA Exemption 7(D). *Id.* The Court also denied without prejudice plaintiff the Electronic Privacy Information Center's ("EPIC's") cross-motion for summary judgment with regard to withholdings under Exemption 7(D), and otherwise denied the EPIC's cross-motion for summary

judgment. Further, the Court ordered the Government to file by September 15, 2015, a supplemental, "revised Vaughn Index" to "explain[] its withholdings under Exemption 7(D) in a manner consistent with [the Court's] Order and the accompanying Memorandum Opinion." *Id.*; *see also* Dkt. # 68 (Memorandum Opinion).

2. Counsel for defendant realized today that defendant missed the September 15 filing deadline due to calendaring errors. Counsel apologizes to the Court for this regrettable error, and intends to work to improve our calendaring system so that such an error does not occur again.

3. Defendant seeks a two-week extension of time, *nunc pro tunc*, from September 15 until September 29, to file the supplemental, revised Vaughn Index. The requested extension is necessary: (a) to allow defendant to coordinate the filing with the Department of Defense, which provided a declaration in support of defendant's motion for summary judgment and the Government's Exemption 7(D) withholdings, (b) to allow the revised Vaughn index to undergo necessary internal review at DHS, DOD, and the Department of Justice, and (c) because of the upcoming Jewish holiday of Yom Kippur and the schedules of persons necessary for finalizing defendant's filing.

4. On September 18, 2015, pursuant to Local Civil Rule 7(m), undersigned counsel met and conferred with counsel for plaintiff who stated, without explanation, that EPIC does not consent to the motion.

For the above stated reasons and good cause shown, this Court should grant defendant's motion to extend the time for defendant to file its revised, supplemental Vaughn index.

\

\

Dated:  September 18, 2015	Respectfully submitted,

	BENJAMIN C. MIZER
	Principal Deputy Assistant Attorney General

	MARCIA BERMAN
	Assistant Director

	 */s/ Tamra Moore*
	TAMRA MOORE
	District of Columbia Bar No. 488392
	LISA ZEIDNER MARCUS
	N.Y. Bar Registration No. 4461679
	Trial Attorneys

	United States Department of Justice
	Civil Division, Federal Programs Branch
	20 Massachusetts Avenue, Room 6134
	Washington, DC 20001
	(202) 514-8095
	tamra.moore@usdoj.gov

	*Counsel for Defendant*