IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Civil Action No. 12-0333 (GK) |

## [PROPOSED] ORDER

Upon consideration of defendant U.S. Department of Homeland Security's Motion for Extension of Time to File Supplemental, Revised Vaughn Index, and for good cause shown, IT IS HEREBY ORDERED that defendant's motion is granted.

IT IS SO ORDERED.

Dated: Sept 21, 2015

_Gladys Kessler_
The Honorable Gladys Kessler
U.S. District Judge