UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> U.S. DEPARTMENT OF HOMELAND SECURITY, : <br> : <br> Defendant. : | Civil Action No. 12-333 (GK) |

## ORDER

Upon consideration of Defendant's Notice of Filing on September 30, 2015 [Dkt. No. 73], it is this 26th day of October, 2015, hereby

**ORDERED**, that the Parties shall file a Joint Status Report, **no later than November 15, 2015**, advising the Court as to how they wish to proceed, given the filing of Defendant's revised Vaughn Index.

_/s/ Gladys Kessler_
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**