# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | **)** **)** **)** **)** | |
| Plaintiff, | **)** **)** | Civil Action No. 12-0333 (GK) |
| v. | **)** **)** | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | **)** **)** **)** | |
| Defendant. | **)** **)** **)** **)** | |

## JOINT STATUS REPORT

Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant Department of Homeland Security ("DHS"), (collectively, "the Parties"), by and through undersigned counsel, and pursuant to the Court's Order of October 26, 2015, hereby respectfully file this joint status report.

1. EPIC has reviewed the supplemental *Vaughn* and Declaration produced by DHS.

2. EPIC has determined there are no remaining issues in dispute with respect to the documents. The only remaining issues in this case pertain to costs and attorneys' fees.

3. The Parties now propose the Court grant 30 days for the Parties to consider and discuss a potential settlement.

4. Accordingly, the Parties will notify the Court if they reach a settlement prior to December 15, 2015, otherwise they request to file an additional Joint Status Report with the Court regarding further scheduling.

Dated:  November 16, 2015

Respectfully submitted,

MARC ROTENBERG, D.C. BAR # 422825
EPIC President

ALAN BUTLER, D.C. BAR # 1012128
EPIC Senior Counsel

 */s/ Jeramie D. Scott*
JERAMIE D. SCOTT, D.C. BAR #
1025909
Electronic Privacy Information Center
1718 Connecticut Ave. NW, Suite 200
Washington, DC 20009
(202) 483-1140
jscott@epic.org

*Counsel for Plaintiff*


BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

 */s/ Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS (N.Y. Bar No.
4461679)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, 7th Floor
Washington, DC 20001
(202) 514-3336
lisa.marcus@usdoj.gov

*Counsel for Defendant*