UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY
INFORMATION CENTER,

      Plaintiff,

v.                             Civil Action No. 12-333 (GK)

U.S. DEPARTMENT OF HOMELAND
SECURITY,

      Defendant.

## ORDER

The Court has received the Joint Status Report filed on November 16, 2015, and is pleased that there are no further issues in dispute with regard to the documents.

**WHEREFORE**, it is this 17th day of November, 2015, hereby

**ORDERED**, that the Parties shall file a further Joint Status Report, **no later than December 15, 2015**, indicating whether they have reached a settlement on the remaining issues of costs and attorneys' fees, or whether they wish to present a proposed Scheduling Order.

_____
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**