IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) HOMELAND SECURITY, ) ) Defendant. ) ) | Civil Action No. 12-0333 (GK) |

## JOINT STATUS REPORT

Pursuant to the Court's Order of December 22, 2015, Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant Department of Homeland Security ("DHS"), (collectively, "the Parties") hereby file this joint status report.

1. The Parties have failed to reach an agreement with respect to attorneys' fees.

2. Accordingly, the Parties propose the following schedule for the filing of motions to resolve the fee matter.

   • Plaintiff will file its Motion for Attorneys' Fees on or before February 5, 2016

   • Defendant will file its Opposition on or before March 4, 2016

   • Plaintiff will file its Reply on or before March 18, 2016

Dated:  January 14, 2016

Respectfully submitted,

MARC ROTENBERG, D.C. BAR # 422825
EPIC President

ALAN BUTLER, D.C. BAR # 1012128
EPIC Senior Counsel

  /s/ *Jeramie D. Scott*
JERAMIE D. SCOTT, D.C. BAR # 1025909
Electronic Privacy Information Center
1718 Connecticut Ave. NW, Suite 200
Washington, DC 20009
(202) 483-1140
jscott@epic.org

*Counsel for Plaintiff*

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

  /s/ *Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS (N.Y. Bar No. 4461679)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, 7th Floor
Washington, DC 20001
(202) 514-3336
lisa.marcus@usdoj.gov

*Counsel for Defendant*