**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND SECURITY ) <br> ) <br> Defendant. ) <br> ) | ) <br> ) <br> ) <br> ) <br> ) No. 1:12-cv-00333-GK <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

Pursuant to Federal Rule of Civil Procedure 54(d) and 5 U.S.C. § 552(a)(4)(E)(i), Plaintiff Electronic Privacy Information Center ("EPIC") respectfully moves for an award of attorneys' fees and costs reasonably incurred in the above-captioned matter. EPIC submits the accompanying memorandum of points and authorities, with attached exhibits, in support of this motion.

February 5, 2016

Respectfully Submitted,

MARC ROTENBERG (DC Bar #422825)
EPIC Executive Director

ALAN JAY BUTLER (DC Bar #1012128)
EPIC Senior Counsel

*/s/ Jeramie Scott*
JERAMIE SCOTT (DC Bar #1025909)
Electronic Privacy Information Center
1718 Connecticut Ave. NW
Suite 200
Washington, DC 20009
202-483-1140
jscott@epic.org
*Counsel for Plaintiff*