IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>Plaintiff,<br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY<br><br>Defendant. | No. 1:12-cv-00333-GK |

## AFFIDAVIT OF ALAN JAY BUTLER

1. My name is Alan Butler, and all statements made herein are true, and based on my personal knowledge.

2. I am an adult resident of the District of Columbia.

3. I am a 2011 graduate of UCLA School of Law.

4. I am currently employed by the Electronic Privacy Information Center (EPIC) as Senior Counsel, and I am an attorney of record on the above-captioned matter.

5. I am a member in good standing of the DC Bar and the State of California Bar, and was licensed to practice law during the entirety of the time spent in this matter.

6. I performed 21 hours of work on behalf of EPIC in this matter.

7. This calculation is supported by the contemporaneously-generated time records that I recorded throughout the litigation of the above-captioned matter.

8. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 5, 2016.

_____
Alan Jay Butler