**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
ELECTRONIC PRIVACY INFORMATION CENTER               )
                                                    )
      Plaintiff,                                  )
                                                    )
      v.                                          ) No. 1:12-cv-00333-GK
                                                    )
DEPARTMENT OF HOMELAND SECURITY                     )
                                                    )
      Defendant.                                  )
_____)

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Attorneys' Fees and Costs, as well as any opposition and reply thereto, it is hereby

ORDERED that Plaintiff's Motion is GRANTED, and it is further

ORDERED that Defendant pay Plaintiff's attorneys' fees and costs in this matter in the amount of $110,673.24 within thirty (30) days of the date of this order, and it is further

ORDERED that, given the Parties' stipulation that no further issues are in dispute, the case is now CLOSED.


So ordered on this _____ day of _____, 2016.




                                 _____
                                 GLADYS KESSLER
                                 UNITED STATES DISTRICT JUDGE