*EPIC v. DHS*, No. 12-00333 (GK)
EPIC's Reply in Support of the Motion for Attorneys' Fees and Costs

# Exhibit 1

## Supplemental Billing Records

Original bill reviewed pursuant to Memorandum Opinion, ECF. No. 89. No changes.

# Case Billing Record

## Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**EPIC v. Department of Homeland Security (12-333)**
**Supplemental Billing Records**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/10/2016 | Alan Butler<br>**Description:** Review DHS opposition to motion for fees and costs | 1.5 | $406.00 | $609.00 |
| 3/15/2016 | John Tran<br>**Description:** Review Agency opposition | 2.5 | $331.00 | $827.50 |
| 3/15/2016 | Alan Butler<br>**Description:** Conference re: fee reply (Other EPIC staff present: M. Rotenberg, J. Tran) | 0.2 | $406.00 | $81.20 |
| 3/15/2016 | Marc Rotenberg<br>**Description:** Conference re: fee reply (Other EPIC staff present: A. Butler, J. Tran) | 0.2 | $796.00 | $159.20 |
| 3/15/2016 | John Tran<br>**Description:** Conference re: fee reply (Other EPIC staff present: A. Butler, M. Rotenberg) | 0.2 | $331.00 | $66.20 |
| 3/16/2016 | John Tran<br>**Description:** Research re: fee reply | 1.5 | $331.00 | $496.50 |
| 3/16/2016 | Aimee Thomson<br>**Description:** Research reply motion on fees | 2.5 | $331.00 | $827.50 |
| 3/17/2016 | John Tran<br>**Description:** Draft fee reply | 4.5 | $331.00 | $1,489.50 |
| 3/17/2016 | Aimee Thomson<br>**Description:** Research and draft reply motion on fees | 6.5 | $331.00 | $2,151.50 |
| 3/18/2016 | John Tran<br>**Description:** Draft fee reply | 4.5 | $331.00 | $1,489.50 |
| 3/18/2016 | Aimee Thomson<br>**Description:** Draft reply motion on fees | 6.9 | $331.00 | $2,283.90 |

# Case Billing Record

## Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**EPIC v. Department of Homeland Security (12-333)**
**Supplemental Billing Records**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/20/2016 | John Tran<br>**Description:** Draft fee reply | 1.2 | $331.00 | $397.20 |
| 3/21/2016 | John Tran<br>**Description:** Edit fee reply | 3.5 | $331.00 | $1,158.50 |
| 3/21/2016 | Alan Butler<br>**Description:** Edit fee reply | 4.5 | $406.00 | $1,827.00 |
| 3/21/2016 | Aimee Thomson<br>**Description:** Edit and draft rely motion on fees | 1.3 | $331.00 | $430.30 |
| 3/22/2016 | Marc Rotenberg<br>**Description:** Conference re: fee reply (Other EPIC staff present: J. Tran, A. Butler) | 0.2 | $796.00 | $159.20 |
| 3/22/2016 | John Tran<br>**Description:** Conference re: fee reply (Other EPIC staff present: M. Rotenberg, A. Butler) | 0.2 | $331.00 | $66.20 |
| 3/22/2016 | Alan Butler<br>**Description:** Conference re: fee reply (Other EPIC staff present: M. Rotenberg, J. Tran) | 0.2 | $406.00 | $81.20 |
| 3/22/2016 | John Tran<br>**Description:** Edit fee reply | 2.7 | $331.00 | $893.70 |
| 3/22/2016 | Marc Rotenberg<br>**Description:** Review fee reply | 1.2 | $796.00 | $955.20 |
| 3/22/2016 | Marc Rotenberg<br>**Description:** Conference re: fee reply (Other EPIC staff present: J. Tran, A. Butler, A. Thomson) | 0.2 | $796.00 | $159.20 |
| 3/22/2016 | John Tran<br>**Description:** Conference re: fee reply (Other EPIC staff present: M. Rotenberg, A. Butler, A. Thomson) | 0.2 | $331.00 | $66.20 |

# Case Billing Record

## Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

### EPIC v. Department of Homeland Security (12-333)
### Supplemental Billing Records

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/22/2016 | Alan Butler<br>**Description:** Conference re: fee reply (Other EPIC staff present: M. Rotenberg, J. Tran, A. Thomson) | 0.2 | $406.00 | $81.20 |
| 3/22/2016 | Aimee Thomson<br>**Description:** Conference re: fee reply (Other EPIC staff present: M. Rotenberg, J. Tran, A. Butler) | 0.2 | $331.00 | $66.20 |
| 3/22/2016 | John Tran<br>**Description:** Edit fee reply | 1.5 | $331.00 | $496.50 |
| 3/22/2016 | Jeramie Scott<br>**Description:** Review and file fee reply | 0.5 | $406.00 | $203.00 |
| 3/22/2016 | Marc Rotenberg<br>**Description:** Review declaration and affidavit | 0.2 | $796.00 | $159.20 |
| 3/22/2016 | Alan Butler<br>**Description:** Edit fee reply | 1.5 | $406.00 | $609.00 |
| 3/22/2016 | Alan Butler<br>**Description:** Review final draft of fee reply and exhibits | 1.0 | $406.00 | $406.00 |
| 3/22/2016 | Aimee Thomson<br>**Description:** Edit and file reply motion on fees | 3.6 | $331.00 | $1,191.60 |

**Total Hours: 55.1** **Total Amount: $19,888.10**