IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, )<br>)<br>Defendant. ) | Civil Action No. 12-0333 (TJK) |

**STATUS REPORT**

Pursuant to the Court's Order of October 17, 2017, Plaintiff Electronic Privacy Information Center ("EPIC") hereby files this status report.

1. There are no outstanding issues before the Court.

2. The Court can consider this case closed.

Dated:  October 24, 2017

Respectfully submitted,

MARC ROTENBERG, D.C. BAR # 422825
EPIC President

ALAN BUTLER, D.C. BAR # 1012128
EPIC Senior Counsel

 /s/ Jeramie D. Scott
JERAMIE D. SCOTT, D.C. BAR # 1025909
Electronic Privacy Information Center
1718 Connecticut Ave. NW, Suite 200
Washington, DC 20009
(202) 483-1140
jscott@epic.org