# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 12-0333 (TJK) |

## STATUS REPORT

Defendant Department of Homeland Security ("DHS") concurs with and joins the status report (Dkt. # 101) filed by plaintiff Electronic Privacy Information Center ("EPIC") pursuant to the Court's Order of October 17, 2017. There are no outstanding issues before the Court, and the Court may consider this matter closed.

Dated: October 25, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

 */s/ Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS
(N.Y. Bar No. 4461679)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, 7th Floor

Washington, DC 20001
(202) 514-3336
lisa.marcus@usdoj.gov

*Counsel for Defendant*