# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendant*. | Civil Action No. 12-333 (TJK) |

## ORDER

On October 24, 2017, Plaintiff filed a status report stating that "[t]here are no outstanding issues before the Court" and that the Court "can consider this case closed." (ECF No. 101.) Defendant concurred and joined this status report. (ECF No. 102.)

In light of these filings, it is hereby ORDERED that the above-captioned action is dismissed.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: October 30, 2017